## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br>WATSON LABORATORIES, INC., and ACTAVIS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No.<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff MonoSol Rx, LLC (hereinafter "MonoSol"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

MonoSol states that it has no parent corporation and no publicly held corporation or affiliate owns 10% or more of its stock.

Dated:  October 8, 2013

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary W. Bourke*
　　　　　　　　　　　　　　　　　　　　　　Mary W. Bourke (#2356)
　　　　　　　　　　　　　　　　　　　　　　Dana K. Severance (#4869)
　　　　　　　　　　　　　　　　　　　　　　WOMBLE CARLYLE SANDRIDGE & RICE, LLP
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1501
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 252-4320
　　　　　　　　　　　　　　　　　　　　　　(302) 252-4330 (Fax)
　　　　　　　　　　　　　　　　　　　　　　mbourke@wcsr.com
　　　　　　　　　　　　　　　　　　　　　　dseverance@wcsr.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

*Of Counsel*:

Daniel A. Ladow
James M. Bollinger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY   10174
(212) 704-6000
(212) 704-5929 (Fax)
daniel.ladow@troutmansanders.com
james.bollinger@troutmansanders.com

Troy S. Kleckley
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900
troy.kleckley@troutmansanders.com

*Attorneys for Plaintiffs*
Reckitt Benckiser Pharmaceuticals, Inc.
and RB Pharmaceuticals Limited

*Of Counsel*:

James F. Hibey
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com

*Attorneys for Plaintiff*
MonoSol Rx, LLC

31295184