IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-1674-RGA |

## ORDER

At Wilmington, this 17th day of Jan, 2014, the Court, having considered Defendant Watson's Motion ("Watson's Motion") to Dismiss Counts II and IV and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that:

1. Defendant Watson's Motion (D.I. 12) is GRANTED; and [FN]

2. Counts II and IV of Plaintiffs' Complaint (D.I. 1) are dismissed.

*/s/ Richard G. Andrews*
The Honorable Richard G. Andrews
United States District Judge

---

[FN] See In re Rosuvastatin Calcium Litigation, 2008 WL 5046424, *12-13 (D.Del. Nov. 24, 2008).