# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>                  Plaintiffs,<br>  v.<br>WATSON LABORATORIES, INC.,<br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CA. No. 13-1674-RGA<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Magnus Essunger of Troutman Sanders LLP, 405 Lexington Avenue, New York, NY 10174 to represent Plaintiffs Reckitt Benckiser Pharmaceuticals, Inc., and RB Pharmaceuticals Limited in this matter.

Respectfully submitted,

DATED: July 3, 2014

*/s/Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
WOMBLE CARLYLE SANDRIDGE
  & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
mbourke@wcsr.com
dseverance@wcsr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: 7.2.14

J. Magnus Essunger
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6000
Fax: (212) 704-5929
Magnus.Essunger@troutmansanders.com

Respectfully submitted,

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
(302) 252-4330 (Fax)
mbourke@wcsr.com
dseverance@wcsr.com

*Attorneys for Plaintiffs*

Of Counsel:

Daniel A. Ladow
James M. Bollinger
Timothy P. Heaton
J. Magnus Essunger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6288 (Fax)
Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com
Magnus.essunger@troutmansanders.com

Troy S. Kleckley
Puja R. Patel
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com
Puja.patel@troutmansanders.com

*Attorneys for Plaintiff Reckitt Benckiser Pharmaceuticals, Inc. & RB Pharmaceuticals Limited*

James F. Hibey
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com

*Attorneys for Plaintiff MonoSol Rx, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 3, 2014, upon the following individuals via electronic mail:

| | |
|---|---|
| James F. Hurst<br>Michael K. Nutter<br>Peter J. Slawniak<br>Mr. Sharick Naqi<br>WINSTON & STRAWN, LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>(312) 558-5700 (Fax)<br>jhurst@winston.com<br>mnutter@winston.com<br>pslawniak@winston.com<br>snaqi@winston.com<br><br>Peter E. Perkowski<br>David P. Dalke<br>WINSTON & STRAWN, LLP<br>333 S. Grand Avenue, Suite 3800<br>Los Angeles, CA 90071<br>(231) 615-1700<br>(231) 615-1750 (Fax)<br>pperkowski@winston.com<br>ddalke@winston.com | Melinda K. Lackey<br>WINSTON & STRAWN, LLP<br>1111 Louisiana Street, 25th Floor<br>Houston, TX 7702-5242<br>(713) 651-2600<br>(713) 651-2700 (Fax)<br>mlackey@winston.com<br><br>Megan C. Haney<br>John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>(302) 655-4210 (Fax)<br>mch@pgslaw.com<br>jcp@pgslaw.com |

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone (302) 252-4320
mbourke@wcsr.com

32712295