## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-1674-RGA |
| v. | ) ) | Consolidated |
| WATSON LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 14-0422-RGA |
| v. | ) ) | |
| PAR PHARMACEUTICAL, INC., and INTELGENX TECHNOLOGIES CORP. | ) ) ) | |
| Defendants. | ) ) | |

**APPENDIX OF EXHIBITS FOR JOINT CLAIM CONSTRUCTION BRIEF**

**INDEX OF EXHIBITS**

| Title | Exhibit |
|---|---|
| "Molecular weight" McGraw-Hill Dictionary of Scientific and Technical Terms, 5th Ed., McGraw-Hill (1994) | 1 |
| McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed., McGraw-Hill (2002) | 2 |
| Chambers Dictionary of Science and Technology, Chambers (2007) | 3 |
| "Atomic Mass Unit" & "Dalton" McGraw-Hill Dictionary of Scientific and Technical Terms, 5th Ed., McGraw-Hill (1994) | 4 |
| Declaration of Mansoor Amiji, Ph.D., R.Ph. & Exhibits 5-A through 5-F | 5, 5-A to 5-F |
| Declaration of Lon J. Mathias, Ph.D. & Exhibits 6-A through 6-C | 6, 6-A to 6-C |
| Supplemental Declaration of Mansoor Amiji, Ph.D. | 7 |

Dated: October 31, 2014

Respectfully Submitted:

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Megan C. Haney* |
| Mary W. Bourke (#2356) | John C. Phillips, Jr. (#110) |
| Dana K. Severance (#4869) | Megan C. Haney (#5016) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| 222 Delaware Avenue, Suite 1501 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 252-4320 | (302) 655-4200 (telephone) |
| (302) 252-4330 (Fax) | (302) 655-4210 (facsimile) |
| mbourke@wcsr.com | |
| dseverance@wcsr.com | *Attorneys for Defendant Watson Laboratories, Inc.* |

*Attorneys for Plaintiffs Reckitt Benckiser Pharmaceuticals, Inc., RB Pharmaceuticals Ltd., and MonoSol Rx, LLC*

Daniel A. Ladow
James M. Bollinger
Timothy P. Heaton
J. Magnus Essunger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6288 (Fax)
daniel.ladow@troutmansanders.com
james.bollinger@troutmansanders.com
timothy.heaton@troutmansanders.com
magnus.essunger@troutmansanders.com

Troy S. Kleckley
Puja R. Patel
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com
Puja.patel@troutmansanders.com

*Attorneys for Plaintiffs Reckitt Benckiser Pharmaceuticals, Inc. & RB Pharmaceuticals Ltd.*

James F. Hurst
Michael K. Nutter
Sharick Naqi
Tyler G. Johannes
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 (telephone)
(312) 558-5700 (facsimile)

Peter E. Perkowski
David P. Dalke
WINSTON & STRAWN LLP
333 S. Grand Ave., Suite 3800
Los Angeles, CA 90071
(213) 615-1700 (telephone)

Melinda K. Lackey
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 651-2600 (telephone)

*Attorneys for Defendant Watson Laboratories, Inc.*

| | |
|---|---|
| James F. Hibey<br>Timothy C. Bickham<br>Houda Morad<br>Stephanie L. Schonewald<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington DC 20036<br>(202) 429-3000<br>(202) 429-3902 (Fax)<br>jhibey@steptoe.com<br>tbickham@steptoe.com<br>hmorad@steptoe.com<br>sschonew@steptoe.com<br><br>*Attorneys for Plaintiff MonoSol Rx, LLC* | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Katharine C. Lester (#5629)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>fineman@rlf.com<br> lester@rlf.com<br><br>*Attorneys for Defendants Par Pharmaceutical,*<br>*Inc. and IntelGenx Technologies Corp.*<br><br>Daniel G. Brown<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022<br>(212) 906-1200<br>Daniel.Brown@lw.com<br><br>James K. Lynch<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br>Jim.Lynch@lw.com<br><br>Jennifer Koh<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400<br>Jennifer.Koh@lw.com<br><br>Emily C. Melvin<br>LATHAM & WATKINS LLP<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>(312) 876-7700<br>Emily.Melvin@lw.com<br><br>Michelle R. Ma<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br>Michelle.Ma@lw.com<br>*Attorneys for Defendants Par Pharmaceutical,*<br>*Inc. and IntelGenx Technologies Corp.* |