IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br><br>  Defendant. | CA. No. 13-1674-RGA<br><br>Consolidated |
| RECKITTS BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>  Plaintiffs,<br>v.<br>PAR PHARMACEUTICAL, INC., INTELGENX TECHNOLOGIES CORP.,<br><br>  Defendants. | C.A. No. 14-422-RGA |

**AMENDED JOINT CLAIM CONSTRUCTION STATEMENT**

The parties hereby submit the attached Amended Joint Claim Construction Chart, which sets forth: (i) the parties' agreed-upon constructions; (ii) the disputed claim terms; (iii) the parties' respective proposed constructions for the disputed claim terms; and (iv) the intrinsic evidence on which each party will rely to support its respective proposed constructions and/or to rebut the opposing party's proposed constructions.  In addition to the materials disclosed in the Joint Claim Construction Chart, each party reserves the right to rely on other portions of the specifications and prosecution histories of the patents-in-suit during claim construction briefing and argument.  A copy of the Joint Claim Construction Chart is attached as Exhibit A.  Copies of

United States Patent Nos. 8,017,150 ("the '150 patent"), 8,475,832 ("the '832 patent"), and 8,603,514 ("the '514 patent) and those portions of their prosecution histories cited by the parties are attached as Exhibits B-Z and organized as follows:

| | |
|---|---|
| Exhibit B | U.S. Patent No. 8,017,150 |
| Exhibit C | U.S. Patent No. 8,475,832 |
| Exhibit D | U.S. Patent No. 8,603,514 |
| Exhibit E | '150 File History, Original claims filed April 22, 2008 |
| Exhibit F | '150 File History, Statement in Support of Pre-Appeal Brief Request For Review dated January 13, 2010 |
| Exhibit G | '150 File History, Amendment/Response dated July 29, 2010 |
| Exhibit H | '150 File History, Amendment/Response dated December 13, 2010 |
| Exhibit I | '150 File History, Notice of Panel Decision from Pre-Appeal Brief Review dated February 8, 2011 |
| Exhibit J | '150 File History, Interview Summary by Examiner dated April 29, 2011 |
| Exhibit K | '832 File History, Original claims, filed August 7, 2009 |
| Exhibit L | '832 File History, Amendment/Response dated February 29, 2012 |
| Exhibit M | '832 File History, Amendment/Response dated October 22, 2012 |
| Exhibit N | '832 File History, Amendment/Response dated April 30, 2013 |
| Exhibit O | '832 File History, Examiner-Initiated Interview Summary dated May 20, 2013 |
| Exhibit P | '832 File History, Notice of Allowance dated May 24, 2013 |
| Exhibit Q | '514 File History, Original claims filed July 10, 2007 |
| Exhibit R | '514 File History, Amendment/Response filed July 7, 2010 |
| Exhibit S | '514 File History, Amendment/Response filed December 9, 2010 |
| Exhibit T | '514 File History, Amendment/Response filed April 4, 2011 |
| Exhibit U | '514 File History, Supplemental Amendment/Response filed April 15, 2011 |
| Exhibit V | '514 File History, Amendment/Response filed December 19, 2012 |

| | |
|---|---|
| Exhibit W | '514 File History, Applicant-initiated Interview Summary dated May 1, 2013 |
| Exhibit X | '514 File History, Amendment/Response filed May 10, 2013 |
| Exhibit Y | '514 File History, Notice of Allowance dated June 14, 2013 |
| Exhibit Z | '514 File History, Amendment after allowance filed June 18, 2013 |
| Exhibit AA | '150 File History, Final Rejection dated April 29, 2010 |
| Exhibit BB | '832 File History, Request for Continued Examination dated April 30, 2013 |
| Exhibit CC | '832 File History, Non-final Rejection dated August 31, 2011 |

Dated: October 31, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Megan C. Haney* |
| Mary W. Bourke (#2356) | Megan C. Haney |
| Dana K. Severance (#4869) | John C. Phillips, Jr. |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| 222 Delaware Avenue, Suite 1501 | 1200 N. Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 252-4320 | (302) 655-4200 |
| (302) 252-4330 (Fax) | (302) 655-4210 (Fax) |
| mbourke@wcsr.com | mch@pgslaw.com |
| dseverance@wcsr.com | jcp@pgslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Watson Laboratories, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Daniel A. Ladow | James F. Hurst |
| James M. Bollinger | Michael K. Nutter |
| Timothy P. Heaton | Mr. Sharick Naqi |
| J. Magnus Essunger | Tyler G. Johannes |
| TROUTMAN SANDERS LLP | |
| 405 Lexington Avenue | WINSTON & STRAWN, LLP |
| New York, NY 10174 | 35 W. Wacker Drive |
| (212) 704-6000 | Chicago, IL 60601 |
| (212) 704-6288 (Fax) | (312) 558-5600 |

Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com
Magnus.Essunger@troutmansanders.com

Troy S. Kleckley
Puja R. Patel
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com
Puja.patel@troutmansanders.com

*Attorneys for Plaintiff Reckitt Benckiser Pharmaceuticals, Inc. & RB Pharmaceuticals Limited*

James F. Hibey
Timothy C. Bickham
Houda Morad
Stephanie L. Sconewald
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com
hmorad@steptoe.com
sschonew@steptoe.com

*Attorneys for Plaintiff MonoSol Rx, LLC*

(312) 558-5700 (Fax)
jhurst@winston.com
mnutter@winston.com
snaqi@winston.com
tjohannes@winston.com

Peter E. Perkowski
David P. Dalke
WINSTON & STRAWN, LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
(231) 615-1700
(231) 615-1750 (Fax)
pperkowski@winston.com
ddalke@winston.com

Melinda K. Lackey
WINSTON & STRAWN, LLP
1111 Louisiana Street, 25th Floor
Houston, TX 7702-5242
(713) 651-2600
(713) 651-2700 (Fax)
mlackey@winston.com

*/s/Steven J. Fineman*
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: fineman@rlf.com
Email: lester@rlf.com

*Attorneys for Defendants Par Pharmaceutical, Inc. and IntelGenx Technologies Corp.*

*Of Counsel*

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

James K. Lynch
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Jennifer Koh
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
Jennifer.Koh@lw.com

Emily C. Melvin
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Michelle R. Ma
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
Michelle.Ma@lw.com