**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br><br>Defendant. | ) | CA. No. 13-1674-RGA<br><br>Consolidated |
| RECKITTS BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br>v.<br><br>PAR PHARMACEUTICAL, INC., INTELGENX TECHNOLOGIES CORP.,<br><br>Defendants. | ) | C.A. No. 14-422-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 31, 2014, a copy of

1. Plaintiffs' Notice of Deposition of Defendant Watson Laboratories, Inc. Pursuant to Fed.R. Civ.P. 30(b)(6) and
2. Plaintiffs' Notice of Deposition of Defendants Par Pharmaceutical, Inc. and IntelGenX Technologies Corp. Pursuant to Fed.R. Civ.P. 30(b)(6)

was served upon the following counsel via electronic mail:

James F. Hurst
Michael K. Nutter
Mr. Sharick Naqi
Tyler G. Johannes

Steven J. Fineman
Katharine C. Lester
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square

WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
(312) 558-5700 (Fax)
jhurst@winston.com
mnutter@winston.com
snaqi@winston.com
tjohannes@winston.com

Peter E. Perkowski
David P. Dalke
WINSTON & STRAWN, LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
pperkowski@winston.com
ddalke@winston.com

Melinda K. Lackey
WINSTON & STRAWN, LLP
1111 Louisiana Street, 25th Floor
Houston, TX 7702-5242
mlackey@winston.com

Megan C. Haney
John C. Phillips, Jr.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
mch@pgslaw.com
jcp@pgslaw.com

*Attorneys for Defendant Watson Laboratories, Inc.*

920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
lester@rlf.com

Daniel G. Brown
Jennifer R. Saionz
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Daniel.brown@lw.com
Jennifer.saionz@lw.com

James K. Lynch
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Jim.lynch@lw.com

Emily C. Melvin
LATHAM & WATKINS LLP
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
Emily.melvin@lw.com

Jennifer Koh
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Jennifer.koh@lw.com

Michelle R. Ma
LATHAM & WATKINS LLP
140 Scott Drive
Menlo park, CA 94025
Michelle.ma@lw.com

*Attorneys for Defendants Par Pharmaceutical, Inc. and IntelGenx Technologies Corp.*

Dated: October 31, 2014

Respectfully submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
(302) 252-4330 (Fax)
mbourke@wcsr.com
dseverance@wcsr.com

*Attorneys for Plaintiffs*

Daniel A. Ladow
James M. Bollinger
Timothy P. Heaton
J. Magnus Essunger
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6288 (Fax)
Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com
Magnus.Essunger@troutmansanders.com

Troy S. Kleckley
Puja R. Patel
TROUTMAN SANDERS LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (Fax)
Troy.kleckley@troutmansanders.com
Puja.patel@troutmansanders.com

*Attorneys for Plaintiff Reckitt Benckiser Pharmaceuticals, Inc. & RB Pharmaceuticals Limited*

James F. Hibey
Timothy C. Bickham
Houda Morad
Stephanie L. Schonewald
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-3000
(202) 429-3902 (Fax)
jhibey@steptoe.com
tbickham@steptoe.com
hmorad@steptoe.com
sschonew@steptoe.com

*Attorneys for Plaintiff MonoSol Rx, LLC*