

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Telephone: (302) 252-4320
Fax: (302) 252-4330
www.wcsr.com

Mary Webb Bourke
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: MBourke@wcsr.com

November 26, 2014

<u>*Via CM/ECF*</u>

The Honorable Richard G. Andrews
United States Court of the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 9
Room 6325
Wilmington, Delaware 19801-3555

**Re:**   *Reckitt Benckiser Pharmaceuticals Inc., et al. v. Watson Laboratories, Inc.*, No. 13-cv-1674-RGA; *Reckitt Benckiser Pharmaceuticals Inc., et al. v. Par Pharmaceuticals, Inc.*, No. 14-cv-422-RGA

Dear Judge Andrews:

    I write on behalf of Plaintiffs in response to Mr. Phillips's November 24, 2014 letter to the Court providing supplemental authority prior to the claim construction hearing in the above cases (D.I. 126). Plaintiffs do not believe that there is an inconsistency between the IPR Response and Plaintiffs' positions as set forth in the claim construction briefing. Plaintiffs will be prepared to address the issue at the claim construction hearing on December 3, 2014.

Respectfully submitted,

Mary W. Bourke

WCSR 33291321v1