IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC., et al.<br><br>Defendants. | C.A. No. 13-1674-RGA<br>(Consolidated) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
FOR EXPERT DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Reckitt Benckiser Pharmaceuticals, Inc., RB Pharmaceuticals Limited, and Monosol RX, LLC, and Defendants Watson Laboratories, Inc., Par Pharmaceutical, Inc., and IntelGenx Technologies Corp., subject to the approval of the Court, that the expert discovery deadlines contained in paragraph 10 of the Scheduling Order (D.I. 85) are amended as follows:

| **Deadline** | **Proposed New Deadline** |
|---|---|
| The initial Federal Rule 26(a)(2) disclosure of expert testimony for the party who has the initial burden of proof on the subject matter | March 3, 2015 |
| The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party | April 10, 2015 |
| Reply expert reports from the party with the initial burden of proof | May 8, 2015 |
| Completion of Expert Depositions | June 12, 2015 |
| Objections to Expert Testimony | June 19, 2015 |

Dated: January 26, 2015

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | PHILLIPS GOLDMAN & SPENCE, P.A. |
| /s/ Daniel M. Attaway | /s/ John C. Phillips, Jr. |
| Mary W. Bourke (#2356) | John C. Phillips, Jr. (#110) |
| Dana K. Severance (#4869) | Megan C. Haney (#5016) |
| Daniel M. Attaway (#5130) | 1200 North Broom Street |
| 222 Delaware Avenue, Suite 1501 | Wilmington, DE 19803 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 252-4383 | jcp@pgslaw.com |
| MBourke@wcsr.com | mch@pgslaw.com |
| DSeverance@wcsr.com | |
| dattaway@wcsr.com | *Attorneys for Defendant Watson Laboratories, Inc.* |
| *Attorneys for Plaintiffs* | |

RICHARDS LAYTON & FINGER, P.A.

/s/ Katharine C. Lester
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Fineman@rlf.com
Lester@rlf.com

*Attorneys for Defendants Par Pharmaceutical, Inc. and IntelGenx Technologies Corp.*

IT IS SO ORDERED this ____ day of _____, 2015.

_____
The Honorable Richard G. Andrews
United States District Judge