IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECKITT BENCKISER
PHARMACEUTICALS INC., et al., :
:
        Plaintiffs, :
:
v. :   Civil Action No. 13-1674-RGA
:   Consolidated
WATSON LABORATORIES INC., et al., :
:
        Defendants. :

**ORDER**

Plaintiffs and Defendant Par write to request more trial time for a November 2 trial. Defendant Watson does not join in the request. (D.I. 319).

Both defendants raise invalidity arguments, including obviousness. Only Watson will contest infringement in this trial.

On the infringement issues, Plaintiffs say they need three experts; Watson only needs one. No explanation is offered as to why Plaintiffs need three when Defendant only needs one.

On the invalidity issues, each side (counting Par and Watson as one side) has five experts. It may be that these experts include economists.

There are three different patents. Plaintiffs assert thirty claims. Plaintiffs assert too many claims. Plaintiffs are **ORDERED** to reduce the number of asserted claims to fifteen (15) by one week from today. (If Plaintiffs have good cause as to why they need more than fifteen claims, they may also submit a letter explaining why by one week from today. Defendants can respond by two business days thereafter.).

The Court will do what it can to cut out unnecessary time delays at trial. For example, all expert résumés should be submitted at the time of the pretrial conference. Thus, no time need be spent at trial on the subject of expert qualifications. Other ideas of the parties to make for quicker trial presentation will be considered. For example, the parties state they intend to call fact witnesses and present deposition testimony about this and that. In the Court's experience, such witness and deposition testimony, in ANDA trials, other than for an on-sale bar issue, has no value. Thus, I think the parties, if they try, can fairly present their cases in the twenty-one hours total that they will be allowed.

The request for more time (D.I. 319) is **DENIED**.

IT IS SO ORDERED this _9_ day of September 2015.

/s/ Richard G. Andrews
United States District Judge