# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>     Plaintiffs,<br> v.<br>WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC.,<br><br>     Defendants. | C.A. No. 1:13-cv-01674-RGA<br><br>Consolidated<br><br>**REDACTED VERSION D.I. 340** |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>     Plaintiffs,<br> v.<br>PAR PHARMACEUTICAL, INC., and INTELGENX TECHNOLOGIES CORP.<br><br>     Defendants. | C.A. No. 1:14-cv-00422-RGA |

## PROPOSED JOINT PRETRIAL ORDER

Volume 2