VITAE

LON JAY MATHIAS

| | | |
|---|---|---|
| ADDRESS: | Department of Polymer Science<br>University of Southern Mississippi<br>Southern Station Box 10076<br>Hattiesburg, MS  39406-0076<br>(601) 266-4871, 266-4868 | #7 Mathias Hollow<br>Purvis, MS 39475<br>(601) 794-8509 |

PERSONAL:   Born, December 29, 1948
Married, Belinda Jo Lynch Mathias
Four children

EDUCATION:   Ph.D. University of Michigan, 1976, Chemistry, C. G. Overberger

M.S. University of Michigan, 1974, Chemistry, C. G. Overberger

B.S. with honors, University of Iowa, 1971, Chemistry, J. K. Stille

MEMBER OF:   American Chemical Society and its Divisions of: Polymer Chemistry, Polymeric Materials: Science and Engineering, Chemical Education, Organic Chemistry; Sigma Xi, Mississippi Academy of Science

EXPERIENCE:   September, 1989 - present, Professor, Department of Polymer Science, University of Southern Mississippi

September, 1983 - August, 1989, Associate Professor, Department of Polymer Science, University of Southern Mississippi

September, 1981 - August, 1983, Assistant Professor, Department of  Polymer Science, University of Southern Mississippi

September, 1977 - August, 1981, Assistant Professor, Department of  Chemistry, Auburn University, Alabama

March, 1976 - September, 1977, Post-doctoral Research Fellow and DHEW Trainee, University of California-San Diego, La Jolla, California

PROFESSIONAL ACTIVITIES

Referee for:
Journal of Polymer Science
Macromolecules
Makromolecular Chemie

Reactive Polymers
National Science Foundation
Journal of the American Chemical Society
Industrial and Engineering Chemistry
Petroleum Research Fund of the ACS
Member, Editorial Boards of:
Journal of Polymer Science, Chemistry
Macromolecular Syntheses
Polymer Composites

Past:

Faculty Member, 1984 Mississippi Governor's School Recipient
Visiting Professor, University of Northern Iowa, April 9-11, 1985
1988 USM Applied Research Award
Co-organizer, Symposium on Advances in Polymer
Characterization, Honolulu, Hawaii, December, 1989
Chairman, Mississippi Section, American Chemical Society, 1991
1994 USM Basic Research Award
2002-03 Member, Directorate for Mathematical and Physical Sciences
        Advisory Committee

FUNDING:    Over $28,000,000 over 34 years


DISSERTATIONS AND THESES:
        Six MS, six Honor's BS theses and 45 Ph.D. dissertations

RESEARCH:
        High Performance Polymers and Composites
        Solid State NMR of Polymers
        Polymerizations in Organized Media and at Interfaces
        Supernucleophilic Pyridine Polymer Catalysts and Reactions
        New Liquid Crystalline Polymers and Copolymers
        Synthesis of New Functional Monomers and Polymers
        Multifunctional Monomers and Polymers

EDUCATIONAL OUTREACH:

Co-Founder, Director and guiding force for the Macrogalleria and the Polymer Science Learning Center

The mission of the Macrogalleria is to provide working knowledge of polymers and related concepts to students of all levels, from K-12 to graduate-level and the general public as well, and to do so on multiple levels, so that the program will be both informative and entertaining to both beginners and more advanced students of polymer science. This program aims not only to provide an introduction to polymer science for those pursuing scientific careers, but to provide information in such a way that will interest the non-scientist as well, to the end of helping to create a more scientifically literate general public.

Honors awarded to the Macrogalleria.



[BBC Education Web Guide](#)

Founder and Director of Polymer Science Learning Center at the University of Southern Mississippi – 1999 to present.

Expansion program that build on the success of the Macrogalleria with an expanded portfolio of material The 6 additional sites have content aimed at teachers and students.

expeditions                          matworld
educational resources       polydelphia
activities & demos            polymers for kids

Publications

PAPERS:      Over 280 refereed papers, 450 preprints
PATENTS:     Over 25 issued
TALKS:       Over 500 oral presentations
BOOKS:       Editor of two symposia collections; coauthor of two user manuals
             and three spectral collections

Refereed Publications

1.   "Synthesis and Publication Properties of Thermally Stable Ladder
     Polymers" Imai, K.; Kurihara, M.; Mathias, L.; Wittman, J.; Alston, W. B.;
     Stille, J. K. Macromolecules, 1973, 6, 158.

2.   "Synthesis of Formamidines and Benzimidazoles". Mathias, L. J.;
     Overberger, C. G.; Synth. Commun., 1975, 5, 461.

3.   "Improved Synthesis of 5(6)-Vinylbenzimidazole: Polymerization Studies".
     Overberger, C. G.; Mathias, L. J.; J. Polym. Sci. Polym. Chem. Ed., 1978,
     16, 627.

4.   "Developments in the Use of Polymers as Reactants in Organic Reactions".
     Overberger, C. G.; Guterl, A. C.; Kawakami, Y.; Mathias, L. J.; Meenakshi,
     A.; Tomono, T. Pure and Applied Chem., 1978, 50, 309.

5.   "Polydepsipeptides 6. Synthesis of Sequential Polymers Containing Varying
     Ratios of L-Alanine and S-Lactic Acid" Mathias, L. J.; Fuller, W. D.; Nissen,
     D.; Goodman, M. Macromolecules, 1978, 11, 534.

6.   "Mass Spectral Behavior of 5(6)-Substituted Benzimidazoles and 1,3-
     Diazaazulene" Mathias, L. J.; Overberger, C. G. J. Org. Chem., 1978, 43,
     3518.

7.   "13C NMR Chemical Shifts of 5(6)-Substituted Benzimidazoles and 1,3-
     Diazaazulene" Mathias, L. J.; Overberger, C. G. J. Org. Chem., 1978, 43,
     3526.

8.   "Synthesis of Formamidine-Containing Polymers from Aromatic Diamines"
     Mathias, L. J.; Overberger, C. G. J. Polym. Sci. Polym. Chem. Ed., 1979,
     17, 1287.

9.   "Esterification and Alkylation Reactions Employing Isoureas" Mathias, L. J.;
     Synthesis, 1979, 561.

10.  "Crown Ethers in Polymer Chemistry" Mathias, L. J.; Al-Jumah, K. B. Polym.
     News, 1979, 6, 9.

11.  "N-Alkylations of Benzimidazoles and Benzotriazole via Phase Transfer
     Catalysis" Mathias, L. J.; Burkett, D. Tetrahedron Lett., 1979, 4709.

12.  "Synthetic Applications of Isoureas. A Review" Mathias, L. J. Org. Prep.
     Proc. Intern., 1980, 12, 311.

13. "Simple Synthesis of 1,3-Bis(perfluoroacyl)azulenes and 1,3-Azulenedicarboxylic Acid" Mathias, L. J.; Overberger, C. G. J. Org. Chem., 1980, 45, 1701.

14. "Polymers Containing Crown Ethers. Polyureas from Diisocyanates and 1,10- Diaza-18-Crown-6" Mathias, L. J.; Al-Jumah, K. B. J. Polym. Sci. Polym. Chem. Ed., 1980, 18, 2911.

15. 15. "Synthesis and Cyclopolymerization of N-Methacryloyldehydroalanine Methyl Ester" Mathias, L. J. J. Polym. Sci. Polym. Lett. Ed., 1980, 18, 665.

16. "Esterolytic Catalysis by Polymers. Contributions of C. G. Overberger" Mathias, L. J. Polym. News, 1980, 7, 13.

17. "Sequential Copolymers of Oxyethylene and Polymethylenedithiols" Mathias, L. J.; Canterberry, J. B. Macromolecules, 1980, 13, 1723.

18. "Polydepsipeptides VIII. Configurational Contributions to the Conformation of Polydepsipeptides and Analogous Polypeptides" Becktel, W. J.; Mathias, L. J.; Goodman, M. Macromolecules, 1981, 14, 203.

19. "Crown Ethers and Phase Transfer Catalysis in Polymer Chemistry" Mathias, L. J.; J. Macromol. Sci. Chem., 1981, A15, 853; Interfacial Synthesis, Carraher, C. E. Jr.; Preston, J., Eds.; Marcel Dekker: New York, 1982; pp 173-196.

20. "Synthesis of N-Hydroxy-N-Methylmethacrylamide and Its Use in the Macromer Synthesis" Kawakami, Y.; Inagi, K.; Yamashita, Y.; Mathias, L. J. J. Polym. Sci. Polym. Lett. Ed., 1981, 19, 629.

21. "New Phase Transfer Catalysts Containing Oxyethylene Oligomers" Mathias, L. J.; Canterberry, J. B. Cyclopolymerization and Polymers with Chain-Ring Structures; Butler, G. B.; Kresta, J., Eds.; American Chemical Society: Washington, 1982; pp 138-148.

22. "Polyacetal Formation of the Monovinyl Ether of Tetraethylene Glycol" Mathias, L. J.; Canterberry, J. B. J. Polym. Sci. Polym. Chem. Ed., 1982, 20, 2731.

23. "Synthesis and Polymerization of Mono- and Divinyl Ethers of Oligooxyethylenes" Mathias, L. J.; Canterberry, J. B.; South, M. J. Polym. Sci. Polym. Lett. Ed., 1982, 20, 473.

24. "Phase Transfer Catalysis in Polymer Chemistry--A Conference Report" Mathias, L. J.; Carraher, C. E. Jr. Polym. News, 1982, 8, 254.

25. "Comments on 'Synthesis of Hydroxyl-Terminated Polycarbonates of Controlled Number-Average Molecular Weight'" Anderson, K. S.; Mathias, L. J.; McGrath, J. E. J. Polym. Sci. Polym. Lett. Ed., 1983, 21, 445.

26. "Further Examination of the Microemulsion Molecular Weight Method for Polyoxyethylene" Mathias, L. J.; Moore, D. R.; Johnson, C. B. J. Polym. Sci. Polym. Lett. Ed., 1983, 21, 711.

27.  "Sulfur-Substituted Polyoxyethylenes. Sequential Ether-Thioether Copolymers" Mathias, L. J.; Canterberry, J. B. In Crown Ethers and Phase Transfer Catalysis in Polymer Chemistry; Mathias, L. J.; Carraher, C. E. Jr. Plenum: New York, 1984; pp 359-370.

28.  "Substituted Polyamides as Precursors for Alkyl and Alkenyl Polybenzoxazoles" Mathias, L. J.; Ahmed, S. U.; Livant, P. D. in New Monomers and Polymers; Culbertson, B. W.; Pittman, C. U. Plenum: New York, 1984; pp 55-65.

29.  "A Two-step Synthesis of Alkyl and Alkenyl Polybenzoxazoles" Mathias, L. J.; Ahmed, S. U.; Livant, P. D. Macromolecules, 1985, 18, 616.

30.  "Synthesis, Cyclopolymerization and Cyclocopolymerization of 4-(Diallylamino)- pyridine: A New Monomer" Mathias, L. J.; Vaidya, R. A.; Bloodworth, R. H. J. Polym. Sci., Polym. Lett. Ed., 1985, 23, 289.

31.  "Thermal Depolymerization Studies of Poly(dimethylenebenzoxazoles)" Mathias, L. J.; Ahmed, S. U. Polym. Bulletin, 1985, 13, 145.

32.  "New Tools for Coatings Analysis" Mathias, L. J. Proc. 12th Water-Borne and Higher-solids Coatings Symposium, 1985, 25-43.

33.  "A Simple, Mild, High-Yield Synthesis of BOC-Amino Acids in Water" Mathias L. J.; Vaidya, R. A. J. Miss. Acad. Sci., 1985, 29, 13.

34.  "A Simple, Inexpensive Stirrer for Spectrometer Cuvettes," Vaidya, R. A.; Hermes, R. E.; Mathias, L. J.; Bridges, J. L. Amer. Lab., July, 1985, 84.

35.  "Isomunchnone Polymerization. Poly(1-oxy-3-lactam vinylenes) From 1-(2-Chloroacetyl)Lactam Through a Mesoionic Intermediate" Mathias, L. J.; Moore, D. R. J. Amer. Chem. Soc., 1985, 107, 5817.

36.  "Analyzing Coatings with Fourier Transform Spectroscopy," Mathias, L. J. Modern Paint and Coatings, November, 1985, 38.

37.  "Inverse Phase Transfer Catalysis. First Report of a New Class of Interfacial Reactions" Mathias, L. J.; Vaidya, R. A. J. Amer. Chem. Soc., 1986, 108, 1093.

38.  "Mesoionic Polymerization. Poly(oxyvinylene)lactams From Chloroacetyl-Lactams Through an Isomunchnone Intermediate" Moore, D. R.; Mathias, L. J. Macromolecules, 1986, 19, 1530.

39.  "Synthesis and Characterization of a Novel Comb Polymer Derived From A Difunctional Monomer: Poly(methyl-2-decanamidopropenoate) [Poly(N-decanoyldehydroalanine methyl ester)]" Mathias, L. J.; Hermes, R. E. Macromolecules, 1986, 19, 1536.

40.  "On Predicting Free Radical Polymerizability of Allyl Monomers. MINDO/3 and 13C NMR Results" Vaidya, R. A.; Mathias, L. J. J. Polym. Sci. Polym. Symp., 1986, 74, 422.

41. "Polymeric Supernucleophilic Pyridine Catalysts. Homogeneous Esterolysis of p- Nitrophenyl Esters," Vaidya, R. A.; Mathias, L. J. J. Amer. Chem. Soc., 1986, 108, 5514.

42. "Molecular Composites via In Situ Polymerization: Poly(phenylene terephthalamide)-Nylon 3," Moore, R. D.; Mathias, L. J. J. Appl. Polym. Sci., 1986, 32, 6299.

43. "Amide Derivatives of Poly(3,4-dimethylenepyrrolidine): Synthesis, Characterization and Complexation Studies," Mathias, L. J.; Vaidya, R. A.; Halley, R. J. J. Appl. Polym. Sci., 1987, 33, 1157.

44. "Fundamental Polymer Chemistry of Acrylics and Vinyls,"Mathias, L. J. Proc. FBI Internat. Symp. On Anal. Indent. Of Polymers, published by the FBI/USDJ, US Government Printing Office, Washington, DC, 1987, pp. 25-38.

45. "Cyclobutene Containing Monomers and Polymers. Polymerization and Crosslinking via Thermally Generated Butadiene Units," Mathias, L. J.; Powell, D. G. Macromolecules, 1987, 20, 702.

46. "A New Chiral Peptide Analog: Synthesis and Characterization of Poly[4(S)-2- propyl-4-carboxymethyl-2-oxazoline]," Hermes, R. E.; Mathias, L. J. J. Polym. Sci. Polym. Lett. Ed., 1987, 25, 161.

47. "Monolayer Polymerization of Methyl 2-Octadecanamidopropenoate: An Amphiphilic Captodative Monomer Based on Dehydroalanine," Mathias, L. J.; Hermes, R. E.; Virden, Jr., J. W. Macromolecules, 1987, 20, 901.

48. "New 2-Pyridone Derivatives via 1,3-Dipolar Cycloaddition of Novel Mesonionic Compounds," Moore, D. R.; Mathias, L. J. J. Org. Chem., 1987, 52, 1599.

49. "Novel Synthesis of a Hindered Trisubstituted Dehydoalanine Derivative and Its Copolymerization with Methyl Acrylate" Hermes, R. E.; Mathias, L. J. Polym. Bulletin, 1987, 17, 189.

50. "Polymerization of N-(p-Aminobenzoyl)Caprolactam: Block and Alternating Copolymers of Aromatic and Aliphatic Polyamides" Mathias, L. J.; Moore, D. R.; Smith, C. A. J. Polym. Sci. Polym. Chem. Ed., 1987, 25, 2699-2709.

51. "High Performance Polymers and Composites IV. Copolymers Containing Benzoxazole Units" Mathias, L. J.; Livant, P. D.; Ahmed, S. U. J. Polym. Sci. Polym. Chem. Ed., 1987, 25, 2711-2716.

52. "Functional Methacrylate Monomers: Simple Synthesis of Alkyl $\alpha$-(Hydroxymethyl) Acrylates" Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O. Macromolecules 1987, 20, 2326-2328.

53. "New Difunctional Methacrylate Ethers and Acetals: Readily Available Derivatives of $\alpha$-(Hydroxymethyl)acrylates" Mathias, L. J.; Kusefoglu, S. H. Macromolecules, 1987, 20, 2039.

54. "A New Nonhydrolyzable Crosslinking Agent Containing Two Methacrylate Units Linked Through the $\alpha$-Methyl Carbons" Mathias, L. J.; Kusefoglu, S. H. J. Polym. Sci., Polym. Lett. Ed., 1987, 25, 451-453.

55. "Polymers from Captodative Dehydroalanines: 2-Alkanamide Derivatives of Methyl Propenoate" Mathias, L. J.; Hermes, R. E. Macromolecules, 1987, 21, 11-13.

56. "Copolymerization of 4-Diallylaminopyridine and Acid-base Behavior of the Copolymers" Mathias, L. J.; Cei, G. Macromolecules, 1987, 20, 2645-2650.

57. "Synthesis and Characterization of in situ Anionically Polymerized p-Aminobenzoylcaprolactam Using Di- and Trifunctional Initiators" Sikes, A. M.; Mathias, L. J. Polym. Bull., 1987, 18, 397-401.

58. "Ether-thioether Copolymers Containing Pendant Carboxylates: Michael Polyaddition of Alkyl Dithiols and New Bisacrylate Ethers" Mathias, L. J.; Kress, A. O. Polym. Commun., 1988, 29, 302-304.

59. "Star-branched Nylon 6 and Nylon 6-Aramid Copolymers" Sikes, A. M.; Moore, D. R.; Smith, C. A.; Mathias, L. J. Proceedings of the 43rd SPI Composites Conference, 1988.

60. "Cyclopolymerization of the Ether of Methyl $\alpha$-(Hydroxymethyl)acrylate" Mathias, L. J.; Kusefoglu, S. H.; Ingram, J. E. Macromolecules, 1988, 21, 545-546.

61. "Multifunctional Captodative Monomers: Urea-containing Dehydroalanines" Mathias, L. J.; Kurz, D. W.; Viswanathan, T. J. Polym. Sci. Polym. Lett. Ed., 1988, 26, 233.

62. "Molecular Composites Based on Thermosetting Matrix Polymers: Poly(p-Phenyleneterephthalamide)-Epoxy" Moore, D. R.; Mathias, L. J. Polym. Composites, 1988, 9, 144-150.

63. "Solid State NMR Characterization of Textiles: Qualitative and Quantitative" Colletti, R. F.; Mathias, L. J. J. Appl. Polym. Sci., 1988, 35, 2069-2074.

64. "Linear AB and AA-BB Polyamides with Backbone Aryl, Alkyl and Alkenyl Units" Ahmed, S. U.; Livant, P. D.; Sikes, A. M.; Mathias, L. J. J. Polym. Sci.; Part A: Polym. Chem., 1988, 26, 2345-2354.

65. "Star-branched Nylon 6: Effect of Branching and Crosslinking on Polymer Properties" Mathias, L. J.; Sikes, A. M. in Ray A. Dickie, ed., Chemistry, Properties and Applications of Crosslinking Systems; American Chemical Society, Washington, DC, 1988, pp 66-76.

66. "Variable Temperature Solid State NMR of Side-chain Crystalline Comb Polymers" Mathias, L. J. Polym. Commun., 1988, 29, 352-354.

67. "Synthesis and Characterization of 1,2-Cyclobutenedicarboxamides: Thermally Generated Polymers and Diels-Alder Adducts" Powell, D. G.; Mathias, L. J. Macromolecules, 1988, 21, 1911-1915.

68. "15N Solid State CP/MAS NMR of Aramid-Containing Nylon 6 by in situ Polymerization with Benzoyl Caprolactam Derivatives" Powell, D. G.; Sikes, A. M.; Mathias, L. J. Macromolecules, 1988, 21, 1533-1536.

69. "A Low Volume Insert for Solid State Magic Angle Spinning NMR" Mathias, L. J.; Powell, D. G.; Bridges, J. L. J. Magn. Reson., 1988, 77, 566-568.

70. "Facile Synthesis of $\alpha$-Deuterated Acrylates and Activated Vinyls," Mathias, L. J.; Colletti, R. F. Macromolecules, 1988, 21, 857-858.

71. "Natural Abundance 15N CP/MAS NMR of Nylons" Mathias, L. J.; Powell, D. G.; Sikes, A. M. Polym. Commun., 1988, 29, 192-193.

72. "A Simple One-Step Synthesis of Unsaturated Copolyesters" Mathias, L. J.; Kress, A. O. J. Appl. Polym. Sci., 1989, 38, 1037-1051.

73. "Copolymers of Styrene and Methyl $\alpha$-Hydroxymethylacrylate" Kress, A. O.; Mathias, L. J.; Cei, G. Macromolecules, 1989, 22, 537-546.

74. "Toward a Universal PC-Based Spectrometer Data Station" Casey, P. K.; Jarrett, W. L.; Mathias, L. J. Amer. Lab., March, 1989, 25.

75. "In situ Formation of New Crosslinking Agents from Acrylate Derivatives and Bisepoxides" Lee, S.; Thames S. F.; Mathias, L. J. J. Polym. Sci.; Part A: Polym. Chem., 1990, 28, 525-549.

76. "Proposed Uses of Laser Light Scattering Instruments for Polymerization Studies" Mathias, L. J.; Hoyle, C. E.; McLaughlin, K. W.; McManus, S. P.; Caruthers, J. M.; Runge, M. L. Proceedings of the NASA Laser Light Scattering Advanced Technology Development Workshop, 1989, 215-227.

77. "Monomer and Polymers Derived from 2,6-Bis((dimethylamino)formyl)-4-(diallylamino) pyridine" Mathias, L. J.; Kloske, T.; Cei, G. Macromolecules, 1989, 22, 4615-4621.

78. "15N T1 Measurements of Semicrystalline Nylon 6" Powell, D. G.; Mathias, L. J. Macromolecules, 1989, 22, 3812-3814.

79. "15N NMR Powder Spectra of Semicrystalline Nylon 6" Powell, D. G.; Mathias, L. J. Polym. Comm., 1990, 31, 58-60.

80. "Characterization of Nylon 6 by 15N Solid State Nuclear Magnetic Resonance" Powell, D. G.; Mathias, L. J. J. Am. Chem. Soc., 1990, 112, 669-675.

81. "Natural Abundance 15N CP/MAS NMR of Solid Polyamides: A Technique Sensitive to Crystalline Composition and Conformation in the Solid State" Powell, D. G.; Sikes, A. M.; Mathias, L. J. Polymer, 1991, 32, 2523.

82. "Solid State 15N NMR of 15N-labeled Nylon 6 and Nylon 11" Mathias, L. J.; Powell, D. G.; Autran, J. P.; Porter, R. S. Mat. Sci. Eng., 1990, A126, 253; reprinted in "Science of Composite Interfaces," Grandt, R. G.; Fishman, S.

G.; Murday, J. S.; Rajapakse, Y.; Vasudevan, A. K.; Wynne, K. J.; eds. Elsevier Applied Science, 1990, pp. 253-263.

83. "Synthesis and Polymerization of Ethyl $\alpha$-chloromethylacrylate and Related Derivatives," Warren, S. C.; Mathias, L. J.; J. Polym. Sci., Part A: Polym. Chem., 1990, 28, 1637-1648.

84. "Polymeric Catalysts Based on 4-(N,N-Diallylamino)pyridine," Cei, G.; Mathias, L. J.; Macromolecules, 1990, 23, 4127-4134.

85. "15N NMR Characterization of Multiple Crystal Forms and Phase Transition in Polyundecanamides," Mathias, L. J.; Powell, D. G.; Autran, J. -P; Porter, R. S. Macromolecules, 1990, 23, 963-967.

86. "Polymeric Biomimetic Catalysts Based on 4-Diallylaminopyridine," Mathias, L. J.; Vaidya, R. A.; Cei, G. Biomimetic Polymers, Gebelein, C. G. ed., Plenum Press, New York, 1990, pp 39-70.

87. "Mechanism Study of the Base-Catalyzed Ether Formation Involving $\alpha$-(Hydroxymethyl)acrylates," Colletti, R. F.; Halley, R. J.; Mathias, L. J. Macromolecules, 1991, 24, 2043-2047.

88. "t-Butyl $\alpha$-Hydroxymethylacrylate and Its Ether Dimer: Multifunctional Monomers Giving Polymers with Easily Cleaved Ester Groups," Mathias, L. J.; Huang, S.; Warren, R. M. Macromolecules, 1991, 24, 2036-2042

89. "Improvement of Wood Properties by Impregnation with Multifunctional Monomers," Mathias, L. J.; Lee, S.; Wright, J. R.; Warren, S. C. J. Appl. Polym. Sci., 1991, 42, 55-67.

90. "Copolymers of 2-Vinyl-4,4-Dimethylazlactone with Styrene and Ethyl $\alpha$-Hydroxymethylacrylate," Mathias, L. J.; Muthiah, J. J. Polym. Sci: Part A: Polym. Chem., 1991, 29, 29-37.

91. "Solid-State 13C NMR Study of Polyethylene Reactor Powders," Jarrett, W. L.; Mathias, L. J.; Porter, R. S. Macromolecules, 1990, 23, 5164-5166.

92. "Radical Homopolymerization of a Trisubstituted Alkene: 1-Cyclobutenecarboxylic Acid and It's Polymer," Casey, P. K.; Mathias, L. J. Polym. Commun., 1991, 32, 27-29.

93. "Acrylate-Containing Oligoether-Ester Crosslinking Agents with Controlled Molecular Weights via End-Group Termination," Mathias, L. J.; Dickerson, C. W. Macromolecules, 1991, 24, 2048-2053.

94. "Multifunctional Acrylate Monomers, Dimers and Oligomers: Contact Lenses to Wood-Polymer Composites," Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O.; Lee, S.; Wright, J. R.; Culberson, D. A.; Warren, S. C.; Warren, R. M.; Huang, S.; Lopez, D. R.; Ingram, J. E.; Dickerson, C. W.; Muthiah, J.; Halley, R. J.; Colletti, R. F.; Cei, G.; Geiger, C. C. Makromol. Chem. Symp., 1991, 41, 153-167.

95. "Multifunctional Captodative Monomers: Urea-Containing Dehydroalanines and Their Polymers," Kurz, D. W.; Mathias, L. J. Macromolecules, 1991, 24, 35-41.

96. "Effect of Chemical Structure of Allyl Ethers on Polymerization and Properties of Multifunctional Acrylate Systems," Jensen, E. S.; Gatenholm, P.; Nanguneri, S.; Mathias, L. J. J. Appl. Polym. Sci., 1991, 42, 2681-2689.

97. "Characterization of Methyl $\alpha$-Hydroxymethylacrylate Ether Cyclopolymer Using Nutation NMR," Mathias, L. J.; Colletti, R. F.; Bielecki, A.; J. Am. Chem. Soc., 1991, 113, 1550-1553.

98. "Hyperbranched Poly(siloxysilanes))," Mathias, L. J.; Carothers, T. W.; J. Am. Chem. Soc., 1991, 113, 4043-4044.

99. "Synthesis and Wide-Line NMR Studies of $\alpha$-2H-labeled Polyacrylates and Polyacrylonitrile," Mathias, L. J.; Colletti, R. F. Macromolecules, 1991, 24, 5515-5521.

100. "Wide-Line Deuterium NMR Studies of N-Deuterated Nylon 6, Nylon 11 and N-n- Propyl Stearamide," Colletti, R. F.; Muthiah, J.; Mathias, L. J. Polym. Commun., 1991, 32, 332-335.

101. "A Software Module for Processing NMR Data on an MS-DOS Microcomputer," Mathias, L. J.; Casey, P. K.; Jarrett, W. L. Amer. Lab., October 1991, 40.

102. "2,5-Dimethoxy- and 2,5-Di-n-Butoxy-1,4-Benzoquinone Reactions and Polymerization with Amines," Colletti, R. F.; Stewart, M. J.; Taylor, A. E. MacNeill, N. J.; Mathias, L. J. J. Polym. Sci.: Part A: Polym. Chem., 1991, 29, 1633-1638.

103. "Poly(di-1-adamantyl fumarate), a Thermally Stable Substituted Polymethylene," Mathias, L. J.; Muir, A. V. G.; Reichert, V. R. Macromolecules, 1991, 24, 5232-5233.

104. "Solid-State 2H NMR: Overview with Examples," Colletti, R. F.; Mathias, L. J. Ch. 2 in Solid State NMR of Polymers, Plenum Publishing, New York, NY, 1991.

105. "New Acrylate-Containing Dimers and Oligomers for Crosslinking Vinyl Polymers," Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O.; Lee, S.; Dickerson, C. W.; Thames, S. F. Polym. News, 1991, 17, 36.

106. "Solid State 15N NMR Investigation of Nylon 12," Mathias, L. J.; Johnson, C. G. Macromolecules, 1991, 24, 6114.

107. "A Lucky Accident...or Was It?," Mathias, L. J. ChemTech, December 1991, 718.

108. "New Hydrophobic and Liquid Crystalline Fluoroalkyl Ether Derivatives of Ethyl $\alpha$-(Hydroxymethyl)acrylate: Monomer Synthesis and Polymerization,"

Jariwala, C. P.; Sundell, P -E. G.; Hoyle, C. E.; Mathias, L. J. Macromolecules, 1991, 24, 6352-6353.

109. "Bis(vinylbenzyl) Ether: Facile Synthesis and Crosslinking," Muthiah, J.; Mathias, L. J. J. Polym. Sci., Part A: Polym. Chem., 1992, 30, 509-511.

110. "A Novel Thioether Polymer with Pendent Ester Groups from a Readily Available Acrylate Derivative," Mathias, L. J.; Thompson, R. D.; Lightsey, A. K. Polym. Bull., 1992, 27, 395-398.

111. "Cyanoethylation of Cyclopentadiene: Isolation of Penta- and Hexa(2-cyanoethyl)cyclopentadiene and an Unexpected Acrylonitrile Polymer," Mathias, L. J.; Roberts, C. C.; Muthiah, J. Polym. Bull., 1992, 27, 389-394.

112. "New Wood-Polymer Composites Containing Ethyl $\alpha$-Hydroxymethyl Acrylate Polymers," Wright, J. R. and Mathias, L. J., Polym. Engin. Sci., 1992, 32(5), 370.

113. "Thermally Induced Molecular Motion and Pre-melting in Hexacontane," Jarrett, W. L.; Mathias, L. J.; Alamo, R. G.; Mandelkern, L.; Dorset, D. L. Macromolecules, 1992, 25, 3468-3472.

114. "Poly(N-decanoyldehydroalanine methyl ester) Mathias, L. J.; Hermes, R. E. Macromolecular Syntheses, 1992, 11, 49.

115. "New Acrylate-Containing Dimers and Oligomers for Crosslinking Vinyl Polymers," Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O.; Lee, S.; Dickerson, C. W.; Thames, S. F.  Polym. News, 1992, 17, 36-42.

116. "Homopolymerization of Alkyl $\alpha$-(Hydroxymethyl) Acrylates," Mathias, L. J.; Kress, A. O.; Kusefoglu, S. H. Macromolecular Syntheses, 1992, 11, 73.

117. "Synthesis and Cyclopolymerization of Bis(2-Alkoxycarbonyl-2-Propenyl) Ether," Mathias, L. J.; Ingram, J. E.; Kusefoglu, S. H.; Thompson, R. D.; Kress, A. O. Macromolecular Syntheses, 1992, 11, 79.

118. "Alternating Ether-Thioether Polymers by Michael Addition of Dithiols and Bis(2- Alkoxycarbonyl-2-Propenyl) Ether," Mathias, L. J.; Kress, A. O. Macromolecular Syntheses, 1992, 11, 85.

119. "A Simple One-Step Synthesis of Unsaturated Polyesters," Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O. Macromolecular Syntheses, 1992, 11, 89.

120. "Poly(3,4-dimethylene-N-acetylpyrrolidine)," Mathias, L. J.; Vaidya, R. A.; Parsons, T. B. Macromolecular Syntheses 1992, 11, 11.

121. "Unusually Facile Cyclopolymerization of a New Allylether Substituted Acrylate and Confirmation of Repeat Unit Structure by INADEQUATE NMR," Thompson, R. D.; Jarrett, W. L.; Mathias, L. J. Macromolecules, 1992, 25, 6455.

122. "Bis(vinylbenzyl)ether and Bis(vinylbenzyl)thioether: Synthesis, Cure Studies and Evaluation of Carbon Fiber Composites," Mater. Sci. Engin., 1993, A162, 215.

123. "Physical Characterization of Wood and Wood-Polymer Composites: An Update," Wright, J. R.; Mathias, L. J. J. Appl. Poly. Sci., 1993, 48, 2225-2239.

124. "New Lightweight Materials: Balsa Wood-Polymer Composites Based on Ethyl- $\alpha$-HydroxymethylAcrylate," Wright, J. R.; Mathias, L. J. J. Appl. Polym. Sci., 1993, 48, 2241.

125. "New Lightweight Composites: Synergistic Interaction of Balsa Wood and Ethyl $\alpha$-(Hydroxymethyl)acrylate" Wright, J. R.; Mathias, L.J..  Cellul.: Chem., Biochem. Mater. Aspects 1993, 459-69.

126. "Synthesis of Rigid Tetrahedral Tetrafunctional Molecules from 1,3,5,7-Tetrakis(4- iodophenyl)adamantane," Mathias, L. J.; Reichert, V. R.; Muir, A. V. G. Chem. Mat. 1993, 5, 4-5.

127. "Unexpectedly Rapid Hydrosilation Polymerization of the Diallyl Derivative of Bisphenol A and 2,6-Diallylphenol," Lewis, C. M.; Mathias, L. J. Macromolecules, 1993, 26, 4070.

128. "Thermally Stable Cyclopolymer from the Ether Dimer of Adamantyl $\alpha$-Hydroxymethylacrylate," Tsuda, T.; Mathias, L. J. Macromolecules, 1993, 26, 4734-4735.

129. "Synthesis, Polymerization, and Characterization of Novel Semifluorinated Methacrylates, Including Novel Liquid Crystalline Materials," Jariwala, C. P.; Mathias, L. J. Macromolecules, 1993, 26, 5129-5136.

130. "Nylon 13,13 Analysis by X-ray and Solid State NMR: Treatment-Dependent Crystal Forms," Johnson, C. G.; Mathias, L. J. Polymer Communications, 1993, 34, 4978.

131. "13C and 15N Solid State NMR of Piezoelectric Nylon," Mathias, L.J.; Johnson, C. G.; Steadman, S.J. Proc. SPIE-Int. Soc. Opt. Eng., 1916 (Smart Materials),  1993, 309-19.

132. "New Dicyano-containing Cyclopolymers Having High Stereoregularity Derived from Dimethylacryl Malononitrile," Tsuda, T.; Mathias, L. J. Macromolecules, 1993, 26, 6359-6363.

133. "Structural Characterization of Nylon 7 By Solid-State NMR, DSC, and ATR-FTIR," Johnson, C. G.; Mathias, L. J. Polymer, 1994, 35, 66-74.

134. "Ester Derivatives of $\alpha$-(Hydroxymethyl)acrylates: Itaconate Isomers Giving High Molecular Weight Homopolymers," Avci, D.; Kusefoglu, S. H.; Thompson, R. D.; Mathias, L. J. Macromolecules, 1994, 27, 1981.

135. "Novel All-Hydrocarbon Thermosetting Resins as Matrix Materials for Carbon and Glass Fibre Composites, Materials I: Reinforcements,"

Muthiah, J.; Mathias, L. J. RAPRA, Polymer and Polymer Composites, 1994, 2 (1), 43A

136. "Cyclopolymerization of Diallyl Malononitrile and the Thioether Dimer of Ethyl α-Chloromethylacrylate," Tsuda, T.; Thompson, R. D.; Mathias, L. J. J. Macromol. Sci. Pure Appld. Chem., 1994, A31, 1867.

137. "Ester Derivatives of α-Hydroxymethylacrylates: Itaconate Isomers Giving High Molecular Weight Polymers," Avci, D.; Kusefoglu, S. H.; Thompson, R. D.; Mathias, L. J. J. Polym. Sci. Part A: Polym. Chem., 1994, 32, 2937-2945.

138. "Cyclopolymerization of Ether Dimers of α-(Hydroxymethyl)acrylic Acid and its Alkyl Esters: Substituent Effect on Cyclization Efficiency and Microstructures," Tsuda, T.; Mathias, L. J. Polymer, 1994, 35, 3317-3328.

139. "Novel Thermooxidatively Stable Poly(ether-imide-benzoxazole) and Poly(ester- imide-benzoxazole)," Sundar, R.; Mathias, L. J. J. Poly. Sci., Part A: Polymer Chemistry, 1994, 32, 2825-2839.

140. "Expanded Tetrahedral Molecules from 1,3,5,7-Tetraphenyladamantane," Reichert, V. R.; Mathias, L. J. Macromolecules, 1994, 27, 7015-7023.

141. "Highly Crosslinked Polymers Based on Acetylene Derivatives of Tetraphenyl- adamantane," Reichert, V. R.; Mathias, L. J. Macromolecules, 1994, 27, 7030-7034.

142. "Tetrahedrally-oriented Four-armed Star and Branched Aramids," Reichert, V. R.; Mathias, L. J. Macromolecules, 1994, 27, 7024-7029.

143. "Synthesis and Characterization of a New Class of Thermosetting Resins: Allyl and Propargyl Substituted Cyclopentadiene Derivatives," Mathias, L. J.; Muthiah, J. Polymer Composites, 1994, 15, 464.

144. "Synthesis and Characterization of Thianthrene-Based Polyamides," Johnson, R. A.; Mathias, L. J., Macromolecules, 1995, 28, 79-85.

145. "Superfast Methacrylate Photomonomers: Aryl Ester Derivatives of Ethyl α-Hydroxymethacrylates," Mathias, L. J.; Thigpen, K.; Avci, D. Macromolecules, 1995, 28, 8872.

146. "Synthesis and Characterization of Thainthrene Containing Poly(benzoxazole)s," Johnson, R. A.; Mathias, L. J. J. Poly. Sci., 1995, 33, 1901.

147. "Thianthrene Containing Polyimides with Monomer Formation via Nucleophilic Aromatic Substitution," Yoneyama, M.; Johnson, R. A.; Mathias, L. J. J. Poly. Sci., 1995, 33, 1891.

148. "Poly(thioether imide)s via Chloro-Displacement Polymerization," Mathias, L. J.; Cei, G.; Johnson, R. A.; Yoneyama, M. Polymer Bulletin, 1995, 34, 287-294.

149. "Facile Synthesis and Polymerization of $\alpha$-Ether Substituted Methacrylates," Thompson, R. D.; Barclay, T. B.; Basu, K. R.; Mathias, L. J. Polymer Journal, 1995, 27, 325-338.

150. "Using Molecular Modeling as a Synthetic Screening Tool," Stewart, M. J.; Mathias, L. J. Scientific Computing and Automation, 1995, February, 23.

151. "Cyclopolymerization of Cinnamate Ester Derivates of Alkyl $\alpha$-(Hydroxymethyl)Acrylates," Avci, D.; Mathias, L. J. Polymer Bulletin, 1995, 35, 671.

152. "Solid-State NMR Characterization of 13C- and 15N-Labeled Phthalimides as Model Compounds for Studying Polyimides," Jarrett, W. L.; Johnson, C. G.; Mathias, L. J. J. Magnetic Resonance, 1995, 116, 156-160.

153. "Thermal and Spectral Characterization of Thermally Induced Transitions in Sequential Copolymers Containing Thioethylene Units," Muthiah, J.; Mathias, L. J. Macromolecules, 1995, 28, 7806-7816.

154. "Spectroscopic Characterization of Solid-Solid Transitions in Model Compounds for Copolymers Containing Sequential Thioethylene Units," Muthiah, J.; Johnson, C. G.; Thompson, R. D.; Mathias, L. J. Macromolecules, 1995, 28, 7796.

155. "13C and 15N Solid-State NMR of Copolymers of Nylons 6 and 7: Observation of a Stable Pseudohexagonal Phase," Johnson, C. G.; Cypcar, C. C.; Mathias, L. J. Macromolecules, 1995, 28, 8535-8540.

156. "Photopolymerization of a Semifluorinated Difunctional Liquid Crystalline Monomer in a Smectic Phase," Hoyle, C. E.; Mathias, L. J.; Jariwala, C.; Sheng, D. Macromolecules, 1996, 29, 3182.

157. "Adamantyl-Substituted Phenolic Polymers," Jensen, J. J.; Grimsley, M.; Mathias, L.J. J. Poly. Sci.: Part A, 1996, 34, 397.

158. "Examples of New Synthetic Routes to Pendant Ester-Ether Derivatives of $\alpha$-Hydroxymethylacrylate Polymers," Avci, D.; Mathias, L. J., Polymer Bulletin, 1996, 36/2, 133.

159. "Thermally Induced Molecular Motion and Premelting in the Solid State of n-Hexatriacontane," Stewart, M. J.; Jarrett, W. L.; Mathias, L. J. Macromolecules, 1996, 29, 4963.

160. "Synthesis of Adamantyl and Benzoxazole Substituted Poly(m-Phenylene)s via the Nickel Catalyzed Coupling of Aryl Chlorides," Mathias, L. J.; Tullos, G. L. Polymer Communications, 1996, 37(16), 3771.

161. 159. "Photopolymerization Studies of Alkyl and Aryl Ester Derivatives of Ethyl $\alpha$-Hydroxymethylacrylates," Avci, D.; Thigpen, K. T.; Mathias, L. J. J. Poly. Sci.; Polym. Chem. Ed. 1996, 34(15), 3191.

162. "Cyclopolymerization Overview: Recent Developments Leading to Molecular Control of Cyclization Efficiency," Mathias, L. J. Trends in Polymer Science, 1996, 4(10), 330.

163. "A Diacetylene Polymer via Oxidative Coupling of Dipropargylfluorene," Tregre, G. J.; Mathias, L. J. J. Polym. Sci. A: Polym Chem., 1997, 35, 587.

164. "Prediction of the Glass Transition Temperature of Multicyclic and Bulky Substituted Acrylate and Methacrylate Polymers using the Energy, Volume, Mass (EVM) QSPR Model," Cypcar, C. C.; Camelio, P.; Lazzeri, V.; Mathias, L J.; Waegell, B. Macromolecules, 1996, 29, 8954.

165. "Benzyl Ether Polymers:  Crystallinity and Pendant Adamantyl Effects," Grubb,   T. L.; Mathias, L. J.  *J. Poly. Sci.; Part A.*, 1997, 1743.

166. "Cationic Polymerization of Diglycidyl Ether of Bisphenol A Resins Initiated by Benzylsulfonium Salts," McGowen, J. A.; Mathias, L. J. *Polymer Composites*, 1997, 18(3), 348.

167. "Cationic Cure of Epoxy Resins via Benzylsulfonium Salts Covalently Bound to Glass Surfaces," McGowen, J. A.; Mathias, L. J. *Polymer Composites*, 1997, 18(3), 332.

168. "Where Have Our Tomorrow's Gone?," Mathias, L. J.  *Trends in Poly. Sci.*, 1997 *(5)1,*  2.

169. "Binary Frontal Polymerization:  A New Method to Produce Simultaneous Interpenetrating Polymer Networks (SINs)," Pojman, J. A.; Elcan, W.; Khan, A. M.; Mathias, L. J. *Journal of Polymer Science:  Part A:  Polymer Chemistry*, 1997, *35,*  227.

170. "Synthesis and Characterization of Copolymers of Nylon 11 and Nylon 12," Johnson, C. G.; Mathias, L. J. *Solid State Nuclear Magnetic Resonance*, 1997, 8, 161-171.

171. "Cyclopolymerization of Amine-Linked Diacrylate Monomers for Cyclopolymerization," Avci, D.; Mathias, L. J.  *J. Polym. Sci., Part A:  Polymer Chem.*, 1997, 2111.

172. "A New Non-acidic Mixed Solvent System for Nylon NMR:  Cis-Amide Quantitation in Nylons and Model Amines," Steadman, S.; Mathias, L. J. Polym. Commun., 1997, 38(21) 5297.

173. "Synthesis, Cure Analysis and Composite Properties of Allylated Cyclopentadiene Resins," Tregre, G. J.; Mathias, L. J.  *Polymer Composites*, 1997, 18(4), 509.

174. "Poly(ether ether ketone)s and Poly(ether sulfones) with Pendent Adamantyl Groups," Lewis, C. M.; Wiegel, K.N.; and Mathias, L.J. *Macromolecules*, 1997, 30, 5970.

175. "Frontal Polymerization in Microgravity-Results from the Conquest I Sounding Rocket Flight," Pojman, J.A.; Khan, A.M.; and Mathias, L.J. *Microgravity Science and Technology*, 1997, X/1, 36.

176. "A New Polymer with a Lower Critical Solution Temperature:  Poly("alpha-methoxymethyl acrylic acid)," Thompson, R.D.; Michalovic, M.; Mathias, L.J. *Polym. Comm.*  1997, 39, 2693

177. "Intermediates and Monomers for Vapor Phase Deposition and Polybenzoxazoles," Grubb, T.; Mathias, L.J. *Designed Monomers and Polymers*, 1998, 15-36.

178. "Glass Transition Temperature Calculations for Styrene Derivatives Using the Energy, Volume, and Mass Model," Camelio, P.; Lazzeri, V.; Waegell, B.; Cypcar, C.; and Mathias, L.J. *Macromolecules*, 1998, 31, 2305-2311.

179. "Vapor Phase Deposition of Polybenzoxazoles," Grubb, T.L.; Tullos, G.L.; Mathias, L.J.  *J. Polym. Sci.:  Part A. Polym. Chem.* 1998, 36, 1317-1328.

180. "Synthesis and Characterization of Aromatic Polyamides and Polyimides from Trimethyl- and Di-t-butylhydroquinone Based Ether Linked Diamines."  Yagci, H.; Mathias, L.J.  *Polymer*, 1998, 39, 3779-3786.

181. "Ring-Opening Metathesis Polymerization of Cyclohexenyl Norbornene in Air and Protic Media using Ruthenium-Based Catalysts," Apichatachutapan, W.; Mathias, L.J.  *J. Appl. Polym. Sci.*, 1998, 67, 183.

182. "Synthesis, Characterization, and Cure of Allyl and Propargyl Functionalized Indene as a Thermoset Composite Materix Resin," Tregre, G.J.; Mathias, L.J. *J. of Appl. Polym. Sci.*, 1998, 68, 475-482.

183. "Synthesis, Cure and Composite Properties of Mixed Allyl/Propargyl Cyclopentadiene Resins," Tregre, G. J.; Mathias, L.J. J. Polym. Sci. Polym. Phys. Ed., 1998, 36, 2869-2876.

184. "Unexpected Thermal Conversion of Hydroxy-Containing Polyimides to Polybenzoxazoles," Tullos, G.L.; and Mathias, L.J. Polym. Comm., 1999, 40, 3463-3468.

185. "Synthesis, Characterization and Cure of Propargyl Functionalized Cyclopentadiene for Use in Carbon-Carbon Composites," Tregre, G. J.; Mathias, L.J., Chem. Mat., 1999, 11, 698-703.

186. "Highly Soluble Polyimides from Sterically Hindered Diamines," Grubb, T.L., Ulery,V.L., Smith, T.J., Tullos, G.L., Yagci, H. Langsam, M., and Mathias, L.J. Polymer, 1999, 40, 4279-4288.

187. "Gel-state NMR Investigation of Crosslinked Poly(methyl methacrylate) Incorporating 13C Labeled Ethylene Glycol Dimethacrylate," Mathias, L.J.; Steadman, S.; Anderson, K.; Davis, R.; Jarrett, W.; Redfearn, R.D.; Bunn, A.  Macromol. Symp. (13th European Symposium on Polymer Spectroscopy held in 1998), 1999, 141, 47-55.

188. "Soluble Poly(amide-imide)s Prepared by One-Pot Solution Condensation," Tullos, G.L.; Mathias, L.J. Journal of Polym. Sci.: Part A. Polym. Chem., 1999, 37, 1183-1188.

189. "Synthesis and Characterization of Novel Aromatic Polyimides from 4,4-Bis(p-aminophenoxymethyl)-1-cyclohexene," Yagci, H.; Ostrowski, C.; Mathias, L.J. Polymer, J. of Polym. Sci: Part A. Polym. Chem., 1999, 37, 1189-1197.

190. "Thermal Conversion of Hydroxy-Containing Imides to Benzoxazoles: Polymer and Model Compound Study," Tullos, G.; Powers, J.; Jeskey, S.; Mathias, L.J., Macromolecules, 1999, 32, 3598-3612.

191. "Polymerization of $\alpha$-(N-vinylformamidomethyl)acrylates: Cyclopolymers from Non-symmetric Monomers," Michalovic, M.; D. Avci; L.J. Mathias, Des. Mon. Polym., 1999, 2(3), 199-208.

192. "Synthesis of 3-Alkylated-1-vinyl-2-pyrrolidones and Preliminary Kinetic Studies of Their Photopolymerizations" White, L.A.A.; Jonson, S.; Hoyle, C.E.; Mathias, L.J. Polym. Commun., 1999, 40, 6597-6605.

193. "Observation of $\alpha$ and $\gamma$ Crystal Forms and Amorphous Regions of Nylon 6-Clay Nanocomposites Using Solid State 15N NMR" Mathias, L.J.; Davis, R.D.; Jarrett, W.L. Macromolecules, 1999, 32, 7958-7960.

194. "Solution 13C NMR Characterization of Nylon 66: Quantitation of cis Amide Conformers, Acid and Amine End Groups, and Cyclic Unimers," Davis, R.D.; Steadman, S.J.; Jarrett, W.L.; Mathias, L.J., Macromolecules, 2000, 33, 7088-7092.

195. "Adventitious Effect of Air in Atom Transfer Radical Polymerization: Air-Induced (Reverse) Atom Transfer Radical Polymerization of Methacrylates in the Absence of Added Initiator," Acar, A.E.; Yagci, M.B.; Mathias, L.J., Macromolecules, 2000, 33, 7700-7706.

196. "Evaluation of Spacer Effect on Adamantane-Containing Vinyl Polymer Tg's," Acar, H.Y; Jensen, J.J.; Thigpen, K; McGowen, J.A.; Mathias, L.J., Macromolecules, 2000, 33, 3855-3859.

197. "Photoinitiated Polymerization of a Semifluorinated Liquid Crystalline Monomer Exhibiting a Reduced Rate in the Smectic Phase," Hoyle, C. E.; Mathias, L. J.; Jariwala, C.; Sheng, D.; Sundell, P. E. ACS Symp. Ser. (Specialty Monomers and Polymers), 2000, 755, 54-74.

198. "Synthesis and Cyclopolymerization of Novel Allyl-Acrylate Quaternary Ammonium Salts," Avci, D.; Lemopulo, K.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem., 2001, 39, 640-649.

199. "Solution 13C NMR Characterization of Polyamide Homopolymers (Nylons 6, 11, 12, 66, 610, 612) and Several Commercial Copolymers," Davis, R.D.; Jarrett, W.L.; Mathias, L.J., Polymer, 2001, 42, 2621-2626.

200. "Copolymers of 4-Adamantylphenyl Methacrylate Derivatives with Methyl Methacrylate and Styrene," Mathias, L.J.; Jensen, J.J.; Thigpen, K; McGowen, J.A.; McCormick, D.; Somlai, L., Polymer, 2001, 42, 6527-6537.

201. "Synthesis and Thermal Characterization of a One-component Maleimide-epoxy Resin," White, L.A.; Weber, J.W.; Mathias, L.J., Polym. Bull., 2001, 46, 339-344.

202. "Synthesis of Linear and Star-like Polymers from Poly(propylene glycol)methacrylate Using Controlled Radical Polymerization," Shemper, B.S.; Ersin, A.A.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem., 2001, 39, 334-343.

203. "Five- and Six-Membered Ring Opening of Pyroglutamic Diketopiperazine," Parrish, D.A.; Mathias, L.J., J. Org. Chem., 2002, 67, 1820-1826.

204. "Bulk Free-radical Photopolymerization of 1-Vinyl-2-pyrrolidinone and Its Derivatives," White, L.A.; Hoyle, C.A.; Jonsson, S.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem., 2002, 40, 694-706.

205. "Synthesis and Polymerization of Phosphorous-containing Acrylates," Avci, D.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem., 2002, 40, 3221-3231.

206. "Methacrylate Derivatives Incorporating Pyroglutamic Acid," Smith, T.J.; Mathias, L.J., Biomacromolecules, 2002, 3, 1392-1399.

207. "Solution and Solid State NMR Spectroscopy of Nylon 6-Montmorillonite Clay Nanocomposites" Davis, R.D.; Jarrett, W.L.; Mathias, L.J.; ACS Symposium Series 804: Polymer Nanocomposites, 2002, 117-126.

208. "Effects of Melt Processing Conditions on the Quality of Poly(ethylene terephthalate) Montmorillonite Clay Nanocomposites," Davis, C.H.; Mathias, L.J.; Gilman, J.W.; Schiraldi, D.A.; Shields, J.R.; Trulove, P.; Sutto, T.E.; Delong, H.C., J. Polym. Sci., Part B: Polym. Phys., 2002, 40, 2661-2666.

209. "Synthesis and Solid State 2H NMR Characterization of Nylon 6-d4, Nylon 6-d4/Montmorillonite Clay Nanocomposite and Nylon 6 Plasticized with e-Caprolactam-d4" Davis, R.D.; Jarrett, W.L.; Mathias, L.J.; Organic/Inorganic Hybrid Materials, eds. R. Laine, F. Blum, Electronic Publishing Services/eMedix, Inc., Hattiesburg, 2002

210. "Hyperbranched Poly(3-ethyl-3-hydroxymethyloxetane) via Anionic Polymerization," Smith, T.J.; Mathias, L.J., Polymer, 2002, 43, 7275-7278.

211. "Bone and Cartilage Regeneration: a New Challenge for Materials Science," Garret, E., Fernandez, T.; Borros, S.; Mathias, L.J.; Colominas, C. Afinidad, 2002, 59, 484-488.

212. "Synthesis and Photopolymerization Kinetics of New Flexible Diacrylate and Dimethacrylate Crosslinkers Based on C18 Diacid," Avci, D.; Nobles, J.; Mathias, L.J., Polymer, 2003, 44, 963-968.

213. "Supermolecular Materials from Multifunctional Pyroglutamic Acid Derivatives," Parrish, D.A.; Mathias, L.J.; Moore, K.M., Macromolecules, 2003, 36, 4250-4252.

214. "Synthesis and Characterization of Novel Ethylene Glycol Polyesters Containing Terephthalic and 5-Adamantylisophthalic Acids," Somlai, L.S.; Lewis, C.M.; Mathias, L.J., Schiraldi, D.A. Designed Monomer Polym., 2003, 6, 123-133.

215. "Photopolymerization of Urethane Dimethacrylates Synthesized by a Non-isocyanate Route," Assumption, H.; Mathias, L.J., Polymer, 2003, 44, 5131-5136.

216. "Synthesis and Photopolymerizations of New Hydroxyl-containing Dimethacrylate Crosslinkers," Avci, D.; Mathias, L.J., Polymer, 2004, 45,1763-1769.

217.  "Polymerization of olefins with bulky substituents. 1. Homo- and copolymerizations of 3-(1-adamantyl)propene," Van Reenen, A.J.; Mathias, L.J.; Liezel, C., Polymer, 2004, 45, 799-804.

218. "Synthesis of Poly(methyl methacrylate) Grown from Laponite Clay via Atom Transfer Radical Polymerization," Wheeler, P.; Mathias, L.J. Macromol. Synth. 2004, 13, 1.

219. "Photopolymerized Low-Surface-Energy Coatings Based on a Novel Fluorinated Ether Acrylate," Shemper, B.S.; Mathias, L.J. J. Appl. Polym. Sci., 2004, 91, 3301-3314.

220. "Syntheses and Characterization of Statistical and Block Fluorinated Copolymers with Linear and Star-like Architectures via ATRP," Shemper, B.S.; Mathias, L.J. European Polym. J., 2004, 40, 651-665.

221. "Syntheses of New Hydroxylated Monomers Based on Methacrylate, Dimethacrylate and Tetramethacrylate Michael Adducts and Photopolymerization Kinetics of Bulk Crosslinkers," Mathias, L.J.; Shemper, B.S.; Alirol, M; Morizur, J.-F. Macromolecules, 2004, 37, 3231-3238.

222. "Synthetic Clay Nanocomposite-based Coatings Prepared by UV-cure Photopolymerization," Shemper, B.S.; Morizur, J.-F.; Alirol, M.; Domenech, A.; Hulin, V.; Mathias, L.J. J. Appl. Polym. Sci. 2004, 93, 1252-1263.

223. "Synthesis and Antimicrobial Activities of New Water-soluble Bis-quaternary Ammonium Methacrylate Polymers," Dizman, B.; Elasri, M.O.; Mathias, L.J. J. Appl. Polym. Sci. 2004, 94, 635-642.

224. "Linear Unsaturated Nylon 6 u18 and 18 u18," Bennett, C.; Mathias, L.J. Macromol. Chem. Phys. 2004, 205, 2438–2442.

225. "Synthesis, Characterization, and Antibacterial Activities of Novel Methacrylate Polymers Containing Norfloxacin," Dizman, B.; Elasri, M.O.; Mathias, L.J. Biomacromolecules 2005, 6, 514-520.

226. "Synthesis and Characterization of Polyamides Containing Ocatdecandioic Acid: Nylon 2 18, Nylon 3 18, Nylon 4 18, Nylon 6 18, Nylon 8 18, Nylon 9 18 and Nylon 12 18," Bennett, C.; Mathias, L.J., J. Polym. Sci.: Part A: Polym. Chem., 2005, 43, 936-945.

227. "Structural Changes of Trisilanol Isooctyl Polyhedral Oligomeric Silsesquioxane (T-POSS) During Heat Treatment at Polymer Melt Processing Temperatures, " Zeng, J.; Bennett, C.; Jarrett, W.J.; Iyer, S.; Kumar, S.; Mathias, L.J.; Schiraldi, D.A., Composite Interfaces, 2005, 11, 673–685.

228. "Synthesis and Photopolymerizations of Phosphate-containing Acrylate/(di)methacrylate Monomers from 3-(Acryloyloxy)-2-hydroxypropylmethacrylate," Avci, D.; Mathias, L.J., Polym. Bull., 2005, 54, 11-19.

229. "Photocrosslinking of Poly(ethylene terephthalate) Copolymers Containing Photoreactive Comonomers," Wang, J.; Nayak, B.R.; Creed, D.; Hoyle, C.E.; Mathias, L.J. Polymer, 2005, 46, 6897-6909.

230. "Effects of cis-trans Isomerization on the Photopolymerization Behavior of N-vinyl Amide Monomers," White, L.A.; Hoyle, C.E.; Jonsson, S.; Mathias, L.J. Designed Monomers and Polymers, 2005, 8, 297-308.

231. "Synthesis and Antibacterial Activities of New Quaternary Ammonium Monomers," Ayfer, B.; Dizman, B.; Elasri, M.O.; Mathias, L.J.; Avci, D. Designed Monomers and Polymers, 2005, 8, 437-451.

232. "A Polymerizable Photosensitizer and Its Photopolymerization Kinetics," Wang, J.; Mathias, L.J. Polym. Internat., 2005, 54, 1537-1542.

233. "A Novel Photoinimer for the Polymerization of Acrylates and Methacrylates," Nayak, B.R.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem. 2005, 43, 5661-5670.

234. "Synthesis and Self-catalyzed Phase Transfer Reaction of Novel Methacrylate Polymers," Dizman, B.; Mathias, L.J.  J, Polym. Sci., Part A: Polym. Chem. 2005, 43, 5844-5854.

235. "Synthesis and Characterization of Covalently Functionalized Laponite Clay," Wheeler, P.A.; Wang, J.; Baker, J.; Mathias, L.J. Chem. Mat., 2005, 17, 3012-3018.

236. "High Resolution Solution and Solid State NMR Characterization of Ethylene/1-Butene and Ethylene/1-Hexene Copolymers Fractionated by Preparative Temperature Rising Elution Fractionation," Assumption, H. J.; Vermeulen, J. P.; Jarrett, W. L.; Mathias, L. J.; Van Reenen, A. J. Polymer, 2006, 47, 67-74.

237. "Synthesis of Copolyamides Containing Octadecanedioic Acid: an Investigation of Nylon 6/6,18 in Various Ratios," Bennett, C.; Zeng, J.; Kumar, S.; Mathias, L.J. J. Appl. Polym. Sci. 2006, 99, 2062-2067.

238. "Facile Processing of Clays into Organically-modified Aerogels," Somlai, L.S.; Bandi, S.A.; Schiraldi, D.A.; Mathias, L.J. AIChE J., 2006, 52, 1162-1168.

239. "Synthesis and Characterization of Antibacterial and Temperature Responsive Methacrylamide Polymers," Dizman, B.; Elasri, M.O.; Mathias, L.J. Macromolecules, 2006, 39, 5738-5746.

240. "Poly(methyl methacrylate)/Laponite Nanocomposites: Exploring Covalent and Ionic Clay Modifications," Wheeler, P.A.; Wang, J.; Mathias, L.J. Chem. Mater. 2006, 18, 3937-3945.

241. "Incorporation of Metallic POSS, POSS Copolymers, and New Functionalized POSS Compounds into Commercial Dental Resins," Wheeler, P.; Fu, B.; Lichtenhan, J.; Weitao, J.; Mathias, L. J. Appl. Polym. Sci., 2006, 102, 2856-2862.

242. "Synthesis and Antibacterial Activities of Water-soluble Methacrylate Polymers Containing Quaternary Ammonium Compounds," Dizman, B.; Elasri, M.O.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem. 2006, 44, 5965-5973.

243. "Cyclopolymerization of tert-Butyl $\alpha$-(Hydroxymethyl)acrylate (TBHMA) Ether Dimer via Atom Transfer Radical Polymerization (ATRP)," Selda, E.; Mathias, L.J.; Acar, A.E. Macromolecules, 2006, 39, 8936-8942.

244. "Synthesis of New Polyfunctional 2-Pyrrolidinones from Methyl 2-(Carboethoxyhydroxymethyl)acrylate," Morizur, J.-F.; Mathias, L.J. Tetrahedron Lett., 2007, 48, 5555-5559.

245. "Synthesis, Characterization and Cyclopolymerization of a Functional Non-symmetric Divinyl Monomer," Dizman, B.; Mathias, L.J., Polymer, 2007, 48, 5226-5232.

246. "Synthesis and Characterization of Dual-functionalized Laponite Clay for Acrylic Nanocomposites," Wang, J.; Wheeler, P.A.; Jarrett, W.L.; Mathias, L.J. J. Appl. Polym. Sci. 2007, 106, 1496-1506.

247. "Antibacterial Fluoromicas: A Novel Delivery Medium," Dizman, B.; Badger, J.C.; Elasri, M.O.; Mathias, L.J. Appl. Clay Sci., 2007, 38, 57-63.

248. "Synthesis of New Acryate-Based Nonionic Surfmers and Their Use in Heterophase Polymerization," Morizur, J.F.; Irvine, D.J.' Rawlins, J.J.; Mathias, L.J. Macromolecules, 2007, 40, 8938-8946.

249. "Highly Exfoliated Poly($\varepsilon$-caprolactone)/organomontmorillonite Nanocomposites Prepared by In situ Polymerization," Tarkin-Tas, E.; Goswami, S.K.; Nayak, B.R.; Mathias, L.J. J. Appl. Polym. Sci., 2008, 107, 976-984.

250. "New Poly(ester amide)s from Alkyl 2-(Carbethoxyhydroxy-methyl)acrylates," Morizur, J.-F.; Mathias, L.J., J. Polym. Sci., Part A: Polym. Chem., 2008, 46, 3182-3192.

251. "Synthesis and Polymerization of New Di-octadecyl Ester Derivatives of $\alpha$-Hydroxymethylacrylate: A Structure-Property Correlation for Their Copolymers with Methyl Methacrylate," J. Polym. Sci., Part A: Polym. Chem., 2008, 46, 7785-7793.

252. "Novel Antibacterial Polymers," Dizman, B.; Mathias, L.J. ACS Symposium Series, 1002 (Smart Coatings II), 2009, 27-51.

253. "Synthesis and Characterization of Nylon 18 18 and Nylon 18 Adamantane," Bennett, C.; Kaya, E.; Sikes, A.M.; Jarrett, W.L.; Mathias, L.J. J. Polym. Sci., Part A: Polym. Chem., 2009, 47, 4409-4419.

254. "Synthesis and Characterization of Physical Crosslinking Systems Based on Cyclodextrin Inclusion-Guest Complexation," Kaya, E.; Mathias, L.J., J. Polym. Sci., Part A: Polym. Chem. 2010, 48, 581-592.

255. "Synthesis and Ring-Opening Polymerization of 5-Azepane-2-one Ethylene Ketal: A New Route to Functional Aliphatic Polyamides," Tarkin-Tas, E.; Mathias, L.J. Macromolecules, 2010, 43, 968-974.

256. "Synthesis and Polymerization of New Multifunctional Pyrrolidinone Methacrylate Monomers," Morizur, J.-F.; Zhou, H.; Hoyle, C.E.; Mathias, L.J. Polymer, 2010, 51, 848-853.

257. "Effect of Stoichiometric Imbalances on the Melt Condensation Polymerization of Poly(dodecamethylene terephthalamide) Studied by Intrinsic Viscosity and [13]C NMR," Novitsky , T.; Lange , C.; Jarrett, W.; Mathias, L.J.; Osborn, S.; Ayotte, R.; Manning, S. J. Appl. Polym. Sci. 2010, 116, 3388-3395.

258. "Poly(methyl methacrylate) Copolymers Containing Multiple Pendent Plasticizing Groups," Tas, Huseyin; Mathias, Lon J. J. Polym. Sci., Part A: Polym. Chem. 2010, 48, 2302-2310.

259. "Eutectic melting behavior of polyamide 10,T-co-6,T and 12,T-co-6,T copolyterephthalamides," Novitsky , T.;  Lange , C.; Mathias, L.J.; Osborn, S.; Ayotte, R.; Manning, S. Polymer  2010, 51, 2417-2425.

260. "One-pot synthesis of polyamide 12,T-polyamide-6 block copolymers," Novitsky , T.; Mathias, L.J.J. Polym. Sci., Part A: Polym. Chem. 2011, 49, 2271-2280.

261. "Hydrogen-bonded supramolecular polymers from derivatives of α-amino-ε-caprolactam: A bio-based material," Tarkin-Tas, Eylem; Lange, Christopher A.; Mathias, Lon J. Polym. Sci., Part A: Polym. Chem. 2011, 49, 2451-2460.

262. "Multifunctional Acrylate Monomers, Dimers and Oligomers: Applications from Contact Lenses to Wood-polymer Composites," Mathias, L. J.; Kusefoglu, S. H.; Kress, A. O.; Lee, S.; Wright, J. R.; Culbertson, D. A.; Warren, S. C.; Warren, R. M.; Huang, S.; Lopez, D. R.; Ingram, J. E.; Dickerson, C. W.; Muthiah, J.; Halley, R. J.; Colletti, R. F.; Cei, G.; Geiger, C. C.; Macromol. Symp. 2011, 51, 153-167.

263. "Synthesis and Thermal Behavior of Polyamide 12, T Random and Block Copolymers," ," Novitsky , T.; Mathias, L.J.; Osborn, S.; Ayotte, R.; Manning, S. Macromol. Symp. 03/2012, 313-314.

264. "Investigation of Melting Behaviors and Crystallinity of Linear Polyamide with High-Aliphatic Content," Kaya, E.; Mathias, L. J.; J. Appl. Polym. Sci., 2012, 123, 92-98.

265.  "Thermally stable organically modified layered silicates based on alkyl imidazolium salts," Goswami, S.K.; Ghosh, S.; Mathias, L.J., J. Coll. Interface Sci., 2012, 368, 366-371.

266. "Surface Modification of Nano-silica with Amides and Imides for Use in Polyester Nanocomposites," Ghosh, S.; Mathias, L. J.; Goswami, S. J. Mater. Chem. 2013, 1, 6073-6080.

267. "Preparation, Characterization and Copolymerization of the 12-Membered Cyclic Diamide 1,6-Diazacyclododecane-2,5-dione," Kaya, E.; Tarkin-Tas, E.; Osborn, S.; Ayotte, R.; Manning, S.; Mathias, L. J. J. Polym. Sci. Part A: Polym. Chem. 2014, 52, 96-103.

268. "UV Curable Coatings for Improved Gas Barrier Properties of Poly(ethylene terephthalate)," Kaya, E.; Smith, T.; Mathias, L. J.; Prog. Org. Coatings, 2014, 77, 194-201.

Education Publications

1. Polymer Science and Textiles at Auburn University, L. J. Mathias, Polym. News 5, 138-142 (1979).

2. Evaluation of a Viscosity-Molecular Weight Relationship: An Undergraduate-Graduate Experiment , L. J. Mathias, J. Chem. Educ., 60, 422-424 (1983).

3. Laboratory for Introductory Polymer Courses, L. J. Mathias, J. Chem. Educ., 60, 990-993 (1983).

4. Nylon 6 - A Simple, Safe Synthesis of a Tough Commercial Polymer, L. J. Mathias, R. A. Vaidya and J. B. Canterberry,  J. Chem. Educ., 61, 805-807 (1984).

5. Polymer Education in America: Are Current Efforts Enough?, L. J. Mathias, Polym. News, 9, 322-324 (1984).

6. Polymers Containing Sulfur, Including a Phase Transfer Synthesis
L. J. Mathias, J. Mat. Educ., 6, 527-547 (1984).

7. The Polymer Science Department at the University of Southern Mississippi, L. J. Mathias,  Polym. News, 10, 151-156 (1984).

8. Nylon 6 and Nylon 66 - A Lecture-Laboratory Module on Polyamides,  L. J. Mathias, R. A. Vaidya and J. B. Canterberry, J. Mat. Educ., 6, 207-228 (1985).

9. A Simple, Inexpensive Molecular Weight Measurement for Water-Soluble Polymers,  L. J. Mathias and D. R. Moore, J. Chem. Educ., 62, 545-548 (1985).

10. Polymer Science in a Governor's School: Teaching an Advanced Topic to Gifted High School Students, L. J. Mathias and R. F. Storey,J. Chem. Educ., 63, 424-426 (1986).

11. Fundamentals of the Polymer Chemistry of Acrylics and Vinyls  L. J. Mathias J. Mat. Educ., 8, 1 (1986).

12. Classroom Demonstrations of Polymer Principles: Part I F. Rodriguez, L. J. Mathias, J. Kroschwitz and C. E. Carraher, Jr. J. Chem. Educ., 64, 72-76 (1987).

13. Ring-opening and Ring-forming Polymerizations  L. J. Mathias and T. Viswanthan J. Chem. Educ., 64, 639-641 (1987).

14. Classroom Demonstrations of Polymer Principles: Part II
    F. Rodriguez, L. J. Mathias, J. Kroschwitz and C. E. Carraher, Jr.
    J. Chem. Educ., 64, 886-888 (1987).

15. Converting Sunlight to Mechanical Energy: A Polymer Example of Entropy L.
    J. MathiasJ. Chem. Educ., 64, 889-890 (1987).

16. Classroom Demonstrations of Polymer Principles: Part III F. Rodriguez, L. J.
    Mathias, J. Kroschwitz and C. E. Carraher, Jr.
    J. Chem. Educ., 65, 352-355 (1988).

17. Quantitative Analysis by FTIR: Thin Films of Ethylene and Vinyl Acetate,
    L. J. Mathias, M. G. Hankins, C. M. Bertolucci, T. L. Grubb and J. M. Muthiah,
    J. Chem. Ed 69 , A217-A219 (1992).

18. Modern Science Education: Methods and Ethics, L. J. Mathias, Polymer 38 ,
    5297-5300 (1997).


Patents


1. "Monomers and Polymers Containing 4-Aminopyridine," Mathias, L. J. U.S.
   Patent 4,591,625, May 27, 1986.

2. "Vinyl Monomers Capable of Forming Side-Chain Liquid Crystalline
   Polymers and the Resulting Polymers," Mathias, L.J.; Hermes, R.E. U.S.
   Patent 4,613,658, September 23, 1986.

3. "New Vinyl Monomers Capable of Forming Side-chain Liquid Crystalline
   Polymers and the Resulting Polymers," Mathias, L. J.; Hermes, R. E.
   European Patent 0219344B1, April 17, 1991.

4. "Poly(1-oxy-3-lactam vinylenes)," Mathias, L.J.; Moore, D.R.  U.S. Patent
   4,644,050, February 17, 1987.

5. "New Monomers and Polymers Containing 4-Aminopyridines," Mathias, L.J.
   U. S. Patent 4,661,598, April 28, 1987.

6. "New Vinyl Monomers Capable of Forming Side-Chain Liquid Crystalline
   Polymers and the Resulting Polymers," Mathias, L.J.; Hermes, R. E. U. S.
   Patent 4,793,949, December 27, 1988.

7. "Acrylate Ester Ether Derivatives," Mathias, L.J.; Kusefoglu, S.H. U.S.
   Patent 4,889,948, December 26, 1989.

8. "Polymers Containing Pendant Urea Derivatives," Mathias, L.J.; Kurz, D.W.
   U.S. Patent 4,906,767, March 6, 1990.

9. "2,6-Substituted-4-Aminopyridines and Their Corresponding Inter-mediates," Mathias, L.J.; Cei, G. U. S. Patent 4,940,796, July 10, 1990.

10. " Siloxane-containing Acrylic Polymers for Ocular Lenses," Mathias, L.J.; Culberson, D.A. U. S. Patent 4,977,229, December 11, 1990.

11. "Monomers for Polymers Containing Pendant Urea Derivatives," Mathias, L.J.; Kurz, D.W. U.S. Patent 4,985,522, January 15, 1991.

12. "Polymers of Acrylate Ester Ether Derivatives" Mathias, L.J.; Kusefoglu, S.H. U.S. Patent 4,999,410, March 12, 1991.

13. "Polymers of 2,6-Substituted-4-Aminopyridines," Mathias, L.J.; Cei, G. .U.S. Patent 5,026,802, June 25, 1991.

14. "Synthesis of 2,6-Substituted-4-Aminopyridines," Mathias, L.J.; Cei, G. U.S. Patent 5,094,759, March 10, 1992.

15. "Vinyl Monomers Capable of Forming Side-Chain Liquid Crystalline Polymers and the Resulting Polymers," Mathias, L.J.; Hermes, R. Canadian Patent 1,298,310, March 31, 1992.

16. "In vivo Polymerizable Ophthalmic Compositions for Repairing Retinal Tissue Tears or Retinal Detachments," Charles, S.T.; Hammer, M.E.; Lang, J.C.; Lochhead, R.Y.; Mathias, L.J.  PCT Int. Appl. WO  9,844,915, 1998.

17. "In vivo Polymerizable Ophthalmic Compositions," Charles, S.T.; M.E. Hammer, M.E.; Lang, J.C.; Lochhead, R.Y.; Mathias, L.J. U.S. Patent 5,858,345, January 12, 1999.

18. "Polymerizable Mesophases Based on Substituted Unsaturated Carboxylic Acids," Lochhead, R.Y.; Mathias, L.J. U.S. Patent 5,905,127, 1999.

19. "Cyclopentadiene Derivatives for Carbon-Carbon Composites," Mathias, L.J.; Tregre, G.J.  U.S. Patent  5,973,092, October 26,1999.

20. "Polymerizable Mesophases Based on Substituted Unsaturated Carboxylic Acids," Lochhead, R.Y.; Mathias, L.J. U.S. Patent  6,046,292, April 4, 2000.

21. "Articles coated with in vivo polymerizable ophthalmic compositions," Hammer, M.E.; Charles, S.T.; Lang, J.C.; Lochhead, R.Y.; Mathias, L.J. U.S. Patent  6,124,037, September 26, 2000.

22. "In vivo polymerizable ophthalmic compositions and methods of using," Hammer, M.E.; Charles, S.T.; Lang, J.C.; Lochhead, R.Y.; Mathias, L.J. U.S. Patent  6,180,687, January 30, 2001.

23. "Cyclopentadiene derivatives for carbon-carbon composites," Mathias, L.J.; Tregre, G.J. U.S. Patent  6,319,611, November 20, 2001.

24. "Method for forming amino acid derivatives from tricyclic diketopiperazines," Mathias, L.J.; Parrish, D.A.; Somlai, L. U.S. Patent Application 20020072601, June 13, 2002.

25. "Imidoalkyl Siloxane Nanocomposites, Articles Comprising Coated Silica Compositions and Processes for Preparing Coated Silica," Coleman, P.J.; Mathias, L.J.; Ghosh, S.; Goswami, S.K., PCT Int. Appl. WO 2009114846 A2, September 17, 2009.

26. "High Dimensional Stability Polyester Compositions," Bradshaw, S.P.; Jenkins, S.D.; Mathias, L.J.; Coleman, P.J.; Mehta, S. United States Provisional Patent Application No. 61/363,674, July 13, 2010.

27. "High Dimensional Stability Polyester Compositions," Bradshaw, S.P.; Coleman, P.; Jenkins, S.D.; Mehta, S. Mathias, L.J.; International Patent Application PCT/US2011/043165; WO/2012/009201, July 07, 2011.