# WALLACE W. YAU (Ph.D)

Polymer Characterization Consultant

7755 Tim Tam Ave
Las Vegas, NV 89178 USA
Email: wyau@cox.net

## SCIENTIFIC SPECIALTY

- Polymer Problem-solving skills using online IR with TriSEC, 3d-TREF, CEF, TGIC and rheology, morphology, viscometry, light scattering, and the property-structure relationship knowledge base.
- Size exclusion chromatography (SEC, GPC) and Temperature Rising Elution Fractionation (TREF) with Triple-Detectors.

## EDUCATION

- Ph.D., Physical Chemistry, 1966, Polymer Research Institute, University of Massachusetts, Amherst, Massachusetts.
- B.S., Chemical Engineering, 1959, National Taiwan University, Taipei, Taiwan.

## WORK HISTORY

- Scientist Specialist, Dow Chemical Co. (2007-2013 retired)
- Research Scientist, Equistar Chemical Co. (2001-2006)
- Chevron Phillips Chemical Company
  Senior Chemist, Polyolefin Division (1993-2000)
- Henkel Corporation
  Senior Staff Chemist, Corporate R&D Center, (1992-1993)
- E. I. DuPont De Nemours & Company, Inc.
  Staff Chemist Central Research & Development, (1966-1992)
- Responsibilities:
  Analytical-service, Method-development & Problem-solving in polymer characterization, R&D, and production QC.

## ACCOMPLISHMENTS

- Developed a polymer Micro-structure program using online IR with TriSEC, 3d-TREF, CEF, TGIC and rheology for studying polyolefin MWD, SCB, LCB, and polymer structure-property relationships.
- Program Chairman, International GPC Symposium, Las Vegas, Nevada, in October 2000.
- NSF-SBIR 92-30 phase-I grant award #92-61003: "Multi-wavelength Light Scattering Detector".

- Organized International GPC/Viscometry Symposium in Del Lago, Texas, April 24-26, 1991.
- Developed sulfuric acid SEC technology for DuPont Kevlar.
- Developed triple detector SEC technology with online RI, LS, and viscosity detectors for Nylon characterization.
- Developed the Intrinsic Viscosity Distribution (IVD) methodology for the QC of polymer polydispersity.
- DuPont Special Departmental Award for the invention of two-capillary viscometer for SEC and polymer QC.
- IR-100 award for the R&D work leading to the commercial Du Pont SFFF particle size instrument.
- Du Pont Accomplishment Award for the invention of an osmometer for online SEC detection.
- Authored a SEC book, 23 patents, over 80 papers (see list).

## TEACHING EXPERIENCES

- ICPC SEC/TREF short course in 2008, 2010, 2012 and 2014.
- ISPAC sponsored SEC short course in June, 2000.
- Teaching polymer characterization course at University of Delaware 1989-1991.
- ACS-PMSE sponsored SEC short course 1986.

## PUBLICATIONS

1 book, 24 patents, over 80 papers (see list below)

## Ph.D. DISSERTATION

"Optical studies of stress-induced crystallization of rubbers", Chemistry Department, University of Massachusetts, Amherst, Mass., 1966. Advisor - Prof. Richard S. Stein.

## TEXTBOOK

"Modern Size-Exclusion Liquid Chromatography: Practice of Gel Permeation and Gel Filtration Chromatography", with J.J. Kirkland, D.D.Bly, Wiley-Interscience, 1979.
2md Edition with Dr. Andre M. Striegel, Wiley, 2009.

## PATENTS

1. US 3,683,678 - Method and apparatus for molecular weight measurement, Aug. 1972.

2. US 3,902,807 - Method for operating an attenuated total reflection infrared system, with S.W. Fleming, Sept. 1975.

3. US 4,160,728 - Bimodal Chromatographic resolving zone, with J.J.Kirkland, Jul. 1979.

4. US 4,284,498 - Apparatus for field flow fractionation, with J.W.Grant, J.J.Kirkland, Aug. 1981.
5. US 4,285,809 - Rotor for sedimentation field flow fractionation, with C.H.Dilks, J.J.Kirkland, Aug. 1981.
6. US 4,285,810 - Method and apparatus for field flow fractionation, with J.J.Kirkland, Aug. 1981.
7. US 4,446,014 - Sedimentation field flow fractionation channel and method, with C.H.Dilks, May 1984.
8. US 4,448,679 - Apparatus and method for sedimentation field flow fractionation, with C.H.Dilks, J.J.Kirkland, May 1984.
9. US 4,578,990 - Differential pressure capillary viscometer for measuring viscosity independent of flowrate and temperature fluctuation, with S.D.Abbott, Apr. 1986.
10. US 4,627,271 - Differential pressure capillary viscometer for measuring viscosity independent of flowrate and temperature fluctuation, with S.D.Abbott, Dec. 1986.
11. US 4,793,174 - Differential pressure capillary viscometer, Dec. 1988.
12. US 4,876,882 - Viscosity detection method for liquid chromatography systems with carrier liquids having time varying viscosity, Oct. 1989.
13. US 4,972,701 - Osmotic method for determining the molecular weight of solutes in solution with a solvent, Nov. 1990.
14. US 7538173 B2 - Polyolefin compositions, May 26, 2009.
15. CA 2763077 A1 - Novel ldpe enabling high output and good optics when blended with other polymers, Dec 16, 2010.
16. US 20110130533 A1 - Process to make long chain branched (lcb), block, or interconnected copolymers of ethylene, Jun 2, 2011.
17. US 20120123067 A1 - Bimodal polyethylene process and products, May 17, 2012.
18. US 20120130019 A1 - Ldpe for use as a blend component in shrinkage film applications, May 24, 2012.
19. US 8,202,958 Long chain branched (LCB), block or interconnected copolymer of thylene in combination with on other polymer, June 18, 2012.

20. US 8541519 B2 - Long chain branched (lcb), block or interconnected copolymers of ethylene in combination with one other polymer, Sep 24, 2013.

21. WO 2012167035 A3 - Chromatography of polymers, Jun 27, 2013.

22. US 8475898 B2 - Polyolefin resin blends for crack-resistant pipe, Jul 2, 2013

23. US 20130261265 A1 - Ethylene-based polymers and processes to make the same, Oct 3, 2013.

24. US 8415442 B2 - High pressure low density polyethylene resins with improved optical properties produced through the use of highly active chain transfer agents, Apr 9, 2013

ARTICLES

1. Light scattering from crystalline superstructure in stretched natural rubber, with R.S.Stein, Polymer Letters, 2, 231 (1964).

2. Optical characterization of crystallinity in polymers, with R.S.Stein, ACS Polymer Preprints, 7, No. 1, 17 (1966).

3. An approach to diffusion theory of GPC separation, Polymer Letter, 5, 663 (1967).

4. Optical studies of the stress-induced crystallization of rubber, with R.S.Stein, J. Polym. Sci., A-2, 6, 1 (1968).

5. The equilibrium distribution coefficient in gel permeation chromatography, with C.P.Malone, S.W.Fleming, Polymer Letters, 6, 803 (1968).

6. Flow-rate dependence of GPC, with H.L.Suchan, C.P.Malone, J. Polymer Sci., A-2, 6, 1349 (1968).

7. GPC data interpretation, with S.W.Fleming, J. Appl. Polymer Sci., 12, 2111 (1968).

8. Steric exclusion and lateral diffusion in gel-permeation chromatography, J. Polym. Sci., A-2, 7, 781 (1969).

9. Vacancy permeation chromatography, with C.P.Malone, H.L.Suchan, Polymer Letters, 7, 781 (1969).

10. Separation mechanisms in GPC, with C.P.Malone, H.L.Suchan, Separation Sci., 5, No.3, 259 (1970).

11. A supplement to the equilibrium theory for GPC, with C.P.Malone, ACS Polymer Preprints, 12, No. 2, 797 (1971).

12. Comments of 'Transient electro-optic Kerr effect in spheroidal particles', with C.M.Paulson, Biopolymers, 11, 523 (1972).

13. Errors caused by flowrate variation in high performance size exclusion chromatography (GPC), with D.D.Bly, H.J.Stoklosa, J.J.Kirkland, Anal. Chem., 47, 1810 (1975).

14. Siphon-counter technique for minimizing molecular weight errors caused by flow-rate variation in high performance liquid exclusion chromatography, with D.D.Bly, H.J.Stoklosa, Anal. Chem., 48, 1256 (1976).

15. Effect of column performance on the accuracy of molecular weights obtained from size exclusion chromatography (gel permeation chromatography), with J.J.Kirkland, D.D.Bly, H.J.Stoklosa, J. Chromatography, 125, 219 (1976).

16. Characterizing skewed chromatographic band broadening, Anal. Chem., 49, 395 (1977).

17. Sampling and extra-column effects in high-performance liquid chromatography: influence of peak skew on plate count calculations, with J.J.Kirkland, J. Chromatographic Sci., 15, 303 (1977).

18. Calibration and molecular calculations in GPC using a new practical method for dispersion correction - GPCV2, with H.Stoklosa, D.D.Bly, J. Appl. Polym. Sci., 21, 1911 (1977).

19. Estimation of polyethylene morphology by nitric acid etching and gel-permeation chromatography, with R.C.Ferguson, H.J.Stoklosa, H.H.Hoehn, J. Appl. Polymer Sci.: Appl. Polymer Symposium, 34, 119 (1978).

20. Broad range linear calibration in high-performance size-exclusion chromatography using column packing with bimodal pores, with C.R.Ginnard, J.J.Kirkland, J. Chromatography, 149, 465 (1978).

21. Polymer viscosity characterization by size exclusion chromatography, with M.E.Jones, C.R.Ginnard, D.D.Bly, p.91, ACS Symposium Series No. 138, size exclusion chromatography, T. Provder, ed. (1980).

22. Effect of solute shape or conformation in size exclusion chromatography, with D.D.Bly, p. 197, ACS Symposium Series No. 138, size exclusion chromatography, T. Provder, ed. (1980).

23. Sedimentation field flow fractionation of macromolecules and colloids, with J.J.Kirkland, W.A.Doerner, J.W.Grant, Anal. Chem., 52, 1944 (1980).

24. Retention characteristics of time-delayed exponential field programmed sedimentation field-flow fractionation, with J.J.Kirkland, Separation Science and Technology, 16, No. 6, 577 (1981).

25. Time-delayed exponential field-programmed sedimentation field flow fractionation for particle-size-distribution analyses, with J.J.Kirkland, S.W.Rementer, Anal. Chem., 53, 1730 (1981).

26. Comparison of sedimentation field flow fractionation with chromatographic methods for particulate and high-molecular-weight macromolecular characterizations, with J.J.Kirkland, J. Chromatography, 218, 217 (1981)

27. Sedimentation field flow fractionation of Liposomes, with J.J.Kirkland, F.C.Szoka, Science, 215, 296 (1982).

28. Sedimentation field flow fractionation: Biological Applications, with J.J.Kirkland, Science, 218, 121 (1982).

29. Sedimentation field flow fractionation at high force fields, with J.J.Kirkland, C.H.Dilks, J. Chromatography, 255, 255 (1983).

30. Simultaneous determination of particle size and density by sedimentation field flow fractionation, with J.J.Kirkland, Anal. Chem., 55, 2165 (1983).

31. Nonequilibrium effects in sedimentation field flow fraction, with J.J.Kirkland, Anal. Chem., 56, 1461 (1984).

32. Sampling and flow effects in sedimentation field flow fractionation, with C.H.Dilks, J.J.Kirkland, J. Chromatography, 315, 45 (1984).

33. Sedimentation field flow fractionation of DNA's, with L.E.Schallinger, J.J.Kirkland, Science, 225, 434 (1984).

34. Effect of particle conformation on retention in sedimentation field flow fractionation, with J.J.Kirkland, L.E.Schallinger, Anal. Chem., 57, 2271 (1985).

35. Thermal field-flow fractionation of polymers with exponential temperature programming, with J.J.Kirkland, Macromolecules, 18, 2305 (1985).

36. Thermal field-flow fractionation of water-soluble macromolecules, with J.J.Kirkland, J. Chromatography, 353, 95 (1986).

37. GPC calibration methodologies, Proceedings of 44th Annual Technical Conference ANTEC, Society of Plastics Engineers, p. 461 (1986).

38. A new stand-alone capillary viscometer used as a continuous size exclusion chromatographic detector, with S.D.Abbott, G.A.Smith, M.Y.Keating, ACS Symposium Series No. 352, Detection and Data Analyses Size Exclusion Chromatography, T.Provder, ed. p.80 (1987).

39. A computer algorithm for simultaneous retention and column dispersion correction, with S.W.Rementer, International GPC Symposium '87, p.148 (1987).

40. Quantitative molecular weigh of polymers by time-delay exponential-decay thermal field-flow fractionation, with J.J.Kirkland, International GPC Symposium '87, p.199 (1987).

41. Characterization of macromolecules by analytical separation techniques using a continuous viscosity detector, with J.J.Kirkland, Polym. Mater. Sci. Eng., 59, 4 (1988).

42. Molecular weight distributions of polymers by thermal field flow fractionation with exponential temperature programming, with J.J.Kirkland, S.W.Rementer, Anal. Chem., 60, 610 (1988).

43. Size exclusion chromatography, with J.J.Kirkland, D.D.Bly, High Performance Liq. Chromatogr., P.R.Brown and R.A.Hartwick, eds., Chemical Analysis Series, 98, 277 (1989), John Wiley.

44. Polymer characterization by thermal field flow fractionation with a continuous viscosity detector, with J.J.Kirkland, S.W.Rementer, J. Appl. Polym. Sci., 38, 1383 (1989).

45. Effect of operating parameters on polymer molecular weight accuracy with time-delay, exponential-decay thermal field flow fractionation, with J.J.Kirkland, J. Chromatogr., 499, 655 (1990).

46. New polymer characterization capabilities using SEC with online MW-specific detectors, Chemtracts, Macromol. Chem., 1, 1 (1990).

47. Differential-differential viscometer for SEC, International GPC Symposium '89, with G.A.Smith, S.W.Rementer.

48. A critical evaluation of molecular-weight-sensitive detectors for size exclusion chromatography, with H.G.Barth, International GPC Symposium '89.

49. Estimation of polymer tacticity using an online size exclusion chromatography viscometer, with H.G.Barth, M.C.Han, International GPC Sumposium '89.

50. Retention effects in thermal field flow fractionation, with J.J.Kirkland, L.S.Boone, J. Chromatogr., 517, 377 (1990).

51. Single-stranded RNA molecular weight and shape determination by differential pressure capillary viscometry, sedimentation velocity and gel electrophoresis, with D.L.Freeksen, P.C.F. Shih, J.F.Vasta-Russell, and R.A.Horlick, Analytical Biochemistry, 189, 163 (1990).

52. New concepts of characterizing macromolecules: intrinsic viscosity distribution with high resolution separation, with J.J.Kirkland, S.W.Rementer, J. Appl. Polym. Sci., Appl. Polym. Symp., 48, 39 (1991).

53. An online osmometer for SEC: preliminary results, J. Appl. Polym. Sci., Appl. Polym. Symp., 48, 85 (1991).

54. Modern SEC-Viscometry and new experimental possibilities for polymer characterization, with H.G.Barth, C.Jackson, Polym. Mater. Sci. Eng., 65, 146 (1991).

55. Quantitative particle size distribution by sedimentation field flow fractionation with density detector, with J.J.Kirkland, J. Chromatogr., 550(1-2), 799 (1991).

56. SEC-viscometry-right angle light scattering (SEC-VISC-RALS), with M.A.Haney, C.Jackson, Waters' International GPC Symposium Proceedings (1991).

57. Polymer characterization by SEC with simultaneous viscosity and laser light scattering measurements, with C.Jackson, H.G.Barth, Waters' International GPC Symposium Proceedings (1991).

58. The 'Lesec Effect': is it limited to single-capillary viscometers? with C.Jackson, H.G.Barth, M.A.Haney, Waters' International GPC Symposium Proceedings (1991).

59. Polymerization rate measurements by viscometric method, with Y.H.Kim, 1st Viscotek Internation GPC/Viscometry Symposium Proceeding (1991).

60. A new right angle laser light scattering detector for size exclusion chromatography in the triple detector

configuration (SEC/RI-Viscometer-RALLS), International Labmate, 18, 1 (1992).

61. Asymmetric-channel flow field flow fractionation with exponential force field programming, with J.J.Kirkland, C.H. Dilks, S.W.Rementer, J. Chromatography, 593, 339 (1992).

62. Improved computer algorithm for characterizing skewed chromatographic band broadening, II. results and comparisons, with J.J.Kirkland, et. al., J. Chromatogr., 630, 69 (1993).

63. Computer simulation study of SEC with simultaneous viscometry and light scattering measurements, with C. Jackson, J. Chromatogr., 645, 209 (1993).

64. The dual-capillary method for modern-day viscometry, with C.D. Hichcock, H.K. Hammons, American Laboratory, p.26-33 August (1994).

65. Viewing your polymer structure through $SEC^3$, with M.A. Haney, D. Gillespie, Today's Chemist, p.39-43, December, 1994.

66. Computer Simulation Study of Multidetector Size-Exclusion chromatography - Flory-Schulz Molecular Weight Distribution, with Christian Jackson, Advances in Chemistry Series 247, Chromatographic Characterization of Polymers, Hyphenated and Multidimensional Techniques, Edited by T. Provder, H.G.Barth, and M.W.Urban, American Chemical Society publication, Chapter 6, pp.69-77, 1995.

67. Application of triple-detector GPC (RI-Visc-LS) for the characterization of Brominated polystyrene, with D.R. Hill, Int. J. Polymer Analysis & Characterization, Vol. 2, pp. 151-171 (1996).

68. A Batch Light Scattering Study of Microgel Formation in Film Resins, with David Gillespie, Kevin Cable, and Terry King, Book 1, pp. 459-467, 1998 TAPPI Proceedings, San Francisco, CA., Aug.30-Sept.3, 1998,

69. The Chevron Approach to SEC Calibration and Axial Dispersion Correction, ACS Symposium Series 731, Chromatography of Polymers – Hyphenated and Multidimensional Techniques, Edited by T. Provder, Chapter 3, pp. 35-43, 1999.

70. Axial Dispersion Correction for the Goldwasser Method of Absolute Polymer $M_n$ Determination Using SEC-Viscometry, ACS Symposium Series 731, Chromatography of Polymers – Hyphenated and Multidimensional Techniques, Edited by T. Provder, Chapter 3, pp. 44-51, 1999.

71. A Triple-Detector TREF Instrument for Polyolefin Research, TA Hotline, Vol. 1, pp. 6-7, 1999.

72. The Dependence of Polymer Orientation and Film Properties on the Blown Film Fabrication Process - A New Method for Calculating Post-Die Time in the Melt, with J. Longlet, et al., 2000 TAPPI Proceedings, Pittsburgh, PA, Aug. 27-31, 2000.

73. A TriSEC and 3d-TREF Approach to Polymer Blend Design, with David Gillespie, 2000 TAPPI Proceedings, Pittsburgh, PA, Aug. 27-31, 2000.

74. New approaches using MW-sensitive detectors in GPC–TREF for polyolefin characterization, with David Gillespie, *Polymer*, *Volume 42, Issue 21*, *October 2001*, *Pages 8947-8958.*

75. A rheology theory and method on polydispersity and polymer long-chain branching, Wallace W. Yau, Polymer, Volume 48, Issue 8, 5 April 2007, Pages 2362-2370.

76. Examples of Using 3D-GPC-TREF for Polyolefin characterization, Wallace W. Yau, Macromol. Symp. 2007, 257, 29–45.

77. A GPC-Mx approach of improving rheology-MWD prediction for polypropylene, W. W. Yau, J. Wang, R. Cong, D. Gillespie and Joe Huang, ANTEC 67th, pp. 14-18, 2009.

78. Determination of antioxidants in polyolefins using total dissolution methodology followed by RPLC, with S. Green, R. Cong, et al., Journal of Separation Science, 2010, 33, 3455.

79. Chemical Composition Analysis of Polyolefins by Multiple Detection GPC-IR5, W. W. Yau, A. Ortín, and P. del Hierro, LC·GC North America, The Application Notebook, June 2011.

80. Engineering Advances in High Temperature GPC instrumentation, with B. Monrabal, The Column, Volume 7, Issue 7, 2011. Pages 8-15.

81. A high-throughput three-capillary noise-cancelling viscometer for chromatographic systems", W. Yau, R. Cong, and D. Gillespie, Analytical and Bioanalytical Chemistry, 2011, 399, 1563.

82. A New Technique for Characterizing Co-monomer Distribution in Polyolefins: High-Temperature Thermal Gradient

**Interaction Chromatography (HT-TGIC), with Rongjuan Cong, et al., Macromolecules, 2011, 44 (8), pp 3062–3072.**

83. **High Temperature Thermal Gradient Interaction Chromatography (HT-TGIC) for Microstructure Analysis of Polyolefins, with Rongjuan Cong, A. Willem deGroot, et al. Macromolecular Symposia, February 2012, Volume 312, Issue 1, pages 108–114.**

84. **One-Step Method for Separation and Identification of n- Alkanes, Oligomers in HDPE Using High-Temperature High-Performance Liquid Chromatography, with D. Mekap, R. Cong, et al., 2013-Macromolecules, 46 (15), 6257-6262**

85. **Liquid chromatography at critical conditions of polyethylene, with D. Mekap, R. Cong, et Al., Polymer, Volume 54, Issue 21, 4 October 2013, Pages 5518-5524.**

86. **Multiple-Injection Method in High-Temperature Two-Dimensional Liquid Chromatography (2D HT-LC), with D. Mekap, R. Cong, et al., Macromolecular Chemistry and Physics, Volume 215, Issue 4, pp. 314-319, February 2014.**

87. **Direct Comparison of IR and DRI Detector for HT-GPC of Polyolefins, with Huang Honghong, Guo Meifang, Wei Dong, Alberto Ortin, Esther López,and Baudilio Coto, Poster #50, at 5th ICPC Meeting in Valencia, Spain, September 22, 2014. Paper to be published in Macromol. Symp. 2015.**

88. **Analysis of Propylene-Butene Copolymer Composition by GPC with Online Infrared Detector, with Huang Honghong, Guo Meifang, and Li Juan, Presentation at 5th ICPC Meeting in Valencia, Spain, September 22, 2014. Paper to be published in Macromol. Symp. 2015.**

89. **Methods of long chain branching detection in PE by triple-detector GPC, with Thipphaya Pathaweeisariyakul, Kanyanut Narkchamnan, and Boonyakeat Thitisuk, Presentation at 5th ICPC meeting in Valencia, Spain, September 22, 2014. Paper is currently in print, J. Appl. Polymer Chemistry.**