# Robert K. Prud'homme
## Department of Chemical and Biological Engineering
## Princeton University

**Position**       Professor Department of Chemical and Biological Engineering
                   and Director of the Program in Engineering Biology
                   Princeton University
                   A301 E-Quad
                   Princeton, NJ 08544
                   (609) 258-4577

## Education
| | |
|---|---|
| 1969 | BSE, Chemical Engineering, Stanford University |
| 1973 | Graduate Studies Program in Environmental Science and Public Policy, Harvard University |
| 1978 | PhD, Chemical Engineering, University of Wisconsin-Madison |

## Military Experience
| | |
|---|---|
| 1969-1972 | Officer (Captain), U.S. Army, Republic of Vietnam, l970-l971 |
| 1971-1972 | Environmental Engineer, U.S. Army Armaments Command, Joliet, Ill, Awards: Bronze Star, Army Commendation Medal |

## Appointments
| | |
|---|---|
| 1979 | Research Engineer, E.I. DuPont and Co., Engineering Technology Laboratory, Wilmington, DE, (June-August) |
| 1978-1984 | Assistant Professor of Chemical Engineering, Princeton University |
| 1982-present | Director and Founder, Princeton Program in Engineering Biology |
| 1984-1985 | Research Engineer, AT&T Bell Laboratories, Plastics Research and Development Department, Murray Hill, NJ (sabbatical leave) |
| 1984-1991 | Associate Professor of Chemical Engineering, Princeton University |
| 2001-2002 | Visiting Professor, School of Chemistry, University of Sydney, Sydney Australia (sabbatical leave) |
| 2005 | Visiting Fellow, School of Chemistry, University of Sydney, Sydney, Australia |
| 1991-present | Professor of Chemical Engineering, Princeton University |

## Editorial Boards
Journal of Applied Polymer Science, Wiley and Sons, Editorial Board (2000-)
Therapeutic Delivery, Future Science, Associate Editor (2010-)
Soft Materials, Elsevier, Editorial Board (2003-)
Polymer Gels and Networks, Elsevier, Editorial Board (l992-1998)
Butterworth Publisher, Series in Chemical Engineering, Advisory Board (1983-1988)

## Synergistic Activities and Honors
| | |
|---|---|
| 2012 | University of Utah, Dept. Chemical and Biological Engineering, Distinguished Lecturer |
| 2011-2012 | Steering Committee, Associations in Solution III, Engr. Conferences Intl., Iceland |

| | |
|---|---|
| 2011 | Nanotechnology Lectureship, Shah-Schulman Center for Surface Science and Nanotechnology at Dharmsinh Desai University, Nadiad, India |
| 2010 | Innovation Forum, Princeton Keller Center for Innovation in Engineering Education, Second Place, Nanoparticles for Imaging Applications, a competition for entrepreneurial new technologies |
| 2009-2011 | Executive Committee, Society of Rheology |
| 2011 | Scientific Founder, Optimeos Inc., startup in nano imaging materials |
| 2010 | Imperial College, London, England, Distinguished Seminar Series |
| 2009 | Denish Shah Lectureship, University of Florida |
| 2009 | Innovation Forum, Princeton Keller Center for Innovation in Engineering Education, First Place, Nanoparticles for Photodynamic Therapy, a competition for entrepreneurial new technologies |
| 2009 | Scientific Founder, Vorbeck Materials Company, startup in graphene materials |
| 2009-2012 | Advisory Board, Biointerfaces IGERT, Rutgers University |
| 2007-2009 | President of the Society of Rheology, major international professional society for rheologists |
| 2007 | Merck Lectureship, University of Puerto Rico – Mayaguez |
| 2006-2007 | Board of Directors, Proterion Inc., protein instrumentation company |
| 2005-2007 | Vice President of the Society of Rheology |
| 2005-2010 | NSF Nanoscience Integrated Research Team award, PI on award, multi-university program to study nanoparticle formation and processes |
| 2005 | Turner Alfrey Professor, Midland Molecular Institute |
| 2005-2009 | BASF Advisory Council for Nanotechnology, advisory board for BASF on nanotechnology research directions |
| 2005 | Bird, Stewart and Lightfoot Lecturer, University of Wisconsin |
| 2005 | Wayne State University Visiting Committee |
| 2006 | Mtg. Organizer (w/ S. A. Khan), Engineering Foundation Conference:  Associations in Solutions (Tuscany, Italy) |
| 2004 | Organizer, 7th Tiger-Hen Symposium on Complex Fluids, 1 May, 2004, Princeton University |
| 2004 | Organizing Committee, International Congress on Rheology, Seoul Korea |
| 2002 | Gordon Research Conference, Ion Containing Polymers, co-chair and organizer |
| 2001 | Society of Petroleum Engineers Form on Stimulation Fluid Rheology, chair and organizer |
| 2000-2006 | Materials Science Technical Advisory Board Dow Chemical Company, set research direction of Dow Chemical Company research, Chair, 2006 |
| 2000 | Symposium Organizer (w/ S. A. Khan), PACIFICHEM 2000, Honolulu, Hawaii |
| 1998-2001 | Princeton liason, Rhone-Poulenc/CNRS/Princeton Complex Fluids Laboratory |
| 1998 | Outstanding Teacher Award, SEAS, Princeton University |
| 1997- | Operations Advisory Group, New Jersey Center for Biomaterials & Devices |
| 1992 | McCabe Lecturer, Depart. of Chemical Engineering, North Carolina State Univ. |
| 1989-1991 | Executive Committee, U.S. Society of Rheology |
| 1990 | Sydney Ross Lectureship, RPI Department of Chemistry |
| 1985 | Advisory Committee, Water Soluble Polymer Research, American Cyanamid Central Research |
| 1984 | National Science Foundation Presidential Young Investigator Award |
| 1984 | Steering Committee, National Bureau of Standards Chemical Engineering Center Mixing Study |

| 1982-2000 | Board of Directors, Rheometrics Inc., Piscataway, NJ, leading rheological instrument company |
| 1982-1992 | Board of Directors, AIChE Materials Science and Engineering Division |
| 1979-1981 | Task Force on Exxon Research and Engineering, University Cooperative Research Program |

1.   Prudhomm.Rk, *AUTOMOBILE EMISSIONS - REPLY.* American Scientist, 1974. **62**(5): p. 516-516.

2.   Prudhomm.Rk, *AUTOMOBILE EMISSIONS ABATEMENT AND FUELS POLICY.* American Scientist, 1974. **62**(2): p. 191-199.

3.   Prud'homme, R.K. and R.B. Bird, *Dilational Properties of Suspensions of Gas-Bubbles in Incompressible Newtonian and Non-Newtonian Fluids.* Journal of Non-Newtonian Fluid Mechanics, 1978. **3**(3): p. 261-279.

4.   Prud'homme, R.K., *Flow of Suspensions Composed of Gas-Bubbles in Viscoelastic Fluids.* Journal of Rheology, 1979. **23**(3): p. 394-394.

5.   Gregory, W.J., R.K. Prud'homme, and R.P. Andres, *Bubble Nucleation in Polymer-Solutions.* Abstracts of Papers of the American Chemical Society, 1980. **180**(AUG): p. 205-COLL.

6.   Prud'homme, R.K., *Rheology of Solutions of Interacting Micelles and Polymer-Chains.* Journal of Rheology, 1981. **25**(4): p. 467-467.

7.   Prudhomme, R.K., G. Froimann, and D.A. Hoagland, *HYDRODYNAMIC CHROMATOGRAPHY OF RIGID BIOLOGICAL POLYMERS.* Abstracts of Papers of the American Chemical Society, 1981. **182**(AUG): p. 96-INDE.

8.   Chan, E.M. and R.K. Prudhomme, *RHEOLOGY OF THIXOTROPIC FUMED SILICA DISPERSIONS.* Journal of Rheology, 1982. **26**(6): p. 581-581.

9.   Prudhomme, R.K., *FOAM FLOW.* Journal of Rheology, 1982. **26**(1): p. 87-87.

10.  Prudhomme, R.K., *ULTRASONICALLY INDUCED AGGLOMERATION OF GAS-BUBBLES.* Journal of Rheology, 1982. **26**(1): p. 103-103.

11.  Prudhomme, R.K., G. Froiman, and D.A. Hoagland, *MOLECULAR-SIZE DETERMINATION OF XANTHAN POLYSACCHARIDE.* Carbohydrate Research, 1982. **106**(2): p. 225-233.

12.  Prudhomme, R.K. and W.D. Richards, *CHARACTERIZATION OF CONCENTRATED POLYMER-SOLUTIONS AT HIGH-TEMPERATURE AND PRESSURE.* Journal of Rheology, 1982. **26**(6): p. 603-604.

13.  Prudhomme, R.K., et al., *RHEOLOGICAL MONITORING OF THE FORMATION OF POLYACRYLAMIDE-CR(III) GELS.* Journal of Rheology, 1982. **26**(6): p. 573-573.

14.  Uhl, J.T. and R.K. Prudhomme, *RHEOLOGY OF SOLUTIONS OF INTERACTING MICELLES AND POLYMER-CHAINS.* Chemical Engineering Communications, 1982. **16**(1-6): p. 45-52.

15.  Prudhomme, R., Uhl, J.T., Poinsatte, J.P., Halverson, F., *Rheological Monitoring of the Formation of Polyacrylamide/Cr$^{+3}$ Gels.* Society of Petroleum Engineers Journal, 1983(October ): p. 804-808.

16.  Prudhomme, R.K. and D.A. Hoagland, *ORIENTATION OF RIGID MACROMOLECULES DURING HYDRODYNAMIC CHROMATOGRAPHY SEPARATIONS.* Separation Science and Technology, 1983. **18**(2): p. 121-134.

17.  Prudhomme, R.K. and R.E. Long, *SURFACE TENSIONS OF CONCENTRATED XANTHAN AND POLYACRYLAMIDE SOLUTIONS WITH ADDED SURFACTANTS.* Journal of Colloid and Interface Science, 1983. **93**(1): p. 274-276.

18.  Prudhomme, R.K., et al., *RHEOLOGICAL MONITORING OF THE FORMATION OF POLYACRYLAMIDE CR+3 GELS.* Society of Petroleum Engineers Journal, 1983. **23**(5): p. 804-808.

19.  Uhl, J.T. and R.K. Prudhomme, *ON THE ANOMALOUS NORMAL STRESSES OF POLYACRYLAMIDE SOLUTIONS REPORTED BY BOGER AND CABLE.* Rheologica Acta, 1983. **22**(2): p. 243-244.

20.  Hoagland, D.A., K.A. Larson, and R.K. Prudhomme, *HYDRODYNAMIC CHROMATOGRAPHY OF ULTRAHIGH-MOLECULAR WEIGHT WATER-SOLUBLE POLYMERS.* Abstracts of Papers of the American Chemical Society, 1984. **188**(AUG): p. 113-PMSE.

21.  Hoagland, D.A. and R.K. Prudhomme, *ORIENTATION AND DEFORMATION OF MACROMOLECULES DURING FLOW THROUGH POROUS-MEDIA.* Journal of Rheology, 1984. **28**(4): p. 495-496.

22.  Lim, T., J.T. Uhl, and R.K. Prudhomme, *RHEOLOGY OF SELF-ASSOCIATING CONCENTRATED XANTHAN SOLUTIONS.* Journal of Rheology, 1984. **28**(4): p. 367-379.

23.  Prudhomme, R., Uhl, J.T., *Kinetics of Polymer/Metal-Ion Gelation.* 1984. **SPE/DOE 12640**: p. 121-128.

24.  Prudhomme, R.K. and E. Shaqfeh, *EFFECT OF ELASTICITY ON MIXING TORQUE REQUIREMENTS FOR RUSHTON TURBINE IMPELLERS.* Aiche Journal, 1984. **30**(3): p. 485-486.

25.  Prudhomme, R.K. and J.T. Uhl, *RHEOLOGY ENHANCEMENT BY MOLECULAR ASSOCIATION COMPLEXES.* Society of Petroleum Engineers Journal, 1984. **24**(4): p. 431-434.

26.  Prudhomme, R.K., J.T. Uhl, and A. Chu, *GELATION KINETICS AND RHEOLOGY OF METAL-ION-CROSSLINKED POLYMER-SOLUTIONS.* Abstracts of Papers of the American Chemical Society, 1984. **188**(AUG): p. 17-PMSE.

27.  Richards, W.D. and R.K. Prudhomme, *A FREE-VOLUME CORRELATION FOR THE VISCOSITY OF CONCENTRATED POLYMER-SOLUTIONS.* Journal of Rheology, 1984. **28**(4): p. 487-487.

28.    Besio, G.J., G. Oyler, and R.K. Prudhomme, *Automated-System for the Characterization of Liquid Foam.* Review of Scientific Instruments, 1985. **56**(5): p. 746-751.
29.    Collias, D.J. and R.K. Prudhomme, *The Effect of Fluid Elasticity on Power-Consumption and Mixing Times in Stirred Tanks.* Chemical Engineering Science, 1985. **40**(8): p. 1495-1505.
30.    Hoagland, D.A. and R.K. Prudhomme, *Taylor-Aris Dispersion Arising from Flow in a Sinusoidal Tube.* Aiche Journal, 1985. **31**(2): p. 236-244.
31.    Langhorst, M.A., et al., *The Determination of Non-Ionic and Partially Hydrolyzed Polyacrylamide Molecular-Weight Distributions Using Hydrodynamic Chromatography.* Abstracts of Papers of the American Chemical Society, 1985. **190**(SEP): p. 94-PME.
32.    Prudhomme, R.K., W.J. Gregory, and R.P. Andres, *Homogeneous Nucleation Temperatures for Concentrated Polystyrene Benzene Solutions.* Journal of Polymer Science-Polymer Symposia, 1985(72): p. 263-275.
33.    Yoshimura, A.S. and R.K. Prudhomme, *Measurements of Foam and Emulsion Rheology and Structure.* Abstracts of Papers of the American Chemical Society, 1985. **189**(APR-): p. 16-COLL.
34.    Hoagland, D.A., J.H. Sugarman, and R.K. Prudhomme, *Orientation and Deformation of Polyacrylamide and Xanthan During Flothrough Porous-Media.* Abstracts of Papers of the American Chemical Society, 1986. **192**: p. 108-PMSE.
35.    Langhorst, M.A., et al., *Determination of Nonionic and Partially Hydrolyzed Polyacrylamide Molecular-Weight Distributions Using Hydrodynamic Chromatography.* Analytical Chemistry, 1986. **58**(11): p. 2242-2247.
36.    Lawrey, B.D., R.K. Prudhomme, and J.T. Koberstein, *Polymer-Chain Segment Orientation During Stress-Relaxation.* Journal of Polymer Science Part B-Polymer Physics, 1986. **24**(1): p. 203-208.
37.    Prudhomme, R.K., *Rheology and Molecular-Structure of Hpg Gels.* Abstracts of Papers of the American Chemical Society, 1986. **192**: p. 172-PMSE.
38.    Prudhomme, R.K., T.W. Chapman, and J.R. Bowen, *LAMINAR COMPRESSIBLE FLOW IN A TUBE.* Applied Scientific Research, 1986. **43**(1): p. 67-74.
39.    Richards, W.D. and R.K. Prudhomme, *The Viscosity of Concentrated Polymer-Solutions Containing Low-Molecular-Weight Solvents.* Journal of Applied Polymer Science, 1986. **31**(3): p. 763-776.
40.    Sugarman, J.H. and R.K. Prudhomme, *Characterization of Microgel Content in Polyacrylamide and Xanthan Polymers.* Abstracts of Papers of the American Chemical Society, 1986. **192**: p. 144-PMSE.
41.    Zasadzinski, J.A.N., A. Chu, and R.K. Prudhomme, *Transmission Electron-Microscopy of Gel Network Morphology - Relating Network Microstructure to Mechanical-Properties.* Macromolecules, 1986. **19**(12): p. 2960-2964.
42.    Besio, G.J., et al., *Electric Birefringence Measurements of Native, Denatured, and Renatured Xanthan.* Journal of Applied Polymer Science, 1987. **33**(3): p. 825-834.
43.    Chu, A.S. and R.K. Prudhomme, *Molecular Network Model for the Rheology of Gelling Polymer-Solutions.* Journal of Non-Newtonian Fluid Mechanics, 1987. **22**(2): p. 207-218.
44.    Constien, V., et al., *Viscosity of Hpg - Titanate Gels.* Abstracts of Papers of the American Chemical Society, 1987. **194**: p. 79-PMSE.
45.    Hirt, D.E., R.K. Prudhomme, and L. Rebenfeld, *Characterization of Foam Cell-Size and Foam Quality Using Factorial Design Analyses.* Journal of Dispersion Science and Technology, 1987. **8**(1): p. 55-73.
46.    Khan, S.A., R.K. Prudhomme, and R.G. Larson, *COMPARISON OF THE RHEOLOGY OF POLYMER MELTS IN SHEAR, AND BIAXIAL AND UNIAXIAL EXTENSIONS.* Rheologica Acta, 1987. **26**(2): p. 144-151.
47.    Kramer, J., et al., **Characteristics of Metal-Polymer Interactions in Fracturing Fluid Systems** Society of Petroleum Engineers, 1987. **SPE-16914-MS**(SPE 16914): p. 361-368.
48.    Kramer, J., R.K. Prudhomme, and P. Wiltzius, *Formation of Colloidal Tio2 from Organotitanate Solutions Used to Produce Cross-Linked Polymer Gels.* Journal of Colloid and Interface Science, 1987. **118**(1): p. 294-296.
49.    Kramer, J., J.T. Uhl, and R.K. Prudhomme, *Measurement of the Viscosity of Guar Gum Solutions to 50,000 S-1 Using a Parallel Plate Rheometer.* Polymer Engineering and Science, 1987. **27**(8): p. 598-602.
50.    Richards, W.D. and R.K. Prudhomme, *A Rheometer for Concentrated Polymer-Solutions Containing Volatile Solvents.* Polymer Engineering and Science, 1987. **27**(4): p. 294-302.
51.    Sugarman, J.H. and R.K. Prudhomme, *Effect of Photobleaching on the Output of an on-Column Laser Fluorescence Detector.* Industrial & Engineering Chemistry Research, 1987. **26**(7): p. 1449-1454.
52.    Sugarman, J.H. and R.K. Prudhomme, *Analysis of Radius Variations in Microcapillaries Using the Velocity of a Viscous Polymer Plug and Fluorescence Photobleaching Velocity Detection.* Journal of Chromatography, 1987. **389**(1): p. 236-239.

53.     Sugarman, J.H., R.K. Prudhomme, and F.W. Stanley, *Detection of Microgels in Polyacrylamide Solutions Using Microcapillary Flow-Analysis.* Journal of Applied Polymer Science, 1987. **33**(3): p. 693-702.

54.     Yoshimura, A.S. and R.K. Prudhomme, *Response of an Elastic Bingham Fluid to Oscillatory Shear.* Rheologica Acta, 1987. **26**(5): p. 428-436.

55.     Yoshimura, A.S. and R.K. Prud'homme, *Response of an elastic Bingham fluid to oscillatory shear.* Rheol. Acta, 1987. **26**(5): p. 428-36.

56.     Yoshimura, A.S., et al., *A Comparison of Techniques for Measuring Yield Stresses.* Journal of Rheology, 1987. **31**(8): p. 699-710.

57.     Zasadzinski, J.A.N., et al., *Transmission Electron-Microscopy of Aqueous Polymer Gel Network Morphology.* Chemical Engineering Communications, 1987. **52**(4-6): p. 283-289.

58.     Besio, G.J., R.K. Prudhomme, and J.B. Benziger, *Effect of Elongational Flow on Polymer Adsorption.* Macromolecules, 1988. **21**(4): p. 1070-1074.

59.     Besio, G.J., R.K. Prudhomme, and J.B. Benziger, *Ellipsometric Observation of the Adsorption of Sodium Dodecyl-Sulfate.* Langmuir, 1988. **4**(1): p. 140-144.

60.     Chiang, J. and R.K. Prudhomme, *Production of Monodisperse 5-Mu-M to 40-Mu-M Polystyrene Spheres.* Journal of Colloid and Interface Science, 1988. **122**(1): p. 283-287.

61.     Haggerty, L., J. Sugarman, and R.K. Prudhomme, *Effect of Gel Structure on Diffusion through Water Swellable Gels.* Abstracts of Papers of the American Chemical Society, 1988. **195**: p. 113-CELL.

62.     Haggerty, L., J.H. Sugarman, and R.K. Prudhomme, *Diffusion of Polymers through Polyacrylamide Gels.* Polymer, 1988. **29**(6): p. 1058-1063.

63.     Hirt, D.E., R.K. Prudhomme, and L. Rebenfeld, *A New Technique to Study Foam Flow in Porous-Media - Radial Flow in Fibrous Mats.* Aiche Journal, 1988. **34**(2): p. 326-328.

64.     Hoagland, D.A. and R.K. Prudhomme, *Molecular Shape in Homogeneous Flows - Predictions of the Rouse Model.* Journal of Non-Newtonian Fluid Mechanics, 1988. **27**(2): p. 223-243.

65.     Hoagland, D.A. and R.K. Prudhomme, *ANALYSIS OF WATER-SOLUBLE POLYMERS USING HYDRODYNAMIC CHROMATOGRAPHY.* Journal of Applied Polymer Science, 1988. **36**(4): p. 935-955.

66.     Ketz, R., W.R. Graessley, and R.K. Prudhomme, *Rheology of Aqueous Microgel Dispersions.* Abstracts of Papers of the American Chemical Society, 1988. **195**: p. 55-COLL.

67.     Ketz, R.J., R.K. Prudhomme, and W.W. Graessley, *Rheology of Concentrated Microgel Solutions.* Rheologica Acta, 1988. **27**(5): p. 531-539.

68.     Kramer, J., et al., *Comparison of Galactomannan Crosslinking with Organotitanates and Borates.* Colloid and Polymer Science, 1988. **266**(2): p. 145-155.

69.     Nath, S., J.S. Bowers, and R.K. Prudhomme, *Orientation and Relaxation of Nonlinear Elastic Dumbbells in Electric-Fields - Modeling Transient Electric Birefringence.* Journal of Chemical Physics, 1988. **89**(9): p. 5943-5949.

70.     Prud'homme, R.K., et al., *Reproducible Rheological Measurements on Crosslinked Fracturing Fluids.* Society of Petroleum Engineers, 1988. **SPE 18210**(SPE-18210-MS): p. 307-315.

71.     R. J. Ketz, J., R.K. Prud'homme, and W.W. Graessley, *Rheology of concentrated microgel solutions.* Rheol. Acta, 1988. **27**: p. 531-539.

72.     Yoshimura, A. and R.K. Prudhomme, *Wall Slip Corrections for Couette and Parallel Disk Viscometers.* Journal of Rheology, 1988. **32**(1): p. 53-67.

73.     Yoshimura, A. and R.K. Prud'homme, *Wall slip corrections for Couette and parallel disk viscometers.* J. Rheol. (N. Y.), 1988. **32**(1): p. 53-67.

74.     Yoshimura, A.S., *Foam and emulsion rheology*, in *Princeton Univ.,Princeton,NJ,USA. FIELD URL:.* 1988. p. 299 pp.

75.     Yoshimura, A.S. and R.K. Prudhomme, *Wall Slip Effects on Dynamic Oscillatory Measurements.* Journal of Rheology, 1988. **32**(6): p. 575-584.

76.     Yoshimura, A.S. and R.K. Prud'homme, *Viscosity measurements in the presence of wall slip in capillary, Couette, and parallel-disk geometries.* SPE Reservoir Eng., 1988. **3**(2): p. 735-42.

77.     Yoshimura, A.S. and R.K. Prud'homme, *Wall slip effects on dynamic oscillatory measurements.* J. Rheol. (N. Y.), 1988. **32**(6): p. 575-84.

78.     Drayton, A., J. Bric, and R.K. Prudhomme, *Rheology of Reactive Gel Slurries.* Abstracts of Papers of the American Chemical Society, 1989. **198**: p. 86-PMSE.

79.    Gido, S.P., et al., *Foam Bubble-Size Measured Using Image-Analysis before and after Passage through a Porous-Medium.* Journal of Dispersion Science and Technology, 1989. **10**(6): p. 785-793.

80.    Goodrich, K., A. Yoshimura, and R.K. Prudhomme, *MEASUREMENT OF THE MODULUS AND YIELD STRENGTH OF SOFT GELS - EXPERIMENTS AND NUMERICAL-SIMULATION.* Journal of Rheology, 1989. **33**(2): p. 317-327.

81.    Goodrich, K., A. Yoshimura, and R.K. Prud'homme, *Measurement of the modulus and yield strength of soft gels: experiments and numerical simulation.* J. Rheol. (N. Y.), 1989. **33**(2): p. 317-27.

82.    Hoagland, D.A. and R.K. Prudhomme, *Hydrodynamic Chromatography as a Probe of Polymer Dynamics During Flow through Porous-Media.* Macromolecules, 1989. **22**(2): p. 775-781.

83.    Khan, S.A., et al., *Rheology of the Gelation of Fluorine-Doped Silica Sols.* Journal of Non-Crystalline Solids, 1989. **110**(2-3): p. 153-162.

84.    Mohamed, R.S., P.G. Debenedetti, and R.K. Prudhomme, *Effects of Process Conditions on Crystals Obtained from Supercritical Mixtures.* Aiche Journal, 1989. **35**(2): p. 325-328.

85.    Mohamed, R.S., et al., *Solids Formation after the Expansion of Supercritical Mixtures.* Acs Symposium Series, 1989. **406**: p. 355-378.

86.    Otsubo, Y. and R.K. Prudhomme, *Flow Behavior of a Surfactant Oil-Water System.* Colloids and Surfaces, 1989. **40**(1-2): p. 125-136.

87.    Prudhomme, R.K., V. Constien, and S. Knoll, *The Effects of Shear History on the Rheology of Hydroxypropyl Guar Gels.* Advances in Chemistry Series, 1989(223): p. 89-112.

88.    Santore, M.M., W.B. Russel, and R.K. Prudhomme, *The Influence of Associating Polymer on the Physical-Properties of Dispersions.* Abstracts of Papers of the American Chemical Society, 1989. **198**: p. 118-PMSE.

89.    Santore, M.M., W.B. Russel, and R.K. Prudhomme, *A 2-Component Model for the Phase-Behavior of Dispersions Containing Associative Polymer.* Macromolecules, 1989. **22**(3): p. 1317-1325.

90.    Hirt, D.E., et al., *Dynamic Surface-Tension of Hydrocarbon and Fluorocarbon Surfactant Solutions Using the Maximum Bubble Pressure Method.* Colloids and Surfaces, 1990. **44**: p. 101-117.

91.    Hirt, D.E., R.K. Prudhomme, and L. Rebenfeld, *Experimental-Study of Foam Flow in Fibrous Materials.* Tappi Journal, 1990. **73**(2): p. 147-151.

92.    Santore, M.M. and R.K. Prudhomme, *Rheology of a Xanthan Broth at Low Stresses and Strains.* Carbohydrate Polymers, 1990. **12**(3): p. 329-335.

93.    Santore, M.M., W.B. Russel, and R.K. Prudhomme, *Experimental and Theoretical-Study of Phase-Transitions Induced in Colloidal Dispersions by Associative Polymers.* Faraday Discussions, 1990(90): p. 323-333.

94.    Santore, M.M., W.B. Russel, and R.K. Prudhomme, *A One-Component Model for the Phase-Behavior of Dispersions Containing Associative Polymers.* Macromolecules, 1990. **23**(16): p. 3821-3832.

95.    Bowers, J.S., et al., *Kinetics of DNA Cleavage by Calicheamicin from Electric Birefringence.* Abstracts of Papers of the American Chemical Society, 1991. **202**: p. 280-POLY.

96.    Bowers, J.S., B. Goff, and R.K. Prudhomme, *Polymers in Electric-Fields - Dynamics from Transient Electric Birefringence.* Abstracts of Papers of the American Chemical Society, 1991. **202**: p. 180-COLL.

97.    Bowers, J.S. and R.K. Prudhomme, *Dynamics of Ring DNA Versus Linear DNA from Transient Electric Birefringence.* Abstracts of Papers of the American Chemical Society, 1991. **202**: p. 296-POLY.

98.    Collias, D.I. and R.K. Prudhomme, *Drop Production in Couette and Media Mill Devices.* Chemical Engineering Communications, 1991. **109**: p. 109-124.

99.    Hirt, D.E., R.K. Prudhomme, and L. Rebenfeld, *Effect of Dynamic Surface-Tension on Foam Flow through Fibrous Materials.* Textile Research Journal, 1991. **61**(1): p. 47-57.

100.   Ketz, R.J., W.W. Graessley, and R.K. Prudhomme, *Rheology of Semidilute Ionomer Solutions.* Abstracts of Papers of the American Chemical Society, 1991. **201**: p. 343-POLY.

101.   Koelling, K.W. and R.K. Prudhomme, *Instabilities in Multi-Hole Converging Flow of Viscoelastic Fluids.* Rheologica Acta, 1991. **30**(6): p. 511-522.

102.   Prudhomme, R.K., *Rheological Measurements.* Acs Symposium Series, 1991. **462**: p. 18-47.

103.   Prudhomme, R.K., et al., *The Wiped Disk Viscometer for Viscosity Measurements at Elevated-Temperatures and Pressures.* Abstracts of Papers of the American Chemical Society, 1991. **201**: p. 154-POLY.

104.   Prudhomme, R.K., et al., *Characterization of Macromoleculars by Hydrodynamic Chromatography.* Abstracts of Papers of the American Chemical Society, 1991. **201**: p. 79-ANYL.

105.    Santore, M.M., W.B. Russel, and R.K. Prudhomme, *Phase-Transitions and Fluid Rheology Induced in Colloidal Dispersions by Associative Polymers.* Abstracts of Papers of the American Chemical Society, 1991. **201**: p. 269-POLY.

106.    Bowers, J.S. and R.K. Prudhomme, *Low Field-Theory of Polymer Transient Electric Birefringence.* Journal of Chemical Physics, 1992. **96**(9): p. 7135-7143.

107.    Bowers, J.S., R.K. Prudhomme, and R.S. Farinato, *An Assessment of the Pade-Laplace Method for Transient Electric Birefringence Decay Analysis.* Computers & Chemistry, 1992. **16**(3): p. 249-259.

108.    Collias, D.I. and R.K. Prudhomme, *Diagnostic-Techniques of Mixing Effectiveness - the Effect of Shear and Elongation in Drop Production in Mixing Tanks.* Chemical Engineering Science, 1992. **47**(6): p. 1401-1410.

109.    Kesavan, S. and R.K. Prudhomme, *RHEOLOGY OF GUAR AND HPG CROSS-LINKED BY BORATE.* Macromolecules, 1992. **25**(7): p. 2026-2032.

110.    Kesavan, S. and R.K. Prud'homme, *Rheology of Guar and Hpg Cross-Linked by Borate.* Macromolecules, 1992. **25**(7): p. 2026-2032.

111.    Ketz, R., R.K. Prudhomme, and W.W. Graessley, *Rheology of Ionomer Solutions.* Abstracts of Papers of the American Chemical Society, 1992. **204**: p. 68-PMSE.

112.    Mahale, A.D., R.K. Prudhomme, and L. Rebenfeld, *Quantitative Measurement of Voids Formed During Liquid Impregnation of Nonwoven Multifilament Glass Networks Using an Optical Visualization Technique.* Polymer Engineering and Science, 1992. **32**(5): p. 319-326.

113.    Yin, Y.L. and R.K. Prudhomme, *Donnan Equilibrium of Mobile Ions in Polyelectrolyte Gels.* Abstracts of Papers of the American Chemical Society, 1992. **204**: p. 279-POLY.

114.    Yin, Y.L., R.K. Prudhomme, and F. Stanley, *Relationship between Poly(Acrylic Acid) Gel Structure and Synthesis.* Acs Symposium Series, 1992. **480**: p. 91-113.

115.    In, M. and R.K. Prudhomme, *Fourier-Transform Mechanical Spectroscopy of the Sol-Gel Transition in Zirconium Alkoxide Ceramic Gels.* Rheologica Acta, 1993. **32**(6): p. 556-565.

116.    Kesavan, S. and R.K. Prudhomme, *Rheology of Guar and Hpg Cross-Linked by Borate.* Abstracts of Papers of the American Chemical Society, 1993. **206**: p. 43-CELL.

117.    Mast, A.P., R.K. Prudhomme, and J.E. Glass, *Behavior of Low-Molecular-Weight Model Heur Associative Polymers in Concentrated Surfactant Systems.* Langmuir, 1993. **9**(3): p. 708-715.

118.    Pfennig, B.W., A.B. Bocarsly, and R.K. Prudhomme, *Synthesis of a Novel Hydrogel Based on a Coordinate Covalent Polymer Network.* Journal of the American Chemical Society, 1993. **115**(7): p. 2661-2665.

119.    Prudhomme, R.K. and G.G. Warr, *Elongational Flow of Solutions of Rod-Like Micelles.* Abstracts of Papers of the American Chemical Society, 1993. **206**: p. 55-COLL.

120.    Prudhomme, R.K. and Y.L. Yin, *What We Know and What We Dont Know About Polyelectrolyte Gels.* Abstracts of Papers of the American Chemical Society, 1993. **206**: p. 264-PMSE.

121.    Tom, J.W., et al., *Applications of Supercritical Fluids in the Controlled Release of Drugs.* Acs Symposium Series, 1993. **514**: p. 238-257.

122.    Yuling, R.K. Prudhomme, and G. Warr, *Ph Measurements in Polyelectrolyte Gels and Their Solutions.* Abstracts of Papers of the American Chemical Society, 1993. **206**: p. 53-PMSE.

123.    Anklam, M.R., G.G. Warr, and R.K. Prudhomme, *The Use of Opposed Nozzles Configuration in the Measurements of the Extensional Rheological Properties of Emulsions.* Journal of Rheology, 1994. **38**(4): p. 797-810.

124.    Collias, D.I. and R.K. Prudhomme, *Inhomogeneous Flows of Guar Metal-Ion Gels Observed by Laser-Doppler Anemometry and Rheological Measurements.* Journal of Rheology, 1994. **38**(2): p. 217-230.

125.    Goff, R.B., S.F. Karel, and R.K. Prudhomme, *Electric Birefringence of Flexible Polymers in High Fields - Brownian Dynamics Simulation.* Journal of Chemical Physics, 1994. **100**(3): p. 2289-2297.

126.    Junker, B.H., et al., *Influence of Strain and Medium Composition on Filtration of Escherichia-Coli Suspensions.* Biotechnology and Bioengineering, 1994. **44**(4): p. 539-548.

127.    Otsubo, Y. and R.K. Prudhomme, *Effect of Drop Size Distribution on the Flow Behavior of Oil-in-Water Emulsions.* Rheologica Acta, 1994. **33**(4): p. 303-306.

128.    Otsubo, Y. and R.K. Prudhomme, *Rheology of Oil-in-Water Emulsions.* Rheologica Acta, 1994. **33**(1): p. 29-37.

129.    Prudhomme, R.K. and G.G. Warr, *Elongational Flow of Solutions of Rodlike Micelles.* Langmuir, 1994. **10**(10): p. 3419-3426.

130.    Prudhomme, R.K. and Y.L. Yin, *Polyelectrolyte Effects in Polymer Gels.* Abstracts of Papers of the American Chemical Society, 1994. **208**: p. 193-COLL.

131.  Yin, Y.L. and R.K. Prudhomme, *Salt Partitioning in Polyelectrolyte Gel-Solution Systems*, in *Polymers of Biological and Biomedical Significance*. 1994. p. 157-170.

132.  Yin, Y.L. and R.K. Prudhomme. *SALT PARTITIONING IN POLYELECTROLYTE GEL-SOLUTION SYSTEMS*. 1994.

133.  Anklam, M.R., R.K. Prudhomme, and G.G. Warr, *Shear Thinning in Ternary Bicontinuous and Water-in-Oil Microemulsions*. Aiche Journal, 1995. **41**(3): p. 677-682.

134.  GrosseSommer, A., M. In, and R.K. PrudHomme, *Degradable alkoxide-crosslinked hydrogels*. Journal of Polymer Science Part a-Polymer Chemistry, 1996. **34**(8): p. 1447-1453.

135.  GrosseSommer, A. and R.K. Prudhomme, *Degradable phosphazene-crosslinked hydrogels*. Journal of Controlled Release, 1996. **40**(3): p. 261-267.

136.  Grosse-Sommer, A. and R.K. Prud'homme, *Degradable phosphazene-crosslinked hydrogels*. Journal of Controlled Release, 1996. **40**(3): p. 261-267.

137.  Prud'homme, R.K. and S.A. Kahn, eds. *Foams: Theory, Measurements, and Application*. Surfactant Science Series, ed. M.J. Schick and F.M. Fowkes. Vol. 57. 1996, Marcel Dekker, Inc.: New York.

138.  Prudhomme, R.K., G.W. Wu, and D.K. Schneider, *Structure and rheology studies of poly(oxyethylene-oxypropylene-oxyethylene) aqueous solution*. Langmuir, 1996. **12**(20): p. 4651-4659.

139.  Panmai, S., R.K. Prudhomme, and D. Peiffer, *Rheology of solutions of hydrophobically modified polymers and rod-like surfactant micelles*. Abstracts of Papers of the American Chemical Society, 1997. **213**: p. 1-COLL.

140.  Perahia, D., et al., *Polymer cubic lyotropic mesophase interaction: X-ray study*. Abstracts of Papers of the American Chemical Society, 1997. **213**: p. 203-COLL.

141.  Prud'homme, R.K. and R.A. Register, *Melt Rheology*, in *Ionomers:  Synthesis, structure, properties and applications*. 1997, Blackie Academic and Professional: London, UK. p. 208-260.

142.  Garg, R., et al., *Absorption length for photon propagation in highly dense colloidal dispersions*. Journal of Materials Research, 1998. **13**(12): p. 3463-3467.

143.  Garg, R., et al., *Optical transmission in highly concentrated dispersions*. Journal of the Optical Society of America a-Optics Image Science and Vision, 1998. **15**(4): p. 932-935.

144.  Layn, K.M., P.G. Debenedetti, and R.K. Prud'homme, *A theoretical study of Gemini surfactant phase behavior*. Journal of Chemical Physics, 1998. **109**(13): p. 5651-5658.

145.  Panmai, S. and R.K. Prud'homme, *Rheology of solutions of hydrophobically modified polymers and rod-like surfactant micelles*. Abstracts of Papers of the American Chemical Society, 1998. **216**: p. U617-U617.

146.  Panmai, S., et al., *Rheology of solutions of hydrophobically modified polymers with spherical and rod-like surfactant micelles*. Abstracts of Papers of the American Chemical Society, 1998. **216**: p. U873-U873.

147.  Prud'homme, R.K., *Structure and properties of polysaccharide polymers: Specific interactions and gelation*. Biophysical Journal, 1998. **74**(2): p. A8-A8.

148.  Ramakrishnan, S. and R.K. Prud'homme, *Effect of solvent quality on the behavior of kappa-carrageenan*. Abstracts of Papers of the American Chemical Society, 1998. **216**: p. U13-U13.

149.  Yang, Y., et al., *Confinement of polysoaps in membrane lyotropic phases*. Physical Review Letters, 1998. **80**(12): p. 2729-2732.

150.  Yang, Y., et al., *Confinement of polysoaps in nonionic surfactant bilayers*. Abstracts of Papers of the American Chemical Society, 1998. **215**: p. U470-U470.

151.  Anklam, M.R., D.A. Saville, and R.K. Prud'homme, *Disjoining pressure and film tension in comb-graft copolymer- stabilized oil films*. Langmuir, 1999. **15**(21): p. 7299-7307.

152.  Anklam, M.R., D.A. Saville, and R.K. Prud'homme, *Behavior and stability of comb-graft copolymer stabilized oil films*. Abstracts of Papers of the American Chemical Society, 1999. **218**: p. U669-U669.

153.  Anklam, M.R., D.A. Saville, and R.K. Prud'homme, *Electric-field-induced rupture of polymer-stabilized oil films*. Colloid and Polymer Science, 1999. **277**(10): p. 957-964.

154.  Heitz, C., et al., *A new strictly alternating comblike amphiphilic polymer based on PEG. 1. Synthesis and associative behavior of a low molecular weight sample*. Macromolecules, 1999. **32**(20): p. 6652-6657.

155.  Heitz, C., R.K. Prud'homme, and J. Kohn, *A new strictly alternating comblike amphiphilic polymer based on PEG. 2. Associative behavior of a high molecular weight sample and interaction with SDS*. Macromolecules, 1999. **32**(20): p. 6658-6667.

156.  Panmai, S., R.K. Prud'homme, and D.G. Peiffer, *Rheology of hydrophobically modified polymers with spherical and rod-like surfactant micelles*. Colloids and Surfaces a-Physicochemical and Engineering Aspects, 1999. **147**(1-2): p. 3-15.

157.    Panmai, S., R.K. Prud'homme, and D.G. Peiffer. *Rheology of hydrophobically modified polymers with spherical and rod-like surfactant micelles.* 1999.

158.    Svenson, S. and R.K. Prud'homme, *Unexpected changes of the shear viscosity in mixtures of hydrophobically modified hydroxyethylcellulose and CTAB/NaSal at low and high temperatures.* Abstracts of Papers of the American Chemical Society, 1999. **218**: p. U676-U676.

159.    Achilleos, E.C., et al., *Dynamic deformation visualization in swelling of polymer gels.* Chemical Engineering Science, 2000. **55**(17): p. 3335-3340.

160.    Achilleos, E.C., et al., *Quantifying deformation in gel swelling: Experiments and simulations.* Aiche Journal, 2000. **46**(11): p. 2128-2139.

161.    Cheng, Y. and R.K. Prud'homme, *Enzymatic degradation of guar and substituted guar galactomannans.* Biomacromolecules, 2000. **1**(4): p. 782-788.

162.    Cheng, Y. and R.K. Prud'homme, *Size exclusion chromatography (SEC) of high molecular weight polymers: Effects of flow rate and the creation of a universal calibration curve.* Abstracts of Papers of the American Chemical Society, 2000. **220**: p. U301-U301.

163.    Cheng, Y. and R.K. Prud'homme, *Enzymatic degradation of a water-soluble polysaccharide.* Abstracts of Papers of the American Chemical Society, 2000. **220**: p. U319-U319.

164.    Ramakrishnan, S. and R.K. Prud'homme, *Behavior of kappa-carrageenan in glycerol and sorbitol solutions.* Carbohydrate Polymers, 2000. **43**(4): p. 327-332.

165.    Ramakrishnan, S. and R.K. Prud'homme, *Effect of solvent quality and ions on the rheology and gelation of kappa-carrageenan.* Journal of Rheology, 2000. **44**(4): p. 885-896.

166.    Ramakrishnan, S. and R.K. Prud'homme. *Effect of solvent quality and ions on the rheology and gelation of kappa-carrageenan.* 2000.

167.    Anklam, M.R., D.A. Saville, and R.K. Prud'homme, *Stability and behavior of a comb-graft copolymer stabilizing a thin oil emulsion film.* Polymers for Advanced Technologies, 2001. **12**(1-2): p. 70-84.

168.    Bhatia, S.R., et al., *Tuning interactions between novel polyelectrolyte micelles.* Abstracts of Papers of the American Chemical Society, 2001. **222**: p. U260-U260.

169.    Cheng, Y., et al., *Structure and intermolecular interactions between polysaccharide chains: An osmotic stress and x-ray scattering study.* Abstracts of Papers of the American Chemical Society, 2001. **222**: p. U356-U356.

170.    Hwang, M.L., et al., *Stabilization of phosphatidylserine/phosphatidylethanolamine liposomes with hydrophilic polymers having multiple "sticky feet".* Langmuir, 2001. **17**(25): p. 7713-7716.

171.    Lee, J.H., R.K. Prud'homme, and I.A. Aksay, *Cure depth in photopolymerization: Experiments and theory.* Journal of Materials Research, 2001. **16**(12): p. 3536-3544.

172.    Valentine, M.T., et al., *Investigating the microenvironments of inhomogeneous soft materials with multiple particle tracking.* Physical Review E, 2001. **6406**(6).

173.    Wagner, N.J. and R.K. Prud'homme, *Rheology and rheological techniques.* Current Opinion in Colloid & Interface Science, 2001. **6**(5-6): p. 421-422.

174.    Yang, B.S., et al., *Interaction of surfactant lamellar phase and a strictly alternating comb-graft amphiphilic polymer based on PEG.* Langmuir, 2001. **17**(21): p. 6692-6698.

175.    Yang, B.S., et al., *Interaction of hydrophobically modified polymers and surfactant lamellar phase.* Langmuir, 2001. **17**(19): p. 5834-5841.

176.    Ashbaugh, H.S., K. Boon, and R.K. Prud'homme, *Gelation of "catanionic" vesicles by hydrophobically modified polyelectrolytes.* Colloid and Polymer Science, 2002. **280**(9): p. 783-788.

177.    Ashbaugh, H.S., et al., *Flow improvement of waxy oils mediated by self-aggregating partially crystallizable diblock copolymers.* Journal of Rheology, 2002. **46**(4): p. 763-776.

178.    Ashbaugh, H.S., et al., *Interaction of paraffin wax gels with random crystalline/amorphous hydrocarbon copolymers.* Macromolecules, 2002. **35**(18): p. 7044-7053.

179.    Cheng, Y., K.M. Brown, and R.K. Prud'homme, *Preparation and characterization of molecular weight fractions of guar galactomannans using acid and enzymatic hydrolysis.* International Journal of Biological Macromolecules, 2002. **31**(1-3): p. 29-35.

180.    Cheng, Y., K.M. Brown, and R.K. Prud'homme, *Characterization and intermolecular interactions of hydroxypropyl guar solutions.* Biomacromolecules, 2002. **3**(3): p. 456-461.

181.    Cheng, Y., et al., *Measurement of forces between galactomannan polymer chains: Effect of hydrogen bonding.* Macromolecules, 2002. **35**(27): p. 10155-10161.

182.   Cheng, Y., R.K. Prud'homme, and J.L. Thomas, *Diffusion of mesoscopic probes in aqueous polymer solutions measured by fluorescence recovery after photobleaching.* Macromolecules, 2002. **35**(21): p. 8111-8121.

183.   Li, X.P., et al., *Detection of water-ice transition using a lead zirconate titanate/brass transducer.* Journal of Applied Physics, 2002. **92**(1): p. 106-111.

184.   Panmai, S., et al., *Interactions between hydrophobically modified polymers and surfactants: A fluorescence study.* Langmuir, 2002. **18**(10): p. 3860-3864.

185.   Yang, B.S., et al., *Neutron spin-echo study of dynamics of hydrophobically modified polymer-doped surfactant bilayers.* Langmuir, 2002. **18**(1): p. 6-13.

186.   Auguste, D., et al., *Novel polymer constructs for liposome protection.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U468-U468.

187.   Auguste, D., et al. *Novel polymer constructs for liposome protection.* 2003.

188.   Auguste, D.T., et al., *Association of hydrophobically-modified poly(ethylene glycol) with fusogenic liposomes.* Biochimica Et Biophysica Acta-Biomembranes, 2003. **1616**(2): p. 184-195.

189.   Cheng, Y. and R.K. Prud'homme, *Reaction-diffusion of enzyme molecules in biopolymer matrices*, in *Biocatalysis in Polymer Science.* 2003. p. 265-284.

190.   Guo, X.H., et al., *Effect of micro-crystalline poly(ethylene-butene) on crystallization of paraffins and their mixtures from model waxy oil.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U261-U261.

191.   Guo, X.H., et al., *How cooling rate affects the behavior of model waxy oil.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U258-U258.

192.   Hu, X.S., et al., *Study of static and dynamics of non-ionic surfactant lamellar phases on addition of charge.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U369-U369.

193.   Johnson, B.K. and R.K. Prud'homme, *Chemical processing and micromixing in confined impinging jets.* AIChE Journal, 2003. **49**(9): p. 2264-2282.

194.   Johnson, B.K. and R.K. Prud'homme, *Mechanism for rapid self-assembly of block copolymer nanoparticles.* Physical Review Letters, 2003. **91**(11).

195.   Johnson, B.K. and R.K. Prud'homme, *Flash NanoPrecipitation of organic actives and block copolymers using a confined impinging jets mixer.* Australian Journal of Chemistry, 2003. **56**(10): p. 1021-1024.

196.   Johnson, B.K. and R.K. Prud'homme, *Nanoprecipitation of organic actives using mixing and block copolymer stabilization.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U487-U487.

197.   Johnson, B.K. and R.K. Prud'homme, *Engineering the direct precipitation of stabilized organic and block copolymer nanoparticles as unique composites.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U527-U527.

198.   Johnson, B.K. and R.K. Prud'homme, *Flash NanoPrecipitation of organic actives and block copolymers using a confined impinging jets mixer.* 2003.

199.   Siriwatwechakul, W. and R.K. Prud'homme, *Flow of self-assembled rodlike micelles surfactant in porous media.* Abstracts of Papers of the American Chemical Society, 2003. **226**: p. U369-U369.

200.   Abdala, A.A., et al., *Inspired by abalone shell: Strengthening of porous ceramics with polymers.* Abstracts of Papers of the American Chemical Society, 2004. **227**: p. U525-U525.

201.   Biehl, R., et al., *Diffusion of compact macromolecules through polymer meshes: mesh dynamics and probe dynamics.* Physica B-Condensed Matter, 2004. **350**(1-3): p. 76-78.

202.   Guo, X.H., et al., *Model associative polymer networks generated by inclusion interaction between polymers with cyclodextrin and hydrophobic grafts.* Abstracts of Papers of the American Chemical Society, 2004. **228**: p. U334-U334.

203.   Guo, X.H., et al., *Synthesis of poly(ethylene-butene) random copolymers with hydroxylic grafts and the effect of polar groups on deposition of wax and asphaltenes from crude oil.* Abstracts of Papers of the American Chemical Society, 2004. **228**: p. U172-U172.

204.   Guo, X.H., et al., *Diffusion of protein in polymer solutions: A comparison between neutron spin-echo spectroscopy and NMR measurements.* Abstracts of Papers of the American Chemical Society, 2004. **228**: p. U346-U346.

205.   Guo, X.H., et al. *Diffusion of protein in polymer solutions: A comparison between neutron spin-echo spectroscopy and NMR measurements.* 2004.

206.   Guo, X.H., et al., *Influence of microcrystalline poly(ethylene-butene) random copolymers on wax gelation of black oils.* Abstracts of Papers of the American Chemical Society, 2004. **228**: p. U174-U174.

207.    Guo, X.H., et al. *Influence of microcrystalline poly(ethylene-butene) random copolymers on wax gelation of black oils*. 2004.

208.    Guo, X.H., et al., *Crystallization of long-chain n-paraffins from solutions and melts as observed by differential scanning calorimetry*. Macromolecules, 2004. **37**(15): p. 5638-5645.

209.    Guo, X.H., et al., *Crystallization of mixed paraffin from model waxy oils and the influence of micro-crystalline poly(ethylene-butene) random copolymers*. Energy & Fuels, 2004. **18**(4): p. 930-937.

210.    Guo, X.H., et al., *Preparation of biocompatable hydrogel adhesives controlled by rheological method*. Abstracts of Papers of the American Chemical Society, 2004. **228**: p. U356-U356.

211.    Guo, X.H., et al. *Preparation of biocompatable hydrogel adhesives controlled by rheological method*. 2004.

212.    Hu, X.S., et al., *Fluctuations of bare membranes and their modification on incorporation of polymers having equally spaced anchors*. Physica B-Condensed Matter, 2004. **350**(1-3): p. 217-219.

213.    Hu, X.S., et al., *Study of non-ionic surfactant lamellar phases on addition of charge*. Abstracts of Papers of the American Chemical Society, 2004. **227**: p. U840-U840.

214.    Hu, X.S., et al. *Study of non-ionic surfactant lamellar phases on addition of charge*. 2004.

215.    Hu, X.S., et al. *Fluctuations of bare membranes and their modification on incorporation of polymers having equally spaced anchors*. 2004.

216.    Prud'homme, R.K. and D. Auguste, *Protection and deprotection of liposomes by electrostatically anchored PEG chains*. Abstracts of Papers of the American Chemical Society, 2004. **227**: p. U892-U892.

217.    Prud'homme, R.K. and D. Auguste. *Protection and deprotection of liposomes by electrostatically anchored PEG chains*. 2004.

218.    Prud'homme, R.K., B.K. Johnson, and W. Saad, *Nano particle formation with "flash precipitation" and block copolymer stabilization*. Abstracts of Papers of the American Chemical Society, 2004. **227**: p. U875-U875.

219.    Prud'homme, R.K., B.K. Johnson, and W. Saad. *Nano particle formation with "flash precipitation" and block copolymer stabilization*. 2004.

220.    Ramakrishnan, S., C. Gerardin, and R.K. Prud'homme, *Syneresis of carrageenan gels: NMR and rheology*. Soft Materials, 2004. **2**(2-3): p. 145-153.

221.    Ramakrishnan, S., et al., *Latex composite membranes: structure and properties of the discriminating layer*. Journal of Membrane Science, 2004. **231**(1-2): p. 57-70.

222.    Siriwatwechakul, W., et al., *Effects of organic solvents on the scission energy of rodlike micelles*. Langmuir, 2004. **20**(21): p. 8970-8974.

223.    Yildiz, M.E., D.H. Adamson, and R.K. Prudhomme, *Formation and mechanism of polymer vesicles from solvent injection*. Abstracts of Papers of the American Chemical Society, 2004. **227**: p. U541-U541.

224.    Yildiz, M.E., D.H. Adamson, and R.K. Prudhomme. *Formation and mechanism of polymer vesicles from solvent injection*. 2004.

225.    Zhang, Y.F., et al., *Differential scanning calorimetry studies of clathrate hydrate formation*. Journal of Physical Chemistry B, 2004. **108**(43): p. 16717-16722.

226.    Ashbaugh, H.S., et al., *Interaction of paraffin wax gels with ethylene/vinyl acetate co-polymers*. Energy & Fuels, 2005. **19**(1): p. 138-144.

227.    Guo, X.H., et al., *Novel associative polymer networks based on cyclodextrin inclusion compounds*. Macromolecules, 2005. **38**(7): p. 3037-3040.

228.    Guo, X.H., et al., *How poly(1-olefin-co-maleic anhydride amide) improves flow of cold crude oils*. Abstracts of Papers of the American Chemical Society, 2005. **230**: p. U2316-U2317.

229.    Guo, X.H., et al. *How poly(1-olefin-co-maleic anhydride amide) improves flow of cold crude oils*. 2005.

230.    Guo, X.H., et al., *Crystallization of paraffins with poly(ethylene butene) as revealed by X-ray diffraction*. Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U604-U604.

231.    Guo, X.H., et al. *Crystallization of paraffins with poly(ethylene butene) as revealed by X-ray diffraction*. 2005.

232.    Guo, X.H. and R.K. Prud'homme, *Synthesis of comb polymers based on poly(maleic anhydride-co-a-olefin) and their influence on paraffin crystallization*. Abstracts of Papers of the American Chemical Society, 2005. **230**: p. U4341-U4341.

233.    Guo, X.H. and R.K. Prud'homme, *Crystal structure of mixed paraffins and rheological behavior of model waxy oils*. Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U595-U595.

234.    Guo, X.H. and R.K. Prud'homme. *Synthesis of comb polymers based on poly(maleic anhydride-co-a-olefin) and their influence on paraffin crystallization*. 2005.

235.    Guo, X.H. and R.K. Prud'homme. *Crystal structure of mixed paraffins and rheological behavior of model waxy oils*. 2005.

236.    Guo, X.H., et al., *Temperature effect on hydrophobic and inclusive associations in polymer networks.* Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U973-U973.

237.    Guo, X.H., et al. *Temperature effect on hydrophobic and inclusive associations in polymer networks.* 2005.

238.    Guo, X.H., L. Tinsley, and R.K. Prud'homme, *Strategy of flow improvement for waxy oils by comb polymers.* Abstracts of Papers of the American Chemical Society, 2005. **230**: p. U2311-U2312.

239.    Guo, X.H., L. Tinsley, and R.K. Prud'homme. *Strategy of flow improvement for waxy oils by comb polymers.* 2005.

240.    Liu, Y., et al., *Stability and Ostwald ripening of block copolymer stabilized nanoparticles.* Abstracts of Papers of the American Chemical Society, 2005. **230**: p. U1233-U1233.

241.    Liu, Y., et al. *Stability and Ostwald ripening of block copolymer stabilized nanoparticles.* 2005.

242.    Mayer, L., et al., *Particulate Constructs for Release of Active Agents*, USPTO, Editor. 2005: USA.

243.    Prud'homme, R.K., *Confinement of self-assembled wormlike surfactant micelles in porous media.* Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U642-U642.

244.    Prud'homme, R.K., *Association and triggered release of modified PEO constructs with liposomes.* Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U710-U710.

245.    Prud'homme, R.K. *Confinement of self-assembled wormlike surfactant micelles in porous media.* 2005.

246.    Prud'homme, R.K. *Association and triggered release of modified PEO constructs with liposomes.* 2005.

247.    Prud'homme, R.K., W. Siriwatwechakul, and P. Sullivan, *Flow and confinement of rod-like micelles in small pores.* Abstracts of Papers of the American Chemical Society, 2005. **229**: p. U737-U737.

248.    Prud'homme, R.K., W. Siriwatwechakul, and P. Sullivan. *Flow and confinement of rod-like micelles in small pores.* 2005.

249.    Prud'homme, R.K., V. Smith-Romanogli, and R.W. Dexter, *Elongational viscosity effects in spraying processes.* Abstracts of Papers of the American Chemical Society, 2005. **230**: p. U3574-U3575.

250.    Prud'homme, R.K., V. Smith-Romanogli, and R.W. Dexter. *Elongational viscosity effects in spraying processes.* 2005.

251.    Yang, B.S., W.B. Russel, and R.K. Prud'homme, *Effect of hydrophobically modified polymers on shear-induced multilamellar vesicles.* Langmuir, 2005. **21**(22): p. 10038-10045.

252.    Anacker, J.L., et al., *Rules for in situ reactive formation and assembly of block copolymer drug nanoparticles.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

253.    Auguste, D.T., et al., *pH triggered release of protective poly(ethylene glycol)-b-polycation copolymers from liposomes.* Biomaterials, 2006. **27**(12): p. 2599-2608.

254.    Auguste, D.T., et al., *Polymer-protected liposomes: Association of hydrophobically-modified PEG with liposomes*, in *Polymeric Drug Delivery I: Particulate Drug Carriers*. 2006. p. 95-120.

255.    Auguste, D.T., et al. *Polymer-protected liposomes: Association of hydrophobically-modified PEG with liposomes.* 2006.

256.    Guo, X.H., et al., *Rheology control by modulating hydrophobic and inclusion associations in modified poly(acrylic acid) solutions.* Polymer, 2006. **47**(9): p. 2976-2983.

257.    Guo, X.H., L. Li, and R.K. Prud'homme, *Synthesis of styrene-maleic anhydride amide comb-polymers and their effect on waxy oil gelation.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

258.    Guo, X.H., L. Li, and R.K. Prud'homme, *Nanocomposite polyacrylamide hydrogels crosslinked by Laponite.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

259.    Guo, X.H., L. Li, and R.K. Prud'homme, *Synthesis of styrene-maleic anhydride amide comb-polymers and their effect on waxy oil gelation.* 2006.

260.    Guo, X.H., L. Li, and R.K. Prud'homme. *Nanocomposite polyacrylamide hydrogels crosslinked by Laponite.* 2006.

261.    Guo, X.H., et al., *Effect of cooling rate on crystallization of model waxy oils with microcrystalline poly(ethylene butene).* Energy & Fuels, 2006. **20**(1): p. 250-256.

262.    Johnson, B.K., W. Saad, and R.K. Prud'homme, *Nanoprecipitation of pharmaceuticals using mixing and block copolymer stabilization*, in *Polymeric Drug Delivery Ii: Polymeric Matrices and Drug Particle Engineering*. 2006. p. 278-291.

263.    Johnson, B.K., W. Saad, and R.K. Prud'homme. *Nanoprecipitation of pharmaceuticals using mixing and block copolymer stabilization.* 2006.

264.    Li, J.L., et al., *Oxygen-driven unzipping of graphitic materials.* Physical Review Letters, 2006. **96**(17).

265.    Li, L., X.H. Guo, and R.K. Prud'homme, *Shear-thickening ionomers prepared by conjugate addition reaction.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

266.    Mahammad, S., et al., *Kinetics of enzymatic depolymerization of guar galactomannan.* Biomacromolecules, 2006. **7**(9): p. 2583-2590.

267.    Prud'homme, R.K., *Amphilic block copolymer self-assembly for directed synthesis of drug nanoparticles.* Abstracts Of Papers Of The American Chemical Society, 2006. **231**.

268.    Prud'homme, R.K., *Flow of self assembled worm-like micelles in confined pores.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

269.    Prud'homme, R.K. *Amphilic block copolymer self-assembly for directed synthesis of drug nanoparticles.* 2006.

270.    Prud'homme, R.K. *Flow of self assembled worm-like micelles in confined pores.* 2006.

271.    Prudhomme, R.K., L. Mayer, and W. Saad, *Drug conjugate nanoparticle formation by Flash NanoPrecipitation.* Abstracts of Papers of the American Chemical Society, 2006. **231**.

272.    Prudhomme, R.K., L. Mayer, and W. Saad. *Drug conjugate nanoparticle formation by Flash NanoPrecipitation.* 2006.

273.    Prudhomme, R.K., W. Saad, and L. Mayer, *Paclitaxel Conjugate Block Copolymer Nanoparticle Formation by Flash NanoPrecipitation.* NSTI-Nanotech 2006, 2006. **2**.

274.    Schniepp, H.C., et al., *Functionalized single graphene sheets derived from splitting graphite oxide.* Journal of Physical Chemistry B, 2006. **110**(17): p. 8535-8539.

275.    Zhang, Y.F., et al., *Accurate prediction of clathrate hydrate phase equilibria below 300 K from a simple model.* Journal of Petroleum Science and Engineering, 2006. **51**(1-2): p. 45-53.

276.    Fu, L.P., B.; Prud'homme, R.; Pacheco, C., *19F NMR Study of Ovalbumin Diffusion in Guar Filter Cake.* Society of Petroleum Engineers, 2007. **SPE 106461**.

277.    Herrera-Alonso, M., et al., *Intercalation and stitching of graphite oxide with diaminoalkanes.* Langmuir, 2007. **23**(21): p. 10644-10649.

278.    Liu, Y., et al., *Ostwald ripening of beta-carotene nanoparticles.* Physical Review Letters, 2007. **98**(3).

279.    McAllister, M.J., et al., *Single sheet functionalized graphene by oxidation and thermal expansion of graphite.* Chemistry of Materials, 2007. **19**(18): p. 4396-4404.

280.    McAllister, M.J., et al., *Single sheet functionalized graphene by oxidation and thermal expansion of graphite.* Chemistry of Materials, 2007. **19**(18): p. 4396-4404.

281.    McAllister, M.J., et al., *Single sheet functionalized graphene by oxidation and thermal expansion of graphite.* Chemistry of Materials, 2007. **19**(18): p. 4396-4404.

282.    Saad, W., *Drug Nanoparticle Formation via Flash NanoPrecipitation: Conjugation to Encapsulate and Control the Release of Paclitaxel*, in *Chemical Engineering*. 2007, Princeton University: Princeton. p. 182.

283.    Tinsley, J.F., et al., *Novel laboratory cell for fundamental studies of the effect of polymer additives on wax deposition from model crude oils.* Energy & Fuels, 2007. **21**(3): p. 1301-1308.

284.    Tinsley, J.F., et al. *Novel laboratory cell for fundamental studies of the effect of polymer additives on wax deposition from model crude oils.* 2007.

285.    Yildiz, M.E., et al., *Formation and characterization of polymersomes made by a solvent injection method.* Polymers for Advanced Technologies, 2007. **18**(6): p. 427-432.

286.    Zhu, Z.X., et al., *Formation of block copolymer-protected nanoparticles via reactive impingement mixing.* Langmuir, 2007. **23**(21): p. 10499-10504.

287.    Akbulut, M., et al., *Flow-induced conformational changes in gelatin structure and colloidal stabilization.* Langmuir, 2008. **24**(17): p. 9636-9641.

288.    Ansel, S.M., et al., *Modulating the therapeutic activity of nanoparticle delivered paclitaxel by manipulating the hydrophobicity of prodrug conjugates.* Journal of Medicinal Chemistry, 2008. **51**(11): p. 3288-3296.

289.    Auguste, D.T., et al., *Surface rheology of hydrophobically modified PEG polymers associating with a phospholipid monolayer at the air-water interface.* Langmuir, 2008. **24**(8): p. 4056-4064.

290.    Chen, T., et al., *Coarse-Grained Simulations of Rapid Assembly Kinetics for Polystyrene-b-poly(ethylene oxide) Copolymers in Aqueous Solutions.* Journal of Physical Chemistry B, 2008. **112**(51): p. 16357-16366.

291.    Chiou, H., et al., *A novel production method for inhalable cyclosporine A powders by confined liquid impinging jet precipitation.* Journal of Aerosol Science, 2008. **39**(6): p. 500-509.

292.    Chiou, H., et al., *Evaluation on the use of confined liquid impinging jets for the synthesis of nanodrug particles.* Drug Development and Industrial Pharmacy, 2008. **34**(1): p. 59-64.

293.    Gao, H., et al., *Hydrophilic nanoreservoirs embedded into polymeric micro/nanoparticles: An approach to compatibilize polar molecules with hydrophobic matrixes.* Chemistry of Materials, 2008. **20**(13): p. 4191-4193.

294.    Gindy, M.E., et al., *Preparation of Poly(ethylene glycol) Protected Nanoparticles with Variable Bioconjugate Ligand Density.* Biomacromolecules, 2008. **9**(10): p. 2705-2711.

295.    Gindy, M.E., A.Z. Panagiotopoulos, and R.K. Prud'homme, *Composite block copolymer stabilized nanoparticles: Simultaneous encapsulation of organic actives and inorganic nanostructures.* Langmuir, 2008. **24**(1): p. 83-90.

296.    Gindy, M.E., R.K. Prud'homme, and A.Z. Panagiotopoulos, *Phase behavior and structure formation in linear multiblock copolymer solutions by Monte Carlo simulation.* Journal of Chemical Physics, 2008. **128**(16).

297.    Guo, X., et al., *Synthesis of biocompatible polymeric hydrogels with tunable adhesion to both hydrophobic and hydrophilic surfaces.* Biomacromolecules, 2008. **9**(6): p. 1637-1642.

298.    Herrera, M., V. Kumar, and R.K. Prud'homme, *POLY 57-Prodrug strategies for stable drug nanoparticles.* Abstracts of Papers of the American Chemical Society, 2008. **236**: p. 57-POLY.

299.    Kudin, K.N., et al., *Raman spectra of graphite oxide and functionalized graphene sheets.* Nano Letters, 2008. **8**(1): p. 36-41.

300.    Kumar, V. and R.K. Prud'homme, *Thermodynamic limits on drug loading in nanoparticle cores.* Journal of Pharmaceutical Sciences, 2008. **97**(11): p. 4904-4914.

301.    Li, L., et al., *Complexation behavior of alpha-, beta-, and gamma-cyclodextrin in modulating and constructing polymer networks.* Langmuir, 2008. **24**(15): p. 8290-8296.

302.    Li, L., et al., *POLY 154-Hydrogels assembled by inclusion complexation of poly(ethylene glycol) with alfa-cyclodextrin as observed by rheology.* Abstracts of Papers of the American Chemical Society, 2008. **235**: p. 154-POLY.

303.    Li, L., et al., *Polymer Networks Assembled by Host-Guest Inclusion between Adamantyl and beta-Cyclodextrin Substituents on Poly(acrylic acid) in Aqueous Solution.* Macromolecules, 2008. **41**(22): p. 8677-8681.

304.    Liu, Y., et al., *Mixing in a multi-inlet vortex mixer (MIVM) for flash nano-precipitation.* Chemical Engineering Science, 2008. **63**(11): p. 2829-2842.

305.    Liu, Y., Z. Tong, and R.K. Prud'homme, *Stabilized polymeric nanoparticles for controlled and efficient release of bifenthrin.* Pest Management Science, 2008. **64**(8): p. 808-812.

306.    Min, Y.J., et al., *Frictional Properties of Surfactant-Coated Rod-Shaped Nanoparticles in Dry and Humid Dodecane.* Journal of Physical Chemistry B, 2008. **112**(46): p. 14395-14401.

307.    Prud'homme, R.K., *Facile production of composite nanoparticles for drug delivery, targeting and imaging.* Journal of Pharmacy and Pharmacology, 2008. **60**: p. 177.

308.    Prud'homme, R.K., *Drug delivery and imaging using nanoparticles produced by block-copolymer directed Flash NanoPrecipitation.* Abstracts of Papers of the American Chemical Society, 2008. **236**: p. 52-POLY.

309.    Ramanathan, T., et al., *Functionalized graphene sheets for polymer nanocomposites.* Nature Nanotechnology, 2008. **3**(6): p. 327-331.

310.    Schniepp, H.C., et al., *Bending Properties of Single Functionalized Graphene Sheets Probed by Atomic Force Microscopy.* Acs Nano, 2008. **2**(12): p. 2577-2584.

311.    Wolfson, T., *Composite nanoparticles for MRI imaging.* Senior Thesis Princeton University, 2008.

312.    Akbulut, M., et al., *Novel methods of targeted drug delivery: the potential of multifunctional nanoparticles.* Expert Rev. Clin. Pharmacol., 2009. **2**(3): p. 265-282.

313.    Akbulut, M., et al., *Generic Method of Preparing Multifunctional Fluorescent Nanoparticles Using Flash NanoPrecipitation.* Adv. Funct. Mater., 2009. **19**: p. 1-8.

314.    Akbulut, M., et al., *Generic Method of Preparing Multifunctional Fluorescent Nanoparticles Using Flash NanoPrecipitation.* Advanced Functional Materials, 2009. **19**(5): p. 718-725.

315.    Chen, T., et al., *Protected Peptide Nanoparticles: Experiments and Brownian Dynamics Simulations of the Energetics of Assembly.* Nano Letters, 2009. **9**(6): p. 2218-2222.

316.    Fu, L., C. Pacheco, and R.K. Prud'homme, *TRANSLATIONAL AND ROTATIONAL DIFFUSION OF GLOBULAR PROTEINS IN CONCENTRATED POLYMER NETWORKS.* Soft Materials, 2009. **7**(4): p. 213-231.

317.    Gindy, M.E. and R.K. Prud'homme, *Multifunctional nanoparticles for imaging, delivery and targeting in cancer therapy.* Expert Opinion on Drug Delivery, 2009. **6**(8): p. 865-878.

318.    Kumar, V. and R.K. Prud'homme, *Nanoparticle Stability: Processing Pathways for Solvent Removal.* Chemical Engineering Science, 2009. **64**(6): p. 1358-1361.

319. Kumar, V., et al., *Formulation and Stability of ltraconazole and Odanacatib Nanoparticles: Governing Physical Parameters.* Molecular Pharmaceutics, 2009. **6**(4): p. 1118-1124.

320. Min, Y.J., et al., *Measurement of Forces across Room Temperature Ionic Liquids between Mica Surfaces.* Journal of Physical Chemistry C, 2009. **113**(37): p. 16445-16449.

321. Prud'homme, R.K., *Hydrophobically Associative Polymers and their Control of Properties of Surfactant Mesophases and Liposomes.* Journal of Cosmetic Science, 2009. **60**(3): p. 389-390.

322. Tang, P., et al., *Characterisation and Aerosolisation of Mannitol Particles Produced via Confined Liquid Impinging Jets.* International Journal of Pharmaceutics, 2009. **367**(1-2): p. 51-57.

323. Ungun, B., et al., *Nanofabricated Upconversion Nanoparticles for Photodynamic Therapy.* Optics Express, 2009. **17**(1): p. 80-86.

324. Budijono, S.J., et al., *Exploration of Nanoparticle Block Copolymer Surface Coverage on Nanoparticles.* Colloids and Surfaces a-Physicochemical and Engineering Aspects, 2010.

325. Budijono, S.J., et al., *Block Copolymer Surface Coverage on Nanoparticles.* Colloids and Surfaces a-Physicochemical and Engineering Aspects, 2010. **360**(1-3): p. 105-110.

326. Budijono, S.J., et al., *Synthesis of Stable Block-Copolymer-Protected NaYF4:Yb3+, Er3+ Up-Converting Phosphor Nanoparticles.* Chemistry of Materials, 2010. **22**(2): p. 311-318.

327. D'Addio, S.M., et al., *Novel Method for Concentrating and Drying Polymeric Nanoparticles: Hydrogen Bonding Coacervate Precipitation.* Molecular Pharmaceutics, 2010. **7**(2): p. 557-564.

328. Figura, B.D. and R.K. Prud'homme, *Hydrating Cement Pastes: Novel Rheological Measurement Techniques of the Acceleration of Gelation.* Journal of Rheology, 2010. **54**(6): p. 1363-1378.

329. Guo, X.H., et al., *Tunable Polymeric Hydrogels Assembled by Competitive Complexation between Cyclodextrin Dimers and Adamantyl Substituted Poly(acrylate)s.* AIChE Journal, 2010. **56**(11): p. 3021-3024.

330. Guo, X.H., et al., *Steric Effects and Competitive Intra- and Intermolecular Host-Guest Complexation Between Beta-Cyclodextrin and Adamantyl Substituted Poly(acrylate)s in Water: A H-1 NMR, Rheological and Preparative Study.* Journal of Polymer Science Part B-Polymer Physics, 2010. **48**(16): p. 1818-1825.

331. Guo, X.H., et al., *Tailoring Polymeric Hydrogels through Cyclodextrin Host-Guest Complexation.* Macromolecular Rapid Communications, 2010. **31**(3): p. 300-304.

332. Kumar, V., D.H. Adamson, and R.K. Prud'homme, *Fluorescent Polymeric Nanoparticles: Aggregation and Phase Behavior of Pyrene and Amphotericin B Molecules in Nanoparticle Cores.* Small, 2010. **6**(24): p. 2907-2914.

333. Kumar, V., et al., *Stabilization of the Nitric Oxide (NO) Prodrugs and Anticancer Leads, PABA/NO and Double JS-K, through Incorporation into PEG-Protected Nanoparticles.* Molecular Pharmaceutics, 2010. **7**(1): p. 291-298.

334. Russ, B., Y. Liu, and R.K. Prud'homme, *Optimized Descriptive Model for Micromixing in a Vortex Mixer.* Chemical Engineering Communications, 2010. **197**(8): p. 1068-1075.

335. Shan, J.N., et al., *PEGylated Composite Nanoparticles Containing Upconverting Phosphors and Meso-tetraphenyl Porphine (TPP) for Photodynamic Therapy.* Adv. Funct. Mater., 2010. **21**(13): p. 2488-2495.

336. Tinsley, J.F. and R.K. Prud'homme, *Deposition Apparatus to Study the Effects of Polymers and Asphaltenes upon Wax Deposition.* Journal of Petroleum Science and Engineering, 2010. **72**(1-2): p. 166-174.

337. Wang, J., et al., *Polymeric Networks Assembled by Adamantyl and beta-Cyclodextrin Substituted Poly(acrylate)s: Host-Guest Interactions, and the Effects of Ionic Strength and Extent of Substitution.* Industrial & Engineering Chemistry Research, 2010. **49**(2): p. 609-612.

338. Gao, H., et al., *Self assembling properties of aminated poly(glycerol methacrylate)s.* Journal of Controlled Release, 2011. **152, Supplement 1**(0): p. e142-e143.

339. Li, L., et al., *Flow Improvement of Waxy Oils by Modulating Long-Chain Paraffin Crystallization with Comb Polymers: An Observation by X-ray Diffraction.* Industrial & Engineering Chemistry Research, 2011. **50**(1): p. 316-321.

340. Zhang, S.Y., et al., *Photocrosslinking the Polystyrene Core of Block-Copolymer Nanoparticles.* Polymer Chemistry, 2011. **2**(3): p. 665-671.

341. Zhang, S.Y., R.K. Prud'homme, and A.J. Link, *Block Copolymer Nanoparticles as Nanobeads for the Polymerase Chain Reaction.* Nano Letters, 2011. **11**(4): p. 1723-1726.

342. D'Addio, S.M., et al., *Effects of Block Copolymer Properties on Nanocarrier Protection from in vivo Clearance.* Journal of Controlled Release, 2012. **162**(1): p. 208-217.

343. Chen, P., et al., *Optimal structural design of mannosylated nanocarriers for macrophage targeting.* Journal of Controlled Release, 2014. **194**: p. 341-349.