# ROBERT SAMUEL LANGER
Curriculum Vitae

**DATE & PLACE OF BIRTH** August 29, 1948, Albany, New York

## EDUCATION
1974 Sc.D., Chemical Engineering, MIT
1970 B.S. (with distinction) Chemical Engineering, Cornell University

## AWARDS
| | |
|---|---|
| 2015 | Queen Elizabeth Prize for Engineering |
| 2015 | Scheele Award (Swedish Pharmaceutical Society) |
| 2015 | Honorary Degree, Hanyang University (South Korea) |
| 2015 | Honorary Degree, University of New South Wales (Australia) |
| 2014 | Kyoto Prize in Advanced Technology |
| 2014 | Breakthrough Prize in Life Sciences |
| 2014 | Biotechnology Heritage Award (Chemical Heritage Foundation) |
| 2014 | Chemical Pioneer Award (American Institute of Chemists) |
| 2014 | Honorary Degree, Drexel University |
| 2014 | Honorary Degree, University of Western Ontario (Canada) |
| 2014 | ETH Zurich Chemical Engineering Medal |
| 2014 | Elected a Foreign Corresponding Member of the Austrian Academy of Sciences |
| 2014 | Mack Memorial Award (Ohio State University) |
| 2013 | Wolf Prize in Chemistry |
| 2013 | United States National Medal of Technology and Innovation (for 2011) |
| 2013 | RUSNANOPRIZE International Prize in Nanotechnology |
| 2013 | Fellow, American Association for the Advancement of Science |
| 2013 | Distinguished Investigator Award (American College of Clinical Pharmacology) |
| 2013 | Honorary Fellow Award (American College of Clinical Pharmacology) |
| 2013 | Honorary Degree (Boston University) |
| 2013 | Honorary Degree (Tel Aviv University) |
| 2013 | Honorary Degree (Ben Gurion University) |
| 2013 | Julio Palmaz Award for Innovation in Healthcare and the Biosciences (BioMed SA) |
| 2013 | Industrial Research Institute Medal |
| 2013 | IEEE Medal for Innovations in Healthcare Technology |
| 2013 | Founders Award (Society of Biomaterials) |
| 2013 | MDEA Lifetime Achievement Award |
| 2012 | Scientist of the Year (R&D Magazine) |
| 2012 | Elected to National Academy of Inventors (Charter Fellow) |
| 2012 | Priestley Medal (American Chemical Society) |
| 2012 | Perkin Medal (Chemical Heritage Foundation) |
| 2012 | Terumo International Prize (Japan) |
| 2012 | Wilhelm Exner Medal (Austria) |
| 2012 | Fellow, American Institute of Chemical Engineers |
| 2012 | Feodor Lynen Award (Nature Biotechnology) |
| 2011 | Economist Innovation Award for Bioscience |
| 2011 | Warren Alpert Foundation Prize (Warren Alpert Foundation/Harvard Medical School) |
| 2011 | Walker Prize (Boston Museum of Science) |
| 2011 | Apple Award (American Spinal Injury Association/Shepherd Center/Thomas Land Publishers Inc.) |
| 2011 | Honorary Degree (Bates College) |
| 2011 | Frontier of Science Award (Society of Cosmetic Chemists) |
| 2011 | Fellow (American Chemical Society) |
| 2010 | Elected International Fellow (Royal Academy of Engineering) |
| 2010 | Founders Award (National Academy of Engineering) |

| | |
|---|---|
| 2010 | Honorary Degree (Rensselaer Polytechnic Institute) |
| 2010 | Honorary Degree (Willamette University) |
| 2010 | Robert Flectcher Award (Thayer School of Engineering, Dartmouth College) |
| 2010 | EMBS Academic Career Achievement Award (IEEE Engineering in Medicine and Biology Society) |
| 2010 | Elected to the Controlled Release Society College of Fellows |
| 2010 | Founding POLY Fellow (Division of Polymer Chemistry, American Chemical Society) |
| 2009 | Honorary Degree (Harvard University) |
| 2009 | University of California at San Francisco (UCSF) Medal |
| 2009 | Honorary Degree (Mount Sinai School of Medicine) |
| 2009 | Distinguished Chemist Award (New England Institute of Chemists) |
| 2009 | Biomedical Research Leaders Award (Massachusetts Society for Medical Research) |
| 2008 | Millennium Technology Prize |
| 2008 | Max Planck Research Award |
| 2008 | Prince of Asturias Award for Technical and Scientific Research |
| 2008 | Elected Foreign Academic Member (Royal Academy of Pharmacy of Spain) |
| 2008 | Founders Award (American Institute for Chemical Engineers) |
| 2008 | Innovation in Health and Technology Award (Boston History and Innovation Collaborative) |
| 2008 | Acta Biomaterialia Gold Medal (Acta Materialia) |
| 2008 | Named one of the 100 Top Chemical Engineers of the 20th Century (AIChE) |
| 2007 | United States National Medal of Science (for 2006) |
| 2007 | Chemistry of Materials Award (American Chemical Society) |
| 2007 | Herman F. Mark Award (American Chemical Society, Polymer Chemistry Division) |
| 2007 | Honorary Doctorate (Yale University) |
| 2007 | Wenig Memorial Award for Outstanding Achievement in Drug Delivery |
| 2007 | First Prize of Scientific Award (BMW Group) |
| 2007 | Elected to the Biotechnology Hall of Fame |
| 2006 | Elected to the National Inventors Hall of Fame |
| 2006 | Honorary Doctorate (Northwestern University) |
| 2006 | Honorary Doctorate/Commencement Address (Albany Medical College) |
| 2006 | Bailey Award (American Institute of Chemical Engineers) |
| 2005 | Von Hippel Award (Materials Research Society) |
| 2005 | Albany Medical Center Prize in Medicine and Biomedical Research |
| 2005 | Dan David Prize (Materials Science) |
| 2005 | Honorary Doctorate (Uppsala University) |
| 2005 | Honorary Doctorate/Commencement Address (Pennsylvania State University) |
| 2005 | Honorary Doctorate (University of Nottingham) |
| 2005 | Lifetime Achievement Award (Society for *In Vitro* Biology) |
| 2005 | Rainer Hoffmann Product through Science Award (Controlled Release Society) |
| 2005 | Technology Innovation and Development Award (Society of Biomaterials) |
| 2005 | Washington Award (Western Society of Engineers) |
| 2004 | Charles F. Kettering Prize (General Motors Cancer Research Foundation) |
| 2004 | Nelson Taylor Award (Pennsylvania State University) |
| 2003 | Heinz Award for Technology, Economy and Employment |
| 2003 | Harvey Prize in Science and Technology and Human Health |
| 2003 | John Fritz Medal (American Association of Engineering Societies) |
| 2003 | Elected to the Academy of Achievement (Golden Plate Award) |
| 2003 | Honorary Doctorate (University of Liverpool, England) |
| 2002 | Dickson Prize for Science (Carnegie Mellon University) |
| 2002 | Charles Stark Draper Award (National Academy of Engineering) |
| 2002 | Othmer Gold Medal (Chemical Heritage Foundation) |
| 2002 | Nagai Innovation Award (Controlled Release Society) |
| 2002 | Honorary Doctorate (Hebrew University of Jerusalem) |
| 2002 | Herman Schwan Award (University of Pennsylvania) |
| 2001 | Harrison Howe Award (American Chemical Society) |

2000        Honorary Doctorate (The Catholic University of Louvain, Belgium)
2000        Glaxo Wellcome International Achievement Award (Royal Pharmaceutical Society of Great Britain)
2000        Millennial Pharmaceutical Scientist Award (Millennial World Congress of Pharmaceutical Sciences)
2000        First Pierre Galletti Award (American Institute of Medicine & Biological Engineering)
2000        Wallace Carothers Award (American Chemical Society, Delaware Section)
1999        American Chemical Society Award in Polymer Chemistry
1999        Esselen Award (American Chemical Society, Northeast Section)
1999        Ebert Prize (American Pharmaceutical Association)
1999        G.N. Lewis Medal (University of California at Berkeley)
1998        Outstanding Pharmaceutical Paper Award (Controlled Release Society)
1998        Lemelson-MIT Prize for Invention and Innovation
1998        The Nagai Foundation Tokyo International Prize
1997        Killian Faculty Achievement Award (MIT)
1997        Wiley Medal (U.S. Food and Drug Administration)
1997        Honorary Doctorate (The Technion - Israel)
1996        Gairdner Foundation International Award
1996        Honorary Doctorate (Eidgenossische Technische Hochschule-ETH, Switzerland)
1996        William Walker Award (American Institute of Chemical Engineers)
1996        Society of Plastics Engineers International Award
1996        Ebert Prize (American Pharmaceutical Association)
1996        Elected a Fellow of Biomaterials Science and Engineering
1996        Avis Distinguished Visiting Professor (University of Tennessee)
1995        International John W. Hyatt Service to Mankind Award (Society of Plastics Engineers)
1995        Ebert Prize (American Pharmaceutical Association)
1995        Elected a Fellow (American Association of Pharmaceutical Scientists)
1995        PEL Associates Award (PEL Associates, Groton, Connecticut)
1994        Elected to the American Academy of Arts and Sciences
1994        Elected a Fellow, Society of Biomaterials
1993        Distinguished Pharmac. Scientist Award (Highest Honor of the Amer. Assoc. of Pharm. Scient.)
1992        Elected to the National Academy of Sciences
1992        Elected to the National Academy of Engineering
1992        American Chemical Society Award for Applied Polymer Science (Phillips Award)
1992        Elected a Founding Fellow, American Institute of Medical and Biological Engineering
1992        Outstanding Pharmaceutical Paper Award (Controlled Release Society)
1992        Perlman Memorial Award (American Chemical Society, Biochemical Technology Division)
1991        Organon Teknika Award (European Society for Artificial Organs)
1991        Charles M.A. Stine Award in Materials Science and Eng. (American Institute of Chemical Engineers)
1990        Professional Progress Award (American Institute of Chemical Engineers)
1990        Clemson Award for Basic Research (Society for Biomaterials)
1990        Outstanding Pharmaceutical Paper Award (Controlled Release Society)
1989        Elected to the Institute of Medicine of the National Academy of Sciences
1989        Creative Polymer Chemistry Award (American Chemical Society, Polymer Division)
1989        Outstanding patent in Massachusetts and one of the twenty outstanding patents in the U.S. (Intellectual Property
            Owners, Inc.)
1989        Founders Award for Outstanding Research (Controlled Release Society)
1988        Elected to the Gordon Conference Research Council
1988        Elected Chairman, Gordon Conference on Drug Carriers in Biology and Medicine
1986        Food, Pharmaceutical and Bioengineering Award (American Institute of Chemical Engineers)
1983        Outstanding Paper, Institute of Electrical and Electronic Engineering
1982        Paper Listed as One of the Outstanding Papers of the Year, CHEMTECH
1982        Recipient of the first Dorothy W. Poitras Chair, MIT
1982        Outstanding Teacher Award, MIT Graduate Student Council

**NAMED LECTURES**

| Year | Lecture |
|---|---|
| 2015 | Ørsted Lecturer (University of Copenhagen) |
| 2015 | Eli Ruckenstein Lecturer (University at Buffalo, State University of New York) |
| 2015 | Lerner Lecturer (Cleveland Clinic) |
| 2015 | Barre Lecturer (University of Montreal) |
| 2015 | Amundson Lecturer (University of Houston) |
| 2015 | Irving Shain Lecturer (University of Wisconsin – Madison) |
| 2014 | Lindahl Lecturer (Napa Pain Institute) |
| 2014 | Pittcon Lecturer/Analytical Seminar Series (University of Pittsburgh) |
| 2014 | Novartis/Drug Discovery Institute Lecturer (University of California – San Diego) |
| 2014 | Commencement Address (University of Western Ontario) |
| 2014 | Commencement Address (Drexel University) |
| 2014 | Darsh Wasan Lecturer (Illinois Institute of Technology) |
| 2014 | 52nd Robbins Lecture Series Lecturer (Pomona College) |
| 2014 | George S. Hammond Lecturer (Bates College) |
| 2014 | Edward Mack, J. Memorial Award Lecturer (Ohio State University) |
| 2013 | Axalta Lecturer (University of Pennsylvania) |
| 2013 | Inaugural Thomas H. Chilton Lecturer (DuPont Central Research and Development) |
| 2013 | BC^2 Annual Lecturer (Wellesley College) |
| 2013 | Warren L. McCabe Lecturer (North Carolina State University) |
| 2013 | Commencement Address (Boston University School of Engineering) |
| 2013 | Lucas Lecturer (Colorado School of Mines) |
| 2013 | Reed Izatt and James Christensen Lecturer (Brigham Young University) |
| 2013 | Prof. Dame Julia Polak Inaugural Lecturer (Imperial College) |
| 2012 | Gladstone Distinguished Lecturer (Gladstone Institutes/University of California-San Francisco) |
| 2012 | Eliahu Caspi Memorial Lecturer (University of Massachusetts Medical School) |
| 2012 | Kavli Foundation Innovation in Chemistry Lecturer (American Chemical Society) |
| 2011 | Commencement Address (Johns Hopkins Business School) |
| 2011 | Commencement Address (University of California Berkeley School of Chemistry) |
| 2011 | Commencement Address (Bates College) |
| 2011 | Class Day Speech (EPFL, Switzerland) |
| 2011 | Kroc Lectureship (Joslin Diabetes Center) |
| 2011 | Knight Lectureships (University of Akron) |
| 2011 | Bullard Lectureship (Uniformed Services University) |
| 2011 | Dean's Lecturer (University of Maryland) |
| 2010 | Herman S. Bloch Memorial Lecture (University of Chicago) |
| 2010 | Investiture Lecturer (Thayer School of Engineering, Dartmouth College) |
| 2010 | Judah M. Folkman Lecturer (Children's Hospital, Boston) |
| 2010 | Allan S. Hoffman Lecturer (University of Washington) |
| 2010 | Storer Life Sciences Lecturer (University of California, Davis) |
| 2010 | Dohlman Visiting Professorship Lecturer (Massachusetts Eye and Ear Institute) |
| 2009 | Cecil Brown Lecturer (American Chemical Society) |
| 2009 | Melvin L. Samuels Lecturer (University of Texas MD Anderson Cancer Center) |
| 2008 | Isadore Rosenberg Lecturer (Metrowest Medical Center) |
| 2008 | Invitrogen Lecturer (University of California, San Diego) |
| 2008 | Rohm and Hass Lecturer (University of California Berkeley) |
| 2007 | Findling Lecturer (Mayo Clinic) |
| 2007 | W.M. Keck Distinguished Lecturer (Lehigh University) |
| 2007 | Alexander Rich Lecturer (Massachusetts Institute of Technology) |
| 2007 | William Shucart Lecturer (Tufts University) |
| 2007 | Ford Lecturer (Case Western University) |
| 2006 | Commencement Address (Albany Medical College) |
| 2006 | Distinguished Lecturer (University of Pennsylvania School of Medicine) |
| 2006 | Weiss Lecturer (Northeastern University) |

| | |
|---|---|
| 2006 | Commencement Address (Northwestern University) |
| 2005 | Hodgins Lectureship (McMaster University) |
| 2005 | John and Donna Hall Lectureship (Vanderbilt University) |
| 2005 | Keewaunee Lecturer (Duke University) |
| 2005 | Gavel Clinical Research Lecturer (The Forsyth Institute) |
| 2005 | Talamo Lecturer (Harvard Medical School) |
| 2005 | Commencement Address (Uppsala University) |
| 2005 | Commencement Address (Pennsylvania State University) |
| 2005 | Commencement Address (University of Nottingham) |
| 2004 | Presidential Lecturer (University of Texas Health Science Center, San Antonio) |
| 2004 | Pirkey Lectureship in Chemical Engineering (University of Texas, Austin) |
| 2004 | Evans Memorial Award Lectureship (Ohio State University) |
| 2004 | Benjamin Zweifach Distinguished Lecturer (City College of New York) |
| 2004 | Nelson Leonard Lecturer (University of Illinois) |
| 2004 | Donald Katz Lecturer (University of Michigan) |
| 2003 | Founders Lecturer (University of Wisconsin) |
| 2003 | Rohm and Hass Lecturer (Stanford University) |
| 2003 | Tripathy Endowed Memorial Lecture (University of Massachusetts, Lowell) |
| 2003 | Skinner Memorial Lecture (Northwestern University) |
| 2003 | Maurice and Yetta Glicksman Lecturer (Brown University) |
| 2003 | FMC Lecturer (Princeton University) |
| 2003 | Seymour J. Kreshover Lecturer (National Institutes of Health) |
| 2003 | Whitaker Lecturer (American Society of Artificial Organs) |
| 2002 | Feigenbaum - Levine Lecturer (Beth Israel Hospital at Harvard Medical School) |
| 2002 | Distinguished Lecturer (University of Louisville) |
| 2002 | Institute Lecturer (American Institute of Chemical Engineers) |
| 2001 | Ullyot Lecturer (Chemical Heritage Foundation) |
| 2001 | Clapp Lecturer (Brown University) |
| 2001 | Julian Smith Lecturer (Cornell University) |
| 2001 | Mason Lecturer (Stanford University) |
| 2001 | Distinguished Lecturer (Carnegie Mellon) |
| 2000 | Herman Beerman Lecturer (Society for Investigative Dermatology) |
| 2000 | Millennial Lecturer (University of Liverpool) |
| 2000 | Bayer Lecturer (University of Pittsburgh) |
| 2000 | Bayer Stein Honorary Lecture (University of Massachusetts at Amherst) |
| 2000 | William G. Lowrie Lectureship (The Ohio State University) |
| 2000 | Frank T. Gucker Lecturer (Indiana University) |
| 2000 | First Patten Distinguished Lectureship (University of Colorado at Boulder) |
| 1999 | Beckman Lecturer (University of Illinois at Urbana) |
| 1999 | Reilly Lecturership (Notre Dame University) |
| 1998 | Wagner Lectureship (University of Michigan) |
| 1998 | Ewing Halsell Foundation Lectureship (University of Texas Health Center, San Antonio) |
| 1998 | Robert R. Linton Distinguished Lecture; New England Society for Vascular Surgery |
| 1998 | Marcus Memorial Lecturer (Washington University, St. Louis) |
| 1998 | Joseph Stokes, Jr. Lectureship (University of Pennsylvania) |
| 1997 | William J. Rashkind Memorial Lecture (American Heart Association) |
| 1997 | Rohm and Haas Lecturer in Materials Chemistry (University of North Carolina) |
| 1996 | The Berkeley Lecturer (University of California, Berkeley) |
| 1995 | Distinguished Medical Scientist Lecturer (Ohio State University) |
| 1995 | Lacy Lecturer (California Institute of Technology |
| 1995 | Ralph Peck Memorial Lecturer (Illinois Institute of Technology) |
| 1994 | Whitaker Distinguished Lecturer (Biomedical Engineering Society) |
| 1994 | Miles Lecturer (Cornell University) |
| 1994 | Feigenbaum Memorial Lecturer (Beth Israel Hospital, Harvard Medical School) |

1993      Kurt Wohl Memorial Lecturer (University of Delaware)
1993      Priestley Lecturer (Penn State University)
1992      Kelly Distinguished Lecturer (Purdue University)
1992      Miles Distinguished Lecturer (University of Pittsburgh)
1991      Louis W. Busse Lecturer (University of Wisconsin)
1991      Sidney Riegelman Lecturer (University of California, San Francisco)
1991      Ashton-Cary Lecturer (Georgia Institute of Technology)
1991      Sandoz-Dorsey Lecturer (Ohio State University)
1989      Walter F. Enz Lecturer (University of Kansas)
1988      Robert Rushmer Lecturer (University of Washington, Seattle)
1988      1st Presidential Lecturer, Controlled Release Society (Basel, Switzerland)
1987      Biomedical Research Council Lecturer (University of Michigan)
1986      Elmer L. Linseth Lecturer (Case Western Reserve University)
1983      Merck, Sharpe and Dohme Lecturer (University of Puerto Rico)

**EMPLOYMENT**

7/09-present   David H. Koch Institute Professor, Massachusetts Institute of Technology
2/05-6/09      Institute Professor, Massachusetts Institute of Technology
7/88-1/05      Kenneth J. Germeshausen Professor of Chemical and Biomedical Engineering, MIT Department of
               Chemical Engineering; Whitaker College of Health Sciences, Technology, and Management;
               and the Harvard-MIT Division of Health Sciences and Technology
7/99-present   Senior Lecturer on Surgery, Harvard University, Harvard Medical School
7/85-6/88      Professor of Biochemical Engineering, MIT, Department of Applied Biological Sciences, Whitaker
               College of Health Sciences, Technology, and Management, and the Harvard-MIT Division of Health
               Sciences and Technology
7/81-6/85      Associate Professor of Biochemical Engineering, MIT, Department of Nutrition and Food Sciences and the
               Whitaker College of Health Sciences Technology, and Management, and the Harvard-MIT Division of
               Health Sciences and Technology
7/78-6/81      Assistant Professor of Nutritional Biochemistry, MIT, Department of Nutrition and Food Sciences
7/77-6/78      Assistant Professor of Nutritional Biochemistry, MIT (Visiting), Department of Nutrition & Food Sciences
7/74-present   Research Associate, Children's Hospital Medical Center, Harvard Med. School, Boston, MA
9/72-6/74      Research Assistant, MIT
9/72-8/73      Chairman, Math and Science Departments, The Group School, Cambridge, MA

**PROFESSIONAL AND ACADEMIC ORGANIZATIONS**

Controlled Release Society (Elected President, 1991-1992) (Elected to Board of Governors, 1981-1985; Chairman,
Regulatory Affairs Committee, 1985-1989).
Biomedical Engineering Society (Elected to the Board of Directors, 1991-1994)
American Institute of Chemical Engineers (Food, Pharmaceutical and Bioengineering Division)
American Chemical Society (Polymer Division)
American Society of Artificial Internal Organs (Program Committee 1984-1987; Membership Committee (1991-93)
International Society of Artificial Internal Organs
Scientific Advisory Board, Department of Chemical Engineering, Georgia Institute of Technology (1992-2000)
Society for Biomaterials (Elected a Fellow, 1994)
American Association of Pharmaceutical Scientists (Elected a Fellow, 1995)
American Institute of Medical and Biological Engineers (Elected Founding Fellow, 1992; Elected Chair, College of Fellows,
1995)
The Science Board, the United States Food and Drug Administration (FDA) (highest Advisory Board of the FDA), 1995--
2002 (Chair from 1999 -- 2002)
Scientific Advisory Board, Schepens Eye Institute, Harvard Medical School (1995-1998)
Board of Scientific Counselors, National Institutes of Health Center for Research Resources (1996-2001)
Scientific Advisory Board, Division of Chemistry and Chemical Engineering, California Institute of Technology (1999-)
Scientific Advisory Board, Department of Chemical Engineering, Princeton University (1999-)
Board of Overseers, Othmer Research Institute, Brooklyn Polytechnic Institute (2001-)

Board of Directors, McGovern Institute, Massachusetts Institute of Technology (2001-)
Board of Directors, Whitehead Institute (2003-)
Chair, Killian Award Committee (2004)
World Economic Forum, Technology Pioneers Selection Committee (2010-)

## COURSES TAUGHT

| | | |
|---|---|---|
| 20.002U | (1977 - 1988) | Laboratory in Applied Biology |
| 20.S35 | (1979 - 1988) | Pharmacological Engineering |
| 20.11G | (1979 - 1988) | Analytical Practices in Biochemistry |
| HST 110 | (1979 - 1981) | Renal Pathophysiology |
| 20.113 | (1987 - 1988) | Problems in Biotechnology |
| 10.02J | (1989 - ) | Biotechnology and Engineering |
| 10.361 | (1989 - ) | Integrated Chemical Engineering |
| 10.13 | (1989 -1991) | Thermodynamics |
| 10.984 | (1990 - ) | Biomedical Applications of Chemical Engineering |
| 10.26 | (1992 - ) | Senior Chemical Engineering Project Laboratory |

## MIT ACTIVITIES

| | |
|---|---|
| 1972-73, 80- | Board of Trustees, MIT Community Service Fund |
| 1972-74 | Committee on Preprofessional Advising and Education, MIT |
| 1972-74 | Steering Committee, Urban Action, MIT |
| 1977-85 | Freshman Advisor |
| 1978- | Undergraduate Advisor |
| 1980- | Premedical Advisory Council, MIT |
| 1977-80 | Seminar Committee, Department of Applied Biological Sciences, MIT |
| 1978-80 | Asinari Committee, MIT |
| 1979-88 | Undergraduate Affairs Committee, Department of Applied Biological Sciences, MIT (Chairman, 1981-1985) |
| 1980-84 | MIT-Wellesley Upward Bound Joint Steering Committee |
| 1981-82, 84-85 | Financial Aid Committee, Department of Applied Biological Sciences, MIT |
| 1981-86 | Admissions Committee, Harvard-MIT Division of Health Sciences and Technology |
| 1983-87 | Curriculum Committee, Dept. of Applied Biological Sciences (Chairman, 1985-1987) |
| 1983-87 | Radiation Committee, MIT |
| 1983-97 | Sea Grant Committee, MIT (Chairman, 1993-1997) |
| 1985-87 | Admissions Committee, Harvard MD-POD Program |
| 1986-92 | Admissions Committee, MIT Medical Engineering-Medical Physics Program |
| 1986- | Harvard-MIT Joint Committee on Health Sciences and Technology |
| 1988 | Search Committee for Department Head, Department of Chemical Engineering |
| 1988-1992 | Admissions Committee, Department of Chemical Engineering |
| 1989-1991 | Undergraduate Committee, Department of Chemical Engineering |
| 1991-1993 | Seminar Chairman, Department of Chemical Engineering |
| 1993- | Board of Advisors, MIT Industrial Summer Session Program |
| 1994-1995 | Selection Committee for Co-Director of Harvard-MIT HST Program |
| 2000- | Harvard MIT Division of Health Sciences and Technology Advisory Council |
| 2013 | Karl Taylor Compton Lecture Series Committee |

## EDITORIAL BOARDS

| | |
|---|---|
| 1983-2002 | Biomaterials- Editor |
| 1987- | Biomaterials, Artificial Cells, and Immobilization Technology  (Associate Editor, 1991-) |
| 1983-92 | Selective Cancer Therapeutics (Cancer Drug Delivery) |
| 1983 | Methods of Enzymology-Drug Delivery Systems |
| 1984-98 | Journal of Controlled Release |
| 1985- | Biomedical Polymers |
| 1986- | Advanced Drug Delivery Systems |

| | |
|---|---|
| 1987- | Drug Design and Delivery |
| 1990- | Marine Biotechnology |
| 1991-94 | Chemistry of Materials |
| 1991 - | Cell Transplantation |
| 1991 - | Polymers for Advanced Technologies |
| 1991 - | Drug Targeting and Delivery |
| 1992- | International Journal of Drug Targeting |
| 1992- | Journal of Bioactive and Compatible Polymers |
| 1994-98 | Cancer Biotherapy and Radiopharmaceuticals |
| 1994- | Journal of Pharmaceutical Science |
| 1995- | Tissue Engineering |
| 1995- | Encyclopedia of Controlled Drug Delivery |
| 1996- | Birkhauser: Synthetic Biodegradable Polymer Scaffolds |
| 1996-98 | Chemical and Engineering News |
| 1997-99/2008 | Proceedings of the National Academy of Sciences |
| 1997- | Annual Reviews of Biomedical Engineering |
| 1997- | Biomedical Microdevices |
| 1998- | Diabetes Technology and Therapeutics |
| 1999- | Journal of Polymer Science, Polymer Chemistry |
| 1999- | Pharmaceutical Science |
| 1999- | Regenerative Medicine |
| 1999- | Methods of Tissue Engineering |
| 1999- | Angewandte Chemie |
| 2000- | European Journal of Pharmaceutical Sciences |
| 2002- | Journal of Investigative Dermatology-Associate Editor |
| 2004- | Mechanics and Chemistry of Biosystems |
| 2006- | Journal of Biopharmaceutics and Biotechnology |
| 2006- | Bioconjugate Chemistry |
| 2006- | Biomacromolecules |
| 2007- | Nano Letters |
| 2008- | Molecular Therapy |
| 2009- | Science Translational Medicine (Scientific Advisory Board) |
| 2015 | Regenerative Therapy |

**PUBLICATIONS**

1.  Gardner, C., Colton, C., Langer, R., Hamilton, B., Archer, M. and Whitesides, G., Enzymatic regeneration of ATP from AMP and ADP I. thermodynamics, kinetics, and process development, in Enzyme Engineering, 1974, 2: 209-216, Pye, E. and Wingard, L. eds., Plenum Press, New York.

2.  Gardner, C., Langer, R. and Colton, C., Dependence of pH of the hydroxylamine assay for acyl phosphates. Analytical Biochemistry, 76: 654-656, 1976.

3.  Kessler, D., Langer, R., Pless, N. and Folkman, J., Mast cells and tumor angiogenesis. International Journal of Cancer, 18: 703-709, 1976.

4.  Langer, R., Hamilton, B., Gardner, C. Archer, M. and Colton, C., Enzymatic regeneration of ATP I alternative routes. AIChE Journal, 22: 1079-1090, 1976.

5.  Langer, R., Brem, H., Falterman, K., Klein, M. and Folkman, J., Isolation of a cartilage factor that inhibits tumor neovascularization. Science, 193: 70-72, 1976.

6.  Langer, R. and Folkman, J., Polymers for the sustained release of proteins and other macromolecules. Nature, 263: 797-800, 1976.

7.  Brem, S., Preis, I., Langer, R., Brem, H., Folkman, J. and Patz, A., Inhibition of neovascularization by an extract derived from vitreous. Am. J. Ophthal., 84: 323-328, 1977.

8.  Klagsbrun, M., Langer, R., Levenson, R., Smith, S. and Lillehei, C., The stimulationof DNA synthesis and cell division in chondrocytes and 3T3 cells by a growth factor isolated from cartilage. Experimental Cell Research, 105: 99-108, 1977.

9.  Langer, R., Gardner, C. and Colton, C., Enzymatic regeneration of ATP II:  Equilibrium studies with acetate kinase and adenylate kinase. AIChE Journal, 23: 1-10, 1977.

10. Nemet, M., Solomon, B., Langer, R. and Colton, C., Enzymatic regeneration of ATP from AMP and ADP: III kinetic studies with the coupled enzyme system, in Enzyme Engineering, 1977, 3: 85-91, E. Pye, ed., Plenum Press, New York.

11. Conn, H. and Langer, R., Continuous long-term intra-arterial infusion in the unrestrained rabbit. Laboratory Animal Science, 28: 598-602, 1978.

12. Langer, R. and Folkman, J., Sustained release of macromolecules from polymers, in Poly. Del. Systems, Midland Macro. Monograph, 1978, 5: 175-196, R. Kostelnik, ed., Gordon and Breach, New York.

13. Augustin, A. and Langer, R., Inhibitors to tumor vascularization and their delivery systems: possible extension to diabetes research, in Ocular and Systemic Disorders, 1979, 33-36, R. Fair, ed., American Optometric Association, St. Louis.

14. Tapper, D., Langer, R., Conn, H. and Folkman, J., Oxygen content determined by acrylamide polymerization: screening of anticancer agents, generation of oxyhemoglobin dissociation curves and potential applications. Ann. Surg., 189: 275-283, 1979.

15. Preis, I. and Langer, R., A single-step immunization by sustained antigen release. J. of Immuno. Meth., 28:  193-197, 1979.

16. Tapper, D., Langer, R., Bellows, A. and Folkman, J., Angiogenesis capacity as a diagnostic marker for human eye tumors. Surgery, 86:  36-40, 1979.

17. Rhine, W., Hsieh, D. and Langer, R., Polymers for sustained macromolecule release:  Procedures to fabricate reproducible delivery systems and control release kinetics. J. Pharma. Sci., 69:  265-270, 1980.

18. Conn, H., Berman, M., Kenyon, K., Langer, R. and Gage, J., Stromal vascularization prevents corneal ulceration. Invest. Ophthal., 19:  362-370, 1980.

19. Creque, H., Langer, R. and Folkman, J., One month sustained release of insulin from a polymer implant. Diabetes 29:  37-41, 1980.

20. Augustin, A. and Langer, R., Studies of inhibitors to tumor neovascularization and their delivery systems, Diabetes, 29:  33-35, 1980.

21. Langer, R., Fefferman, M., Gryska, P. and Berman, K., A simple method for studying chemotaxis using sustained release of attractants from inert polymers. Can. J. Microbiol., 26:  274-278, 1980.

22. Langer, R., Conn, H., Vacanti, J., Haudenschild, C. and Folkman, J., Control of tumor growth in animals by infusion of an angiogenesis inhibitor. Proceedings of the National Academy of Sciences 77:  4331-4335, 1980.

23. Langer, R., Polymeric delivery systems for controlled drug release. Chem. Eng. Commun., 6:  1-48, 1980.

24.  Langer, R. and Folkman, J., Controlled release of macromolecules from polymers, in Biomedical Poly., 1980, 113-139, E. Goldberg, A. Nakajima eds., Academic Press, New York.

25.  Langer, R., Rhine, W., Hsieh, D. and Bawa, R., Polymers for the sustained release of macromolecules: Applications and control of release kinetics, in Contr. Rel. of Bioactive Mat., 1980, 83-98, R. Baker, ed., Academic Press, New York.

26.  Langer, R., Rhine, W., Hsieh, D. and Folkman, J., Control of release kinetics of macromolecules from polymers., J. Memb. Sci., 7: 333-350, 1980.

27.  Rhine, W. Sukhatme, V., Hsieh, D. and, Langer, R., A new approach to achieve zero-order release kinetics from diffusion-controlled polymer matrix systems, in Cont. Rel. of Bioactive Mat., 1980, 177-188 R. Baker, ed., Academic Press. New York.

28.  Folkman, J., Ausprunk, D. and Langer, R., Connective tissue:  Small blood vessels and capillaries, in Textbook of Rheumatology, 1981, 210-220, W. Kelly, E. Harris, S. Ruddy, C. Sledge, eds., W.B. Saunders Co.

29.  Conn, H. and Langer, R., Iodine disinfection of hydrophilic contact lenses, Ann. Ophthal., 13: 361-364, 1981.

30.  Langer, R. Polymers for sustained release of macromolecules: their use in a single-step method of immunization, in Immunological Techniques, Methods in Enz., 1981, 73: 57-75 H. Vunakis, J. Langone, eds., Academic Press, N.Y.

31.  Hsieh, D., Langer, R. and Folkman, J., Magnetic modulation of release of macromolecules from Polymers. Proceedings of the National Academy of Sciences, 78: 1863-1867, 1981.

32.  Galliher, P., Cooney, C., Langer, R. and Linhardt, R., Heparinase production by flavobacteria, Appl. Env. Microbiology, 41: 360-365, 1981.

33.  Langer, R., Brem, H. and Tapper, D., Biocompatibility of polymeric delivery systems for macromolecules, J. Biomed. Mat. Res., 15: 267-277, 1981.

34.  Langer, R., Controlled Release:  A new approach to drug delivery, Tech. Rev., 83: 26-34, 1981.

35.  Langer, R. and Karel, M. Controlled release technology:  Polymers in medicine, food and agriculture. Poly. News, 7: 250-258, 1981.

36.  Langer, R., Hsieh, D., Brown, L. and Rhine, W., Polymers for the sustained release of macromolecules:  Controlled and magnetically modulated systems, in Better Therapy With Existing Drugs: New Uses and Del. Sys., 1981, 179-216, A. Bearn ed., Merck & Co., Biomedical Information Corporation, New York.

37.  Hsieh, D. and Langer, R., Experimental approaches for achieving both zero-order and modulated controlled release from polymer matrix systems, in Cont. Rel. of Pesticides and Pharm., 1981, 5-16, D. Lewis ed., Plenum Press, NY.

38.  Langer, R. and Folkman, J., Angiogenesis Inhibitors in molecular actions and targets for cancer chemotherapeutic agents, 1981, 511-525, A. Sartorelli, J. Lazo, J. Bertino, eds., Academic Press, New York.

39.  Langer, R., Hsieh, D., Peil, A., Bawa, R., Rhine, W., Polymers for controlled release of macromolecules:  Kinetics, applications, external control, in Cont. and Topical Rel. of Drugs to the Body, 1981, 206: 10-20, S. Chandresekaran, J. Eckenhoff, eds., AIChE Symposium Series.

40.  Mayberg, M., Langer, R., Zervas, N., Moskowitz, M., Perivascular meningeal projections from at trigeminal ganglia: possible pathway for vascular headaches in man. Science, 213: 228-230, 1981.

41.  Moskowitz, M., Mayberg, M., Langer, R., Controlled release of horseradish peroxidase from polymers: A method to improve histochemical localization and sensitivity, Brain Res., 212: 460-465, 1981.

42.  Langer, R., Peppas, N., Present and future applications of biomaterials in controlled drug delivery systems, Biomaterials, 2: 201-214, 1981.

43.  Langer, R., Urquhart, J. Blackshear, P., Implantable drug delivery systems, Trans. Am. Soc. Art. Int. Organs, 27: 648-654, 1981.

44.  Peil, A., Barrett. F., Rha, C., Langer, R,. Retention of micro-nutrients by polymer coatings used to fortify rice, J. Food Science, 47: 260-262, 1981.

45.  Langer, R., Linhardt, R., Klein, M., Flanagan, M., Galliher, P., Cooney, C., A system for heparin removal, in Biomaterials: Interfacial Phenomena and Applications, 1982, 493-509, S. Cooper, A. Hoffman, N. Peppas, B. Rattner, eds., Advances in Chemistry Series, Washington, DC.

46.  Berman, M., Winthrop, S., Ausprunk, D., Rose, J., Langer, R., Gage, J., Plasminogen activator (urokinase) causes vascularization of the cornea. Invest. Ophthal., 22: 191-199, 1982.

47.  Langer, R., Hsieh, D., Brown, L., Polymeric delivery systems for macromolecules:  Approaches for studying *in vivo* release kinetics and designing constant rate dsystems, in Biol. Activities of Polymers, 1982, 186: 95-197. C. Carraher, Gebelein, C. eds., American Chemical Society Symposium Series.

48.   Linhardt, R., Fitzgerald, G., Cooney, C., Langer, R., Mode of action of heparin lyase E.C. 4227 on heparin, Biochem. Biophys. Acta., 702: 197-203, 1982.

49.   Langer, R. Controlled release of macromolecules, Chemtech, 12: 98-105, 1982.

50.   Langer, R., Linhardt, R., Cooney, C., Tapper, D., Klein, M., Immobilized heparinase:  Production, purification and application in extracorporeal therapy, in Enzyme Eng. 1982, 6: 433-441 I. Chibata, S. Fukui, L. Wingard, B., eds., Plenum Press, NY.

51.   Klein, M., Drongowski, R., Linhardt, R., Langer, R., A colorimetric assay for chemical heparin in plasma. Analy. Biochem. 124: 59-64, 1982.

52.   Linhardt, R., Grant, A., Cooney, C., Langer, R., Differential anticoagulation activity of heparin fragments prepared using microbial heparinase, J. Biol. Chem., 257: 7310-7313, 1982.

53.   Langer, R., Linhardt, R., Hoffberg, S., Larsen, A., Cooney, C., Tapper, D., Klein, M., An enzymatic system for removing heparin in extracorporeal therapy. Science, 217: 261-263, 1982.

54.   Cooney, C. Galliher, P., Langer, R., Linhardt, R., Conway, L., Regulation of heparinase synthesis in flavobacteria heparinum, Europ. J. Appl. Microbiol. 15: 252-257, 1982.

55.   Langer, R., Linhardt, R., Larsen, A., Cooney, C., Tapper, D., Klein, M., In vivo activity of microbial heparinase, Trans. Am. Soc. Art. Int. Organs, 28:  387-390, 1982.

56.   Langer, R., Murray, J. Angiogenesis inhibitors and their delivery systems, Appl. Biochem. and Biotech., 8:  9-24, 1983.

57.   Hsieh, D., Rhine, W., Langer, R., Zero-order controlled release polymer matrices for micromolecules and macromolecules, J. Pharm. Sci. 72:  17-22, 1983.

58.   Rosen, H., Chang, J., Wnek, G., Linhardt. R., Langer, R., Bioerodible polyanhydrides for controlled drug delivery. Biomaterials 4: 131-133, 1983.

59.   Langer, R. Edelman, E., Hsieh, D. Magnetically controlled polymeric delivery systems, in Biocompatible Poly., Sci. and Tech., 585-596, 1983.

60.   Langer, R., New drug delivery systems. Drug Therapy, 13:  217-231, 1983.

61.   Hsieh, D., Langer, R., Zero-order drug delivery systems with magnetic control, in Cont. Rel. of Bioactive Mat., 1983,121-131, Z. Mansdorff and T.J. Roseman, eds., Marcel Dekker, NY.

62.   Langer, R., Implantable controlled release systems, Pharm. and Therapeutics, 21:  35-51, 1983.

63.   Langer, R., Peppas, N., Chemical and physical structure of polymers as carriers for controlled release of bioactive agents:  A review, J. Macromol. Sci., 23:  61-126, 1983.

64.   Brown, L., Wei, C., Langer, R., In vitro and in vivo release of macromolecules from polymeric drug delivery systems, J. Pharm. Sci., 72:  1181-1185, 1983.

65.   Lee, A., Langer, R., Shark cartilage contains inhibitors of tumor angiogenesis, Science, 221:  1185-1187, 1983.

66.   Kupchik, H., Langer, R., Haberern, C., El Deriny, S., O'Brien, M., A new method for the three dimensional in vitro growth of human cancer cells, Exper. Cell. Res., 147:  454-459, 1983.

67.   Folkman, J., Langer, R., Linhardt, R., Haudenschild, C., Taylor, S., Angiogenesis inhibition and regression of large tumor masses caused by heparin or a heparin fragment in the presence of cortisone, Science, 221:  719-725, 1983.

68.   Murray, J., Brown, L., Klagsbrun, M., Langer, R., A micro sustained release system for epidermal growth factor, In Vitro, 19:  743-748, 1983.

69.   Klein, M., Drongowski, R., Linhardt, R., Cooney, C., Langer, R., Heparinase:  In vivo activity and immunogenicity in rabbits, J. Lab. and Clin. Med., 102:  828-837, 1983.

70.   Siegel, R. Langer, R., Controlled release of polypeptides and other macromolecules, Pharm. Research, 1:  2-10, 1984.

71.   Grant, A., Linhardt, R., Fitzgerald, G., Park J., Langer, R., Metachromatic activity of heparin and heparin fragments, Analy Biochem., 137:  25-28, 1984.

72.   Lee, A., Langer, R., Shark cartilage contains an inhibitor of tumor neovascularization, in Biotech. and Genetic Engin. in the Marine Sci., 1984, 215-220, A. Sinskey, E. Pariser, R. Colwell, eds., John Wiley and Sons, Inc., NY.

73.   Larsen, A., Linhardt, R., Klein, M., Tapper, D., Langer, R., Effect of extracorporeal enzymatic deheparinization and its effect on formed blood components, Art. Organs, 8:  198-203, 1984.

74.   Langer, R., Polymers and drug delivery systems, in Long-Acting Contraceptive Del. Sys., 1984, 23-32, G. Zatuchni, J. Goldsmith, J. Shelton, eds. Harper and Row, Philadelphia.

75.   Murray, J., Brown, L., Langer, R,. Controlled release of or microquantities of macromolecules, Cancer Drug Del., 1:  119-123, 1984.

76. Lee, A., Von Beuzekom, M., Glowacki, J., Langer, R., Inhibitors enzymes and growth factors from shark cartilage, Comp. Physiol & Biochem., 78B: 609-616, 1984.

77. Linhardt, R., Cooney, C., Zannetos, C., Larsen, A., Tapper, D., Langer, R., An immobilized microbial heparinase for blood deheparinization, Appl. Biochem. and Biotech., 9: 41-55, 1984.

78. Kost, J., Langer, R., Controlled release of bioactive agents, Trends in Biotech., 2: 47-51, 1984.

79. Siegel, R., Cohen, J., Brown, L., Langer, R., Sintered polymers for sustained macromolecular drug release, in Recent Adv. in Drug Del. Sys., 1984, 315-320, J. Anderson, S. Kim, eds. Plenum Press, NY.

80. Langer, R., Brown, L., Edelman, E., Controlled release and magnetically modulated systems for macromolecules: Recent advances, in Rec. Adv. in Drug Del. Sys., 1984, 249-258, J. Anderson, S. Kim, eds. Plenum Press, NY.

81. Cohen, J., Siegel, R., Langer, R., Sintering technique for preparation of polymer matrices for the sustained release of macromolecules, J. Pharm. Sci., 73: 1034-1037, 1984.

82. Langer, R., Macromolecular delivery systems for therapeutic applications of controlled drug release, in Contemp. Biomat., 1984, 560-572, J. Boretos, M. Eden, eds., Noyes Publications.

83. Larsen, A., Hetelekidis, S., Langer, R., Disposition and anticoagulant activity of biologically active heparin fragments in the rat. J. Pharm. & Exper. Ther., 231: 373-378, 1984.

84. Edelman, E., Brown, L., Kost, J., Taylor, J., Langer, R., Modulated release from polymeric drug delivery systems using oscillating magnetic fields: *In vitro* and *in vivo* characteristics. Trans. Amer. Soc. Art. Int. Organs 30: 445-447, 1984.

85. Larsen, A., Hetelekidis, S., Langer, R., Enzymatic extracorporeal deheparinization:  Effects of subchronic exposure to heparin fragments, Trans. Amer. Soc. Art. Int. Organs, 30: 298-302, 1984.

86. Wheatley, M., Langer, R. Polymeric microsphere for controlled drug delivery, in Microspheres and drug therapy, 1984, 341-345, S. Davis, L. Illum, J. McVie, E. Tomlinson, eds. Elsevier Press.

87. Sefton, M., Brown, L., Langer, R. Ethylene-vinyl acetate microspheres for controlled release of macromolecules, J. Pharm. Sci., 73: 1859-1861, 1984.

88. Kohn, J., Langer, R., A new approach to the development of bioerodible polymers for controlled release applications employing naturally occurring amino acids, in Proc. ACS Div. Poly. Mat.: Sci. Eng. American Chemical Society, 51: 119-121, 1984.

89. Balazs, A., Calef, D., Deutch, J., Siegel, R., Langer, R., The role of polymer matrix structure & interparticle interactions in diffusion limited drug release, Biophys. J., 47: 97-104, 1985.

90. Folkman, J., Ausprunk, D., Langer, R., Connective tissue:  Small blood vessels and capillaries, in Textbook of Rheumatology, 1985, 197-210, W. Kelley, E. Harris, S. Ruddy, C. Sledge, eds., W.B. Saunders Co., Philadelphia.

91. Yang, V., Linhardt, R., Bernstein, H., Cooney, C., Langer, R., Purification and characterization of heparinase from flavobacterium heparinum, J. Biol. Chem., 260: 1849-1857, 1985.

92. Edelman, E., Kost, J., Bobeck, H., Langer, R., Regulation of drug release from porous polymer matrices by oscillating magnetic fields, J. Biomed. Mat. Res., 19: 67-83, 1985.

93. Hsu, T., Langer, R., Polymers for the controlled release of macromolecules:  Effect of molecular weight of ethylene-vinyl acetate copolymer, J. Biomed. Mat. Res., 19: 445-460, 1985.

94. Levy, R., Wolfrum, J., Schoen, F., Hawley, M., Lund, S., Langer, R., Inhibition of calcification of bioprosthetic heart valves by local controlled release diphosphonate, Science, 228: 190-192, 1985.

95. Yang, V., Langer, R. A rapid method for isoelectric point estimation,. Anal. Bio. Chem., 147: 148-155, 1985.

96. Langer, R., Brown, L., Edelman, E. Controlled release and magnetically modulated release systems for macromolecules, in Drug and Enz. Targeting. Meth. in Enzym., 112: 399-423, 1985.

97. Langer, R., Siegel, R., Brown, L., Leong, K., Kost, J., Edelman, E. Controlled release and magnetically modulated systems for macromolecular drug. Ann. of the New York Acad. of Sci., 446: 1-13, 1985.

98. Bawa, R., Siegel, R., Marasca, B., Karel, M., Langer, R. An explanation for the sustained release of macromolecules from polymers. J. Cont. Rel., l: 259-267, 1985.

99. Langer, R., Biomaterials: new perspectives on their use in the controlled delivery of polypeptides. Pharm. Techn., 9: 37-39, 1985.

100. Lavin, A., Sung, C., Klibanov, A., Langer, R. Enzymatic removal of bilirubin from blood: a potential treatment for neonatal jaundice. Science, 230: 543-546, 1985.

101. Kost, J., Noekker, R., Kunica, E., Langer, R. Magnetically controlled release systems:  Effect of polymer composition. J. Biomed. Mat. Res., l9: 935-940, 1985.

102. Leong, K., Brott, B., Langer, R. Bioerodible polyanhydrides as drug-carrier matrices: I. characterization, degradation and release characteristics. J. Biomed. Mat. Res., 19: 941-955, 1985.

103. Yang, V., Morgan, L., McCarthy, M., Langer, R. Isoelectric points of the polysaccharide degrading enzymes in flavobacterium heparinum. Carbo. Res., 143: 1-6, 1985.

104. Langer, R., Larsen, A., Bernstein, H., Yang, V., Lund, D., Tapper, D. Enzymatic control of anticoagulation. ASAIO J., 8: 213-214, 1985.

105. Linhardt, R., Merchant, Z., Rice, K.G., Kam, Y., Fitzgerald, G., Grant, A., Langer, R. Evidence of random structural features of the heparin polymer. Biochemistry, 24: 7805-7810, 1985.

106. Levy, R., Golomb, G., Wolfrum, J., Lund, S.A., Schoen, F., Langer, R. Local controlled release of diphosphonates from ethylenevinyl acetate matrices prevents bio-prosthetic heart valve calcification. Trans. Am. Soc. Artif. Intern. Organs, 31: 459-463, 1985.

107. Sung, C., Lavin, A., Klibanov, A., Langer, R. An immobilized enzyme reactor for treatment of severe neonatal jaundice. ASAIO J. 31: 264-268, 1985.

108. Langer, R., Lund, D., Leong, K., Folkman, J. Controlled release of macromolecules:  Biological studies. J. Cont. Rel., 2: 331-341, 1985.

109. Niemi, S., Fox, J., Brown, L., Langer, R. Evaluation of ethylene-vinyl acetate copolymer as a noninflammatory alternative to Freund's complete adjuvant in rabbits. Lab. Animal Sci., 35: 609-612, 1985.

110. Langer, R. Bioavailability of macromolecular drugs and its control in controlled drug bioavailability. Bioavailability Cont. by Drug Del. Sys. Design, 1985, 3: 307-364, V. Smolen, ed., J. Wiley and Sons, NY.

111. Leong, K., D'Amore, P., Marletta, M., Langer, R. Bioerodible polyanhydrides as drug-carrier matrices II: Biocompatibility and chemical reactivity. J. Biomed. Mat. Res., 20: 51-64, 1986.

112. Brown, L., Edelman, E., Siemer, L., Langer, R. Controlled-release systems for macromolecules:  Methods and applications, in Adv. in Carriers and Adjuvants for Veterinary Biologics, 1986, 133-141. Nervig, ed., The Iowa State University Press.

113. Siegel, R., Langer, R. A new monte carlo approach to diffusion in constricted porous geometrics. J. Colloid Interfacial Sci., 109: 426-440, 1986.

114. Murray, J., Allison, K., Sudhalter, J., Langer, R. Purification and partial amino acid sequence of a collagenase Inhibitor from Bovine Cartilage. J. Biol. Chem., 261: 4154-4159, 1986.

115. Kost, J., Langer, R. Magnetically modulated delivery systems. Pharm. International, 7: 60-63, 1986.

116. Cerbelaud, E., Conway, L., Galliher, P., Langer, R., Cooney, C. Sulfur regulation of heparinase and sulfatases in Flavo-bacterium heparinum. Appl. and Envir. Microbiol., 51: 640-646, 1986.

117. Kohn, J., Langer, R. Poly(Iminocarbonates) as Potential New Biomaterials. Biomaterials, 7: 176-182, 1986.

118. Larsen, A., Lund, D., Langer, R., Folkman, J. Oral heparin results in the appearance of heparin fragments in the Plasma of Rats, Proceedings of the National Academy of Sciences, 83: 1-5, 1986.

119. Brown, L., Siemer. L., Langer, R. Controlled release of insulin from polymer matrices:  in vitro kinetics. Diabetes, 35: 684-691, 1986.

120. Brown, L., Siemer, L, Munoz, C., Edelman, E., Langer, R. Controlled release of insulin from polymer matrices: control of diabetes in rats. Diabetes, 35: 692-697, 1986.

121. Edelman, E., Linhardt, R., Bobeck, H., Kost, J., Rosen, H., Langer, R. Polymer based drug delivery: magnetically nodulated and bioerodible systems, in Poly. as Biomat., S. Shalaby, A. Hoffman, T. Horbett, B. Ratner, eds., Plenum Press, N.Y., p. 279-292, 1986.

122. Langer, R. Biopolymers in controlled release systems, in Polymeric Biomat., E. Pishkin, A. Hoffman, eds., Martinus Nijhoft Publishers, Dordrecht, pp. 161-169, 1986.

123. Klein, M., Langer, R. Immobilized enzymes in clinical medicine: a new approach to the treatment of disease. Trends in Biotech., 4: 179-186, 1986.

124. Sung, S., Lavin, A., Klibanov, A., Langer, R. An immobilized enzyme reactor for the detoxification of bilirubin. Biotech. Bioeng. 28: 1531-1539, 1986.

125. Leong, K., Kost, J., Mathiowitz, E., Langer, R. Polyanhydrides for the controlled release of bioactive agents. Biomaterials, 7: 364-371, 1986.

126. Kohn, J., Albert, E., Wilchek, M., Langer, R. Identification and colorimetric determination of organic cyanates (R-O-C=N) in nanomolar quantities. Anal. Chem., 58: 3184-3188, 1986.

127. Kohn, J., Niemi, S., Albert, E., Murphy, J., Langer, R., Fox, J. Single-step immunization using a controlled release, biodegradable polymer with sustained adjuvant activity. J. Immuno. Methods, 95: 31-38, 1986.

128. Langer, R., Blackshear, P., Chang, T., Klein, M., Schultz, J. Enzyme and drug delivery systems. ASAIO Trans., 9: 639-645, 1986.

129. Blackshear, P., Robbins, D., Rohde, T., Langer, R., Moses, A., Massey, E. Insulin replacement: current concepts. ASAIO Trans., 9: 646-655, 1986.

130. Yang, V., Bernstein, H. Kadam, J., Cooney, C., Langer, R. Removal of the anticoagulant activities of the low molecular weight heparin fractions and fragments with flavobacterial heparinase. Thrombosis Res., 44: 599-610, 1986.

131. Golomb, G., Langer, R., Schoen, F., Smith, M., Choi, Y., Levy, R. Controlled release of diphosphonate to inhibit bioprosthetic heart valve calcification: dose-response and mechanistic studies. J. Cont. Rel., 4: 181 - 194, 1986.

132. Kost, J., Leong, K., Langer, R. Ultrasonic modulated drug delivery systems in polymers, in Med., Biom. and Pharm. Appl. II, E. Chiellini, ed., Plenum Press, 387-396, 1986.

133. Langer, R., Siegel, R., Brown, L., Leong, K., Kost J., Edelman, E. Controlled release systems: Three mechanisms. Chemtech, 16: 108-110, 1986.

134. Yang, V., Bernstein, H., Langer, R. Heparinase immobilization: Characterization and optimization, in Methods in Enzymology, 515-520, 1987.

135. Kohn, J. and Langer, R. Polymerization reactions involving the side chains of a-L-amino acids. J. Am. Chem. Soc., 109: 817-820, 1987.

136. Edelman, E., Brown, L. and Langer, R. *In vitro* and *in vivo* kinetics of regulated drug release from polymer matrices by oscillating magnetic fields. J. Biomed. Mat. Sci., 21: 339-353, 1987.

137. Yang, V., Bernstein, H. and Langer, R. Large scale purification of catalytically pure heparinase. Biotech. Progress, 3: 27-30, 1987.

138. Yang, V., Langer, R. A simple and economic technique for pI measurements. Biotechniques, 5: 138-144, 1987.

139. Leong, K., Simonte, V., Langer, R. Synthesis of polyanhydrides: melt-polycondensation, dehydrochlorination, and dehydrative coupling. Macromolecules, 20: 705-712, 1987.

140. Linhardt, R., Langer, R. New approaches for anticoagulation in extracorporeal therapy. Biomat. Art . Cells, Art. Org., 15: 91-100, 1987

141. Langer, R., Bioengineering: Its role in the changing face of chemical engineering. Biotech. Progress, 3: 2, 1987

142. Laurencin, C., Langer, R. Drug delivery systems. Clinics in Lab. Med., 7: 301-323, 1987.

143. Kost, J. Langer, R. Equilibrium swollen hydrogels in controlled release applications, in Hydrogels in Med. Pharm., N. Peppas, ed., Vol. II, CRC Press, Boca Raton, FL, pp. 95-108 1987.

144. Bernstein, H., Yang, V., Langer, R., The distribution of heparinase covalently immobilized to agarose: experimental and theoretical studies. Biotech. Bioeng., 30; 196-207, 1987.

145. Bernstein, H., Yang, V., Langer, R. Immobilized heparinase *in vitro* reactor model. Biotech. Bioeng., 30: 239-250, 1987.

146. Mathiowitz, E., Langer, R. Polyanhydride microspheres as drug carriers. J. Cont. Rel., 5: 1322, 1987.

147. Saltzman, W., Pasternack, S., and Langer, R. Microstructural models for diffusive transport in porous polymers, in Recent Adv. in Cont. Rel. Tech., ACS Symposium Series, P. Lee, W. Good, eds. 348: 16-33, 1987.

148. Saltzman, W., Pasternak, S., Langer, R. Quantitative image analysis for developing microstructural descriptions of heterogeneous materials. Chem. Eng. Sci., 42: 1989-2004, 1987

149. Bernstein, H., Yang, V., Randawa, M., Lund, D., Harmon, W., Langer, R. Extracorporeal enzymatic heparin removal: Use in a sheep dialysis model. Kidney Int., 32: 452-463, 1987

150. Mathiowitz, E., Cohen, M., Langer, R. Novel microcapsules for delivery systems. Reactive Poly. Ion Exchange Sorbents, 6: 275-283, 1987.

151. Mullon, C., Langer, R. A new method for measuring conjugated and total bilirubin in neonate plasma using bilirubin oxidase. Clin Chem. 33: 1822-1825, 1987.

152. Domb, A., Langer, R. Polyanhydrides: I. preparation of high molecular weight polyanhydrides. J. Poly. Sci., 25: 3373-3386, 1987.

153. Kost, J., Wolfrum, J., Langer, R. Magnetically controlled insulin release in diabetic rats. J. Biomed. Mat. Res., 21: 1367-1373, 1987.

154. Levy, R., Golomb, G., Langer, R. Prevention of Cardiovascular calcification with controlled release diphosphate, in Artificial Organs: The W.F. Kolff Festschrift, J. Andrade, ed., VCH Publishers, Inc., pp. 657- 670, 1987.

155. Bernstein H., Langer, R. An immobilized enzyme system for heparin removal, in Art. Organs: The W.F. Kolff Festschrift, J. Andrade ed., VCH Publishers, pp. 333-342, 1987.

156. Cuenoud, H., Joris, I., Langer, R., Majno, G. Focal arteriolar insudation:  A response of arterioles to chronic non-specific irritation. Amer. J. Path., 127: 592-604, 1987.

157. Laurencin, C., Koh, H., Neenan, T., Alcock, H., Langer, R. Controlled release using a new bioerodible polyphosphazene matrix system. J. Biomed. Mater. Res., 21: 1231-1246, 1987.

158. Yang, V., H. Bernstein, C. Cooney, Langer, R. Large scale preparation and characterization of mucopolysaccharase contamination free heparinase. Appl. Biochem. Biotech., 16: 35-50, 1987.

159. Wheatley, M., Langer, R. Particles as drug delivery systems. Particulate Sci. and Tech., 5: 53-65, 1987.

160. Langer, R., Leong, K., Edelman, E., Siegel, R., Bawa, R. Zero order release, magnetic control, and polypeptide release, in Cont. Drug Del. Sys., P. Reisen, ed., International Association for Pharm. Technology, Frankfurt, 146-160, 1987.

161. Thompson, R.W., Folkman, J., Langer, R., Ingber, D. Sudhalter, J.  D'Amore, P. Angiogenic vascular grafts, in Endothelizilization of Vascular Grafts, Zilla, Fasol, Deutsch, eds. Karger, Basel, 167-176, 1987.

162. Bernstein, H., Yang, V., Langer, R. An investigation of heparinase immobilization. Applied Biochem. and Biotech., 129-143, 1987.

163. Kohn, J., Langer, R. Backbone modifications of synthetic poly-alpha amino acids, in Peptides, Chem. and Biology, G. Marshall, ed., Escom Publishing, Leiden, The Netherlands, pp. 658-661, 1988.

164. Brown, L., Langer, R. Transdermal drug delivery systems. Ann. Rev. of Med., 39: 221-229, 1988.

165. Mullon, C., Klibanov, A., Langer, R. Kinetics of bilirubin oxidase and modeling of an immobilized bilirubin oxidase reactor for bilirubin detoxification. Biotech. Bioeng., 31: 536-546, 1988.

166. Domb, A., Ron, E., Langer, R. Polyanhydrides II. One step polymerization using phosgene or diphosgene as coupling agents. Macromolecules, 21: 1925-1929, 1988.

167. Fischel-Ghodsian, F., Brown, L., Mathiowitz, E., Brandenburg, D., Langer, R. Enzymatically controlled drug delivery. Proceedings of the National Academy of Sciences, 85: 2403-2406, 1988.

168. Bernstein, H., Yang, V., Cooney, C., Langer, R. An immobilized heparinase system for blood deheparinization, Meth. Enz., K. Mosbach, ed., Academic Press, 137: 515-529, 1988.

169. Domb, A., Langer, R. Polyanhydrides: stability and novel composition. Makromol. Chem. Macromol. Symp. 19: 189-200, 1988.

170. Comfort, A., Mullon, C., Langer, R. The influence of bond chemistry on immobilized enzyme systems for ex vivo use. Biotech. and Bioeng., 32: 554-563, 1988.

171. Bindschacdler, C., Leong, K., Mathiowitz, E.  Langer, R., Polyanydride microsphere formulation by solvent extraction. J. Pharm. Sci., 77: 696-698, 1988.

172. Domb, A., Cravalho, E.G., Langer, R. The synthesis of poly(hydroxamic) from poly(Acrylamide). J. Poly. Sci., 26: 2623-2630, 1988.

173. Kost, J., Leong, K., Langer, R. Ultrasonically controlled polymeric drug delivery. Makromol. Chem. Macromol. Symp. 19: 275-285, 1988.

174. Comfort, A., Mullon, C., Koh, J., Albert, E., Tosone, C., Hall, P., Langer, R. Stability and immunologic activity of immobilized heparinase and bilrubin oxidase. ASAIO Transactions, 34: 538-2542, 1988

175. Freed, L., Vunjak, G., Drinker, P., Langer, R. A novel bioreactor based on suspended particles of agarose-immobilized species. ASAIO Transactions, 34: 732-738, 1988

176. Mullon, C., Saltzman, W., Langer, R. Computer based visualization for quantitative and analysis of the distribution of matrix-bound proteins. Bio/Technology, 6: 927-929, 1988.

177. Rosen, H., Kohn, J., Leong, K., Langer, R. Bioerodible polymers for controlled release systems, in Cont. Rel. Sys.: Fab. Tech., D. Hsieh, ed., CRC Press, Boca Raton, FL, Vol. II, Chap. 5, 84-110, 1988.

178. Yang, V., Bernstein, H., Cooney, C., Langer, R. The development of an immobilized heparinase reactor in bioreactors, immobilized enzymes and cells, and fundamentals in the applications, M. Moo-Young, ed., Elsevier Applied Science, NY, 83-94, 1988.

179. Bernstein, H., Langer, R. Ex vivo model of an immobilized enzyme reactor, Proceedings of the National Academy of Sciences, 85: 8751-8755, 1988.

180. Klein, M., Arensman, R., Weber, T., Mottaghy, K., Langer, R., Nolte, S.H. Pediatric ECMO:  Directions for new developments. Trans. Am. Soc. Artif. Intern. Organs., 34: 978-985, 1988.

181. Karel, M., Langer, R. Controlled release of food additives, in Flavor Encapsulation, ACS Symp. Ser. 370. S. Risch G.Reineccius, eds), 177-191, 1988.

182. Langer, R. Controlled release systems, in Chem. Eng. Ed. in a Changing Environment, S. Sandler, B. Finlayson eds., 115-124, 1988.

183. Leong, K. Langer, R. Polymeric controlled drug delivery. Adv. Drug Del. Rev., I, 199- 233, 1988.

184. Langer, R. Biodegradable polymers for drug delivery to the brain. ASAIO Transactions, 34: 945-946, 1988.

185. Larsen, A., Rice, K., Linhardt, R., Wogan, G., Langer, R. Resistance of heparinase-derived heparin fragments to biotransformation. J. Biol. Chem., 264: 1570-1577, 1988.

186. Vacanti, J., Morse, M., Saltzman, M., Domb, A., Perez-Atayde, A., Langer, R., Selective cell transplantation using bioabsorbable artificial polymers as matrices, J. Ped. Surg., 23: 3-9, 1988.

187. Mathiowitz, E., Saltzman, M., Domb, A., Dor, P, Langer, R., Polyanhydride microspheres as drug carriers. II: Microencapsulation by solvent removal. J. Appl. Polym. Sci., 35: 755-774, 1988.

188. Chasin, M., Lewis, D., Langer, R. Polyanhydrides for controlled release. Biopharm. Manuf., 1: 33-46, 1988.

189. Brem, H., Kader, A., Epstein, J., Tamargo, R., Domb, A., Langer, R., Leong, K. Biocompatibility of a biodegradable controlled-release polymer in the rabbit brain. Selective Cancer Therap., 5: 55-65, 1989.

190. Levy, D., Kost, J., Meshulam, Y., Langer, R. Effect of ultrasound on transdermal drug delivery to rats and guinea pigs. J. Clin. Invest., 83: 2074-2078, 1989

191. Siegel, R., Kost, J., Langer, R. Mechanistic studies of macromolecular drug release from macroporous polymers. I. experiments and preliminary theory concerning completeness of drug release. J. Cont. Rel., 8: 223-236, 1989

192. Howard, M., Gross, A., Grady, M., Langer, R., Mathiowitz, E., Winn, R., Mayberg. M. Intracerebral drug delivery in rats with lesion-induced memory deficits. J. Neurosurgery, 71: 105-112, 1989.

193. Domb, A., Gallardo, C., Langer, R. Poly(anhydrides) 3. Poly(anhydrides) based on aliphaticaromatic diacids. Macromolecules, 22: 3200-3204, 1989.

194. Yu, H., Langer, R. Pseudopoly(amino acids): A study of the synthesis and characterization of poly(acyl-hydroxyproline-esters). Macromolecules, 22: 3250-3255, 1989.

195. Langer, R., Biomaterials in controlled drug delivery: New perspectives from biotechnological advances. Pharm. Techn., 13: 22-30, 1989.

196. Domb, A, Langer, R. Solid state and solution stability of poly(anhydrides) and poly(esters). Macromolecules, 22: 2117-2122, 1989

197. Kost, J., Leong, K., Langer, R. Ultrasound-enhanced polymer degradation and release of incorporated substances, Proceedings of the National Academy of Sciences, 86: 7663-7666, 1989.

198. Comfort, A., Berkowitz, S., Albert, E., Langer, R. Immobilized enzyme cellulose hollow fibers I: Immobilization of heparinase. Biotech. Bioeng., 34: 1366-1373, 1989

199. Comfort, A., Albert, E., Langer, R. Immobilized enzyme cellulose hollow fibers II: Kinetic analysis. Biotech. Bioeng., 34: 1374-1382, 1989

200. Comfort, A., Berkowitz, S., Albert, E., Langer, R. Immobilized enzyme cellulose hollow fibers III: Physical properties and in vitro biocompatibility. Biotech. Bioeng., 34: 1383-1390, 1989.

201. Mullon, C., Tosone, C., Langer, R. Simulation of bilirubin detoxification in the newborn using an extracorporeal bilirubin oxidase reactor. Pediatric Res., 26: 452-457, 1989.

202. Yang, V., Bernstein, H., Langer, R. Heparinase immobilization, in Enzyme Engin. 9: 515-520, 1989.

203. Saltzman, W. Langer, R. Transport rates of proteins in porous materials with known microgeometry. Biophys. J., 55: 163-171, 1989.

204. Freese, A., Sabel, B., Saltzman, W., During, M., Langer, R. Controlled release of dopamine from a polymeric brain implant: in vitro characterization. Exp. Neur., 103: 234-238, 1989.

205. During, M., Freese, A., Sabel, B., Saltzman, W., Deutch, A., Roth, R., Langer, R. Controlled release of dopamine from a polymeric brain implant: In vivo characterization. Ann. Neur., 25: 351-356, 1989.

206. Mathiowitz, E., Kline, D., Langer, R. Morphology of Poly(anhydride) Microsphere delivery systems. J. Scanning Microscopy, 4: 329-340, 1990.

207. Staubli, A., Ron, E., Langer, R. Hydrolytically degradable amino acid containing polymers. J. Am. Chem. Soc., 112: 4419-4424, 1990.

208. Kibat, P., Igari, Y., Wheatley, M., Eisen, H., Langer, R. Microencapsulated liposomes: a system for enzymatically controlled pulsatile release of biologically active substances. FASEB J., 4: 2533-2539, 1990.

209. Moses, M., Sudhalter, J., Langer, R. Identification of an inhibitor of neovascularization from cartilage. Science, 248: 1408 - 1410, 1990.

210. Langer, R., Bernstein, H., Brown, L., Cima, L. Medical reactors. Chemical Eng. Sci., 45: 1967- 1978, 1990.

211. Mathiowitz, E., Ron, E., Mathiowtiz, G., Amato, C., Langer, R. Morphological characterization of bioerodible polymers. I. crystallinity of poly(anhydride) copolymers. Macromolecules, 23: 3212-3218, 1 990.

212. Kost, J., Langer, R. Magnetically and ultrasonically modulated drug delivery systems, in Pulsed and Self-Regulated Drug Del., (ea. J. Kost, CRC Press, Boca Raton, FL), pp. 3-16, 1990.

213. Ghodsian, F., Brown, L., Langer, R. Solubility dependent controlled release systems, in Pulsed and Self-Regulated Drug Del., (ea. J. Kost, CRC Press, Boca Raton, FL), pp. 201-214, 1990.

214. Laurencin, C., Pierre-Jacques, H., Langer, R. Toxicology and biocompatibility considerations in the Eval. of Polymeric Mat. for Biomed. Appl., Clinics in Lab. Med., 10: 549-570, 1990.

215. Chasin, M., Domb, A., Ron, E., Mathiowitz, E., Leong, K., Laurencin, C., Brem, H., Grossman, B., Langer, R. Polyanhydrides as drug delivery systems, in Biodegradable Polym. as Drug Del. Sys., 1990, 43-70. Eds., R. Langer, M. Chasin, Marcel Dekker Inc., NY.

216. Aiken, J., Cima, L., Schloo, B., Mooney, D., Johnson, L., Langer, R., Vacanti, J. Studies in rat liver perfusion for optimal harvest of hepatocytes. J. Ped. Surg., 25: 140-145, 1990.

217. Lucas, P., Laurencin, C., Syftestad, G., Domb, A., Goldberg, V., Caplan, A., Langer, R. Ectopic induction of cartilage and bone by water-soluble proteins from bovine bone using polyanhydride delivery vehicle. J. Biomed. Mat. Res., 24: 901-911, 1990.

218. Langer, R. New methods of drug delivery. Science, 249: 1527-1533, 1990.

219. Cohen, S., Bano, M., Visscher, K., Chow, M., Allcock, H., Langer, R. Ionically crosslinkable polyphosphazene: a novel polymer for microencapsulation. J. Am. Chem. Soc. 112: 7832-7833, 1990.

220. Laurencin, C., Domb, A., Morris, C., Brown, V., Chasin, M., McConnell, R., Lange, N. and Langer, R. Poly(anhydride) administration in high doses in vivo:  Studies of biocompatibility and toxicology. J. Biomed. Mat. Res. 24: 1463-1481, 1990.

221. Mathiowitz, E., Dor, P., Amato, C., Langer, R. Polyanhydride microspheres as drug carriers III morphology and release characterization of microspheres made by solvent removal. Polymer, 31, 547556, 1990.

222. Siegel, R., Langer, R. Mechanistic studies of macromolecular drug release from macroporous polymers. II:  Models for the slow kinetics of drug release. J. Contr. Rel. 14: 153-168, 1990.

223. Langer, R., Cima, L., Tamada, J., Wintermantel, E. Future directions in biomaterials. Biomaterials, 11:  738-745, 1990.

224. Vacanti, J., Ingber, D., Cima, L., Stein, J., Gilbert, J., Johnson, L., Schloo, B., Langer, R., Hepatocyte tissue engineering using constructs of synthetic polymer networks and cultured cells. S, Bengmark, ed. HPB Surgery. A World J. of Hepatic, Pancreatic and Biliary Surgery. London: Harwood Academic Publishers: 185-188, 1990.

225. Chasin, M., Hollenbeck, G., Brem, H., Grossman, S., Colvin, M., Langer, R. Interstitial drug therapy for brain tumors: a case study. Drug. Dev. Ind. Pharm., 16: 2579-2594, 1990.

226. Igari, Y., Kibat, P., Langer, R. Optimization of a microencapsulated liposome system for enzymatically controlled release of macromolecules. J. Cont. Rel. 14: 263-267, 1990.

227. Langer, R. Novel drug delivery systems. Chem. in Britain, 26: 232-238, 1990.

228. Domb, A., Laurencin, C., Israeli, O., Gerhart, R., Langer, R. The formation of propylene fumarate oligomers for use in bioerodible bone cement composites. J. Poly. Sci., 28: 973-985, 1990.

229. Leong, K., Domb, A., Ron, E., Langer, R. Polyanhydrides, in Second Ed. of the Encycl. Poly. Sci. Eng., 648-665, 1990.

230. Langer, R. Pharmacology, in 1991 McGraw-Hill Yearbook of Sci. and Tech., McGraw Hill Publishing Co., NY pp. 299-301, 1991.

231. Kost, J., Langer, R. Responsive polymeric delivery systems Adv. Drug Del. Rev., 6: 19-50, 1991.

232. Davies, M., Khan, M., Domb, A., Langer, R., Watts, J., Paul, A. The analysis of the surface chemical structure of biomedical aliphatic polyanhydrides using XPS and ToF-SIMS. J. Applied Poly. Sci. 42: 1597-1605, 1991.

233. Langer, R. Polymeric delivery systems, in Targeting of Drugs: 2 Optimization Strategies, Gregoriadis, G., Allison, A., and Poste, G. eds., 165-174, 1991.

234. Ron, E., Mathiowitz, E., Mathiowitz, G., Domb, A., Langer, R., NMR characterization of erodible copolymers. Macromolecules, 24: 2278-2282, 1991.

235. Leckband, D., Langer, R. An approach for the stable immobilization of proteins. Biotech. Bioeng., 37: 227- 237, 1991.

236. Cima, L., Ingber, D., Vacanti, J., Langer, R. Hepatocyte culture on biodegradable polymeric substrates. Biotech. Bioeng., 38: 145-158, 1991.

237. Moses, M. and Langer, R., Biocompatible controlled release polymers for delivery systems of polypeptides and growth factors. J. Cell. Biochem. 45: 340-345, 1991.
238. Staubli, A., Mathiowitz, E., and Langer, R., Characterization of hydrolytically degradable amino acid containing poly(anhydride-co-imides). Macromolecules, 24: 2283-2290, 1991.
239. Staubli, A., Mathiowitz, E., Langer, R., Sequence distribution and its effect on glass transition temperature of poly(anhydride-co-amides) containing asymmetric monomers. Macromolecules, 24: 2291-2298, 1991.
240. Cima, L., Vacanti, J., Vacanti, C., Ingber, D., Mooney, D., Langer, R., Tissue engineering by cell transplantation using degradable polymer substrate. J. Biomech. Eng., 113: 143-151, 1991.
241. Cohen, S., Bano, M., Chow, M., Langer, R. Lipid-alginate interactions render changes in phospholipid bilayer Permeability. Biochim. Biophys. Acta., 1063: 95-102, 1991.
242. Bano, M., Cohen, S., Visscher, K., Allcock, H., Langer, R. A Novel Synthetic Method for Hybridoma Cell Encapsulation. Bio/Tech., 9: 468-471, 1991.
243. Cohen, S., Yoshioka, T., Lucarelli, M., Hwang, L., Langer, R. Controlled delivery systems for proteins based on poly(lactic/glycolic acid) Microspheres, Pharm. Res., 8: 713-720, 1991
244. Langer, R., Polymer implants for drug delivery in the brain. J. Cont. Rel., 16: 53-60, 1991.
245. Mikos, A., Mathiowitz, E., Langer, R. Peppas, N., The interaction of Polymer microspheres with Mucin Gels as a Means of characterizing polymer retention on Mucus. J. Colloid Inter. Sci., 143: 366-373, 1991.
246. Moses, M., Langer, R. Inhibitors of Angiogenesis. Biotechnology, 9: 630-634, 1991.
247. Ron, E., Langer, R. Erodible systems, in Treatise on Cont. Drug Del. A. Kydonieus, ed. Marcel Dekker, Inc., pp. 199-224, 1991.
248. Edelman, E., Mathiowitz, E., Langer, R. Klagsbrun, M. Controlled and modulated release of basic fibroblast growth factor. Biomaterials, 12: 619-626, 1991.
249. Sluzky, V. Tamada, J.A., Klibanov, A., Langer, R., Kinetics of insulin aggregation in aqueous solutions upon agitation in the presence of hydrophobic surfaces, Proceedings of the National Academy of Sciences, 88: 9377-9381, 1991.
250. Madrid, Y., Brem, H., Langer, R. New Directions in the Delivery of Drugs and Other Substances to the Central Nervous System, in Adv. in Pharm., 22: 299-324, Academic Press, San Diego, CA, 1991.
251. Wheatley, M., Chang, M., Park, E., Langer, R. Coated Alginate Microspheres: Factors Influencing the Controlled Delivery of Macromolecules. J. Appl. Poly. Sci. 43: 2123-2135, 1991.
252. Wintermantel, E., Cima, L., Schloo, B., Langer, R. Angiopolarity: a new design parameter for cell transplantation devices and its application to degradable systems. ASAIO Trans., 37: m334-m336, 1991.
253. Zimmerman, J., Langer, R., Cooney, C. The release of heparinase from the Periplasmic space of flavobacterium heparinum by Three Step Osmotic Shock. Appl. Biochem. and Biotech., 30: 137-148, 1991.
254. Moses, M., Langer, R. A metalloproteinase Inhibitor as an Inhibitor of Neovascularization. J. Cell. Biochem. 47: 230-235, 1991
255. Langer, L., Brem, H., Langer, R. New technologies for fighting Brain Disease. Tech. Rev., 94: 62-71, 1991.
256. Liu, R., Klibanov, A., Langer, R. Moisture-Induced Aggregation of Lyophilized Proteins in the Solid State. Biotech. Bioeng. 37: 177-184, 1991.
257. Langer, R., Kost, J., Real Time Response polymeric delivery systems in Temporal Control of Drug Delivery, W. Hrushevsky, R. Langer, F. Theeuwes, eds., Annals of the New York Academy of Sciences, 618: 330-334, 1991.
258. Cohen, S., Bernstein, H., Hewes, C., Chow, M., Langer, R. The Pharmacokinetics of and humoral responses to antigen delivered by microencapsulated Liposomes, Proceedings of the National Academy of Sciences, 88: 10440-10444, 1991.
259. Vacanti, C., Langer, R., Schloo, B., Vacanti, J. Synthetic Polymers Seeded with Chondrocytes Provide a Template for New Cartilage Formation. J. Plastic Surg., 88: 753-759, 1991.
260. Tudor, A., Church, S., Domb, A., Hendra, P., Langer, R., Celia, C., Davies, M. The Application of Fourier-Transform Raman Spectroscopy to the Analysis of Poly(Anhydride) Homo and Co-Polymers. Spectrochimica Act., 47A: 1335- 1343, 1991.
261. Langer, R. Drug delivery systems. Mat. Res. Bulletin, Materials Research Society, 1: 47-49, 1991.
262. Cima, L., Langer, R., Vacanti, J. Polymers for tissue and Organ culture. J. Bioactive and Compatible Poly., 6: 232-239, 1991.
263. Domb, A., Mathiowitz, E., Ron, E., Giannos, S., Langer, R. Polyanhydrides IV: Unsaturated and cross- Linked Polyanhydrides. J. Poly. Sci., 29: 571-579, 1991.

264. Volkin, D., Staubli, A., Langer, R., Klibanov, A. Enzyme Thermoinactivation in AnLydrous Organic Solvents. Biotechnology and Bioengineering, 37: 843-853, 1991.

265. Freed, L., Vunjak-Novakovic, G., Obradovic, B., Drinker, P., Langer, R. A bioreactor for blood detoxification: fluid dynamic and ex vivo modeling Studies. Macroscopic and Microscopic Heat and Mass Transfer in Biomedical Engineering, 55-66, 1991.

266. Park, T., Cohen, S., Langer, R. Poly(L-lactic acid)/Pluronic Blends: Characterization of Phase Separation Behavior, degradation, Morphology and as Protein Releasing Matrices. Macromolecules, 25: 116-122, 1992.

267. During, M., Freese, A., Deutch, A., Kibat, P., Sabel, B., Langer, R., Roth, R. Biochemical and Behavioral Recovery in a Rodent Model of Parkinson's Disease following Stereotactic Implantation of dopamine-Containing Liposomes. Exper. Neurology, 115: 193-199, 1992.

268. Mathiowitz, E., Bernstein, H., Giannos, S., Dor, P., Turek, T., Langer, R. Polyanhydride Microspheres. IV. Morphology and characterization of systems made by spray drying. J. Applied Polym. Sci., 45: 125-134, 1992.

269. Alonso, M., Langer, R. Biodegradable controlled release microspheres for macromolecules and proteins, Profiles on Biotech., T.G. Villa, J. Abalde, Eds, in Servicio de Publicacions, Universidad de Santiango, 555-564, 1992.

270. Cady, S., Langer, R. Overview of protein formulations for animal health applications. J. Agric. and Food Chem., 40: 332-336, 1992.

271. Park, T., Cohen, S., Langer, R. Controlled protein release from polyethyleneimine coated poly(lactic acid)/pluronic blend matrices. Pharm. Res. 9: 37-39, 1992.

272. Mooney, D., Hansen, L., Vacanti, J., Langer, R., Farmer, S., Ingber, D. Different extracellular matrix molecules share a common mechanism for control of hepatocyte growth and differentiation. J. Cell Physiol., 3: 315-353, 1992.

273. Langer, R., Peppas N. New drug delivery systems. Bioeng. Sci. News, 16: 3-7, 1992.

274. Liu, L., Kost, J., D'Emanuele, A., Langer, R. Experimental approach to elucidate the mechanism of ultrasound-enhanced polymer erosion and release of incorporated substances. Macromolecules, 25: 123-128, 1992.

275. Kost, J., Langer, R., Responsive polymer systems for controlled delivery of therapeutics. Trends in Biotechnology, 10: 127-131, 1992.

276. Mooney, D.J., Johnson, L., Cima, L., Hansen, L., Ingber, D., Langer, R., Vacanti, J. Principles of tissue engineering and reconstruction using polymer-cell constructs, in Tissue-Inducing Biomat. 1992, 252: 345-352. Pittsburgh, PA: Cima, L., Ron, E., eds. Materials Research Society.

277. Mooney, D., Langer, R, Hansen, L., Vacanti, J., Ingber, D. Induction of hepatocyte differentiation by the extracellular matrix and an RGD-containing synthetic peptide, in Tissue-Inducing Biomat., 1992, 252: 199-204. Pittsburgh, PA: Cima, L., Ron, E., eds. Materials Research Society.

278. Tamada, J., Langer, R. The development of polyanhydrides for drug delivery applications. J. Biomat. Sci. Poly. Ed., 3: 315-353, 1992.

279. Sheppard, N., Madrid, M., Langer, R. Polymer matrix controlled release systems: influence of polymer carrier and temperature on water uptake and protein release. J. Appl. Polym. Sci., 46: 19-26, 1992.

280. Simons, M., Edelman, E., DeKeyser, J, Langer, R., Rosenberg, R. Antisense c-myb oligonucleotides inhibit intimal arterial smooth muscle cell accumulation in vivo. Nature, 359: 67-70, 1992.

281. Soltys, P., Mullon, C., Langer, R. Oral treatment for jaundice using immobilized bilirubin oxidase. Artificial Organs 16: 331-335, 1992.

282. Moses, M., Sudhalter, J., Langer, R. Isolation and characterization of an inhibitor of neovascularization for the conditioned media of scapular chondrocytes. J. Cell Biol., 119: 475-482, 1992

283. Edelman, E., Fiorino, A., Grodzinsky, A., Langer, R. Mechanical deformation of polymer matrix controlled release devices modulates drug release. J. Biomed. Mat. Res. 26: 1619, 1992.

284. Sluzky, V., Klibanov, A., Langer, R., Mechanism of insulin aggregation and stabilization in agitated aqueous solutions, Biotech., and Bioeng., 40: 895-903, 1992.

285. Shefer, S., Shefer, A., Kost, J., Langer, R. Structural characterization of starch networks in the solid state by cross-polarization magic-angle-spinning 13C-NMR spectroscopy and wide angle x-ray diffraction, Macromolecules, 25: 6756-6760, 1992.

286. Mooney, D., Hansen, L., Vacanti, J., Langer, R., Farmer, S., Ingber., D., Switching from differentiation to growth in hepatocytes: Control by extracellular matrix, J. Cell Physiol. 151: 497-505, 1992.

287. Mathiowitz, E., Langer, R., Polyanhydride microspheres as drug delivery systems, in Microcapsules in Med. and Pharm., M. Donbrow, ed, pp. 100-123, 1992.

288. D'Emanuele, A., Kost, J., Hill, J. and Langer, R. An investigation of the effects of ultrasound on degradable polyanhydride matrices, Macromolecules, 25: 511-515, 1992.

289. Sheppard, N., Langer, R. The Use of Ultrasound Attenuation to Characterize Release of Proteins from Polymer Matrix Devices. J. Cont. Rel., 22: 245-242, 1992.

290. Cohen, S., Allcock, H., Langer, R. Cell and Enzyme Ionotropic Synthetic Hydrogels, in Recent Adv. in Pharm. and Indust. Biotech., 1992, 3648, Hincal, A., Kas, H., eds. Ankara.

291. Wintermantel, E., Cima, L., Schloo, B., Langer, R. Angiopolarity of cell carriers: directional angiogenesis in resorbable liver cell transplantation devices, in Angiogenesis: Key Principles- Science Technology, Medicine, 1992, 331-334, R. Steimer, P. Weisz, R. Langer, eds., Birkhauser, Basel.

292. Freed, L., Vunjak-Novakovic, G., Bernstein, H., Cooney, C., Langer, R. The Kinetics of Immobilized Heparinase in Human Blood. Annals of Biomed. Eng., 21: 67-76, 1993.

293. Mikos, A., Bao, Y., Ingber, D., Vacanti, J.  Langer, R. Preparation of poly(glycolic acid) bonded fiber structures for cell transplantation. J. Biomed. Med. Res., 27: 183-189, 1993.

294. Tamada, J., Langer, R. Erosion Kinetics of Hydrolytically Degradable Polymers, Proceedings of the National Academy of Sciences, 90: 552-556, 1993.

295. Gross, A., Langer, R., Mathiowitz, E., Mayberg, M. Sustained Release of Acetylcholine in Rat Hippocampus Using a Polyanhydride Drug Delivery System. Poly. for Adv. Tech., 3: 331-335, 1993.

296. Freed, L., Marquis, J., Nohria, A., Mikos, A., Emmanual, J., Langer, R. Neocartilage formation *in vitro* and *in vivo* using cells cultured on synthetic biodegradable polymers. J. Biomed. Mat. Res. 27: 11-23, 1993.

297. Shefer, S., Ferreira, J., Mullon, C., Langer, R. Extracorporeal enzymatic removal of low density lipoproteins in rabbits:  Efficacy and safety, The Inter. J. Artif. Organs, 16:  115-125, 1993.

298. Wald, H.L., Sarakinos, G., Mikos, A., Vacanti, J., Langer, R. Cell seeding in porous transplantation devices Biomaterials, 14: 270-278, 1993.

299. Tabata, Y., Langer, R., Polyanhydride microspheres that display near-constant release of water soluble drugs. Pharm. Res., 10: 391-399, 1993.

300. Tabata, Y., Gutta, S., Langer, R. Controlled delivery systems for proteins using polyanhydride microspheres. Pharm. Res., 10: 487-496, 1993.

301. Brem, H., Walter, K., Langer, R. Polymers as controlled drug delivery devices for the treatment of malignant brain tumors, Eur. J. Pharm. and Biopharm., 39:  2-7, 1993.

302. Mikos, A., Sarakinos, G., Leite, S., Vacanti, J., Langer, R. Laminated three-dimensional biodegradable foams for use in tissue engineering, Biomaterials, Vol. 14, No. 5: 323-330, 1993.

303. Sasisekharan, R., Bulmer, M., Moremen, K.W., Cooney, C., Langer, R. Cloning and expression of heparinase I gene from *flavobacterium heparinum*. Proceedings of the National Academy of Sciences, 90: 3660-3664, 1993.

304. Gilbert, J., Takeda, T., Stein, J., Langer, R., Vacanti, J., Cell Transplantation of Genetically Altered Cells on Biodegradable Polymer Scaffolds in Syngeneic Rats. Transplantation. Vol. 56, No. 2: 423-427, 1993.

305. Labeque, R., Mullon, C., Ferreira, J., Lees, R., Langer, R. Enzymatic modification of plasma low density dipoproteins: a potential treatment for hypercholesterolemia. Proceedings of the National Academy of Sciences, 90: 3476-3480, 1993.

306. Laurencin, C., Gerhart, T., Witschger, P., Satcher, R., Domb, A., Hanff, P., Edsberg, L., Hayes, W., Langer, R. Bioerodible poly(anhydrides) for antibiotic drug delivery: *in vivo* osteomyelitis treatment in a rat model system. J. Orthoped. Res., 11: 256-262, 1993.

307. Ron, E., Turek, T., Mathiowitz, E., Chasin, M., Hageman, M., Langer, R. The Controlled Release of Polypeptides from Polyanhydrides. Proceedings of the National Academy of Sciences, 90: 4176-4180, 1993.

308. Fontaine, M., Hansen L., Thompson, S., Uyama S., Ingber, D., Mulligan, R., Langer, R., Vacanti, J. Transplantation of genetically altered hepatocytes using cell-polymer constructs leads to sustained human growth hormone secretion *in vivo*. Transplant. Proc. 25: 1002-1004, 1993.

309. Langer, R. and Vacanti, J., Tissue engineering, Science, 260:  920-926, 1993.

310. Bhagat, H., Langer, R., Implants and Implantation Technology, in Encyclopedia of Pharm. Tech., 1993, 8: 53-82, J. Swarbrick, J. Boylan, eds., , Marcel Dekker,.

311. Gupta, R., Siber, G., Alonso, M., Langer, R. Development of a Single-dose tetanus toxoid based on controlled release from biodegradable and biocompatible polyester microspheres, in Vaccines 93: 391-396, 1993, Cold Spring Harbor, NY.

312. Cima, L., Langer, R. Engineering Human Tissue. Chem Eng. Progress, 6: 46-54, 1993.

313. Prausnitz, M., Lau, B., Milano, C., Conner, S., Langer, R., Weaver, J. A quantitative study of electroporation showing a plateau in net molecular transport. Biophys. J., 65414-422, 1993.

314. Edelman, E., Langer, R. Optimization of release from magnetically controlled polymeric drug release devices. Biomaterials, 14: 8, 621-626, 1993.

315. Prausnitz, M., Bose, V., Langer, R., Weaver, J. Transtissue Molecular Transport Due to Electroporation of Skin, in Electricity and Magnetism in Bio. and Med., M. Blank, ed. San Francisco Press, San Francisco, CA, 122-124, 1993.

316. Lau, B., Milano, C., Prausnitz, M., Langer, R., Weaver, J. Quantitative Determination of Molecular Transport Across Erythrocyte Ghost Membranes by Electroporation, in Electricity and Magnetism in Bio. and Med., M. Blank, ed. San Francisco Press, San Francisco, CA, 141-143, 1993.

317. Mikos, A., Sarakinos, G., Leite, S., Vacanti, J., Langer, R., Preparation of Poly(glycolic acid) Bonded Fiber Structures for Cell Attachment and Transplantation. J. Biomed. Mater. Res. Vol. 27, No. 2: 183-189, 1993

318. Alonso, M., Cohen, S., Park, T., Gupta, R., Siber, G., Langer R. Determinants of release rate of tetanus vaccine from polyester microspheres. Pharm Res., 10: 945-953, 1993.

319. Goepferich, A., Langer, R. The influence of microstructure and monomer properties on the erosion mechanism of a class of polyanhydrides. J. Poly. Sci. 31: 2445-2458, 1993.

320. Goepferich, A., Langer, R. Modeling of Polymer Erosion. Macromolecules, 22: 4105-4112, 1993.

321. Mikos, A., Sarakinos, G., Lyman, M., Ingber D., Vacanti, J., Langer, R. Prevascularization of biodegradable polymer scaffolds for hepatocyte transplantation. Biotech. & Bioeng. 42: 716-723, 1993.

322. Ferreira, J., Sasisikharan, R., Louie, O., Langer, R. Influence of chemistry in immobilization of cobra venom phospholipase A2 - Implications as to mechanism. Biochemistry, 32: 8098-8102, 1993.

323. Masters, D., Berde, C., Dutta, S., Turek, T., Langer, R. Sustained local anesthetic release from bioerodible polymer matrices: A potential method for prolonged regional anesthesia. Pharm. Res., 10: 1527-1532, 1993.

324. Masters, D., Berde, C., Dutta, S., Griggs, C., Hu, D., Kupsky, W., Langer, R. Prolonged Regional Nerve Blockage by Controlled Release of Local Anesthetic from a Biodegradable Polymer Matrix. Anesthesiology, 79: 340-346, 1993.

325. Andrianov, A., Cohen, S., Visscher, K., Payne L., Allcock, H., Langer, R. Controlled Release Using Ionotropic Polyposphazene Hydrogels. J. Contr. Rel., 27: 69-77, 1993.

326. Langer, R., Polymer Controlled Drug Delivery Systems. Accts. of Chem. Res., 26: 537-542, 1993.

327. Shefer, S., Payne, R., Langer, R. Design of a biomedical reactor for plasma Low Density Lipoprotein removal. Biotech. and Bioeng., 42: 1252-1262, 1993.

328. Barrera, D., Zylstra, E., Lansbury, P., Langer, R. Synthesis and RGD Peptide Modification of a New Biodegradable Copolymer System: Poly(Lactic Acid-co-Lysine). J. of Amer. Chem. Soc., 115: 11010-11011, 1993.

329. Prausnitz, M., Langer, Weaver, J. Electroporation of mammalian skin: A new mechanism to enhance transdermal drug delivery, Proceedings of the National Academy of Sciences, 90: 10504-10508, 1993.

330. Prausnitz, M., Seddick, D., Kon, A., Bose, V., Frankenburg, S., Klaus, S., Langer, R., Weaver, J. Methods for in vivo tissue electroporation using surface electrodes. Drug Del., 1: 125-131, 1993.

331. Cohen, S., Bano, M., Cima, L., Allcock, H., Vacanti, J., Vacanti, C., Langer, R. Design of synthetic polymeric structures for cell transplantation and tissue engineering, Clinical Mat., 16: 310, 1993.

332. Gilbert, J., Takeda, T., Stein, J., Langer, R., Vacanti, J. Cell transplantation of genetically altered cells on biodegradable polymer scaffolds in syngeneic rats. Transplantation, 56: 423-427, 1993.

333. Kost, J., Langer, R. Ultrasound-mediated transdermal drug delivery, in Topical Drug Bioavailability Bioequivalence. Penetration, Plenium Press, NY, V. Shah, H. Maibach, eds., 91-104, 1993.

334. Freed, L., Vunjak-Novakovic, G., Langer, R. Cultivation of cell-polymer cartilage implants in bioreactors. J. Cell. Biochem., 51: 257-64, 1993.

335. Freed, L., Vunjak-Novakovic, G., Drinker, P., Langer, R. A Bioreactor based on suspended particles of immobilized enzyme. Annals of Biomed. Eng. 21: 57-65, 1993.

336. Vacanti, C., Vacanti, J., and Langer, R., Polymers of Biological and biomedical significance, American Chemical Society Symposium Series, New York, Vol. 540, 17-34, 1993.

337. Cleland, J. and Langer, R. Formulation and delivery of proteins and peptides:  Design and development strategies. American Chemical Society Symposium Series, 567: l-19, 1994.

338. Sasisekharan, R., Moses, M., Nugent, A., Cooney, C., Langer, R. Heparinase inhibits neovascularization. Proceedings of the National Academy of Sciences, 91: 1524-1528, 1994.

339. Wu, M., Tamada, J., Brem, H., Langer, R. *In vivo* versus *in vitro* degradation of controlled release polymers for intracranial surgical therapy. J. Biomed. Mat. Res., 28: 387-395, 1994.

340. Gref, R., Minamitake, Y., Peracchia, M., Trubetskoy, V. Torchillin, V. and Langer, R. Biodegradable long-circulating polymeric nanospheres. Science, 263: 1600-1603, 1994.

341. Wong, J., Langer, R., Ingber, D., Electrically conducting polymers can noninvasively control the shape and growth of mammalian cells, Proceedings of the National Academy of Sciences, 91: 3201-3204, 1994.

342. Shieh, L., Tamada, J., Tabata, Y., Domb, A., Langer, R. Drug release from a new family of biodegradable polyanhydrides, J. Cont. Rel., 29: 73-82, 1994.

343. Freed, L., Vunjak-Novakovic, G., Marquis, J., Langer, R., Kinetics of chondrocyte growth in cell- polymer implants, Biotech. Bioengin., 43: 597-604, 1994.

344. Alonso, M., Gupta, R., Min, C., Siber, G., Langer, R., Biodegradable microspheres as controlled release tetanus toxoid delivery systems, Vaccine, 12:  299-306, 1994.

345. Freed, L., Marquis, J., Emmanual, J., Vunjak-Novakovic, G., Marquis, J., Langer, R., Composition of cell-polymer cartilage implants, Biotech. Bioeng., 43: 605-614, 1994.

346. Mikos, A., Freed, L., Langer, R., Wetting of poly(L-lactic acid) and poly(DL-lactic-co-glycolic acid) foams for tissue culture. Biomaterials, 15: 55-58, 1994.

347. Peppas, N. and Langer, R., New Challenges in Biomaterials. Science, 263, 1715-1720, 1994.

348. Cohen, S., Langer, R., Pulsatile Liposomes. J. Liposome Res., 4: 349-360, 1994.

349. Mikos, A., Thorsen, A., Czerwonka, L., Bao, Y., Winslow, N., Vacanti, J., Langer, R. Preparation and Characterization of Poly(L-Lactic Acid) Foams for Cell Transplantation. Polymer, 35: 1068-1077, 1994.

350. Prausnitz, M., Milano, C., Gimm, J., Langer, R., Weaver, J. Quantitative Study of Molecular Transport Due to Electroporation: Uptake of Bovine Serum Albumin by Erythrocyte Ghosts. Biophys. J., 66: 1522-1530, 1994.

351. Tabata, Y., Langer, R. Polyanhydride Granules Provide Near-Constant Release of Water-Soluble Drugs. J. Pharm. Sci., 83: 5-11, 1994.

352. Freed, L., Grande, D., Emmanual, J., Kwan, M., Marquis, J., Lingbin, Z., Dunkelman, N., Langer, R. Joint Resurfacing Using Allograft Chondrocytes and Synthetic Biodegradable Polymer Scaffolds. J. Biomed. Mat. Res., 28: 891-899, 1994.

353. Freed, L., Vunjak-Novakovic, G., Biron, R., Eagles, D., Lesnoy, D., Barlow, S., Langer, R. Biodegradable Polymer Scaffolds for Tissue Engineering. Bio/Tech., 12: 689-693, 1994.

354. Kost, J., Liu, L.-S., Ferreira, J., Langer, R. Enhanced Protein Blotting from PhastGel Media to Membranes by Irradiation of Low Intensity Ultrasound. Anal. Biochem., 216: 27-32, 1994.

355. Venkataraman, G., Sasisekharan, V., Cooney, C., Langer, R., Sasisekharan, R. A Stereochemical approach to pyranose ring flexibility. Its implications on the conformation of dermatan sulfate. Proceedings of the National Academy of Sciences, 91: 6171-6175, 1994.

356. Kost, J., Liu, L., Gabelnick, H., Langer, R. Ultrasound as a Potential Trigger to Terminate the Activity of Contraceptive Delivery Implants. J. Cont. Rel., 30: 77-81, 1994.

357. Johnson, L., Aiken, J., Mooney, D., Schloo, B., Cima, L., Langer, R., Vacanti, J. The Mesentery as a Laminated Vascular Bed for Hepatocyte Transplantation. Cell Transpl., 3: 273-281, 1994.

358. Goepferich, A., Gref, R., Minamitake, Y., Shieh, L., Alonso, M., Tabata, Y., Langer, R. Drug Delivery from Bioerodible Polymers: Systemic and Intravenous Administration, in Formulation and Del. of Proteins and Peptides, ACS Press, Washington, D.C., ACS Symp. Series 567, J. Cleland, R. Langer, eds., 242-277, 1994.

359. Cohen, S.  Langer, R. Inter and Intracellular Targeting of Drugs, in Adv. In Molec. And Cell Biol., CRC Press, Boca Raton, FL, B. Zetter, ed., 217-231, 1994.

360. Mooney, D., Mazzoni, C., Organ, G., Puelacher, W., Vacanti, J., Langer, R. Stabilizing fiber based cell delivery devices by physically bonding adjacent fibers. Mat. Res. Soc. Proc.: Biomat. for Drug and Cell Del., 331: 47-52, 1994.

361. Ferreira, J., Sasisekharan, R., Louie, O., Langer, R. A study on the functional sub-units of phospholipase A2 by enzyme immobilization. Biochem. J., 303: 527-530, 1994.

362. Puelacher, W., Mooney, D., Langer, R., Vacanti, J., Vacanti, C. Design of nasoseptal cartilage replacement synthesized from biodegradable polymers and chondrocytes. Biomaterials, 15: 774-778, 1994.

363. Ferreira, J., Sasisekharan, R., Louie, O., Langer, R. Carbodiimide Modification Enhances Activity of Pig Pancreatic Phospholipase A2. Eur. J. of Biochem., 223: 611-616, 1994.

364. Edwards, D., Langer, R. A linear theory of transdermal transport phenomena. J. Pharm. Sci., 83: 1315-1334, 1994.

365. Sakata, J., Vacanti, C., Schloo, B., Healy, G., Langer, R., Vacanti, J. Tracheal composite tissue engineered from chondrocytes, tracheal epithelial cells and synthetic degradable scaffolding. Transplant Proc., 26: 3309-3310, 1994.

366. Costantino, H., Langer, R., Klibanov, A. Solid-Phase Aggregation of Proteins under Pharmly Relevant Conditions. J. Pharm. Sci., 83: 1662-1666, 1994

367. Goepferich, A., Alonso, M., Langer, R., Development and characterization of microencapsulated microspheres. Pharm Res., 11: 1568- 1574, 1994.

368. Cohen, S., Langer, R. Novel Approaches to controlled release antigen delivery, in Internat. J. of Techn. Assessm. in Health Care A. Robbins, P. Freeman, eds. Cambridge University Press, 10:1, 121-130, 1994.

369. Rosenthal, R., Moses, M., Shintani, Y., Megyesi, J., Langer, R., Folkman, J. Purification and Characterization of a Mouse Sarcoma 180-Derived Collagenase Inhibitor which also Inhibits Endothelial Cell DNA Synthesis. J. Cell Biochem., 56: 97-105, 1994.

370. Park, T., Alonso, M., Langer, R. Controlled release of proteins from poly (L-lactic acid) coated poly (isobutylcyanoacrylate) microcapsules. J. Appl. Poly. Sci., 52: 1797-1807, 1994.

371. Andrianov, A., Payne, L., Visscher, K., Allcock, H., Langer, R. Hydrolytic degradation of ionically cross-linked polyphosphazene microspheres. J. Appl. Poly. Sci. 53: 1573-78, 1994.

372. Vacanti, C., Vacanti, J., Langer, R., Tissue Engineering Using Synthetic Biodegradable Polymers, in Poly. of Bio. and Biomed. Signif., ACS Symposium Series 540, Chicago, IL., 16-34, 1994.

373. Costantino, H., Langer, R., Klibanov, A., Moisture-Induced Aggregation of Lyophilized Insulin. Pharm. Res., 11: 21-29, 1994.

374. Prausnitz, M., Pliquett, U., Langer, R., Weaver, J. Rapid temporal control of transdermal drug delivery by electroporation. Pharm. Res., 11: 1834-1837, 1994.

375. Langer, R., Polymer systems for controlled release of macromolecules, immobilized enzyme medical bioreactors, and tissue engineering. Adv. in Chem. Eng., 19: 1-50, 1994.

376. Mooney, D., Organ, G., Vacanti, J., Langer, R., Design and fabrication of biodegradable polymer devices to engineer tubular tissues. Cell Transplant., 3: 203-210, 1994.

377. Brem, H., Walter, K., Tamargo, R. Olivi, A., Langer, R., Drug delivery to the brain, in Poly. Site Spec. Pharm., 117-139, John Wiley & Sons, New York, 1994.

378. Takeda, T., Kim, T., Lee, S., Langer, R., Vacanti, J., Hepatocyte transplantation in biodegradable polymer scaffolds using the Dalmation dog model of hyperuricosuria. Transplant. Proc., 27: 635-636, 1994.

379. Shieh, L., Tamada, J., Chen, I., Pang, J., Domb, A., Langer, R., Erosion of a new family of biodegradable polyanhydrides. J. Biomed. Mat. Res., 28: 1465-1475, 1994.

380. Mooney, D., Kaufmann, P., Sano, K., McNamara, K., Vacanti, J., Langer, R. Transplantation of hepatocytes using porous biodegradable sponges. Transplant. Proc., 26: 3425-26, 1994.

381. Puelacher, W., Mooney, D., Langer, R., Vacanti, J., Vacanti, C. Tissue engineered growth of cartilage: The effect of varying the concentration of chondrocytes seeded onto synthetic materials. Int. J. Oral Maxillofacial Surg., 23: 49-53, 1994.

382. Mooney, D., Hansen, L., Langer, R., Vacanti, J., Ingber, D. Extracellular matrix controls tubulin monomer levels by regulating protein turnover. Mol. Biol. Cell., 5: 1281-1288, 1994.

383. Mooney, D., Park. S., Kaufmann, P., Sano, K., McNamara, K., Vacanti, J., Langer, R. Biodegradable sponges for hepatocyte transplantation. J. Biomed. Mat. Res., 29: 959-966, 1994.

384. Mooney, D., Kaufmann, P., Sano, K., McNamara, K., Vacanti, J., Langer, R. Transplantation of hepatocytes using porous, biodegradable sponges. Transplant. Proc., 26: 6, 3425-3426, 1994

385. Shefer, S., Breslau, J., Langer, R. Computer simulation of LDL removal in the presence of a bioreactor containing phospholipase A2. Biotech. Prog., 11: 133-139, 1995.

386. Hubbell, J., Langer, R., Tissue engineering. Chem. & Eng. News, 42-54, 1995.

387. Yaszemski, M., Payne, R., Hayes, W., Langer, R. Aufdemorte, T., Mikos, A. The ingrowth of new bone tissue and initial mechanical properties of a degrading polymeric composite scaffold. Tiss. Eng., 1: 41-45, 1995.

388. Mitragotri, S., Edwards, D., Blankschtein, D., Langer, R. A mechanistic study of ultrasonically enhanced transdermal drug delivery. J. Pharm. Sci., 84: 697-706, 1995.

389. Goepferich, A., Langer, R. Modeling monomer release from bioerodible polymers. J. Cont. Rel., 33: 5569, 1995.

390. Uhrich, K., Gupta, A., Thomas, T., Laurencin, C., Langer, R. Synthesis and characterization of degradable poly(anhydride-co-imides). Macromolecules., 28: 2184-2193, 1995.

391. Mooney, D., Sano, K., Kaufmann, P., McNamara, K., Vacanti, J., Langer R., Integrating cell transplantation and controlled drug delivery technologies to engineer liver tissue. <u>Materials Research Society Proceedings</u>, Vol. 394: 83-89, 1995

392. Cao, Y., Vacanti, J., Ma, P., Paige, K., Upton, J., Langer, R., Vacanti, C., Tissue engineering of tendon. <u>Materials and Research Society Proceedings</u>. Vol. 394: 91-97, 1995.

393. Edwards, D., Prauznitz, M., Langer, R., Weaver, J. Analysis of enhanced transdermal transport by skin electroporation. <u>J. Cont. Rel.</u>, 34: 211-221, 1995.

394. Venkataraman, G., Sasisekharan, V., Cooney, C., Langer, R., Sasiskharan, R. Complex flexibility of TGF-13 super family, <u>Proceedings of the National Academy of Sciences</u>, 92: 5406-5410, 1995.

395. Mylonas, O., Tabata, Y., Langer, R., Zohar, Y. Preparation and evaluation of polyanhydride microspheres containing gonadotropin-releasing hormone (GnRH), for inducing ovulation and spermiation in fish. <u>J. Cont. Rel.</u> 35: 23-34, 1995.

396. Cohen, S., Langer, R. Long-term protein delivery from microencapsulated liposome systems, in <u>Liposomes, New Sys. and New Trends in Their Appl.</u>, R. Puisieux, P. Couvreur, J. Delattre, J-P. Devissaguet, eds., Editions de Sante, Paris, France, 275-291, 1995.

397. Thomson, R., Ishaug, S., Mikos, A., Langer, R. Polymer for biological systems. <u>The Encyclopedia of Molec. Biol. and Biotech.</u> R. Meyer, ed. VCH Publishers, New York, NY, 717-724, 1995.

398. Ishaug, S.L., Thomson, R.C., Mikos, A., Langer, R. Biomaterials for organ regeneration. <u>The Encyc. of Molec. Biol. and Biotech.</u> R.A. Meyer, ed. VCH Publishers, NY, NY, pp. 86-93, 1995.

399. Hanes, J., Chiba, M., Langer, R. Polymer microspheres for vaccine delivery, in: <u>Vaccine Design: The Subunit Approach</u>, M. Powell, M. Newman, eds. 16: 389-412, Plenum, New York, 1995.

400. Cao, Y., Vacanti, J., Ma, X., Paige, K., Upton, J., Chowanski, Z., Schloo, B., Langer, R., Vacanti, C., Generation of neo-tendon using synthetic polymers seeded with tenocytes. <u>Transplant. Proc.</u> 26: 3390-3391, 1995.

401. Sakata, J., Vacanti, C., Schloo, B., Healy, G., Langer, R., Vacanti, J. Tracheal composites tissue engineered from chondrocytes, tracheal epithelial cells, and synthetic degradable scaffolding. <u>Transplant. Proc.</u> 26: 3309-3310, 1995.

402. Langer, R., Biomaterials: New Polymers and Novel Applications. <u>MRS Bulletin</u>, 20: 18-22, 1995.

403. Zewert, T., Pliquett, U., Langer, R., Weaver, J. Transdermal transport of DNA antisense oligonucleotides by electroporation. <u>Biochem. and Biophys. Res. Comm.</u>, 212: 286-292, 1995.

404. Hrkach, J., Ou, J., Lotan, N., Langer, R. Synthesis of poly($\lambda$-lactic acid-co -$\lambda$–lysine) graft copolymers. <u>Macromolecules</u>, 28: 4736-4739, 1995.

405. Mitragotri, S., Blankschtein, D., Langer, R. Ultrasound-mediated transdermal protein delivery. <u>Science</u>, 269: 850-853, 1995.

406. Langer, R. and Vacanti, J. Artificial Organs. <u>Scientific American</u>, 273: 100-103, 1995.

407. Johnson, M., Blankschtein, D., Langer R., Permeation of steroids through human skin. <u>J. Pharm. Sci.</u>, 84: 1144-1146, 1995

408. Langer, R., Vunjak, G., Freed, L., Atala, A., Vacanti, C., Vacanti, J., Tissue engineering: Biomedical applications. <u>Tissue Engin.</u>, 1: 151-162, 1995.

409. Mooney, D., Breuer, C., McNamara, K, Vacanti, J., Langer R., Fabricating tubular devices from polymers of lactic and glycolic acid for tissue engineering. <u>Tissue Engin.</u>, 1: 107-118, 1995.

410. Cohen, S., Langer, R. Novel liposome-based formulations for prolonged delivery of proteins and vaccines, <u>J. Liposome Res.</u>, 5: 813-828, 1995.

411. Payne, L., Jenkins, S., Andrianov, A., Langer, R., Roberts, B. Xenobiotic Polymers as Vaccine Vehicles, in <u>Adv. in Exper. Med. and Biol.</u>, 1995, 1475-1480, J. Mestecky et. al., eds., Plenum Press, NY

412. Okada, J., Cohen, S., Langer, R., *In vitro* evaluation of polymerized liposomes as an oral drug delivery system. <u>Pharm. Res.</u>, 12: 4, 1-7, 1995.

413. Laurencin, C., Sobrasua, E., Ibim, M., Langer, R., Biomedical Applications of Synthetic Biodegradable Polymers, in <u>CRC Press</u>, J. Hollinger, ed., New York, pp. 59-102, 1995.

414. Shefer, S., Rosenberger, V., Vahanian, G., Wong, W., Langer, R., Implantable hollow fiber bioreactor as a potential treatment for hypercholesterolemia: characterization of the catalytic unit. <u>Biotech & Bioeng.</u>, 48: 36-41, 1995.

415. Goepferich, A., Langer, R: Modeling of Polymer Erosion in Three Dimensions: Rotationally Symmetric Devices, <u>AIChE J.</u>, 41: 289-299, 1995.

416. Prausnitz, M., Corbett, J., Gimm, J., Golan, D., Langer, R., Weaver, J., Millisecond measurement of transport during and after an electroporation pulse. Biophys. J., 68: 1864-1870, 1995.

417. Wake, M., Mikos, A., Sarakinos, G., Vacanti, J., Langer, R. Dynamics of fibrovascular tissue ingrowth in hydrogel foams. Cell Transplantation, 4: 275-279, 1995.

418. Langer, R. 1994 Whitaker Lecture: Polymers for drug delivery and tissue engineering. Annals of Biomed. Eng., 23: 101-111, 1995.

419. Ma, P., Schoo, B, Mooney, D., Langer, R., The development of biomechanical properties and morphogenesis of *in vitro* tissue engineered cartilage. J. Biomed. Mat. Res., 29: 1587-1595, 1995.

420. Schwendeman, S., Costantino, H., Gupta, R., Siber, G., Klibanov, A., Langer, R., Stabilization of tetanus and diptheria toxoids against moisture-induced aggregation. Proceedings of the National Academy of Sciences, 92: 11234- 11238, 1995.

421. Prausnitz, M., Edelman, E., Gimm, J., Langer, R., Weaver, J. Transdermal delivery of heparin by skin electroporation. Bio/Tech., 13: 1205-1209, 1995.

422. Ma, P., Langer, R., Degradation, structure and properties of fibrous nonwoven poly(glycolic acid) scaffolds for tissue engineering. Poly. in Med. Pham., Mikos, A., Leong, K., Radomsky, M., Tamada, J., Yaszemski, M., eds., 394: 99-104, 1995.

423. Shinoka, T., Breuer, C., Tanel, R., Zund, G., Miura, T., Ma, P., Langer, R., Vacanti, J., Mayer, J. Tissue engineering heart valves: valve leaflet replacement study in a lamb model. Annals of Thoracic Surg., 60: S513-516, 1995.

424. Costantino, H., Langer, R., Klibanov, A. Aggregation of a lyophilized pharm. protein, recombinant human albumin: effects of moisture and stabilization by excipients. Bio/Techn., 13: 493-496, 1995.

425. Weaver, J., Langer, R., Potts, R., Tissue electroporation for localized drug delivery, in Enviro. Elec. and Magnet. Fields, Blank, M., ed. American Chemical Society, 301-316, 1995.

426. Sasisekharan, R., Leckband, D., Godavarti, R., Venkataraman, G., Cooney, C., Langer, R., Heparinase I from flavobacterium heparinum: The role of cysteine residue in catalysis as probed by chemical modification and site-directed mutagenesis. Biochemistry, 34: 14441-14448, 1995.

427. Langer, R., Biomaterials and biomedical engineering. Chem. Eng. Sci. 50: 4109-4121, 1995.

428. Pliquett, W., Langer, R., Weaver, J. Changes in the passive electrical properties of human stratum corneum due to electroporation. Biochim. Biophys. Acta, 1239: 111-121, 1995.

429. Cusick, R., Sano, K., Lee, H., Pollok, J., Mooney, D., Langer, R., Vacanti, J. Heterotopic fetal rat hepatocyte transplantation on biodegradable polymers. Am. Coll. of Surgeons Surg. Forum, 46: 658-661, 1995.

430. Prausnitz, M., Bose, V., Langer, R., Weaver, J., Electroporation, in Percutaneous Penetration Enhancers, H. Maibach, E. Smith, eds., CRC Press, Boca Raton, FL, 393-405, 1995.

431. Costantino, H., Griebenow, K., Mishra, P., Langer, R., Klibanov, A. Fourier-transform infrared (FTIR) spectroscopic investigation of protein stability in the lyophilized form. Biochim. Biophys. Acta, 1253:69-74, 1995.

432. Ernst, S., Langer, R., Cooney, C., Sasisekharan, R. Enzymatic degradation of glycosaminoglycans. CRC Critical Rev. Biochem. Mol. Biol., 30: 387-444, 1995.

433. Mooney, D., Langer, R., Ingber, D. Cytoskeletal filament assembly and the control of cell shape and function by extracellular matrix. J. Cell Sci., 108: 2311-2320, 1995.

434. Barrera, D., Zylstra, E., Lansbury, P., Langer, R. Copolymerization and degradation of poly(lactic Langer, R., Polymers for Drug Delivery and Tissue Engineering. Macromolecules, 28: 425-432, 1995.

435. Hrkach, J., Ou, J., Lotan, N., Langer, R. Poly(L-Lactic acid-co-aspartic acid): Interactive polymers for tissue engineering. Mat. Res. Soc. Symp. Proc., 394: 77-82, 1995.

436. Goepferich, A., Karydas, D., Langer, R. Predicting drug release from cylindric polyanhydride matrix discs. European J. of Pharm. and Biopharm., 41(2): 81-87, 1995.

437. Mitragotri, S., Edwards, D., Blankschtein, D., Langer, R, Quantitative Prediction of Ultrasonically Enhanced Transdermal Drug Delivery, Proceed. Intern. Symp. Control. Rel. Bioact. Mater., vol. 22, 1995.

438. Attawia, M., Uhrich, K., Botchwey, E., Fan, M., Laurencin, C., Langer, R. Cytotoxicity testing of poly(anhydride-co-imides) for orthopedic applications. J. Biomed. Mat. Res., 29, 1233-1240, 1995

439. Seidel, J., Uhrich, K., Laurencin, C., Langer, R., Erosion of Poly(anhydride-co-imides): A preliminary mechanistic study, Journal of Applied Polymer Sciences, 62 (8): 1277-1283, 1996

440. Mitragotri, S., Blankschtein, D., Langer, R. Transdermal drug delivery using low-frequency sonophoresis. Pharm. Res., 13: 411-420, 1996.

441. Breuer, C., Shinoka, T., Tanel, R., Zund, G., Mooney, D., Ma, P., Miura, T., Colan, S., Langer, R., Mayer, J., Vacanti, J. Tissue engineering lamb heart valve leaflets. Biotech and Bioeng., 50: 562-567, 1996.

442. Vunjak-Novakovic, G., Freed, L., Biron, R., Langer, R. Effects of mixing on tissue engineered cartilage. Am. Inst. of Ch. Eng. J., 42: 850-860, 1996.

443. Hrkach, J., Peracchia, M., Domb, A., Lotan, N., Langer, R. Nanotechnology for biomaterials engineering: structural characterization of amphiphilic polymeric nanoparticles by 1H NMR spectroscopy. Biomaterials, 18: 27-30, 1996.

444. Uhrich, K.; Thomas, T.; Gupta, A.; Laurencin, C.  Langer, R., In vitro degradation of poly(anhydride-imides) containing trimellitylimidoglycine. J. Appl. Polym. Sci., 34: 1261-69, 1996.

445. Attawia, M.; Uhrich, K.; Botchwey, E.; Langer, R., Laurencin, C., In vitro bone biocompatibility of poly(anhydride-co-imides) containing pyromellitylimidoalanine. J. Ortho. Res., 14: 445-454, 1996.

446. Curley, J., Castillo, J., Hotz, J., Uezono, M., Hernandez, S., Lim, J., Tigner, J., Chasin, M., Langer, R., Berde, C., Prolonged regional nerve blockade: injectable biodegradable bapivacaine-polyester microspheres. Anesthesiology, 84: 1401-1410, 1996.

447. Shastri, V., Schmidt, C, Kim, T., Vacanti, J., Langer, R., Polypyrrole:  A potential candidate for stimulated nerve regeneration.  Materials Research Society Proceedings. 414:  113-118, 1996

448. Vunjak-Novakovic, G., Freed, L., Langer, R., Culture de chondrocytes sur des polymeres biodegradables. Synoviale J. de Rhum., 12: 4-5, 1996.

449. Edwards, D., Gooch, K., Zhang, I., McKinley, G., Langer, R. The nucleation of receptor-mediated endocytosis. Proceedings of the National Academy of Sciences, 93: 1786-1791, 1996.

450. Sanchez, A., Gupta, R., Alonso, M., Siber, G., Langer, R. A pulsed controlled release system for potential use in vaccine delivery. J. Pharm. Sci., 85: 547-552, 1996.

451. Langer, R. Controlled release of a therapeutic protein. Nature Med., 2: 742-743, 1996.

452. Mooney, D, Kaufman, P., Sano, K., Schwendeman, S., McNamara, K., Schloo, B., Vacanti, J., Langer, R. Localized delivery of epidermal growth factor improves the survival of transplanted hepatocytes. Biotech. and Bioeng., 50: 422-429, 1996.

453. Sano, K., Cusick, R., Lee, H., Pollok, J., Kaufmann, P., Uyama, S., Mooney, D., Langer, R., Vacanti, J., Regenerative signals for hetertopic hepatocyte transplantation. Trans. Proc., 28: 1857-1858, 1996.

454. Ibarra, C., Langer, R., Vacanti, J., Tissue engineering: cartilage, bone, and muscle, in Yearbook of Cell and Tiss. Trans. 1996/1997, 1996, 235-245, Lanza R., Chick W., eds. The Netherlands: Kluwer Academic Publishers.

455. Brem, H. and Langer, R., Polymer-Based Drug Delivery to the Brain. Sci. Am.: Sci. and Med., 3: 52-61, 1996.

456. Johnson, M., Mitragotri, S., Patel, A., Blankschtein, D., Langer, R. Synergistic Effects of Chemical Enhancers and Therapeutic Ultrasound on Transdermal Drug Delivery. J. Pharm. Sci., 85: 7, 670-679, 1996.

457. Mooney, D., Mazzoni, C., Breuer, C., McNamara, K., Hern, D., Vacanti, J., Langer, R. Stabilized polyglycolic acid fiber-based devices for tissue engineering. Biomaterials, 17: 115-124, 1996.

458. Kost, J., Pliquett, U., Mitragotri, S., Yamamoto, A., Langer, R., Weaver, J., Synergistic Effect of Electric Field and Ultrasound on Transdermal Transport. Pharm. Res., 13: 4, 633-638, 1996.

459. Edwards, D., Schneck, F., Zhang, I., Davis, A., Chen. H., Langer, R. Spontaneous vesicle formation at lipid bilayer membranes. Biophys. J., 71: 1208-1214, 1996.

460. Schwendeman, S., Cardamone, M., Brandon, M., Klibanov, A., Langer, R., Stability of proteins and their delivery from biodegradable polymer microspheres, in Microspheres/ Microparticulates Charact. and Pharm. App., 1996, 1-49, H. Bernstein, S. Cohen, eds. Marcel Dekker, Inc. N.Y

461. Sasisekharan, R., Venkataraman, G., Godavarti, R., Ernst, S., Cooney, C., Langer, R. Heparinase I from Flavobacterium heparinum: The mapping and characterization of the heparin binding domain. J. Bio. Chem., 271: 3124-31, 1996.

462. Schwendeman, S., Costantino, H., Gupta, R., Tobio, M., Chang, A., Alonso, M., Siber, G., Langer, R. Strategies for stabilizing tetanus toxoid toward the development of a single-dose tetanus vaccine. Dev. in Bio. Standardization, 87: 293-306, 1996.

463. Li, W., Perzl, M., Heyder, J., Langer, R., Brain, J., Englemeir, K.H., Niven, R., Edwards, D. Aerodynamics and Aerosol Particle Deaggreation Phenomena in Model Oral-Pharyngeal Cavities.  J. Aerosol Sci., 27, 1269-1286, 1996.

464. Langer, R., Polymeric drug delivery systems, in Idea to Product: The Process, Elsevier Publishers, N. Alexander, Wentz, A. eds., 53-67, 1996.

465. Venkataraman, G., Sasisekharan, V., Herr, A., Ornitz, D., Waksman, G., Cooney, C., Langer, R. Sasisekharan, R. Preferential self-association of fibroblast growth factor is stabilized by heparin during receptor dimerization and activation Proceedings of the National Academy of Sciences, 93: 845-50, 1996.

466. Ernst, S., Venkataraman, G., Winkler, S., Godavarti, R., Langer, R., Cooney, C., Sasisekharan, R. Expression in Escherichia coli, purification, and characterization of heparinase I from flavobacterium heparinum. Biochem. J., 315: 589-97, 1996.

467. Johnson, M., Berk, D., Blankschtein, D., Golan, D., Jain, R., Langer, R. Lateral diffusion of small compounds in human stratum corneum and model lipid bilayer systems. Biophys. J., 71: 2656-2668, 1996.

468. Chen, H. and Langer, R. Polymerized liposomes as oral vaccine carriers: Stability and bioavailability. J. Cont. Rel., 42: 263-272, 1996.

469. Yaszemski, M., Payne, R,, Hayes, W., Langer, R., Mikos, A. Evolution of bone transplantation: molecular, cellular and tissue strategies to engineer human bone. Biomaterials, 17: 2, 175-185, 1996.

470. Mooney, D., Kim, B-S, Vacanti, J., Langer, R. Tissue engineering: Urogenital systems, in Textbook of Tissue Engineering. 1996, 587-596, Lanza, R., Chick, W., R. Langer, eds. Textbook of Tiss. Eng., Springer-Verlag, Berlin, Germany.

471. Pliquett, U., Zewert, T., Chen. T., Langer, R., Weaver, J. Imaging of fluorescent molecule and small ion transport through human stratum corneum during high-voltage pulsing: Localized transport regions are involved. J. Biophys. Chem, 58: 185-204, 1996.

472. Prausnitz, M., Gimm, J., Weaver, J., Guy, R., Langer, R., Cullander, C. Imaging regions of transport across human stratum corneum during high-voltage and low-voltage exposures. J. Pharm. Sci. 85: 1363-1370, 1996.

473. Edelman, E., Brown, L., Langer, R. Quantification of insulin release from implantable polymer-based delivery systems and augmentation of therapeutic effect with simultaneous release of somatostatin, J. Pharm. Sci., 85: 1271-75, 1996.

474. Brown, L., Edelman, E., Fischel-Ghodsian, F., Langer, R. Characterization of glucose-mediated insulin release from implantable polymers. J. Pharm. Sci., 85: 1341-45, 1996.

475. Costantino, H., Schwendeman, S., Griebenow, K., Klibanov, A., Langer, R. The Secondary Structure and Aggregation of Lyophilized Tetanus Toxoid. J. Pharm. Sci., 85: 1290-93, 1996.

476. Schwendeman, S., Costantino, H., Gupta, R., Langer, R. Progress and challenges for peptide, protein and vaccine delivery from implantable polymeric systems, in Cont. Drug Del.: The Next Generation, Park, K., ed., The American Chemical Society, Washington, 1996.

477. Kohn, J., Langer, R. Bioresorbable and bioerodible materials, in Biomaterials Science: An Introduction to Materials in Medicine, Ratner, B., Hoffman, A., Schoen, F., Lemons, J., eds., 1996, 64-72, Academic Press, New York, NY.

478. Chen, H., Langer, R. Lectin-bearing polymerized liposomes as potential oral vaccine carriers. Pharm. Research, 13: 1378-1383, 1996.

479. Hanes, J., Langer, R., Polymeric controlled release vaccine delivery systems, in Reproductive Immunology, R. Bronson, N. Alexander, D. Anderson, D., Branch, Kutteh, W., eds., Blackwell Scientific Publications, Inc., Boston, 647-664, 1996.

480. Moses, M., Marikovsky, M. Harper, J., Vogt, P., Eriksson, E., Klagsbrun, M., Langer, R. Temporal study of the activity of matrix metalloproteinases and their endogenous inhibitors during wound healing, J. Cell. Biochem., 60: 379-386, 1996.

481. Prausnitz, M., Lee, C., Liu, C., Pang, J., Singh, T., Weaver, J., Langer, R. Transdermal transport efficiency during skin electroporation and iontophoresis. J. Contr. Rel., 38: 205-217, 1996.

482. Mooney, D., Baldwin, D., Suh, N., Vacanti, H., Langer, R., A novel approach to fabricate porous sponges of poly(D,L-lactic-co-glycolic acid) without the use of organic solvents. Biomaterials, 17: 1417-1422, 1996.

483. Hrkach, J., Ou, J., Lotan, N., Langer, R. Poly(λ-lactic acid-co-amino acid) graft copolymers: A class of functional, biodegradable biomaterials, in Hydrogels and Biodegrad. Poly. for Bioapp.; 1996, 8: 93-102, Ottenbrite, R., Huang, S., Park, K., eds. ACS Symposium Series 627; ACS: Washington, DC

484. Shinoka, T., Ma, P., Shum-Tim, D., Breuer, C., Cusick, R., Zund, G., Langer, R., Vacanti, J., Mayer, J., Tissue-engineered heart valves: autologous valve leaflet replacement study in a lamb model. Sup. II Circulation, 94: 164-168, 1996.

485. Kline, D.F., Hanes, J., Langer, R., Adjuvant-active polymeric microparticles vaccine-delivery systems, in: Microparticulate Systems for the Delivery of Proteins and Vaccines, Cohen, S., and Bernstein, H., eds., Marcel Dekker, Inc. ,New York, 349-380, (1996)

486. Hanes, J., Chiba, M., Langer, R., Synthesis and characterization of degradable (anhydride-co-imide) terpolymers containing trimellitylimido-L tyrosine: novel polymers for drug delivery. Macromolecules, 29: 5279-5287, 1996.

487. Cohen, S., Bano, M. Cima, L., Allcock, H., Vacanti, J., Vacanti, C., Langer, R. Design of synthetic polymeric structures for cell transplantation and tissue engineering. Clinic. Mat., 13: 3-10, 1996.

488. Castillo J., Curley, J., Hotz, J., Uezono M., Tigner, J., Chasin, M., Langer, R., Berde C. Glucocorticoids prolong rat sciatic nerve blockade in vivo from bupivacaine microspheres. Anesthesiology, 85: 1157-1166, 1996.

489. Godavarti, R., Cooney, C., Langer, R., Sasisekharan, R., Heparinase I from Flavohacterium heparinum, Identification of a critical histidine residue essential for catalysis as probed by chemical modification and site directed mutagenesis. Biochemistry, 35: 6846-6852, 1996.

490. Kost, J., Pliquet, U., Mitragotri, S., Yamamoto, A., Langer, R., Weaver, J., Synergistic Effect of Ultrasound and Electroporation on Transdermal Drug Delivery Proceed. Intern. Symp. Control. Rel. Bioact. Mater., 23, 1996.

491. Mitragotri, S., Blankschtein, D., Langer, R., Transdermal Drug Delivery Using Low-Frequency Sonophoresis, Pharmaceutical Research, 13: 3, 411-420, 1996.

492. Mitragotri, S., Blankschtein, D., Langer, R., Sonophoresis: Enhanced Transdermal Drug Delivery by Application of Ultrasound, Encl. Of Pharm. Tech., Swarbrick, J., Boylan, J., Eds., 14: 103-122, 1996.

493. Anseth, K., Shastri, V., Laurencin, C., Langer, R., Photo-polymerization of novel degradable networks for orthopaedic applications, ACS Polymer Materials Society Science Proceedings, 74: 385-386, 1996

494. Godavarti, R., Davis, M., Venkataraman, G., Conney, C., Langer, R., Sasisekharan, R., Heparinase III from flavobacterium heparinum: cloning and recombinant expression in Escherichia coli, Biochemical and Biophysical Research Communications, 225: 751-758, 1996.

495. Gref, R., Minamitake, Y., Peracchia, M. and Langer, R., Poly(ethylene glycol)-coated biodegradable nanospheres for intravenous drug administration in: Microparticulate systems for the delivery of proteins and vaccines, 1996, 279-306. S. Cohen and H. Bernstein, Ed., Marcel Dekker, Inc. New York, NY.

496. Goepferich, A., Schedl, L., Langer, R., The precipitation of monomers during erosion of a class of polyanhydrides, Polymer, 37: 3861-3869, 1996.

497. Yaszemski, M., Payne, R., Hayes, W., Langer, R., Mikos, A., In vitro degradation of a poly(propylene fumarate)-based composite material, Biomaterials, 17: 2127-2130, 1996.

498. Schwendeman, S., Costantino, H., Gupta, R., Klibanov, A., Langer, R. Peptide, protein and vaccine delivery from implantable polymer systems, in: Controlled Drug Del.: Challenges and Strategies, 1997, 229-267. K Park, ed., American Chemical Society, Washington, DC.

499. Costantino, H., Liauw, S., Mitragotri, S. Langer, R., Klibanov, A., Sluzky, V. The pharmaceutical development of insulin: Historical perspectives and future directions. ACS Symposium Series, in: Therapeutic Protein and Peptide Form. and Del., Shahrokh, Z., Sluzky, V., Cleland, J.., Shire, S., Randolph, T., Eds., American Chemical Society, Washington, DC, 29-66, 1997.

500. Peter, S., Yaszemski, M., Suggs, L., Payne, R., Langer, R., Hayes, W., Unroe, M., Alemany, L., Engel, P., Mikos, A. Characterization of partially saturated poly(propylene fumarate) for orthopaedic application. J. Biomater. Sci., 8: 893-904, 1997.

501. Langer, R. Tissue engineering: A new field and its challenges. Pharmaceutical Research, 14, 840-841, 1997.

502. Chaignaud B., Langer, R., Vacanti, J. History of tissue engineering with synthetic scaffolds, in Synth. Biodegradable Poly. Scaffolds, 1-14, Atala, A., Langer, R., Mooney, D., Vacanti, J., eds., Boston: Birkhauser, 1997.

503. Kim, T., Lee, H., Utsunomiya, H., Ma, P., Langer, R., Schmidt, E., Vacanti, J., Enhanced survival of transgenic hepocytes expressing hepatocyte growth factor in heptocyte tissue engineering. Transplant Prot. 29, 858-860, 1997.

504. Chen, H., Langer, R. Magnetically-responsive liposomes as potential oral delivery vehicles. Pharmaceutical Research, 14, 537-50, 1997.

505. Costantino, H., Griebenow, K., Langer, R., A. Klibanov. On the pH memory of lyophilized compounds containing protein functional groups. Biotechnology and Bioengineering. 53: 345-348, 1997.

506. Uhrich, K., Thomas, T., Laurencin, C., Langer, R. In vitro degradation characteristics of poly(anhydride imides) containing trimellitylimidoglycine. Journal of Applied Polymer Science, 63: 1401-1411, 1997.

507. Costantino, H., Shieh, L., Klibanov, A., Langer, R. Heterogeneity of serum albumin samples with respect to solid-state aggregation via thiol-disulfide interchange-Implications for sustained release from polymers. Journal of Controlled Release, 44: 255-261, 1997.

508. Shakesheff, K., Evora, C., Soriano, M., Langer, R. The adsorption of poly(vinyl alcohol) to biodegradable microparticles studied by x-ray photoelectron spectroscopy (XPS). Journal of Colloid and Interface Science, 185: 538-547, 1997.

509. Ernst, S., Garro, O., Winkler, S., Venkataraman, G., Langer, R., Cooney, L., Sasisekharan, R. Process simulation for recombinant protein production: Cost estimation and sensitivity analysis for heparinase I expressed in Escherichia coli. Biotechnology and Bioengineering 53: 575-582, 1997.

510. Cook, A., Hrkach, J., Gao, N., Johnson, I., Pajvani, U., Cannizzaro, S., Langer, R. Characterization and development of RGD-peptide-modified poly(lactic acid-co-lysine) as an interactive, resorbable biomaterial. Journal of Biomedical Materials Research, 35: 513-523, 1997.

511. Mader, K., Bacic, G., Domb, A., Elamalak, O, Langer, R., Swartz, H. Noninvasive in vivo monitoring of drug release and polymer erosion from biodegradable polymers by EPR spectroscopy and NMR imaging. Journal of Pharmaceutical Science, 86: 126-134, 1997.

512. Narasimhan, B., Langer, R. Zero-order release of micro- and macromolecules from polymeric devices: The role of the burst effect. Journal of Controlled Release, 47: 13-20, 1997.

513. Peracchia, M., Gref, R., Minamintake, Y., Domb, A, Lotan, N., Langer, R. PEG-coated nanospheres form amphiphilic diblock and multiblock copolymers: Investigation of their drug encapsulation and release characteristics. Journal of Controlled Release, 46: 223-231, 1997.

514. Elisseeff, J. Anseth, K, Langer, R., Hrkach, J. Synthesis and characterization of photocrosslinked polymers based on poly(L-lactic acid-co-L-aspartic acid). Macromolecules, 30: 2182-2184, 1997.

515. Edwards, D., Hanes, J., Caponetti, G., Hrkach, J., Ben-Jebria, A, Eskew, M., Mintzes, J. Deaver, D., Lotan, N., Langer, R. Large porous aerosols for pulmonary drug delivery. Science, 276: 1868-1871, 1997.

516. Chiba, M., Hanes, J., Langer, R. Controlled Protein Delivery from Biodegradable Tyrosine-Containing Poly(anhydride-co-imide) Microspheres. Biomaterials, 18: 893-901, 1997.

517. Zund, G., Breuer, C., Shinoka, T., Ma, P., Langer, R., Mayer J., Vacanti, J. A novel approach for construction of a bioprosthetic heart valve. Eur. J. Cardio-thoracic Surg., 11: 493-497, 1997.

518. Schmidt, C., Shastri, V., Vacanti, J., Langer, R. Stimulation of neurite outgrowth using an electrically conducting polymer. Proceedings of the National Academy of Sciences, 94: 8948-8953, 1997.

519. Chen, H., Langer, R., Edwards, D. A film tension theory of phagocytosis. J. Colloid and Interfac. Sci., 190: 118-133, 1997.

520. Cook, A., Pajvani, U., Hrkach, J., Cannizzaro, S., Langer, R. Colorimetric analysis of surface reactive amino groups on poly(lactic acid-co-lysine): poly(lactic acids) blends. Biomaterials, 18: 1417-1424, 1997

521. Gupta, R., Alroy, J., Alonso, M., Langer, R., Siber, G. Chronic local tissue reactions, long term immunogenicity and immunologic priming of mice and guinea pigs to tetanus toxoid encapsulated in biodegradable polymer microspheres composed of poly lactide-co-glycolide polymers. Vaccine, 15: 1716-1723, 1997.

522. Cusick, R., Lee, H., Sano, K., Pollok, J., Utsunomiya, H, Ma, P., Langer, R., Vacanti, J. The effect of donor and recipient age on engraftment of tissue engineered liver. J. Pediatr. Surg., 32: 357-360, 1997.

523. Shinoka, T., Shum-Tim, S., Ma, P., Tanel, R., Langer, R., Vacanti, J., Mayer, J., Jr., Tissue-engineered heart valve leaflets. Does cell origin affect outcome? Circulation 1997; 96(suppl II): II-102-II-107.

524. Freed, L., Langer, R., Martin, I., Pellis, N., Vunjak-Novakovic, G. Tissue engineering of cartilage in space. Proceedings of the National Academy of Sciences, 94: 13885-13890, 1997.

525. Hanes, J., Cleland, J., Langer, R. New advances in microsphere-based single-dose vaccine. Adv. Drug Del. Rev., 28: 97-120, 1997.

526. Uhrich, K., Larrier, D., Laurencin, C., Langer, R. In vitro degradation characteristics of poly(anhydride imides) containing pyromellitylimidoalanine. J. Poly. Sci., 34: 1261-1269, 1997.

527. Mooney, D., Langer, R. Engineering biomaterials for tissue engineering to 10-100 micron scale, Bio. Engin. Handbook, Bronzino, J., ed., CRC Press, Boca Raton, FL, pp. 1609-1618, 1997.

528. Batycky, R., Hanes, J., Langer, R., Edwards, D. Theoretical model of erosion and macromolecular drug release from biodegrading microspheres. Journal of Pharmaceutical Science, 86: 1464-1477, 1997.

529. Mooney, D., Sano, K., Kaufmann, P., Majahod, K., Schloo, B., Vacanti, J., Langer, R. Long-term engraftment of hepatocytes transplanted on biodegradable polymer sponges. Journal of Biomedical Materials Research, 37: 413-420, 1997.

530. Johnson, M., Blankschtein, D., Langer, R. Evaluation of solute permeation through the stratum corneum: lateral bilayer diffusion as the primary transport mechanism. Journal of Pharmaceutical Science, 86: 1162-1172, 1997.

531. Mitragotri, S., Blankschtein, D., Langer, R. An explanation for the variation of the efficacy of sonophoresis from drug to drug. Journal of Pharmaceutical Science, 86: 1190-1192, 1997.

532. Niklason, L., Langer, R. Advances in tissue engineering of blood vessels and other tissues. Transplant Immun., 5: 303-306, 1997.

533. Constantino, R., Liauw, S., Mitragotri, S., Klibanov, A., Langer, R., Sluzky, V. Pharm. developments of insulin, in Therapeutic Protein and Peptide Form. and Del., ACS Symposium Series, Shahrokh, Z., Sluzky, V., Cleland, J., Shrine, S., Randolph, T., Eds., 29-66, 1997.

534. Shastri, V.R., Hildgen, P., Langer, R. Najajrah, Y., Ringel, I., Domb, A. Other polyesters, in Handbook of Biodegrad. Poly., A. Domb, J. Kost, D. Wiseman, eds. Harwood Academic Publishers, 119-134, (1997)

535. Domb, A., Elmalak, O., Shastri, V., Ta-Shma, Z., Masters, D., Ringel, I., Teomim, D., and Langer, R. Polyanhydrides, in Handbook of Biodegradable Poly. A. Domb, J. Kost, D. Wiseman, eds., Harwood Academic Publishers, 135-159, 1997

536. Mitragotri, S., Blankschtein, D., Langer, R., An Explanation for the Variation of the Sonophoretic Transdermal Transport Enhancement from Drug to Drug, Journal of Pharmaceutical Science, 86: 10, 1190-92, 1997.

537. Shastri, V., Tarcha, P., Padera, R., Langer, R., Biocompatibility of photo-cured polyanhydrides for orthopedic and dental applications, Proceeding of Surfaces in Biomaterials, 52-56, 1997.

538. Dillow, A., Dehghani, F., Foster, N., Hrkach, J., Langer, R., Production of polymeric support materials using a supercritical fluid gas anti-solvent process, ISSF Proceedings, A: 247-250, 1997.

539. Elisseeff J, McIntosh W, Langer R., Synthesis of succinic acid PEO hydrogels and their use as controlled release vehicles, Abs. of papers of the American Chemical Society, PMSE Part II, 213: 136, 1997.

540. Gao, J., Niklason, L., Zhao, X., Langer, R. Surface modification of polyanhydrides microsphere, Journal of Pharmaceutical Science, 87: 2, 246-248, 1998.

541. Evora, C., Soriano, I., Rogers, R., Hanes, J., Shakesheff, K., Langer, R. Relating the phagocytosis of microparticles by alveolar macrophages to surface chemistry: The effect of 1,2-dipalmitoylphosphatidylcholine, Journal of Controlled Release, 51: 143-152, 1998

542. Langer, R., Drug delivery and targeting, Nature, 392 (Supp): 5-10, 1998.

543. Shinoka, T., Shum-Tim, D., Ma, P., Tanel, R., Isogai, N., Langer, R., Vacanti, J., Mayer, J.E. Creation of viable pulmonary artery autografts through tissue engineering, J. Thor. and Cardiovasc. Surg. 115:3, 536-546, 1998.

544. Vunjak-Novakovic G., Obradovic B., Bursac P., Martin, I., Langer R. Freed L. Dynamic cell seeding of polymer scaffolds for cartilage tissue engineering. Biotechnol. Prog. 14: 193-202, 1998.

545. Freed, L., Hollander, A., Martin, I., Barry, J., Langer, R., Vunjak-Novakovic, G. Chondrogenesis in a cell-polymer-bioreactor system, Exper. Cell Res., 240: 58-65, 1998.

546. Pollock, J., Kluth, D., Cusick, R., Lee, H., Utsunomiya, H., Ma, P., Langer, R., Broelsch, C., Vacanti, J., Formation of spheroidal aggregates of hepatocytes on biodegradable polymers under continuous-flow bioreactor conditions. European Journal of Pediatr. Surg. Vol. 8: 195-199, 1998.

547. Hanes, J., Chiba, M., Langer, R. Degradation of porous poly(anydride-co-imide) microspheres and implications for controlled macromolecule delivery, Biomaterials, 19: 163-172, 1998.

548. Cannizzaro, S., Padera, R., Langer, R., Rogers, R., Black, F., Davies, M., Tendler, S., Shakesheff, K., A novel biotinylated degradable polymer for cell-interactive applications. Biotechnology and Bioengineering, 58: 529-535 1998.

549. Kohane, D., Yieh, J., Lu, N., Langer, R., Strichartz, G., Berde, C. A re-examination of tetrodotoxin for prolonged duration local anesthesia. Anesthesiology, 89: 119-131 1998.

550. Schwendeman, S., Tobio, M., Joworowicz, M., Alonso, J., Langer, R. New strategies for the microencapsulation of tetanus vaccine. J. Microencapsulation, 15: 299-318 1998.

551. Costantino, J., Schwendeman, S., Langer, R., Klibanov, A. Deterioration of lyophilized pharmaceutical proteins. Biochem. (Moscow), 63: 357-363 1998.

552. Ibim, S., Uhrich, K., Bronson, R., El-Amin, S.F., Langer, R., Laurencin, C. Poly(anhydride-co-imides): in vivo biocompatibility in a rat model. Biomaterials, 19: 941-951, 1998.

553. Hadlock, T., Elisseeff, J., Langer, R., Vacanti, J., Cheney, M. A tissue-engineered conduit for peripheral nerve repair. Archives Otolaryngol Head & Neck Surg, 124(10): 1081-1086, 1998.

554. Shakesheff, K., Cannizzaro, S., Langer, R. Creating biomimetic micro-environments with synthetic polymer-peptide hybrid molecules. Journal of Biomaterials Science-Polymer Edition, 9: 507-518 1998.

555. Shastri, V., Marini, R., Padera, R., Kirchain, S., Tarcha, P., Langer, R. Osteocompatibility of photopolymerizable anhydride networks. Mats. Res. Soc. Symp. Proc., 530: 93-98, 1998.

556. Marler, J., Upton, J., Langer, R., Vacanti, J. Transplantation of cells in matrices for tissue regeneration. Adv. Drug Del. Rev., 33: 165-182, 1998.

557. Riesle, J., Hollander, A., Langer, R., Freed, L., Vunjak-Novakovic, G., Collagen in tissue-engineered cartilage: types, structure, and crosslinks. J. Cell. Biochem., 71: 313-327, 1998.

558. Chen, H., Langer, R. Oral particulate delivery: status and future trends. Adv. Drug Del., 34, 339-350, 1998.

559. Gao, J., Niklason, L., Langer, R. Surface hydrolysis of poly(glycolic acid) meshes increases the seeding density of vascular smooth muscle cells. Journal of Biomedical Materials Research, 42: 417-424, 1998.

560. Ma, P., Langer, R. Fabrication of bioegradable polymer foams for cell transplantation and tissue engineering. Methods in Molecular Medicine, 18: 47-56, J. Morgan and M.L. Yarmush (eds), Humana Press, Totowa, NJ, 1998.

561. Ibim S., Uhrich K., Attawia M, Shastri V., El-Amin S., Bronson R., Langer R., Laurencin CT, Preliminary in vivo report on the osteocompatibility of poly(anaydride-co-imides) evaluated in a tibial model. Journal of Biomedical Materials Research, 43: 374-379, 1998.

562. Tobio, M., Gref, R., Sanchez, A., Langer, R., Alonso, M., Stealth PLA-PEG nanoparticles as protein carriers for nasal administration. Pharmaceutical Research, 15: 270-275, 1998.

563. Chen, T., Langer, R., Weaver, J. Skin electroporation causes molecular transport across the stratum corneum through localized transport regions. Journal of Investigative Dermatology, 3: 159-165, 1998.

564. Patel, N., Padera, R., Sanders, G., Cannizzaro, S., Davies, M., Langer, R., Roberts, C., Tendler, S., Williams, P., Shakesheff, K. Spatially controlled cell engineering on biodegradable polymer surfaces. FASEB Journal, 12: 1447-1457, 1998.

565. Chen, T., Segall, E., Langer, R., Weaver, J. Skin electroporation: rapid measurements of the transdermal voltage and the flux of four fluorescent molecules show a transition to large fluxes near 50v. Journal of Pharmaceutical Science, 87: 1368-1374, 1998.

566. Uhrich, K., Ibim, S., Larrier, D., Langer, R., Laurencin, C., Chemical changes during in vivo degradation of poly(anhydride-imide) matrices, Biomaterials 19, 2045-2050, 1998.

567. Riesle, J., Hollander, A., Langer, R., Freed, L., Vunjak-Novakovic, G., Collagen in tissue-engineered cartilage: types, structure and crosslinks. Journal of Cellular Biochemistry, 71, 313-327, 1998

568. Gooch, K.J., Blunk, T., Vunjak-Novakovic, G., Langer, R., Freed, L., Mechanical forces and growth factors utilized in tissue engineering, "Frontiers in Tissue Engineering," Ch. II.3, Pergamon Press, Oxford, U.K. ; New York, NY, U.S.A., 1998.

569. Moses, M., Weiderschain, D., Wu, I., Fernandez, C., Ghazizadeh, V., Lane, W., Flynn, E., Sytkowski, A., Tao, T., Langer, R. Troponin I is present in human cartilage and inhibits angiogenesis. Proceedings of the National Academy of Sciences, 96: 2645-2650, 1999.

570. Stading, M., Langer, R. Mechanical shear properties of cell-polymer cartilage constructs. Tissue Engineering, 5: 3, 241-250, 1999.

571. Chen, T., Langer, R., Weaver, J. Charged microbeads are not transported across the human stratum corneum in vitro by short high-voltage pulses. Bioelectrochemistry and Bioenergetics, 48: 181-192, 1999.

572. Ben-Jebria, A., Chen, D., Eskew, M., Vanbever, R., Langer, R., Edwards, D. Large porous particles for sustained protection from carbachol-induced bronchoconstriction in guinea pigs. Pharmaceutical Research 16: 555-561, 1999.

573. Ma, P., Langer, R. Morphology and mechanical function of long-term in vitro engineered cartilage. Journal of Biomedical Materials Research, 44: 217-221, 1999.

574. Caponetti, G., Hrkach, J., Kriwet, B., Poh, M., Lotan, N., Colombo, P., Langer, R. Microparticles of novel poly(lactic acid-co-amino acid) graft copolymers: Preparation and characterization, Journal of Pharmaceutical Science, 88: 136-141, 1999.

575. Ando, S., Putnam, D., Pack, D., Langer, R. PLGA microspheres containing plasmid DNA:  Preservation of supercoiled-DNA via cryopreparation and carbohydrate stabilization. Journal of Pharmaceutical Science, 88: 126-130, 1999.

576. Santini, J., Cima, M., Langer, R. A controlled-release microchip, Nature, 397: 335-338, 1999.

577. Ameer, G., Grovender, E., Obradovic, B., Cooney, C., Langer, R. RTD Analysis of a novel taylor-couette flow device for blood detoxification. AIChE Journal, 45: 3, 633-638, 1999.

578. Zewert, T., Pliquett, U., Vanbever, R., Langer, R., Weaver, J. Creation of transdermal pathways for macromolecule transport by skin electroporation and a low toxicity, pathway-enlarging molecule. Bioelectrochem. Bioenerget. 49: 11-20, 1999.

579. Ameer, G.A., Harmon, W., Sasisekharan, R., Langer, R. Investigation of a whole blood fluidized bed taylor-couette flow device for enzymatic heparin neutralization. Biotechnology and Bioengineering, 62: 602-608, 1999.

580. Kohane, D., Kuang, Y., Nu, T., Langer, R., Strichartz, G., Berde, C. Vanilloid receptor agonists potentiate the *in vivo* local anesthetic activity of percutaneously injected site 1 soldium channel blockers. Anesthesiology, 90: 2, 524-534, 1999.

581. Pack, D., Putnam, D., Langer, R. Design of imidazole-containing endosomolytic biopolymers for gene delivery. Biotechnology and Bioengineering, 67: 217-223, 1999.

582. Elisseeff, J., Anseth, K., Sims, W., McIntosh, W., Randolph, M., Langer, R., Transdermal photopolymerization for minimally invasive implantation. Proceedings of the National Academy of Sciences, 96: 3104-3107, 1999.

583. Niklason, L., Gao, J., Abbott, W., Hirschi, K., Houser, S., Marini, R., Langer, R. Functional arteries grown *in vitro*, Science, 284: 489-493, 1999.

584. Anseth, K., Shastri, V., Langer, R. Photopolymerizable degradable polyanhydrides with osteocompatibility. Nature Biotechnology, 17: 156-159, 1999.

585. Vunjak-Novakovic, G., Martin, I., Obradovic, B., Treppo, S., Grodzinsky, A., Langer, R., Freed, L. Bioreactor cultivation conditions modulate the composition and mechanical properties of tissue engineered cartilage. Journal of Orthopaedic Research, 17: 1, 130-138, 1999.

586. Sinisterra, R., Shastri, V., Najjar, R., Langer, R. Encapsulation and release of rhodium (II) citrate and its association complex with hydroxypropyl-B-cyclodextrin from biodegradable polymer Microspheres. Journal of Pharmaceutical Science, 88:5, 574-576, 1999.

587. Ameer, G., Barabino, G., Sasisekharan, R., Harmon, W., Cooney, C., Langer, R. *Ex vivo* evaluation of a novel taylor-couette flow, immobilized heparinase I device for clinical application. Proceedings of the National Academy of Sciences, 96: 2350-2355, 1999.

588. Fu, K., Griebenow, K., Hsieh, L., Klibanov, A., Langer, R. FTIR characterization of the secondary structure of proteins encapsulated within PLGA mircrospheres. Journal of Controlled Release, 58: 3, 357-366, 1999.

589. Zelikin, A., Shastri, V., Langer, R. Facile synthesis of 3-alkylpyrroles. Journal of Organic Chemistry, 64: 9, 3379-3380, 1999.

590. Langer, R., Vacanti, J. Tissue engineering: the challenges ahead. Scientific American, 280: 62-65, 1999.

591. Putnam, D., Langer, R. Poly(4-hydroxy-L-proline ester): low-temperature polycondensation and plasmid DNA complexation. Macromolecules, 32: 11, 3658-3662, 1999.

592. Shakesheff, K., Davies, M., Langer, R. Surface characterization methods. J. Biomat. Sci., 9: 507-518, 1999.

593. Attawia, M., Herbert, K., Uhrich, K., Langer, R., Laurencin, C. Proliferation, morphology, and protein expression by osteoblasts cultured on poly(anhydride-co-imides). Journal of Biomedical Materials Research, 48: 322-327, 1999.

594. Kost, J., Mitragotri, S., Langer, R. Phonophoresis, in Percutaneous Absorption: Drugs-Cosmetics-Mechanisms-Method, edited by Robert L. Bronaugh, Howard I. Maibach, Vol. 97, 3rd Edition, p. 615-631, 1999.

595. Dillow, A., Dehghani, F., Hrkach, J., Foster, N., Langer, R. Bacterial inactivation by using near- and supercritical carbon dioxide. Proceedings of the National Academy of Sciences, 96: 10344-10348, 1999.

596. Elisseeff, J., Winnette, M., Anseth, K., Langer R. Cogelation of hydrolyzable cross-linkers and poly(ethylene oxide) dimethacrylate and their use as controlled release vehicles, in Intelligent Mat. for Cont, Rel: ACS Symp. Ser. 728: 1-13, Dinh, S., DeNuzzio, J., Comfort, A., eds. 1999.

597. Vanbever, R., Ben-Jebria, A., Mintzes, J., Langer, R., Edwards, D. Sustained release of insulin from insoluble inhaled particles. Drug Delivery Research, 48: 178-185, 1999.

598. Vacanti, J. and Langer, R., Tissue engineering: The design and fabrication of living replacement devices for surgical reconstruction and transplantation, Lancet 354: 32-34, 1999.

599. Carrier, R., Papadaki, M., Rupnick, M., Schoem, F.J., Bursac, N., Langer, R., Freed, L., Vunjak-Novakovic, G. Cardiac tissue engineering: cell seeding, cultivation parameters, and tissue construct characterization. Biotechnology & Bioengineering 64: 580-589, 1999.

600. Vanbever, R., Mintzes, J., Wang, J., Nice, J., Chen, D., Batycky, R., Langer, R., Edwards, D. Formulation and physical characterization of large porous particles for inhalation. Pharmaceutical Research, 16: 1735-1742, 1999.

601. Weaver, J., Langer, R. Electrochemical creation of large aqueous pathways: an approach to transdermal drug delivery. Progress in Dermatology, 33: 1-10, 1999.

602. Mitragotri, S., Johnson, M., Blankschtein, D., Langer, R. An analysis of the size selectivity of solute partitioning, diffusion, and permeation across lipid bilayers. Biophysical Journal, 77: 1268-1283, 1999.

603. Langer, R. Selected advances in drug delivery and tissue engineering. Journal of Controlled Release, 62: 7-11, 1999.

604. Uhrich, K., Cannizzaro, S., Langer, R., Shakesheff, K. Polymeric systems for controlled drug release. Chemical Reviews, 99: 3181-3198, 1999.

605. Ameer, G., Raghavan, S., Sassisekharan, R., Cooney, C., Harmon, W., Langer, R. Regional heparinization via Simultaneous separation and reaction in a novel taylor-couette flow device, Biotechnology and Bioengineering, 63: 618-624, 1999.

606. Papadaki, M., Langer, R. Cardiomyoplasty: Cellular tissue engineering approaches, Basic and Appl. Myology, 9: 151-159, 1999.

607. Stading, M., Langer, R. Rheological properties and microstructure of tissue engineered cartilage, The Wiley Polymer Networks Group Review Series Volume 2: Synthetic Versus Biological Networks, Stokke, B.T., Elgsaeter, A., eds., Wiley, 404-414, 1999.

608. Elisseeff, J., Anseth, K., Sims, D., McIntosh, W., Randolph, M., Yaremchuk, M., Langer, R. Transdermal Photopolymerization of PEO-based injectable hydrogels for tissue engineered cartilage. Plastic and Reconstructive Surgery, 104: 1014-1022, 1999.

609. Bryant, S., Martens, P., Elisseeff, J., Randolph, M., Langer, R., and Anseth, K. Transtissue photopolymerization of Poly(Vinyl Alcohol) hydrogels, The Wiley Polymer Networks Group Review Series Volume 2: Synthetic Versus Biological Networks, vol 2, Stokke, B.T., Elgsaeter, A., eds., 395, Wiley, New York, 1999.

610. Weaver, J., Pliquett, U., Zewart, T., Vanbever, R., Herndon, T., Gowrishankar, T., Chen, T., Prausnitz, M., Vaughan, T., Chizmadzhev, Y., Preat, V., Langer, R. Recent advances in skin electroporation: mechanism and efficacy, Elec. And Magnetism in Bio. And Med., F. Bersani, ed. New York: Plenum Press, 149-152, 1999.

611. Patel, N., Sanders, G.H.W., Shakesheff, K.M, Cannizzaro, S.M., Davies, M.C., Langer, R., Roberts, C.J., Tendler, S.J.B., Williams, P.M. Atomic force microscopy analysis of highly defined proteins formed by microfluidic networks. Langmuir, 15: 7252-7257, 1999.

612. Shakesheff, K.M, Davies, M.C., Langer,R. The use of XPS in surfactant surface analysis. Surfactant Science Series Volume 87: Surface Characterization Methods: Principles, Techniques, and Applications, Milling, A., ed., CRC, 143-172, 1999.

613. Black, R., Hartshorne, M., Davies, M., Roberts, C., Tendler, S., Williams, P., Shakesheff, K., Cannizzaro, S., Kim, I., Langer, R. Surface engineering and surface analysis of a biodegradable polymer with biotinylated end-groups. Langmuir, 15: 3157-3161, 1999.

614. Shum-Tim, D., Stock, U., Hrkach, J., Shinoka, T., Lien, J., Moses, M., Stamp, A., Taylor, G., Moran, A., Landis, W., Langer, R., Vacanti, J., Mayer, J.E. Tissue engineering of autologous aorta using a new biodegradable polymer. Annals of Thoracic Surgery, 68: 2298-2304, 1999.

615. Domb, A., Langer, R., Poly(erucic acid dimer anhydride), Polymer Data Handbook, pgs. 457-459, Mark, J., Ed., 1999, Oxford University Press.

616. Fu, K., Klibanov, A., Langer, R. Protein stability in controlled release systems, Nature Biotech., 18: 24-25, 2000.

617. Kost, J., Mitragotri, S., Gabbay, R., Pishko, M., Langer, R. Transdermal monitoring of glucose and other analytes using ultrasound. Nature Medicine, 6: 347-350, 2000.

618. Kim, B., Langer, R., Hrkach, J. Biodegradable photo-crosslinked poly (ether-ester) networks for lubricious coatings. Biomaterials, 21: 259-265, 2000.

619. Langer, R. Tissue engineering. Mol. Therapy, 1:12-15, 2000.

620. Mitragotri, S., Farrell, J., Tang, H., Terahara, T., Kost, J., Langer, R. Determination of the threshold energy for ultrasound-induced transdermal drug delivery. Journal of Controlled Release, 63: 41-52, 2000.

621. Tobio, M., Schwendeman, S., Guo, Y., McIver, J., Langer, R., Alonoso, M. Improved immunogenicity of a core-coated tetanus toxoid delivery system, Vaccine, 18: 618-622, 2000.

622. Fu, K., Pack, D., Klibanov, A., Langer, R. Visual evidence of acidic environment within degrading PLGA microspheres. Pharmaceutical Research 17: 100-106, 2000.

623.   Langer, R., Biomaterials, Status, Challenges, and Perspectives. AIChE Journal, 46: 1286-1289, 2000.

624.   Shastri, V., Martin, I., Langer, R. Macroporous polymer foams by hydrocarbon templating, Proceedings of the National Academy of Sciences, 97: 1970-1975, 2000.

625.   Elisseeff, J., McIntosh, W., Ragan, P., Anseth, K., Riley, S., Langer, R. Photoencapsulation of chondrocytes in poly(ethylene oxide)-based semi interpenetrating networks. Journal of Biomedical Materials Research, 51: 164-171, 2000.

626.   Santini, J., Richards, A., Scheidt, R., Cima, M., Langer, R. Microchips as controlled release devices. Angewandte Chemie, 39: 2396-2407, 2000.

627.   Santini, J., Richards, A., Scheidt, R., Cima, M., Langer, R. Microchip technology in drug delivery. Annals of Medicine, 32: 377-379, 2000.

628.   Mitragotri, S., Coleman, M., Kost, J., Langer, R. An analysis of ultrasonically extracted interstitial fluid as a predictor of blood glucose levels. J. Appl. Physiol., 89: 961-966, 2000.

629.   Lu, L., Peter, S., Lyman, M., Lai, H., Leite, S., Tamada, J., Vacanti, J., Langer, R., Mikos, A. In vitro degradation of porous poly(L-lactic acid) foams. Biomaterials, 21: 1595-1605, 2000.

630.   Lu, L., Peter, S., Lyman, M., Lai, H., Leite, S., Tamada, J., Uyama, S., Vacanti, J., Langer, R., Mikos, A. In vitro and in vivo degradation of porous poly(DL-lactic-co-glycolic acid) foams. Biomaterials, 21: 1837-1845, 2000.

631.   Langer, R. Biomaterials in drug delivery and tissue engineering: One laboratory's experience. Accounts of Chemical Research, 33: 94-101, 2000.

632.   Langer, R., New tissues for old. Chemistry in Britain, 36: 32-34, 2000.

633.   Mitragotri, S., Kost, J., Langer, R. Enhancement of transdermal transport through a synergistic effect of ultrasound and other enhancers, in Handbook of Pharm. Cont. Rel. Tech., Wise, D. ed., Marcel Dekker, 607-616, 2000.

634.   Mitragotri, S., Langer, R., Kost, J. Ultrasound for modulation of skin transport properties, in Biomaterials Engineering and Devices: Human Applications. Wise, D., ed., Trantolo, D., Altobeli, D., Yazemski, M., Wnek, G., and Gresser, J. Marcel Dekker, 843-854, 2000.

635.   Mitragotri, S., Ray, D., Farrell, J., Tang, H., Yu, B., Kost, J., Blankschtein, D., Langer, R. Synergistic effect of low-frequency ultrasound and Sodium Lauryl Sulfate on transdermal transport. Journal of Pharmaceutical Sciences, 89, 892-900, 2000.

636.   Mitragotri, S., Kost, J., Langer, R. Non-invasive drug delivery and diagnostics using low-frequency sonophoresis. Recent Advances and Research Updates in Medicine, 1, 43-48, 2000.

637.   Mitragotri, S., Coleman, M., Kost, J., Langer, R. Transdermal extraction of analytes using low-frequency ultrasound. Pharmaceutical Research 17, 466-470, 2000.

638.   Schaefer, D., Martin, I., Shastri, P., Padera, R., Langer, R., Freed, L., Vunjak-Novakovic. In vitro generation of osteochondral composites. Biomaterials, 21: 2599-2606, 2000.

639.   Lynn, D., Langer, R. Degradable poly(β-amino esters): synthesis, characterization, and self-assembly with plasmid DNA, J. Am. Chem. Soc., 122: 10761-10768, 2000.

640.   Chen, T., Langer, R., Weaver, J., Transdermal drug delivery by skin electroporation, in Handbook of Pharm. Cont. Rel. Tech., Wise, D. ed., Marcel Dekker, 2000, 597-605.

641.   Langer, R. Tissue engineering: Status and challenges. The Journal of Regen. Med., 1: 5-6, 2000.

642.   Kost, J., Mitragotri, S., Gabbay, R., Pishko, M., Langer, R. Non-Invasive Blood Glucose Measurement Using Ultrasound. Nature Medicine, 6: 347-350, 2000.

643.   Mitragotri, S., Coleman, M., Kost, J., Langer, R. Non-invasive blood analyte extraction using ultrasound. Pharmaceutical Research, 17: 467-470, 2000.

644.   Kohane, D., Lipp, M., Kinney, R., Lotan, N., Langer, R. Sciatic nerve blockade with lipid-protein-sugar particles containing bupivacaine. Pharmaceutical Research, 17: 1243-1249, 2000.

645.   Patel, N., Bhandari, R., Shakesheff, K.M., Cannizzaro, S., Davies, M., Langer, R., Roberts, C., Tendler, S., Williams, P., Printing Patterns for Biospecifically Adsorbed Proteins, Journal of Biomaterials Science Polymer Edition, 11: 319-331, 2000.

646.   Crumpler, E., Venkataraman, G. and Langer, R., Cellular delivery of PNA via de novo designed template assembled porating peptides (Molecular TAPP):  Targeting Telomerase?, Advances in Gene Technology: DNA, RNA and Cancer, 11: 79, 2000.

647.   Chen, T., Langer, R., and Weaver, J., An in vitro system for measuring the transdermal voltage and molecular flux across the skin in real time, in Electrically Med. Del. of Molec. to Cells: Electrochemotherapy, Electrogenetherapy,

and Transderm. Del. by Electroporation, Meth. in Molec. Med. Series, M. Jaroszeski, R. Gilbert, Heller, R., eds., Totowa, N.J., The Humana Press, Inc., 407, 2000.

648. Papadaki, M., Mahmood, T., Gupta, P., Classe, M., Grijpma, D., Riesle, J., van Blitterswijk, C., Langer, R. The different behaviors of skeletal muscle cells and chondrocytes on PEGT/PBT block copolymers are related to the surface properties of the substrate, Journal of Biomedical Materials Research, 54: 47-58, 2001.

649. Gooch, K.J., Kwon, J.H., Blunk, T., Langer, R., Freed, L.E., Vunjak-Novakovic, G., Effects of mixing intensity on tissue-engineered cartilage. Biotechnology and Bioengineering 72, 4: 402-407, 2001.

650. Putnam, D., Gentry, C., Pack, D., Langer, R., Polymer-based gene delivery with low cytotoxicity by a unique balance of side chain termini. Proceedings of the National Academy of Sciences, 98: 3, 1200-1205, 2001.

651. Hirosue, S., Muller, B., Mulligan R., Langer, R. Plasmid DNA encapsulation and release from solvent diffusion nanospheres. Journal of Controlled Release, 70: 231-242, 2001.

652. Lendlein, A, Schmidt, A.M., Langer, R. AB-Polymer networks based on oligio($\varepsilon$-caprolactone) segments showing shape memory properties, Proceedings of the National Academy of Sciences, 98: 3, 842-847, 2001.

653. Niklason, L., Langer, R. Prospects for Organ and Tissue Replacements. J. Am. Med. Assoc. 285: 573-576, 2001.

654. Tang, H., Mitragotri, S., Blankschtein, D., Langer, R. Theoretical description of transdermal transport of hydrophilic permeants: application to low-frequency sonophoresis, Journal of Pharmaceutical Sciences, 90: 545-568, 2001.

655. Martin, I., Shastri, V., Padera, R., Yang, J., Mackay, A., Langer, R., Vunjak-Novakovic, G., Freed, L. Selective differentiation of mammalian bone marrow stromal cells cultured on three-dimensional polymer foams. Journal of Biomedical Materials Research. 55: 229-235, 2001.

656. Niklason, L., Abbott, W., Gao, J., Klagges, B., Hirschi, K., Ulubayram, K., Conroy, N., Jones, R., Vasanwala, A., Sanzgiri, S., Langer, R. Morphologic and mechanical characteristics of engineered bovine arteries. J. Vasc. Surg. 33: 628-638, 2001.

657. Papadaki, M., Bursac, N. Langer, R., Merok, J., Vunjak-Novakovic, G., Freed. L.E., Tissue engineering of functional cardiac muscle:  Molecular, structural and electrphysiological evaluations, Amer. J. of Heart Circ. Physiol., 280: H168-H178, 2001.

658. Lesniak, M., Langer, R., Brem, H. Drug delivery to tumors of the central nervous system. Current Neurology & Neuroscience Reports, 1, 210-216, 2001.

659. Choi, W.S., Krishnamurthy, G.G., Edwards, D.A. Langer, R., Klibanov, A.M., Inhalation delivery of proteins from ethanol suspensions, Proceedings of the National Academy of Sciences, 98: 11103-11107, 2001.

660. Yu, B., Dong, C., So, P.T.C., Blankschtein, D., Langer, R. In vitro visualization and quantification of oleic acid induced changes in transdermal transport using two-photon fluorescence microscopy. Journal of Investigative Dermatology, 117, 16-25, 2001.

661. Ameer, G., Grovender, E., Ploegh, H., Ting, D., Owen, W., Rupnick, M., Langer, R. A novel immunoadsorption device for removing $\beta$2 microglobulin from whole blood. Kidney International, 59, 1544-1550, 2001.

662. Mathiowitz, E., Jacob, J., Jong, Y., Hekal, T., Spano, W., Guemonprez, R., Klibanov, A., Langer, R. Novel desiccants based on designed polymeric blends, Journal of Applied Polymer Science, 80, 317-327, 2001.

663. Lavik, E., Hrkach, J., Lotan, N., Nazarov, R., Langer, R. A simple synthetic route to the formation of a block copolymer of poly(lactic-co-glycolic acid) and polylysine for the fabrication of functionalized, degradable structures for biomedical applications. Journal of Biomedical Materials Research, 58: 291-294, 2001.

664. Lahann, J., Hocker, H., Langer, R. Synthesis of Amino [2.2]paracyclophanes, Beneficial Monomers for Bioactive Coating of Medical Implant Materials. Angewandte Chemie, 40, 726-728, 2001.

665. Choi, I., Langer, R. Surface-Initiated Polymerization of L-Lactide: Coating of Solid Substrates with a Biodegradable Polymer. Macromolecules, 34: 5361-5363, 2001.

666. Grovender, E., Cooney, C., Langer, R., Ameer, G. Modeling the Mixing Behavior of a Novel Fluidized Extracorporeal Immunoadsorber.  Chemical Engineering Science, 56: 5437-5441, 2001.

667. Perez, C., Sanchez, A., Putnam, D., Ting, D., Langer, R., Alonso, M.J. Poly(lactic acid)-poly(ethylene glycol) nanoparticles as new carriers for the delivery of plasmid DNA. Journal of Controlled Release, 75: 211-224, 2001.

668. Lahann, J., Choi, I., Lee, J., Jensen, K., Langer, R. A new method toward microengineered surfaces based on reactive coating. Angewandte Chemie, 40: 3166-3169, 2001.

669. Lynn, D., Amiji, M., Langer, R. pH-responsive polymer microsphere: Rapid release of encapsulated material within the range of intracellular pH. Angewandte Chemie, 40: 1707-1710, 2001.

670. Lynn, D., Anderson, D., Putnam, D., Langer, R., Accelerated discovery of synthetic transfection vectors:  Parallel synthesis and screening of a degradable polymer library, Journal of the American Chemical Society, 123:  8155-8156, 2001.

671. Langer, R., Perspectives:  Drug delivery – Drugs on target, Science, 293:  58-59, 2001.

672. Ameer, G., Mahmood, T., Langer, R., A biodegradable composite scaffold for cell transplantation. Journal of Orthopaedic Research, 20:  16-19, 2001.

673. Lahann, J. and Langer, R., Surface-initiated ring opening polymerization of ε-Caprolactone from a patterned poly[(hydroxymethyl)-p-xylylene]. Macromolec. Rapid Comm., 22:  968-971, 2001.

674. Ameer, G., Crumpler, E., Langer, R., Cell killing potential of a water-soluble radical initiator, Intl. J. of Cancer, 93:  875-879, 2001.

675. Elisseeff, J., McIntosh, W., Fu, K., Blunk, T., Langer, R. Controlled-release of IGF-I and TGF-β1 in a photopolymerizing hydrogel for cartilage tissue engineering. Journal of Orthopaedic Research, 19: 1098-1104, 2001.

676. Tarcha, P., Su, L., Baker, T., Langridge, D., Shastri, V., Langer, R., Stability of Photo-Curable Anhydrides:  Methacrylic Acid Mixed Anhydrides of Non-Toxic Diacids. Journal of Polymer Science. 39: 4189-4195, 2001.

677. Kohane, D., Lipp, M., Kinney, R., Anthony, D., Louis, D., Lotan, N., Langer, R. Biocompatibility of lipid-protein sugar particles containing bupivacaine in the epineurium, J. Biomat. Research, 59: 450-459, 2002.

678. Rupnick, M., Panigrahy, D., Zhang, C., Dallabrida, S., Lowell, B., Langer, R., Folkman, M., Adipose tissue mass can be regulated through the vasculature, Proceedings of the National Academy of Sciences, 99:  10730-10735, 2002.

679. LaVan, D., Lynn, D., Langer, R., Moving smaller in drug delivery and discovery, Nature Reviews Drug Discovery, 1: 77-84, 2002.

680. Carrier, R., Rupnick, M., Langer, R., Schoen, F., Freed, L., Vunjak-Novakovic, G., Perfusion improves tissue architecture of engineered cardiac muscle, Tissue Engineering, 8:  175-188, 2002.

681. Zelikin, A., Shastri, V., Lynn, D., Farhadi, J., Martin, I., Langer, R., Erodible conducting polymers for potential biomedical applications, Angewandte Chemie, 41: 141-144, 2002.

682. Lee H, Cusick RA, Browne F, Kim TH, Peter X, Utsunomiya MH, Langer R, Vacanti JP. Local delivery of basic fibroblast growth factor increases both angiogenesis an engraftment of hepatocytes in tissue-engineered polymer devices. Transplantation 73:1589-1593, 2002

683. Teng, Y.D., Lavik, E.B., Qu, X., Park, K., Ourednik, J., Zurakowsi, D., Langer, R., Snyder, E.Y., Functional recovery following traumatic spinal cord injury mediated by a unique polymer scaffold seeded with neural stem cells. Proceedings of the National Academy of Sciences, 99: 3024-3029, 2002.

684. Terahara, T., Mitragotri, S., Langer, R., Porous resins as a cavitation enhancer for low-frequency sonophoresis, J. Pharm. Sci. 91: 753-759, 2002.

685. Terahara, T., Mitragotri, S., Kost, J., Langer, R. Dependence of Low-frequency Sonophoresis on Ultrasound Parameters; Distance of the Horn, Intensity, and Frequency. Int. Journal Pharm., 235: 35-42, 2002.

686. Carrier, R., Rupnick, M., Langer, R., Schoen, F., Freed, L., Vunjak-Novakovic, G., Effects of oxygen on engineered cardiac muscle, Biotech. & Bioeng., 78:  617-625, 2002.

687. Cannizzaro, S. and Langer, R., Biomaterials:  Synthetic and engineering strategies, in Biomimetic materials and design:  Biointerfacial Strategies, tissue engineering and targeted drug delivery, 2002, 251-281.  Eds: A.K. Dillow and A.M. Lowman, Marcel Dekker, Inc., NY

688. Blunk, T., Sieminski, A., Gooch, K., Courter, D., Hollander, A., Nahir, A.M., Langer, R., Vunjak-Novakovic, G., Freed, L., Differential effects of growth factors on tissue-engineered cartilage, Tissue Engineering, 8:  73-84, 2002.

689. Levenberg, S., Golub, J., Amit, M., Eldor, J. and Langer, R., Endothelial cells derived from human embryonic stem cells, Proceedings of the National Academy of Sciences, 99:  4391-4396, 2002.

690. Akinc, A., Langer, R., Measuring the pH environment of DNA delivered using nonviral vectors:  Implications for lysosomal trafficking. Biotechnology and Bioengineering, 78:  503-508, 2002.

691. Lendlein, A. and Langer, R., Biodegradable, elastic thermoplastic shape memory polymers with adjustable properties for potential biomedical applications, Science, 296: 1673 - 1676, 2002.

692. Lahann, J. and Langer, R., Novel poly(p-xylylenes):  Thin films with tailored chemical and optical properties, Macromolecules, 35: 4380-4386, 2002.

693. Wang, Y., Ameer, G.A., Sheppard, B.J. and Langer, R., A tough biodegradable elastomer, Nature Biotech, 20: 602-606, 2002.

694. Grovender, E., Ameer, G., Cooney, C., Langer, R., Immunoadsorption model for a novel fluidized-bed blood detoxification device, AIChE Journal, 48: 2357-2365, 2002.

695. Kohane, D., Plesnila, N., Thomas, S., Le, D., Langer, R., Moskowitz, M., Lipid-sugar particles for intracranial drug delivery:  Safety and biocompatibility, Brain Research, 946: 206-213, 2002.

696. Katti, D.S., Lakshmi, S., Langer, R., Laurencin, C.T., Toxicity, biodegradation and elimination of polyanhydrides, Advanced Drug Delivery, 54: 933-961, 2002.

697. Kumar, N., Langer, R.S., Domb, A.J., Polyanhydrides:  An overview, Advanced Drug Delivery Reviews, 54: 889-910, 2002.

698. Madry, H., Padera, R., Seidel, J., Langer, Robert, Freed, L.E., Trippel, S.B., Vunjak-Novakovic, G., Gene transfer of human insulin-like growth factor IcDNA enhances tissue engineering of cartilage. Human Gene Therapy, 13: 1621-1630, 2002.

699. Yu, B., Kim, K.H., So, P.T.C., Blankschtein, D., Langer, R., Topographic heterogeneity in transdermal transport revealed by high speed two-photon microscopy: determination of representative skin sample sizes, J. of Invest. Derm., 118: 1085-1088, 2002.

700. Zelikin, A., Putnam, D., Shastri, P., Langer, R., Izumrudov, V., Aliphatic ionenes as gene delivery agents: elucidation of structure – function relationship through modification of charge density and polymer length, Bioconj. Chem., 13: 548-553, 2002.

701. Potineni, A., Lynn, D., Langer, R., Amiji, M., Poly(ethylene oxide)-modified poly($\beta$-amino ester) nanoparticles as a pH-sensitive biodegradable system for paclitaxel delivery, J. of Controlled Release, 86: 223-234, 2002.

702. Lahann, J. Rodon, T., Balcells, M., Jensen, K., Lee, C.J.Y. and Langer, R. Reactive polymer coatings:  A platform for patterning proteins and mammalian cells onto a broad range of materials, Langmuir, 18: 3632-3638, 2002.

703. Kohane, D.S., Holmes, G.L., Chau, Y., Zurakowski, D., Langer, R., Cha, B.H., Effectiveness of muscimol-containing microparticles against pilocarpine-induced focal seizures, Epilepsia, 43: 1462-1468, 2002.

704. Tang, H., Wang, C., Blankschtein, D., Langer, R., An Investigation of the role of cavitation in low-frequency ultrasound-mediated transdermal drug transport.  Pharmaceutical Research, 19: 1160-1169, 2002.

705. Tang, H., Blankschtein, D., Langer, R., Effects of low-frequency ultrasound on the transdermal permeation of mannitol:  Comparative studies with in vivo and in vitro skin, Journal of Pharmaceutical Sciences, 91: 1776-1794, 2002.

706. Tang, H., Blankschtein, D., Langer, R., Prediction of Steady-State Skin Permeabilities of Polar and Nonpolar Permeants across Excised Pig Skin Based on Measurements of Transient Diffusion:  Characterization of Hydration Effects on the Skin Porous Pathway, Journal of Pharmaceutical Sciences, 91: 1891-1907, 2002.

707. Lavik, E., Teng, Y.D., Snyder, E. and Langer, R., Seeding neural stem cells on scaffolds of PGA, PLA and their copolymers, Methods Mol. Biol., 198: 89-97, 2002.

708. Lahann, J., Mitragotri, S., Tran, T., Kaido, H., Sundaran, J., Hoffer, S., Somorjai, G. A. and Langer, R., Reversible switching of surfaces, Science, 299: 371-374, 2003.

709. Lee, P., Langer, R., Shastri, V., Novel microemulsion enhancer formulation for simultaneous transdermal delivery of hydrophilic and hydrophobic drugs, Pharmaceutical Research, 20: 264-269, 2003.

710. Sundaram, M., Qi, Y., Shriver, Z., Liu, D., Zhao, G., Venkataraman, G., Langer, R., Sasiskharan, R., Rational design of low molecular weight heparins with improved in vivo activity, Proceedings of the National Academy of Sciences, 100: 651-656, 2003.

711. Langer, R. Where a pill won't go, Scientific American, 288: 50-57, 2003.

712. Voskerician, G., Shive, M., Shawgo, R., Von Recum, H., Anderson, J., Cima, M., Langer, R., Biocompatibility and biofouling of MEMS drug delivery device, Biomaterials, 24: 1959-1967, 2003.

713. LaVan, D., George, P.M, Langer, R., Simple three-dimensional microfabrication of electrodeposited structures, Angewandte Chemie, 42: 1262-1265, 2003.

714. Yu, B., Kim, K.H., So, P.T.C., Blankschtein, D., Langer, R, Visualization of oleic acid-induced transdermal diffusion pathways using two-photon fluorescence microscopy., Journal of Invest. Derm., 120: 448-455, 2003.

715. Fu, K., Harrell, R., Zinski, K., Um, C., Frazier, J., Lotan, N., Burke, P., Klibanov, A., Langer, R., A potential approach for decreasing the burst effect of protein from PLGA microspheres, Journal of Pharm. Sci., 92: 1582-1591, 2003.

716. Nashat, A. and Langer, R. Temporal characteristics of activation, deactivation and restimulation of signal transduction following depolarization in the pheochromocytoma cell line PC12, Molec. & Cell. Biol., 23: 4788-4795, 2003.

717. Baroli, B., Shastri, V.P., Langer, R., A method to protect sensitive molecules from a light-induced polymerizing environment, Journal of Pharm. Sci., 92: 1186-1195, 2003.

718. Kohane, D.S., Smith, S.E., Louis, D.N., Colombo, G., Ghoroghchian, P., Hunfeld, N.G.M., Berde, C.B. and Langer, R., Prolonged duration local anesthesia from tetrodotoxin-enhanced localanesthetic microspheres, Pain, 104: 415-421, 2003.

719. Akinc, A., Lynn, D., Anderson, D. and Langer, R., Parallel synthesis and biophysical characterization of a degradable polymer library for gene delivery, J. Am. Chem. Soc., 125: 5316-5323, 2003.

720. Anderson, D.G., Lynn, D.M., Langer, R., Semi-automated synthesis and screening of a large library of degradable cationic polymers for gene delivery, Angewandte Chemie, 42: 3153-3158, 2003.

721. Radisic, M., Euloth, M., Yang, L., Langer, R., Freed, L., Vunjak-Novakovic, G., High density seeding of myocyte cells for tissue engineering, Biotechnology & Bioengineering, 82: 403-414, 2003

722. Wang, Y., Kim, Y., Langer, R., In vivo degradation characteristics of poly(glycerol sebacate), Journal of Biomedical Materials Research, 66A: 192-197, 2003.

723. Shastri, V., Hildgen, P., Langer, R., In situ pore formation by differential polymer degradation, Biomaterials, 24: 3133-3137, 2003.

724. Valente, A., Langer, R., Stone, H., Edwards, D.A., Recent advances in the development of an inhaled insulin product, BioDrugs, 17: 9-17, 2003.

725. Putnam, D., Zelikin, A., Izumrudov, V.A. and Langer, R. Polyhistidine-PEG:  DNA nanocomposites for gene delivery, Biomaterials 24: 4425-4433, 2003.

726. Levenberg, S., Huang, N.F., Lavik, E., Rogers, A.B., Itskovitz-Eldor, J., Langer, R., Differentiation of human embryonic stem cells on three-dimensional polymer scaffolds, Proceedings of the National Academy of Sciences, 100: 12741-12746, 2003.

727. Grayson, A., Choi, I., Tyler, B., Wang, P., Brem, H., Cima, M.J. and Langer, R., Multi-pulse drug delivery from a resorbable polymeric microchip device, Nature Materials, 2: 767-772, 2003.

728. Kohane, D.S., Anderson, D.G., Yu, C. and Langer, R., pH-triggered release of macromolecules from spray-dried polymethacrylate microparticles, Pharm. Research, 20: 1533-1538, 2003.

729. Suh, K., Lahann, J. and Langer, R., Fabrication of elastomeric stamps with polymer-reinforced sidewalls via chemically selective vapor deposition polymerization of poly(p-xylylene), App. Phys. Ltrs., 83: 4250-4252, 2003.

730. Flynn, N.T., Tran, T., Cima, M. and Langer, R., Long term stability of self-assembled monolayers in biologically-related media, Langmuir, 19: 10909-10915, 2003.

731. LaVan, D., McGuire, T. and Langer, R., Small-scale systems for in vivo drug delivery, Nature Biotech., 21: 1184-1191, 2003.

732. Yu, B., Blankschtein, D., Langer, R., Evaluation of fluorescent probe surface intensities as an indicator of transdermal permeant distributions using wide-area two-photon fluorescence microscopy, Journal of Pharm. Sci., 92: 2354-2365, 2003.

733. Moses, M., Brem, H., and Langer, R., Advancing the field of drug delivery:  Taking aim at cancer, Cancer Cell, 4: 337-341, 2003.

734. Jon, S., Anderson, D.G. and Langer, R., Degradable poly(amino alcohol esters) as potential DNA vectors with low cytotoxicity, Biomacromolecules, 4: 1759-1762, 2003.

735. Jon, S., Seong, J., Khademhosseini, A., Tran, T., Laibinis, P. and Langer, R., Construction of nonbiofouling surfaces by polymeric self-assembled monolayers, Langmuir, 19: 9989-9993, 2003.

736. Lee, H., Cusick, R., Pollock, J., Utsunomiya, H., Ma, P., Langer, R., Vacanti, J., Effect of Implantation Site on Hepatocytes Heterotopically Transplanted on Biodegradable Polymer Scaffolds Tissue Engineering, 9: 1227-1232, 2003.

737. Akinc, A., Anderson, D.G., Lynn, D.M., Langer, R., Synthesis of poly(ß-amino esters) optimized for highly effective gene delivery, Bioconj. Chem., 14: 979-988, 2003.

738. Langer, R. and Peppas, N., Advances in Biomaterials, Drug Delivery, and Bionanotechnology, AIChE Journal, 49: 2990-3006, 2003.

739. Moses, M., Brem, H. and Langer, R., Novel delivery systems in cancer chemotherapy, Science & Medicine, 9: 264-273, 2003.

740. Locher, C., Putnam, D., Langer, R., Witt, S., Ashlock, B. and Levy, J., Enhancement of a human immunodeficiency virus env DNA vaccine using a novel polycationic nanoparticle formulation, Immunology Letters, 90: 67-70, 2003.

741. Teng, Y.D., Park, K., Ourednik, V., Ourednik, J., Lavik, E., Langer, R. and Snyder, E.Y., Use of biomaterials to help reveal aspects of neural stem cell (NSC) biology, 181:  107-108, 2003.

742. Lahann, J., Balcells, M., Lu, H., Rodon, T., Jensen, K., Langer, R., Reactive polymer coatings: A first step toward surface engineering of microfluidic devices, Analytical Chemistry, 75: 2117-2122, 2003.

743. Langer, R., Transdermal drug delivery:  Past progress, current status and future prospects, Adv. Drug Del. Rev., 56: 557-558, 2004.

744. Suh, K.Y., Seong, J., Khademhosseini, A., Laibinis, P. and Langer, R., A simple soft lithographic route to fabrication of poly(ethyleneglycol) microstructures for protein and cell patterning, Biomaterials, 25:  557-563, 2004.

745. Prausnitz M., Mitragotri S., Langer R., Current status and future potential of transdermal drug delivery, Nature Reviews Drug Discovery, 3: 115-124, 2004.

746. Stevens, M., Qanadilo, H., Langer, R., and Shastri, V., A rapid-curing alginate gel system: utility in periosteum-derived cartilage tissue engineering, Biomaterials, 25:  887-894, 2004.

747. Pouliot, R., Azhari, R., Qanadilo, H.F., Mahmood, T., Triantafyllou, S. and Langer R., Tissue engineering of fish skin:  Behavior of fish cells on PEGT/PBT copolymers in relation to the composition of the polymer substrate as an initial step in constructing a robotic/living tissue hybrid, Tissue Engineering, 10:  7-21, 2004.

748. Shastri, V.P., Padera, R.F., Tarcha, P.J. and Langer, R., A preliminary report on the biocompatibility of OrthoCure photopolymerization anhydride networks, Biomaterials, 25:  715-721, 2004.

749. Grayson, A., R., Johnson, A., Flynn, N., Li, Y., Cima, M., Langer, R., A bioMEMS review:  MEMS technology for physiologically integrated devices, Proceedings of the IEEE, 92:  6-21, 2004.

750. Radisic, M., Yang, M., Boublik, J., Cohen, R., Langer, R., Freed, L., Vunjak-Novakovic, G., Medium perfusion enables engineering of compact and contractile cardiac tissue, Am. J. Physiol. Heart Cir Physiol, 286:  H507-H516, 2004.

751. Meinel, L., Kareourgiou, V., Fajardo, R., Snyder, B., Shinde-Patil, V., Zichner, L., Kaplan, D., Langer, R. and Vunjak-Novakovic, G., Bone tissue engineering using human mesenchymal stem cells:  Effects of scaffold material and medium flow, Annals of Biomed. Eng., 32:  112-122, 2004.

752. Colombo, G., Langer, R. and Kohane, D.S., Effect of excipient composition on the biocompatibility of bupivacaine-containing microparticles at the sciatic nerve, Journal of Biomed. Mats. Rsch., 68A:  651-659, 2004.

753. Peppas, N. and Langer, R., Origins and development of biomedical engineering within chemical engineering, AIChE J., 50:  536-546, 2004.

754. Stevens, M., Flynn, N., Wang, C., Tirrell, D. and Langer, R.,  Coiled-coil peptide based assembly of gold nanoparticles, Adv. Materials, 16:  915-918, 2004.

755. Radisic, M., Park, H., Shing, H., Consi, T., Schoen, F., Langer, R., Freed, L., Vunjak-Novakovic, G., Functional assembly of engineered myocardium by electrical stimulation of cardiac myocytes cultured on scaffolds, Proceedings of the National Academy of Sciences, 101:  18129-18134, 2004.

756. Little, S.R., Lynn, D.A., Ge, Q., Anderson, D.G., Puram, S., Chen, J., Eisen, H.N., Langer, R., Poly-β amino ester containing microparticles enhance the activity of non-viral genetic vaccines, Proceedings of the National Academy of Sciences, 101:  9534-9539, 2004.

757. Burdick, J., Khademhosseini, A. and Langer, R., Fabrication of gradient hydrogels using a microfluidics/ photopolymerization process, Langmuir, 20:  5153-5156, 2004.

758. Jia, X., Burdick, J., Kobler, J., Clifton, R., Rosowski, J., Zeitels, S and Langer, R., Synthesis and characterization of in Situ crosslinkable hyaluronic acid-based hydrogels with potential application for vocal fold regeneration, Macromolecules, 37:  3239-3248, 2004.

759. Khademhosseini, A., Jon, S., Suh, K.Y., Tran, T., Eng, G., Yeh, J., Seong, J. and Langer, R., Direct patterning of protein- and cell-resistant polymeric monolayers and microstructures, Advanced Materials, 15:  1995-2000, 2004.

760. Suh, K.Y., Khademhosseini, A., Yang, J.M., Eng, G. and Langer, R., Soft lithographic patterning of hyaluronic acid on hydrophilic substrates using molding and printing, Advanced Materials, 16:  584-588, 2004.

761. Wang, C., Ge, Q., Ting, D., Nguyen, D., Shen, H., Chen, J., Eisen, H., Heller, J., Langer, R. and Putnam, D., Molecularly engineered poly(ortho ester) microspheres for enhanced delivery of DNA vaccines, Nature Materials, 3:  190-196, 2004.

762. Langer, R. and Tirrell, D., Designing materials for biology and medicine, Nature, 428:  487-492, 2004.

763. Qi, Y., Zhao, G., Liu, D., Shriver, Z., Sundaram, M., Sengupta, S., Venkataraman, G., Langer, R. and Sasisekharan, R., Delivery of therapeutic levels of heparin and low-molecular-weight heparin through a pulmonary route, Proceedings of the National Academy of Sciences, 101: 9867-9872, 2004.

764. Suh, K., Khademhosseini, A., Eng, G. and Langer, R., Single nanocrystal arrays on patterned poly(ethylene glycol) copolymer microstructures using selective wetting and drying, Langmuir, 20: 6080-6084, 2004.

765. Khademhosseini, A., Suh, K.Y., Yang, J.M., Eng, G., Yeh, J., Levenberg, S. and Langer, R., Layer-by-layer deposition of hyaluronic acid and poly-L-lysine for patterned cell co-cultures, Biomaterials, 25: 3583-3592, 2004.

766. Thomas, T., Kohane, D., Wang, A. and Langer, R., Microparticulate formulations for the controlled release of interleukin-2, J. of Pharm. Sci., 93: 1100-1109, 2004.

767. Anderson, D.G., Levenberg, S. and Langer, R., Nanoliter-scale synthesis of arrayed biomaterials and application to human embryonic stem cells, Nature Biotechnology, 22: 863 – 866, 2004.

768. Farokhzad, O., Jon, S., Khademhosseini, A., Tran, T., LaVan, D. and Langer, R., Nanoparticle-aptamer bioconjugates: A new approach for targeting prostate cancer cells, Cancer Research, 64: 7668-7672, 2004.

769. Jia, X., Colombo, G., Padera, R., Langer, R. and Kohane, D.S., Prolongation of sciatic nerve blockade by *in situ* crosslinked hyaluronic acid, Biomaterials, 25: 4797-4804, 2004.

770. Grayson, A., Cima, M. and Langer, R., Molecular release from a polymeric microreservoir device: Influence of chemistry, polymer swelling, and loading on device performance, J. Biomed. Mat. Rsch, 69: 502-512, 2004.

771. Yue, I., Poff, J., Cortes, M.E., Sinisterra, R., Faris, C.B., Hildgen, P., Langer, R. and Shastri, R., A novel polymeric chlorhexidine delivery device for the treatment of periodontal disease, Biomaterials, 25: 3743-3750, 2004.

772. Berry, D., Lynn, D.M., Sasisekharan, R. and Langer, R., Internalized heparin using poly(β-amino ester)s promote cellular uptake of heparin and cancer cell death, Chemistry & Biology, 11: 487-798, 2004.

773. Chen, P.C., Park, Y.J., Chang, L.C., Kohane, D.S., Bartlett, R.H., Langer, R. and Yang, V.C., Injectable microparticle-gel system for prolonged and localized lidocaine release. I: *In vitro* characterization, Journal of Biomedical Materials Research, 412-419, 2004.

774. Lavik, E. and Langer, R., Tissue engineering: Current state and perspectives, Applied Microbiol & Biotech., 65: 1-8, 2004.

775. Voskerician, G., Shawgo, R.S., Hiltner, A.P., Anderson, J.M., Cima, M.J. and Langer, R., *In vivo* inflammatory and wound healing effects of gold electrode voltammetry for MEMS micro-reservoir drug delivery device, IEEE Trans. Biomed. Eng., 51: 627-635, 2004.

776. Kushner, J., Blankschtein, D. and Langer, R., Experimental demonstration of the existence of highly permeable localized transport regions in low-frequency sonophoresis, J. Pharm. Sci, 93: 2733-2745, 2004.

777. Chau, Y., Tan, F. and Langer, R., Synthesis and characterization of dextran-peptide-methotrexate conjugates for tumor targeting via mediation by matrix-metalloproteinase II and matrix-metalloproteinase IX, Bioconjug. Chemistry, 15: 931-941, 2004.

778. Wang, C., Flynn, N. and Langer, R., Controlled structure and properties of thermoresponsive nanoparticle-hydrogel composites, Adv. Materials, 16: 1074-1079, 2004.

779. Langer, R., Improving drug delivery, The Scientist, 18: 44-45, 2004.

780. Khademhosseini, A. Yeh, J., Jon, S., Eng, G., Suh, K., Burdick, A. and Langer, R, Molded polyethylene glycol microstructures for capturing cells within microfluidic channels, Lab on a Chip, 4: 425-430, 2004.

781. Chen, P.C., Kohane, D.S., Park, Y.J., Bartlett, R.H., Langer, R. and Yang, V.C., Injectable microparticle-gel system for prolonged and localized lidocaine release. II: *In vivo* anesthetic effects, J. Biomed. Mat. Rsch, 70: 459-466, 2004.

782. Anderson, D., Burdick, J. and Langer, R., Smart biomaterials, Science, 305: 1923-1924, 2004.

783. Levenberg, S. and Langer, R., Advances in Tissue Engineering, in Current Topics in Developmental Biology., 2004, 61: 113-134, G.P. Schatten, eds., Elsevier Academic Press.

784. Ijima, H., Wang, Y. and Langer, R., Spheroid formation and expression of liver specific functions of primary rat hepatocytes co-cultured with bone marrow cells, Biochem. Eng. Journal, 20: 223-228, 2004.

785. Khademhosseini, A., Suh, K.Y., Jon, S., Yeh, J., Chen, G.J. and Langer, R., A soft lithographic approach to fabricate patterned microfluidic channels, Analytical Chemistry, 76: 3675-3681, 2004.

786. Stevens, M., Qanadilo, H., Langer, R., Martin, I. and Shastri, V.P., FGF-2 in combination with TGF-b1 enhances periosteum derived chondrogenesis *in vitro*, J. Orthop. Res., 22: 1114-1119, 2004.

787. Meinel, L., Kareourgiou, V., Hofmann, S., Fajardo, R., Snyder, B., Li, C., Zichner, L., Langer, R., Vunjak-Novakovic, G. and Kaplan, D., Engineering bone-like tissue using human bone marrow stromal cells in 3D silk scaffolds, J. Biomed. Mat. Res., 71: 25-34, 2004.

788. Stevens, M., Marini, R., Martin, I., Langer, R. and Shastri, V., FGF-2 enhances TGF-beta1-induced periosteal chondrogenesis, J. of Orthopaedic Rsch., 22: 1114-1119, 2004.

789. Suh, K-Y., Khademhosseini, A., Yoo, P.J. and Langer, R., Patterning and separating infected bacteria using host parasite and virus antibody interactions, Biomedical Mircodevices, 6: 223-229, 2004.

790. Seidel, J., Pei, M., Gray, M.L., Langer, R., Freed, L. and Vunjak-Novakovic, G., Long term culture of tissue engineered cartilage in a perfused chamber with mechanical stimulation, Biorheology, 41: 445-458, 2004.

791. Grayson, A., Voskerician, G., Lynn, A., Anderson, J., Cima, M. and Langer R., Differential degradation rates *in vivo* and *in vitro* of biocompatibile poly(lactic acid) and poly(glycolic acid) homo- and co-polymers for a polymeric drug-delivery microchip, J of Biomat. Science, 15: 1281-1304, 2004.

792. Marini, R., Stevens, M., Langer, R. and Shastri, V.P., Hydraulic elevation of the periosteum: A novel technique for periosteal harvest, J. Invest. Surg., 17: 229-233, 2004.

793. Anderson, D.G., Peng, W., Akinc, A., Hossain, N., Kohn, A., Padera, R., Langer, R and Sawicki, J.A., A polymer library approach to suicide gene therapy for cancer, Proceedings of the National Academy of Sciences, 101: 16028-16033, 2004.

794. Levenberg, S., Khademhosseini, A. & Langer, R. in *Handbook of Stem Cells* (ed. Lanza, R.) 737-746 (Elsevier Academic Press, 2004)

795. Haining, W.N., Anderson, D. G., Little, S.R., von Bergwelt-Baildon, M., Cardoso, P.A., Alves, P., Kosmatopoulos, K., Nadler, L., Langer, R. and Kohane, D.S., pH-triggered microparticles for peptide vaccination, Journal of Immunology, 173: 2578 – 2585, 2004.

796. Shawgo, R., Voskerician, G., Duc, H.L.H., Li, Y., Lynn, A., McEwan, M., Langer, R., Anderson, J. and Cima, M., Repeated *in vivo* electrochemical activation and the biological effects of microelectromechanical system drug delivery devices, J. of Biomed. Mats. Rsch., 71A: 559-568, 2004.

797. Meinel, L., Kaplan, D., Langer, R, Karageorgious, V, Zichner, L. and Vunjak-Novakovic, G., Engineering cartilage-like tissue using human mesenchymal stem cells and silk protein scaffolds, Biotechnology and Bioengineering, 88: 379-391, 2004.

798. Grovender, E., Kellogg, B., Singh, J., Blom, D., Ploegh, H., Wittrup, K.D., Langer, R. and Ameer, G., Single chain antibody fragment based adsorbent for the extracorporeal removal of $\beta_2$-microglobulin, Kidney International, 65: 310-322, 2004.

799. Li, Y., Shawgo, R., Tyler, B., Henderson, P.T., Vogel, J.S., Rosenberg, A., Storm, P.B., Langer, R., Brem, H. and Cima, M.J., *In vivo* release from a drug delivery MEMS device, Journal of Controlled Release, 100: 211-219, 2004.

800. Mahmood, T. and Langer, R., Adhesion-mediated signal transduction in human articular chondrocytes: The influence of biomaterial chemistry and tenascin-C, Experimental Cell Research, 301: 179-188, 2004.

801. Domb, A., Teomim, D., Golenser, J., Langer, R., Israel, Z., "Biodegradable polyanhydrides", in Biodegradable Polymers, ed. R. Arshady, p. 145-146, 2004, Citrus Books, London, UK.

802. Jaffar, S., Nam, K.T., Khademhosseini, A., Xing, J., Langer, R., Belcher, A., Layer-by-layer surface modification and patterned electrostatic deposition of quantum dots, Nano Letters, 4: 1421-1425, 2004.

803. Burdick, J., Chung, C., Jia, C., Randolph, M. and Langer, R., Controlled degradation and mechanical behavior of photopolymerized hyaluronic acid networks, Biomacromolecules, 6: 386-391, 2005.

804. Hahn, M., Kobler, B., Starcher, B., Zeitels, S., Langer, R., Midmembranous vocal fold lamina propria elastin and hyaluronan across selected species, Annals of Otology, Rhinology and Laryngology, 114: 451-462, 2005.

805. Moss, J.D. and Langer, R., Drug Delivery Mechanisms, in Principles of Pharmacology: The pathophysiologic basis of drug therapy, 2005, 781-787, E. Golan, ed.in chief, Lippincott Williams & Williams, Baltimore.

806. Meinel, L., Hofmann, S., Kareourgiou, V., Kirker-Head, C., Zichner, L., McCool, J.C., Langer, R., Vunjak-Novakovic, G. and Kaplan, D., The inflammatory reponses to silk films *in vivo* and *in vitr*o, Biomaterials, 26: 147-155, 2005.

807. Wood, K.C., Little, S.R., Langer, R., and Hammond, P.T., A family of hierarchically self-assembling linear-dendritic hybrid polymers for highly efficient targeted gene delivery, Angewandte Chemie, 44: 2-7, 2005.

808. Sundback, C., Shyua, J., Wang, Y. Faquinc, W., Langer, R., Vacanti, J. and Hadlock, T., Biocompatibility analysis of poly(glycerol sebacate) as a nerve guide material, Biomaterials, 26: 5454-5464, 2005.

809. Anderson, D., Akinc, A., Hossain, N. and Langer, R., Structure/property studies of polymeric gene delivery using a library of poly(β-amino esters), Molecular Therapy, 11: 426-434, 2005.

810. LaVan, D., Padera, R., Friedmann, T., Sullivan, J., Langer, R., and Kohane, D., In vivo evaluation of tetrahedral amorphous carbon, Biomaterials, 26: 465-473, 2005.

811. Pfeifer, B., Burdick, J. and Langer, R., Formulation and surface modification of poly(ester-anhydride) micro- and nanospheres, Biomaterials, 26: 117-124, 2005.

812. Lynn, D., Anderson, D.G., Akinc, A. and Langer, R., "Degradable poly(β-amino ester)s for gene delivery", Polymeric Gene Delivery: Principles And Applications, ed: Mansoor M. Amiji, CRC Press, 1st ed., 2005, p. 227-241.

813. Little, S. and Langer, R., Nonviral delivery of cancer genetic vaccines, Advanced Biochemical Engineering/Biotechnology, 99: 93-118, 2005.

814. Grayson, A.C.R., Cima, M. and Langer, R., Size and temperature effects on poly(lactic-co-glycolic acid) degradation and microreservoir device performance, Biomaterials, 26: 2137-2145, 2005.

815. Kim, P., Kim, D.H., Kimb, B, Choi, S.K., Lee, H., Khademhosseini, A., Langer, R. and Suh, K.Y., Fabrication of nanostructures of polyethylene glycol for applications to protein adsorption and cell adhesion, Nanotechnology, 16: 1-7, 2005.

816. George, P., Lyckman, A., LaVan, D., Hedge, A., Leung, Y., Avasare, R., Testa, C., Alexander, P., Langer, R. and Sur, M., Fabrication and biocompatibility of polypyrrole implants suitable for neural prosthetics, Biomaterials, 26: 3511-3519, 2005.

817. Johnson, A.M., Sadoway, D.R., Cima, M.J. and Langer, R., Design and testing of an impedance-based sensor for monitoring drug delivery, J. of the Electrochem. Soc., 152: H6-H11, 2005.

818. Lahann, J. and Langer, R., Smart materials with dynamically controlled surfaces, MRS Bulletin, 30: 185-188, 2005.

819. Levenberg, S., Huang, N. and Langer, R., Derivation of endothelial cells from human embryonic stem cells, in Human Embryonic Stem Cells., 2005, pp137-152, G.P. Schatten, eds., Odorico, J., Zhang, S., Pedersen, R., Garland Science/BIOS Scientific Publishers.

820. Anderson, D., Putnam, D., Lavik, E., Mahmood, T. and Langer R., Biomaterial microarrays: Rapid, microscale screening of polymer–cell interaction, Biomaterials, 26: 4892-4897, 2005.

821. Fidkowski, C., Kaazempur-Mofrad, M., Borenstein, J., Vacanti, J., Langer, R. and Wang, Y., Endothelialized microvasculature based on a biodegradable elastomer, Tissue Engineering, 11: 302-309, 2005.

822. Radisic, M., Deen, W., Langer, R. and Vunjak-Novakovic, G., Mathematical model of oxygen distribution in engineered cardiac tissue with parallel channel array perfused with culture medium containing oxygen carriers, AJP: Heart & Circulatory Physio.,288: H1278-H1289, 2005.

823. Levenberg, S., Burdick, J.A., Kraehenbuehl, T. and Langer, R., Neurotrophin-induced differentiation of human embryonic stem cells on three-dimensional polymeric scaffolds, Tissue Engineering, 11: 506-512, 2005.

824. Lendlein, A., Jiang, H., Junger, O. and Langer, R., Light-induced shape-memory polymers, Nature, 434: 879-882, 2005.

825. Stevens, M., Mayer, M., Weibel, D., Anderson, D., Whitesides, G. and Langer, R., Direct patterning of mammalian cells onto porous tissue engineering substrates using agarose stamps, Biomaterials, 26: 7636-7641, 2005.

826. Langer, R., Outlook on health care and life science strategies, Greenwich Roundtable Quarterly, 2: 29-34, 2005.

827. Akinc, A., Thomas, M., Klibanov, A. and Langer, R., Exploring polyethylenimine-mediated DNA transfection and the proton sponge hypothesis, Journal of Gene Medicine, 7: 657-663, 2005.

828. Levenberg, S., Rouwkema, J., Macdonald, M., Garfein, E., Kohane, D., Darland, D., Marini, R., Mulligan, R., D'Amore, P. and Langer, R., Engineering vascularized skeletal muscle tissue, Nature Biotechnology, 23: 879-884, 2005.

829. Little, S., Lynn, D., Puram, S. and Langer, R., Formulation and characterization of poly(β amino ester) microparticles for genetic vaccine delivery, Journal of Controlled Release, 107: 449-462, 2005.

830. Stevens, M., Marini, R, Schaefer, D, Aronson, J., Langer, R. and Shastri, V., In vivo engineering of organs: The bone bioreactor, Proceedings of the National Academies of Science, 102: 11450-11455, 2005.

831. Yeo Y., Bellas E., Firestone, W., Langer, R and Kohane D.S., Complex coacervates for thermally sensitive controlled release of flavor compounds, Journal of Agricultural and Food Chemistry, 53: 7518-7525, 2005.

832. Mahmood, T., Riesle, J., Shastri, V., Van Blitterswijk, C. and Langer, R., Tissue engineering of bovine articular cartilage within porous poly(ether ester) copolymer scaffolds with different structures, Tissue Engineering, 11: 1244-1253, 2005.

833. Khademhosseini, A, Yeh, J., Eng, G., Karp, J., Kaji, H., Borenstein, J., Farokhzad, O. and Langer, R., Cell docking inside microwells within reversibly sealed microfluidic channels for fabricating multiphenotype cell arrays, Lab on a Chip, 5: 1380-1386, 2005.

834. Tomita, M., Lavik, E., Klassen, H., Zahir, T., Langer, R. and Young, M., Biodegradable polymer composite grafts promote the survival and differentiation of retinal progenitor cells, Stem Cells, 23: 1579-1588, 2005.

835. Warfvinge, K., Kiilgaard, J., Lavik, E., Scherfig, E., Langer, R., Klassen, H. and Young, M., Retinal progenitor cell xenografts to the pig retina: Morphologic integration and cytochemical differentiation, Archives of Opthalmology, 123: 1385-1393, 2005.

836. Tweedie, C.A, Anderson, D.G., Langer, R. and Van Vliet, K.J., Combinatorial material mechanics:  High-throughput polymer synthesis and nanomechanical screening, Advanced Materials, 17: 2599-2604, 2005.

837. Zugates, G., Little, S., Anderson, D., Langer R., Poly (Beta-amino ester)s for DNA delivery, Israel Journal of Chemistry, 45: 477-485, 2005.

838. Madry, H., Langer, R., Freed, L., Trippel, S., Vunjak-Novakovic, G., Tissue Engineering Enhanced by the transfer of a growth factor gene, NASA Tech Briefs, MSC-23352-1, 2005.

839. Shenoy, D., Little, S., Langer, R. and Amiji, M., Poly(ethylene oxide)-modified poly($\beta$-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs 1:  In vitro evaluations, Molecular Pharmaceutics, 2: 357-366, 2005.

840. Colombo G, Padera R, Langer R and Kohane D.S., Prolonged duration local anesthesia with lipid-protein-sugar particles containing bupivacaine and dexamethasone, Journal of Biomedical Materials Research, 75A:  458-464, 2005.

841. Khalessi, A., Wang, P., Langer, R., Brem, H., Treatment of malignant brain tumors with controlled release local delivery polymers, Polymeric Drug Delivery Systems, Kwon, G., 324-361, 2005.

842. Lee, P, Mitragotri S., Langer, R., Shastri, V., Role of n-methyl pyrrolidone in the enhancement of aqueous phase transdermal transport. Journal of Pharmaceutical Sciences, 94: 912-917, 2005.

843. Slivniak, R., Langer, R., Domb, A., Lactic and Ricinoleic acid based co-polyesters, Macromoleculres, Vol. 38 (13): 5545-5553, 2005.

844. Farokhzad, O., Khademhosseini, A., Jon, S., Hermmann, A., Cheng, J., Chin, C., Kiselyuk, A., Teply, B., Eng, G. and Langer, R., Microfluidic system for studying the interaction of nanoparticles and microparticles with cells, Analytical Chemistry, 77:  5453-5459, 2005.

845. Li, Y., Ho Duc, H.L, Tyler, B., Tupper, M., Brem, H., Langer, R. and Cima, J., In vivo delivery of BCNU from a MEMS device to a tumor model, J. Cont. Release, 106:  138-145, 2005.

846. Lavik, E.B., Klassen, H., Warfvinge, K., Langer, R and Young, M.J., Fabrication of degradable polymer scaffolds to direct the integration and differentiation of retinal progenitors, Biomaterials, 26:  3187-3196, 2005.

847. Suh, K-Y., Choi, S-J., Baek, S., Kim, T. and Langer, R., Observation of high-aspect-ratio nanostructures using capillary  lithography, Advanced Materials, Volume 17, Issue 5, pgs. 560-564, 2005.

848. Hahn, M., Kobler, B., Zeitels, S., Langer, R., Midmembranous vocal fold lamina propria proteoglycans across selected species, Annals of Otology, Rhinology and Laryngology, Volume 114, Number 6, pgs. 451-462, 2005.

849. Bettinger, C.J., Weinberg, E.J., Kulig, K.M., Vacanti, P., Wang, Y., Borenstein, J. and Langer, R., Three-dimensional microfluidic tissue-engineering scaffolds using a flexible biodegradable polymer, Advanced Materials, 18:  165-169, 2006.

850. Burdick, J., Ward, M., Liang, E., Young, M., Langer, R., Stimulation of neurite outgrowth by neurotrophins delivered from degradable hydrogels, Biomaterials, 27:  452-459, 2006.

851. Radisic, M., Park, H., Chen, F., Salazar-Lazzaro, J., Wang, Y., Dennis, R., Langer, R., Freed, L. and Vunjak-Novakovic, G., Biomimetic approach to cardiac tissue engineering:  Oxygen carriers and channeled scaffolds, Tissue Engineering, 12: 2006.

852. Fukuda, J., Khademhosseini, A., Yeh, J., Eng, G., Cheng, J., Farokhzad, O. and Langer, R., Micropatterned cell co-cultures using layer-by-layer deposition of extracellular matrix components, Biomaterials, 27: 1479-1486, 2006.

853. Levenberg, S., Khademhosseini, A. and Langer, R., Embryonic Stem Cells in Tissue Engineering, in Essentials of Stem Cell Biology, 2006, pp457-462, R. Lanza, E.D. Thomas, J. Thomson, R. Pederson, J. Gearhart, B. Hogan, D. Melton, M. West, eds., Elsevier.

854. Lavik, E. and Langer, R., Nerve Regeneration, in <u>Scaffolding in Tissue Engineering</u>, 2006, pp 481-499, Ma, P. and Elisseeff, J., eds., CRC Press.

855. Khademhosseini, A., Vacanti, J., Borenstein, J. and Langer, R., Microscale technologies for tissue engineering and biology, <u>Proceedings of the National Academy of Sciences</u>, 103: 2480-2487, 2006.

856. <u>Levenberg, S.</u>, Khademhosseini, A. and Langer, R. *Embryonic Stem Cells in Tissue Engineering*. In Handbook of Embryonic Stem Cells. Editors: Robert Lanza, Doug Melton, James Thomson, John Gearhart, Brigid Hogan, Ron McKay, Roger Pedersen and Mike West. Academic Press. Boston. 737-764. 2006

857. Kohane, D., Tse, J., Yeo, Y., Padera, R., Shubina, M. and Langer, R., Biodegradable polymeric microspheres and nanospheres for drug delivery in the peritoneum, <u>J. Biomed Mat. Rsch.</u>, 77A: 351-361, 2006.

858. Shmulewitz, A. and Langer, R., The ascendance of combination products, <u>Nature Biotechnology</u>, 24: 277-280, 2006.

859. Peppas, N., Hilt, Z., Khademhosseini, A. and Langer, R., Hydrogels in biology and medicine: From molecular properties to bionanotechnology, <u>Advanced Materials</u>, 18: 1345-1360, 2006.

860. George, P., LaVan, D., Burdick, J., Chen, C.-Y., Liang, E. and Langer, R., Electrically controlled drug delivery from biotin-doped condutive polypyrrole, <u>Advanced Materials</u>, 18: 577-581, 2006.

861. Gerecht-Nir, S., Radisic, M., Park, H., Cannizzaro, C., Boublik, J., Langer, R. and Vunjak-Novakovic, G., Biophysical regulation during cardiac development and application to tissue engineering, <u>Int. J. Dev. Biol.</u>, 50: 233-243, 2006.

862. Yin, Y., Henzl, M, Lorber, B., Nakazawa, T., Thomas, T., Jiang, F., Langer, R. and Benowitz, L., Oncomodulin is a macrophage-derived signal for axon regeneration in retinal ganglion cells, <u>Nature Neuroscience</u>, 9: 843-852, 2006.

863. Devalapally, H., Shenoy, D., Little, S., Langer, R. and Amiji, M., Poly(ethylene oxide)-modified poly($\beta$-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs Part III: Therapeutic efficacy and safety studies in ovarian cancer xenograft model, <u>Cancer Chemotherapy and Pharmacology</u>, DI 10.1007/s00280-006-0287-5, 2006.

864. Farokhzad, O, Karp, Jeffrey, Langer, R, Nanoparticle–aptamer bioconjugates for cancer targeting, <u>Expert Opinion in Drug Delivery</u> 3:3, 311-324, 2006.

865. Berry, D., Lynn, D.M., Berry, E., Sasisekharan, R. and Langer, R., Heparin localization and fine structure regulate Burkitt's lymphoma growth, <u>Biochemical and Biophysical Rsch Comm.</u>, 348: 850-856, 2006.

866. Langer, R., Biomaterials for drug delivery and tissue engineering, <u>MRS Bulletin</u>, 31: 477-485, 2006.

867. Bettinger, C.J., Orrick, B., Misra, A., Langer, R. and Borenstein, J., Microfabrication of poly (glycerol-sebacate) for contact guidance applications, <u>Biomaterials</u>, 27: 2558-2565, 2006.

868. Farokhzad, O., Cheng, J., Teply, B., Sherifi, I., Jon, S.Y., Kantoff, P., Richie, J.P. and Langer, R., Targeted nanoparticle-aptamer bioconjugates for cancer chemotherapy *in vivo*, <u>Proceedings of the National Academy of Sciences</u>, 103: 6315-6320, 2006.

869. Staples, M., Daniel, K., Cima, M. and Langer, R., Application of micro- and nano-electromechanical devices to drug delivery, <u>Pharmaceutical Research</u>, 23: 847-863., 2006.

870. Yeo, Y., Highley, C. B., Bellas, E., Ito, T., Marini, R., Langer, R., Kohane, D.S., *In situ* cross-linkable hyaluronic acid hydrogels prevent post-operative abdominal adhesions in a rabbit model, <u>Biomaterials</u>, 27: 4698-4705, 2006.

871. Mahmood, T., Shastri, V.P., Van Blitterswijk, C.A., Langer, R., and Riesle, J., Evaluation of chondrogenesis within PEGT:PBT scaffolds with high PEG content. <u>Journal of Biomedical Materials Research</u>, 79A: 216-222, 2006.

872. Fukuda, J., Khademhosseini, A., Yeo, Y., Yang, X., Yeh, J., Eng, G., Blumling, J., Wang, C.-F., Kohane, D. and Langer, R., Micromolding of photocrosslinkable chitosan hydrogel for spheroid microarray and co-cultures <u>Biomaterials</u>, 27: 5259-5267, 2006.

873. Anderson, D.G., Tweedie, C.A., Hossain, N., Navarro, S.M., Brey, D.M., Van Vliet, K.J., Langer, R., Burdick, J.A., A Combinatorial Library of Photocrosslinkable and Degradable Materials, <u>Advanced Materials</u>, 18: 2614-2618, 2006.

874. Hahn, M., Teply, B., Stevens, M., Zeitels, S. and Langer, R., Collagen composite hydrogels for vocal fold lamina propria restoration, <u>Biomaterials</u>, 27: 1104-1109, 2006.

875. Hoffman, S., Knecht, S., Langer, R., Kaplan, D.L., Vunjak-Novakovic, G., Merkle, H. and Meinel, L., Cartilage-like tissue engineering using silk scaffolds and mesenchymal stem cells, <u>Tissue Engineering</u>, 12: 2729-2738, 2006.

876. Karp, J., Ferreira, L., Khademhosseini, A., Kwon, A., Yeh, J. and Langer, R., Cultivation of human embryonic stem cells without the embryoid body step enhances osteogensis *in vitro,* Stem Cells, 24: 835 – 843, 2006.

877. Yoshida, M., Langer, R., Lendlein, A. and Lahann, J., From advanced biomedical coatings to multi-functionalized biomaterials, Polymer Reviews, Vol.46, 4: 347-375, 2006.

878. Mahmood, T., Miot, S., Frank, O., Martin, I., Riesle, J., Langer, R., and Van Blitterswijk, C.A., Modulation of chondrocyte phenotype for tissue engineering by designing the biologic-copolymer carrier interface. Biomacromolecules. 7: 3012-3018, 2006.

879. Teng, Y., Liao, W., Choi, H., Konya, D., Sabharwal, S., Langer, R., Sidman, R., Snyder, E., Frontera, W., Physical activity mediated functional recovery after spinal cord injury:  Potential roles of neural stem cells, Future Medicine, 1:  763-776, 2006.

880. Watanabe, W., Thomas, M., Clarke, R., Klibanov, A., Langer, R., Katstra, J., Fuller, G., Griel, L., Fiegel, J., Edwards, D., Why inhaling salt water changes what we exhale.  Journal of Colloid and Interface Science, 9:16 1-8, 2006.

881. Bellin, I., Kelch, S., Langer, R. and Lendlein, A., Polymeric triple shape materials, Proceedings of the National Academy of Sciences., 103:  18043-18047, 2006.

882. Meinel, L., Hofmann, S., Betz, O., Fajardo, R., Merkle, H., Langer, R., Evans, C., Vunjak-Novakovic, G. and Kaplan, D., Osteogenesis by human mesenchymal stem cells cultured on silk biomaterials:  Comparison of adenovirus mediated gene transfer and protein delivery of BMP-2, Biomaterials, 27:  4993-5002, 2006.

883. Bagalkot, V., Farokhzad, O., Langer, R., Jon, S., An aptamer-doxorubicin physical conjugate as a novel targeted drug-delivery platform, Angewandte Chemie International Edition, 45: 8149-8152, 2006.

884. Jia, X., Yeo, Y., Clifton, R., Jiao, T., Kohane, D., Kobler, J., Zeitels, S., Langer, R., Hyaluronic acid-based microgels and microgel networks for vocal fold regeneration, Biomacromolecules, 7:  3336-3344, 2006.

885. Yeh, J., Ling, Y., Karp, J., Gantz, J., Chandawarkar, A., Eng, G., Blumling, J., Langer, R. and Khademhosseini, A., Micromolding of shape-controlled, harvestable cell-laden hydrogels, Biomaterials, 27:  5391-5398. 2006.

886. Suh, K.Y., Khademhosseini, A., Jon, S. and Langer, R., Direct confinement of individual viruses within polyethylene glycol (PEG) nanowells, Nano Letters, 6:  1196-1201, 2006. PMCID: Exempt from PMC—Non-NIH/PHS Funding

887. Piantino, J., Burdick, J., Goldberg, D., Langer, R. and Benowitz, L., An injectable, biodegradable hydrogel for trophic factor delivery enhances axonal rewiring and improves performance after spinal cord injury, Experimental Neurology, 201: 359-367, 2006.

888. Khademhosseini, A., Karp, J., Bettinger, C., Borenstein, J., Yeh, J., Ling, Y., Fukuda, J. and Langer, R., Interplay of biomaterials and micro-scale technologies for advancing biomedical applications, Journal of Biomaterials Science: Polymer Edition, 17: 1221-1240, 2006.

889. Green, J. J., Shi, J., Chiu, E., Leshchiner, E. S., Langer, R. and Anderson, D.G., Biodegradable polymeric vectors for gene delivery to human endothelial cells, Bioconjugate Chemistry, 17: 1162-1169, 2006.

890. Yeo, Y., Burdick, J., Highley, C., Marini, R, Langer, R. and Kohane, D.S., Peritoneal application of chitosan and UV-cross-linkable chitosan, J. Biomed. Mats. Rsch., 78A: 668-675, 2006.

891. Zugates, G.T., Anderson, D.G., Little, S.R., Lawhorn, I.E.B. and Langer, R., Synthesis of poly($\beta$-amino ester)s with thiol-reactive side chains for DNA delivery, J. Amer. Chem. Soc., 128: 12726-12734, 2006.

892. Mahmood, T., van Blitterswijk, C., Shastri, P., Riesle, J. and Langer, R., Chondrogenesis within PEGT:PBT scaffolds with high PEG content, J. Biomed Mats Rsch, 79A: 216-222, 2006.

893. Farokhzad, O. and Langer, R., Nanomedicine:  Developing smarter therapeutic and diagnostic modalities, Advanced Drug Delivery Reviews, 58: 1456-1459, 2006.

894. Chau, Y., Dang, N., Tan, F., Langer, R., Investigation of targeting mechanism of new dextran-peptide-methotrexate conjugates using biodistribution study in matrix-metalloproteinase-overexpressing tumor xenograft model, Journal of Pharmaceutical Sciences, 95: 542-551, 2006.

895. Luo, Y., Kobler, J., Zeitels, S., Langer, R., Effects of growth factors on extracellular matrix production by vocal fold fibroblasts in 3-dimensional culture, Tissue Engineering, 12: 3365-3374, 2006.

896. Khademhosseini, A., Ferreira, L., Blumling, J., Yeh, J., Karp, J., Fukuda, J., Langer, R., Co-culture of human embryonic stem cells with murine embryonic fibroblasts on microwell-patterned substrates, Biomaterials, 27: 5968-5977, 2006.

897. Karp, J., Yeo, Y., Geng, W., Cannizzaro, C., Yan, K., Kohane, D., Vunjak-Novakovic, G., Langer, R., Radisic, M., A photolithographic method to create cellular micropatterns, Biomaterials, 27: 4755-4764, 2006.

898. Mitragotri, S., Tang, H. Blankschtein, D., Langer, R. Transdermal delivery: Sonophoresis, Encl. Of Pharm. Tech., pp. 3828-3842, Swarbrick, J., Boylan, J., Eds., Informa Healthcare, 2006.

899. Langer, R., Tissue engineering: Perspectives, challenges and future directions, Tissue Engineering, 13: 1-2, 2007.

900. Khademhosseini, A., Ling, Y., Karp, J. and Langer, R., Micro- and nanoscale control of cellular environment for tissue engineering. Nanobiotechnology II, Mirkin, C. and Niemeyer, C., Eds., 2007, Wiley-VCH Verlag, Weinheim.

901. Moss, J.D. and Langer, R., Drug Delivery Modalities, in Principles of Pharmacology: The pathophysiologic basis of drug therapy 2nd Ed, 2007, 935-941, E. Golan, ed.in chief, Lippincott Williams & Williams, Baltimore.

902. Farokhzad, O., Jon, S. and Langer, R., Aptamers and cancer nanotechnology. Nanotechnology for cancer therapy, pp. 289-313, Amiji, M., Ed, 2007.

903. Goldberg, M., Langer, R. and Jia, X., Nanostructured materials for applications in drug delivery and tissue engineering, Journal of Biomaterials Science Polymer, 18: 241-268, 2007.

904. Green, J., Chiu, E., Leshchiner, E., Shi, J., Langer, R., Anderson, D., Electrostatic ligand coatings of nanoparticles enable ligand-specific gene delivery to human primary cells, Nano Letters, 7: 874-879, 2007.

905. Peng, W., Anderson, D., Bao, Y., Padera, R., Langer, R., Sawicki, Nanoparticulate delivery of suicide DNA to murine prostate and prostate tumors, The Prostate, 67: 855-862, 2007.

906. Ferreira, L., Langer, R., Vunjak-Novakovic, G., Gerecht-Nit, S., Fuller, J., Shieh, H., Bioactive hydrogel scaffolds for controllable vascular differentiation of human embryonic stem cells, Biomaterials, 28: 2706-2717, 2007.

907. Ward, M.S., Khoobei, A., Lavik, E.B., Langer, R., Young, M.J., Neuroprotection of retinal ganglion cells in DBA/2J mice with GDNF-loaded biodegradable microspheres, Journal of Pharmaceutical Sciences, 96: 558-568, 2007.

908. Choleris, E., Little, S., Mong, J., Puram, S., Langer, R., Pfaff, D., Microparticle-based delivery of oxytocin receptor antisense DNA in the medial amygdala blocks social recognition in female mice, Proceedings of the National Academy of Sciences, 104: 4670-4675, 2007.

909. Gu, F., Karnik, R., Wang, A., Alexis, F., Levy-Nissenbaum, E., Seungpyo, H., Langer, R., Farokhzad, O., Targeted nanoparticles for cancer therapy, Nano Today, 2: 14-21, 2007.

910. Langer, R., A bioengineer sees a future for safe gene-silencing therapies, Nature, 447: 757, 2007.

911. Karp, J., Yeh, J., Eng, G., Fukuda, J., Blumling, J., Suh, K., Cheng, J., Mahdavi, A., Borenstein, J., Langer, R., Khademhosseini, A., Controlling size, shape, and homogeneity of embryoid bodies using poly(ethylene glycol) microwells, Lab on a Chip, 7: 786-794, 2007.

912. Figallo, E., Cannizzaro, C., Gerecht, S., Burdick, J., Langer, R., Elvassore, N., Vunjak-Novakovic, G., Micro-bioreactor array for controlling cellular microenvironments, Lab on a Chip, 7: 710-719, 2007.

913. Gerecht, S., Burdick, J., Ferreira, L., Townsend, S., Langer, R., Vunjak-Novakovic, G., Hyaluronic acid hydrogel for controlled self-renewal and differentiation of human embryonic stem cells, Proceedings of the National Academy of Sciences, 104: 11298-11303, 2007.

914. Yeo, Y., Bellas, E., Highley, C.B., Langer, R., Kohane, D.S., Peritoneal adhesion prevention with an in situ cross-linkable hyaluronan gel containing tissue-type plasminogen activator in a rabbit repeated-injury model, Biomaterials, 28: 3704-3713, 2007.

915. Zhang, L., Radovic-Moreno, A., Alexis, A., Gu, F., Basto, P., Bagalkot, V., Jon, S., Langer, R. and Farokhzad, O., Co-delivery of hydrophobic and hydrophilic drugs from nanoparticle-aptamer bioconjugates, ChemMedChem, 2: 1268-1271, 2007

916. Cheng, J., Teply, B.A., Sherifi, I., Sung, J., Luther, G., Gu, F.X., Levy-Nissenbaum, E., Radovic-Moreno, A., Langer, R., Farokhzad, O.C., Formulation of functionalized PLGA-PEG nanoparticles for in vivo targeted drug delivery, Biomaterials, 28: 869-876, 2007.

917. Loose, C., Langer, R. and Stephanopoulos, G., Optimization of protein fusion partner length for maximizing in vitro translation of peptides, Biotechnology Progress, 23: 444-451, 2007.

918. Gerecht, S., Bettinger, C., Zhang, Z., Borenstein, J., Vunjak-Novakovic, G., Langer, R., The effect of actin disrupting agents on contact guidance of human embryonic stem cells, Biomaterials, 28: 4068-4077, 2007. NIHMSID: 28513.

919. Ferreira, L., Gerecht, S., Sheih, H., Watson, N., Rupnick, M., Dallabrida, S., Vunjak-Novakovic, G., Langer, R., Vascular progenitor cells isolated from human embryonic stem cells give rise to endothelial and smooth muscle-like cells and form vascular networks in vivo, Circulation Research, 101: 286-294, 2007.

920. Levenberg, S., Basevitch, Y., Zoldan, J. and Langer, R., Review:  Endothelial potential of human embryonic stem cells, <u>Blood</u>, 110: 806-814, 2007.

921. Zumbuehl, A., Ferreira, L., Kuhn, D., Astashkina, A., Long, L., Yeo, Y., Iaconis, T., Ghannoum, M. Langer, R., Kohane, D. and Fink, G., Antifungal hydrogels, <u>Proceedings of the National Academy of Sciences</u>, 104: 12994-12998, 2007.

922. Ng, T., Lavik, E., Keino, H., Taylor, A., Langer, R., Young, M., Creating an immune privileged site using retinal progenitor cells and biodegradable polymers, <u>Stem Cells</u>,25: 1552-1559, 2007.

923. Park, H., Cannizzaro, C., Vunjak-Novakovic, G., Langer, R., Vacanti, C., Farokhzad, O., Nanofabrication and microfabrication of functional materials for tissue engineering, <u>Tissue Engineering</u>, 13: 1867-1877, 2007.

924. Zugates, G., Peng, W., Zumbuehl, A., Jhunjhunwala, S., Huang, Y., Langer, R., Sawicki, J., Anderson, D., Rapid optimization of gene delivery by parallel end-modification of poly(β-amino ester)s, <u>Molecular Therapy</u>, 15: 1306-1312, 2007.

925. Radisic, M., Park, H., Gerecht-Nir, S., Cannizzaro, C., Langer, R., Vunjak-Novakovic, G., Biomimetic approach to cardiac tissue engineering, <u>Philos. Trans. R. Soc. Lond. Biol. Sci.</u>, 362: 1357-1368, 2007.

926. Gerecht, S., Townsend, S., Pressler, H., Zhu, H., Nijist, C., Bruggeman, J., Nichol, J. and Langer, R., A porous photocurable elastomer for cell encapsulation and culture, <u>Biomaterials</u>, 28: 4826-4825, 2007.  NIHMSID:27975.

927. Little, S., Anderson, D. and Langer, R., Nonviral genetic vaccines for cancer, <u>Gene Therapy for Cancer</u>, ed., Hunt, K., Vorburger, S. and Swisher, S., Humana Press, Totowa, NJ, 2007.

928. Jiang, C., Moore, M., Zhang, X., Klassen, H., Langer, R., Young, M., Intravitreal injections of GDNF-loaded biodegradable microspheres are neuroprotective in a rat model of glaucoma, <u>Molecular Vision</u>, 13: 1783-1792, 2007.

929. Zugates, G., Anderson, D. and Langer, R., High-throughput methods of screening polymeric transfection reagents, Gene transfer: Delivery and expression of DNA and RNA, pg 547-554, eds, Friedmann, T. and Rossi, J, Cold Spring Harbor Laboratory Press, New  York, NY., 2007

930. Karp, J. and Langer, R., Development and therapeutic applications of advanced biomaterials, <u>Current Opinion in Biotechnology</u>, 18: 454-459, 2007.

931. Daniel, K., Kim, G., Vassiliou, C., Jalali-Yazdi, F., Langer, R., Cima, M., Multi-reservoir device for detecting a soluble cancer biomarker, <u>Lab on a Chip</u>, 7: 1288-1293, 2007.

932. Urquhart, A., Anderson, D., Taylor, M., Alexander, M., Langer, R., Davies, M., High throughput surface characterization of a combinatorial material library, <u>Advanced Materials</u>, 19: 2486-2491, 2007.

933. Park, S., Lee, K., Choi, I., Langer, R., Jon, S., Dual functional, polymeric, self-assembled monolayers as a facile platform for construction of patterns of biomolecules, <u>Langmuir</u>, 23: 10902-10905, 2007.

934. Townsend, S., Evrony, G., Gu, F., Shulz, M., Brown Jr., R., Langer, R., Tetanus toxin C fragment conjugated nanoparticles for targeted drug delivery to neurons, <u>Biomaterials</u>, 28: 5176-5184, 2007.

935. Bettinger, C., Cyr, K., Matsumoto, A., Langer, R., Borenstein, J., Kaplan, D., Silk fibroin microfluidic devices, <u>Advanced Materials</u>, 19:  2847-2850, 2007.

936. Khademhosseini, A and Langer, R., Microengineered hydrogels for tissue engineering, <u>Biomaterials</u>, 28:  5087-5092, 2007.

937. John, M., Constien, R., Akinc, A., Goldberg, M., Moon, Y., Spranger, M., Hadwiger, P., Soutschek, J., Vornlocher, H., Manoharan, M., Stoffel, M., Langer, R., Anderson, D., Horton, J., Koteliansky, V., Bumcrot, D., Effective RNAi-mediated gene silencing without interruption of the endogenous microRNA pathway, <u>Nature</u>, 449: 745-747**,** 2007.

938. Farokhzad, O., Zhang, L., Kantoff, P., Langer, R., Jon, S., Bagalkot, V., Quantum dot-aptamer conjugates for synchronous cancer imaging, therapy, and sensing of drug delivery based on bi-fluorescence resonance energy transfer, <u>Nano Letters</u>, 7:  3065-3070, 2007.

939. Kim, G., Josephson, L., Langer, R., Cima, M., Magnetic relaxation switch detection of human chorionic gonadotropin, <u>Bioconjugate Chemistry</u>, 18:  2024-2028, 2007.

940. Nijst, C., Bruggeman, J., Karp, J., Ferreira, L., Zumbuehl, A., Bettinger, C., Langer, R., Synthesis and characterization of photocurable elastomers from poly(glycerol-co-sebacate), <u>Biomacromolecules</u>, 8:  3067-3073, 2007.

941. Green, J., Zugates, G., Tedford, N., Huang, Y., Griffith, L., Lauffenburger, D., Sawicki, J., Langer, R., Anderson, D., Combinatorial modification of degradable polymers enables transfection of human cells comparable to adenovirus, <u>Advanced Materials</u>, 19:  2836-2842, 2007.

942. Kushner, J., Deen, W., Blankschtein, D. and Langer, R., First-principles, structure-based transdermal transport model to evaluate lipid partition and diffusion coefficients of hydrophobic permeants solely from stratum corneum permeation experiments, Journal of Pharmaceutical Sciences, 96: 3236-3251, 2007.

943. Kushner, J., Kim, D., So, P., Blankschtein, D., Langer, R., Dual-Channel two-photon microscopy study of transdermal transport in skin treated with low-frequency ultrasound and a chemical enhancer, Journal of Investigative Dermatology, 127: 2832-2846, 2007.

944. Zugates, G., Tedford, N., Zumbuehl, A., Jhunjhunwala, S., Kang, C., Griffith, L., Lauffenburger, D., Langer, R., Anderson, D., Gene delivery properties of end-modified poly(β-amino ester)s, Bioconjugate Chemistry, 18: 1887-1896, 2007.

945. Peer, D., Karp, J., Hong, S., Farokhzad, O., Margalit, R., Langer, R., Nanocarriers: Emerging platforms for cancer therapy, Nature Nanotechnology, 2: 751-760, 2007.

946. Kushner, J., Blankschtein, D. and Langer, R., Evaluation of the porosity, the tortuosity, and the hindrance factor for the transdermal delivery of hydrophilic permeants in the context of the aqueous pore pathway hypothesis using dual-radiolabeled permeability experiments, Journal of Pharmaceutical Sciences, 96: 3263-3282, 2007.

947. Adams, D., Toner, M., and Langer, R., Role of trehalose in prevention of giant vesicle adsorption and encapsulated solute leakage in anhydrobiotic preservation, Langmuir, 23: 13013-13023, 2007.

948. Pridgen, E., Langer, R., and Farokhzad, O., Biodegradable, polymeric nanoparticle delivery systems for cancer therapy, Nanomedicine, 5: 669-680, 2007.

949. Hong, S., Lee, D., Zhang, H., Zhang, J., Resvick, J., Khademhosseini, A., King, M., Langer, R., Karp, J., Covalent immobilization of P-selectin enhances cell rolling, Langmuir, 23: 12261-12268, 2007. NIHMSID: 62699.

950. Evgenov, O., Kohane, D., Bloch, K., Stasch, J., Volpatol, G., Bellas, E., Evgenov, N., Buys, E., Gnoth, M., Graveline, A., Liu, R., Hess, D., Langer, R., Zapol, W., Inhaled agonists of soluble guanylate cyclase induce selective pulmonary vasodilation, American Journ. of Resp. and Crit. Care Med., 176: 1138-1145, 2007.

951. Kim, G., Tyler, B., Tupper, M., Karp, J., Langer, R., Brem, H., Cima, M., Resorbable polymer microchips releasing BCNU inhibit tumor growth in the rat 9L flank model, Journal of Controlled Release, 123: 172-178, 2007.

952. Neeley, W., Redenti, S., Klassen, H., Tao, Sarah, Desai, T., Young, M. and Langer, R., Microfabricated scaffold for retinal progenitor cell grafting, Biomaterials, 29: 418-426, 2008, PMID: 17961642, PMCID: PMC2174396.

953. Karnik, R., Gu, F., Basto, P., Cannizzaro, C., Dean, L., Kyei-Manu, W., Langer, R. and Farokhzad, O., Microfluidic platform for controlled synthesis of polymeric nanoparticles, Nano Letters, 8: 2906-2912, 2008, PMID: 18656990, PMCID: Exempt from PMC—Letter.

954. Urquhart, A., Taylor, M., Anderson, D., Langer, R., Alexander, M., Davies, M., TOF-SIMS analysis of a 576 micro-patterned co-polymer array reveals surface moieties that control wettability, Analytical Chemistry, 80: 135-142, 2008, PMID: 18044847, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008..

955. Fuller, J., Zugates, G., Ferreira, L., Ow, H., Nguyen, N., Wiesner, U. and Langer, R., Intracellular delivery of core-shell fluorescent silica nanoparticles, Biomaterials, 29: 1526-1532, 2008, PMID: 18096220, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

956. Alexis, F., Rhee, J. Richie, J., Radovic-Moreno, A., Langer, R. and Farokhzad, O., New frontiers in nanotechnology for cancer treatment, Urol. Oncol., 26: 74-85, 2008, PMID: 18190835, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

957. Wright, D., Rajalingam, B., Karp, J., Selvarasah, S., Ling, Y., Yeh, J., Langer, R., Dokmeci, M., Khademhosseini, A., Reusable, reversibly sealable parylene membranes for cell and protein patterning, Journ. Biomed. Mat. Res., 85: 530-538, 2008, PMID: 17729252, NIHMSID: NIHMS178647.

958. Chau, Y., Luo, Y., Cheung, A., Nagai, Y., Zhang, S., Kobler, J., Zeitels, S. and Langer, R., Incorporation of a matrix metalloproteinase-sensitive substrate into self-assembling peptides:  A model for biofunctional scaffolds, Biomaterials, 29: 1713-1719, 2008, PMID: 18192002, PMCID: Exempt from PMC—Non-NIH Funding.

959. Radisic, M., Park, H., Salazar-Lazaro, J., Geng, W., Wang, Y., Langer, R., Freed, L. and Vunjak-Novakovic, G., Pre-treatment of synthetic elastomeric scaffolds by cardiac fibroblasts improves engineered heart tissue, J. Biomed. Mat. Rsch, 86: 713-724, 2008, PMID: 18041719, PMCID: PMC2775086.

960. Parsa, S., Wang, Y., Fuller, J., Langer, R. and Pfeifer, B., A comparison between polymeric microsphere and bacterial vectors for macrophage P388D1 gene delivery, Pharm. Res., 25: 1202-1208, 2008, PMID: 18343983, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

961. Moss, J., Langer, R., Drug Delivery Modalities, Principles of Pharmacology: The Pathophysiologic Basis of Drug Therapy, Second Edition, Chap. 54, pp. 935-941, Lippincott Williams & Wilkins, Baltimore, MD, 2008, PMCID: Exempt from PMC—Book Chapter.

962. Wood, K., Azarin, S., Arap, W., Pasqualini, R., Langer, R., and Hammond, P., Tumor-targeting gene delivery using molecularly engineering hybrid polymers functionalized with a tumor-homing peptide, Bioconjugate Chemistry, 19: 403-405, 2008, PMID: 18189340, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

963. Gu, F., Zhang, F., Teply, B., Mann, N., Wang, A., Radovic-Moreno, A., Langer, R., and Farokhzad, O., Precise engineering of targeted nanoparticles using self-assembled biointegrated block copolymers, Proceedings of the National Academy of Sciences, 105: 2586-2591, 2008, PMID: 18272481, PMCID: PMC2268180.

964. Mahdavi, A., Ferreira, L., Sundback, C., Nichol, J., Chan, E., Carter, D., Bettinger, C., Patananavich, S., Chignozha, L., Joseph, E., Galakatos, A., Pryor, A., Pomerantseva, I., Masiakos, P., Faquin, W., Zumbuehl, A., Hong, S., Borenstein, J. Vacanti, J., Langer, R., and Karp, J., A biodegradable and biocompatible Gecko-inspired adhesive, Proceedings of the National Academy of Sciences, 105: 2307-2312, 2008, PMID: 18287082, PMCID: PMC2268132.

965. Kochling, J., Rott, Y., Arndt, S., Green, J., Anderson, D., Langer, R., Stripecke, R., Schmidt, M., Henze, G. and Bucsky, P., Prevention of Ph+ acute lymphoblastic leukaemia by DNA vaccination using a non-viral vector system and nanoparticle delivery, European Journal of Pediatrics, 167: 371, 2008, PMCID: Exempt from PMC--Abstract.

966. Kang, L., Chung, B.G., Langer, R. and Khademhosseini, A., Microfluidics for drug discovery and development: From target selection to product lifecycle management, Drug Discovery Today, 13: 1-13, 2008, PMID: 18190858, PMCID: PMC2700821.

967. Koechling, J., Rott, Y., Arndt, S., Green, J., Anderson, D., Langer, R., Stripecke, R., Wittig, B and Schmidt, M., Prevention of Ph+ acute lymphoblastic leukemia by nanoparticulate delivery of a DNA vaccine in syngeneic mice, Blood, 110: 366b, 2008, PMCID: Exempt from PMC—Abstract.

968. Teply, B., Tong, R., Jeong, S.Y., Luther, G., Sherifi, I., Yim. C. Khademhosseini, A., Farokhzad, O., Langer, R. and Cheng, J., The use of charge-coupled polymeric microparticles and micromagnets for modulating the bioavailability of orally delivered macromolecules, Biomaterials, 29: 1216-1223, 2008, PMID: 18082254, PMCID: PMC2268909.

969. Kushner, J., Blankschtein, D. and Langer, R., Heterogeneity in skin treated with low-frequency ultrasound, Journal of Pharmaceutical Sciences, 97: 4119-4128, 2008, PMID: 18240305, PMCID: Exempt from PMC—Review.

970. Karnik, R., Hong, S. Zhang, H. Mei, Y., Anderson, D., Karp, J. and Langer, R., Nanomechanical control of cell rolling in two dimensions through surface patterning of receptors, Nano Letters, 8: 1153-1158, 2008, PMID: 18321075, NIHMSID: NIHMS178649.

971. Bettinger, C., Zhang, Z, Gerecht, S., Borenstien, J. and Langer, R., Enhancement of in vitro capillary tube formation by substrate nanotopography, Advanced Materials, 20: 99-103, 2008, PMID: 19440248, PMCID: PMC2680548.

972. Karp, J., Mahdavi, A., Hong, S., Khademhosseini, A., and Langer, R., Microscale approaches for bone tissue engineering, in Micro and nanoengineering of the cell microenvironment: Technologies and applications, 2008, 417-430, Khademhosseini, A., Borenstein, J., Toner, M., Takayama, S., eds., Artech House, Boston, US and London, UK, PMCID: Exempt from PMC—Book Chapter.

973. Bettinger, C., Bruggeman, J. Borenstein, J. and Langer, R., Amino alcohol-based degradable poly(ester amide) elastomers, Biomaterials, 29: 2315-2325, 2008, PMID: 18295329, NIHMSID: NIHMS44614.

974. Akinc, A., Zumbuehl, A., Goldberg, M., Leshchiner, E., Busini, V., Hossain, N., Bacallado, S., Nguyen, D., Fuller, J., Alvarez, R., Borodovsky, A. Borland, T., Constein, R., de Fougerolles, A., Dorkin, J., Jayaprakash, K., Jayaraman, M., John, M., Kotelianski, V., Manoharan, M., Nechev, L., Qin, J., Racie, T., Raitcheva, D., Rajeev, K., Sah, D., Soutschek, J., Toudjarska, I, Vornlocher, H.P., Zimmermann, T., Langer, R. and Anderson, D., A combinatorial library of lipid-like materials for delivery of RNAi therapeutics, Nature Biotechnology, 26: 561-569, 2008, PMID: 18438401, PMCID: N/A – NIH not acknowledged on this paper.

975. Yang, F., Neeley, W., Moore, M., Karp, J., Shukla, A. and Langer, R., Tissue engineering: The therapeutic strategy of the 21st century, Nanotechnology and Tissue Engineering: The Scaffold, CRC Press/Francis Group, pp: 3-32, 2008, PMCID: Exempt from PMC—Book Chapter.

976. Levy-Nissenbaum, E., Radovic-Moreno, A., Wang, Z. Langer, R. and Farokhzad, O., Nanotechnology and aptamers:  Applications in drug delivery, Trends Biotechnol., 26:  442-449, 2008, PMID: 18571753, PMCID: Exempt from PMC—Review.

977. Bettinger, C., Borenstein, J., and Langer, R., Microfabrication techniques in scaffold development, Nanotechnology and Tissue Engineering:  The Scaffold, CRC Press/Francis Group, pp: 87-119, 2008, PMCID: Exempt from PMC—Book Chapter.

978. Guerrini, M., Beccati, D., Shriver, Z., Naggi, A., Viswanathan, K., Bisio, A., Capila,I., Lansig, J., Guglieri, S., Fraser, B., Al-Hakim, A.,  Gunay, N., Zhang, Z., Robinson, L., Buhse, L., Nasr, M., Woodock, J., Langer, R., Venkataraman, G., Linhardt, R., Casu, B., Torri, G., Sasisekharan, R., Oversulfated chondroitin sulfate is a contaminant in heparin associated with adverse clinical events, Nature Biotechnology, 26:  669-675, 2008, PMID: 18437154, PMCID: N/A.

979. Kishimoto, T., Viswanathan, K., Ganguly, T., Elankumaran, S., Smith, S., Pelzer, K., Lansing, J., Sriranganathan, N., Zhao, G., Galcheva-Gargova, Z., Al-Hakim, A., Bailey, G., Fraser, B., Roy, S., Rogers-Cotrone, T., Buhse, L., Whary, M., Fox, J., Nasr, M., Dal Pan, G., Shriver, Z., Langer, R., Venkataraman, G., Austen, F., Woodcock, J., Sasisekharan, R., Contaminated Heparin Associated with Adverse Clinical Events and Activation of the Contact System, New England Journal of Medicine, 358:  2457-2467, 2008, PMID: 18434646, PMCID: N/A.

980. Blossom, D., Kallen, A., Patel, P., Elward, A., Robinson, L., Gao, G., Langer, R., Perkins, K., Jaeger, J., Kurkjian, K., Jones, M., Schillie, S., Shehab, N., Ketterer, D., Venkataraman, G., Kishimoto, T., Shriver, Z., McMahon, A., Austen, K., Kozlowski, S., Srinivasasn, A., Turabelidze, G., Gould, C. Arduino, M. and Sasisekharan, R., Outbreak of adverse reactions associated with contaminated heparin, New England Journal of Medicine, 359:  2674-2684, 2008, PMID: 19052120, PMCID: N/A.

981. Kohane, D. and Langer, R., Polymeric biomaterials in tissue engineering, Pediatric Research, 63:  487-491, 2008, PMID: 18427292, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

982. Ferreira, L., Squire, T., Park, H., Choe, H., Kohane, D. and Langer, R., Human embryoid bodies containing nano- and micro-particulate delivery vehicles, Advanced Materials, 20:  2285-2291, 2008, PMCID: Exempt from PMC—Letter.

983. Park, H., Bhalla, R., Saigal, R., Radisic, M., Watson, N., Langer, R., Vunjak-Novakovi, G., Effects of the electrical stimulation in C2C12 muscle constructs, Journal of Tissue Engineering and Regenerative Medicine, 2: 279-287, 2008, PMID: 18512267, PMCID: PMC2782921.

984. Zhang, L., Gu, F., Chan., J., Wang, A., Langer, R. and Farokhzad, O., Nanoparticles in medicine:  Therapeutic applications and developments, Clinical Pharmacology and Therapeutics, 83:  761-769, 2008, PMID: 17957183, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

985. Kushner, J., Blankschtein, D. and Langer, R., Evaluation of hydrophilic permeant transport parameters in the localized and non-localized transport regions of skin treated simultaneously with low-frequency ultrasound and sodium lauryl sulfate, Journal of Pharmaceutical Sciences, 97:  906-918, 2008, PMID: 17887123, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

986. Nguyen, D. Raghavan, S., Tashima, L., Lin, E., Fredette, S., Langer, R. and Wang, C., Enhancement of poly(orthoester) microspheres for DNA vaccine delivery by blending with poly(ethylenimine), Biomaterials, 29:  2783-2793, 2008, PMID: 18400244, PMCID: PMC2435500.

987. Brito, L., Little, S., Langer, R., Amiji, M., Poly(β-amino ester) and Cationic Phospholipid-Based Lipopolyplexes for Gene Delivery and Transfection in Human Aortic Endothelial and Smooth Muscle Cells, Biomacromolecules, 9:  1179-1187, 2008, PMID: 18307309, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

988. Bruggeman, J., deBruin, B-J., Bettinger, C. and Langer, R., Biodegradable poly(polyol sebacate) polymers, Biomaterials, 29:  4726-4735, 2008, PMID: 18824260, NIHMSID: NIHMS78378.

989. Cao, Y. and Langer, R., A review of Judah Folkman's remarkable achievement in biomedicine, Proceedings of the National Academy of Sciences, 105:  13203-13205, 2008, PMID: 18772371, PMCID: PMC2533169.

990. Green, J., Zhou, Y., Mitalipova, M., Beard, C., Langer, R., Jaenisch, R. and Anderson, D., Nanoparticles for gene transfer to human embryonic stem cell colonies, Nano Letters, 8:  3126-3130, 2008, PMID: 18754690, NIHMSID:178838.

991. Green, J., Langer, R., and Anderson, D., A combinatorial polymer library approach yields insights into non-viral gene delivery, Accounts of Chemical Research, 41:  749-759, 2008, PMID: 18507402, PMCID: Exempt from PMC—Accepted for publication before April 7, 2008.

992. Ferreira, L., Karp, J., Nobre, L. and Langer, R., New opportunities: The use of nanotechnologies to manipulate and track stem cells, Cell Stem Cell, 3: 136-146, 2008, PMID: 18682237, PMCID: Exempt from PMC—Review.

993. Wang, Z., Guimaraes, A., Zhang, L., Gu, F., Langer, R., Weissleder, R. and Farokhzad, O., Development of novel multifunctional nanoparticles for combined imaging and targeted delivery of chemoradiotherapy, Int. Journal of Radiation Oncology Biology Physics (Spe. Iss.), 72: S707, 2008, PMCID: Exempt from PMC—Proceedings.

994. Auguste, D., Furman, K., Wong, A., Fuller, J., Armes, S., Deming, T. and Langer, R., Triggered release of siRNA for poly(ethylene glycol) protected, pH-dependent liposomes, Journal of Controlled Release, 130: 266-274, 2008, PMID: 18601962, PMCID: PMC2608725.

995. Dhar, S., Gu, F., Langer, R., Farokhzad, O. and Lippard, S., Targeted delivery of cisplatin to prostate cancer cells by aptamer functionalized pt (IV) prodrug-PLGA-PEG nanoparticles, Proceedings of the National Academy of Sciences, 105: 17356-17361, 2008, PMID: 18978032, PMCID: PMC2582270.

996. Prausnitz, M. and Langer, R., Transdermal drug delivery, Nature Biotechnology, 26: 1261-1268, 2008, PMID: 18997767, PMCID: PMC2700785.

997. Wang, A., Bagalkot, V., Vasilliou, C., Gu, F., Alexis, F., Zhang, L., Shaikh, M., Yuet, K., Cima, M., Langer, R., Kantoff, P., Bander, N., Jon, S. and Farokhzad, O., Superparamagnetic iron oxide nanoparticle aptamer bioconjugate for combined prostate cancer imaging and therapy, ChemMedChem, 3: 1311-1315, 2008, PMID: 18613203, PMCID: Exempt from PMC—Letter.

998. Elman, N.M., Masi, B.C., Cima, M.J. and Langer, R. Electro-thermally induced structural failure actuator (ETISFA) for implantable controlled drug delivery devices based on micro-electro-mechanical-systems, Lab on a Chip, DOI: 10.1039/c005135g.

999. Bruggeman, J., Bettinger, C., Nijist, C., Kohane, D. and Langer, R., Biodegradable xylitol-based polymers, Advanced Materials, 20: 1922-1927, 2008, PMCID: Exempt from PMC—Letter.

1000. Park, H., Williams, G., Goldman, N., Choe, H., Kobler, .J., Lopez Guerra, G., Heaton, J., Langer, R. and Zeitels, S., Comparison of effects of two harvesting methods on fat autograft, The Laryngoscope, 118: 1493-1499, 2008, PMID: 18496155, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1001. Adams, D., Toner, M., and Langer, R., Microflow and crack formation patterns in drying sessile droplets of liposome suspensions in trehalose solutions, Langmuir, 24: 7688-7697, 2008, PMID: 18613701, PMCID: PMC Journal—In Process.

1002. Showalter, S., Huang, Y., Witkiewicz, A., Constantino, C., Yeo, C., Green, J., Langer, R., Anderson, D., Sawicki, J. and Brody, J., Nanoparticle delivery of diphtheria toxin DNA effectively kills mesothelin expressing pancreatic cancer cells, Cancer Biology and Therapy, 7: 1584-1590, 2008, PMID: 19039293, PMCID: N/A.

1003. Mei, Y., Cannizzaro, C., Park, H., Xu, Q., Bogatyrev, S., Yi, K., Goldman, N., Langer, R. and Anderson, D., Cell-compatible, multicomponent protein arrays with subcellular feature resolution, Small, 4: 1600-1604, 2008, PMID: 18844310, PMCID: PMC2679812.

1004. Hudson, S., Padera, R., Langer, R. and Kohane, D., The biocompatibility of mesoporous silicates, Biomaterials, 29: 4045-4055, 2008, PMID: 18675454, PMCID: PMC2602836.

1005. Zhang, L, Chan, J., Gu, F., Rhee, J., Wang, A., Radovic-Moreno, A., Alexis, F., Langer, R. and Farokhzad, O., Self-assembled lipid-polymer hybrid nanoparticles: A robust drug delivery platform, ACS Nano, 2: 1696-1702, 2008, PMID: 19206374, NIHMSID: NIHMS86259.

1006. Frank-Kamenetsky, M., Grefhorst, A., Anderson, A., Racie, T., Bramlage, B., Akinc, A., Butler, D., Charisse, K., Dorkin, R., Fan, Y. Gamba-Vitalo, C., Hadwiger, P., Jayaraman, M., John, M., Jayaprakash, K., Maier, M., Nechev, L., Rajeev, K., Read, T., Rohl, I., Soutschek, J., Tan, P., Wong, J., Wang, G., Zimmerman, T., de Fougerolles, A., Vornlocher, H., Langer, R., Anderson, D., Manoharan, lM., Koteliansky, V., Horton, J. and Fitzgerald, K., Therapeutic RNAi targeting PCSK9 acutely lowers plasma cholesterol in rodents and LDL cholesterol in nonhuman primates, Proceedings of the National Academy of Sciences, 105: 11915-11920, 2008, PMID: 18695239, PMCID: PMC2575310.

1007. Engelmayr, G., Cheng, M., Bettinger, C., Borenstein, J. Langer, R. and Freed, L., Accordian like honeycombs for tissue engineering cardiac anisotropy, Nature Materials, 7: 1003-1010, 2008, PMID: 18978786, PMCID: PMC2613200.

1008. Taylor, A., Urquhart, A., Williams, P., Anderson, D., Langer, R, Alexander, M. and Davies, M., A methodology for investigating protein adhesion and adsorption to microarrayed combinatorial polymers, Macromolecular Rapid Communications, 29: 1298-1302, 2008, PMCID: Exempt from PMC—Letter.

1009. Cho, S., Hartle, L., Son, S., Yang, F., Goldberg, M., Xu, Q., Langer, R. and Anderson, D., Delivery of small interfering RNA for inhibition of endothelial cell apoptosis by hypoxia and serum deprivation, Biochemical & Biophysical Research Communications, 376: 158-163, 2008, PMID: 18765230, NIHMSID: NIHMS72844.

1010. Svensson, R., Shey, M., Ballas, Z., Dorkin, R., Goldberg, M., Akinc, A., Langer, R., Anderson, D., Bumcrot, D. and Henry, M., Assessing siRNA pharmacodynamics in a luciferase expressing mouse, Molecular Therapy, 16: 1995-2001, 2008, PMID: 18781145, PMCID: N/A.

1011. Sawicki, J., Anderson, D. and Langer, R., Nanoparticle delivery of suicide DNA for epithelial ovarian cancer therapy, Advances in Experimental Medicine and Biology, Vol. 767: Ovarian Cancer, Springer Verlag, New York, 622: 209-219, 2008, PMID: 18546630, PMCID: Exempt from PMC—Book Chapter.

1012. Radisic M, Park H, Martens TP, Salazar-Lazaro J, Geng W, Wang Y, Langer R, Freed LE and Vunjak-Novakovic G., Pre-treatment of synthetic elastomeric scaffolds by cardiac fibroblasts improves engineered heat tissue, Journal of Biomedical Materials Resesarch A, 86: 713-24, 2008, PMID: 18041719, PMCID: PMC2775086.

1013. Green, J., Zugates, G., Langer, R. and Anderson D., Poly( -amino esters): Procedures for synthesis and gene delivery, Methods in Molecular Biology, 480: 53-63, 2009, PMID: 19085119, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1014. Farokhzad, O. and Langer, R., Impact of Nanotechnology on drug delivery, ACS Nano, 3: 16-20, 2009, PMID: 19206243, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1015. Whitehead, K., Langer, R. and Anderson, D., Knocking down barriers: Advances in siRNA delivery, Nature Reviews: Drug Discovery, 8: 129-138, 2009, PMID: 19180106, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1016. Xu, Q., Hashimoto, M., Dnag, T., Hoare, T., Kohane, D., Whitesides, G. Langer,R., and Anderson, G., Preparation of monodisperse biodegradable polymer microparticles using a microfluidic flow-focusing device for controlled drug delivery, Small, 5: 1575-1581, 2009, PMID: 19296563, PMCID: PMC2789598.

1017. Khademhosseini, J., Vacanti, J. and Langer, R., Progress in tissue engineering, Scientific American, 300: 64-71, 2009, PMCID: Exempt from PMC—Magazine Article.

1018. Nguyen, D., Green, J., Chan., J., Anderson, D. and Langer, R., Polymeric materials for gene delivery and DNA vaccination, Advanced Materials, 21: 847-867, 2009, PMCID: Exempt from PMC—Review.

1019. Taylor, M., Urquhart, A., Anderson, D., Langer, R., Davies, M. and Alexander, M., Partial least squares regression as a powerful tool for investigating large combinatorial polymer libraries, Surface and Interface Analysis (Spec. Iss.), 41: 127-135, 2009, PMCID: N/A.

1020. Langer, R., Perspectives and challenges in tissue engineering and regenerative medicine, Advanced Materials, 21: 3235-3236, 2009, PMCID: Exempt from PMC—Editorial.

1021. Khademhosseini, A., Rajalingam, B., Jinno, S. and Langer, R. Nanoengineered systems for tissue engineering and regeneration, in Nanotechnology, 2009, 361-384. Ed., Vogel, V., Wiley-Vch Verlag GmbH and Co., KGaA, Weinheim, Germany, PMCID: Exempt from PMC—Book Chapter.

1022. Huang, Y.H., Bao, Y., Peng, W., Goldberg, M., Love, K., Bumcrot, D., Cole, G., Langer, R., Anderson, R. and Sawicki, J., Claudin-3 gene silencing with small interfering RNA suppresses ovarian tumor growth and metastasis, Proceedings of the National Academy of Sciences, 106: 3426-3430, 2009, PMID: 19208807, PMCID: PMC2651300.

1023. Chang, J., Zhang, F., Yuet, K., Liao, G., Rhee, J., Langer, R. and Farokhzad, O., PLGA-lecithin-PEG core-shell nanoparticles for controlled drug delivery, Biomaterials, 30: 1627-1634, 2009, PMID: 19111339, NIHMSID: NIHMS92982.

1024. Salavador-Morales, C., Zhang, F., Langer, R. and Farokhzad, O., Immunocompatibilty properties of lipid-polymer hybrid nanoparticles with heterogeneous surface functional groups, Biomaterials, 30: 2231-2240, 2009, PMID: 19167749, PMCID: PMC2699891.

1025. Gu, F., Langer, R. and Farokhzad, O., Formulation/Preparation of functionalized nanoparticles for in vivo targeted drug delivery, Methods in Molecular Biology, 544: 589-598, 2009, PMID: 19488725, PMCID: Exempt from PMC—Book Chapter.

1026. Lu, J., Langer, R. and Chen, J., A novel mechanism is involved in cationic lipid-mediated functional siRNA delivery, Molecular Pharmaceutics, 6: 763-771, 2009, PMID: 19292453, PMCID: PMC2688906.

1027. Daniel, K., Duc, H.L.H, Cima, M., and Langer,R., Controlled release microchips, in Chronopharmaceutics: Science and technology for biological rhythm guided therapy and prevention of diseases, 2009, 187-215, Bi-Botti C. Youan, eds., John Wiley and Sons, Hoboken, NJ, PMCID: Exempt from PMC—Book Chapter.

1028. Pridgen, E., Alexis, F., Farokhzad, O. and Langer, R., Biodegradable, targeted polymeric nanoparticle drug delivery formulation for cancer therapy, in Methods of Bioengineering: Nanoscale bioengineering and nanomedicine, 2009, 197-235, Rege, K. and Medintz, I., eds., Artech House, Boston, PMCID: Exempt from PMC—Book Chapter.

1029. Akinc, A., Goldberg, M., Qin, J., Dorkin, R., Gamba-Vitalo, C., Maier, M., Jayaprakash, K., Jayaraman, M., Rajeev, K., Manoharan, M., Kotelianski, V., Rohl, I., Leshchiner, E., Langer, R. and Anderson, D., Development of lipioid-siRNA formulations for systemic delivery to the liver, Molecular Therapy, 17: 872-879, 2009, PMID: 19259093, PMCID: PMC2653762.

1030. Guerrini, M., Zhang, Z., Shriver, Z., Naggi, A., Masuko, S., Langer, R., Casu, B., Lindhardt, R., Torri, G. and Sasisekharan, R., Orthogonal analytical approaches to detect potential contaminants in heparin, Proceedings of the National Academy of Sciences, 106: 16956-16961, 2009, PMID: 19805108, PMCID: PMC2749844.

1031. George, P., Saigal, R., Lawlor, M., Moore, M., LaVan, D., Marini, R., Selig, M., Makhni, M., Burdick, J., Langer, R. and Kohane, D., Three-dimensional conductive constructs for nerve regeneration, Journal of Biomedical Materials Research, 91: 519-527, 2009, PMID: 18985787, PMCID: N/A.

1032. Bettinger, C., Bruggeman, J., Borenstein, J and Langer R., In vitro and in vivo degradation of poly (1,3-diamino-2-hydroxypropane-co-polyol sebacate) elastomers, Journal of Biomedical Materials Research, 91: 1077-1088, 2009, PMID: 19107786, PMCID: Exempt from PMC—Non-NIH Funding.

1033. Bettinger, C., Kulig, K., Vacanti, J., Borenstein, J. and Langer, R., Nanofabricated collagen-inspired synthetic elastomers for primary rat hepatocyte culture, Tissue Engineering, 15: 1321-1329, 2009, PMID: 18847357, PMCID: PMC2789736.

1034. Dang, T., Xu, Q., Bratlie, K., O'Sullivan, E., Chen, X., Langer, R. and Anderson, D., Microfabrication of homogenous, asymmetric cell-laden hydrogel capsules, Biomaterials, 30: 6896-6902, 2009, PMID: 19800116, NIHMSID147749.

1035. Bettinger, C., Langer, R., Borenstein, J., Engineering substrate topography at the micro- and nanoscale to control cell funcation, Angewandte Chemie, 48: 5406-5415, 2009, PMID: 19492373, NIHMSID: NIHMS148783.

1036. Harris, T., Green, J., Fung, P., Langer, R., Anderson, D., Bhatia, S., Tissue-specific gene delivery via nanoparticle coating, Biomaterials, 30: 3926-3933, 2009, PMID: 19850333, PMCID: PMC2796451.

1037. Yang, F., Green, J., Dinio, T., Keung, L., Cho, S., Park, H., Langer, R. and Anderson, D., Gene delivery to human adult and embryonic cell-derived stem cells using biodegradable nanoparticulate polymeric vectors, Gene Therapy, 16: 533-546, 2009, PMID: 19129861, PMCID: PMC2688702.

1038. Bettinger, C., Bruggeman, J., Misra, A., Borenstein, J., and Langer, R., Biocompatibility of biodegrable semiconducting melanin films for nerve tissue engineering, Biomaterials, 30: 3050-3057, 2009, PMID: 19286252, PMCID: PMC Journal—In Process.

1039. Zhou, M., Liu, H., Kilduff, J., Langer, R., Anderson, D., and Belfort, G., High-throughput membrane surface modification to control NOM fouling, Environ. Sci. Technology, 43: 3865-3871, 2009, PMID: 19544900, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1040. Bhang, S., Cho, S., Lim., J., Kang, J., Lee, T., Yang, H., Song, Y., Park, M., Kim, H., Langer, R., Anderson, D. and Kim, B., Locally delivered growth factor enhances the angiogenic efficacy of adipose derived stromal cells transplanted to ischemic limbs, Stem Cells, 27: 1976-1986, 2009, PMID: 19544425, PMCID: PMC Journal—In Process.

1041. Lee, J., Green, J., Love, K., Sunshine, J., Langer, and Anderson, D., Gold, poly (beta-amino ester) nanoparticles for siRNA delivery, Nanoletters, 9: 2402-2406, 2009.

1042. Ghosh, F., Neeley, W., Langer, R. and Karin, A., Selective removal of photoreceptor cells in vivo using the biodegradable elastomer poly(glycerol sebacate), Tissue Engineering Part A, in press (advance web pub: 10.1089/ten.tea.2008.0450), PMID: 19191667, PMCID: PMC Journal—In Process.

1043. Yang, F., Mei, Y., Langer, R. and Anderson, D., High-throughput optimization of stem cell microenvironments, Combinatorial Chemistry and High Throughput Screening, 12: 554-561, 2009, PMID: 19601753, PMCID: PMC2748120.

1044. Shapiro, M., Szablowski, J., Langer, R. Jasanoff, A., Protein nanoparticles engineered to sense kinase activity in MRI, JACS, 131: 2484-2486, 2009, PMID: 19199639, PMCID: PMC2662502.

1045. Epstein-Barash, H., Shichor, I., Kwon, A., Hall, S., Lawlor, H., Langer, R. and Kohane, D., Prolonged duration local anesthesia with minimal toxicity, Proceedings of the National Academy of Sciences, 106: 7125-7130, 2009, PMID: 19365067, PMCID: PMC2678453.

1046. Kraehenbuehl, T., Ferreira, L., Zammaretti, P., Hubbell, J., and Langer, R., Cell-responsive hydrogel for encapsulation of vascular cells, Biomaterials, 30: 4318-4324, 2009, PMID: 19500842, PMCID: PMC Journal—In Process.

1047. Nguyen, D., Chen, S., Lu, J., Goldberg, M., Kim, P., Sprague, A., Novobrantseva, T., Sherman, J., Shulga-Morskaya, S., de Fougerolles, A., Chen, J., Langer, R., and Anderson, D., Drug delivery medicated control of RNA immunostimulation, Molecular Therapy, 17: 1555-1562, 2009.

1048. Huang, Y., Zugates, G., Peng, W., Holtz, D., Dunton, C., Green, J., Hossain, N., Padera, R., Langer, R., Anderson, D., Sawicki, J., Nanoparticle-delivered suicide gene therapy effectively reduces ovarian tumor burden in mice, Cancer Research, 69: 6184-6191, 2009. PMCID: PMC2735403.

1049. Nguyen, D., Kim, P., Martinez-Sobrido, L., Beitzel, B., Garcia-Sastre, A., Langer, R. and Anderson, D., A novel high-throughput cell-based method for integrated quantification of type I interferons and in vitro screening of immunostimulatory RNA drug delivery, Biotechnology and Bioengineering, 103: 664-675, 2009.

1050. Sunshine, J., Green, J., Mahon, K., Yang, F., Eltoukhy, A., Nguyen, D., Langer, R., and Anderson D., Small molecule end group of linear polymer determines cell-type gene delivery efficacy, Advanced Materials, 21: 4947-4951, 2009.

1051. Stone, G., Barzee, S., Snarsky, V., Santucci, C., Tran, B., Zugates, G., Langer, R., Anderson, D., and Kornbluth, Nanoparticle-delivered multimeric soluble CD40L DNA combined with toll-like receptor agonists as a treatment for melanoma, PLOS ONE, 4: e7334, 1-14, 2009

1052. Cho, S., Goldberg, M., Son, S., Xu, Q., Yang, F., Mei, Y., Bogatyrev, S., Langer, R. and Anderson, D., Lipid-like nanoparticles for small interfering RNA delivery to endothelial cells, Advanced Functional Materials, 19: 3112-3118, 2010 PMCID: N/A.

1053. Yang, F., Cho, S., Son, S., Bogatyrev, S., Singh, D., Green, J., Mei, Y., Park, S., Bhang, S., Kim, B., Langer, R., and Anderson, D., Genetic engineering of human stem cells for enhanced angiogenesis using biodegradable polymeric nanoparticles, Proceedings of the National Academy of Sciences, 107: 3317-3322, 2010. PMID: 19805054, PMCID: PMC2840438.

1054. Hook, A., Williams, P., Anderson, D. and Langer, R. High throughput methods applied in biomaterial development and discovery, Biomaterials, 31: 187-198, 2010, PMID: 19815273, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1055. Kolishetti, N., Shar, S., Valencia, P., Lin, L., Karnik, R., Lippard, S., Langer, R. and Farokhzad, O., Engineering of self-assembled nanoparticle platform for precisely controlled combination drug therapy, Proceedings of the National Academy of Sciences, 107:   17939-17944,   2010.   PMID20921363;   PMCID2964221; 10.1073/pnas.1011368107.

1056. Hudson, S., Langer, R., Fink, G. and Kohane, D., Injectable in situ cross linking hydrogels for local antifungal therapy, Biomaterials, 31: 1444-1452, 2010, PMID: 19942285, PMCID: PMC2813953.

1057. Love, K., Mahon, K., Levins, C., Whitehead, K., Querbes, W., Dorkin, J., Qin, J., Cantley, W., Qin, L., Racie, T., Frank-Kamenetsky, M., Yip, K., Alvarez, R., Sah, D., de Fougerolles, A., Fitzgerald, K., Koteliansky, V., Akinc, A., Langer, R. and Anderson, D., Lipid-like materials for low dose, in vivo gene silencing, Proceedings of the National Academy of Sciences, 107: 1864-1869, 2010, PMID: 20080679, PMCID: PMC2804742.

1058. Gerecht, S., Ferreira, L.S., Langer, R., Vascular differentiation of human embryonic stem cells in bioactive hydrogel-based scaffolds, Methods in Molecular Biology, 584: 333-354, 2010, PMID: 19907986, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1059. Cao, Y, and Langer, R., Optimizing the delivery of cancer drugs that block angiogenesis, Science Translational Medicine, 2: 15ps3, 2010, PMCID: Exempt from PMC—Review.

1060. Chan, J., Zhang, L., Tong, R., Ghosh, D., Gao, W., Liao, G., Yuet, K., Gray, D., Rhee, J., Cheng, J., Golomb, G., Libby, P., Langer, R., and Farokhzad, O., Spatiotemporal controlled delivery of nanoparticles to injured vasculature, Proceedings of the National Academy of Sciences, 107: 2213-2218, 2010, PMID: 20133865, PMCID: PMC2836709.

1061. Zoldan, J., Kraehenbuehl, T., Lytton-Jean, A., Langer, R. and Anderson, D., Tissue engineering for stem cell mediated regenerative medicine, in Human Stem Cell Technology and Biology, 2010, 377-399, G. Stein, M. Borowski, M. Luong, M.J. Shao, K. Smith and P. Vasquez eds., Wiley-Blackwell, Hoboken, NJ, PMCID: Exempt from PMC—Book Chapter.

1062. Park, H., Karajanagi, S., Wolak, K., Aanestad, J., Deheron, L., Kobler, J., Lopez-Guerra, G., Heaton, J., Langer, R. and Zeitels, S., 3D hydrogel model using adipose-derived stem cells for vocal fold augmentation, Tissue Engineering Part A, 16: 535-543, 2010, PMID: 19728785, PMCID: PMC Journal—In Process.

1063. Burgess, P., Hutt, P., Farokhzad, O., Langer, R., Minick, S. and Zale, S., On firm ground:  IP protection of therapeutic nanoparticles, Nature Biotechnology, 28:  1267-1270, 2010.  PMID: 21139609, PMCID: PMC Exempt—Non-NIH/PHS Funding.

1064. Schroeder, A., Levins, C., Cortez, C., Langer, R., and Anderson, D., Lipid-based nanotherapeutics for siRNA delivery, Journal of Internal Medicine, 267: 9-21, 2010, PMID: 20059641, PMCID: N/A.

1065. Dvir, T., Banghart, M., Timko, B., Langer, R., and Kohane, D., Photo-targeted nanoparticles, Nano Letters, 10: 250-254, 2010, PMID: 19904979, PMCID: PMC2806491.

1066. Hoare, T., Zurakowski, D., Langer, R., Kohane, D., Rheological blends for drug delivery. I. Characterization in vitro, Journal of Biomedical Materials Research Part A, 92A: 575-585, 2010, PMID: 19235215, PMCID: Exempt from PMC—Non-NIH/PHS Funding.

1067. Mamo, T., Moseman, E., Kolishetti, N., Salvador-Morales, C., Shi, J., Kuritzkes, D., Langer, R., von Andrian, U. and Farokhzad, O., Emerging nanotechnology approaches for HIV/AIDS treatment and prevention, Nanomedicine, 5:  269-285, 2010, PMID: 20148638, PMCID: PMC2861897.

1068. Seto, J., Polat, B., Lopez, R., Blankschtein, D. and Langer, R., Effects of ultrasound and sodium lauryl sulfate on the transdermal delivery of hydrophilic permeants:  Comparative in vitro studies with full-thickness and split-thickness pig and human skin, Journal of Controlled Release, 145:  26-32, 2010. PMID: 20346994, PMCID: PMC2916660.

1069. Lahann, J. and Langer, R., Nanobiomaterials:  The interface of nanotechnology and biomaterials, IQT Quarterly, 1: 11-15, 2010, PMCID: Exempt from PMC—Review.

1070. Pritchard, C., Woodard, E, Langer, R. and Reynolds, F., Establishing a model spinal cord injury in the African Green Monkey for the preclinical evaluation of biodegradable polymer scaffolds seeded with human neural stem cells, Journal of Neuroscience Methods, 188: 258-269, 2010; PMID: 20219534, PMCID: PMC Journal—In Process.

1071. Cheng, H., Kastrup, C., Ramanathan, R., Siegwart, D., Ma, M., Bogatyrev, S., Xu, Q., Whitehead, K., Langer, R. and Anderson, D., Nanoparticulate cellular patches for cell-mediated tumoritropic delivery, ACS Nano, 4:  625-631, 2010. PMID: 20121215, PMCID: PMC2836800.

1072. Mu, C., LaVan, D., Langer, R. and Zetter, Z., Self-assembled gold nanoparticle molecular probes for detecting protelytic activity in vivo, ACS Nano, 4: 1511-1520, 2010; PMID: 20146506, PMCID: PMC2847389.

1073. Park, H., Yip, M., Kost, J., Kobler, J., Langer, R. and Zeitels, S., Indirect low-intensity ultrasonic stimulation for tissue engineering, Journal of Tissue Engineering, advanced web publication doi:10.4061/2010/973530, 2010. PMID: 21350648, PMCID: PMC3039491.

1074. Pritchard, C., Arnér, K., Neal, R., Neeley, W., Bojo, P., Bachelder, E., Holz, J., Watson, N., Botchwey, E., Langer, R., Ghosh, F., The use of surface modified poly(glycerol-co-sebacic acid) in retinal transplantation, Biomaterials, 31: 2153-2162, 2010; PMID: 19962754, PMCID: PMC Journal—In Process.

1075. Shapiro, M., Westmeyer, G., Romero, P., Szablowski, J., Kuster, B., Shah, A., Otey, C., Langer, R., Arnold, F. and Jasanoff, A., Directed evolution of a MRI contrast agent for noninvasive imaging of dopamine, Nature Biotechnology, 28:  264-270, 2010. PMID: 20190737, PMCID: PMC Journal—In Process.

1076. Levenberg, S., Ferreira, L., Chen-Konak, L., Kraehenbuehl, T., and Langer, R., Isolation, differentiation and characterization of vascular cells derived from human embryonic stem cells, Nature Protocols, 5:  1115-1126, 2010, PMID: 20539287, PMCID: N/A.

1077. Kohane, D. and Langer, R., Biocompatibility and drug delivery systems, Chemical Science, 1:  441-446, 2010.

1078. Valencia, P., Basto, P., Zhang, L., Rhee, M., Langer, R. Farokhzad, O. and Karnik, R., Single-step assembly of homogenous lipid-polymeric and lipid-quantum dot nanoparticles enabled by microfluidic rapid mixing, ACS Nano, 4:  1671-1679, 2010, PMID: 20166699, PMCID: PMC2923464.

1079. Gao, W., Langer, R., Farokhzad, O., Poly(ethylene glycol) with observable shedding, Angewandte Chemie International Edition, 49:  6567-6571, 2010. PMID: 20677297, PMCID: PMC Journal—In Process.

1080. Guillemette, M.D., Park, H., Hsiao, J.C., Jain, S.R., Larson, B.L., Langer, R. and Freed, L.E., Combined technologies for microfabricating elastomeric cardiac tissue engineering scaffolds, Macromolecular Bioscience, 10: 1330-1337, 2010. PMID: 2071854, PMCID: N/A.

1081. Fisher, O., Khademhosseini, A., Langer, R. and Peppas, N., Bioinspired materials for controlling stem cell fate, Accounts of Chemical Research, 43: 419-128, 2010, PMID: 20043634, PMCID: PMC2840210.

1082. Mei, Y., Saha, K. Bogatyrev, S., Yang, J., Hook, A., Kalcioglu, Z., Cho, S., Mitalipova, M., Pyzocha, N., Rojas, F., Van Vliet, K., Davies, M., Alexander, M., Langer, R., Jaenisch, R. and Anderson, D., Combinatorial development of biomaterials for clonal growth of human pluripotent stem cells, Nature Materials, 9: 768-778, 2010. PMID: 20729850; PMCID3388774; 10.1038/nmat2812.

1083. Bratlie, K., Dang, T., Lyle, S., Nahrendorf, M., Weissleder, R., Langer, R., and Anderson, D., Rapid biocompatibility analysis of materials via *in vivo* fluorescence imaging of inflammatory responses, PLOS ONE, 5: 1-8, 2010. PMID: 20386609, PMCID: PMC2850367.

1084. Shi, J., Votruba, A., Farokhzad, O. and Langer, R., Nanotechnology in drug delivery and tissue engineering: From discovery to applications, Nano Letters, 10: 3223–3230, 2010. PMID: 20726522, PMCID: PMC2935937.

1085. Tekin, H., Anaya, M., Brigham, M. Nauman, C., Langer, R. and Khademhosseini, A., Stimuli-responsive microwells for formation and retrieval of cell aggregates, Lap on a Chip, 10: 2411-2418, 2010. PMID: 20664846, PMCID: PMC Journal—In Process.

1086. Luo, Y., Kobler, J., Heaton, J., Jia, X., Zeitels, S., Langer, R., Injectable hyaluronic acid-dextran hydrogels and effects of implantation in ferret vocal fold, Journal of Biomedical Materials Research Part B, 93B: 386-393, 2010, PMID: 20151459, PMCID: N/A. NIHMSID: 589761.

1087. Pritchard, C., Arner, K., Langer, R. and Ghosh, R., Retinal transplantation using surface modified poly(glycerol-co-sebacic acid) membranes, Biomaterials, 31: 7978-7984, 2010. PMID: 20656341, PMCID: N/A.

1088. Yang, F., Cho, S., Son, S., Hudson, S., Bogatyrev, S., Keung, L., Langer, R. and Anderson, D., Combinatorial development of 3D extracellular matrices for human embryonic stem cell differentiation, Biomacromolecules, 11: 1909-1914, 2010. PMID: 20614932, PMCID: PMC2946176.

1089. Polat, B., Blankschtein, D. and Langer, R., Low-frequency sonophoresis: Application to the transdermal delivery of macromolecules and hydrophilic drugs, Expert Opinion on Drug Delivery, 7: 1415-1432, 2010.

1090. Davies, M., Alexander, M., Hook, A., Yang, J., Mei, Y., Taylor, M., Urquhart, A., Langer, R., and Anderson, D., High throughput surface characterization: A review of a new tool for screening prospective biomedical material arrays, Journal of Drug Targeting, 18: 741-751, 2010. PMID: 20945971, PMCID: PMC Exempt—Review.

1091. Polat, B., Figueroa, P., Blankschtein, D. and Langer, R., Transport pathways and enhancement mechanisms within localized and non-localized transport regions in skin treated with low-frequency sonophoresis and sodium lauryl sulfate, Journal of Pharmaceutical Sciences, 100: 512-529, 2010. PMID: 20740667, PMCID: PMC3032395.

1092. Maloney, J., Nikova, D., Latuenschlaeger, F., Clarke, E., Langer, R., Guck, J., Van Vliet, K., Mesenchymal stem cell mechanics from the attached to the suspended state, Biophysical Journal, 99: 2479-2487, 2010. PMID: 20959088, PMCID: PMC2955350.

1093. Abrahamsson, C., Yang, F., Brunger, J., Valonen, P., Langer, R., Welter, J., Caplan, A., Guilak, F. and Freed, L., Chondrogenesis and mineralization with long term *in vitro* culture of human mesenchymal stem cells on 3D woven scaffolds, Tissue Engineering, 16: 3709-3718, 2010.

1094. Huang, Y., Cozzitorto, J., Eltoukhy, A., Langer, R., Anderson, D., Brody, J. and Sawicki, J., CanScript, an 18-base pair DNA sequence, boosts tumor cell-specific promoter activity, Cancer Biology and Therapy, 10: 882-888, 2010.

1095. Wang, A. Yuet, K., Zhang, L., Gu, F., Huynh-Le, M., Radovic-Moreno, A., Kantoff, P., Bander, N., Langer, R. and Farokhzad, O., ChemoRad nanoparticles: A novel multifunctional nanoparticle platform for targeted delivery of concurrent chemoradiation, Nanomedicine, 5: 361-368, 2010.

1096. Yang, J., Mei, Y., Hook, A., Taylor, A., Bogatyrev, S., Langer, R., Anderson, D., Davies, M. and Alexander, M., Polymer surface functionalities that control human embryoid body cell adhesion revealed by high throughput surface characterization of combinatorial material microarrays, Biomaterials, 31: 8827-8838, 2010.

1097. DeSousa, F., Guerreiro, J., Ma., M., Anderson, D., Drum., C., Sinisterra, R., and Langer, R., Photo-response behavior of electrospun nanofibers based on spiropyran-cyclodextrin modified polymer, Journal of Materials Chemistry, 20: 9910-9917, 2010.

1098. Mei, Y., Hollister-Lock, J. Bogatyrev, S., Cho, S., Weir, G., Langer, R., and Anderson, D., A high throughput micro-array system of polymer surfaces for the manipulation of primary pancreatic islet cells, Biomaterials, 31: 8989-8995, 2010.

1099. Green, J., Langer, R., and Anderson, D., Combinatorial polymer and lipidoid libraries for nanomedicine, in Hanbook of Materials for Nanomedicine, 1, 291-312, 2010, Pan Stanford Publishing, Chicago, Il..

1100. Bruggeman, J., Bettinger, C. and Langer, R., Biodegradable xylitol-based elastomers: *In vivo* behavior and biocompatibility, Journal of Biomedical Materials Research, 95A: 92-104, 2010.

1101. Mahon, K., Love, K., Whitehead, K., Qin,, J., Akinc, A., Leshchiner, E., Leshchiner, I., Langer, R. and Anderson, D., A combinatorial approach to determine functional group effects on lipidoid-mediated siRNA delivery, Bioconjuagte Chemistry, 21: 1448-1454, 2010.

1102. Seto, J., Polat, B., Langer, R., and Blankschein, D., Application of the aqueous porous pathway model to quantify the effect of sodium lauryl sulfate on ultrasound-induced skin structural perturbation, Journal of Pharmaceutical Sciences, Epub ahead of print, 2010. PMID: 20963845, NIHMSID: NIHMS261783.

1103. Wang, J., Bettinger, C., Langer, R., Borenstein, J., Biodegradable microfluidic scaffolds for tissue engineering from amino alcohol-based poly(ester amide) elastomers, Organogenesis, 6: 212-216. PMID: 21220957. PMCID: PMC3055646.

1104. Chan, E., Karp, J. and Langer, R., A "self-pinning" adhesive based on responsive surface wrinkles, Journal of Polymer Science Part B: Polymer Physics, 49: 40-44, 2011. PMID: 21293787, PMCID: PMC3031119.

1105. Dvir, T., Timko, B., Kohane, D. and Langer, R., Nanotechnological strategies for engineering complex tissues, Nature Nanotechnology, 6: 13-22, 2011. PMID: 21151110, PMCID: PMC Exempt—Review.

1106. Timko, BP, Whitehead, K., Gao,W., Kohane, D., Farokhzad, O., Anderson, D. and Langer, R., Advances in drug delivery, Annual Review of Materials Research, 41: 1-20, 2011.

1107. Siegwart, D. Whitehead, K., Nuhn, L., Cheng, H., Jiang, S., Ma, M., Vegas, A. Fenton, P., Love, K., Levins, C., Sahay, G., Lee, H., Collins, S., Li, Y.F., Jang, J., Langer, R., Anderson, D.G., High-throughput synthesis of chemically diverse core-shell nanoparticles for intracellular delivery; Proceedings of the National Academy of Sciences, 108: 12996-3001, 2011.

1108. Rhee, M., Valencia, P., Rodriguez, M., Langer, R., Farokhzad, O. and Karnik, R., Synthesis of size tunable polymeric nanoparticles enabled by 3D hydrodynamic flow focusing in single layer microchannels, Advanced Materials, 23: H79-H83, 2011.

1109. Kraehenbuehl, T., Ferreira, L., Hayward, L., Nahrendorf, M., Vasile, E., van der Vlies, A., Weissleder, R., Langer, R. and Hubbell, J., Human embryonic stem cell-based microvascular grafts for cardiac tissue preservation after myocardial infarction, Biomaterials, 32: 1102-1109, 2011. PMID: 21035182.

1110. Belfort, G., Zhou, M., Liu, H., Venkiteshwaran, A., Kilduff, J., Langer, R. and Anderson, D., High throughput discovery of new fouling-resistant surfaces, Journal of Materials Chemistry, 21: 693-704, 2011.

1111. Liu, W., Ma., M., Bratlie, K., Dang, T., Langer, R. and Anderson, D., Real time *in vivo* detection of biomaterials-induced reactiveloxygen species, Biomaterials, 32: 1796-1801, 2011.

1112. Polat, B., Hart, D., Langer, R. and Blankschtein, D., Ultrasound mediated transdermal drug delivery: Mechanism, scope and emerging trends, Journal of Controlled Release, 152: 330-348, 2011.

1113. Lopez, R., Seto, J., Blankschtein, D. and Langer, R., Enhancing the transdermal delivery of nanoparticles using ultrasound and sodium lauryl sulfate, Biomaterials, 32: 933-941, 2011. PMID: 20971504, PMCID: PMC2991545.

1114. Pritchard CD, O'Shea TM, Siegwart DJ, Calo E, Anderson DG, Reynolds FM, Thomas JA, Slotkin JR, Woodard EJ, Langer R., An injectable thiol-acrylate poly(ethylene glycol) hydrogel for sustained release of methylprednisolone sodium succinate, Biomaterials, 32: 587-597, 2011, PMID: 20880573.

1115. Kaji, H., Camci-Unal, G., Khademhosseini, A. and Langer, R., Engineering systems for the generation of patterned co-cultures for controlling cell-cell interactions, Biochimica et Biophysica Acta, 1810: 239-250, 2011. PMID: 20655984, PMCID: PMC3026923.

1116. Polat, B., Seto, J., Blankschtein, D. and Langer, R., Effect of sodium lauryl sulfate on skin structural perturbation when utilized simultaneously with low-frequency sonophoresis, Journal of Pharmaceutical Sciences, 100: 1387-1397, 2011.

1117. Hwang N. ,Im, S., Wu, P., Bichara, D., Zhao, Z, Randolph, M. Langer, R. and Anderson, D., Chondrogenic priming adipos-enchymal stem cells for cartilage tissue regeneration, Pharmaceutical Research, 28: 1395-1405, 2011.

1118. Valencia, P., Hanewich-Hollatz, M., Gao, W., Karim, F., Langer, R. Karnik, R and Farokhzad, O., Effects of ligands with different water solubilities on self-assembly and properties of targeted nanoparticles, Biomaterials, 32: 6226-6233, 2011.

1119. Tekin, H., Ozaydin-Ince, G., Tsinman, T., Gleason, K., Langer, R., Khademhosseini, A. and Demirel, M., Responsive microgrooves for formation of harvestable tissue constructs, Langmuir, 27: 5671-5679, 2011.

1120. Scott, A., Tyler, B., Masi, B., Upadhyay, U., Patta, Y., Grossman, R., Basaldella, L, Langer, R., Brem, H. and Cima, M., Intracranial microcapsule drug delivery device for the treatment of an experimental gliosarcoma model, Biomaterials, 32: 2532-2539, 2011. PMID: 21220172, PMCID: PMC Exempt—Non-NIH/PHS Funding.

1121. Whitehead, K., Dahlman, J., Langer, R. and Anderson, D., Silencing or Stimulation?  siRNA delivery and the immune system, in Annual Review of Chemical and Biomolecular Engineering, 2011, Vol. 2 pp. 77-96, Prausnitz, J., Doherty, M., and Segalman, R. eds., Annual Reviews, Palo Alto, CA.

1122. Karajanagi, S., Yoganathan, R., Mammucari, R., Park, H., Cox, J., Zeitels, S., Langer, R. and Foster, N., Application of a dense gas technique for sterilizing soft biomaterials, Biotechnology and Bioengineering, 108: 1716-1725, 2011.  PMID: 21337339.

1123. Polat, E., Lin, S., Mendenhalll, J., VanVeller, B. Langer, R. and Blankschtein, D., Experimental and molecular dynamics investigation into the amphiphilic nature of sulforhodamine B., J. Phy. Chem B., 115:  1394-14032, 2011. PMID: 21222449

1124. Karajanagi, S., Lopez-Guerra, G., Park, H., Kobler, J., Galindo, M., Aanestad, J., Mehta, D., Kumai, Y., Giordano, N., d'Almeida, A., Heaton, J., Langer, R., Herera, V., Faquin, W., Hillman, R., and Zeitels, M., Assessment of canine vocal fold function after injection of a new biomaterial designed to treat phonatory mucosal scarring, Annals of Otology, Rhinology, and Laryngology, 120:  175-184, 2011.

1125. Moghimi, S, Peer, D. and Langer, R., Reshaping the future of nanopharmaceuticals:  *ad iudicium*, ACS Nano, 5: 8454-8458, 2011.

1126. Sharp, P. and Langer, R., Promoting convergence in biomedical science, Science, 333: 527, 2011. PMID21798916; PMC Excempt-non-peer review paper; 10.1126/science.1205008.

1127. Cheng, H., Hill, P., Siegwart, D., Vacanti, N., Lytton-Jean, A., Cho, S., Ye, A., Langer, R., and Anderson, D., A novel family of biodegradable poly(ester amide) elastomers, Advanced Materials, 23: H95-H100, 2011.

1128. Hook, A., Yang, J., Chen, X., Robert, C., Mei, Y., Anderson, D., Langer, R., Alexander, M. and Davies, M., Polymers with hydro-responsive topography identified using high throughput AFM of an acrylate microarray, Soft Matter, 7: 7194-7197, 2011.

1129. Bonner, D., Leung, C. Chen-Liang, j., Chingozha, L, Langer, R. and Hammond, P., Intracellular trafficking of polyamidoamine-poly(ethylene glycol) block copolymers in DNA delivery, Bioconjugate Chemistry, 22:  1519-1525, 2011.

1130. Kraehenbuehl, T., Langer, R. and Ferreira, L., Three-dimensional biomaterials for the study of human pluripotent stem cells, Nature Methods, 8: 731-736, 2011.

1131. Tekin, H., Tsinman, T., Sanchez, J., Jones, B., Camci-Unal, G., Nichol, J. Langer, R. and Khademhosseini, A., Responsive micromolds for sequential patterning of hydrogel microstructures, Journal of the American Chemical Society, 133:  12944-12947, 2011.

1132. Wang, L., Jeong, K., Chiang, H., Zurakowski, D., Behlau, I., Chodosh, J., Dohlman, C., Langer, R. and Kohane, D., Hydroxyapatite for kertoprosthesis biointegration, Investigative Ophthalmology and Visual Science, 52:  7392-7399, 2011.

1133. Kohane, D. and Langer, R., Drug delivery and translation, Drug Delivery and Translational Research, 1: 1-6, 2011.

1134. Jeong, K., Wang, L., Stefanescu, C., Lawlor, M., Polat, J., Dohlman, C., Langer, R. and Kohane, D., Polydopamine coatings enhance biointegration of a model polymeric implant, Soft Matter, 7:  8305 - 8312, 2011.

1135. Urtti, A., Vuorimaa, E., Ketola, T., Hanzlikova, M., Green, J., Lemmetyinen, H., Langer, R. and Anderson, D., Poly (beta) amino ester – DNA complexes:  Time resolved fluorescence and cellular tranfection studies, Journal of Controlled Release, 154:  171-176, 2011.

1136. Zoldan, J. Karagiannis, E., Lee, C., Anderson, D., Langer, R. and Levenberg, S. The influence of scaffold elasticity on germ layer specification of human embryonic stem cells, Biomaterials, 32:  9612-9621, 2011.

1137. Zoldan, J., Lytton-Jean, A., Karagiannis, E., Deiorio-Haggar, K., Bellan, L., Langer, R. and Anderson, D., Directing human embryonic stem cell differentiation by non-viral delivery of siRNA in 3D culture, Biomaterials, 32: 7793-7800, 2011.

1138. Karp, J. and Langer, R., Dry solution to a sticky problem, Nature: 477: 42-43, 2011

1139. Gubskaya, A., Kholodovych, V., Bonates, T., Welsh, W., Langer, R., Kohn, J. and Anderson, D., Logical analysis of data in structure-activity investigation of polymeric gene delivery, Macromolecular Theory and Simulations, 20: 275-285, 2011

1140. Cao, Yihai, Arbiser, J., D'Amato, R., D'Amore, P., Ingber, D., Kerbel, R., Klagsbrun, M., Lim, S., Moses, M., Zetter, B., Dvorak, H., Langer, R., Forty-year journey of angiogenesis translational research, <u>Science Translational Medicine</u>, 3: 114rv3, 2011.

1141. Tekin, H., Sanchez, J., Tsinman, T., Langer, R. and Khademhosseini, A., Thermoresponsive platforms for tissue engineering and regenerative medicine, <u>AIChE Journal</u>, 57: 3249-3258, 2011.

1142. Dvir, T., Liao, R., Bauer, M., Schroeder, A., Tsui, J. and Langer, R., Nanoparticles for targeting the infarcted heart, <u>Nano Letters</u>, 11: 4411-4414, 2011.

1143. Saha, K., Mei, Y., Reisterer, C., Pyzocha, N., Yang, J., Muffat, J., Davies, M., Alexander, M., Langer, R., Anderson, D., Jaenisch, R., Surface engineered substrates for improved human pluripotent stem cell culture under fully defined conditions, <u>Proceedings of the National Academy of Sciences</u>, 108: 18714-18719, 2011.

1144. Malavia, N., Zurakowski, D., Schroeder, A., Princiotto, A., Laury, A., Barash, H., Sodroski, J., Langer, R., Madani, N. and Kohane, D., Liposomes for HIV prophylaxis <u>Biomaterials</u>, 32: 8663-8668, 2011.

1145. Dvir, T., Timko, B., Brigham, M., Naik, S., Karajanagi, S., Levy, O., Jin, H., Parker, K., Langer, R. and Kohane, D., Nanowired three-dimensional cardiac patches, <u>Nature Nanotechnology</u>, 6: 720-725, 2011.

1146. Wang, J., Kniazeva, T., Campbell, C., Langer, R., Ustin, J., Borenstein, J., Biodegradable microfluidic scaffolds with tunable degradation properties from alcohol-based poly(ester amide) elastomers, <u>Materials Research Society Symposium Proceedings</u>, 1299:3-8, 2011. 10.1557/opl.2011.377. PMCID: PMC Exempt—Non-NIH/PHS Funding.

1147. Dan, T., Bratlie, K., Bogatyrev, S., Chen, X., Langer, R., and Anderson, D., Spatiotemporal effects of a controlled release anti-inflammatory drug on the cellular dynamics of host response, <u>Biomaterials</u>, 32: 4464-4470, 2011.

1148. Schroeder, A., Heller, D., Winslow, M., Dahlman, J., Pratt, G., Langer, R., Jacks, Tyler and Anderson, D., Treating metastatic cancer with nanotechnology, <u>Nature Reviews Cancer</u>, 12: 39-50, 2012.

1149. Tekin, H., Sanchez, J., Landeros, C., Dubbin, K., Langer, R. and Khademhosseini, A., Controlling spatial organization of multiple cell types in defined 3D geometries, <u>Advanced Materials</u>, 24: 5543-5547, 2012. PMID: 22941804.

1150. Hrkach, J., von Hoff, D., Ali, M., Andrianova, E., Auer, J., Campbell, T., De Witt, D., Figa, M., Figueiredo, M., Horhota, A., Low, S, McDonnell, K., Peeke, E, Retnarajan, B., Sabnis, A., Schnipper, E., Song, J., Song, Y., Summan, J., Tompsett, D., Trojano, G., Van Geen Hoven, T., Wright, J., LoRusso, P., Kantoff, P., Bander, N., Sweeney, C., Farokhzad, O., Langer, R. and Zale, S., Preclinical development and clinical translation of a PSMA targeted docetaxel nanoparticle with a differentiated pharmacological profiles, <u>Science Translational Medicine</u>, 4, 128ra39, 2012.

1151. Kost, J. and Langer, R., Responsive polymeric delivery systems, <u>Advanced Drug Delivery Reviews</u>, 64: 327-341, 2012.

1152. Li, J., Song, J., Bell, R., Tran, T., Haq, R., Liu, H., Love, K., Langer, R., Anderson, D., Larue, L. and Fisher, D., YY1 regulates melanocyte development and function by cooperating with MITF, <u>PLOS Genetics</u>, 8, e1002688, 2012.

1153. Bellan, L., Kniazeva, T., Kim, W., Epshteyn, A., Cropek, D., Langer, R. and Borenstein, J., Fabrication of a hybrid microfluidic system incorporating both lithographically patterned microchannels and a 3D fiber-formed microfluidic network, <u>Advanced Healthcare Materials</u>, 1: 164-167, 2012. PMID: 22708076.

1154. Eltoukhy,A., Siegwart, D., Alabi, C., Rajan, J., Langer, R. and Anderson, D., Effect of Molecular weight of amine end-modified poly(beta-amino ester)s on gene delivery efficiency and toxicity, <u>Biomaterials</u>, 33: 3594-3603, 2012. PMICD: PMC3326358

1155. Alabi, C. A., Sahay, G., Langer, R. and Anderson, D. G., Development of siRNA-probes for studying intracellular trafficking of siRNA nanoparticles, <u>Integrative Biology</u>, 5: 224-230, 2012, PMID: 23014672, PMCID: PMC3524365.

1156. Hook, A., Chang, C., Yang, J., Luckett, J., Cockayne, A., Atkinson, S., Mei, Y., Bayston, R., Irvine, D., Langer, R., Anderson, D., Williams, P., Davies, M. and Alexander, M., Combinatorial discovery of polymers resistant to bacterial attachment, <u>Nature Biotechnology</u>, 30: 868-875, 2012. PMID22885723; PMCID3796337; 10.1038/nbt.2316.

1157. Seto, J., Polat, B., VanVeller, B., Lopez, R., Langer, R. and Blankschtein, D., Fluorescent penetration enhancers for transdermal applications, <u>Journal of Controlled Release</u>, 158: 85-92, 2012.

1158. Lee, H., Lytton-Jean, A., Chen, Y., Love, K., Park, A., Karagiannis, E., Sehgal, A., Querbes, W., Zurenko, C., Jayaraman, M., Peng, C., Charisse, K., Borodovsky, A., Manoharan, M., Donahoe, J., Truelove, J., Nahrendorf, M.,

Langer, R. and Anderson, D., Molecularly self-assembled nucleic acid nanoparticles for targeted *in vivo* siRNA delivery, <u>Nature Nanotechnology</u>, 7: 389-393, 2012.

1159. Valencia, P., Farokhzad, O., Karnik, R., Langer, R., Microfluidic technologies for accelerating the clinical translation of nanoparticles, <u>Nature Nanotechnology</u>, 7: 623-629, 2012. PMID: 23042546.

1160. Polat, B., Deen, W., Langer, R., Blankschtein, D., A physical mechanism to explain the delivery of chemical penetration enhancers into skin during transdermal sonophoresis: Insight into the observed synergism, <u>Journal of Controlled Release</u>, 158: 250-260, 2012.

1161. Siegwart, D., Leiendecker, M., Langer, R. and Anderson, D., Automated ARGET ATRP accelerates catalyst optimization for the synthesis of thiol-fuctionalized polymers, <u>Macromolecules</u>, 45: 1254-1261, 2012.

1162. Jaklenec, A, Stamp, A., Deweerd, E., Sherwin, A and Langer, R., Progress in tissue engineering and stem cell industry "Are we there yet?", <u>Tissue Engineering</u>, 18: 155-166, 2012.

1163. Vacanti, N. M., Chen, H., Hill, P. S., Guerreiro, J. D. T., Dang, T. T., Ma, M. L., Watson, S., Hwang, N. S., Langer, R. and Anderson, D. G., Localized delivery of dexamethasone from electrospun fibers reduces the foreign body response, <u>Biomacromolecules</u>, 13: 3031-3038, 2012.

1164. Shankarappa, S., Tsui, J, Kim, K, Reznor, G., Dohlman, J., Langer, R. and Kohane, D., Prolonged nerve blockade delays the onset of neuropathic pain, <u>Proceedings of the National Academy of Sciences</u>, 109: 17555-17560, 2012.

1165. Farra, R., Sheppard, N., McCabe, L., Neer, R., Anderson, J., Santini, J., Cima, M. and Langer, R., First in-human testing of a wirelessly controlled drug delivery microchip, <u>Science Translational Medicine,</u> 4: 122ra21, 2012.

1166. Nguyen, D., Mahone, K., Chikh, G., Kim, P., Chung, H., Vicari, A., Love, K., Goldberg, M., Chen, S., Krieg, A., Chen, J., Langer, R. and Anderson, D., Lipid-derived nanoparticles for immunostimulatory RNA adjuvant delivery, <u>Proceedings of the National Academy of Sciences,</u> 109: E797-E803, 2012. PMID22421433; PMCID3325698; 10.1073/pnas.1121423109.

1167. Schroeder, A., Goldberg, M., Kastrup, C. Wang, Y., Jiang, S., Joseph, B., Levins, C., Kannan, S., Langer, R. and Anderson, D., Remotely-activated protein-producing nanoparticles, <u>Nano Letters</u>, 12, 2685-2689, 2012.

1168. Sun, S., Wang, M., Knupp, S., Soto-Feliciano, Y., Hu, X., Kaplan, D., Langer, R., Anderson, D. and Xu, Q., Combinatorial library of lipidoids for *in vitro* DNA delivery, <u>Bioconjugate Chemistry</u>, 23: 135-140, 2012.

1169. Langer, R. and Tirrell, D., Introduction and Overview, in <u>Polymer Science: A comprehensive Reference</u>, 2012, Vol. 9 pp. 1-2, Matyjaszewski, K. and Moller. eds., Elsevier BV, Amsterdam, Netherlands.

1170. Mieszawska, A., Gianella, A., Cormode, D., Zhao, Y., Meijerink, A., Langer, R., Farokhzad, O., Fayad, Z. and Mulder, W., Engineering of lipid-coated PLGA nanoparticles with a tunable payload of diagnostically active nanocrystals for medical imaging, <u>ChemComm</u>, 448: 5835-5837, 2012.

1171. Cho, S-W., yang, F., Son, S.M., Park, H. J., Green, J. J., Bogatyrev, S., Mei, Y., Park, S., Langer, R. and Anderson, D. G. Therapeutic angiogensis using genetically engineered human enddothelial cells, <u>Journal of Controlled Release,</u> 160: 515-524, 2012.

1172. Tian, B., Liu, J., Dvir., T., Jin., L., Tsui, J., Qing, Q., Suo, Z., Langer, R., Kohane, D. and Lieber, C., Macroporous nanowire nanoelectronic scaffolds for synthetic tissues, <u>Nature Materials</u>, 11: 986-994, 2012.

1173. Urbanska, A., Karajiannis, E., Guajardo, G., Langer, R. and Anderson, D., Therapeutic effect of orally administered oxaliplatin for colorectal biomaterials, <u>Biomaterials</u>, 33: 4752-4761, 2012.

1174. Schoellhammer, C., Polat, B., Hart, D., Blankschtein, D. and Langer, R., Rapid skin permeabilization by the simultaneous application of dual-frequency, high-intensity ultrasound, <u>Journal of Controlled Release</u>, 163: 154-160, 2012.

1175. Cho, W., Ankrum, J., Guo, Dagang, Chester, S., Yang, S., Kashyap, A., Campbell, G., Wood, R., Rijal, R., Karnik, R., Langer, R. and Karp, J., Microstructed barbs on the North American porcupine quill enable easy tissue penetration and difficult removal, <u>Proceedings of the National Academy of Sciences,</u> early addition eprint, doi: 10.1073/pnas.1216441109, 2012.

1176. Cohen-Karni, T., Langer, R. and Kohane, D., The smartest materials: The future of nanoelectronics in medicine, <u>ACS Nano</u>, 6: 6541-6545, 2012. PMID: 22850578.

1177. Bratlie, K. M., York, R. L., Invernale, M. A., Langer, R. and Anderson D.G., Materials for diabetes therapeutics <u>Advanced Healthcare Materials</u>, 1: 267-84, 2012. PMCID: Exempt from PMC—Non-NIH/PHS Funding

1178. Radovic-Moreno, A., Lu, T., Puscasu, V., Yoon, C., Langer, R. and Farokhzad, O., Surface charge-switching polymeric nanoparticles for bacterial cell wall-targeted delivery of antibiotics, <u>ACS Nano</u>, 6: 42779-4287, 2012.

1179. Laulicht, B., Langer, R. and Karp, J., Quick release medical tape, <u>Proceedings of the National Academy of Sciences,</u> 109: 18803-18808, 2012.

1180. Epa, V. C., Yang, J., Mei, Y., Hook, A. L., Langer, R., Anderson, D. G., Davies, M., Alexander, M. R. and Winkler, D. A.,  Modelling human embryoid body cell adhesions to a combinatorial library of polymer surfaces, Journal of Materials Chemistry, 22: 20902-20906, 2012.

1181. Kang, S. M., Hwang, N.S, Yeom, J., Park, S. Y., Messersmith, P. B., Choi, I. S., Langer, R., Anderson, D. G. and Lee, H.,  One-step multipurpose surface functionalization by adhesive catecholamine, Advanced Functional Materials, 22: 2949-2955, 2012.

1182. Smith, R., Zhang, Z., Bouchard, M., Li, J., Lapp, H., Brotske, G., Lucchino, D., Weaver, D., Roth, L., Coury, A., Biggerstaff, J., Sukavaneshvar, S., Langer, R. and Loose, C., Vascular catheters with a non-leaching poly-sulfobetaine surface modification reduce thrombus formation and microbial attachment, Science Translational Medicine, 4:  153ra132, 2012.

1183. Alabi, C., Love, K., Sahay, g., Stutzman, T., Young, W., Langer, R. and Anderson, D., FRET-labeled siRNA probes for tracking assembly and disassembly of siRNA nanocomplexes, ACS Nano, 6:  6133-6141, 2012. PMCID:PMC3404193

1184. Wang, A., Langer, R. and Farokhzad, O., Nanoparticle delivery of cancer drugs, Annual Reviews of Medicine, 63:  185-198, 2012.

1185. Salvador-Morales, C., Valencia, P. Thakkar, A., Swanson, E. and Langer, R., Recent developments in multifunctional hybrid nanoparticles:  Opportunities and challenges in cancer therapy, Frontiers in Bioscience, (Elite Edition): 4:  529-545, 2012. PMID: 22201893.

1186. Stevenson, C., Santini, J. and Langer, R., Reservoir based drug delivery systems utilizing microtechnology, Advanced Drug Delivery Reviews, 64:  1590-1602, 2012.

1187. Tong, R., Hemmati, H., Langer, R. and Kohane, D., Photoswitchable nanoparticles for triggered tissue penetration and drug delivery, Journal of the American Chemical Society, 134:  8848-8855, 2012.

1188. Xiao, Z., Levy-Nissenbaum, F. Alexis, Teply, B.,  Chanm J., Shi, J., Digga, E., Cheng, J. Langer, R., and Farokhzad, O., Engineering of targeted nanoparticles for cancer therapy using internalizing  aptamers isolated by cell-uptake projection, ACS Nano, 6:  694-704, 2012.t

1189. De Sousa, F., Lima, A., Denadai, A., Anconi, C., De Almeida, W., Novato, W., Dos Santos, H., Drum, C., Langer, R. and Sinisterra, Superstructure based on b-CD of self-assembly induced by a small guest molecule, Phys. Chem. Chem. Phys., 14:  1934-1944, 2012.

1190. Kastrup, C., Nahrendorf, M., Figueiredo, J., Lee, H., Kambhampati, S., Lee, T., Cho, S., Gorbatov, R., Iwamoto, Y., Dang, T., Dutta, P., Yeon, J., Cheng, H., Pritchard, C., Vegas, A., Siegel, C., MacDougall, S., Okonkwo, M., Thai., A., Stone, J., Coury, A., Weissleder, R., Langer, R. and Anderson, D., Painting blood vessels and atherosclerotic plaques with an adhesive drug depot, Proceedings of the National Academy of Sciences, 109:  21444-21449, 2012.

1191. Cohen-Karni, T., Jeong, K., Tsui, J., Reznor, G., Mustata, M., Wanunu, M., Graham, A., Marks, C., Bell, D., Langer, R. and Kohane, D., Nanocomposite gold-silk nanofibers, Nano Letters, 12:  5403-5406, 2012.

1192. Cheng, H., Byrska-Bishop, M., Zhang, C. T., Kastrup, C. J., Hwang, N. S., Tai, A. K., Lee, W. W., Xu, X. Y., Nahrendorf, M., Langer, R. and Anderson, D. G., Stem cell membrane engineering for cell rolling using peptide conjugation and tuning of cell-selectin interaction kinetics, Biomaterials 33:  5004-5012, 2012.  PMCID: PMC366278

1193. Kim, Y., Chung, B., Ma, M., Mulder, W., Fayad, Z., Farokhzad, O. and Langer, R., Mass production and size control of lipid-polymer hybrid nanoparticles through controlled microvortices, Nano Letters, 12:  3587-3591, 2012.

1194. Eltoukhy A. A., Chen, D., Alabi, C. A., Langer R. and Anderson D. G., Degradable terpolymers with alkyl side chains demonstrate enhanced gene delivery potency and nanoparticle stability, Advanced Materials, 25:  1487-1493, 2013. PMID: 23293063.

1195. Fisher, O. Z., Larson, B. L., Hill, P. S., Graupner, D., Nguyen-Kim, M-T., Kehr, N-S., Cola, L., Langer, R. and Anderson D. G. Melanin-like hydrogels derived from gallic macromers, Advanced Materials, 24:  3032-3036, 2013 PMCID: Exempt from PMC—Non-NIH/PHS Funding

1196. Hook, A., Chang, C., Yang, J., Atkinson, S., Langer, R., Anderson, D., Davies, M., Williams, P. and Alexander, M., Discovery of novel materials with broad resistance to bacterial attachment using combinatorial polymer microarrays, Advanced Materials, 25:  2542-2547, 2013. PMID: 23417823, PMCID: PMC 3736217.

1197. Neal, R., Jean, A., Park, H., Wu, P., Hsiao, J., Engelmayr, G., Langer, R. and Freed, L., 3D elastomeric scaffolds designed with cardiac-mimetic structural and mechanical features, Tissue Engineering, 19:  793-807, 2013. PMCID: 23190320, PMCID: PMC3566675.

1198. Langer, R., Fuller, J. and Levin, M. Chapter III.1.10 Entrepreneurship in Biomaterials, in Biomaterials Science, 2013, 3rd Ed., pp. 1459-1472, Ratner, D., Hoffman, S. and Schoen, F. eds., Elsevier Inc., Academic Press.

1199. Ma, M., Guo, L, Anderson, D. and Langer, R., Bio-inspired polymer composite actuator and generator driven by water gradients, Science, 339: 186-189, 2013. PMID: 23307738, PMCID: PMC3635810.

1200. Langer, R., A personal account of translating discoveries in an academic lab, Nature Biotechnology, 31: 487-489, 2013. PMID: 23752424.  PMC Exempt – Review.

1201. Karagiannis, E., Urbanska, A., Sahay, G., Pelet, J., Jhunjhunwala, S., Langer, R., Anderson, D., Rational design of a biomimetric cell penetrating peptide library, ACS Nano, 7: 8616-8626, 2013.

1202. Sharei, Armon, Zoldan, Janet, Adamo, Andrea., Sim, Woo-Young, Cho, Nahyun, Jackson, Emily, Mao, Shirley, Schneider, Sabine, Han, Min-Joon, Lytton-Jean, Abigail, Basto, Pamela A., Jhunjhunwala, Siddharth, Lee, Jungmin, Heller, Daniel A., Kang, Jeon Woong, Hartoularos, George C, Kim, Kwang-Soo, Anderson, Daniel G, Langer, Robert, Jensen, Klavs F., A vector-free microfluidic platform for intracellular delivery, Proceedings of the National Academy of Sciences, 110: 2082-2087, 2013. PMCID: PMC3568376.

1203. Heller, D., Levi, Y., Pelet, J., Doloff, J., Wallas, J., Pratt, G., Jiang, S., Sahay, G., Schroeder, A., Schroeder, J.E., Chyan, Y., Zurenko, C., Querbes, W., Manzano-Garcia, Kohane, D., Langer, R., and Anderson, D., Modular 'click-in-emulsion' bone-targeted nanogels, Advanced Materials, 25: 1449-1454, 2013. PMID: 23280931.

1204. Hashimoto, M., Langer, R. and Kohane, D., Benchtop fabrication of microfluidic systems based on curable polymers with improved solvent compatibility, Lab on a Chip, 13: 252-259, 2013. PMID: 23192674.

1205. Sharei, A., Cho, N., Mao, S., Jackson, E., Poceviciute, R., Adamo, A., Zoldan, J., Langer, R. and Jensen, K., Cell squeezing as a robust microfluidic intracellular delivery platform, Journal of Visualized Experiments, 81, e50980, 2013.

1206. Sahay, G., Querbes, W., Alabi, C., Eltoukhy, A., Sarkar, S., Zurenko, C., Karagiannis, E., Love, K., Chen, D., Zoncu, R., Buganim, Y., Schroeder, A., Langer, R. and Anderson, D., Efficiency of siRNA delivery by lipid nanoparticles is limited by endocytic recycling, Nature Biotechnology, 31:  653-658, 2013. PMID: 23792629, PMID: PMC3814166.

1207. Hook, A., Scurr, D., Burley, J., Langer, R., Anderson, D., Davies, M. and Alexander, M., Analysis and prediction of defects in UV photo-initiated polymer microarrays, Journal of Materials Chemistry B, 1: 1035-1043, 2013.

1208. Langer, R., Biomaterials and biotechnology:  From the discovery of the first angiogenesis inhibitors to the development of controlled drug delivery systems and the foundation of tissue engineering, Journal of Biomedical Materials Research, 101A:  2449-2455, 2013. PMID: 23723136.

1209. Alabi, C., Love, K., Sahay, G., Yin H., Luly, K., Langer, R., and Anderson, D., Multiparametric approach for the evaluation of lipid nanoparticles for siRNA delivery, Proceedings of the National Academy of Sciences, 110: 12881-12886, 2013. PMID: 23882076, PMCID: PMC3740846.

1210. Bonner, D., Zhao, X., Buss, H., Langer, R., Hammond, P., Crosslinked linear polyethylenimine enhances delivery of DNA to the cytoplasm, Journal of Controlled Release, 167: 101-107, 2013. PMID: 22995755.

1211. Celiz, A., Hook A., Scurr, D., Anderson, D., Langer, R., Davies, M. and Alexander, M., ToF-SIMS imaging of a polymer microarray prepared using ink-jet printing of acrylate monomers, Surface and Interface Analysis, 45: 202-205, 2013. DOI: 10.1002/sia.5042.

1212. Chertok, B., Webber, M., Succi, M. and Langer, R., Drug Delivery Interfaces in the 21st Century: From Science Fiction Ideas to Viable Technologies, Molecular Pharmacology, 10: 3531-3543, 2013. PMID: 23915375.

1213. Dang, T., Thai, A., Cohen, J., Slosberg, J., Siniakowicz, D., Doloff, J., Ma, M., Hollister-Lock, J., Tang, K., Gu, Z., Cheng, H., Weir, G., Langer, R. and Anderson, D., Enhanced function of immune-isolated islets in diabetes therapy by co-encapsulation with an anti-inflammatory drug, Biomaterials, 34: 5792-5801, 2013. PMID: 23660251.

1214. Gabriel, D., Monteiro, I., Huang, D., Langer, R. and Kohane, D., A photo-triggered layered surface coating producing reactive oxygen species, Biomaterials, 34: 9763-9769, 2013. PMID: 24074838.

1215. Gianella, A., Janssen, H., Hoben, F., Jarzyna, P. Cormode, D., Costa, K., Rao, S., Langer, R., Farokhzad, O. and Mulder, W., Synthesis and in vitro evaluation of a multifunctional and surface-switchable nanoemulsion platform, ChemComm, 49: 9392-9394, 2013. PMID: 23877789, PMCID: PMC3786364.

1216. Gu, M., Vegas, A., Anderson, D., Langer, R., Kilduff, C. and Belfort, G., Combinatorial synthesis with high throughput discovery of protein-resistant membrane surfaces, Biomaterials, 34: 6133-6138, 2013. PMID: 23706542.  NIHMS# 548463.

1217. Gu, Z., Aimetti, A., Wang, Q., Dang, T., Zhang, Y., Veiseh, O., Cheng, H., Langer, R. and Anderson, D., Injectable nano-network for glucose mediated insulin delivery, ACS Nano, 7: 4194-4201, 2013. PMID: 23638642.

1218. Haq, R., Yokoyama, S., Hawryluk, E., Jonsson, G., McHenry, K., Porter, D., Tran, T., Love, K., Langer, R., Anderson, D., Garraway, L., Duncan, L., Morton, D., Hoon, D., Song, J. and Fisher, D., BCL2A1 is a lineage-specific anti-apoptotic melanoma oncogene that confers resistance to BRAF inhibition, Proceedings of the National Academy of Sciences, 110: 4321-4326, 2013. PMID: 23447565, PMCID: PMC3600451.

1219. Wang, J., Boutin, K., Abdulhadi, O., Personnat, L., Shazly, T., Langer, R., Chanick, C. and Borenstein, J., Fully biodegradable airway stents using amino alcohol-based poly(ester amide) elastomers, Advanced Healthcare Materials, 2: 1329-1336, 2013. PMID: 23526787. PMCID: PMC Exempt—Non-NIH/PHS Funding.

1220. Hook, A., Scurr, D., Anderson, D., Langer, R., Williams, P., Davies, M., and Alexander, M., High throughput discovery of thermo-responsive materials using water contact angle measurements and time-of-flight secondary ion mass spectrometry, Surface and Interface Analysis, 45: 181-184, 2013. PMID: 23450147, PMCID: PMC3579490.

1221. Jiang, S., Eltoukhy, A., Love, K., Langer, R., Anderson, D., Lipidoid-Coated Iron Oxide Nanoparticles for Efficient DNA and siRNA delivery, Nano Letters, 13: 1059-1064, 2013. PMID: 23394319.

1222. Johnstone, T., Kulak, N., Pridgen, E., Farokhzad, O., Langer, R. and Lippard, S., Nanoparticle encapsulation of mitaplatin and the effect thereof on in vivo properties, ACS Nano, 7: 5675-5683, 2013. PMID: 23697579, PMCID: PMC3722263.

1223. Scurr, D., Hook, A., Burley, J., Williams, P., Anderson, D., Langer, R., Davices, M. and Alexander, M., Strategies for MCR image analysis of large hyperspectral data-sets, Surface and Interface Analysis (Special Issue): 45, 466-470, 2013.

1224. Kamaly, N., Fredman, G., Subramanian, M., Gadde, S., Pesic, A., Cheung, L., Fayad, Z., Langer, R., Tabas, I. and Farokhzad, O., Development and in vivo efficacy of targeted polymeric inflammation-resolving nanoparticles, Proceedings of the National Academy of Sciences, 110: 6506-6511, 2013. PMID: 23533277, PMCID: PMC3631648.

1225. Karagiannis, E., Urbanska, A., Sahay, G., Pelet, J., Jhunjhunwala, S., Langer, R., and Anderson, D., Rational design of a biomimetic cell penetrating peptide library, ACS Nano, 7: 8616-8626, 2013. PMID: 24047542.

1226. Khoo, X., Simons, E., Chiang, H., Hickey, J., Sabharwal, V., Pelton, S., Rosowski, J., Langer, R., Kohane, D., Formulations for trans-tympanic antibiotic delivery, Biomaterials, 34: 1281-1288, 2013. PMID: 23146430, PMCID: PMC3511665.

1227. Kim, Y., Fay, F., Cormode, D., Sanchez-Gaytan, B., Tang, J., Hennessy, E., Ma, M., Moore, K., Farokhzad, O., Fisher, E., Mulder, W., Langer, R., Fayad, Z., Single Step Reconstitution of Multifunctional High-Density Lipoprotein-Derived Nanomaterials Using Microfluidics, ACS Nano. 7: 9975-9983, 2013. PMID: 24079940.

1228. Kolewe, M., Park., H., Gray, C., Ye, X., Langer, R. and Freed, L., 3D structural patterns in scalable, elastomeric scaffolds guide engineered, Advanced Materials, 25: 4459-4465, 2013. PMID: 23765688.

1229. Lim, D., Barhoumi, A., Wylie, R., Reznor, G., Langer, R. and Kohane, D., Enhanced photothermal effect of plasmonic nanoparticles coated with reduced graphene oxide, Nano Letters, 13: 4075-4079, 2013. PMID: 23899267.

1230. Mieszawska, A., Kim, Y., Gianella, A., van Rooy, I., Priem, B., Labarre, M., Ozcan, C., Cormode, D., Petrov, A., Langer, R., Farokhzad, O., Fayad, Z. and Mulder, W., Synthesis of polymer-lipid nanoparticles for image-guided delivery of dual modality therapy, Bioconjugate Chemistry, 24: 1429-1434, 2013. PMID: 23957728, PMCID: PMC3810168.

1231. Mizrahi, B., Shankarappa, S., Hickey, J., Dohlman, J., Timko, B., Whitehead, K., Lee, J., Langer, R., Anderson, D. and Kohane, D., A stiff injectable biodegradable elastomer, Advanced Functional Materials, 23: 1527-1533, 2013. PMID: 23667350, PMCID: PMC3646576.

1232. Pereira, M., Ouyang, B., Sundback, C., Langer, N., Friehs, I., Mureli, S., Pomerantseva, I., McFadden, J, Mochel, M., Mwizerwa, O., del Nido, P., Sarkar, D., Masiakos, P., Langer, R., Ferreira, L. and Karp, J., A highly tunable biocompatible and multifunctional biodegradable elastomer, Advanced Materials, 25: 1209-1215, 2013. PMID: 24106240.

1233. Saigal, R., Cimetta, E., Tandon, N., Zhou, J., Langer, R., Young, M., Vunjak-Novakovic, G. and Redenti, S., Electrical stimulation via a biocompatible conductive polymer directs retinal progenitor cell differentiation, Conf. Proc. IEEE Eng. Med. Biol. Soc., 2013: 1627-1631, 2013. PMID: 24110015.

1234. Hubbell, J. and Langer, R. Translating materials design to the clinic, Nature Materials, 12: 963-966, 2013.

1235. Xu, X., Xie, K., Zhang, X., Pridgen, E., Park, G., Cui, D., Shi, J., Wu, J., Kantoff, P., Lippard, S., Langer, R., Walker, G. and Farokhzad, O., Enhancing tumor cell response to chemotherapy through nanoparticle-mediated codelivery of siRNA and cisplatin prodrug, Proceedings of the National Academy of Sciences, 110: 18638-18643, 2013.

1236. Pridgen, E., Alexis, F., Kuo, T., Levy-Nissenbaum, E., Karnik, R., Blumberg, R., Langer, R. and Farokhzad, O., Transepithelial transport of Fc-targeted nanoparticles by the neonatal Fc receptor for oral delivery, Science Translational Medicine, 5: 213ra167, 2013. PMID: 24285486; NIHMSID#565166.

1237. Valencia, P., Pridgen, E., Perea, B., Gadde, S., Sweeny, C., Kantoff, P., Bander, N., Lippard, S., Langer, R., Karnik, R. and Farokhzad, O., Synergistic cytotoxicity of irinotecan and cisplatin in dual drug targeted polymeric nanoparticles, Nanomedicine (Long), 8: 687-698, 2013. PMID23075285; PMCID3694785; 10.2217/nnm.12.134

1238. Lim, J., Bertrand, N., Valencia, P., Rhee, M., Langer, R., Jon, S., Farokhzad, O. and Karnik, R., Parallel Microfluidic Synthesis of Size-Tunable Polymeric Nanoparticles using 3D flow focusing towards *in vivo* study, Nanomedicine: Nanotechnology, Biology and Medicine, 10: 401-409, 2014. PMID: 23969105.

1239. Yin, X., Farin, H., van Es, J., Clevers, H., Langer, R. and Karp, J., Niche-independent high-purity culture of Lgr5$^+$ intestinal stem cells and their progeny, Nature Methods, 11: 106-112, 2014. NIHMSID: 548435.

1240. Lang, N., Pereira, J., Lee, Y., Friehs, I., Vasilyev, N., Feins, E., Ablasser, K., O'Cearbhaill, E., Xu, C., Fabozzo, A., Padera, R., Wasserman, S., Freudenthall, F., Ferreira, L., Langer, R., Karp, J. and del Nido, P., A blood-resistant surgical glue for minimally invasive repair of vessels and heart defects, Science Translational Medicine 6: 218ra6, 2014 (cover article).

1241. Epa, V., Hook, A., Chang, C. Yang, J., Langer, R. Anderson, D., Willimas, P, Davies, M., Alexander, M. and Winkler, D., Modelling and prediction of bacterial attachment to polymers, Advanced Funcational Materials, 24: 2085-2093, 2014.

1242. Foradori, M., Chen, Q., Fernandez, C., Harper, J., Li, X., Tsang, P., Langer, R. and Moses, M., Matrilin-1 is an inhibitor of neovascularization, J. Biol. Chem., 289: 14301-14309, 2014

1243. Guo, Liang, Ma, M., Zhang, N., Langer, R., and Anderson, D., Stretchable polymeric multielectrode array for conformal neural interfacing, Advanced Materials, 26: 1427-1433, 2014.

1244. Pereira, M., Sundback, C., Lang, N., Cho, W., Pomerantseva, I., Ouyang, B., Tao, S., McHugh, K., Mwizerwa, O., Vemula, P., Mochel, M., Carter, D., Borenstein, J., Langer, R., Ferreira, L., Karp, J. and Masiakos, P., Combined surface micropatterning and reactive chemistry maximizes tissue adhesion with minimal inflammation, Advanced Healthcare Materials, 3: 565-571, 2014.

1245. Timko, B., Arruebo, M., Shankarappa, S., McAlvin, J., Okonkwo, O., Mizrahi, B., Stefanescu, C., Gomez, L., Zhu, J., Zhu, A., Santamaria, J., Langer, R. and Kohane, D., Near-infrared actuated devices for remotely controlled drug delivery, Proceedings of the National Academy of Sciences, 111: 1349-1354, 2014.

1246. Kim, Y., Lobatto, M., Kawahara, T., Chung, B., Mieszawska, A., Sanchez-Gaytan, B., Fay, F., Senders, M., Calcagno, C., Becraft, J., Saung, M., Gordon, R., Stroes, E., Ma, M., Farokhzad, O., Fayad, Z., Mulder, W. and Langer, R., Probing nanoparticle translocation across the permeable endothelium in experimental atherosclerosis, Proceedings of the National Academy of Sciences 111: 1078-1083, 2014.

1247. Schoellhammer, C., Blankschtein, D., Langer, R., Skin permeabilization for transdermal drug delivery: Recent advances and future prospects, Expert Opinion Drug Delivery, 11: 393-407, 2014. PMID: 24392787.

1248. Sharei, A., Poceviciute, R., Jackson, E., Cho, N., Mao, S., Hartoularos, G., Jang, D., Jhunjhunwala, S., Eyerman, A., Schoettle, T., Langer, R. and Jensen, K., Plasma membrane recovery kinetics of a microfluidic intracellular delivery platform, Integrative Biology, 6: 470-475, 2014.

1249. Dong, Y., Love, K., Dorkin, J., Sirirungruang, S., Zhang, Y., Chen, D., Bogorad, R., Yin, H., Chen, Y., Vegas, A., Alabi, C., Sahay, G., Olejnik, K., Wang, W., Schroeder, A., Lytton-Jean, A., Siegwart, D., Akinc, A., Barnes, C., Barros, S., Carioto, M., Fitzgerald, K., Hettinger, J., Kumar, V., Novobrantseva, T., Qin, J., Querbes, W., Kotelianski, V., Langer, R. and Anderson, D. Lipopeptide nanoparticles for potent and selective siRNA delivery in rodents and nonhuman primates, Proceedings of the National Academy of Sciences, 111: 3955-3960, 2014.

1250. Hook, A., Chang, C-Y., Scurr, D., Langer, R., Anderson, D., Williams, P., Davies, M. and Alexander, M., Thermally switchable polymers achieve controlled Escherichia coli detachment, <u>Advanced Healthcare Materials</u>, 3: 1020-1025, 2014.

1251. Upadhyay, U., Tyler, B., Patt, Y., Wicks, R., Spencer, K., Scott, A., Masi, B., Hwang, L., Grossman, R., Cima, M., Brem, H. and Langer, R., Intracranial microcapsule chemotherapy delivery for the localized treatment of roden metastatic breast adenocarcinoma in the brain, <u>Proceedings of the National Academy of Sciences</u>, 111, 16071-16076, 2014.

1252. Zhu, X., Radovic-Moreno, A., Wu, J., Langer, R., and Shi, J., Nanomedicine in the management of microbial infection:  Overview and perspectives, <u>Nano Today</u>, 9: 478-498, 2014.

1253. Barhoumi, A., Wang, W., Zurakowski, D., Langer, R. and Kohane, D., Photothermally targeted thermosensitive polymer-masked nanoparticles, <u>Nano Letters</u>, 14: 3697-3701, 2014.

1254. Celiz, A., Smith, J., Langer, R., Anderson, D., Winkler, D., Barrett, D., Davies, M., Young, L., Denning, C. and Alexander, M., Materials for stem cell factories of the future, <u>Nature Materials</u>, 13: 570-579, 2014.

1255. Dahlman, J., Barnes, C., Khan, O., Thiriot, A., Jhunjunwala, S., Shaw, T., Xing, Y., Sage, H., Sahay, G., Speciner, L., Bader, A., Bogorad, R., Yin, H., Racie, T., Dong, Y., Jiang, S., Seedorf, D., Dave, A., Sandu, K., Webber, M., Novobrantseva, T., Ruda, V., Lytton-Jean, A., Levins, C., Kalish, B., Mudge, D., Perez, M., Abezgauz, L., Dutta, P., Smith, L., Charisse, K., Kieran, M., Fitzgerald, K., Nahrendorf, M., Danino, D., Tuder, R., von Andrian, U., Akinc, A., Schroeder, A., Panigrahy, D., Kotelianski, V., Langer, R. and Anderson, D., <em>In vivo endothelial</em> siRNA delivery using polymeric nanoparticles with low molecular weight, <u>Nature Nanotechnology</u>, 9: 648-655, 2014.

1256. Chan, K., Li, R., Chapman, J., Trac, E., Kobler, J., Zeitels, S., Langer, R. and Karajanagi, S., Functionalizable hydrogel microparticles of tunable size and stiffness for soft tissue filler applications, <u>Acta Biomaterialia</u>, 10: 2563-2573, 2014. NIHMSID: 589854.

1257. Dahlman, J., Tammela, T., Khan, O., Sood, S., Dave, A., Cai, W., Chirino, L., Yang, G., Bronson, R., Crowley, D., Sahay, G., Schroeder, A., Langer, R., Anderson, D., and Jacks, T., Small RNA combination therapy for lung cancer, <u>Proceedings of the National Academy of Sciences</u>, 111: E3553-E3561, 2014

1258. Aday, S., Zoldan, J., Carreto, L., Santos, T., Bernardino, L., Malva, J., Langer, R. and Ferreira, L., VEGF165-bound beads modulate endothelial cell survivial and mirna expression, <u>Journal of Tissue Engineering and Regenerative Medicine</u>, 8:  191-192, 2014.

1259. Ilyinskii, P., Roy, C., O'Neil, C., Browning, E., Pittet, L., Altreuter, D., Alexis, F., Tonti, E., Shi, J., Basto, P., Iannacone, M., Radovic-Moreno, A., Langer, R., Farokhzad, O., von Andrian, U., Johnston, L and Kishimoto, T., Adjuvant-carrying synthetic vaccine particles augment the immune response to encapsulated antigen and exhibit strong local immune activation without inducing systemic cytokine release, <u>Vaccine</u>, 32:  2882-2895, 2014. NIHMSID: 589859.

1260. Lim, J. Swami, A., Gilson, L., Chopra, S., Choi, S., Wu, J., Langer, R., Farokhzad, O. and Karnik, R., Ultra-high throughput synthesis of nanoparticles with homogeneous size distribution using a coaxial turbulent jet mixer, <u>ACS Nano</u>, 8:  6056-6065, 2014.

1261. Cima, M., Lee, H., Daniel, K., Tanenbaum, L., Mantzavinou, A., Spencer, K., Ong, Q., Sy, J., Santini, J., Schoellhammer, C., Blankschtein, D. and Langer, R., Single compartment drug delivery, <u>Journal of Controlled Release</u>, 190: 157-171, 2014.

1262. Whitehead, K., Dorkin, R., Vegas, A., Chang, P., Veiseh, O., Matthews, J., Fenton, O., Zhang, Y., Olejnik, K., Yesilyurt, V., Chen, D., Barros, S., Klebanov, B., Novobrantseva, T., Langer, R. and Anderson, D., Degradable lipid nanoparticles with predictable <em>in vivo</em> siRNA delivery activity, <u>Nature Communications</u>, 5: 4277, 2014

1263. Celiz, A., Smith, J., Patel, A., Langer, R., Anderson, D., Barrett, D., Young, L., Davies, M., Denning, C and Alexander, M., Chemically diverse polymer microarrays and high throughput surface characterization:  A method for discovery of materials for stem cell culture, <u>Biomaterials Science</u>, 2:  1604-1611, 2014.

1264. Laulicht, B., Traverso, G., Deshpande, V., Langer, R. and Karp, Jeffrey, Simple battery armor to protect against gastrointestinal injury from accidental ingestion, <u>Proceedings of the National Academy of Sciences</u> ,111:  16490-16495, 2014.

1265. Mitragotri, S., Burke, P. and Langer, R., Overcoming the challenges in administering biopharmaceutical drugs:  Formulation and delivery strategies, <u>Nature Reviews Drug Discovery</u>, 13:  655-672, 2014.

1266. Dahlman, J., Kauffman, K., Langer, R. and Anderson, D., Nanotechnology for <em>in vivo</em> targeted siRNA delivery, <u>Advances in Genetics</u>, 88:  37-69, 2014.

1267. Chen, S., Xue, Y., Wu, X., Cong, L., Bhutkar, A., Bell, E., Zhang, F., Langer, R. and Sharp, P., Global microRNA depletion suppresses tumor angiogenesis, Genes and Development, 28: 1054-1067, 2014.

1268. De la Fuente, M., Langer, R., and Alonso, M., Nanotechnology approaches for cancer immunotherapy and immunomodulation, in Nano-oncologicals:  New targeting and delivery approaches, 2014, Ch. 8. pp 215-242, Alonso, M. and Garcia-Fuentes, M. eds., Springer, New York.

1269. Platt, R., Chen, S., Zhou, Y., Yim. M., Swiech, L., Kempton, H., Dahlman, J. Parnas, O., Eisenhaure, T., Jovanovic, M., Graham, D., Jhunjhunwala, S., Xavier, R., Langer, R., Anderson, D., Hacohen, N., Regev, A., Feng, G., Sharp, P., Zhang, F., CRISPR-Cas9 knockin mice for genome editing and cancer modeling, Cell, 159: 440-455, 2014.

1270. Dong, Y., Eltoukhy, A., Alabi, C., Khan, O., Veiseh, O., Dorkin, J., Sirirungruang, S., Yin, H., Tang, B., Pelet, J., Chen, D., Gu, Z., Xue, Y., Langer, R. and Anderson, D., Lipid-like nanomaterials for simultaneous gene expression and silencing in vivo, Advanced Healthcare Materials, 3: 1392-1397, 2014.

1271. Veiseh, O., Tang, B., Whitehead, K., Anderson, D. and Langer, R., Managing diabetes with nanomedicine: Challenges and opportunities, Nature Reviews Drug Discovery, 14: 45-57, 2015.

1272. Langer, R. and Weissleder, R., Nanotechnology, Journal of the American Medical Association, 312: 135-136, 2015.

1273. Traverso, G., Schoellhammer, C., Schroeder, A., Maa, R., Lauwers, G., Polat, B., Anderson, D., Blankschtein, D. and Langer, R., Microneedles for drug delivery via the gastrointestinal tract, Journal of Pharmaceutical Sciences, E-pub ahead of print, DOI 10.1002/jps.2418, 2015.

1274. Appel, E., Tibbitt, M., Webber, M., Mattix, B., Veishe, O. and Langer, R., Self-assembled hydrogels utilizing polymer-nanoparticle interactions, Nature Communications, E-pub ahead of print, doi: 10.1038/ncomms7295, 2015.

1275. Maldonado, R., LaMothe, R., Ferrari, J., Zhang, A., Rossi, R., Griset, A., O'Neil, C., Altreuter, D., Johnston, L., Farokhzad, O., Langer, R., Scott, D., von Andrian, U. and Kishimoto, T., Polymeric synthetic nanoparticles for the induction of antigen-specific immunological tolerance, Proceedings of the National Academy of Sciences, E-pub ahead of print, doi:10.1073/pnas.1408686111

1276. Lee, J., Jeong, K., Hashimoto, M., Kwon, A., Rwei, A., Shankarappa, S., Tsui, J. and Kohane, D., Synthetic ligand-coated magnetic nanoparticles for microfluidic bacterial separation from blood, Nano Letters, in press.

1277. Bettinger, C. Green, J., Langer, R., Anderson, D. and Borenstein, J., Control of nanoparticle-mediated gene delivery to human endothelial cells through substrate nanotopography, ACS Nano, in press.

1278. Novobrantseva, T., Borodovsky, A., Wong, J., Klebanov, B., Zafari, M., Yucius, K. Ge, P., Ruda, v., Querbes, Q., Milstein, S, Speciner, L, Duncan, R., Basha, G., Cullis, P., Akinc, A., Sullivan, J., Jayaprakash, N., Jayaraman, M., Bogorad, R., Love, K., Whitehead, K., Levins, C., Manoharan, M., Swirski, P., Weissleder, R., Langer, R., Anderson, R., de Fougerolles, A., Nahrendorf, M. and Koteliansky, V., Systemic RNAi-mediated gene silencing in non-human primate and rodent myeloid cells, Molecular Therapy Nucleic Acids, in press.

1279. Wang, Q., Cheng, H. and Langer, R., Non-genetic engineering of cells for drug delivery and cell-based therapy, Advanced Drug Delivery Reviews, in press.

1280. Zhang, S., Ermann, J., Succi, M., Zhou, A., Glimcher, L., Traverso, G., Karp, J. and Langer, R., Inflammation-targeted hydrogel as a novel approach for drug delivery in inflammatory bowel disease, Science Translational Medicine, in press.

1281. White, K., Lu, Y., Annis, S., Hale, A., Chau, N., Dahlman, J., Hemann, C., Opotowsky, A., Vargas, S., Rosas, I., Perrella, M., Osorio, J., Haley, K., Graham, B., Kumar, R., Saggar, R., Saggar, R., Wllance, W., Ross, D., Khan, O., Bader, A., Gochuico, B., Matar, M., Polach, K., Johannessen, N., Prosser, H., Anderson, D., Langer, R., Zweier, J., Bindoff, L., Systrom, C., Waxman, A. Jin, R. and Chan, S., Genetic and hypoxic alterations of tehh microRNA-210-ISCU1/2 axis promote iron-sulfur deficiency and pulmonary hypertension, EMBO Molecular Medicine, in press.

1282. Jonas, O., Landry, H., Fuller, J., Santini, J., Baselga, J., Tepper, R., Cima, M. and Langer, R., A novel device to perform rapid high-throughput in vivo drug sensitivity testing and identify optimal drug therapy for personalized medicine, Science Translational Medicine, in press.

1283. Valencia, P., Pridgen, E., Rhee, M., Langer, R., Farokhzad, O., and Karnik, R., Microfluidic platform for combinatorial synthesis and optimization of targeted nanoparticles for cancer therapy, ACS Nano, in press.

1284. Peng, W., Anderson, D.G., Langer, R. and Sawicki, J., Nanoparticle-delivered suicide gene inhibits prostate tumor growth, Cancer Research, submitted.

1285. Radovic-Moreno, A., Yuet, K., Langer, R. and Farokhzad, O., Perspectives on using nanoparticles for treatment in urological oncology, Nanotechnology Chapter, Interventional Techniques in Uro-oncology, submitted.

1286. Noh, S., Han, S., Shim, G., Lee, K., Kim, A., Han, S., Choi, Y., Kim, Y, Langer, R., Kim, W. and Oh, Y., Tocopheryl oligochitosan-based self assembling cationic oligomersomes for siRNA delivery, Nano Letters, submitted.

1287. Kang, S., Hwang, N., Yeom, J., Park, S., Messersmith, P., Choi, I., Langer, R., Anderson, D. and Lee, Haeshin, One-step multipurpose surface functionalization by adhesive catecholamine, Journal of the American Chemical Society, submitted.

1288. Mizrahi, B., Khoo, X., Chiang, H., Sher, K., Feldman, R., Irusta, S., Langer, R. and Kohane, D., Multi-armed prepolymer for antifouling coatings, Journal of the American Chemical Society, submitted.

1289. Kimball, A., Alora-Palli, M., Javorsky, E., Ron, E. and Langer, R., A new non-parenteral approach to administration of peptides in women:  Systemic absorption of a GnRH agonist (GnRHa) via a transvaginal ring delivery system, PLoS Medicine submitted.

1290. Sanchez-Gaytan, B., Lobatto, M., Fay, F., Tang, J., Ouimet, M., Kim, Y., van der Staay, S., van Rijs, S., Priem, B., Zhang, L., Fisher, E., Moore, K., Langer, R. and Fayad, Z., Hybrid polymer-HDL nanoparticle platform for atherosclerotic plaque macrophage targeting, Journal of Controlled Release, submitted.

1291. Barth, H., Crafoord, S., O'Shea, T., Pritchard, C., Langer, R., Ghosh, F., A new model for in vitro testing of vitreous substitute candidates, Graefe's Archive for Clinical and Experimental Ophthalmology, submitted. PMCID: PMC Exempt—Non-NIH/PHS Funding.

1292. Traverso, G., Ciccarelli, G., Hughes, T., Boettcher, T., Barman, R., Langer, R. and Siston, A., Physiologic status monitoring via the gastrointestinal tract, PLOS ONE, submitted.

1293. Sharei, A., Trifonova, R., Jhunjhunwala, S., Hartoularos, G., Eyerman, A., Lytton-Jean, A., Angin, M., Sharma, S., Poceviciute, R., Mao, S., Heimann, M., Liu, S., Talkar, T., Khan, O., Addo, M., von Andrian, U., Anderson, D., Langer, R., Lieberman, J. and Jensen, K., A microfluidic platform for ex vivo cytosolic delivery to functional biomolecules to immune cells, Journal of Clinical Investigation, submitted.

1294. Schoellhammer, C., Schroeder, A., Maa, R., Brugge, W., Lauwers, G., Anderson, D., Blankschtein, D., Langer, R. and Traverso, G., Ultrasound-mediated gastrointestinal drug delivery, Science Translational Medicine, submitted.

1295. Yin, H., Bogorad, R., Barnes, C., Zhuang, I., Nonaka, H., Ruda, V., Kuchimanchi, S., Nechev, L., Akinc, A., Zerial, M., Langer, R., Anderson, D. and Koteliansky, V., Efficient multiplex knockdown mediated control of organ size and its application for rapid analyses of molecular interactions in vivo, Proceedings of the National Academy of Sciences, submitted.

1296. Tong, R., Li, L., Chu, H., Wang, W., Langer, R and Kohane, D., Aptamer photo-regulation in vivo, Proceedings of the National Academy of Sciences, submitted.

1297. Sydlik, S., Jhunjhunwala, S., Webber, M., Anderson, D. and Langer, R., The in vivo compatibility of graphene oxide of differing oxidation states, ACS Nano, submitted.

1298. Chou, D., Webber, M., Tang, B., Lin, A., Thapa, L., Deng, D., Truong, J., Cortinas, A., Langer, R. and Anderson, D., Glucose responsive insulin activity by covalent modification with aliphatic phenylboronic acid conjugates, Proceedings of the National Academy of Sciences, submitted.

1299. Jaklenec, A., Guarecuco, R., Lu, J., McHugh, K., Norman, J., Thapa, L., Lydon, E. and Langer, R., Immunogenicity of pulsatile release PLGA microspheres for single injection vaccination, Journal of Controlled Release, submitted.

1300. Han, M., Cha, Y., Jeong, H., Zoldan, J., Burkart, A., Kim, C., Kim, H., Cho, S., Kim, B., Langer, R., Kahn, R., Cha, H., Guarente, L. and Kim, K., Metabolic control of human pluripotent stem cell fate and function by deacetylase SIRT2, Science, submitted.

**BOOKS**

1.      Langer, R., Wise, D. eds, Medical Applications of Controlled Release, Vol. I: Classes of Systems, CRC Press, Boca Raton, FL, 1984.

2.      Langer, R., Wise, D. eds, Medical Applications of Controlled Release. Vol. II: Application and Evaluation, CRC Press, Boca Raton, FL, 1984.

3.      Chasin, M., Langer, R. eds., Biodegradable Polymers for Drug Del., Marcel Dekker, NY 1990.

4.      Steiner, R., Weisz, P., Langer, R. Angiogenesis, Birkhauser (AG), Basel, Switzerland, 1992.

5.      Peppas, N. Langer, R. Advances in Polymer Science, Vol. 107, Biopolymers I, Springer-Verlag Publishing Co., New York, 1993.

6.      Cohen, S., Langer, R. <u>Liposomes in Immunology: Concepts and Applications</u>, ImmunoMethods, Academic Press, California, 1994.
7.      Cleland, J., Langer, R. <u>Formulations and Delivery of Proteins and Peptides,</u> American Chemical Society, Volume 567, Washington, 1994.
8.      Peppas, N. Langer, R. <u>Biopolymers I</u>, S pringer Verlag, Berlin, Germany, 1993
9.      Peppas, N., Langer, R. <u>Biopolymers II,</u> Springer-Verlag, Berlin, Germany, 1995.
10.     Lanza, R., Chick, W., Langer, R. <u>Textbook of Tissue Engineering,</u> Springer-Verlag, Berlin, Germany, 1996.
11.     Atala, A., Mooney, D., Vacanti, J., Langer, R. <u>Synthetic Biodegradable Polymer Scaffolds,</u>  Birkhauser, Boston, MA, 1997
12.     Lanza, R., Langer, R., Vacanti, J. eds. <u>Principles of Tissue Engineering</u>, Second Edition, Elsevier Academic Press, San Diego, CA, 2000.
13.     Lanza, R., Langer, R., Vacanti, J. eds. <u>Principles of Tissue Engineering</u>, Third Edition, Elsevier Academic Press, San Diego, CA, 2007.
14.     Tirrell, D.A., Langer, R., eds., Matyjaszewski, M., Moller, M., eds in chief, <u>Polymer Science:  A comprehensive Reference</u>, Volume 9, Polymers in Biology and Medicine, Eslevier BV, Amsterdam, The Netherlands, 2012.
15.     Demirci, U., Khademhosseini, A., Langer, R. and Blander, J., eds. Microfluidic Technologies for Human Health, World Scientific Publishing Co. Pte. Ltd, Singapore, 2012.

**COURSE TEXTS**
1.      Cincotta, D., Cole, K., Langer, R. Group School Chemistry Curriculum, 167 pages (1972).
2.      Thilly, W., Langer, R., Laboratory in Applied Biology, 430 pages (1978).
3.      Langer, R., Thilly, W. Analytical Practices in Biochemistry, 290 pages (1979).

# PATENTS

## US PATENTS

1. US Patent 4,164,560: Folkman, M., Langer, R., Systems for the controlled release of macromolecules.
2. US Patent 4,341,869: Langer, R., Linhardt, R., Cooney, C., Galliher, P., Process for producing heparinase.
3. US Patent 4,357,312: Hsieh, D., Langer, R., Method of making prolonged release body.
4. US Patent 4,373,023: Langer, R., Linhardt, R., Cooney, C., Galliher, P., Flanagan, M., Klein, M., Process for neutralizing heparin.
5. US Patent 4,391,797: Folkman, M., Langer, R., Systems for the controlled release of macromolecules.
6. US Patent 4,396,762: Langer, R., Linhardt, R., Cooney, C., Fitzgerald, Grant, A., Heparinase derived anticoagulants.
7. US Patent 4,414,147: Klibanov, A., Langer, R., Methods of decreasing the hydrophobicity of fibroblast and other interferons.
8. US Patent 4,443,545: Langer, R., Lindhardt, R., Cooney, C., Galliher, P., Process for producing heparinase.
9. US Patent 4,591,496: Cohen, J., Siegel, R., Langer, R., Process for making systems for the controlled release of macromolecules.
10. US Patent 4,638,045: Kohn, J., Langer, R., Non-peptide polyamino acid bioerodible polymers.
11. US Patent 4,657,543: Langer, R., Kost, J., Ultrasonically modulated polymeric devices for delivery compositions.
12. US Patent 4,666,855: Yang, V., Langer, R., Rapid method for determining the isoelectric point for amphoteric molecules.
13. US Patent 4,732,155: Zetter, B., Langer, R., Implantable chemoattractant system.
14. US Patent 4,753,652: Langer, R., Levy, R., Biomaterial implants which resist calcification.
15. US Patent 4,757,128: Domb, A., Langer, R., High molecular weight polyanhydride and preparation thereof.
16. US Patent 4,767,402: Kost, J., Levy, D., Langer, R., Ultrasound enhancement of transdermal drug delivery.
17. US Patent 4,779,806: Langer, R., Kost, J., Ultrasonically modulated polymeric devices for delivering compositions.
18. US Patent 4,780,212: Kost, J., Langer, R., Ultrasound enhancement of membrane permeability.
19. US Patent 4,789,724: Domb, A., Langer, R., Preparation of anhydride copolymers.
20. US Patent 4,795,703: Folkman, M., Hannan, R., Thompson, R., Langer, R., Heparin assay.
21. US Patent 4,806,621: Kohn, J., Langer, R., Biocompatible, bioerodible, hydrophobic, implantable polyimino carbonate article.
22. US Patent 4,846,786: Freed, L. B., Kadam, J., Drinker, P.A., Thebeau, J., Langer, R., Bioreactor containing suspended, immobilized species.
23. US Patent 4,857,311: Domb, A., Langer, R., Polyanhydrides with improved hydrolytic degradation properties.
24. US Patent 4,861,627: Mathiowitz, E., Langer, R., Preparation of multiwall polymeric microcapsules.
25. US Patent 4,863,611: Bernstein, H., Wheatley, M., Langer, R., Extracorporeal reactors containing immobilized species.
26. US Patent 4,863,735: Kohn, J., Langer, R., Niemi, S., Fox, J., Biodegradable polymeric drug delivery system with adjuvant activity.
27. US Patent 4,886,870: D'Amore, P., Leong, K., Langer, R., Bioerodible articles useful as implants and prostheses having predictable degradation rates.
28. US Patent 4,888,176: Langer, R., Domb, A., Laurencin, C., Controlled drug delivery high molecular weight polyanhydrides.
29. US Patent 4,891,225: Langer, R., Rosen, H., Bioerodible Polyanhydrides for Controlled Drug Delivery.
30. US Patent 4,898,734: Mathiowitz, E., Langer, R., Warshawsky, A., Edelman, E., Polymer Composite for Controlled Release or Membrane Formation.
31. US Patent 4,900,556: Wheatley, M., Langer, R., Eisen, H., System for Delayed and Pulsed Release of Biologically Active Substances.
32. US Patent 4,906,474: Langer, R., Rosen, H., Linhardt, R., Leong, K.W., Bioerodible Polyanhydrides for Controlled Drug Delivery.
33. US Patent 4,916,204: Domb, A., Langer, R., Ron, E., Giannos, S., Kothari, R., Mathiowitz, E., Pure Polyanhydride from Dicarboxylic Acid and Coupling Agent.

34.    US Patent 4,921,757: Wheatley, M., Langer, R., Eisen, H., System for Delayed and Pulsed Release of Biologically Active Substances.

35.    US Patent 4,933,185: Wheatley, M., Langer, R., Eisen, H., System for Controlled Release of Biologically Active Compounds.

36.    US Patent 4,933,431: Domb, A., Langer, R., Ron, E., Giannos, S., Kothari, R., Mathiowitz, E., One Step Preparation of Poly(amide-anhydride).

37.    US Patent 4,946,929: D'Amore, P., Leong, K., Langer, R., Bioerodible Articles Useful as Implants and Prostheses Having Predictable Degradation Rates.

38.    US Patent 4,948,587: Kost, J., Langer, R., Ultrasound Enhancement of Transbuccal Drug Delivery.

39.    US Patent 4,952,406: Brown, L., Fischel-Ghodsian, F., Langer, R., Feedback Controlled Release.

40.    US Patent 4,994,443: Folkman, M., Taylor, S., Langer, R., Inhibition of Angiogenesis.

41.    US Patent 5,001,116: Folkman, M., Taylor, S., Langer, R., Inhibition of Angiogenesis.

42.    US Patent 5,010,167: Ron. E., Staubli, A., Langer, R., Poly(amide-and imide-co-anhydrides) for Biological Application.

43.    US Patent 5,019,034: Weaver, J, Powell, K., Langer, R., Control of Transport of Molecules Across Tissue Using Electroporation.

44.    US Patent 5,019,372: Folkman, J., Langer, R., Hsieh, D., Magnetically Modulated Polymeric Drug Release System.

45.    US Patent 5,019,379: Domb, A., Langer, R., Unsaturated Polyanhydrides.

46.    US Patent 5,041,138: Vacanti, J., Vacanti, C., Langer, R., Neomorphogenesis of Cartilage *in vivo* from Cell Culture.

47.    US Patent 5,076,208: Zohar, Y., D'Emanuele, A., Kost, J., Langer, R., Ultrasound-Mediated Administration of Compounds into Aquatic Animals.

48.    US Patent 5,100,668: Edelman, E., Langer, R., Klagsburn, M., Mathiowitz, E., Controlled Release Systems Containing Heparin and Growth Factors.

49.    US Patent 5,122,367: Ron, E., Chasin, M., Turek, T., Langer, R., Polyanhydride Bioerodible Controlled Release Implants for Administration of Stabilized Growth Hormone.

50.    US Patent 5,128,420: Domb, A., Langer, R., Cravalho, E., Golomb, G., Mathiowitz, E., Laurencin, C., Method of Making Hydroxamic Acid Polymers from Primary Amide Polymers.

51.    US Patent 5,149,543: Cohen, S., Bano, C., Visscher, K., Chow, M., Allcock, H., Langer, R., Ionically Cross-linked Polymeric Microcapsules.

52.    US Patent 5,178, 864: Lees, R., Langer, R., Labeque, R., Mullon, C., Lipoprotein removal by soluble enzymes.

53.    US Patent 5,200,181: Soltys, P., Mullon, C., Langer, R., Oral Bilirubin Therapy.

54.    US Patent 5,232,696: Lees, R., Langer, R., Mullon, C., Conlon, H.D., Reduction of Low Density Lipoproteins in Biological Fluids.

55.    US Patent 5,286,763: Gerhardt, T., Laurencin, C., Domb, A., Langer, R., Hayes, W., Bioerodible polymers for drug delivery in bone.

56.    US Patent 5,308,701: Cohen, S., Bano, C., Visscher, K., Chow, M., Allcock, H., Langer, R., Ionically Cross-linked Polymeric Microcapsules.

57.    US Patent 5,330,768: Park, T., Cohen, S., Langer, R., Controlled Drug Delivery Using Polymer/Pluronic Blends.

58.    US Patent 5,356,630: Laurencin, C., Lucas, P., Langer, R., Domb, A., Syftestad, G., Glowacki, J., Delivery System for Controlled Release of Bioactive Factors

59.    US Patent 5,389,539: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification of heparinase I, II, and III from flavobacterium heparinum.

60.    US Patent 5,399,665: Barrera, D., Langer, R., Lansbury, P., Vacanti, J., Biodegradable polymers for cell transplantation.

61.    US Patent 5,417,863: Varady, L., Afeyan, N., Langer, R., Shefer, S., Quantitative measurement of LDL.

62.    US Patent 5,458,140: Epstein, J., Epstein, D., Kost, J., Langer, R., Enhancement of Transdermal Monitoring Applications with Ultrasound and Chemical Enhancers.

63.    US Patent 5,487,390: Cohen, S., Andrianov, A., Wheatley, M. Allcock, H, Langer, R., Gas-filled polymeric microbubbles for ultrasound imaging.

64.    US Patent 5,494,682: Cohen, S., Bano, C., Chow, M., Visscher, K., Allcock, H., Langer, R., Ionically Cross-linked Polymeric Microcapsules.

65.    US Patent 5,500,161: Andrianov, A., Langer, R., Method for Making Hydrophobic Polymeric Microparticles.

66. US Patent 5,512,600: Mikos, A., Langer, R., Preparation of Bonded Fiber Structures for Cell Implantation.
67. US Patent 5,514,378: Mikos, A., Sarakinos, G., Vacanti, J., Langer, R., Cima, L., Biocompatible polymer membranes and methods of preparation of three-dimensional membrane structures.
68. US Patent 5,543,158: Gref, R., Minamitake, Y., Langer, R., Biodegradable Injectable Nanoparticles.
69. US Patent 5,545,409: Laurencin, C., Langer, R., Lucas, P., Domb, A., Glowacki, J., Syftestad, G., Delivery System for Controlled Release of Bioactive Factors.
70. US Patent 5,547,467: Pliquett, U., Prausnitz, M., Weaver, J., Langer, R., Method for rapid temporal control of molecular transport across tissue.
71. US Patent 5,562,099: Cohen, S., Andrianov, A., Wheatley, M., Langer, R., Allcock, H., Monahan, T., Polymeric Microcapsules Containing Agents for Imaging.
72. US Patent 5,562,909: Allcock, H.R., Andrianov, A., Jenkins, S.A., Langer, R., Payne, L.G., Roberts, B.E., Visscher, K.B., Phosphazene Polyelectrolytes as Immunoadjuvants.
73. US Patent 5,565,215: Gref, R., Minamitake, Y., Langer, R., Biodegradable injectable particles for imaging.
74. US Patent 5,567,417: Sasisekharan, R., Nugent, M., Cooney, C., Moses, M., Langer, R., Method for Inhibiting Angiogenesis Using Heparinase.
75. US Patent 5,567,612: Vacanti, J., Langer, R., A genitourinary cell-matrix structure for implantation into a human and a method of making.
76. US Patent 5,569,600: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification, Composition and Specificity of Heparinese I, II and III from Flavobacterium Heparinum.
77. US Patent 5,578,325: Domb, A., Gref, R., Langer, R., Nanoparticles and Microparticles of Non-linear Hydrophilic-Hydrophobic Multiblock Copolymers.
78. US Patent 5,593,974: DeKeyser, J.-L., Edelman, E., Langer, R., Rosenberg, R., and Simons, M., Localized Oligonucleotide Therapy.
79. US Patent 5,618,563: Berde, C., Langer, R. Biodegradable polymer matrices for sustained delivery of local anesthetic agents.
80. US Patent 5,619,421: Venkataraman, G., Sasisekharan, R., Bobba, R., Cooney, C., Langer, R. Computer-implemented process and computer system for estimating the three-dimensional shape of a ring-shaped molecule and of a portion of a molecule containing a ring-shaped structure.
81. US Patent 5,626,862: Brem, H., Langer, R., Domb, A., Controlled local delivery of chemotherapeutic agents for treating solid tumors.
82. US Patent 5,629,009: Laurencin, C., Lucas, P., Syftestad, G., Domb, A., Glowacki, J., Langer, R., Delivery System for Controlled Release of Bioactive Factors.
83. US Patent 5,633,836: Langer, R., Johnson, M. Accelerated development time-delayed message system.
84. US Patent 5,651,986: Brem, H., Langer, R., Domb, A., Controlled local delivery of chemotherapeutic agents for treating solid tumors.
85. US Patent 5,654,381: Hrkach, J., Langer, R., Lotan, N., Functionalized polyester graft copolymers.
86. US Patent 5,667,491: Pliquette, U., Prausnitz, M., Weaver, J., Langer, R. Method for rapid temporal control of molecular transport across tissue.
87. US Patent 5,696,175: Mikos, A., Langer, R., Preparation of bonded fiber structures for cell implantation.
88. US Patent 5,700,485: Berde, C., Langer, R., Prolonged nerve blockade by the combination of local anesthetic and glucocoticoid.
89. US Patent 5,714,376: Sasisekharan, R., Moremen, K., Cooney, C., Langer, R., Vickers, R., Heparinase Gene From Flavobacterium Heparinum.
90. US Patent 5,716,404: Vacanti, J., Atala, A., Mooney, D., Langer, R., Breast Tissue Engineering.
91. US Patent 5,718,921 Mathiowitz, E., Mullon, C.J.P., Domb, A., Langer, R., Microspheres comprising polymer and drug dispersed there within.
92. US Patent 5,736,372: Vacanti, J, Vacanti, C., and Langer, R., Biodegradable synthetic polymeric fibrous matrix containing chondrocyte for *in vivo* production of a cartilaginous structure.
93. US Patent 5,749,847: Zewert, T., Pliquett, U., Langer, R., Weaver, J.C., Delivery of Nucleotides into Organisms by Electroporation.
94. US Patent 5,759,830: Vacanti, J., Langer, R., Three-Dimensional Fibrous Scaffold containing Attached Cells for Producing Vascularized Tissue *in vivo*.
95. US Patent 5,762,904: Okada, J., Cohen, S., Langer, R, Oral Delivery of Vaccines Using Polymerized Liposomes.

96.     US Patent 5,770,193: Vacanti, J., Langer, R., Preparation of Three-Dimensional Fibrous Scaffold for Attaching Cells to Produce Vascularized Tissue *in vivo*.

97.     US Patent 5,770,417: Vacanti, J., Langer, R., Three-Dimensional Fibrous Scaffold containing Attached Cells for Producing Vascularized Tissue *in vivo*.

98.     US Patent 5,783,567, Hedley, M., Curley, J., Langer, R., Microparticles for delivery of nucleic acid.

99.     US Patent 5,797,898, Santini, J., Michigan, J., Cima, M., Langer, R., Microchip Drug Delivery Devices.

100.    US Patent 5,804,178, Vacanti, J., Langer, R., Johnson, L., Implantation of Cell-Matrix Structure Adjacent Mesentery, Omentum or Peritoneum Tissue.

101.    US Patent 5,814,599: Mitragotri, S., Blankschtein, D., Langer, R., Transdermal Delivery of Encapsulated Drugs.

102.    US Patent 5,817,328: Gresser, J., Wise, D., Klibanov, A., Langer, R., Material for Buffered Resorbable Internal Fixation Devices and Method for Making Same.

103.    US Patent 5,830,726: Sasisekharan, R., Moremen, K., Cooney, C., Zimmerman, J., Langer, R., Vickers, R., Method for obtaining a modified heparinase gene.

104.    US Patent 5,837,680: Moses, M., Langer, R., Weidershain, D., Wu, I., Sytkowski, A., Pharmaceutical compositions comprising troponin subunits, fragments and analogs thereof and methods of their use to inhibit angiogenesis.

105.    US Patent 5,837,752: Shastri, V., Tarcha, P., Langer, R. Semi-interpenetrating polymer networks.

106.    US Patent 5,843,741: Wong, J., Ingber, D., Langer, R. Method for altering the differentiation of anchorage dependent cells on an electrically conducting polymer.

107.    US Patent 5,846,565: Brem, H., Langer, R., Domb, A., Controlled Local Delivery of Chemotherapeutic Agents for Treating Solid Tumors.

108.    US Patent 5,855,913: Hanes, J., Edwards, D., Evora, C., Langer, R., Particles Incorporating Surfactants for Pulmonary Drug Delivery.

109.    US Patent 5,874,064: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Jebria, A., Langer, R. Aerodynamically light particles for pulmonary drug delivery.

110.    US Patent 5,902,599: Anseth, K., Langer, R. and Shastri, V., Biodegradable Polymer Networks for Use in Orthopedic and Dental Applications.

111.    US Patent 5,911,223: Weaver, J., Zewert, T., Pliquett, U., Vanbever, R., Prausnitz, M., Chen, T., Cullander, C., Guy, R., Langer, R., Introduction of Modifying Agents into Skin by Electroporation.

112.    US Patent: 5,912,017: Mathiowitz, E., Langer, R. Multiwall Polymeric Microspheres.

113.    US Patent 5,922,340: Berde, C., Curley, J., Langer, R., High Load Formulations and Methods for Providing Prolonged Local Anesthesia.

114.    US Patent 5,947,921: Johnson, M., Mitragotri, S., Blankschtein, D., Langer, R. Chemical and physical enhancers and ultrasound for transdermal drug delivery.

115.    US Patent 5,985,309: Edwards, D., Langer, R. Preparation of particles for inhalation.

116.    US Patent 5,985,320: Edwards, D., Deaver, D., Langer, R. Materials and methods for enhancing cellular internalization.

117.    US Patent 6,002,961: Mitragotri, S., Blankstein, D., Langer, R. Transdermal Protein Delivery Using Low Frequency sonophoresis.

118.    US Patent 6,004,534: Chen, H., Langer, R. Targeted polymerized liposomes for improved drug delivery.

119.    US Patent 6,007,845: Domb, A., Gref, R., Minamitake, Y., Peracchia, M., Bernstein, H., Langer, R., Nanoparticles and Microparticles of Non-Linear Hydrophilic-Hydrophobic Multiblock Copolymers.

120.    US Patent 6,018,678: Mitragotri, S., Blankstein, D., Langer, R., Transdermal protein delivery or measurement using low-frequency sonophoresis.

121.    US Patent 6,025,331: Moses, M., Langer, R., Weidershain, D., Wu, I., Sytkowski, A., Pharmaceutical Compositions Comprising Troponin Subunits, Fragments and Analogs Thereof and Methods of their Use to Inhibit Angiogenesis.

122.    US Patent 6,041,253: Kost, J., Pliquett, U., Mitragotri, S., Langer, R., Effect of Electric Field and Ultrasound for Transdermal Drug Delivery

123.    US Patent 6,046,187: Berde, C., Curley, J., Langer, R., Formulations and Methods for Providing Prolonged Local Anesthesia.

124.    US Patent 6,060,082: Chen, H., Langer, R. Polymerized liposomes targeted to M cells and useful for oral or mucosal drug delivery.

125. US Patent 6,095,148: Shastri, V., Schmidt, C., Langer, R., Vacanti, J., Neuronal stimulation using electrically conducting polymers.

126. US Patent 6,099,730: Ameer, G., Langer, R., Rupnick, M., Ploegh, H., Grovender, E., Apparatus for treating whole blood comprising concentric cylinders defining an annulus therebetween.

127. US Patent 6,123,727: Vacanti, C., Cao, Y., Langer, R., Vacanti, J., Paige, K., Upton, J., Tissue engineered tendons and ligaments.

128. US Patent 6,123,861: Santini, J., Langer, R., Cima, M., Fabrication of microchip drug delivery devices.

129. US Patent 6,136,295: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer R., Aerodynamically light particles for pulmonary drug delivery.

130. US Patent 6,149,864: Dillow, A., Langer, R., Foster, N., Hrkach, J., Supercritical Fluid Sterilization Method.

131. US Patent 6,160,084: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H. Biodegradable Shape Memory Polymers.

132. US Patent 6,174,952: Hekal, I, Langer, R., Klibanov, A., Mathiowitz, E., Monolithic composition having a water absorption material.

133. US Patent RE37,053: Hanes, J., Edwards, D., Evora, C., Langer, R. Particles incorporating surfactants for pulmonary drug delivery.

134. US Patent 6,190,315: Kost, J., Mitragotri, S., Langer, R., Sonophoretic enhanced transdermal transport.

135. US Patent 6,190,893: Shastri, V., Rahman, N., Martin, I., Langer, R., Electroactive materials for stimulation of biological activity of bone marrow stromal cells.

136. US Patent 6,197,229: Ando, S., Putnam, D., Langer, R., Method for supercoiled DNA content microspheres.

137. US Patent 6,214,387 Berde, C., Langer, R., Hu, D., Biodegradable polymer matrices for sustained delivery of local anesthetic agents.

138. US Patent 6,217,863: Godavarti, R., Sasisekharan, R., Ernst, S., Venkataraman, G., Cooney, C., Langer, R., Rationally designed polysaccharide lyases from heparinase I.

139. US Patent 6,224,893: Langer, R., Elisseeff, J., Anseth, K., Sims, D., Semi-interpenetrating or interpenetrating polymer networks for drug delivery and tissue engineering.

140. US Patent 6,238,702: Berde, C., Langer, R., Curley, J., Castillo, J., High load formulations and methods for providing.

141. US Patent 6,241,771: Gresser, J., Trantolo, D., Langer, R., Lewandrowski, K., Klibanov, A., Wise, D., Resorbable interbody spinal fusion devices.

142. US Patent 6,254,854: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles for deep lung delivery.

143. US Patent 6,254,890: Hirosue, S., Mueller, B., Langer, R., Mulligan, R., Sub-100nm biodegradable polymer spheres capable of transporting and releasing nucleic acids.

144. US Patent 6,262,183: Domb, A., Langer, R., Cravalho, E., Golomb, G., Mathiowitz, E., Laurencin, C., Hydroxamic acid polymers formed from primary amide polymers.

145. US Patent 6,281,015: Mooney, D., Langer, R., Vacanti, J., Localized Delivery of Factors Enhancing Survival of Transplanted Cells.

146. US Patent RE37,410: Brem, H., Langer, R., Domb, A., Controlled Local Delivery of Chemotherapeutic Agents for Treating Solid Tumors.

147. US Patent: 6,306,819: Rupnick, M., Langer, R., Folkman, J., Method for regulating size of vascularized normal tissue.

148. US Patent 6,309,635: Ingber, D., Langer, R., Vacanti, J., Seeding parenchymal cells into compression resistant porous scaffold after vascularizing *in vivo*.

149. US Patent 6,326,020: Kohane, D., Berde, C., Strichartz, G., Langer, R., Local anesthetic formulations.

150. US Patent 6,355,224: Shastri, V., Langer, R., Conductive Polymer Contrast Agent Compositions and Uses therefore.

151. US Patent 6,387,397: Chen, H., Langer, R. Polymerized liposomes targeted to M cells and useful for oral or mucosal drug delivery.

152. US Patent 6,388,043: Langer, R., Lendlein, A. Shape memory polymers.

153. US Patent 6,399,102: Edwards, D., Coponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R. Aerodynamically light particles for pulmonary drug delivery.

154. US Patent: 6,403,558: Moses, M., Langer, R., Wiederschain, D., Wu, I., Sytkowski, A., Pharmaceutical Compositions Comprising Troponin Subunits, Fragments and Analogs Thereof and Methods of their use to inhibit Angiogenesis.

155. US Patent 6,419,945:Gresser, J., Trantolo, D., Langer, R., Klibanov, A., Wise, D., Buffered resorbable internal fixation devices and methods for making material therefore.

156. US Patent 6,426,339: Berde, C., Langer, R., Curley, J., Castillo, J., Formulations and methods for providing prolonged local anesthesia.

157. US Patent 6,436,443: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles compromising excipients for deep lung delivery.

158. US Patent 6,447,752: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Amorphous porous particles for deep lung delivery.

159. US Patent 6,447,753: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles for deep lung delivery.

160. US Patent 6,471,993: Shastri, V.P., Martin, I., Langer, R., Seidel, J., Three-dimensional polymer matrices.

161. US Patent 6,491,666: Santini, J., Hutchinson, C., Uhland, S., Cima, M., Langer, R., Ausiello, D., Microfabricated Devices for the Delivery of Molecules into a Carrier Fluid.

162. US Patent 6,503,480: Edwards; D., Caponetti; G., Hrkach; J., Lotan, N., Hanes, J., Ben-Jebria; A., Langer, R., Aerodynamically light particles for pulmonary drug delivery

163. US Patent 6,537,256: Edwards; Santini, J., Hutchinson, C., Uhland, S., Cima, M., Langer, R., Ausiello, D., Microfabricated Devices for the Delivery of Molecules into a Carrier Fluid.

164. US Patent 6,537,567: Niklason, L., Gao, J., Langer, R., Tissue-engineered tubular construct having circumferentially oriented smooth muscle cells.

165. US Patent 6,547,447: Lake, H., Moore, W., Langer, R., Cipera, W. and Moidu, A., Optical aligning by eccentric laser welding.

166. US Patent 6,548,002: Gresser, J., Trantolo, D., Langer, R., Lewandrowski, K., Klibanov, A., Wise, D., Method of making a biodegradable interbody spinal fusion devices.

167. US Patent 6,551,838: Santini, J., Sheppard, N., Young, C. C., Langer, R., Microfabricated Devices for the Storage and Selective Exposure of Chemicals and Devices.

168. US Patent 6,569,654: Shastri; V.P., Martin; I., Langer, R., Rahman, N., Electroactive materials for stimulation of biological activity of stem cells.

169. US Patent 6,582,717: Shastri, V., Yue, I., Sinisterra, R., Langer, R., Drug Delivery Composition and Device.

170. US Patent 6,582,960: Martin, I., Freed, L., Langer, R., Vunjak-Novakovic, G., Use of fibroblast growth factor 2 for expansion of chondrocytes and tissue engineering.

171. US Patent 6,607,304: Lake, H., Moore, W., Langer, R., Cipera, W. and Moidu, M., Magnetic clamp for holding ferromagnetic elements during connection thereof.

172. US Patent 6,635,283: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Jebria, A., Langer, R. Aerodynamically light particles for pulmonary drug delivery.

173. US Patent 6,652,837: Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Chen, D., Preparation of novel particles for inhalation.

174. US Patent 6,653,283: Moses, M., Langer, R., Weidershain, D., Wu, I., Sytkowksi, A., Pharmaceutical compositions comprising troponin subunits, fragments and analogs thereof and methods of their use to inhibit angiogenesis.

175. US Patent 6,689,608: Langer, R., Mikos, A., Ingber, D., Vacanti, J., Porous biodegradable polymeric materials for cell transplantation.

176. US Patent 6,692,911: Pack, D., Putnam, D., Langer, R., Cell delivery compositions.

177. US Patent 6,699,470: Ameer, G. and Langer, R., Mesh-gel constructs for cell delivery containing enzymes and/or enzyme inhibitors to control gel degradation.

178. US Patent 6,699,505: Shastri, V., Yue, I., Hildgen, P., Sinisterra, R., Langer, R., Method of increasing the efficacy of antibiotics by compexing with cyclodextrin.

179. US Patent 6,720,402: Langer, R. and Lendlein, A., Shape memory polymers.

180. US Patent 6,740,310: Edwards; D.A, Caponetti, G., Hrkach; J.S., Lotan, N., Hanes, J., Langer, R. and Ben-Jebria, A., Porous particles comprising excipients for deep lung delivery.

181. US Patent 6,800,296: Langer, R., Cannizzaro, S., Mueller, B., Shakesheff, K., Modification of surfaces using biological recognition events.

182. US Patent 6,808,522: Richards, A., Santini, J., Cima, M., Langer, R., Microchip devices for delivery of molecules and methods of fabrication thereof.

183. US Patent 6,840,962: Vacanti, C., Cao, Y., Langer, R., Vacanti, J., Paige, K., Upton, J., Tissue engineered tendons and ligaments.

184. U.S. Patent 6,849,272: Langer, R., Putnam, D., Endosomolytic agents and cell delivery systems.

185. US Patent 6,849,463: Santini, Jr., J., Sheppard, Jr., N., Young, C., Langer, R., Microfabricated devices for the storage and selective exposure of chemicals and devices.

186. US Patent 6,855,329: Shakesheff, K., Patel, N., Cannizzaro, S., Langer, R., Surface coating spatially controlled patterns.

187. US Patent 6,942,868: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically light particles for pulmonary drug delivery.

188. US Patent 6,976,982: Santini, Jr., J., Cima, M., Langer, R., Ausiello, D., Sheppard, Jr., N., Herman, S., Flexible microchip devices for ophthalmic and other applications.

189. US Patent 6,977,087: Edwards, D. Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically light particles for pulmonary drug delivery.

190. US Patent 6,977,138: Lahann, J., Langer, R., Jensen, K., Reactive polymer coatings.

191. U.S. Patent 6,977,223: George, P., Langer, R., LaVan, D., Three dimensional microfabrication.

192. US Patent 6,998,115: Langer, R., Lynn, D., Putnam, D., Amiji, M., Biodegradable poly(beta-amino esters) and uses thereof.

193. US Patent 7,020,355: Lahann, J., Mitragotri, S., Langer, R., Switchable Surfaces.

194. US Patent 7,052,678: Vanbever, R., Langer, R., Edwards, D., Mintzes, J., Wang, J., Chen, D., Particles for inhalation having sustained release properties.

195. US Patent 7,070,590: Santini, Jr., J., Cima, M., Langer, R., Microchip drug delivery devices.

196. US Patent 7,070,592: Santini, Jr., John T., Cima, Michael J., Langer, Robert S., Medical device with array of electrode-containing reservoirs.

197. US Patent 7,077,866: Gresser, J., Trantolo, D., Langer, R., Lewandrowski, K., Klibanov, A., Wise, D., Resorbable interbody spinal fusion devices.

198. US Patent 7,097,855: Ameer, G., Crumpler, E., Langer, R., Transdermal thermal polymerization.

199. US Patent 7,112,361: Lynn, D., Vasquez, E., Langer, R., Hammond, P., Methods of Making Decomposable Thin Films of Polyelectrolytes and Uses Thereof.

200. US Patent 7,226,442: Sheppard, Jr., N., Sanlini, Jr., J., Herman, S., Cima, M., Langer, R., Ausiello, D., Microchip reservoir devices using wireless transmission of power and data.

201. US Patent 7,252,982: Madry, H., Vunjak-Novakovic, G., Trippel, S., Freed, L., Langer, R., Tissue Engineering Enhanced by the Transfer of a Growth Factor Gene.

202. US Patent 7,291,693: Shastri, V., Zelikin, A, Lynn, D., Langer, R. and Martin, I., Bioerodible conducting materials.

203. US Patent, 7,354,597: Johnson, A., Cima, M. and Langer, R., Microscale lyophhilization and drying methods for the stabilization of molecules.

204. US Patent 7,377,939: Williams, M., Langer, R. and Wang, Y., Highly convertible endolumenal prostheses and methods of manufacture.

205. US Patent 7,410,616: Santini, J., Sheppard, N., Young, C. and Langer, R., Device for the controlled exposure of reservoir based sensors.

206. U.S. Patent 7,427,394: Anderson, D., Lynn, D., Akinc, A., and Langer, R., Biodegradable poly (β amino esters) and uses thereof.

207. US Patent 7,435,408: Edwards, D., Caponetti, G., Hrkach, J. Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles comprising excipients for deep lung delivery.

208. US Patent, 7,452,785: Kononchuk, O., Letertre, F. and Langer, R., Method of fabrication of highly heat dissipative substrates.

209. US Patent 7,462,471: Mikos, A., Ingber, D., Vacanti, J., Langer, R., Porous biodegradable polymeric materials for cell transplantation.

210. US Patent 7,550,441: Farokhzad, O., Jon, S. and Langer, R., Controlled release polymer nanoparticle containing bound nucleic acid ligand for targeting.

211.   US Patent 7,614,135:  Santini, J., Sheppard, N., Langer, R., Young, C., Method for making reservoir-based sensor device.

212.   US Patent 7,625,580:  Langer, R., Elisseeff, J., Anseth, K. and Sims, D., Semi-interpenetrating or interpenetrating polymer networks for drug delivery and tissue engineering.

213.   US Patent 7,628,977:  Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Cheng, D., Particles for inhalation having sustained release properties.

214.   US Patent 7,648,677:  Santini, J., Sheppard, N., Langer, R. and Chang, C., Method for operating a reservoir based sensor device.

215.   US Patent 7,648,739:  Lahann, J., Mitragotri, S., and Langer, R., Switchable surfaces.

216.   US Patent 7,648,823: Hillis, D., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

217.   US Patent 7,699,834: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L. and Wood, V., Method and system for control of osmotic pump device.

218.   US Patent 7,709,244: Callahan, H., Hillis, W. Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

219.   US Patent 7,709,245: Callahan, H., Hillis, W. Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

220.   US Patent 7,713,728:  Hillis, D., Hyde, r., Jung, E., Langer, R., Myhrvold, N. and Wood, L, Systems for genome selections.

221.   US Patent 7,718,418: Hillis, D., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

222.   US Patent 7,722,894:  Wang, Y., Ameer, G. and Langer, R., Biodegradable polymer.

223.   US Patent RE41,328: Sasisekharan, R., Cooney, C., Langer, R., Lohse, D., Linhardt, R., Purification of Heparinase I, II and III from Flavobacterium heparinum.

224.   US Patent 7,727,969: Farokhzad, O., Jon, S., and Langer, R., Controlled release nanoparticles having bound oligonucleotide for targeted delivery.

225.   US Patent RE41,461: Lohse, D., Linhardt, R., Sasisekharan, R., Cooney, C., Langer, R., Purification, composition, and specificity of Heparinase I, II, and III from Flavobacterium heparinum.

226.   US Patent 7,769,603: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Stent customization system and method.

227.   US Patent 7,776,024:  Santini, J., Cima, M., Langer, R., Ausiello, D. and Sheppard, N., Method of actuating implanted medical device.

228.   US Patent 7,817,030: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote controller for *in situ* reaction device.

229.   US Patent 7,819,858:  Goodall, E., Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L. and Wood, V., Reomote controlled *in vivo* reaction method.

230.   US Patent 7,829,112:  Ron, E., Langer, R. Crowley, W., Methods and devices for the sustained release of multiple drugs.

231.   US Patent 7,833,545:  Ron, E., Langer, R. Crowley, W., Methods and devices for the sustained release of multiple drugs.

232.   US Patent 7,838,024:  Ron, E., Langer, R. Crowley, W., Methods and devices for the sustained release of multiple drugs.

233.   US Patent RE41,996: Deaver, D., Edwards, D., Langer, R., Composition and methods for enhancing receptor-mediated cellular internalization.

234.   US Patent RE42,012: Deaver, D., Edwards, D., Langer, R., Compositions and methods for enhancing receptor-mediated cellular internalization.

235.   US Patent RE42,072:  Deaver, D., Edwards, D. and Langer, R., Compositions and methods for enhancing receptor-mediated cellular internalization.

236.   US Patent 7,855,062: Harlow, E., Jung, E., Langer, R., Leuthardt, E. and Wood, L., Bone cell delivery device.

237.   US Patent 7,879,019: Santini, J., Cima, M., Langer, R., Ausiello, D., Sheppard, N., Method of opening reservoir of containment device.

238.   US Patent 7,883,718: Ron, E., Langer, R., Crowley, W., Methods and devices for the sustained release of multiple drugs.

239. US Patent 7,888,036: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

240. US Patent 7,892,221: Santini, J., Cima, M., Langer, R., Gopferich, A., Method of controlled drug delivery from implant device.

241. US Patent 7,896,868: Hood, L, Ishikawa, M., Jung, W., Langer, R., Tegreene, C., Wood, J., Lowell, L. and Wood, V., Method and system for control of osmotic pump device.

242. US Patent 7,901,397: Santini, M., Cima, M. and Langer, R., Fabrication of microchip drug delivery devices.

243. US Patent 7,914,579: Vacanti, C., Cao, Y., Langer, R., Vacanti, J., Paige, K. and Upton, J, Tissue engineered tendons and ligaments.

244. US Patent 7,918,842: Santini, M., Cima, M., and Langer, R., Medical device with controlling reservoir opening.

245. US Patent 7,932,040: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

246. US Patent 7,932,041: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

247. US Patent 7,939,311: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

248. US Patent 7,942,867: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., and Wood, V., Remotely controlled substance delivery device.

249. U.S. Patent 7,943,179: Little, S., Lynn, D., Anderson, D. and Langer, R. pH sensitive, microsphere based, vaccine delivery using poly(β-amino ester)s.

250. US Patent 7,947,455: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

251. US Patent 7,947,457: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

252. US Patent 7,985,578: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

253. US Patent 7,989,196: Callahan, H., Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N., Wood, L., Systems for genome selection.

254. US Patent 8,003,371: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

255. US Patent 8,012,740: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N. and Wood, L., Systems for genome selection.

256. US Patent 8,038,659: Whitmer, C., Rivet, D., Boyden, E., Leuthardt, E., Kare, J., Wood, L., Smith, M., Ishikawa, M., Langer, R., Hyde, R., Wood, V., Disintegrating digestive tract interaction system.

257. US Patent 8,053,220: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Choroid Plexus Device.

258. US Patent 8,071,082: Zugates, G., Zumbuehl, A., Langer, R. and Anderson, D., End-modified poly (beta-amino esters) and uses thereof.

259. US Patent 8,083,710: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Acoustically controlled substance delivery device.

260. US Patent 8,109,920: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods.

261. US Patent 8,109,923: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic Pump with Remotely Controlled Osmotic Flow Rate.

262. US Patent 8,110,213: Mikos, A., Langer, R., Vacanti, J., Griffith, L. and Sarakinos, G., Method of forming a tissue structure by introducing cells into an implanted matrix.

263. US Patent 8,114,065: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote control of substance delivery system.

264. US Patent 8,114,647: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Blood brain barrier device.

265. US Patent 8,143,042: Zumbuehl, A., Karp, J., Bettinger, C. and Langer, R., Biodegradable elastomers.

266. US Patent 8,143,368: Domb, A., Langer, R., Disposable medical supplies from hydrolytically biodegradable plastics.

267.   US Patent 8,167,871: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject.

268.   US Patent 8,172,826: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject.

269.   US Patent 8,172,833: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote control of substance delivery system.

270.   US Patent 8,192,385: Jung, E., Sweeney, E., Leuthardt, E., Wood, L., Ishikawa, M., Myhrvold, N., Langer, R. and Hyde, R., Device, system and method for controllably reducing inflammatory mediators in a subject.

271.   US Patent 8,192,390: Hood, L, Ishikawa, M., Jung, W., Langer, R., Tegreene, C., Wood, J., Lowell, L. and Wood, V., Method and system for control of osmotic pump device.

272.   US Patent 8,193,334: Radovic-Moreno, A., Zhang, L., Langer, R., Farokhzad, O., Polymer encapsulated reverse micelles.

273.   US Patent 8,198,080: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone delivery device.

274.   US Patent 8,198,628: Langer, R., Lahreche, H., Doped substance to be heated.

275.   US Patent 8,206,330: Jung, E., Sweeney, E., Leuthardt, E., Wood, L., Ishikawa, M., Myhrvold, N., Langer, R. and Hyde, R., Device, system and method for controllably reducing inflammatory mediators in a subject.

276.   US Patent RE43,612: Anderson, D., Lynn, D., Akinc, A., Langer, R., Biodegradable poly(beta-amino esters) and uses thereof.

277.   US Patent 8,246,565: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for passively removing a target component from blood or lymph of a vertebrate subject.

278.   US Patent 8,252,570: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone delivery device.

279.   US Patent 8,273,071: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controller for Substance Delivery System.

280.   US Patent 8,273,075: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic Pump with Remotely Controlled Osmotic Flow Rate.

281.   US Patent 8,277,812: Iannacone, M., Alexis, R., Basto, P., Moseman, E., Shi, J., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Immunonanotherapeutics that provide IgG humoral response without T-cell antigen.

282.   US Patent 8,278,094: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone semi-permeable device.

283.   US Patent 8,287,849: Langer, R., Lynn D., Putnam, D., Amiji, M., Anderson, D., Biodegradable poly(beta-amino esters) and uses thereof.

284.   US Patent 8,303,573: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. Wood, V., Medical or veterinary digestive tract utilization systems and methods.

285.   US Patent 8,303,625: Lendlein, A., Langer, R., Biodegradable Shape Memory Polymeric Sutures.

286.   US Patent 8,304,220: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone semi-permeable device.

287.   US Patent 8,308,672: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for passively removing a target component from blood or lymph of a vertebrate subject.

288.   US Patent 8,308,707: Santini, J, Cima, M., Langer, R., Ausiello, D., Sheppard, N., Herman, S., Method and systems for delivery to the eye.

289.   US Patent 8,317,737: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target component from blood or lymph of a vertebrate subject.

290.   US Patent 8,323,698: Gu, F., Farokhzad, O., Langer, R., Teply, B., Polymers for functional particles.

291.   US Patent 8,333,754: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods.

292.   US Patent 8,343,497:  Shi, J., Alexis, F., Iannacone, M., Moseman, E., Basto, P., Langer, R., Farokhzad, O., von Andrian, U. and Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics.

293.   US Patent 8,343,498: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, E., von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjuvant incorporation in immunonanotherapeutics.

294.   US Patent 8,349,261: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Acoustically controlled reaction device.

295.   US Patent 8,354,258: Jung, E., Langer, R., Leuthardt, E., Diatom device.

296.   US Patent 8,367,003: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Acoustically controlled reaction device.

297.   US Patent 8,367,113: Gu, F., Teply, B., Langer, R., Farokhzad, O., Polymers for functional particles.

298.   US Patent 8,367,384: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone semi-permeable device.

299.   US Patent 8,367,410: Radisic, M., Park, H., Langer, R., Freed, L., Vunjak-Novakovic, G., Application of Electrical Stimulation for Functional Tissue Engineering in vitro and in vivo.

300.   US Patent 8,372,325: Williams, M., Langer, R. and Wang, Y., Highly convertible endolumenal prostheses and methods of manufacture.

301.   US Patent 8,377,463: Langer, R., Saigal, R., Teng, Y., Methods and compositions for the treatment of open and closed wound spinal cord injuries.

302.   US Patent 8,394,410: Domb, A., Langer, R., Soft polylactides.

303.   US Patent 8,403,907: Sheppard, N., Santini, J., Cima, M., Langer, R., Ausiello, D., Method for wirelessly monitoring implanted medical device.

304.   US Patent 8,427,014: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., System including wearable power receiver and wearable power-output device.

305.   US Patent 8,430,831: Jung, E., Sweeney, E., Leuthardt, E., Wood, L., Ishikawa, M., Myhrvold, N., Langer, R. and Hyde, R., Device, system and method for controllably reducing inflammatory mediators in a subject.

306.   US Patent 8,430,922: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Stent customization system and method.

307.   US Patent 8,442,611: Santini, J., Sheppard, N., Young, C., Langer, R., Medical device with reservoir-based sensors.

308.   US Patent 8,450,298: Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., Anderson, D., Aminoalcohol lipidoids and uses thereof.

309.   US Patent 8,454,547: Jung, E., Sweeney, E., Leuthardt, E., Wood, L., Ishikawa, M., Myhrvold, N., Langer, R. and Hyde, R., Device, system and method for controllably reducing inflammatory mediators in a subject.

310.   US Patent 8,475,517: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Stent customization system and method.

311.   US Patent 8,481,068: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone cell delivery device.

312.   US Patent 8,492,143: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone delivery device.

313.   US Patent 8,521,440: Hillis, W., Hyde, R., Jung, E., Langer, R., Myhrvold, N., Wood, L., Systems for genome selection.

314.   US Patent 8,529,551: Hood, L., Ishikawa, M., Jung, E., Tegreene, C., Wood, L., Wood, V., Acoustically controlled substance delivery device.

315.   US Patent 8,550,344: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord. R. Malamud, M., Rinaldo, J., Tegreene, C., and Wood, L., Specialty stents with flow control features or the like.

316.   US Patent 8,551,155: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Stent customization system and method.

317.   US Patent 8,551,749: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Sweeney, E., Wood, L., Device including bone cage and method for treatment of disease in a subject.

318.   US Patent 8,551,750: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Sweeney, E., Wood, L., Device including bone cage and method for treatment of disease in a subject.

319.   US Patent 8,557,231: Langer, R., Lynn, D., Putnam, D., Amiki, M., Anderson, D., Biodegradable Poly(beta-amino esters) and Uses Thereof.

320.   US Patent 8,562,966: Zugates, G., Zumbuehl, A., Langer, R., Anderson, D., End-modified poly(beta-amino esters) and uses thereof.

321.   US Patent 8,562,998: Shi, J., Alexis, F., Iannacone, M., Moseman, E., Basto, P., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics.

322.   US Patent 8,568,388: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote controlled in situ reaction device.

323. US Patent 8,577,693: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Specialty stents with flow control features or the like.

324. US Patent 8,580,253 B2: Rubin-Bejerano, I., Fink, G., Abeijon, C., Kohane, D., Fuller, J. and Langer, R., Immunomodulating compositions and methods of use.

325. US Patent 8,585,684: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Reaction device controlled by magnetic control signal.

326. US Patent 8,591,905: Iannacone, M., Von Andrian, U., Farokhzad, O., Alexis, F., Basto, P., Shi, J., Moseman, A., Langer, R., Tonti, E., Nicotine immunonanotherapeutics.

327. US Patent 8,617,141: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote controlled *in situ* reaction device.

328. US Patent 8,637,028: Alexis, F., Iannacone, M., Shi, J., Basto, P., Mossman, E., von Andrian, U., Langer, R., Farokhzad, O. and Tonti, E.., Adjuvant incorporation in immunonanotherapeutics of preparation and uses thereof.

329. US Patent 8,642,333: Ferreira, L., Kohane, D. and Langer, R., Particulate delivery vehicles for embryoid bodies.

330. US Patent 8,685,434: Langer, R., Saigal, R. and Teng, Y., Methods and compositions for the treatment of open and closed wound spinal cord injuries.

331. US Patent 8,691,203: Bettinger, C., Bruggeman, J., Ferreira, L., Karp, J., Langer, R., Nijst, C., Zumbuehl, A., Burdick, J. and Kim, S., Method comprising contacting tissue with a cross-linkable polyester prepolymer.

332. US Patent 8,691,545: Harlow, E., Jung, E., Langer, R., Leuthardt, E. and Wood, Lowell, Bone semi-permeable device.

333. US Patent 8,721,618: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E. and Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject.

334. US Patent 8,808,681: Anderson, D., Burdick, J., Langer, R., Crosslinked, Degradable Polymers and Uses Thereof.

335. US Patent 8,858,966: Langer, R., Saigal, R. and Teng, Y., Methods and compositions for the treatment of open and closed wound spinal cord injuries.

336. US Patent 8,912,304: Bruggeman, J., Nijst, C., Kohane, D., Langer, R., Polyol-based polymers.

337. US Patent 8,932,595: Alexis, F., Basto, P., Farokhzad, O., Iannacone, M., Langer, R., Moseman, E., Shi, J., Tonti, E and von Andrian, U, Nicotine immunonanotherapeutics.

338. US Patent 8,936,590: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Acoustically controlled reaction device.

339. US Patent 8,968,274: Hood, L., Ishikawa, M., Jung, E., Tegreene, C., Wood, L., Wood, V., Acoustically controlled substance delivery device.

**AUSTRALIAN PATENTS**

340. Australian Patent 555,290: Folkman, M., Langer, R., Taylor, S., Inhibition of angiogenesis.

341. Australian Patent 635,025: Vacanti, J., Langer, R., Neomorphogenesis of Cartilage *In vivo* from Cell culture.

342. Australian Patent 636,346: Johnson, L., Langer, R., Vacanti, J., Method of Implanting Large Cell Volume on a Polymeric Matrix.

343. Australian Patent 644,196: Langer, R., Lees, R., Labeque, R., Mullon, C., Lipoprotein Removal by Soluble Enzymes.

344. Australian Patent 645,620: Zohar, Y., Langer, R., Ultrasound-Mediated Administration of Compounds Into Aquatic Animals.

345. Australian Patent 652,744: Langer, R., Murray, J., Moses, M., Collagenase Inhibitors.

346. Australian Patent 659,482: Rosenberg, R., Simons, M., DeKeyser, J-l, Edelman, E., Langer, R., Localized Oligonucleotide Therapy.

347. Australian Patent 683,022: Langer, R., Berde, C., Biodegradable polymer matrices for sustained delivery of local anesthetic agents.

348. Australian Patent 705,737: Berde, C., Langer, R., Prolonged nerve blockage by the combination of local anesthetics and glucocorticoids.

349. Australian Patent 707,262: Moses, M., Langer, R., Sytkowski, A., Wu, I., Wiederschain, D., Troponin subunits and fragments useful as angiogenesis inhibitors.

350. Australian Patent 717,861: Vacanti, J., Langer, R., Mooney, D., Atala, A., Breast tissue engineering.

351. Australian Patent 720,275: Shastri, V.P., Schmidt, C., Langer, R., Vacanti, J., Neuronal stimulation using electrically conducting polymers.

352. Australian Patent 724,294: Hedley, M., Lunsford, L., Langer, R., Curley, J., Microparticles for delivery of nucleic acid.
353. Australian Patent 725,269: Mitragotri, S., Pliquett, U., Johnson, M., Blankschtein, D., Kost, J., Langer, R., Weaver, J., Pishko, M., Enhanced transdermal transport using ultrasound.
354. Australian Patent 726,890: Langer, R., Sims, D., Anseth, K., Elisseeff, J., Semi-interpenetrating or interpenetrating polymer networks for drug delivery and tissue engineering.
355. Australian Patent 740,999: Mitragotri, S., Kost, J., Langer, R., Sonophoretic enhanced transdermal transport.
356. Australian Patent 751,861: Lendlien, A., Schmidt, A., Grablowitz, H., Langer, R., Biodegradable shape memory, polymers.
357. Australian Patent 758,800: Lendlein, A., Langer, R., Shape memory polymers.
358. Australian Patent 770,395: Santini, J., Hutchinson, C., Ausiello, D., Cima, M., Langer, R., Uhland, S., Microfabricated devices forteh delivery of molecules into the carrier fluid.
359. Australian Patent 775,665: Galakatos, N., Putnam, D., Langer, R., Formulation arrays and use thereof.
360. Australian Patent 782,639: Richards, A., Langer, R., Cima, M., Santini, J., Microchip devices for delivery of molecules and methods of fabrication thereof.
361. Australian Patent 2001252890: Young, C., Langer, R., Sheppard, N., Santini, J., Microfabricated devices for the storage and selective exposure of chemicals and devices.
362. Australian Patent 2002241834: Ausiello, D., Santini, J., Herman, S., Sheppard, N., Langer, R., Cima, M., Flexible microchip devices for ophthalmic and other applications.
363. Australian Patent 2002345691: Stevens, M., Shastri, V., Langer, R., In vivo bioreactors.
364. Australian Patent 2003204827: Lendlein, A. and Langer, R., Shape Memory Polymers.
365. Australian Patent 2004202073: Hutchinson, C., Ausiello, D., Uhland, S., Cima, M., Langer, R., Santini, J., Microfabricated devices for the delivery of molecules into a carrier fluid.
366. Australian Patent 2004292439: Williams, M., Wang, Y., Langer, R., High convertible endolumenal prostheses and methods of manufacture.
367. Australian Patent 2004233997: Ron, E., Crowley, W., Langer, R., Methods and devices for the sustained release of multiple drugs.
368. Australian Patent 2005204238: Young, C., Langer, R., Sheppard, N., Santini, J., Microfabricated devices for the storage and selective exposure of chemicals and devices.
369. Australian Patent 2005234663: Richards, A., Langer, R., Cima, M., Santini, J., Microchip devices for delivery o moleculse and methods of fabrication thereof.
370. Australian Patent 2006259415: Zumbuehl, A., Anderson, D., Langer, R., Goldberg, M., Leshchiner, E., Amine-containing lipids and uses thereof.
371. Australian Patent 2007244813: Saigal, R., Teng, Y., Langer, R., Methods and compositions for the treatment of open and closed would spinal cord injuries.
372. Australian Patent 2008293779: Kohnae, D., Yeo, Y., Given, P., Langer, R., Delivery and controlled release of encapsulated lipophilic nutrients.
373. Australian Patent 2008314647: Moseman, E., Alexis, F., Zhang, L., Iannacone, M., Von Andrian, U., Basto, P., Langer, R., Junt, T., Farokhzad, O., Vaccine nanotechnology.
374. Australian Patent 2009303334: Iannacone, M., Von Andrian, U., Farokhzad, O., Alexis, F., Basto, P., Shi, J., Moseman, A., Langer, R., Tonti, E., Nicotine immunonanotherapeutics.
375. Australian Patent 2009303338: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, A., Von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjuvant incorporation in immunonanotherapeutics.
376. Australian Patent 2009303344: Shi, J., Alexis, F., Iannacone, M., Moseman, A., Basto, P., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics.
377. Australian Patent 2012201099: Kohnae, D., Yeo, Y., Given, P., Langer, R., Delivery and controlled release of encapsulated lipophilic nutrients.

**BRAZILIAN PATENTS**
378. Brazilian Patent PI0407682: Lendlein, A., Langer, R., Self-Expanding Device for the Gastrointestinal or Urogenital Area.
379. Brazilian Patent PI9907968: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H.,
380. Brazilian Patent PI9908339: Lendlein, A. and Langer, R., Shape memory polymers.

## CANADIAN PATENTS

381.  Canadian Patent 1,226,816: Folkman, MJ., Taylor, S., Langer, R., Inhibition of Angiogenesis.

382.  Canadian Patent 1,274,179: D'Amore, P., Leong, K., Langer, R., Bioerodible Articles Useful as Implants and Prostheses Having Predictable Degradation Rates.

383.  Canadian Patent 1,274,339: Domb, A., Langer, R., Synthesis and Application of High Molecular Weight Polyanhydrides

384.  Canadian Patent 1,278,141: Domb, A., Langer, R., Preparation of Anhydride Copolymers.

385.  Canadian Patent 1,288,673: Hannan, R., Thompson, R., Langer, R., Folkman, J., Heparin Assay.

386.  Canadian Patent 1,291,064: Langer, R., Kost, J., Ultrasonically Modulated Polymeric Devices for Delivering Drug Compositions.

387.  Canadian Patent 1,298,550: Yang, V., Cooney, C., Bernstein, H., Langer, R., Neutralization of the Anticoagulant Activities of Low Molecular Weight Heparin.

388.  Canadian Patent 1,315,676: Comfort, A., Heft, R., Langer, R., Heparin Neutralization Using Compounds Immobilized and in Direct Contact with Whole Blood.

389.  Canadian Patent 1,323,566: Kohn, J., Langer, R., Niemi, S., Fox, J., Biodegradable Polymeric Drug Delivery System with Adjuvant Activity.

390.  Canadian Patent 1,324,051: Kost, J., Levy, D., Langer, R., Ultrasound Enhancement of Transdermal Drug Delivery.

391.  Canadian Patent 1,326,268: Weaver, J., Powell, K., Langer, R., Transport of Molecules Across Tissue Using Electroporation.

392.  Canadian Patent 1,332,996: Domb, A., Langer, R., Golomb, G., Cravalho, E., Mathiowitz, E., Laurencin, C., Hydroxamic Acid Polymers Formed from Primary Amide Polymers.

393.  Canadian Patent 1,335,858: Domb, A., Langer, R., Polyanhydrides with Improved Hydrolytic Degradation Properties.

394.  Canadian Patent 1,336,068: Mathiowitz, E., Langer, R., Multiwall Polymeric Microcapsules.

395.  Canadian Patent 1,336,814: Lees, R., Langer, R., Mullon, C., Conlon, H., Reduction of low-density lipoprotein in biological fluids.

396.  Canadian Patent 1,340,581: Vacanti, J., Langer, R., Chimeric Neomorphogenesis of Organs by Controlled Cellular Implantation Using Artificial Matrices.

397.  Canadian Patent 2,031,532: Vacanti, J., Langer, R., Johnson, L., Griffith-Cima, L., Method for Implanting Large Volumes of Cells on Polymeric Matrices.

398.  Canadian Patent 2,049,119: Mullon, C., Langer, R., Lees, R., Labeque, R., Lipoprotein Removal by Soluble Enzymes.

399.  Canadian Patent 2,051,663: Vacanti, J., Langer, R., Vacanti, C., Neomorphogenesis of Cartilage *in vivo* from Cell culture.

400.  Canadian Patent 2,056,384: Gerhardt, T., Laurencin, C., Domb, A., Langer, R., Hayes, W., Bioerodible Polymers for Drug Delivery in Bone.

401.  Canadian Patent 2,093,431: Cohen, S., Bano, C., Visscher, K., Chow, M., Allcock, H., Langer, R., Ionically Cross-Linked Polymeric Microcapsules.

402.  Canadian Patent 2,122,004: Sasisekharan, R., Moremen, K., Cooney, C., Zimmerman, J., Langer, R., Heparinase Gene from Flavobacterium Heparinum.

403.  Canadian Patent 2,127,463: Barrera D., Langer, R., Lansbury, P., Vacanti, J., Biodegradable Polymers for Cell Transplantation.

404.  Canadian Patent 2,144,407: Langer, R., Berde, C., Biodegradable Polymer Matrices for Sustained Delivery of Local Anesthetic Agents.

405.  Canadian Patent 2,167,921: Gref, R., Minamitake, Y., Langer, R., Biodegradable Particles.

406.  Canadian Patent 2,196,304: Brem, H., Langer, R., Domb, A., Controlled Local Delivery of Chemotherapeutic Agents for Treating Solid Tumors.

407.  Canadian Patent 2,203,857: Hedley, M., Curley, J., Langer, R., Microparticles for Delivery of Nucleic Acid.

408.  Canadian Patent 2,207,757: Mooney, D., Vacanti, J., Atala, J., Langer, R., Breast Tissue Engineering.

409.  Canadian Patent 2,207,286: Langer, R., Vacanti, J., Mooney, D., Localized Delivery of Factors Enhancing Survival of Transplanted Cells.

410. Canadian Patent 2,236,749: Schmidt, C., Vacanti, J., Langer, R., Shastri, V., Neuronal Stimulation Using Electrically Conducting Polymers.
411. Canadian Patent 2,246,615: Shastri, V., Langer, R., Anseth, K., Biodegradable Polymer Networks for Use in Orthopedic and Dental Applications.
412. Canadian Patent 2,247,247: Wu, I., Widerschain, D., Moses, M., Langer, R., Sytkowski, A., Troponin Subunits and Fragments Useful as Angiogenesis Inhibitors.
413. Canadian Patent 2,251,472: Wise, D., Trantolo, D., Gresser, J., Klibanov, A., Langer, R., Material for Buffered Resorbable Internal Fixation Devices and Method for Making Same.
414. Canadian Patent 2,255,564: Langer, R., Ben-Jebria, A., Hanes, J., Lotan, N., Hrkach, J., Caponetti, G., Edwards, D., Aerodynamically Light Particles for Pulmonary Drug Delivery.
415. Canadian Patent 2,258,898: Santini, J., Gopferich, A., Langer, R., Cima, M., Microchip Drug Delivery Devices.
416. Canadian Patent 2,277,801: Mintzes, J., Langer, R., Vanbever, R., Edwards, D., Wang, J., Hanes, J., Chen, D., Evora, C., Preparation of Particles for Inhalation.
417. Canadian Patent 2,290,743: Sims, D., Anseth, K., Langer, R., Elisseeff, J., Semi-Interpenetrating or Interpenetrating Polymer Networks for Drug Delivery and Tissue Engineering.
418. Canadian Patent 2,296,374: Shastri, V., Langer, R., Tarcha, P., Semi-Interpenetrating Polymer Networks.
419. Canadian Patent 2,301,022: Langer, R., Trantolo, D., Lewandrowski, K., Klibanov, A., Wise, D., Gresser, J., Resorbable Interbody Spinal Fusion Devices.
420. Canadian Patent 2,306,346: Niklason, L., Gao, J., Langer, R., Tissue-engineered construct having circumferentially oriented smooth muscle cells.
421. Canadian Patent 2,307,792: Folkman, J., Langer, R., Rupnick, M., Method for Regulating Size and Growth of Vascularized Normal Tissue.
422. Canadian Patent 2,316,190: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H., Biodegradable Shape Memory Polymers.
423. Canadian Patent 2,317,777: Mitragotri, S., Langer, R., Kost, J., Sonophoretic Enhanced Transdermal Transport.
424. Canadian Patent 2,345,773: Trantolo, D., Wise, D., Gresser, J., Langer, R., Klibanov, A., Buffered Resorbable Internal Fixation Devices and Methods for Making Material Therefore.
425. Canadian Patent 2,392,006: Langer, R., Hutchinson, C., Ausiello, D., Cima, M., Uhland, S., Santini, J., Microfabricated Devices for the Delivery of Molecules into a Carrier Fluid.
426. Canadian Patent 2,393,603: Richards, A., Santini, J., Langer, R., Cima, M., Microchip Devices for Delivery of Molecules and Methods of Fabrication Thereof.
427. Canadian Patent 2,399,842: Young, C., Sheppard, N., Langer, R., Santini, J., Microfabricated Devices for the Storage and Selective Exposure of Chemicals and Devices.
428. Canadian Patent 2,403,349: Chen, D., Hanes, J., Wang, J., Mintzes, J., Evora, C., Edwards, D., Vanbever, R., Langer, R., Preparation of Particles for Inhalation.
429. Canadian Patent 2,428,834: Anderson, D., Putnam, D., Amiji, M., Lynn, D., Langer, R., Biodegradable Poly(β-amino esters) and Uses Thereof.
430. Canadian Patent 2,432,438: Santini, J., Ausiello, D., Langer, R., Cima, M., Sheppard, N., Herman, S., Flexible Microchip Devices for Ophthalmic and Other Applications.
431. Canadian Patent 2,523,859: Crowly, W., Ron, E., Langer, R., Methods and Devices for the Sustained Release of Multiple Drugs.
432. Canadian Patent 2,648,099: Langer, R., Zale, S., Farokhzad, O., Cheng, J., Teply, B., System for targeted delivery of therapeutic agents.

**EUROPEAN PATENTS**

433. European Patent 0,058,686: AT, CH, DE, FR, GB, LI, LU, NL, SE: Langer, R., Linhardt, R., Cooney, C., Galliher, P., Process for Producing Heparinase.
434. European Patent 0,114,589: AT, BE, CH, Denmark 168876, FR, GB, IT, LI, LU, NL, SE, W. Germany 3373782.7: Folkman, M.J., Taylor, S., Langer, R., Inhibition of Angiogenesis.
435. European Patent 0,245,535: Germany DE 36 85 958.3: Kost, J., Langer, R. Ultrasonically Modulated Polymeric Devices for Delivering Compositions.
436. European Patent 0,246,341: BE, DE, FR, GB, IT, LU, NL, SE: D'Amore, P., Leong, K., Langer, R., Bioerodible Articles Useful as Implants and Prostheses Having Predictable Degradation Rates.

437.   European Patent 0,259,463: AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE: Folkman, J., Hannan, R., Langer, R., Thompson, R., Heparin Assay.

438.   European Patent 0,260,415: AT, BE, CH, DE, ES, FR, GB, GR, IT, LI, LU, NL, SE: Langer, R., Domb, A., Synthesis and Application of High Molecular Weight Polyanhydrides.

439.   European Patent 0,290,891: AT: Sabel, B., Freese, A., Saltzman, W., Langer, R., Controlled Drug Delivery System for Treatment of Neural Disorders.

440.   European Patent 0,299,010: Vacanti, J., Langer, R., Chimeric Neomorphogenesis of Organs by Controlled Cellular Implantation Using Artificial Matrices.

441.   European Patent 0,347,424: Domb, A., Langer, R., Cravalho, E., Golomb, G., Mathiowitz, E., Laurencin, C., AT, BE, CH, DE, FR, GB, IT, LI, LU, NL, SE: Hydroxamic Acid Polymers Formed From Primary Amide Polymers.

442.   European Patent 0,354,916: AT, BE, CH, DE, FR, GB, IT, LI, LU, SE: Heft, R., Comfort, A., Langer, R., Neutralization of Heparin.

443.   European Patent 0,358,677 Mathiowitz, E., Langer, R., Multiwall Polymeric Microcapsules.

444.   European Patent 0,368,912: IT, BE, CH, FR, GB, LU, AT-E102833, DE-P3888536, NZ-225323: France: Belgium: Domb, A., Langer, R., Polyanhydrides with Improved Hydrolytic Degradation Properties.

445.   European Patent 0,382,772: BE, CH, DE, FR, GB, IT, LI, LU, NL, SE, AT-86498: Lees, R., Langer, R., Mullon, C., Conlon, H.D., Reduction of low-density lipoprotein in biological fluids.

446.   European Patent 0,398,960: Weaver, J., Powell, K., Langer, R., Transport of Molecules Across Tissue Using Electroporation.

447.   European Patent 0,422,209: AT-E119787, BE, CH, FR, GB, IT, CE-69017820, NL, SE, SP: Vacanti, J., Langer, R., Johnson, L., Griffith-Cima, L., Method for Implanting Large Volumes of Cells on Polymeric Matrices, Sweden: Implantation of cell-matrix structures in the mesentery and momentum.

448.   European Patent 0,469,070: Vacanti, J., Vacanti, C. and Langer, R., Neomorphogenesis of Cartilage *in vivo* from Cell Culture.

449.   European Patent 0,476,045: Gerhardt, T., Laurencin, C., Domb, A., Langer, R., Hayes, W., Bioerodible polymers for drug delivery in bone.

450.   European Patent 0,548,236: BE, DE-69110289T2, DK, FR, GB, GR, IT, SP: Zohar, Y., D'Emanuele, A., Kost, J., Langer, R., Ultrasound-Mediated Administration of Compounds into Aquatic Animals.

451.   European Patent 0,551,411: Belgium, Luxembourg, United Kingdom, Switzerland, Austria, Denmark: Cohen, S., Bano, C., Visscher, K., Chow, M., Allcock, H., Langer, R., Ionically Cross- linked Polymeric Microcapsules.

452.   European Patent 0,610,408: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, LI, LU, MC, NL, SE: Sasisekharan, R., Moremen, K., Cooney, C., Zimmerman, J., Langer, R., Heparinase Gene from Flavobacterium Heparinum.

453.   European Patent 0,610,423: Stein, J., Gilbert, J., Ingber, D., Langer, R., Vacanti, J., Prevascularized Polymeric Implants for Organ Transplantation.

454.   European Patent 0,619,732: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Barrera, D., Langer, R., Lansbury, P., Vacanti, J., Biodegradable Polymers for Cell Transplantation.

455.   European Patent 0,659,073: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, LI, LU, MC, NL, PT, SE: Berde, C., Langer, R., Biodegradable Polymer Matrices for Sustainable Delivery of Local Anesthetic Agents.

456.   European Patent 0,670,892A: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification, Composition and Specification of Heparinase I, II, and III; from Flavobacterium Heparinum.

457.   European Patent 0,692,510: AT, BE, CH, DE, ES, FR, GB, GR, IT, LI, LU NL: Domb, A., Langer, R., Preparation of Anhydride Copolymers.

458.   European Patent 0,710,261: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, LI, LU, MC, NL, PT, SE: Gref, R., Minamitake, Y., Langer, R., Biodegradable microparticles and injectable nanoparticles.

459.   European Patent 0,720,471: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE, UK: Adrianov, A., Langer, R., Hydrophobic Polymeric Microcapsules.

460.   European Patent 0,781,150: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Mitragotri, S., Pliquett, U., Johnson, M., Pishko, M., Kost, J., Langer, R., Weaver, J., Blankschtein, D., Enhanced Transdermal Transport Using Ultrasound.

461.   European Patent 0,794,790: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Mooney, D., Langer, R., Vacanti, J., Localized Delivery of Factors Enhancing Survival of Transplanted Cells.

462.   European Patent 0,797,460A: AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Vacanti, J., Atala, A., Mooney, D., Langer, R., Breast Tissue Engineering.

463.   European Patent 0,825,853AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG: Berde, C., Langer, R., Prolonged nerve blockage by the combination of local anesthetic and glucocorticoids.

464.   European Patent 0,882,085: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Anseth, K., Langer, R., Shastri, V., Biodegradable Polymer Networks for use in Orthopedic and Dental Applications.

465.   European Patent 0,885,002: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Edwards, D., Deaver, D., Langer, R., Materials and Methods for Enhancing Cellular Internalization.

466.   European Patent 0,907,356: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically Light Particles for Pulmonary Drug Delivery.

467.   European Patent 0,914,092: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Santini, J., Cima, M., Langer, R., Gopferich, A., Microchip Drug Delivery Devices

468.   European Patent 0,915,684: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Gresser, J., Trantolo, D., Langer, R., Klibanov, A., Wise, D., Vigneaux, S., Material for Buffered Resorbable Internal Devices and Method for Making Same.

469.   European Patent 1,005,374: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Hedley, ML., Curley, J., Langer, R., Lunsford, L., Microparticles for Delivery of Nucleic Acid.

470.   European Patent 1,005,378: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Shastri, V., Langer, R., Tarcha, P., Semi-interpenetrating Polymer Networks.

471.   European Patent 1,007,556: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Moses, M., Langer, R., Wiederschain, D., Wu, I., Sytkowski, A., Troponin Subunits and Fragments useful as Angiogenesis Inhibitors.

472.   European Patent 1,011,545: CH, DE, ES, FR, GB, IT, LI: Gresser, J., Trantolo, D., Langer, R., Lewandroski, KU., Klibanov, A., Wise, D., Resorbable Interbody Spinal Fusion Devices.

473.   European Patent 1,024,801A: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Rupnick, M., Langer, R., Folkman, J., Method for Regulating, Size and Growth of Vascularized Normal Tissue.

474.   European Patent 1,056,487A: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H., Biodegradable Shape Memory Polymers.

475.   European Patent 1,062,278: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE: Langer, R., Lendlein, A., Shape memory polymers.

476.   European Patent 1,112,348A: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Freed, L., Martin, I., Langer, R., Vunjak-Novakovic, G., Use of Growth Factors and Hormones for Expansion of Mammalian Cells and Tissue Engineering.

477.   European Patent 1,229,901: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR: Ausiello, D., Cima, M., Hutchinson, C., Langer, R., Santini, J., Uhland, S., Microfabricated devices for the delivery of molecules into a carrier fluid.

478.   European Patent 1,235,560: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE, TR, Cima, M., Santini, J., Langer, R., Microchip devices for delivery of molecules and methods of fabrication thereof.

479.   European Patent 1,261,427: Langer, R., Santini, J., Sheppard, N., Young, C., Microfabricated devices and methods for storage and selective exposure of chemcals.

480.   European Patent 1,339,312: Ausiello, D., Cima, M., Herman, S., Langer, R., Santini, J., Sheppards, N., Microchip reservoir devices using wireless transmission of power and data.

481.   European Patent 1,372,602: Ausiello, D., Cima, M., Herman, S., Langer, R., Sheppard, N., Flexible microchip devices for ophthalmic and other applications.

482.   European Patent 1,448,656:  AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, SK, TR, Ameer, G., Langer, R., Wang, Y., Biodegradable polymer.

483.   European Patent 1,639,029: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LI, LU, MC, NL, PL, PT, RO, Langer, R., Lynn, D., Anderson, D., Akinc, A., Biodegaradable poly(beta-amino esters) and uses thereof.

484.   European Patent 1,903,068: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LI, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR, Langer, R., Anderson, G., Lynn, D., Akinc, A., Biodegradable poly(beta-aminio esters) and uses thereof.

485.   European Patent 2,066,294: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, PL, RO, SE, SI, SK, TR, Rubin-Bejerano, I., Fink, F., Abeijon, C., Kohane, D., Fuller, J., Langer, R., Immunomodulating compositions and methods of use thereof.

486.   European Patent 2,180,795: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Kohane, D., Yeo, Y., Given, P., Langer, R., Delivery and controlled release of encapsulated lipophilic nutrients.


**ISRAELI PATENTS**

487.   Israeli Patent 137878:  Langer, R., Shape memory polymers.

488.   Israeli Patent 137299:  Langer, R., Biodegradable shape memory polymers.


**JAPANESE PATENTS**

489.   Japanese Patent 1886595: Vacanti, J., Langer, R., Neomorphogenesis of Cartilage *in vivo* from Cell culture.

490.   Japanese Patent 2018881: Langer, R., Kost, J., Ultrasonically Modulated Polymeric Devices for Delivering Drug Compositions.

491.   Japanese Patent 2020968: Domb, A., Langer, R., Polyanhydrides with Improved Hydrolytic Degradation Properties.

492.   Japanese Patent 2057614: D'Amore, P., Leong, K., Langer, R., Bioerodible Articles Useful as Implants and Prostheses Having Predictable Degradation Rates.

493.   Japanese Patent 2067741: Langer, R., Vacanti, J., Controlled Cellular Implantation Using Artificial Matrices.

494.   Japanese Patent 3073766: Vacanti, J., Langer, R., Johnson, L., Griffith-Cima, L., Method for implanting large volumes of cells on polymeric matrices.

495.   Japanese Patent 9-529587: Anseth, K., Shastri, V., Langer, R., Biodegradable polymer networks for use in orthopedic and dental applications.

496.   Japanese Patent 4,740,864: Anderson, D. and Langer, R, Biodegradable poly (beta-amino esters) and uses thereof.

497.   Japanese Patent 10263070: Vacanti, J., Langer, R., Johnson, L., Griffith-Cima, L., Implantation method for large capacity cell on polymerization matrix.

498.   Japanese Patent 2001314498: Vacanti, J., Langer, R., Johnson, L., Griffith-Cima, L., Method of transplanting large amount of cells on matrix polymerization.

499.   Japanese Patent 2002200162: Langer, R., Vacanti, J., Prevascularized Polymeric Implants for Organ Transportation.

500.   Japanese Patent 2004057201: Sasisekharan, R., Moremen, K., Cooney, C., Zimmerman, J., Langer, R., Heparinase Gene Derived from Flavobacterium Heparinum.

501.   Japanese Patent 2004135684: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification, Composition and Specificity of Heparinase I, II and III from Flavobacterium Heparinum.

502.   Japanese Patent 2005278651: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification, Composition and Specificity of Heparinase I, II and III from Flavobacterium Heparinum.

503.   Japanese Patent 2005325226: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H., Biodegradable shape memory polymer.

504.   Japanese Patent 2006096760: Santini, J., Cima, M., Langer, R., Goepferich, A., Microchip drug delivery device.

505.   Japanese Patent 2006160767: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically light particles for drug delivery into lung.

506.   Japanese Patent 2006328083: Santini, J., Hutchinson, C., Uhland, S., Cima, M., Langer, R., Ausiello, D., Microfabricated device for delivery of molecule into carrier fluid.

507.   Japanese Patent 2007248470: Santini, J., Sheppard, N., Young, C., Langer, R., Microfabricated device for storing chemical substance and device to be selectively exposed.

508.   Japanese Patent 2007314797: Langer, R., Lendlein, A., Hammer, J., Kapitza, D., Biodegradable Shape Memory Polymers.

509. Japanese Patent 2008011863: Mooney, D., Langer, R., Vacanti, J., Localized delivery of factors enhancing survival of transplanted cells.

510. Japanese Patent 2009034114: Shastri, V., Schmidt, C., Langer, R., Vacanti, J., Neuronal stimulation using electrically conducting polymers.

511. Japanese Patent 2009142661: Santini, J., Cima, M., Langer, R., Ausiello, D., Sheppard, N., Herman, S., Flexible microchip device for ophthalmic and other applications.

512. Japanese Patent 2009143960: Anderson, D., Zumbuehl, A., Leshchiner, E., Langer, R., Goldberg, M., Amine-containing lipids and use thereof.

513. Japanese Patent 2009261961: Santini, J., Hutchinson, C., Uhland, S., Cima, M., Langer, R., Ausiello, D., Microfabricated device for delivery of molecule into carrier fluid.

514. Japanese Patent 2009261411: Hedley, M., Curley, J., Langer, R., Lunsford, L., Microparticle for Delivering Nucleic Acid.

515. Japanese Patent 2010005426: Shastri, V., Tarcha, P., Langer, R. Semi-interpenetrating polymer networks.

516. Japanese Patent 2010083459: Shastri, V., Schmidt, C., Langer, R., Vacanti, J., Neuronal stimulation using electrically conducting polymers.

517. Japanese Patent 20100099483: Santini, Jr., J., Cima, M., Langer, R., Ausiello, D., Sheppard, Jr., N., Herman, S., Flexible microchip devices for ophthalmic and other applications.

518. Japanese Patent 2011026332: Folkman, J., Langer, R., Rupnick, M., Method for Regulating Size and Growth of Vascularized Normal Tissue.

**KOREAN PATENTS**

519. S. Korean Patent 0382568: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H., Biodegradable shape memory polymers.

520. S. Korean Patent 0415373: Langer, R., Lendlein, A., Shape Memory Polymers.

521. S. Korean Patent 0537907: Langer, R., Elisseeff, J., Anseth, K., Sims, D., Semi-interpenetrating or interpenetrating polymernetworks for drug delivery and tissue engineering.

**MEXICAN PATENTS**

522. Mexican Patent MX9407262: Andrianov, A., Langer, R. Hydrophobic Polymeric Microparticles.

523. Mexican Patent 311504: Von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Zhang, L., Basto, P., Iannacone, M. and Alexis, F., Vaccine nanotechnology.

**POLISH PATENTS**

524. Polish Patent 193,700: Langer, R., Lendlein, A., Schmidt, A., Grablowitz, H., Biodegradable Shape Memory Polymers.

**US PATENTS PENDING**

525. US Patent MIT Case 1130: Langer, R., Belfort, G. and Anderson, D., A high throughput screening method and apparatus to modify membrane surface properties and obtain high performance pressure-driven synthetic membranes, pending.

526. US Patent MIT Case 3723: Cooney, C., Langer, R., Site-Specific Anticoagulants, pending.

527. US Patent MIT Case 4175, Serial No. 044,699: Mullon, C., Klibanov, A., Langer, R., Enzymatic Assay for Determination of Unbound Bilirubin in Serum of Plasma, pending.

528. US Patent MIT Case 4236, Serial No. 915,152: Yang, V., Bernstein, H., Langer, R., Neutralizaton of the Anticoagulant Activities of the Low Molecular Weight Heparin, pending.

529. US Patent MIT Case 4264: Langer, R., Domb, A., Synthesis and application of high molecular weight polyanhydrides, pending.

530. US Patent MIT Case 4267-86: Domb, A., Mathiowitz, E., Laurencin, C., Karel, M., Langer, R., Polyanhydrides in Food Applications, pending.

531. US Patent MIT Case 4279, Serial No. 933,018: Vacanti, J. Langer, R, Chimeric Neomorphogenesis of Organs by Controlled Cellular Implantation Using Artificial Matrices, pending.

532. US Patent MIT Case 4343-86: Mathiowitz E., Langer, R., Mullon, C., Domb, A., Preparation of Polyanhydride Microspheres and Use in Controlled Drug Delivery, pending.

533.    US Patent MIT Case 4370: Comfort, A., Heft, R., Langer, R., Extracorporeal Systems for Heparin -Neutralization using Porous Fibers and Tubes, pending.

534.    US Patent MIT Case 4433: Laurencin, C., Langer, R., Allcock, H., Neenan, T., Polyphosphazene Matrix System for Drug Delivery Applications, pending.

535.    US Patent MIT Case 4575: Heft, R., Langer, R., Affinity Purification of Antithrombin III, pending.

536.    US Patent MIT Case 4938: Gerhardt, T., Domb, A., Langer, R., Hayes, T., Bioerodible Polyanhydrides for Antibiotic Drug Delivery, pending.

537.    US Patent MIT Case 4973: Vacanti, J., Langer, R., Johnson, L., Cima, L.G., Method for implanting large volumes of cells on polymeric matrices, pending.

538.    US Patent MIT Case 5108: Labeque, R., Lees, R., Langer, R., Injectable Enzymes for LDL Removal, pending.

539.    US Patent MIT Case 5190, Serial No. 114,983: Larsen, A., Linhardt, R., Wogan, G., Langer, R., Heparin Fragments Resistant to Biotransformation, pending.

540.    US Patent MIT Case 5352: Mathiowitz, E., Peppas, N., Langer, R. Bioadhesive Properties of Polyanhydrides Suitable for Oral Delivery Systems, pending.

541.    US Patent MIT Case 5752: Mikos, A., Langer, R., Preparation of Biodegradable Non-Woven Fiber Structures by Heat Treatment of Polymer Composites, pending.

542.    US Patent MIT Case 6074: Shefer, S., Afeyan, N., Langer R., Quantitative Measurement of LDL, pending.

543.    US Patent MIT Case 6353: Prausnitz, M., Gimm, J., Langer, R., Weaver, J., Targeted delivery of drugs to hair follicles, pending.

544.    US Patent MIT Case 6379: Prausnitz, M., Cullander, C., Weaver, J., Guy, R., Langer, R., Process for delivery of particles into tissue, pending.

545.    US Patent MIT Case 6388: Okada, J., Cohen, S., Langer, R., Specification of polymerized liposomes with enhanced stability, pending.

546.    US Patent MIT Case 6517, Serial No. 008,069: Venkataraman, G., Ernst, S., Cooney, C., Godavarti, R., Langer, R. Rationally designed polysaccharide Iyases derived from Heparinase I, pending.

547.    US Patent MIT Case 6792, Serial No. 528,506, 20010056255: Kost, J., Pliquett, U., Mitragotri, S., Langer, R., Weaver, J., Effect of Electric Field and Ultrasound for Transdermal Drug Delivery, pending.

548.    US Patent MIT Case 6798, Serial No. 358,253: Mooney, D., Schwendeman, S., Sano, K., Langer, R., Vacanti, J., Kaufmann, P., Localized Delivery of Factors Enhancing Survival of Transplanted Cells, pending.

549.    US Patent MIT Case 7631: Shastri, V., Martin, I., Langer, R., Method for preparing three-dimensional polymer foams, pending.

550.    US Patent MIT Case 7743, Serial No. 051,634: Niklason, L.E., Gao, J, Langer, R. Tissue engineered constructs, pending.

551.    US Patent MIT Case 8749, Serial No. 955,733, 20020072798: Riesle, J., Van Blitterswijk, C., Papadaki, M., Langer, R., Muscle Tissue Engineering, pending.

552.    US Patent MIT Case 8783, Serial No. 430,817: Shastri, V., Yang, C., Langer, R., Microsphere Delivery Systems, pending.

553.    U.S. Patent MIT Case 8851:  Lahann, J., Chau, Y., and Langer, R., Site-specific drug delivery using drug vehicles with micro-gates, pending.

554.    U.S. Patent MIT Case 9022: Anderson, D., Kohane, D. and Langer, R., Methods for the pH-triggered release of compounds from micro- and nanospheres, pending.

555.    US Patent MIT Case 9082: Langer, R. Macrochemotherapeutics- A new concept in the design of anti-neoplastic agents, pending.

556.    US Patent MIT Case 9093: Langer, R. Improvement of biological activity of bioactive agents by complexation with cyclodextrin, pending.

557.    US Patent MIT Case 9188. Langer, R. Porous Self-Assembly Monolayers, pending.

558.    US Patent MIT Case 9365, Serial No. 180,000: Shastri, V., Zelikin, A., Lynn, D., Langer, R., Martin, I., Bioerodible Conducting Materials, pending.

559.    US Patent MIT Case 9641: Putnam, D., Langer, R. Phagosomolytic Microparticles for Targetable Cytoolic DNA to Antigen Presenting Cells, Pending

560.    US Patent MIT Case 9652. Mitragotri, S., Langer, R. Mechanism to Enhance Transdermal Drug Delivery, pending.

561.    U.S. Patent MIT Case 9841: Anderson, D. and Langer, R., Parallel synthesis and testing of arrayed polymers, pending.

562. U.S. Patent MIT Case 9947: Lynn, D. and Langer, R., Degradable conducting materials, pending.

563. US Patent MIT Case 9991, Serial No. 668,045: Chau, Y., Langer, R., Polymer-Linker-Drug Conjugates for Targeted Drug Delivery, pending.

564. US Patent MIT Case 10158, Serial No. 860918: Farokhzad, O., Jon, S., Langer, R., Targeted Delivery of Controlled Release Polymer Systems, pending.

565. US Patent MIT Case 10180, Serial No. 948981: Kohane, D., Anderson, D., Langer, R., Haining, W., Nadler, L., pH-Triggered Microparticles, pending.

566. U.S. Patent MIT Case 10227: Wang, C. and Langer, R., Formation of dynamic nanostructures and nanodevices driven by protein self-assembly, pending.

567. U.S. Patent MIT Case 10317: Farokhzad, Omid and Langer, R., Isolation of disease specific nucleic acid ligands and purification of targets by affinity chromatography, pending.

568. US Patent MIT Case 10477, Serial No. 843,707: Anderson, D., Levenberg, S., Langer, R., Nanoliter-Scale Synthesis of Arrayed Biomaterials and Screening Thereof, pending.

569. US Patent, MIT Case 10647: Berry, D., Anderson, D., Lynn, D. and Langer, R., Intercellular delivery of heparin-like compounds, pending.

570. U.S. Patent MIT Case 10228:  Wang, C. and Langer, R., Facile synthesis of nanostructure-hydrogel composites, pending.

571. US Patent 11,666,908: Farokhzah, O., Jon, S. and Langer, R., Coated controlled release polymer particles as efficient oral delivery vehicles for biopharmaceuticals, pending.

572. US Patent MIT Case 11289, Serial No. 229,488: Berry, D., Khademhosseini, A., Suh, K., Sasisekharan, R., Langer, R., Biologically Active Surfaces and Methods of Their Use, pending.

573. US Patent, MIT Case 11300:  Alamaro, M., Bromberg, L., Hatton, A. and Langer, R., Recovery of unused prescription drugs and method of use thereof, pending.

574. US Patent, MIT Case 11309: Anderson, D., Langer, R., Padera, R., Peng, W. and Sawicki, J., Gene therapy for hypertrophic tissues, pending.

575. US Patent MIT Case 11538: Domb, A. and Langer, R., Hydrophobic polyesters of hydroxyalkonoic acids and hydroxyl fatty acids, pending.

576. US Patent MIT Case 11589: Cheng, J., Farokhzad, O., Teply, B., Langer, R., Magnetically-Labeled Microparticles for Oral Drug Delivery, pending.

577. US Patent, MIT Case 11598, Berry, D., Anderson, G., Langer, R., Tyler, B. and Brem, H., Intracellular delivery of anionic anti-cancer drugs with cationic polymers, pending.

578. US Patent MIT Case 11775, Kohane, D., Langer, R., Yeo, Y. and Ito, T, Prevention of post-surgical adhesion using in-situ hydrogrels and hydrogel-polymeric particle composities, pending.

579. US Patent MIT Case 11813, Serial No. 505,683: Karp, J., Ferreira, L., Khademhosseini, A., Langer, R., Amplification of Cell Populations from Embryonic Stem Cells, pending.

580. US Patent MIT Case 11845: Khademhosseini, A., Moore, M., Karp, J. and Langer, R., A platform technology based on bioactive hydrogels, pending.

581. US Patent MIT Case 11857: Zumbeuhl, A., Ferreira, L., Kohane, D., Whitehead, G.F. and Langer, R., Prophylaxis of fungal infections, pending.

582. US Patent MIT Case 12099: Loose, C., Stephanopoulos, G., Langer, R., Anti-Staphylococcal Coatings of Biofilm-Inhibiting Peptides for Medical Implants, pending.

583. US Patent MIT Case 12221: Evrony, G., Townsend, S., Langer, R., Brown, R. and Francis, R., Methods and devices for MRI-based measurements of axonal transport in vivo and delivery of therapeutic substances to the CNS, pending.

584. US Patent MIT Case 12359: Ferreira, L., Karp, J., Khademhosseini, Langer, R., and A., Yeo, Y. Highly Efficient Dessicants, pending.

585. US Patent MIT Case 12378: Karp, J., Gu, F., Berry, D., Khademhosseini, A., Langer, R., Treatment and Prevention of Osteoporosis, pending.

586. US Patent MIT Case 12382: Ferreira, L., Loose, C., Zumbuehl, A., Langer, R., Development of medical devices with antimicrobial properties, pending.

587. US Patent MIT Case 12388: Farokhzad, O., Alexis, F., Gu, F., Radovic-Moreno, A., Langer, R., Affibodies as a Targeting Ligand I Controlled drug Delivery Systems, pending.

588.    US Patent MIT Case 12441: Langer, R., Chau, Y., Luo, Y., Gin, J., Drug analogues containing a partial enzyme substrate, pending.

589.    US Patent MIT Case 12458: Park, H., Kost, J., Kobler, J., Zeitels, S., Langer, R., A novel ultrasound bioreactor can improve tissue viability in vitro, pending.

590.    US Patent MIT Case 12477: Farokhzad, O., Alexis, F., Gu, F., Radovic-Moreno, A., Langer, R. and Kuo, T., Receptor triggered controlled release drug delivery systems to cross endothelial or epithtial cell layers and their method of preparation, pending.

591.    US Patent MIT Case 12481: Langer, R., Fuller, J., Zugates, G., Wiesner, U., Ow, H., Intercellular Delivery of Core-Shell Fluorescent Silic Nanoparticles, pending.

592.    US Patent MIT Case 12561: Radovic-Moreno, A., Zhang, L., Farokhzad, O., Langer, R., Reverse Micelle Nanoprecipitation: A Method for Encapsulating Nucleic Acids in Biodegradable Polymers, pending.

593.    US Patent MIT Case 12564: Karp, J., Langer, R., Bioreactor Based Stem Cell Therapy, pending.

594.    US Patent MIT Case 12739: Little, S., Langer, R., Thomson, A., Raimondi, G., Jhunjhunwala, S., Targeted Suppression via APC Specific Delivery of Immunosuppressants, pending.

595.    US Patent Serial No. 127,755: Galakatos, N., Langer, R., Formulation Array System Technology, pending.

596.    US Patent Serial No. 156,549: Shastri, V., Langer, R., MRI Contrast Agent, pending.

597.    US Patent Serial No. 280,052: Langer, R., Linhardt, R., Cooney, C., Galliher, P., Apparatus for Neutralizing Heparin, pending.

598.    US Patent Serial No. 419,722: Westphal, C., Langer, R., Therapeutic Compositions, pending.

599.    U.S. Patent Serial No. 466,318: Ron, E.S. and Langer, R., Intravaginal drug delivery device, pending.

600.    US Patent Serial No. 470,067: Moses, M. Sudhalter, J., Langer, R., Method and Composition for Inhibition of Angiogenesis, pending.

601.    US Patent Serial No. 685,636: Moses, M., Foradori, M., Langer, R., Method for the inhibition of angiogenesis, pending.

602.    US Patent Serial No. 890,946: Organ, G., Vacanti, J., Langer, R., Neomorphogenesis of intestine in vivo from cell cultures, pending.

603.    US Patent, MPI 100 New Utility: Galakatos, N., Langer, R., Putnam, D., Formulation of array system technology, pending.

604.    US Patent: Edwards, D., Langer, R. Method and materials for enhancing cellular internalization of biotherapeutics, pending.

605.    US Patent: Freese, A, During, M., Kibat, P., Steichen, J., Langer, R., Application of Liposomes Drug Delivery Systems for Neurological & Psychiatric Disorders, pending.

606.    US Patent:  Langer, R. and Klibanov, A., Method for screening for drug applications, pending.

607.    US Patent: Langer, R., Klagsburn, M., Brown, L. and Murray, J., Release of Biologically Active Substances, pending.

608.    US Patent: Langer, R., Mikos, A., Sarakinos, J., Vacanti, J., Polymer Membranes and Methods of Preparation of Three Dimensional Membrane Structures, pending.

609.    US Patent: Langer, R., Martin, I., Rahman, N., Shastri, V., Polypyrole Scaffold for bone regeneration, pending.

610.    US Patent: Langer, R., Sung, C., Klibanov, A., Lavin, A., Process for Removing Bilirubin from Blood, pending.

611.    US Patent: Langer, R., Martin, I. A novel and versatile approach toward the fabrication of porous polymer matrices, pending

612.    US Patent: Langer, R., Murray, J., Moses, M., Collagenase Inhibitors, pending.

613.    US Patent: Prausnitz, M., Edwards, D., Langer, R., Transdermal molecular transport by an oscillatory mechanism, pending.

614.    US Patent: Shastri, P., Martin, I., Langer, R., A novel and versatile approach toward the fabrication of porous polymer matrices, pending.

615.    US Patent: Wong, J., Ingber, D., Langer, R., Control of Cell Function on Electrically Conducting Polymers, pending.

616.    US Patent: Langer, R. Bioengineered Anterior Cruciate Ligament, pending.

617.    US Patent: Kohane, D., LaVan, D., Langer, R. In vivo sensor package incorporated into a replacement cardiac valve or repair ring (natural, synthetic, or tissue engineered), pending.

618.    US Patent: Marletta, M., Langer, R., No Releasing or Generating Materials for Treatment of Pulmonary Disorders, pending

619.    US Patent: Hutchinson, C., Langer, R, Garner, B., and Warren, J. Shape memory expandable needles, pending.

620.    US Patent: Farokhzad, O., LaVan, D., Jon, S.Y., Tran, T., Langer, R., Method and uses of electrical biosensor devices comprising of aptomer conjugated electrical sensors, pending

621.    US Patent: Kohane, D. and Langer, R., Formulations for orialnasal, gastrointestinal and topic drug delivery, pending.

622.    US Patent: Kohane, D. and Langer, R., Methods of prevention and treatment of suglottic stenosis, pending.

623.    US Patent: Kohane, D. and Langer, R., Prophylaxis of fungal infections, pending.

624.    U.S. Patent: Farokhzad, O., Jon, S. and Langer, R., Targeted delivery of nano- or microparticles using nucleic acid ligands, pending.

625.    US Patent: von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, A., Zhang, L. and Basto, P., Vaccine nanothechnology and uses thereof, pending.

626.    US Patent 20010033297: Shastri, V., Faris, C., Langer, R., Internet Conduit Providing a Safe and Secure Environment, pending.

627.    US Patent 20010033828: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles for deep lung delivery, pending.

628.    US Patent 20010033829: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles for deep lung delivery, pending.

629.    US Patent 20010033830: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Langer, R., Ben-Jebria, A., Porous particles for deep lung delivery, pending.

630.    US Patent 20010039453: Gresser, J., Trantolo, D., Langer, R., Lewandrowski, K., Klibanov, A., Wise, D., Resorbable interbody spinal fusion devices, pending.

631.    US Patent 20020052310: Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Chen, D., Particles for Inhalation Having Sustained Release Properties, pending.

632.    US Patent 20020072784: Sheppard, N., Santini, J., Herman, S., Cima, M., Langer, R., Ausiello, D., Microchip reservoir devices using wireless transmission of power and data, pending.

633.    US Patent 20020099359: Santini, J., Cima, M., Langer, R., Ausiello, D., Sheppard, N., Herman, S., Flexible microchip devices for ophthalmic and other applications, pending.

634.    US Patent 20020107470: Richards, A., Santini, J., Cima, M., Langer, R., Microchip devices for delivery of molecules and methods of fabrication thereof, pending.

635.    US Patent 20020115165: Stein, J., Gilbert, J., Ingber, D., Langer, R., Vacanti, J., Prevascularized Polymeric Implants for Organ Transplantation, pending.

636.    US Patent 20020142304: Anderson, D., Langer, R., Putnam, D., Uses and Methods of Making Microarrays of Polymeric Biomaterials, pending.

637.    US Patent 20020150621: Kohane, D., Lipp, M., Langer, R., Lipid-Protein-Sugar Particles for Drug Delivery, pending.

638.    US Patent 20020150626: Kohane, D., Anderson, D., Langer, R., Lipid-Protein-Sugar Particles for Delivery of Nucleic Acids, pending.

639.    US Patent 20040009589: Levenberg, S., Amit, M., Itskovitz-Eldor, J., Langer, R., Endothelial Cells Derived from Human Embryonic Stem Cells, pending.

640.    US Patent 20040028804: Anderson, D., Langer, R., Production of Polymeric Microarrays, pending.

641.    US Patent 20040043042: Johnson, A., Cima, M., Langer, R., Microscale Lyophilization and Drying Methods for the Stabilization of Molecules, pending.

642.    US Patent 20040062718: Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Chen, D., Particles for Inhalation Having Sustained Release Properties, pending.

643.    US Patent 20040166140: Santini, J., Cima, M., Langer, R., Implantable Device for Controlled Release of Drug, pending.

644.    US Patent 20040210184: Kost, J., Pliquett, U., Mitragotri, S., Langer, R., Weaver, J., Effect of Electric Field and Ultrasound for Transdermal Drug Delivery, pending.

645.    US Patent 20040247680: Farokhzad, O., Jon, S., Langer, R., Targeted Delivery of Controlled Release Polymer Systems, pending.

646.    US Patent 20050031598: Levenberg, S., Huang, N., Lavik, E., Itskovitz-Eldor, J., Langer, R., Engineering Three-Dimensional Tissue Structures Using Differentiating Embryonic Stem Cells, pending.

647.   US Patent 20050060033: Vacanti, C., Cao, Y., Langer, R., Vacanti, J., Paige, K., Upton, J., Tissue Engineered Tendons and Ligaments, pending.
648.   US Patent 20050079159: Shastri, V., Stevens, M., Langer, R., *In vivo* Bioreactors, pending.
649.   US Patent 20050119733: Wiliams, M., Langer, R., Wang, Y., Highly Convertible Endolumenal Prostheses and Methods of Manufacture, pending.
650.   US Patent 20050136536: Anderson, D., Levenberg, S., Langer, R., Embryonic Epithelial Cells, pending.
651.   US Patent 20050147960: Levinson, D., Langer, R., Lucas, J., *In vitro* Development of Tissues and Organs, pending.
652.   US Patent 20050149000: Santini, J., Cima, M., Langer, R., Gopferich, A., Medical Device with Controlled Reservoir Opening, pending.
653.   US Patent 20050158249: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically Light Particles for Pulmonary Drug Delivery, pending.
654.   US Patent 20050202093: Kohane, D., Langer, R., Prolonged Suppression of Electrical Activity in Excitable Tissues, pending.
655.   US Patent 20050215507: Anderson, D., Langer, R., Sawicki, J., Peng, W., Therapeutic Anti-Cancer DNA, pending.
656.   US Patent 20050234513: Alexander, P., George, P., Nashat, A., Langer, R., LaVan, D., Lyckman, A., Sur, M., Wilson, N., Implantable Neuronal Networks, pending.
657.   US Patent 20050244341: Edwards, D., Caponetti, G., Hrkach, J., Lotan, N., Hanes, J., Ben-Jebria, A., Langer, R., Aerodynamically Light Particles for Pulmonary Drug Delivery, pending.
658.   US Patent 20050276835: Lahann, J., Langer, R., Photo-Reactive Polymer Platform for Use in Biomedical Devices, pending.
659.   US Patent 20060083711: Berry, D., Anderson, D., Lynn, D., Sasisekharan, R., Langer, R., Methods and Products Related to the Intracellular Delivery of Polysaccharides, pending.
660.   US Patent 20060088579: Shastri, V., Lee, P., Mitragotri, S., Langer, R., Transdermal Drug Delivery Systems, pending.
661.   US Patent 20060142794: Lendlein, A., Langer, R., Self-Expanding Device for the Gastrointestinal or Urogenital Area, pending.
662.   US Patent 20060189963: Richards, A., Santini, J., Cima, M., Langer, R., Multi-Reservoir Device for Controlled Drug Delivery, pending.
663.   US Patent 20060198827: Levenberg, S., Rouwkema, J., Langer, R., Engineering Vascularized Muscle Tissue, pending.
664.   US Patent 20060222677: Baroli, B., Langer, R., Shastri, V., Method of Protecting Sensitive Molecules from a Photo-Polymerizing Environment, pending.
665.   US Patent 20060228404: Anderson, D., Langer, R., Padera, R., Peng, W., Sawicki, J., Compositions and Methods for Treatment of Hypertrophic Tissues, pending.
666.   US Patent 20060237080: Jon, S., Khademhosseini, A., Langer, R., Suh, K., Patterned Surfaces and Polymeric Microstructures within Robust Microfluidic Channels, pending.
667.   US Patent 20060276416: Sinclair, D., Langer, R., Westphal, C., Milburn, M., Methods and Compositions for Treating Flushing and Drug Induced Weight Gain, pending.
668.   US Patent 20070005139: Vacanti, C., Cao, Y., Langer, R., Vacanti, J., Paige, K., Upton, J., Tissue Engineered Tendons and Ligaments, pending.
669.   US Patent 20070014738: Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Chen, D., Particles for Inhalation Having Sustained Releasae Properties, pending.
670.   US Patent 20070106266: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in situ* Reaction Method, pending.
671.   US Patent 20070106267: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Reaction Device Controlled by Magnetic Control Signal, pending.
672.   US Patent 20070106268: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in vivo* Reaction Method, pending.
673.   US Patent 20070106269: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled Substance Delivery Device, pending.
674.   US Patent 20070106270: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Substance Delivery Device, pending.

675.   US Patent 20070106272: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in situ* Reaction Method, pending.

676.   US Patent 20070106273: Goodall, E., Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in vivo* Reaction Method, pending.

677.   US Patent 20070106275: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Reaction Device Controlled by RF Control Signal, pending.

678.   US Patent 20070106276: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., *In situ* Reaction Device, pending.

679.   US Patent 20070106279: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in situ* Reaction Device, pending.

680.   US Patent 20070106331: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Controlled *in situ* Reaction Device, pending.

681.   US Patent 20070122392: Gerecht-Nir, S., Burdick, J., Vunjak-Novakovic, G., Langer, R., Propagation of Undifferentiated embryonic Stem Cells in Hyaluronic Acid Hydrogel, pending.

682.   US Patent 20070134216: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone Cell Delivery Device, pending.

683.   US Patent 20070134222: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Blood Brain Barrier Device, pending.

684.   US Patent 20070134224: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Choroid Plexus Device, pending.

685.   US Patent 20070134225: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., Wood, L., Blood Brain Barrier Device, pending.

686.   US Patent 20070135798: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Remote Control of Osmotic Pump Device, pending.

687.   US Patent 11986987: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

688.   US Patent 20080003681: Bangera, M.G., Hood, L., Hyde, R.A., Ishikawa, M., Jung, E., Langer, R., Sweeney, E., Wood, L. and Wood, V., Methods for altering cellular susceptibility to infection, pending.

689.   US Patent, MIT Case 13029:  Anderson, D., Kusanagi, A., Langer. R. and Ying, M., Method of the mammalian egg maturation in vitro utilizing a 3D hydrogel, pending.

690.   US Patent, MIT Case 13004: Gu, F., Anderson, D., Zhang, L., Radovic-Moreno, A. and Langer, R., Biodegradable drug delivery systems for the co-delivery of radiation and other therapeutic agents, pending.

691.   US Patent, MIT Case 12149: Karp, J., Gu, F., Berry, D., Khademhosseini, A., and Langer, R., Methods and compositions for altering biological surfaces, pending.

692.   US Patent, Simons, E., Kohane, D. and Langer, R., Molecular hearing aid, pending.

693.   US Patent, MIT Case 12993:  Zhang, L., Chan, J., Farokhzad, O. and Langer, R., Poly (amino acid) targeting moieties, pending.

694.   US Patent, MIT Case 13131:  Karp, J., Chan, E., and Lnager, R., Responsive surfaces, pending.

695.   US Patent, MIT Case 13144: Drum, C. and Langer, R., Methods and applications of an engineered nanoscale protein shell, pending.

696.   US Patent, MIT Case 13152: Karajanagi, S., Park, H., Langer, R., Zeitels, S., Hillman, R. and Cobbler, J., Soft hydro gels with adjustable properties for soft tissue augmentation and replacement, pending.

697.   US Patent:  Nguyen, D., Anderson, D., Langer, R. and Mahon, K., Lipidoids as new materials for immune modulation, pending.

698.   US Patent:  Alexis, F., Iannacone, M., Basto, P., Moseman, A., Langer, R., Farokhzad, O. and von Andrian, U., Nanoparticle technology for immune response against small and macromolecules-method of preparation and uses therof, pending.

699.   US Patent: Park, H., Zeitels, S., Hillman, R. and Langer, R., Hydrogels for vocal cord and soft tissue Augmentation and repair, pending.

700.   US Patent, MIT Case 11558:  Berry, D., Kwan, C-P., Langer, R. and Sasisekharan, R., Compositions and methods for regulating inflammatory responses, pending.

701.   US Patent 20020034796:  Shastri; V.P., Martin; I., Langer, R., Rahman, N., Electroactive materials for stimulation of biological activity of stem cells, pending.

702.   US Patent 20020177224:  Madry, H., Vunjak-Novakovic, G., Trippel, S., Freed, L. and Langer, R., Tissue engineering enhanced by the transfer of a growth factor gene, pending.

703.   US Patent 20030044546:  Lahann, J., Langer, R. and Jensen, K., Reactive polymer coatings, pending.

704.   US Patent 20030078215:  Shastri, V., Yue, I., Hildgen, P., Sinisterra, R. and Langer, R., Method of increasing the efficacy of antibiotics by compexing with cyclodextrins, pending.

705.   US Patent 20030124368:  Lynn, D., Vazquez, E., Langer, R. and Hammond, P., Methods of making decomposable thin films of polyelectrolytes and uses thereof, pending.

706.   US Patent 20070254006:  Loose, C., O'Shaughnessy, W., Ferreira, L., Zumbuehl, A., Langer, r. and Stephanopoulos, G., Medical devices and coatings with non-leaching antimicrobial peptides, pending.

707.   US Patent 20070293756: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R. Malamud, M., Rinaldo, J., Tegreene, C., and Wood, L., Specialty stents with flow control features or the like, pending.

708.   US Patent 20070293966: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C. and Wood, L., Specialty stents with flow control features or the like, pending.

709.   US Patent 20070294150: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C. and Wood, L., Specialty stents with flow control features or the like, pending.

710.   US Patent 20070294151: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C. and Wood, L., Specialty stents with flow control features or the like, pending.

711.   US Patent 20070294152: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C. and Wood, L., Specialty stents with flow control features or the like, pending.

712.   US Patent 20070294210: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C. and Wood, L., Stent customization system and method, pending.

713.   US Patent 20080008737: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone delivery device, pending.

714.   US Patent 20080031920: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone cell delivery device, pending.

715.   US Patent 20080031921: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone cell delivery device, pending.

716.   US Patent 20080033429: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone delivery device, pending.

717.   US Patent 20080044448: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone semi-permeable device, pending.

718.   US Patent 20080112996: Harlow, E., Hyde, R., Jung, E., Langer, R., Leuthardt, E., and Wood, L., Bone cell delivery device, pending.

719.   US Patent 20080226739:  Wood, K., Cunningham, P., Little, S., Langer, R., Hierarchically self-assembling linear-dendritic hybrid polymers for delivery of biologically active agents, pending.

720.   US Patent 10536126:  Whitmer, C., Rivet, D., Boyden, E., Leuthardt, E., Kare, J., Wood, L., Smith, M., Ishikawa, M., Langer, R., Hyde, R., Wood, V., Adaptive dispensation in a digestive tract, pending.

721.   US Patent 11982448: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

722.   US Patent 11998152: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

723.   US Patent 11998438: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

724.   US Patent 11998835: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

725.   US Patent 12002288: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

726.   US Patent 12002296: Boyden, E., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E. Rivet, D., Smith, M., Whitmer, C, Wood, L. and Wood, V., Medical or veterinary digestive tract utilization systems and methods, pending.

727.   US Patent 11272572: Tegreene, C., Jung, E., Hood, L., Wood, L., Ishikawa, M., Langer, R., and Wood, V., Remoted controlled *in vivo* reaction method, pending.

728.   US Patent 11335786:  Tegreene, C., Jung, E., Hood, L., Wood, L., Ishikawa, M., Langer, R., and Wood, V., Substance delivery system, pending.

729.   US Patent 12380013:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

730.   US Patent 12380108:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

731.   US Patent 12380587:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

732.   US Patent 12380679:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

733.   US Patent 12317934:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

734.   US Patent 12319143:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

735.   US Patent 12378284:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

736.   US Patent 12378485:  Tegreene, C., Sweeney, E., Leuthardt, E., Wood, L., Langer, R., Lord, R and Hyde, R., Methods and systems for presenting an inhalation experience, pending.

737.   US Patent 11977529:  Jung, E., Wood, L., Myhrvold, N., Langer, R., Hyde, R. and Hillis, W., Chromosome selection, pending.

738.   US Patent 11978135:  Jung, E., Wood, L., Myhrvold, N., Langer, R., Hyde, R. and Hillis, W., Female genome selection, pending.

739.   US Patent 11977528:  Jung, E., Wood, L., Myhrvold, N., Langer, R., Hyde, R. and Hillis, W., Mitochondrial selection, pending.

740.   US Patent:  Engelmayr, G. and Langer, R., Methods and appartoses for the generation and distribution of gases, pending.

741.   US Patent:  Fisher, O., Levins, C., Langer, R. and Anderson, D., Synthetic polyphenols as biomaterials and polymer therapeutics, pending.

742.   US Patent, MIT Case 14255:  Bellan, L., Cropek, D., and Langer, R., pH-sensitive sacrificial materials for fabricating structures, pending.

743.   US Patent 12,125,571:  Ron, E., Lanciano, P. and Langer, R., Methods and devices for the sustained release of multiple drugs, pending.

744.   US Patent:  Langer, R., Anderson, D. and Urbanska, A., Novel alginate microparticles for oral drug delivery, pending.

745.   US Patent, MIT Case 10669:  Crowley, W., Langer, R. and Ron, E., Multi component EVA rings for the intra vaginal delivery of sex steroids alone or in combination, pending.

746.   US Patent, MIT Case 13525QJ: Griffith, L., Langer, R., Mikos, A., Sarakinos, G. and Vacanti, J., Porous biodegradable polymeric materials for cell transplantation II, pending.

747.   US Patent MIT Case 14385: Zeitels, S., Hillman, R., Karajanagi, S. and Langer, R., Methods and systems of matching voice deficits with a tunable mucosal implant to restore and enhance individualized human sound and voice production, pending.

748.   US Patent, MIT Case 14730:  Sharei, A., Adamo, A, Sim, WY, Jensen, K., Zoldan, J. and Langer, R., Intracell delivery by mechanical membrane poration, pending.

749.   US Patent MIT Case: 15067:  Nunes-Pereira, M., Ouyang, B., Ferreira, L., Sarkar, D. and Langer, R., Urethane-crosslinked biodegradable elastomers, pending.

750. US Patent, MIT Case 15196: Fisher, O. and Langer, R., Hydrogels with melanic properties, pending.

751. Traverso, C., Schoellhammer, C., Blankschtein, D. and Langer, R., Gel-based ultrasound drug delivery, pending.

752. US Patent, MIT Case 15312: Houman Hemmati and Langer, R., In situ cross-linkable hydrogels of carboxymethylcellulose and hyaluronic acid for prolonged topical ophathalmic and vaginal drug delivery and treatment of ocular surface, corneal and gynecologic, pending.

753. US Patent, 61,682,486: Whitehead, K., Langer, R. and Anderson, D., Biodegradable lipid-like materials for applications in siRNA delivery, pending.

754. US Patent, MIT Disclosure: Laulicht, B., Karp, J. and Langer, R., Bioinspired quick release medical tape, pending.

755. US Patent 20070135799: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic pump with remotely controlled osmotic pressure generation, pending.

756. US Patent, MIT Disclosure: Ma, M., Guo, L., Anderson, D., Farokhzad, O. and Langer, R., A bio-inspired polymer composite actuator driven by water gradient and methods of making the same, pending.

757. US Patent 13,771,565, Barhoumi, A., Kohane, D. and Langer, R., Harmonic generation for activation of species and/or delivery of species to a target environment, pending.

758. US Patent 20100280703: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

759. US Patent 20100280704: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

760. US Patent 20100280705: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

761. US Patent 20100280706: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

762. US Patent 20100280707: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

763. US Patent 20100280708: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

764. US Patent 20100280709: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

765. US Patent 20100280885: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

766. US Patent 20100280886: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

767. US Patent 20100280887: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

768. US Patent 20100280888: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding privileges to a vehicle bsased upon one or more fuel utilization characteristics, pending.

769. US Patent 20100291219: Karp, J., Graneli, C., Sarkar, D., Langer, R., Methods and compositions relating to progenitor cells, pending.

770. US Patent 20100297233: Moretti, M.G., Freed, L.E., Langer, R., Oscillating Cell Culture Bioreactor, pending.

771. US Patent 20100303723: Farokhzad, O., Alexis, F., Kuo,  T., Pridgen, E., Radovic-Moreno, A., Langer, R., Drug delivery systems using FC fragments, pending.

772.   US Patent 20100304485: Karnik, R., Hong, S., Mei, Y., Anderson, D., Karp, J., Langer, R., Bose, S., Cell rolling separation, pending.

773.   US Patent 20110009641: Anderson, D., Zumbuehl, A., Trukhanova, E., Langer, R., Goldberg, M., Amine-containing lipids and uses thereof, pending.

774.   US Patent 20110021965: Karp, J., Alborz, M., Ferreira, L., Carter, D., Zumbuehl, A., Borenstein, J., Chan, E., Bettinger, C., Langer, R., Adhesive articles, pending.

775.   US Patent 20110027172: Wang, Z., Farokhzad, O., Zhang, L., Radovic-Moreno, A., Gu, F., Langer, R., Drug delivery system for pharmaceuticals and radiation, pending.

776.   US Patent 20110045049: Rubin-Bejerano, I., Fink, G., ABeijon, C., Kohane, D., Fuller, J., Langer, R., Immunomodulating compositions and methods of use, pending.

777.   US Patent 20110052697: Farokhzad, O., Jon, S., Bagalkot, V., Zhang, L., Teply, B., Levy-Nissenbaum, E., Langer, R., Aptamer-directed drug delivery, pending.

778.   US Patent 20110065807: Radovic-Moreno, A., Gao, W., Swami, A., Golomb, G., Langer, R., Farokhzad, O., pH sensitive biodegradable polymeric particles for drug delivery, pending.

779.   US Patent 20110077216: Kastrup, C., Anderson, D., Langer, R., Lee, H., Nahrendorf, M., Weissleder, R., Figueiredo, J., Compositions and methods for the treatment of atherosclerosis and other related diseases, pending.

780.   US Patent 20110082412: Hyde, R., Ishikawa, M., Jung, E., Langer, R>, Leuthardt, E., Myhrvold, N., Sweeney, E., Elizabeth, A., Wood, L., Device for actively removing a target component from blood or lympho f a vertegrate subject, pending.

781.   US Patent 20110106354: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Malaska, S., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding standings to vehicle based upon one or more fuel utilization characteristics, pending.

782.   US Patent 20110106591: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Malaska, S., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding standings to vehicle based upon one or more fuel utilization characteristics, pending.

783.   US Patent 20110125107: Slocum, A., Bassett, E., Karp, J., Langer, R., Farokhzad, O., Methods and devicces for sensing tissues and tissue compartments, pending.

784.   US Patent 20110135575: Shapiro, M., Romero, P., Langer, R., Arnold, F., Jasanoff, A., Metalloprotein MRI contrast agents and related methods, pending.

785.   US Patent 20110143993: Langer, R., Farokhzad, O., Chan, J., Endothelial basement membrane targeting peptide ligands, pending.

786.   US Patent 20110148753: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

787.   US Patent 20110150276: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

788.   US Patent 20110150294: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

789.   US Patent 20110150295: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

790.   US Patent 20110150296: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

791.   US Patent 20110150297: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

792.   US Patent 20110150298: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizating facial recognition and providing a display for the individual, pending.

793.   US Patent 20110150299: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizing facial recognition and providing a display for the individual, pending.

794.   US Patent 20110163469: Little, S., Anderson, D., Langer, R., High-throughput fabrication of microparticles, pending.

795.   US Patent 20110166060: Simons, E., Hoare, T., Kohane, D., Langer, R., Tympanic membrane permeating ear drops and uses thereof, pending.

796.   US Patent 20110183867: Davies, M., Alexander, M., Williams, P., Langer, R., Anderson, D., Urquhart, A., Polymer arrays for biofilm adhesion testing, pending.

797.   US Patent 20110192343: Abir, H., Langer, R., Method of manufacturing a structure comprising a substrate and a layer deposited on one of its faces, pending.

798.   US Patent 20110206245: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizing facial recognition and providing a display for the individual, pending.

799.   US Patent 20110211738: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizing facial recognition and providing a display for the individual, pending.

800.   US Patent 20110211739: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Identifying a characteristic of an individual utilizing facial recognition and providing a display for the individual, pending.

801.   US Patent 20110212027: Hoare, T., Kohane, D., Fenn, A., Neeley, W., Langer, R., Radiative heating for drug delivery and other applications, pending.

802.   US Patent 20110212163: Hoare, T., Kohane, D., Langer, R., Shapiro, M., Yeo, Y., Kim, G., Khushrushahi, S., Magnetic heating for drug delivery and other applications, pending.

803.   US Patent 20110268804: Shi, J., Alexis, F., Iannacone, M., Moseman, E., Basto, P., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics, pending.

804.   US Patent 20110268805: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, E., von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjusvant incorporation in immunonanotherpeutics, pending.

805.   US Patent 20110278942: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Wearable power source carryable by a health care provider, pending.

806.   US Patent 20110278943: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., System including wearable power receiver and wearable power-output device, pending.

807.   US Patent 20110278944: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall0Levin, M., Tegreene, C., Wood, L., Wearable power-output device operable to deliver wirelessly received power, pending.

808.   US Patent 20110278957: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Wearable power source, pending.

809.   US Patent 20110280912: Langer, R., Jaklenec, A., Heller, D., Anderson, D., Strano, M., Degradable polymer nanostructure materials, pending.

810.   US Patent 20110280922: Ron, E., Crowley, W., Langer, R., Biswas, S., Baca, Q., Tashjian, A., Saunders, P., Devices and methods for treating and/or preventing diseases, pending.

811.   US Patent 20110282415: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Kare, J., Langer, R., Leuthardt, E., Lieberman, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Wearable wireless power transmitter, pending.

812.   US Patent 20120009222: Nguyen, D., Anderson, D., Langer,R., and Mahon, K., Modulation of the immune response, pending.

813.   US Patent 20120089414: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Specialty stents with flow control features or the like, pending.

814.   US Patent 20120107241: Edwards, D., Langer, R., Vanbever, R., Mintzes, J., Wang, J., Chen, D., Particles for inhalation having sustained release properties, pending.

815. US Patent 20120109039: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device, system, and method for controllably reducing inflammatory mediators in a subject, pending.

816. US Patent 20120121510: Brem, R., Kohane, D., Langer, R., Localized therapy following breast cancer surgery, pending.

817. US Patent 20120128422: Alamaro, M., Emanuel, K. and Langer, R., Surface film distribution system and method thereof, pending.

818. US Patent 20120136270: Leuthardt, E., Langer, R., Wood, L., Hyde, R., Lord, R., Sweeney, E., Tegreene, C., Methods and systems for presenting an inhalation experience, pending.

819. US Patent 20120156135: Farokhzad, O., Salvador-Morales, C., Gao, W., Zhang, L., Chan, J., Langer, R., Particles with multiple functionalized surface domains, pending.

820. US Patent 20120195943: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone delivery device, pending.

821. US Patent 20120202742: Ron, E., Langer, R., Crowley, W., Methods and devices for the sustained release of multiple drugs, pending.

822. US Patent 20120213708: Anderson, D., Langer, R., Dang, T., Hydrogel encapsulated cells and anti-inflammatory drugs, pending.

823. US Patent 20120223293: Borenstein, J., Bettinger, C., Langer, R., Kaplan, D., Biodegradable electronic devices, pending.

824. US Patent 20120238944: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject, pending.

825. US Patent 20120238945: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject, pending.

826. US Patent 20120238948: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for actively removing a target cell from blood or lymph of a vertebrate subject, pending.

827. US Patent 20120251560: Kahlman, J., Schroeder, A., Anderson, D., Langer, R., Levins, C., Conjugated lipomers and uses thereof, pending.

828. US Patent 20120269761: Bettinger, C., Bruggeman, J., Ferreira, L., Karp, J., Langer, R., Nijst, C., Zumbuehl, A., Burdick, J. and Kim, S., Biodegradable elastomers, pending.

829. US Patent 20120271228: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Substance delivery system, pending.

830. US Patent 20120289943: Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic pump with remotely controlled osmotic flow rate, pending.

831. US Patent 20120308650: Vegas, A., Ma, M., Bratlie, K., Anderson, D., Langer, R., Modified alginates for cell encapsulation and cell therapy, pending.

832. US Patent 20130004522: Dvir, T., Kohane, D., Banghart, M., Langer, R., Phototriggered nanoparticles for cell and tissue targeting, pending.

833. US Patent 20130017265: Farokhzad, O., Kolishetti, N., Dhar, S., Lippard, S., Langer, R., Valencia, P., Particles for multiple agent delivery, pending.

834. US Patent 20130018665: Jung, E., Langer, R., Leuthardt, E., Levien, R., Lord, R., Malamud, M., Rinaldo, J., Tegreene, C., Wood, L., Specialty stents with flow control features or the like, pending.

835. US Patent 20130039966: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone semi-permeable device, pending.

836. US Patent 20130041467: Zeitels, S., Hillman, R., Karajanagi, S., Langer, R., Methods and systems of matching voice deficits with a tunable mucosal implant to restore and enhance individualized human sound and voice production, pending.

837. US Patent 20130066045: Bellan, L., Langer, R., Cropek, D., pH-sensitive sacrificial materials for the microfabricatin of structures, pending.

838. US Patent 20130101637: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone semi-permeable device, pending.

839. US Patent 20130101638: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone semi-permeable device, pending.

840. US Patent 20130101639: Harlow, E., Jung, E., Langer, R., Leuthardt, E., Wood, L., Bone semi-permeable device, pending.

841.   US Patent 20130109934: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for passively removing a target component from blood or lymph of a vertebrate subject, pending.

842.   US Patent 20130112897: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Karen, J., Langer, R., Lieberman, E., Leuthardt, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Systems, devices, methods, and compositions including fluidized x-ray shielding compositions, pending.

843.   US Patent 20130112898: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Karen, J., Langer, R., Lieberman, E., Leuthardt, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Systems, devices, methods, and compositions including fluidized x-ray shielding compositions, pending.

844.   US Patent 20130112924: Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Karen, J., Langer, R., Lieberman, E., Leuthardt, E., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Systems, devices, methods, and compositions including fluidized x-ray shielding compositions, pending.

845.   US Patent 20130131627: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device for a passively removing a target component from blood or lymph of a vertebrate subject, pending.

846.   US Patent 20130142781: Langer, R., O'Shea, R., Slotkin, J., Reynolds, F., Aimetti, A., Hess, B., Peg based hydrogel for peripheral nerve injury applications and compositions and methods of use of synthetic hydrogel sealants, pending.

847.   US Patent 20130149318: Reynolds, F., Langer, R., Slotkin, J., Wirth, E., O'Shea, T., Aimetti, A., Painting the pia, arachnoid, and spinal cord parenchyma, pending.

848.   US Patent 20130158021: Dong, Y., Love, K., Langer, R., Anderson, D., Chen, D., Chen, Y., Vagas, A., Alabi, A., Zhang, Y., Amino acid-,peptide- and polypeptide-lipids, isomers, compositions, and uses thereof, pending.

849.   US Patent 20130165772: Traverso, C., Schroeder, A., Polat, B., Schoellhammer, C., Blankschtein, D., Anderson, D., Langer, R., Microneedle devices and uses thereof, pending.

850.   US Patent 20130196948: Fisher, O., Levins, C., Langer, R., Anderson, D., Polymers for biomaterials and therapeutics, pending.

851.   US Patent 20130197417: Hyde, R., Ishikawa, M., Jung, E., Langer, R., Leuthardt, E., Myhrvold, N., Sweeney, E., Wood, L., Device, system, and method for controllably reducing inflammatory mediators in a subject, pending.

852.   US Patent 20130231412: Langer, R., Karp, J., Nunes-Pereira, M., Ouyang, B., Ferreira, L., Sarkar, D., Urethane-crosslinked biodegradable elastomers, pending.

853.   US Patent 20130234367: Williams, M., Wang, Y., Langer, R., Highly convertible endolumenal prostheses and methods of manufacture, pending.

854.   US Patent 20130236533: von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

855.   US Patent 12,239,136: Cheng, J., Farokhzad, O., Langer, R., Teply, B. and Zale, S., System for targeted delivery of therapeutic agents, pending.

856.   US Patent 20140037736: Shi, J., Alexis, F., Iannacone, M., Moseman, E., Basto, P., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics, pending.

857.   US Patent MIT Case 16055J, PCT Application No. PCT/US2014/030563: Kamaly, N., Zhang, X., Xu, Z., Fredman, G., Ma, M., Valencia, P., Langer, R., Tabas, I. and Farokhzad, O., Treatment of atherosclerosis by inflammation resolution nanotherapy, pending.

858.   US Patent 61,100,127: Pritchard, C., Langer, R., Reynolds, F., Woodard, E., Spinal cord injury, inflammation, and immune-disease: local controlled release of therapeutic agents, pending

859.   US Patent 61,864,069, PCT/US2014/035927: Anderson, D., Zhen, G., Aimetti, A. and Langer, R., Injectable nano-network gels for diabetes treatment, pending.

860.   US Patent MIT Case 16920: Kohane, D., Langer, R. and Wang, W., Shielding bioactive ligands within polymeric nanoparticles using a hydrophobic photoremovable group, pending.

861.   US Patent BWH 21933.02: Freilich, J., Laulicht, B., Langer, R. and Karp, J., Safely ingestible button batteries, pending.

862.   US Patent 14,071,482: Ma, M., Guo, L., Anderson, D., Farokhzad, O. and Langer, R., Polymer composite actuator and generator driven by water gradients, pending.

863.   US Patent 14,116,628: Schroeder, A., Traverso, C., Polat, B., Whitehead, K., Anderson, D., Langer,R. Schoellhammer, C. and Blankschtein, D., Method and apparatus for delvering a substance, pending.

864.  US Patent 61,733,366: Heller, D., Wallas, J., Levi, Y., Pratt, G., Anderson, D. and Langer, R., Modular polymer hydrogel nanoparticles and methods of their manufacture, pending.

865.  US Patent 61,866,972: Sharei, A., Adalsteinsson, V., Cho, N., Langer, R., Love, J., Jensen, K, Size selective tagging of cells in a microfluidic device, pending.

866.  US Patent 61,892,273:  Xu, X., Zhang, X., Farokhzad, O. and Langer, R., Cationic nanoparticles for co-delivery of nucleic acids and therapeutic agents, pending.

867.  US Patent 61,909,663:  Pridgen, E., Alexis, F., Langer, R., and Farokhzad, O., Receptor targeted nanoparticles for enhanced transcytosis mediated drug delivery, pending.

868.  US Patent MIT Case 16924: Langer, R. and Anderson, D., Modified poly (ether sulfone) materials with improved angiogenic responses *in vivo*, pending.

869.  US Patent MIT Case 16925:  Khan, O., Langer, R., and Anderson, D., Methodology for producing insulin secreting devices using a modular approach, pending.

870.  US Patent 14,209,697 MIT Case 16836: Aimetti, A., O'Shea, T., Langer, R., Zhang, X., Crosslinkable trehalose for the covalent incorporation in hydrogels and methods of use, pending.

871.  US Patent MIT Case 14649: Anderson, D., Dahlman, J., Langer, R., Levins, C. and Schroeder, A., Lipomer nanoparticles for highly efficient siRNA delivery, pending.

872.  US Patent MIT Case 13661:  Anderson, D., Langer, R., Levins, C., Love, K., Mahon, K. and Whitehead, K., 1,2-aminoalcohol lipidois (II), pending.

873.  US Patent MIT Case 10172:  Akinc, A., Anderson, D., Langer, R. and Lynn, D., Semi-automated synthesis and screening of a large library of degradable cationic polymers for gene delivery, pending.

874.  US Patent MIT Case 14910:  Alabi, A.C., Anderson, D., Chen, D., Chen, Y., Dong, Y., Langer, R., Love, K., Vegas, A. and Zhang, Y., Amino acid, peptide, polypeptide-lipids (APPL) derivatives and uses thereof, pending.

875.  US Patent MIT Case 16782: Anderson, D., Dahlman, J. and Langer, R., Small poly- and oligoamine based materials and uses thereof, pending.

876.  US Patent 61,940,732, MIT Case 16596, BWH 22291: Xue, Y., Xu, X., Zhang, X., Langer, R. and Farokhzad, O., Targeted nanoparticle compositions and methods of their use to treat obesity, pending.

877.  US Patent 61,836,998: Langer, R., Kohane, D., Lim, D., Nanoparticles comprising gold and oxidized grapheme and related systems and methods, pending.

878.  US Patent 13,980,503 MIT Case 14675: Karp, J., Cho, W., Laulicht, B., Ankrum, J., Karnik, R. and Langer, R., Device and uses thereof, pending.

879.  US Patent 61,808,080:  Radovic-Moreno, A., Puscasu, V., Lu, T. and Langer, R., Polymeric nanoparticles for antibacterial applications, pending.

880.  US Patent MIT Case 15907J: Farokhzad, O., Kamaly, N., Langer, R., Ma, M., Valencia, P., Xu, X., Zhang, X., Multimodal nanoparticles for targeted drug delivery and imagine, pending.

881.  US Patent MIT Case 15916J: Anderson, R., Farokhzad, O., Langer, R., Radovic-Moreno, A., Valencia, P., Polymeric nanospheres for skin care, pending.

882.  US Patent MIT Case 16067J: Basto, P., Farokhzad, O., Langer, R., Radovic-Moreno, A., Valencia, P., Method for modulating the immune system using adjuvant-loaded nanoparticle-bacteria constructs, pending.

883.  US Patent MIT Case 16457J: Chopra, S., Farokhzad, O., Gilson, L., Karnik, R., Lim, J., Swami, A., Method for high-throughput synthesis of nanoparticles in a coaxial turbulent jet mixer, pending.

884.  US Patent MIT Case 17002J: Bellinger, A., Diciccio, A., Glettig, D., Langer, R., Traverso, C., Zhang, S., Eckhoff, P., Gates, W., Nikolic, B., Wood, L., Self-assembling drug delivery devices for gastrointestinal retention, pending.

885.  US Patent MIT Case 17009J: Wood, L., Walton, E., Traverso, C., Nikolic, B., Langer, R., Gates, W., Eckhoff, P., Diciccio, A., Bellinger, A., Dynamic network materials for bio-applications, pending.

886.  US Patent MIT Case 17010: Langer, R., Brandl, F., Bertrand, N., Binding of molecules on the surface of nanomaterials and biomedical, biological or environmental applications thereof, pending.

887.  US Patent MIT Case 15743K: Anderson, D., Chou, C., Webber, M., Tang, B., Levi, Y., Zhang, Y., Kanasty, R., Vegas, A., Langer, R., Insulin derivatives for diabetes treatment, pending.

888.  US Patent MIT Case 17013J: Bellinger, A., Glettig, D., Langer, R., Traverso, C., Zhang, S., Eckhoff, P., Gates, W., Nikolic, B., Wood, L., pending.

889.  US Patent MIT Case 15983J, Pereira, M., Cho, W., Langer, R., Karp, J., Adhesive articles containing a combination of surface micropatterning and reactive chemistry and methods of making and using thereof, pending.

890. US Patent MIT Case 14438: Lee, H., Lytton-Jean, A., Park, A., Langer, R., Anderson, D., Delivery system, pending.

891. US Patent MIT Case 9487: Hammond-Cunningham, P., Langer, R. Lynn, D. and Vazquez, E., Assembly of degrable thin films via layer-by-layer deposition of degrabable polyelectrolytes, pending.

892. US Patent MIT Case 14057: Anderson, D., Dorkin, J., Langer, R., Vegas, A. and Whitehead, K., Amino-amidine based polymers for drug delivery, pending.

893. US Patent MIT Case 9042: Amiji, M., Anderson, D., Langer, R., Lynn, D and Putnam, D., Drug delivery system comprising amine-containing poly(esters), pending.

894. US Patent 20140161830: Anderson, D., Whitehead, K., Dorkin, R., Vegas, A., Zhang, Y. and Langer, R., Amine-containing lipidoids and uses thereof, pending.

895. US Patent MIT Case 16153J: Clark, J., Edelman, E., Indolfi, L., Langer, R. and Ting, D., Device and method for maintaining biliary patency and providing local chemotherapy in pancreatic cancer, pending.

896. US Patent MIT Case 17245J: Langer, R., Jain, R., Tong, R., Chen, I. and Chauhan, V., pH-sensitive nanoparticles for the delivery of angiotensin blocker receptor and other therapeutics, pending.

897. US Patent 13,950,804: Cheng, J., Farokhzad, O., Langer, R., Teply, B. and Zale, S., System for targeted delivery of therapeutic agents, pending.

898. US Patent 14,084,424: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, E., von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjuvant incorporation in immunonanotherapeutics, pending.

899. US Patent MIT Case 17719: Langer, R., Appel, E. and Tibbitt, M, Injectable hydrogels with dual-stage crosslinking and their uses, pending.

**AUSTRALIAN PATENTS PENDING**

900. Australian Patent 1987081029: Yang, V., Langer, R., Cooney, C., Bernstein, H., Neutralizing anticoagulant activities of low molecular weight heparin, pending.

901. Australian Patent 1988022551: Domb, A., Langer, R., Mathiowitz, E., Giannos, S., Kothari, R., Ron, E., One-step polymerization of polyanhydrides, pending.

902. Australian Patent 1988022580: Langer, R., Domb, A., Polyanhydrides with imporoved hydrolytic degradation properties, pending.

903. Australian Patent 1988023018: Langer, R., Domb, A., Unsaturated polyanhydrides, pending.

904. Australian Patent 1992029007: Atala, A., Langer, R., Freeman, M., Vacanti, J., Neomorphogenesis of urological structures in vivo from cell culture, pending.

905. Australian Patent 1993031299: Rosenberg, R., Simons, M., Dekeyser, J., Langer, R., Edelman, E., Localized oligonucleotide therapy, pending.

906. Australian Patent 1993049241: Varady, L., Schefer, S., Langer, R., Afeyan, N., Quantitative measurement of LDL, pending.

907. Australian Patent 1994078001: Langer, R., Andrianov, A., Hydrophobic polymeric microparticles, pending.

908. Australian Patent 1997020631: Edwards, D., Langer, R., Deaver, D., Materials and methods for enhancing cellular internalization, pending.

909. Australian Patent 1997044264: Berde, C., Castillo, J., Curley, J., Langer, R., Formulations and methods for providing prolonged local anesthesia, pending.

910. Australian Patent 1998073890: Kohane, D., Lange,r R., Strichartz, G., Berde, C., Local anesthetic formulations, pending.

911. Australian Patent 1998086810: Shastri, V., Seidel, J., Langer, R., Martin, I., Three-dimensional polymer matrices, pending.

912. Australian Patent 1999021759: Shakesheff, K., Langer, R., Cannizzaro, S., Patel, N., Surface coating in spatially controlled patterns, pending.

913. Australian Patent 1999033527: Rupnick, M., Folkman, J., Langer, R., Method for regulating size and growth of vascularized normal tissue, pending.

914. Australian Patent 2000034649: Riesle, J., Langer, R., Papadaki, M., Van Blitterswijk, C., Muscle tissue engineering, pending.

915. Australian Patent 2000065023: Putnam, D., Langer, R., Galakatos, N., Chen, H., Sample arrays and high-throughput testing thereof to detect interactions, pending.

916. Australian Patent 2002211629: Ausiello, D., Santini, J., Herman, S., Sheppard, N., Langer, R., Cima, M., Microchip reservoir devices using wireless transmission of power and data, pending.
917. Australian Patent 2002319636: Lahann, J., Langer, R., Jensen, K., Reactive polymer coatings, pending.
918. Australian Patent 2002353013: Johnson, A., Langer, R., Cima, M., Microscale lyophilization and drying methods for the stabilization of molecules, pending.
919. Australian Patent 2002353881: Lynn, D., Langer, R., Hammond, P., Vazquez, E., Methods of making decomposable thin films of polyelectrolytes and uses thereof, pending.
920. Australian Patent 2002365147: Lahann, J., Mitragotri, S., Langer, R., Switchable surfaces, pending.
921. Australian Patent 2002365921: Ameer, G., Wang, Y., Langer, R., Biodegradable polymer, pending.
922. Australian Patent 2003212962: Lee, P., Shastri, V., Mitragotri, S., Langer, R., Transdermal drug delivery systems, pending.
923. Australian Patent 2003222660: Langer, R., Lendlein, A., Biodegradable shape memory polymeric sutures, pending.
924. Australian Patent 2003226095: Itskovitz-Eldor, J., Levenberg, S., Langer, R., Amit, M., Endothelial cells derived from human embryonic stem cells, pending.
925. Australian Patent 2003296891: Langer, R., Anderson, D., Production of polymeric microarrays, pending.
926. Australian Patent 2003297839: Lavik, E., Itskovitz-Eldor, J., Levenberg, S., Langer, R., Huang, N., Engineering three-dimensional tissue structures using differentiating embryonic stem cells, pending.
927. Australian Patent 2003298837: Langer, R., Kohane, D., Prolonged suppression of electrical activity in excitable tissues, pending.
928. Australian Patent 2003298993: Chau, Y., Langer, R., Polymer-linked-drug conjugates for targeted drug delivery, pending.
929. Australian Patent 2006206274: Westphal, C., Langer, R., Milburn, M., Sinclair, D., Use of sirtuin-activating compounds for treating flushing and drug induced weight gain, pending.
930. Australian Patent 2007204617: Zumbuehl, A., Nijst, C., Bettinger, C., Burdick, J., Kim, S., Bruggeman, J., Da Silva-Ferreira, L., Langer, R., Karp, J., Biodegradable elastomers, pending.
931. Australian Patent 2008326454: Zumbuehl, A., Bettinger, C., Carter, D., Chan, E., Langer, R., Karp, J., Ferreira, L., Alborz, M., Borenstein, J., Adhesive articles, pending.
932. Australian Patent 2008360388: Langer, R., Saigal, R., Teng, Y., Woodard, E., Medical devices for use in the surgical treatment of hyperproliferative diseases affecting the spinal cord, pending.
933. Australian Patent 2009296394: Pritchard, C., Langer, R., Reynolds, F., Woodard, E., Spinal cord injury, inflammation, and immune-disease: local controlled release of therapeutic agents, pending.
934. Australian Patent 2009311667: Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., Anderson, D., Aminoalcohol lipidoids and uses thereof, pending.
935. Australian Patent 2009313304: Ron, E., Crowley, W., Langer, R., Biswas, S., Baca, Q., Tashjian, A., Devices and emthods for treating and/or preventing diseases, pending.
936. Australian Patent 2010300629: Dvir, R., Kohane, D., Banghart, M., Langer, R., Phototriggered nanoparticles for cell and tissue targeting, pending.
937. Australian Patent 2011200304: Langer, R., Williams, M., Wang, Y., Highly convertible endolumenal prostheses and methods of manufacture, pending.
938. Australian Patent 2011329638: Jain, R., Boucher, Y., Chauhan, V., Diop-Frimpong, B., Krane, S., Crane, A., Langer, R., Novel compositions and uses of anti-hypertension agents for cancer therapy, pending.
939. Australian Patent 2012227370: Langer, R., Teng, Y., Saigal, R., Methods and compositions for the treatment of open and closed wound spinal cord injuries, pending.
940. Australian Patent 2013203785: Rubing-Bejerano, I., Fink, G., Abeijon, C., Kohane, D., Fuller, J., Langer, R., Immunomodulating compositions and methods of use thereof, pending.
941. Australian Patent 2013206461: von Andrian, U., Farokhzad, O., Langer, R., Zhang, L., Basto, P., Alexis, F., Moseman, E., Iannacone, M., Junt, T., Vaccine nanotechnology, pending.

**BRAZILIAN PATENTS PENDING**

942. Brazilian Patent: Alexis, F., Bratzler, R., Farokhzad, O., Junt, T., Von Andrian, U., Iannacone, M., Moseman, A., Preminger, M., Basto, P., Zhang, L. and Langer, R., Vaccine nanotechnology, pending.

## CANADIAN PATENTS PENDING

943.  Canadian Patent 2,074,725: Moses, M., Sudhalter, J., Langer, R., Method and Compositions for Inhibiting Angiogenesis, pending.

944.  Canadian Patent 2,082,411: Rosenberg, R., Simons, M., Edelman, E., Langer, R., Dekeyser, JL., Localized Oligonucleotide Therapy, pending.

945.  Canadian Patent 2,091,583: Zohar, Y., D'Emanuele, A., Kost, J., Langer, R., Ultrasound-Mediated Administration of Compounds into Aquatic Animals, pending.

946.  Canadian Patent 2,121,040: Stein, J., Gilbert, J., Ingber, D., Langer, R., Vacanti, J., Prevascularized Polymeric Implants for Organ Transplantation, pending.

947.  Canadian Patent 2,145,389: Varady, L., Afeyan, N., Langer, R., Schefer, S., Quantitative Measurement of LDL, pending.

948.  Canadian Patent 2,150,263: Sasisekharan, R., Lohse, D., Cooney, C., Linhardt, R., Langer, R., Purification, Composition and Specificity of Heparinase I, II, and III from Flavobacterium Heparinum, pending.

949.  Canadian Patent 2,167,920: Domb, A., Gref, R., Minamitake, Y., Peracchia, M., Langer, R., Nanoparticles and Microparticles of Non-Linear Hydrophilic-Hydrophobic Multiblock Copolymers, pending.

950.  Canadian Patent 2,172,040: Andrianov, A., Langer, R., Hydrophobic Polymeric Microparticles, pending.

951.  Canadian Patent 2,176,934: Sasisekharan, R., Moses, M., Nugent, M., Cooney, C., Langer, R., Method for Inhibiting Angiogenesis Using Heparinase, pending.

952.  Canadian Patent 2,200,984: Mitragotri, S., Pliquett, U., Weaver, J., Blankschtein, D., Johnson, M., Pishko, M., Kost, J., Langer, R., Enhanced Transdermal Transfer Using Ultrasound, pending.

953.  Canadian Patent 2,220,180: Langer, R., Berde, C., Prolonged Nerve Blockage by the Combination of Local Anesthetics and Glucocorticoids, pending.

954.  Canadian Patent 2,235,223: Langer, R., Cooney, C., Ernst, S., Venkataraman, G., Sasisekharan, R., Godavarti, R., Rationally Designed Polysaccharide Lyases Derived from Heparinase I, pending.

955.  Canadian Patent 2,265,561: Castillo, J., Berde, C., Curley, J., Langer, R., Formulations and Methods for Providing Prolonged Local Anesthesia, pending.

956.  Canadian Patent 2,278,450: Curley, J., Lunsford, L., Langer, R., Hedley, M., Microparticles for Delivery of Nucleic Acid, pending.

957.  Canadian Patent 2,316,945: Langer, R., Lendlein, A., Shape Memory Polymers, pending.

958.  Canadian Patent 2,319,216: Shakesheff, K., Langer, R., Cannizzaro, S., Patel, N., Surface Coating in Spatially Controlled Patterns, pending.

959.  Canadian Patent 2,344,399: Martin, I., Freed, L., Langer, R., Vunjak-Novakovic, G., Use of Growth Factors and Hormomes for Expansion of Mammalian Cells and Tissue Engineering, pending.

960.  Canadian Patent 2,358,001: Lake, H., Moore, W., Langer, R., Cipera, W. and Moidu, M., Magnetic clamp for holding ferromagnetic elements during connection, pending.

961.  Canadian Patent 2,365,851: Galakatos, N., Langer, R., Putnam, D., Formulation Arrays and Use Thereof, pending.

962.  Canadian Patent 2,366,931: Riesle, J., Langer, R., Van Blitterswijk, C., Papadaki, M., Muscle Tissue Engineering, pending.

963.  Canadian Patent 2,379,160: Putnam, D., Chen, H., Langer, R., Galakatos, N., Sample Arrays and High-Throughput Testing Thereof to Detect Interactions, pending.

964.  Canadian Patent 2,409,782: Langer, R., Yue, I., Shastri, V., Drug Delivery Composition and Device, pending.

965.  Canadian Patent 2,480,190: Langer, R., Amit, M., Itskovitz-Eldor, J., Levenberg, S., Endothelial Cells Derived from Human Embryonic Stem Cells, pending.

966.  Canadian Patent 2,450,720: Stevens, M., Langer, R., Shastri, V., In Vivo Bioreactors, pending.

967.  Canadian Patent 2,508,850: Levenberg, S., Itskkovitz-Eldor, J., Langer, R., Huang, N., Lavik, E., Engineering Three-Dimensional Tissue Structures Using Differentiating Embryonic Stem Cells, pending.

968.  Canadian Patent, 2,516,285: Langer, R., Lendlein, A., Self-Expanding Device for the Gastrointestinal or Urogenital Area, pending.

969.  Canadian Patent 2,527,722: Langer, R., Lynn, D.M., Anderson, D.G., Akinc, A., Biodegradable poly(beta-amino esters) and uses thereof, pending.

970.  Canadian Patent 2,535,769: Chau, Y and Langer, R., Polymer-Linker-Drug Conjugates for Targeted Drug Delivery, pending.

971. Canadian Patent 2,539,670: Levenberg, S., Langer, R., Anderson, D., Nanoliter-Scale Synthesis of Arrayed Biomaterials and Screening Thereof, pending.

972. Canadian Patent 2,543,277: Wang, Y., Langer, R., Williams, M., Highly Convertible Endolumenal Prostheses and Methods of Manufacture, pending.

973. Canadian Patent 2,554,075: Shastri, V., Langer, R., Baroli, B., Method of Protecting Sensitive Molecules from a Photopolymerizing Environment, pending.

974. Canadian Patent 2,595,486: Sinclair, D., Milburn, M., Langer, R.S., Westphal, C.H., Use of Sirtuin-Activating Compounds for Treating Flushing and Drug Induced Weight Gain, pending.

975. Canadian Patent 2,611,944: Anderson D.G., Zumbuehl, A., Leschchiner, E.S., Langer, R.S., Goldberg, M., Amine-containing lipids and uses thereof, pending.

976. Canadian Patent 2,636,817: Bettinger, C., Karp, J., Kim, S.J., Langer, R.S., Zumbuehl, A., Bruggeman, J., Da Silva-Ferreira, L., Nijst, C., Burdick, J., Biodegradable Elastomers, pending.

977. Canadian Patent 2,650,804: Langer, R., Saigal, R. and Teng, Y., Methods and compositions for the treatment of open and closed wound spinal cord injuries, pending.

978. Canadian Patent 2,652,280: Langer, R., Teply, B., Gu, F., Farokhzad, O., Polymers for functional particles, pending.

979. Canadian Patent 2,654,302: Burdick, J., Langer, R., Anderson, D., Crosslinked, degradable polymers and uses thereof, pending.

980. Canadian Patent 2,655,168: Ferreira, L., Stephanopoulos, G., Zumbuehl, A., Langer, R., Loose, C., O'Shaughnessy, W., Medical devices and coatings with non-leaching antimicrobial peptides, pending.

981. Canadian Patent 2,656,551: Bangera, M.G., Hood, L.E., Hyde, R.A., Jung, E.K.Y., Langer, R., Sweeney, E.A., Wood, L.L., Wood, V.Y.H., Methods for altering cellular susceptibility to infection, pending.

982. Canadian Patent 2,658,768: Zugates, G.T., Zumbuehl, A., Langer, R.S., Anderson, D.G., End-modified poly(beta-amino esters) and uses thereof, pending.

983. Canadian Patent 2,701,034: Karnik, R., Hong, S., Mei, Y., Anderson, D., Karp, J., Langer, R., Bose, S., Cell rolling separation, pending.

984. Canadian Patent 2,706,341: Karp, J., Alborz, M., Ferreira, L., Carter, D., Zumbuehl, A., Borenstein, J., Chan, E., Bettinger, C., Langer, R., Adhesive Articles, pending.

985. Canadian Patent 2,714,069: Slocum, A., Bassett, E., Karp, J.M., Langer, R., Farokhzad, O.C., Methods and devices for sensing tissues and tissue compartments, pending.

986. Canadian Patent: 2,140,155: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, A., Von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjuvant incorporation in immunonanotherapeutics, pending.

987. Canadian Patent 2,702,083: von Andrian, U.H., Farokhzad, O.C., Langer, R.S., Junt, T., Moseman, A., Zhang, L., Basto, P., Iannacone M., Alexis, F., Vaccine Nanotechnology, pending.

988. Canadian Patent 2,733,252: Langer, R., Saigal, R., Teng, Y., Woodard, E., Medical devices for use in the surgical treatment of hyperproliferative diseases affecting the spinal cord, pending.

989. Canadian Patent 2,738,766: Pritchard, C., Langer, R., Reynolds, F., Woodard, E., Spinal cord injury, inflammation, and immune-disease: local controlled release of therapeutic agents, pending.

990. Canadian Patent 2,739,147: Ron, E., Crowley, W., Langer, R., Biswas, S., Baca, Q., Tashjian, A., Devices and methods for treating and/or preventing diseases, pending.

991. Canadian Patent 2,740,162: Shi, J., Alexis, F., Iannacone, M., Moseman, A., Basto, P., Langer, R., Farokhzad, O., Von Adrian and Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics, pending.

992. Canadian Patent 2,740,248: Iannacone, M., Von Andrian, U., Farokhzad, O., Alexis, F., Basto, P., Shi, J., Langer, R. and Tonti, E., Nicotine Immunonanotherapeutics, pending.

993. Canadian Patent 2,742,954: Mahon, K., Love, K., Levins, C., Whitehead, K., Langer, R., Anderson, D., Aminoalcohol lipidoids and uses thereof, pending.

994. Canadian Patent 2,780,137: Dvir, T., Augst, A., Preminger, M., Kohane, D., Banghart, M. and Langer, R., Phototriggered nanoparticles for cell and tissue targeting, pending.

995. Canadian Patent 2,817,250: Jain, R., Boucher, Y., Chauhan, V., Diop-Frimpong, B., Krane, S., Crane, A., Langer, R., Novel compositions and uses of anti-hypertension agents for cancer therapy, pending.

996. Canadian Patent 2,827,158: Karp, J., Cho, W., Laulicht, B., Ankrum, J., Karnik, R., Langer, R., Deployable barbed microneedle array and uses thereof, pending.

997.   Canadian Patent 2,837,558: US Patent 20120308650: Vegas, A., Ma, M., Bratlie, K., Anderson, D., Langer, R., Modified alginates for cell encapsulation and cell therapy, pending.

**CHINESE PATENTS PENDING**

998.   Chinese Patent 200980149915.6: Iannacone, M., Von Andrian, U., Farokhzad, O., Alexis, F., Basto, P., Shi, J., Moseman, A., Langer, R., Tonti, E., Nicotine immunonanotherapeutics, pending.

999.   Chinese Patent 200980150137.2: Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, A., von Andrian, U., Langer, R., Farokhzad, O. and Tonti, E., Adjuvant incorporation in immunonanotherapeutics, pending.

1000.  Chinese Patent 200880118048.5: Bose, S., Karnik, R., Hong, S., Mei, Y., Anderson, D., Karp, J. and Langer, R., Cell rolling separation, pending.

**CZECH REPUBLIC PATENTS PENDING**

1001.  Czech Republic Patent No. 2000-3071: Langer, R., Shape Memory Polymers, pending.

**EUROPEAN PATENTS PENDING**

1002.  European Patent 0,868,508A: AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE: Shastri, V, Schmidt, C., Langer, R., Vacanti, J., Neuronal Stimulation Using Electrically Conducting Polymers, pending.

1003.  European Patent 1,401,918: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NI, PT, SE, TR, Amiji, M., Anderson, D., Langer, R., Lynn, D., Putnam, D., Biodegradable poly(beat-amino esters) and uses thereof, pending.

1004.  European Patent 1,501,424: Langer, R., Lendlein, A., AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LI, LU, MC, NL, PT, RO, SE, SI, Biodegradable shape memory polymeric sutures, pending.

1005.  European Patent 1,594,475: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, BG, BR, HU, IE, IT, LI, LU, MC, NL, PT, RO, SE, Lendlein, A., Langer, R., Self-expanding device for the gastrointestinal or urogenital area, pending.

1006.  European Patent 1,690,527: AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LI, LU, MC, NL, PT, SE, TR, Santini, J., Hutchinson, C., Uhland, S., Cima, M., Langer, R., Ausiello, D., Microfabricated devices for the delivery of molecules into a carrier fluid, pending.

1007.  European Patent 1,691,723, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR, Williams, M., Langer, R., Wang, Y., Highly convertible endoluminal prostheses and methods of manufacture, pending.

1008.  European Patent 1,912,679: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR, Anderson, D., Zumbuehl, A., Leshchiner, E., Langer, R., Goldberg, M., Amine-containing lipids and uses thereof, pending.

1009.  European Patent 1,945,187: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR, Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic pump with remotely controlled osmotic pressure generation, pending.

1010.  European Patent 1,966,168: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, ML, PL, PT, RO, SE, SI, SK , TR, Hood, L., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Acoustically controlled substance delivery device, pending.

1011.  European Patent 2,007,435: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, PL, PT, RO, SE, SI, SK, TR, Farokhzad, O., Cheng, J., Tepley, B., Langer, R., Zale, S., System for targeted delivery of therapeutic agents, pending.

1012.  European patent 2,010,117: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, PL, PT, RO, SE, SI, SK, TR, Yeo, Y., Ito, T., Langer, R., Kohane, D., Kodokian, G., Compositions and methods for inhibitin adhesions, pending.

1013.  European Patent 2,010,232: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, PL, PT, RO, SE, SI, SK, TR, Langer, R., Saigal, R, Teng, Y., Methods and compositions for the treatment of open and closed wound spinal cord injuries, pending.

1014.  European Patent 2,019,691: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, PL, PT, RO, SE, SI, SK, TR, Gu, F., Teply, B., Langer, R., Farokhzad, O., Polymers for functional particles, pending.

1015.   European Patent 2,075,015: CH, DE, FR, GB, LI, Niklason, L., Gao, J., Langer, R., Tissue-engineered constructs, pending.

1016.   European Patent 2,109,883: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR, Kononchuk, O., Letertre, F., Langer, R., Method of fabrication of highly heat dissipative substrates, pending.

1017.   European Patent 2,134,830: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Moretti, M., Freed, L., Langer, R., Oscillating cell culture bioreactor, pending.

1018.   European Patent 2,144,600: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Alexis, F., Zhang, L., Radovic-Moreno, A., Gu, R., Basto, P., Levy-Nissenbaum, E., Chan, J., Langer, R., Farokhzad, Poly (amino acid) targeting moieties, pending.

1019.   European Patent 2,205,725: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Karnik, R., Hong, S., Mei, Y., Anderson, D., Karp, J., Langer, R., Bose, S., Cell rolling separation, pending.

1020.   European Patent 2,214,590: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Karp, J., Alborz, M., Ferreira, L., Carter, D., Zumbuehl, A., Borenstein, J., Chan, E., Bettinger, C., Langer, R., Adhesive articles, pending.

1021.   European Patent 2,217,269: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

1022.   European Patent 2,341,953: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Zeitels, S., Hillman, R., Karajanagi, S., Langer, R., Hydrogels for vocal and soft itssue augmentation and repair, pending.

1023.   European Patent 2,344,185: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Alexis, F., Iannacone, M., Shi, J., Basto, P., Moseman, E., von Andrian, U., Langer, R., Farokhzad, O., Tonti, E., Adjuvant incorporation in immunonanotherapeutics, pending.

1024.   European Patent 2,344,186: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Iannacone, M., Alexis, F., Basto, P., Moseman, A., Shi, J., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Immunonanotherapeutics that provide IgG humoral response without t-cell antigen, pending.

1025.   European Patent 2,344,187: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Shi, J., Alexis, F., Iannacone, M., Moseman, A., Basto, P., Langer, R., FArokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics, pending.

1026.   European Patent 2,346,515: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Pritchard, C., Langer, R., Reynolds, F. Woodard, E., Spinal cord injury, inflammation, and immune-disease: local controlled release of therapeutic agents, pending.

1027.   European Patent 2,346,528: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Iannacone, M., von Andrian, U., Farokhzad, O., Alexis, F., Basto, P., Shi, J., Moseman, E., Langer, R., Tonti, E., Nicotine immunonanotherapeutics, pending.

1028.   European Patent 2,352,544: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Ron, E., Crowley, W., Langer, R., Bisaws, S., Baca, Q., Tashjian, A., Devices and methods for treating and/or preventing diseases, pending.

1029.   European Patent 2,365,962: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Mahon, D., Love, K., Levins, C., Whitehead, K., Langer, R., Anderson, D., Aminoalcohol lipidoids and uses thereof, pending.

1030.   European Patent 2,394,657: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

1031. European Patent 2,425,264: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Eckhoff, P., Gates, W., Hagelstein, P., Hyde, R., Ishikawa, M., Kare, J., Langer, R., Leuthardt, E., Aiden, E., Malaska, S., Myhrvold, N., Schnall-Levin, M., Tegreene, C., Wood, L., Awarding standings to vehicle based upon one or more fuel utilization characteristics, pending.

1032. European Patent 2,457,451: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, Kohane, D., Yeo, Y., Given, P., Langer, R., Delivery and controlled release of encapsulated lopophilic nutrients, pending.

1033. European Patent 2,476,756: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR, Anderson, D., Zumbuehl, A., Leshchiner, E., Langer, R., Goldberg, M., Amine-containing lipids and uses thereof, pending.

1034. European Patent 2,482,922: AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR, Dvir, T., Kohane, D., Banghart, M., Langer, R., Phototriggered nanoparticles for cell and tissue targeting, pending.

1035. European Patent 2,512,522: AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR, Farokhzad, O., Kolishetti, N., Dhar, S., Lippard, S., Langer, R., Valencia, P., Particles for multiple agent delivery, pending.

1036. European Patent 2,609,135: AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR, Ma, M., Liu, W., Langer, R., Anderson, D., Poly(beta-amino alcohols), their preparation, and uses thereof, pending.

1037. European Patent 2,618,821: AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR, Karp, J., Vemula, P., Campbell, N., Syed, A., Zhang, s., Farokhzad, O., Langer, R., Nanostructured gels capable of controlled release of encapsulated agents, pending.

1038. European Patent 2,620,157: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

1039. European Patent 2,630,966: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

1040. European Patent 2,630,967: AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR, von Andrian, U., Farokhzad, O., Langer, R., Junt, T., Moseman, E., Zhang, L., Basto, P., Iannacone, M., Alexis, F., Vaccine nanotechnology, pending.

1041. European Patent 2,640,359: AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LI, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR, Jain, R., Boucher, Y., Chauhan, V., Diop-Frimpong, B., Krane, S., Crane, A., Langer, R., Novel compositions and uses of anti-hypertension agents for cancer therapy, pending.

**INTERNATIONAL PATENTS PENDING**

1042. International Application WO2013090861: Vegas, A., Whitehead, K., Anderson, D., Langer, R., Donkin, J., Apha-aminoamidine polymers and uses thereof, pending.

**ISRAELI PATENTS PENDING**

1043. Israel Patent 211145: Shi, J., Alexis, F., Iannacone, M., Moseman, E., Basto, P., Langer, R., Farokhzad, O., von Andrian, U., Tonti, E., Targeting of antigen presenting cells with immunonanotherapeutics, pending.

**JAPANESE PATENTS PENDING**

1044. Japanese Patent: Berde, C., Langer, R., Biodegradable Polymer Matrices for Sustained Delivery of Local Anesthetic Agents, pending.

1045. Japanese Patent: Cohen, S., Bano, C., Visscher, K., Chow, M., Allcock, H., Langer, R., Ionically Crosslinked Polymeric Microcapsules, pending.

1046. Japanese Patent: Domb, A., Langer, R., Golomb, G., Mathiowitz, E., Laurencin, C., Hydroxamic acid polymers formed from primary amide polymers, pending.

1047. Japanese Patent: Gref, R., Minamitake, Y., Langer, R., Biodegradable Particles, pending.
1048. Japanese Patent: Hannon, R., Thompson, R., Langer, R., Folkman, J., The Heparinase Assay, pending.
1049. Japanese Patent: Kost, J., Langer, R., Rowe, S. Ultrasound enhancement of transdermal drug, pending.
1050. Japanese Patent: Langer, R., Vacanti, J., Chimeric Neomorphogenesis of Organs by Controlled Cellular Implantation Using Artificial Matrices, pending.
1051. Japanese Patent: Langer, R., Murray, J., Moses, M., Collagenase Inhibitors, pending.
1052. Japanese Patent: Langer, R., Lees, R., Labeque, R., and Mullon, C., Lipoprotein Removal by Soluble Enzymes, pending.
1053. Japanese Patent: Laurencin, C., Gerhardt, T., Domb, A., Langer, R. Hayes, W., Bioerodible polymers for drug delivery in bone, pending.
1054. Japanese Patent: Lees, R., Langer, R., Mullon, C., Conlon, H., Reduction of low-density lipoprotein in biological fluids, pending.
1055. Japanese Patent: Rosenberg, R., Simons, M., DeKeyser, J-l, Edelman, E., Langer, R., Localized Oligonucleotide Therapy, pending.
1056. Japanese Patent: Sasisekharan, R., Nugent, M., Cooney, C., Moses, M., Langer, R., Method for Inhibiting Angiogenesis Using Heparinase, pending.
1057. Japanese Patent: Vacanti, J., Barrera, D., Lansbury, P., Langer, R., Biodegradable Polymers for Cell Transplantation, pending.
1058. Japanese Patent: Vacanti, J., Langer, R., Vacanti, C., Construction of cell-matrix structures for implantation to create connective tissues such as cartilage or bone, pending.
1059. Japanese Patent: Vacanti, J., Langer, R., Method for Implanting Large Volumes of Cells on Polymeric Matrices, pending.
1060. Japanese Patent: Vacanti, J., Langer, R., Chimeric Neomorphogenesis of Organs by Controlled Cellular Implantation using Artificial Matrices, pending.
1061. Japanese Patent: Vacanti, J., Langer, R., Ingber, D., Mikos, A., Implantation of a matrix which is vascularized and then seeded with cells to form a cell-matrix structure, pending.
1062. Japanese Patent: Vacanti, J., Langer, R., Implantation of cell-matrix structures in the mesentery and momentum, pending.
1063. Japanese Patent: Weaver, J., Powell, K., Langer, R., Transport of molecules across tissue using electroporation, pending.
1064. Japanese Patent: Zohar, Y., Langer, R., Ultrasound-Mediated Administration of Compounds into Aquatic Animals, pending.
1065. Japanese Patent: Lendlein, A., Langer, R., Shape Memory Polymers, pending.
1066. Japanese Patent: Anseth, K., Shastri, V.R. and Langer, R., Biodegradable polymer networks for use in orthopedic and dental applications, pending.
1067. Japanese Patent 2008540179: Tegreene, C. Jung, E., Hood, L., Wood, L., Ishikawa, M., Langer, R. and Wood, V., Osmotic pump with remotely controlled osmotic pressure generation, pending.
1068. Japanese Patent 2011-531219: Alexis, F., Basto, P., Farokhzad, O., Langer, R., Shi, J. and Cautreels, W, Immunonanotherapeutics that provide IgG humoral response without T-cell antigen, pending.
1069. Japanese Patent 201069008: Anderson, D., Langer, R., et al, Biodegradable poly(beta-amino esters) and usese thereof, pending.
1070. Japanese Patent 2010502337: Alexis, F., Zhang, L., Radovic-Moreno, A., Gu, R, Basto, F., Levy-Nissenbaum, E., Chan, J., Langer, R. and Farokhzad, O., Poly (amino acid) targeting moieties, pending.
1071. Japanese Patent 201413391: Anderson, D., Langer, R., et al, Biodegradable poly(beta-amino esters) and usese thereof, pending.

**KOREAN PATENTS PENDING**
1072. S. Korean Patent 20080066864: Hood, L., Ishikawa, M., Ishikawa, M., Jung, E., Langer, R., Tegreene, C., Wood, L., Wood, V., Osmotic pump with remotely controlled osmotic pressure generation, pending.

**MEXICAN PATENTS PENDING**
1073. Mexican Patent MX/A/2011/004859: Anderson, D., Langer, R., Levins, C., Love, K., Mahon, K. and Whitehead, K., Aminoalcohol lipidoids and uses thereof, pending.

**POLISH PATENTS PENDING**

1074.  Polish Patent: Langer, R., Shape Memory Polymers, pending.

**RUSSIAN PATENTS PENDING**

1075.  Russian Patent 2011118878/Federation Patent 2497542:  Shi, J., Alexis, F., Iannacone, M., Moseman, A., Basto, P., Langer, R., Farokhzad, O., von Andrian, U. and Tonti, E., pending.

1076.  Russian Patent 2011118879/Federation Patent 2496517:  Alexis, F., Iannacone, M., Shi, J.., Basto, P., Moseman, A., von Andrian, U., Langer, R., Farokhzad, O. and Tonti, E., pending.

**TURKISH PATENTS PENDING**

1077.  Turkish Patent: Langer, R., Shape Memory Polymers, pending.