**Bernd Wollschlaeger,MD,FAAFP,FASAM**
**Fellow, American Academy of Family Physicians &**
**American Society of Addiction Medicine & Certified Medical Review Officer**
**16899 NE 15th Avenue**
**North Miami Beach, FL 33162**
**E-Mail:  info@miamihealth.com**
**(305) 940-8717 (Phone)**
**(305) 940-8871 (Fax)**

## PROFESSIONAL EXPERIENCE:

06/98 – current   Owner and Medical Director
                  Aventura Family Health Center

10/97 -  06/98    Metropolitan Health Networks
                  Medical Director, Aventura Family Health Care Center

02/97 – 09/97     Dade County Area Health Education Center Program
                  Physician-Homeless Shelter, Community Clinic

02/97 - current   University of Miami, School of Medicine
                  Clinical Assistant Professor of Medicine&Family Medicine
                  Voluntary Faculty, Clinical Educator & Preceptor

10/96 - 01/2006   Florida AIDS Education And Training Centers Network
                  Clinical Educator for Health Care Professionals

08/96 - 01/97     University of Miami, School of Medicine
                  Research Associate

07/91 - 07/93     Fox HealthCare Corporation, Miami, Florida
                  Utilization Coordinator
                   * Administrative Medicine
                   * Utilization review & quality assurance of hospitalizations.

10/90 - 07/91     Shahal  Emergency Services, Tel Aviv , Israel
                  Physician
                   * Cited for extraordinary performance

01/90 - 07/91     University Medical Center - Ichilov Hospital, Tel Aviv, Israel
                  Physician
                   * Full Time position in the Department of Internal Medicine
                   * Part Time position in the Department of Cardiology(CCU)

07/88 - 01/90     Medical Center of the Israel Defense Forces (IDF), Zrifin, Israel
                  Medical Officer
                   * Responsible for administering a 40-bed admission
                     department.
                   * Cited for excellence in May 1989
                    * Honorable discharge in rank of Medical Officer

1

## EDUCATION:

06/93- 06/96    University of Miami / Jackson Memorial Medical Center,
                Miami,FL.
                Resident in Family Practice Residency Program
                Chiefresident 1995-1996
                Board Certification Exam (Family Practice) 1997, Recertified 2003
                * Obtained license to practice medicine in Florida (12/31/96)

08/87 - 07/88   Tel Aviv Medical Center / Sackler School of Medicine,
                Tel Aviv, Israel.
                Internship,rotating
                 * Obtained unrestricted license to practice medicine in Israel

01/87 - 07/87   Kibbutz Maagan Michael, Israel
                 * Absorption program, including language school (Hebrew)

10/78 - 12/86   Universities Bonn/Erlangen - School of Medicine , Germany
                Study of Dentistry (Basic) and Medicine (MD-Diploma)
                 * Obtained unrestricted license to practice medicine
                   in Germany.

10/69 - 05/78   Konrad Adenauer Gymnasium, Meckenheim, West Germany
                Abitur (Maturation Exam)
                 * High School and College Education
                 * Graduated in top 5% of class
                 * Cited for academic excellence

## PROFESSIONAL  AFFILIATIONS:

Current         Member, American Medical Association
                • AMA Delegate (2004 - 2009)
                • Member and Chair of the International Medical Graduates Governing
                  Council (2004 - 2006)

                Member, Florida Medical Association (1993-2009)
                • Chair of the International Medical Graduates Section and IMG Delegate
                  to the FMA
                • Chairperson of the Emergency Preparedness Taskforce
                • Member, Emergency & Disaster Preparedness Committee
                • Chair of the FMA CME Committee
                • Member Patient Safety Taskforce
                • Member Electronic Medicine Committee

                Member, Dade County Medical Association (1994-2010)
                • Membership Committee
                • CME Committee
                • **President 2008-2009**

<u>Member, American Academy of Family Physicians (AAFP)</u>
- **FAAFP (Fellow of the AAFP) since 07/02**

<u>Member,Florida Academy of Family Physicians(FAFP)</u>
- Member Quality Practice Management Committee
- Member Board of Directors until 2006- 2011

<u>American Board of Family Medicine</u>
- Board certified 1997, recertified 2003 & 2013

<u>Society of Teachers of Family Medicine</u>
- Member

<u>Member of the American Society of Addiction Medicine</u>
- Board-certification Addiction Medicine (12/04) Cert.# 599737
- Certified Medical Review Officer (04/05)       Cert.#05-06578
- **Fellow of the American Society of Addiction Medicine (FASAM**) since 04/2008
- **Alternate Regional Director (Region X) 2009-2012**

<u>Member of the Florida Society of Addiction Medicine</u>:
- President 2007-2009
- Board  Member (current)
- Chairman of Scientific Planning Committee and Information Technology Committee (past)
- Chair of the Marijuana  Education Committee

<u>South Florida Health Information Initiative (SFHII)</u>
- Board Member

<u>South Florida Regional Extension Center (SFREC)</u>
- Steering Committee Member
- Chair of the Physicians Education and Outreach Committee
- Member of the Sustainability Committee

## PUBLICATIONS & RESEARCH:

7/88 - 10/89        Co-Investigator for Hoffman La-Roche International Clinical Research on
the efficacy of Fleroxacin on soldiers with Shigella enteritis. Results of
the study were published at the 30th Interscience Conference on
Antimicrobial Agents and Chemotherapy in Atlanta, Georgia, in October
1990: Efficiency of Single Dose and 3 Days Fleroxacin compared to
Placebo in the Treatment of Bacterial  Enteritis
.
01/90 - 10/90    Tel Aviv University Medical Center, Department of Internal Medicine.
                    Active participation in the design of a study protocol  to investigate the
metabolism of lipoproteins.

March-April,1995  Journal of the American Board of Family Practice 8:134-5 (March-April,1995)
                    Case Report: Ectopic Gastric Mucosa Of The Common Bile Duct

May -June , 1995  Journal of the American Board of Family Practice 8:233-6 (May-June,1995)
                    Case Report: Epileptic Seizures as a Neurological Complication of Reiter's
Disease.

10/95- 12/2010    Miami Medicine (Publication of the Dade County Medical Association)
                    Editor and Writer of a monthly column  of current topics In Medical Information
                    Technology

November, 2000  Ryan JR, Hudson K, Wollschlaeger B and South Florida PBRN physicians.
                    Principle Investigator of Study.
                    Recourse to Alternative Therapies in South Florida: A South Florida Primary
                    Care Practice-Based Research Network Study (Research Forum).
                    North American Primary Care research Group, Amelia Island, Florida.

March 15, 2001:  Patient Care Magazine: Personal Digital Assistants: Make them work for you.

Summer 2001:    The Journal of the American Nutraceutical Association, Vol.4, No.2:
                    Efficacy of Vinpocetine in the Amangement of Cognitive Impairment
                    And Memory Loss.

Spring 2002:      The Journal of the American Nutraceutical Association, Vol.5, No.2
                    Results of a Study Evaluating the Use of a Dietary Supplement Formula
                    In the Management of Age Related Skin Changes in Women with Moderate to
                    Severe Wrinkling of the Periorbital Area.

Summer 2002:    The Journal of the American Nutraceutical Association, Vol. 5, No.3
                    Extent of the Use, Evidence for Safety, Efficacy, and Regulation of
                    Dietary Weight Loss Supplements.

Spring 2003:      The Journal of the American Nutraceutical Association,
                    Zinc Carnosine for the Management of Gastric Ulcers: Clinical
                    Application and Literature Review.

4

April 10, 2003     Letter to the Editor, Dietary Supplements Need No More Regulations,
                   New England Journal of Medicine, Volume 348:1498-1501, April 10, 2003

May 2003:          Book Publication (Co-Author): The American Botanical Council
                   Clinical Guide To Herbs, Thieme, First Edition, ISBN: 1-58890-157-2

October 2003:      International Journal of Toxicology,22:387-390,2003:
                   The Dietary Supplement and Health Education Act and Supplements: Dietary
                   And Nutritional Supplements Need No More Regulations.

Winter 2004:       The Journal of the American Nutraceutical Association,Vol. 7, No.1
                   Complementary and Alternative Medicine Use by Primary Care Patients in
                   South Florida: A Report from the South Florida PBRN

Fall 2006:         Editor of the Florida Medical Association " Pain Journal"

2007:              Book Review: The Science of Addiction: From Neurobiology to Treatment
                   JAMA 2007; 298: 809-810.

2007:              Book Review: Primary Care in the Twenty-First Century:An International
                   Perspective JAMA 2007; 298: 687-688.

2007:              Book Review: Paying the Tab: The Costs and Benefits of Alcohol Control
                   JAMA 2008; 299: 840-841.

Spring, 2008:      The Journal of the American Nutraceutical Association,Vol. 11, No.1
                   Genetic Testing: Between Hope and Hype

2008:              Book Review: Hooked: Ethics, the Medical Profession, and the Pharmaceutical
                   Industry
                   J*AMA*. 2008;300(22):2675-2676.

                   Book Review: Impulse Control Disorders: A Clinician's Guide to Understanding
                   and treating Behavioral Addictions
                   *JAMA*. 2008;300(23):2803-2804.

2011:              Book Review: Alcohol and Tobacco:Medical and Sociological Aspects of Use,
                   Abuse and Addiction.
                   JAMA. 2011;306(4): 440-441

2011:              Invisible Injuries: Wounded Warriors Struggle with Substance Abuse
                   Disorders,Florida Family Physician, Summer 2011, 14-15.

Since 1/2001: Associate Editor, Journal of the American Nutraceutical Association

## Other Publications:

- "A German Life: Against All Odds Change is Possible," Emor Publishing LLC, 2007 (Portuguese Edition 2010, Hebrew Edition, 2011)

## PRESENTATIONS:

- October 29, 1999: Plants, Herbs, and Vitamins: A Roadmap to Therapy. Lake Regional Medical Center. Lakeland, Florida,, Medical Staff, CME Course.
- February 19, 2000: Plants, Herbs, and Vitamins: A Roadmap to Therapy. University Hospital and Medical Center, Tamarac, Florida, Medical Staff, CME Course.
- February 29, 2000: Plants, Herbs, and Vitamins: A Roadmap to Therapy. Barry University, Miami, Florida, PA Program Educational Course.
- March 2, 2000: Scientific Evaluation of Dietary Supplements. Dallas County Pharmacy Association, Dallas, Texas. CME Course.
- April 11, 2000: Plants, Herbs, and Vitamins: A Roadmap to Therapy. Spartanburg  County Medical Society, Spartanburg, South Carolina, Medical Staff, CME Course.
- July 26, 2000: Herbal Medicine. Association of Haitian Physicians Abroad. Fort Lauderdale, FL, CME Presentation.
- September 19, 2000: Drug-Herb-Nutrient Interaction: A Guide for the Healthcare Professional. Cooper Clinic, Dallas, Texas, Medical Staff, CME Course.
- March 18, 2001: Clinical Application of Dietary and Nutritional Supplements in the Management of Diabetes. Diabetes Health Expo, Miami,FL.
- April 26, 2001: Plants, Herbs, and Vitamins: A Roadmap to Therapy. Nassau County Bar Association. Melville, New York.
- May 21, 2001: Drug-Herb-Nutrient Interaction: A Guide for the Healthcare Professional. Department of Pharmacy, University of Miami, Grand Rounds, CME Course.
- July 14th, 2001" Poster Presentation "Efficacy of Vinpocetine in the Management of Cognitive Impairment and Memory Loss", Anti-Aging Conference and Exhibition, Chicago, IL.
- October 10, 2001: Drug-Herb-Nutrient Interaction: A Guide for the Healthcare Professional, Halifax Medical Center, Florida, Medical Staff, CME Course
- October 17, 2001: Biological and Chemical Terrorism for Healthcare Professionals. Mount Sinai Medical Center, Medical Staff,  Miami Beach, Florida, CME Course.
- October 24, 2001: Biological and Chemical Terrorism for Healthcare Professionals. Brevard County Community College. Daytona Beach, Florida, CME Course.
- October 26, 2001. Jumping Genes: Prions, Dementia, and Mad Cow Disease. Department of Psychiatry, University of Miami, Florida. Grand Rounds, CME
- October 30, 2001: Biological and Chemical Terrorism for Healthcare Professionals. Lee County medical Society, Fort Myers, FL, CME Course.
- November 8, 2001 : Biological and Chemical Terrorism for Healthcare Professionals. Brevard County Medical Society, Cape Canaveral Hospital,

Florida, CME Course

- November 29, 2001: : Biological and Chemical Terrorism for Healthcare Professionals, National Association of Managed Care Physicians, Miami, FL
- December 15, 2001: Biological and Chemical Terrorism for Healthcare Professionals. Dade County Medical Association, Miami, FL, CME Course.
- December 10, 2001: Biological and Chemical Terrorism for Healthcare Professionals. Jupiter Medical Center, Jupiter, Florida, Medical Staff, CME Course.
- December 8, 2001: HIV/AIDS Update. Lower Keys Medical Center, Key West, FL, Medical Staff, CME Course.
- January 12, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Southwest Florida Regional Medical Center, Fort Myers, Florida, Medical Staff, CME Course.
- February 11, 2002:Biological and Chemical Terrorism for Healthcare Professionals. Lower Keys Medical Center, Key West, Florida, Medical Staff, CME Course.
- February 11, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Harvey Government Center, Key West, Florida, CME Course.
- February 12, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Hillsborough County Medical Association, Tampa, Florida, CME Course.
- February 23, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Health Council of South Florida, Miami, Florida.
- May 24, 2002: Biological and Chemical Terrorism for Healthcare Professionals, American Educational Institute, Detroit, Michigan, CME Course
- July 1, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Cuban American Medical Association Meeting, Miami Beach, Florida, CME Course.
- October 12, 2002: Drug-Herb-Nutrient Interaction: A Guide for the Healthcare Professional, American Nutraceutical Association, Nashville, TN, CME  Course
- October 15, 2002: The Rational Application of Herbal Remedies and Nutritional Supplements, Pinecrest Rehabilitation Hospital, Delray Beach, Florida, CME Course.
- October 23, 2002: Dietary Supplements and Women's Health Issues, Jackson South Community Hospital Miami, Florida.
- October,24, 2002: Biological and Chemical Terrorism for Healthcare Professionals, XXVI Congress of the Pan American Medical Women's Alliance, Fernandina Beach, Florida.
- November 12,2002: Are Dietary Supplements Safe as Currently Regulated? 23rd Meeting of the American College of Toxicology, Hershey, Pennsylvania.
- December 20, 2002: Biological and Chemical Terrorism for Healthcare Professionals. Doris Ison Center of Community Health of South Dade. Miami, FL, Medical Staff, CME Course.
- February 7, 2003: The Rational Application of Herbal Remedies and Nutritional Supplements. George Town, Cayman Islands. Lecture.
- April 24, 2003: Biological and Chemical Terrorism for Healthcare Professionals. Panamerican Hospital, Miami, Florida, Medical Staff, CME Meeting.
- April 27, 2003: Biological and Chemical Terrorism for Healthcare Professionals. Bays Medical Society, Panama City, Florida, Medical Staff, CME Course.
- May 8, 2003: Biological and Chemical Terrorism for Healthcare Professionals. Lee County Dental Society, Fort Myers, Florida, Education Program.
- May 11, 2003:Biological and Chemical Terrorism for Healthcare Professionals. Florida Academy of Family Physicians  89th Family Practice Weekend, Miami Beach, FL, CME Course.

- May 16,2003: Prevention of Medical Errors, Dade County Medical Association, Miami, FL, CME Course
- May 27, 2003: Drug-Herb Interactions and Drug-Induced Nutrient Depletions, American Educational Institute, Detroit, Michigan, CME Course.
- May 31, 2003: SARS & Other Contemporary Infectious Diseases, 5th Annual University of Miami Family Medicine Update, Miami, FL, CME Course.
- June 1, 2003: Practice Management Certification Workshop. , 5th Annual University of Miami Family Medicine Update, Miami, FL, CME Course
- June 4, 2003: Chemical Weapons and Terrorism-A Guide for the Healthcare Professional. Medical Strike Team Marion County Sheriff's office, Ocala, FL, CME Course.
- June 18, 2003: SARS & Other Contemporary Infectious Diseases, Ross University, Medical School Lecture, Miami, FL.
- August 29,2003: Emergency and Disaster Preparedness Update, Florida Medical Association Annual Meeting, Hollywood, FL.
- August 30, 2003, Medical Information Technology Applications in the Clinical Practice(EMR), Florida Medical Association Annual Meeting, Hollywood, FL.
- September 4,2003: Prevention of Medical Errors, Medical Staff Mount Sinai Medical Center, Miami Beach,FL.
- September 6,2003: Prevention of Medical Errors, Medical Staff, North Broward Hospital & Medical Center, Pompano Beach, FL.
- November 15, 2003: HIV/AIDS Update, Halifax Medical Center, Daytona Beach,Fl.
- December 3, 2003: Prevention of Medical Errors, University of Miami, Department of Family Medicine, Miami,Fl.
- December 3, 2003: Emergency and Disaster Preparedness Update, Florida Keys AHEC,Key West,FL
- January 10,2003: HIV/AIDS Update. Orange County Medical Society, Orlando, Miami, FL
- January 17,2004: HIV-AIDS Update. , Florida Keys AHEC,Key West,FL
- January 30, 2004: Rational Application of Herbal Remedies in the Clinical Practice. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- January 31,2004: Drug-Herb-Nutrient Interactions. A Guide for the Healthcare Professional. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- March 5, 2004: Rational Application of Dietary and Nutritional Supplements into the Clinical Practice. Barry University Physician Assistant Program, Miami,FL
- March 8th, 2004. Integrating Nutrition and Herbal Medicine into the Clinical Practice. University of Miami, School of Medicine, FL.
- March 23rd, 2004. Medical Information Technology: EMR Introduction for Healthcare Professionals. Florida Keys AHEC, Key West, FL.
- April 3rd, 2004. Drug-Herb-Nutrient Interactions: A Guide for the Healthcare Professional. Integrative Medicine Conference. Miami, FL.
- April 20, 2004. Emergency and Disaster Preparedness Update. Alachua County Medical Society, Gainesville, FL.
- April 23rd 2004. Electronic Prescribing Applications in the Clinical Practice. University of Miami, Department of Family Medicine,Miami,FL.
- April 27th ,2004. Drug-Induced Nutrient Depletion: Applying Basic Science in the Clinical Practice. Nutraceuticals Summit 2004. Chicago, IL.
- May 10th, 2004, Introduction to Complementary Medicine, 1st year Medical Students,University of Miami, School of Medicine, Miami,FL.
- May 15th, 2004. EMR Applications in Clinical Practice, Florida Academy of Family Physicians, EMR Workshop, Orlando, FL

8

- May 26th, 2004. Prevention of Medical Errors, American Educational Institute, Detroit, MI
- May 28th, 2004: Continuity of Care Record Initiative, University of Miami, Department of Family Medicine, Miami,FL
- June 25th, 2004: LINUX Applications in the Medical Practice. University of Miami, Department of Family Medicine.
- July 23, 2004: Data Integrity and Security, University of Miami, Department of Family Medicine.
- July 24th, 2004: Nutrition and Nutraceuticals in the Management of Diabetes.Halifax Medical Center, Daytona Beach, FL.
- September 15th, 2004: Managing Terrorism and other Risk in Healthcare Settings".Barry University Miami, FL.
- October 23rd,2004: Drug-Herb-Nutrient Interactions: A Guide for the Healthcare Professional. American Nutraceutical Association, Memphis, TN.
- November 8th,2004:The Impaired Healthcare Professional, Mount Sinai Medical Center, Medical Staff, Miami Beach,FL.
- November 10th,2004: The Impaired Healthcare Professional, Mount Sinai Medical Center, Interns&Residents, Miami Beach,FL.
- November 11th, 2004:Prevention of Medical Errors.Medical Staff Mount Sinai Medical Center, Miami Beach,FL
- November 13th, 2004: Prevention of Medical Errors.Medical Staff, Coral Spring Medical Center, Coral Springs,Florida.
- January 14th,Clinical Applications of EMR,University of Miami,Department of Family Medicine.
- January 15th,2005: Chemical Weapons.Florida Keys AHEC,Key West Florida.
- January 28th,2005: Rational Application of Herbal Remedies in the Clinical Practice. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- January 29th,2005: Drug-Herb-Nutrient Interactions. A Guide for the Healthcare Professional. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- February 19th 2005: EHR  Workshop, Florida Academy of Family Physicians, Coral Springs,Florida.
- April 2, 2005: EHR 202 Workshop, Florida Academy of Family Physicians, Tampa,Florida
- May 11,2005: Emergency and Disaster Preparedness for the Primary Care Physician, Italy Americas Medical Congress, Miami,Florida.
- June 6th, 2005: Evidence Based Approach in the Management and Treatment of Hypertension and Diabetes. Florida Keys AHEC, Key West, Florida.
- June 7th, 2005: Evidence Based Approach in the Management and Treatment of Hypertension and Diabetes. Florida Keys AHEC, Tavernier, Florida.
- June 28th, 2005: Best Practices and Patient Safety, University of Miami, Department of Anesthesiology.
- July 22,2005: Drug-Herb-Nutrient Interactions. A Guide for the Healthcare Professional.University of Miami, Department of Family Medicine.
- August 30th, 2005: The Rational Application of Herbal Remedies. Barry University PA Program, Miami,Florida
- September 3rd, 2005: Diets:Facts,Fiction and Fads. Florida Medical Association Annual Meeting, Boca Raton,Florida
- September 3rd, 2005: Medical Information Technology Applications in the Clinical Practice, Florida Medical Association Annual Meeting, Boca Raton,Florida
- September 16th, 2005, Electronic Health Records and Practice Performance Measures, University of Miami, Department of Family Medicine, Miami, Florida.
- September 17th, 2005.Prevention of Medical Errors,North Broward Medical

9

Center Medical Staff, Deerfield Beach, Florida.
- September 24th,2005: A Glimpse of the Future of Health Care in America, Panel Member, Direct-To-Consumer Advertisement, Fort Lauderdale,Florida.
- September 27th,2005: Prevention of Medical Errors, Mount Sinai Medical Center,Miami Beach,Florida.
- October 15th, 2005: Prevention of Medical Errors. Broward General Medical Center, Fort Lauderdale, Florida.
- October 21, 2005: Dietary Supplement Health & Education Act: How are Dietary Supplements Regulated? University of Miami, Department of Family Medicine, Faculty.,Miami,Florida
- November 30th,2005: Prevention of Medical Errors.University of Miami Department of Family Medicine. Miami,Florida.
- November 30th, 2005: Prevention of Medical Errors. Broward General Medical Center. Fort Lauderdale,Florida.
- December 2nd, 2005: Prevention of Medical Errors. Miami Children's Hospital.Miami,Florida.
- December 10th,2005: Electronic Health Records Workshop. Florida Academy of Family Physicians Weekend, Amelia Island, Florida.
- January 6th, 2006: Treatment of Alcohol and Opioid Addiction, Mount Sinai Medical Center Medical Staff, Miami Beach,Florida.
- January 13th, 2006: HIV/AIDS Update, Halifax Medical Center, Daytona Beach, Florida.
- January 21st, 2006:HIV/AIDS Update. Florida Keys AHEC, Key West, Florida.
- January 27th, 2006: Drug-Herb-Nutrient Interactions. A Guide for the Healthcare Professional. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- February 25th,2006: EHR Workshop Presentations, Baptist Hospital and Medical Center, Miami,Florida.
- March 1st, 2006: Rational Application of Dietary Supplements in Clinical Practice. Nova Southeastern University, Meeting of the Alternative Medicine Chapter of the Student Osteopathic Medical Association. Davie,Florida.
- March 24th, 2006: Application of Opioid Treatment Modalities in Primary Care Practice. Florida Society of Addiction Medicine Annual Conference. Orlando,Florida.
- April 28th, 2006: EHR Applications in the Clinical Practice. Department of Family Medicine.Miami,Florida.
- May 19th, 2006: EHR Applications in the Clinical Practice. Department of Family Medicine.Miami,Florida.
- May 13,2006: EHR Workshop. 3rd Annual Electronic Health records Workshop. Florida Academy of Family Physicians, Orlando,Florida.
- May 24th 2006: EHR Applications in the Clinical Practice. Alachua County Medical Society, Gainesville,Florida.
- July 12, 2006: Complementary and Alternative Medicine in Cancer Patients.Halifax Medical Center.Daytona Beach,Florida
- August 16, 2006: Rational Application of CAM Modalities in the Clinical Practice. Barry University PA Program, Miami,Florida.
- September 15th, 2006: Electronic Health Records Implementation: The Ongoing Challenge. American College of Physicians,Florida Chapter, Palm Beach Gardens,Florida.
- September 22, 2006: Electronic Health Records Implementation: The Ongoing Challenge.University Miami, Department of Family Medicine, Miami,Florida.
- November 16th, 2006: Prevention of Medical Errors, Medical Staff Mount Sinai Medical Center, Miami Beach,Florida.

1

- November 17th, 2006: Practice Management for the Family Physician. University of Miami, Department of Family Medicine.Miami,Florida.
- February 17h, 2007: Drug-Herb-Nutrient Interactions. A Guide for the Healthcare Professional. Physicians Course of the National Tropical Botanical Garden,Miami,FL
- February 23rd, 2007: Nutritional Medicine in Clinical Practice: University of Miami, Department of Family Medicine.
- February 24th, 2007:Electronic Health Records Implementation. Annual Meeting of the Florida Society of Thoracic & Cardiovascular Surgeons, Howey-in-the-Hills,Florida.
- April 12th, 2007: Implementation of Electronic Health Records in Primary Care Physicians Practices:Report of an Initiative to create Quality of Care Standards. 18th Israeli Medical Association World Fellowship Conference. Jerusalem,Israel.
- April 18th, 2007: Complementary and Alternative Medicine. Florida Hospital Deland, Medical Staff,Deland,FL.
- August 18th,2007: Pain & Addiction: Rational Use of Pain Medications in the Clinical Practice. Florida Medical Professionals Group. Orlando.FL.
- August 26,2007: Introduction to Opioid Dependence Treatment. Florida Medical Association Annual Meeting. Orlando, FL
- October 13th, 2007: Pain and Addiction: Problems and Perspectives. Professional Resources Network Facilitators and Treatment Providers Meeting. Fernandina Beach,FL.
- November 8th, 2007: Health IT Adoption and Implementation. South Florida Health Information Initiative Summit. Miami, FL
- January 19th, 2007: Prevention of Medical Errors. Florida AHEC. Key West,Florida
- January 19th, 2008: HIV AIDS Update. Florida AHEC. Key West,Florida
- February 8th, 2008: Personalized Nutritional Supplementation: Role of Genomics in Nutrition. The Kampong, National Tropical Botanical Garden. Coconut Grove, FL.
- March 1st, 2008: Pain and Addiction. Florida Society of Addiction Medicine Annual Meeting. Gainesville, FL
- April 29th, 2008: Nutrigenomics: The Relationship between Nutritional Supplementation, Gene Expression, and Disease Prevention. Integrative Medicine Symposium, University of Miami,Miller School of Medicine. Miami,FL.
- May 19th, 2008: EHR NOW!-A QIO DOQ-IT Subcontract Experience. TEPR, Fort Lauderdale, Florida.
- June 21st, 2008: Electronic Health Records:Case Studies from a Practicing Family Physician. Seventh Annual Primary Care Focus Symposium. Hawks Cay,Duck Key,Florida.
- July 31st, 2008: Pain & Addiction. Florida Medical Association Annual Meeting,Orlando,Florida.
- September 24th , 2008: Electronic Health Records:Case Studies from a Practicing Family Physician. University of Miami, Medical Students Lecture, Miami,Florida.
- September 24th , 2008: EHR NOW!-A QIO DOQ-IT Subcontract Experience. University of Miami, Department of Family Medicine, Grand Rounds, Miami Florida.
- October 3rd, 2008: Nutrition And Diet Education: Reducing the Waistline-Improving Public Health. University of Miami, Department of Complementary and Integrative Medicine. Miami,Florida.
- December 10th, 2008: Medical Errors. Grand Rounds. University of Miami, Faculty, Department of Family Medicine,Miami,Florida.
- December 17th, 2008: Electronic Health Records:Case Studies from a Practicing Family Physician. University of Miami, Medical Students Lecture, Miami,Florida.

1

- March 17th, 2009: Office Based Opioid Dependence Treatment in a Family Practice; Overview,Case Studies and Perspective.Florida Society of Addiction Medicine, Annual Scientific Meeting,Tampa, Florida.
- March 26th, 2009: EHR NOW! A DOCTOR'S OFFICE QUALITY BY INFORMATION TECHNOLOGY SUBCONTRACT EXPERIENCE, Israel Medical Association Scientific Conference, Tel Aviv, Israel.
- September 11th, 2009: Rational Application of CAM Modalities in the Clinical Practice. Barry University PA Program, Miami,Florida.
- September 29th, 2009:The Impaired Healthcare Professional, Mount Sinai Medical Center, Medical Staff, Miami Beach,FL.
- October 24th, 2009: Integrative Medicine in a Primary Care Office: Evidence Based and Outcome Oriented Treatment Approaches. Nutraceuticals and Medicine Fall Conference. Memphis,Tennessee.
- October 28th, 2009: Prevention of Medical Errors.Mount Sinai Medical Center Medical Staff Conference. Miami, FL.
- March 5th, 2010: Medication Assisted Treatment for Opioid Dependence, Updates and Clinical Applications. Florida Society of Addiction Medicine Medical and Scientific Conference. Tampa, FL.
- March 6th,2010: Fundamentals of Pain and Addiction. Lorsand CME- Pain Medicine and Controlled Substances: Risk Management and Best Practices. Tampa, FL.
- March 19th, 2010: Conference Chair&Moderator, Nutraceutical and Medicine Spring Conference. Long Beach, CA
- March 22nd, 2010: Nutrigenomics: The Relationship between Nutritional Supplementation, Gene Expression and Disease Prevention. PATH Conference, Miami, FL.
- April 24th, 2010: Nutraceuticals and Medicine Spring 2010 Conference, Conference Chair and Moderator. Phoenix, AZ.
- May 7th, 2010: Competing in the Changing Market Place: 21st Century Medical Practice Models. Mount Sinai Medical Center, Miami Beach, FL.
- May 12th, 2010: HIE: Adoption, Roles and Realities for our Healthcare System. Institute for Health Technology Transformation Conference, Fort Lauderdale,FL.
- May 21st, 2010: Addiction Free Pain Management. Recovery and Resiliency Conference, Nova Southeastern University, Davie, FL.
- May 22nd, 2010: Buprenorphine Diversion and Misuse: Induction,Monitoring,Treatment, Outcomes to Follow. CECentral,UK Healthcare. Hallandale,FL.
- June 25th, 2010: Treatment of Nicotine Addiction in Primary Care. Monroe Osteopathic Medical Association. Key Largo, FL.
- July 22nd, 2010: Treatment of Nicotine Addiction in Primary Care. Monroe County Health Department, Key West,  FL.
- August 27th, 2010: Prescription Drug Monitoring Program: A Powerful Tool for Doctors. AIEME Prescription Drug Abuse Summit, Tampa, FL.
- September 25th, 2010: Suboxone U.S. Treatment Advocate Network Experience. Quality Practice Network Conference, London, United Kingdom, London, UK.
- September 29th, 2010: Prevention of Medical Errors. Grand Rounds Department of Family Medicine, University of Miami, Miami, FL.
- October 15th, 2010: Leadership Development Presentation, Association of Physicians of Pakistani Descent of North America. Key Biscayne, FL.
- October 16th, 2010: Nutraceuticals and Medicine Fall 2010 Conference, Conference Chair and Moderator. Orlando,FL.
- October 24th, 2010: BioFlorida 13th Annual Conference. Integrating Research and Clinical Practice via Comprehensive Medical Research Networks. Fort Lauderdale,FL.

1

- October 26, 2010: Prevention of Medical Errors. Grand Rounds Mount Sinai Medical Center. Miami Beach, FL.
- October 27th, 2010: Transforming the Medical Practice with Medical Information Technology. Medical Students Lecture. University of Miami, Department of Family Medicine,Miami,FL.
- October 29th, 2010: Medication Assisted Treatment of Opioid Dependence: Updates and Clinical Applications. RxForChange Conference, Palm Beach County Substance Abuse Coalition. West Palm Beach, FL.
- February 2nd, 2011: Reinventing the Future of Primary Care. University of Miami, Department of Family Medicine.Miami,FL.
- February 12th, 2011: Nutrigenomics: The Relationship between Nutritional Supplementation, Gene Expression, and Disease Prevention. Integrative Medicine Symposium. The Kampong, National Tropical Botanical Garden. Coconut Grove, FL.
- February 17th, 2011: Prescription Drug Abuse: A Dialog with the Doc, South Florida Chapter of the Employee Assistance Professionals Association,Fort Lauderdale, FL.
- March 19th 2011:  Nutraceuticals and Medicine Spring 2011 Conference, Conference Chair and Moderator. Long Beach, CA.
- May 11th, 2011: Prescription Drug Abuse: A Dialog with the Doc. Challenges Addiction Treatment Center. Margate,FL.
- August 4th, 2011: Evidence Based Review of the Clinical Applications of Dietary and Nutritional Supplements. Broward General Medical Center, Fort Lauderdale, FL, USA.
- August 27th, 2011: E-Prescribing and our new PDMP, Alliance for Global Narcotic Training, Tampa, FL, USA
- September 22nd, 2011: The REMS Reality: Opioid Prescribing in the Future. McLeod Health Family Medicine Residency Program. Florence, SC.
- October 15th, 2011: Evidence Based Review of the Clinical Applications of Dietary and Nutritional Supplements.  Nutraceuticals and Medicine  Fall 2011 Conference. Nashville, TN.
- October 25th, 2011: Prevention of Medical Errors. Grand Rounds Mount Sinai Medical Center. Miami Beach, FL.
- November 30th, 2011:Prevention and Treatment of Addiction. Unversity of Miami, Department of Family Medicine, Miami,FL
- December 12th, 2011: Treating Tobacco Dependence in Primary Care. 4th Annual Florida Tobacco Summit. Miami, FL.
- December 21st, 2011: Prevention of Medical Errors. University of Miami, Grand Rounds Department of Family Medicine.University of Miami.  Miami, FL.
- February 19th, 2012: Interamerican Pharmacist Association. Opioid Abuse and Treatment: State of the Art Review. Miami,FL.
- May 4th, 2012: Responding to an Epidemic: At the Crossroads of Prescription Opioid Abuse and Opioid Dependence. Grand Rounds Mount Sinai Medical Center.Miami Beach. Miami Beach,FL.
- May 29th, 2012:  The Patient-Centered Medical Home: Creating an Efficient Health Care Delivery Solution. Grand Rounds Department of Family Medicine, University of Miami. Miami,FL.
- June 1st, 2012: Evidence Based Strategies for the Treatment of Tobacco Dependence. Suwannee River AHEC Tobacco Symposium. Gainesville, FL.
- June 14th, 2012: Opioid Abuse and Dependence, Evidence Based Approach to Prevention and Treatment. Florida Society of Addiction Medicine Annual Meeting. Orlando, FL.
- June 21st, 2012: Evidence Based Strategies for the Treatment of Tobacco Dependence. Interns Orientation, Jackson Memorial Hospital, Miami,FL.

1

- June 22nd, 2012: Docs vs Glocks: A Case Study on a Legislative Prohibition on Professional Speech, Florida bar Annual Meeting. Orlando, FL.
- August 30th, 2012: Evidence Based Strategies for the Treatment of Tobacco Dependence, Area Health Education Centers, Gainesville, FL.
- October 3rd, 2012: Prevention of Medical Errors. University of Miami, Grand Rounds Department of Family Medicine. Miami, FL.
- October 6th, 2012: Preparing for Paradigm Shift in Compensation. FHI Communication Panel Discussion. Miami,FL.
- October 27th,2012: Review and Update of the Human Microbiome Project. ANA Meeting, Dallas,TX.
- November 30th, 2012: Patient Centered Medical Home: The Journey to Recognition: Creating an Efficient Health Care Delivery Solution. FAFP PCMH Workshop, Orlando,FL.
- December 5th, 2012: Behavioral Health and Primary Care: A Chronic Disease Management Opportunity for Family Doctors. University of Miami, Grand Rounds, Department of Family Medicine.Miami,FL.
- February 19th, 2013: Nicotine and Addiction Treatment. Webinar. University of Florida-AHEC Program, Gainesville,FL.
- June 21st, 2013: Opioid dependence treatment: A chronic disease management model. Managed care components and reimbursement modalities. Florida Society of Addiction Medicine Annual Meeting.Orlando,FL.
- July 9th, 2014: The New Lipid Guidelines: A Significant Shift in Cholesterol Management. Grand Rounds, Department of Family Medicine.Miami,FL.
- July 19th, 2014: Treatment of Nicotine Addiction in Primary Care. FAFP Summer Forum 2014. Orlando.FL.
- August 28th, 2014: The Health Insurance Market Place: What Health Professionals Need To Know. Florida AHEC. Key West, FL.
- September 2nd, 2014: Dealing w "Dread to Treat" Patients: Recognition, Diagnosis and Management of Addiction in the Office-Based Setting. PAINWEEK,Las Vegas,NV
- October 8th, 2014: Prevention of Medical Errors. University of Miami, Grand Rounds Department of Family Medicine.University of Miami.  Miami, FL
- October 10th, 2014: The Marijuana Policy Landscape, Panel Discussion. Palm Beach County Medical Society. West Palm Beach,FL.
- October 23rd, 2014 9:00AM. New Drugs of Abuse. An Update. AAFP 2014 Scientific Assembly. Washington,DC .
- October 23rd, 2014 11:00AM. New Drugs of Abuse. An Update. AAFP 2014 Scientific Assembly. Washington,DC.
- October 23rd, 2014 9:00AM. Substance Abuse and Addiction. Management in Primary Care. AAFP 2014 Scientific Assembly. Washington,DC.
- October 23rd, 2014 11:00AM. Substance Abuse and Addiction. Management in Primary Care. AAFP 2014 Scientific Assembly. Washington,DC.
- November 14th, 2014. October 23rd, 2014 9:00AM. Substance Abuse and Addiction. Management in Primary Care. Barry University Physician Assistant Program, Miami,Fl.

**Honors:**

- Recipient of the 2014 German American Business Chamber Award of Excellence (Miami,FL, USA)
- Recipient of the 2012 FAFP  (Florida Academy of Family Physicians) Family Physician of the Year Award

1

- AMA Physician Recognition Award with Commendation 2009-2012
- Dade County Medical Association, Physician of the Year 2002
- Recipient of the 2003 Florida Medical Business  Physician Technology Award (Miiami,FL,USA)
- Recipient of the 2002 Florida Medical Association Roy M.Baker , M.D Award for Outstanding Leadership in the Provision of Emergency Medical Services
- Recipient of the 22nd (1999) Annual Florida Medical Association CMS Publication Award

## APPOINTMENTS & TEACHING&COURSES:

- Participant, Emergency and Disaster Medicine Course, American Physicians Fellowship For Medicine in Israel.& Israel Defense Forces& Israel Ministry of Health (Israel, November 12-18, 2005)
- Affiliated Faculty University of Miami, Center for Patient Safety
- Community Clinical Scholar's Fellowship, Department of Family Medicine, University of Miami, School of Medicine (2002-2003)
- Fundamentals of Practice Management, American Academy of Family Physicians (2/2003-10/2003)
- Clinical Assistant Professor (Voluntary Faculty) Department of Medicine, Florida State University – Preceptor
- Clinical Assistant Professor (Voluntary Faculty) Department of Family Medicine, University of Miami – Preceptor
- Clinical Assistant Professor of Medicine. Florida International University, Miami,FL.
- Governor (Jeb Bush) – Appointee to the 11-member Florida Domestic Security Advisory Panel (10/2001)
- Governor (Charlie Crist)- Appointee Prescription Drug Program Implementation and Oversight Task Force (2009)
- Miami-Dade Board of County Commissioners Appointee to the Miami-Dade County Addiction Services Board (07/2010 -12/2011)
- Board Member of the Florida State University Center on Terrorism and Public Health
- September 5-9, 2001: Invitation by the Ministry of Science and Technology of Malaysia; Organized and conducted Telemedicine Workshop at the University of Malaya Medical School, Kuala Lumpur, Malaysia.

## LANGUAGES:

Fluency in English, German, Hebrew. Spanish (spoken)

## PERSONAL:

1

Born 05/09/1958, Germany
Married, 3 children
Citizenship: US / Israel

**LICENSURE:**   Florida, Israel

1