Curriculum Vitae
Jason T. McConville, Ph.D.
Page 1

## CURRICULUM VITAE
### Jason T. McConville

**Office Address**

Jason T. McConville, Ph.D.
Department of Pharmaceutical Sciences
University of New Mexico
College of Pharmacy
2705 Frontier NE
Albuquerque, NM 87131
Tel: +1 (505) 925-4446
Fax: +1 (505) 925-4549

## I.    Executive Summary

I received my Bachelors of Science in Applied Chemistry, graduating with honors, from Coventry University in 1994, and received my Ph.D. in Pharmaceutics from the University of Strathclyde in 2002.  After receiving my Ph.D. in 2002, I worked as a Research Associate for the College of Pharmacy at the University of Texas at Austin and then joined the faculty in 2006.  In 2012, I joined the faculty at the University of New Mexico in Albuquerque, New Mexico, as part of the College of Pharmacy, as an Associate Professor of Pharmaceutics.  Since August of 2012, I have also served as an Adjunct Professor in the Department of Pharmaceutical Technology at the University of Bonn in Bonn, Germany.

The focus of my research is on the development of bioadhesive drug delivery systems and other therapies for treating diseases.  In addition to authoring or co-authoring more than 50 articles and book chapters, I attend and have been invited to speak at national and international pharmaceutical and scientific conferences.

I have significant experience teaching biopharmaceutics and pharmacokinetics and have taught courses in applied pharmacokinetics, recent advances in pharmaceutics, advanced pharmaceutics processing, and preclinical and clinical drug development.

## II.    Personal

Born July 13, 1971 in Coventry, England.
Married.

Citizen of The United Kingdom of Great Britain and Northern Ireland.
Citizen of The United States of America.

## III.    Education

DEFENDANTS' EXHIBIT

DTX-0866

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 2

Oct 91 – Jun 94        Coventry University, Coventry, United Kingdom
                       Bachelor of Science with Honors, Applied Chemistry

Jul 99 – Sep 02        University of Strathclyde, Glasgow, United Kingdom.
                       Doctor of Philosophy, Pharmaceutics

                       Dissertation title "Pulsed-Release Drug Delivery and
                              Development of the Time-Delayed Capsule"

                       Supervisors:   H.N.E. Stevens, Ph.D.
                                      A.J. Florence, Ph.D.

DTX0866-0002

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 3

## IV.    Positions Held

September 1994 to July 1999 –Research Technician in Pharmaceutics,
Centre for Drug Formulation Studies, University of Bath, Bath, United Kingdom.

July 1999 to September 2002 – Ph.D. Student/Candidate,
Department of Pharmacy, University of Strathclyde, Glasgow, United Kingdom.

October, 2002 to August 2006 – Post Doctoral Fellow/ Research Associate,
College of Pharmacy, University of Texas at Austin, Austin, TX.

August, 2006 to May 2012 – Assistant Professor of Pharmaceutics,
College of Pharmacy, University of Texas at Austin, Austin, TX.

July, 2012 to Present – Associate Professor of Pharmaceutics,
College of Pharmacy, University of New Mexico, Albuquerque, NM.

August, 2012 to Present – Adjunct Professor
Department of Pharmaceutical Technology, University of Bonn, Bonn, Germany.

## V.    Professional Memberships

| | |
|---|---|
| American Association of Pharmaceutical Scientists | 1997 - present |
| Sections: Formulation Design & Development | |
|         Physical Pharmacy & Biopharmaceutics | |
| Aerosol Society | 1997 - present |
| Controlled Release Society | 2002 - present |
| Canadian Pharmaceutical Society | 2004 – present |
| American Association of Colleges of Pharmacy | 2006 – present |
| American Association for Cancer Research | 2008 – present |

## VI.    Professional Training

Short course:  *Particle Characterization using Low Angle Laser Light Scattering*,
Malvern Instruments, Limited, Malvern, Worcestershire, UK, June, 1996.

The Royal Institute of Biology, *Accredited Training for Personnel Working under the Animals (Scientific Procedures) Act 1987* (Modules 1, 2, 3, and 4),
Guy's, King's and St Thomas' Medical School, London, UK, April, 1997.

Short course:  *Advances in Controlled Release and Drug Delivery Technologies.*
The Center for Microencapsulation and Drug Delivery, Texas A&M University,
College Station, TX, October, 2004.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 4

Short course: *Particle Engineering Technologies: Theory and Practice*,
American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

Short course: *Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist*,
University of Minnesota, College of Pharmacy, Minnesota, MN, July, 2005.

Workshop: *Tablet Coating Technologies*, ExcipientFest 2008, San Juan, Puerto Rico,
April, 2008.

The Royal Institute of Biology, *Accredited Training for Personnel Working under the
Animals (Scientific Procedures) Act 1987* (Modules 1, 2, 3, 4, and 5), Vesalius,
London, UK, June, 2009.

Joint American Association of Pharmaceutical Scientists/Controlled Release Society
Workshop: *Developing Pharmaceutical Products for Controlled Pulmonary Delivery*,
Annual Meeting of the American Association of Pharmaceutical Scientists,
Washington, DC, October, 2011.

Workshop: *Setting Release Specifications for in vitro Testing of Controlled Release Dosage
Forms*, 39th International Symposium on Controlled Release of Bioactive Materials,
Quebec City, Canada, July, 2012.

Short Course: *Macromolecule Drug Delivery: Challenges and Triumphs*, AAPS National
Biotechnology Conference, San Diego, CA, May, 2014.

## VII.   Current Research Interests

1.   Nanotechnology for diabetes management

2.   Inhalation therapies for infectious diseases

3.   Lung cancer therapy via inhalation

4.   Gastric retentive dosage delivery

5.   Bioadhesive drug delivery systems

## VIII.   Honors and Awards

1.   Annual Research Day Award for "Design and Evaluation of Pulsatile Drug Delivery
Capsule", University of Strathclyde, Glasgow, May, 2001.

2.   Outstanding Poster Presentation Award: "Microwave Dielectric Analysis of Wet
Granulations for Erodible HPMC Tablets", 138th British Pharmaceutical Conference,
Glasgow, United Kingdom, September, 2001.

DTX0866-0004

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 5

3.  Editor's Choice Award: "Design and Evaluation of a Restraint-Free Small Animal Inhalation Dosing Chamber". LeadDiscovery, February, 2005.

4.  Co-Author, Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award: "Improved Dissolution Rate and Bioavailability through the Formation of a Highly Miscible Binary Mixture", 32nd International Symposium on Controlled Release of Bioactive Materials, Miami, FL, June, 2005.

5.  Co-Author, Best Resident and Fellow Poster Award: "Aerosolized Itraconazole (ITZ) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*", 27th American College of Clinical Pharmacy Annual Meeting, St. Louis, MS, October, 2006.

6.  Featured News Article: "University of Texas at Austin Pharmacy Researcher Works to Lower Carbon Footprint of Pharmaceuticals", *www.BiobasedNews.com*, August, 2008.

7.  Featured News Article in Carbon Market News: "Research Reveals Pharmaceuticals Can Cut Carbon Footprint with Organic Solvent", *www.carbonoffsetsdaily.com*, August, 2008.

8.  Co-Author, First Place Poster Award: "Manufacture and Characterization of Natural Polymer Based Films as Buccal Delivery Systems", ExcipientFest 2009, San Juan, Puerto Rico, April, 2009.

9.  Selected as a Member of the Society for Teaching Excellence, University of Texas at Austin, September, 2011.

10. Corresponding author for the most downloaded article in *European Journal of Pharmaceutics and Biopharmaceutics*: "Manufacture and Characterization of Mucoadhesive Buccal Films", January-March 2011.

11. Nominated for a University of Texas System Regents' Outstanding Teaching Award, December 2011.

12. Co-Author: Influence of particulate API in Eudragit® RS and RL films for buccal delivery, Poster Award, ExcipientFest Americas, San Juan, Puerto Rico, 2012.

13. Co-Author, Poster Award: "Manufacture and Characterization of Natural Polymer Based Films as Buccal Delivery Systems", ExcipientFest Americas, Raleigh-Durham, NC, April, 2014.

DTX0866-0005

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 6

**IX.** **University Service, Committees Served, and other Advisory Roles**

1.  Chemical, Radiological, & Biohazard Safety Committee, University of Texas at Austin, College of Pharmacy, 2006-2008.

2.  Pharmacokinetics Task Force, University of Texas at Austin, College of Pharmacy, 2006-2008.

3.  Curriculum Committee, University of Texas at Austin, College of Pharmacy, 2009-2010.

4.  Program Assessment Team, University of Texas at Austin, College of Pharmacy, 2009-2010.

5.  Financial Aid Committee (Professional Student), University of Texas at Austin, College of Pharmacy, 2006-2012.

6.  Admissions Committee, University of Texas at Austin, College of Pharmacy, 2008-2012.

7.  Cultural Proficiency Committee, University of Texas at Austin, College of Pharmacy, 2008- 2012.

8.  Pharmaceutics Division Graduate Advisor, University of Texas at Austin, College of Pharmacy, 2008-2012.

9.  Prosolv® Advisory Board, JRS Pharma, Patterson, NY, 2009-2012.

10. Promotion and Tenure Committee, Department of Pharmaceutical Sciences, University of New Mexico, 2012-Present.

11. Web Re-Design Committee, College of Pharmacy, University of New Mexico, 2012-2013.

12. Staff Excellence Award Committee, College of Pharmacy, University of New Mexico, 2012-2013.

13. Faculty Development Committee, College of Pharmacy, University of New Mexico, 2012-Present. (2014 -Vice Chair; 2015 - Chair).

14. Institutional Animal Care and Use Committee (IACUC), Health Science Center, University of New Mexico, 2013-Present.

15. American Association for the Advancement of Science, Research Competitiveness Program Review Committee (Ad-Hoc), New York Ave NW, Washington, DC, 2014.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 7

16. Accreditation Committee, College of Pharmacy, University of New Mexico, 2014-Present.

17. Graduate Affairs Committee, College of Pharmacy, University of New Mexico, 2015-present.

18. Student Pharmacist Research Interest Group (SPRIG), College of Pharmacy, University of New Mexico, 2015 – Present.

## X. Teaching Experience

1. PHR352C (Lecture), Biopharmaceutics and Pharmacokinetics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007 - 2009.

2. PHR152P (Laboratory), Biopharmaceutics and Pharmacokinetics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007 - 2009.

3. PHR390S, Applied Pharmacokinetics, Course Coordinator, University of Texas at Austin, College of Pharmacy, 2007-2009.

4. PHR382R, Recent Advances in Pharmaceutics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007.

5. PHR380Q, Advanced Pharmaceutical Processing, Course Instructor, University of Texas at Austin, College of Pharmacy, 2008.

6. PHR380M, Drug Development, Course Instructor, University of Texas at Austin, College of Pharmacy, 2008.

7. PHR252C, Biopharmaceutics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2009-2011.

8. PHR386Q, Precinical and Clinical Drug Development, Course Instructor, University of Texas at Austin, College of Pharmacy, 2010-2012.

9. PHR386Q, Precinical and Clinical Drug Development, Course Instructor, University of Texas at Austin, College of Pharmacy, 2010-2012.

10. PHRM593, Pharmaceutical Sciences and Toxicology Seminar, Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2014.

11. PHRM726, Biopharmaceutics and Pharmacokinetics, Course Instructor/Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2012-present.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 8

12. PHRM702, Pharmaceutics II, Course Instructor, University of New Mexico, College of Pharmacy, 2013-present.

13. PHRM598, Pharmaceutics & Drug Delivery Course Instructor/Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2014-present.

## XI.   <u>Students Mentored</u>

*Graduate Students*

1. Yoen-Ju Son, Ph.D., Pharmaceutics Graduate Program, 2006-2010.
   *Post-Doctoral fellow under supervision of Dr. Michael Hindle, Virginia Commonwealth University, 2011-2013.*

2. Sumalee Thitinan, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2007-2011.Funded by a Thailand Government Pharmaceutical Organization Scholarship,
   *Employer: Thailand Government Pharmaceutical Organization, 2011-present.*

3. Thiago Carvalho Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin, 2007-2011.
   *Employer: Bristol-Myers Squibb, New Brunswick, New Jersey, 2011-present.*

4. Matt Herpin, Graduate Student, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

5. Ping Du, Graduate Student, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

6. Ashkan Yazdi. Pharm.D./Ph.D Student Rotation, Graduate Student, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

7. Shih-Fan Jang, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2007-2013.

8. Javier Morales, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2008-2012. Funded by a Fulbright Organization Scholarship.
   *Assistant Professor, Department of Pharmaceutical Sciences and Technology, University of Chile, 2013-present.*

9. Simone Carvalho, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2009-2013.

10. Audrey Smith, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Spring, 2013.

11. Dominique Perez, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Spring, 2013.

DTX0866-0008

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 9

12. Joseph Castillo, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Fall, 2013.

13. Kai Berkenfeld, Graduate Student, Department of Pharmaceutical Technology Graduate Program, University of Bonn, 2012-present.

14. Anh-Le Dung, Nanoscience and Microsystems Engineering Graduate Program, University of New Mexico 2013-present.

15. Kristina Schönhoff, Graduate Student, Department of Pharmaceutical Technology Graduate Program, University of Bonn, 2014-present.

*Pharm.D Students*

1. Ashkan Yazdi. UT Pharm.D./Ph.D Student Rotation, 2008. (Honors Project)

2. Michelle Horng, UT Pharm.D. Student, 2008-2011.

3. Rajesh Peddaiahgari, UT Pharm.D. Student, 2009.

4. Yi Guo, UT Pharm.D. Student, 2009.

5. Tian Tian, UT Pharm.D./Ph.D Student Rotation, 2010/2011. (Honors Project)

6. Ashley Jewitt, UT B.S. Student, 2011-2012.

7. Nicole Wesley, UT Pharm.D. Student, Fall 2011.

8. Lessel Lamkin, UNM Pharm.D. Student, Spring 2012-present.

9. Colin Williams, UNM Pharm.D. Student, Spring 2012.

10. Michael Bernauer, UNM Pharm.D. Student, Spring 2013-present

11. Maria Gabriela Cabanilla, UNM Pharm.D. Student, Fall 2014-present

12. Christina Clise, UNM Pharm.D. Student, Fall 2014-present

*Visiting Scholars*

1. Simone Dietz, Pharmaceutics Intern from University of Bonn, Germany. Fall/Spring 2010/2011.

2. Christine Joseph, Pharmaceutics Intern from University of Bonn, Germany. Spring/Summer 2011.

3. Gero Joks, Pharmaceutics Intern from University of Bonn, Germany. Summer 2011.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 10

*Dissertation Committees*

1. Piynauch Wonganan, Ph.D, UT Pharmaceutics Graduate Program, 2010.
2. Nicole Nelson, Ph.D, UT Pharmaceutics Graduate Program, 2011.
3. Martin Donovan, Ph.D, UT Pharmaceutics Graduate Program, 2011.
4. Shayna McGill, Ph.D, UT Pharmaceutics Graduate Program, 2011.
5. Nicole Nelson, Ph.D., UT Pharmaceutics Graduate Program, 2011.
6. Helen Lirolla, Ph.D., UT Pharmaceutics Graduate Program, 2012.
7. Prinda Wanakule, Ph.D., UT BME Graduate Program, 2012.
8. Letty Rodriguez, Ph.D., UT Pharmaceutics Graduate Program, 2012.
9. Javier Morales, Ph.D., UT Pharmaceutics Graduate Program, 2012.
10. Eileen Dawson, Ph.D., UT BME Graduate Program, 2013.
11. Amit Kumar, Ph.D., UT Pharmaceutics Graduate Program, 2013.
12. Simone Carvalho, Ph.D., UT Pharmaceutics Graduate Program, 2013.
13. Amber McBride, Ph.D., UNM NSMS Engineering Graduate Program, 2014.

## XII.  **Editorial Responsibilities**

*Current*

| | | |
|---|---|---|
| 1. | *Drug Development and Industrial Pharmacy* | Associate Editor: Special and Themed Issues |
| 2. | *Inhalation* | Editorial Board |
| 3. | *European Journal of Pharmaceutical Sciences* | Reviewer |
| 4. | *European Journal of Pharmaceutics and Biopharmaceutics* | Reviewer |
| 5. | *International Journal of Pharmaceutics* | Reviewer |
| 6. | *Journal of Controlled Release* | Reviewer |
| 7. | *Journal of Pharmaceutical Sciences* | Reviewer |
| 8. | *Pharmaceutical Research* | Reviewer |

*Previous*

| | | |
|---|---|---|
| 1. | *Ashley Publications Ltd., London, UK.* | Book Reviewer |
| 2. | *Drug Delivery* | Reviewer |
| 3. | *Journal of Pharmacy and Pharmaceutical Sciences* | Reviewer |

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 11

| | | |
|---|---|---|
| 4. | *Informa Healthcare USA, New York, NY* | Book Editor /Reviewer |
| 5. | *Pharmaceutical Press, London, UK.* | Book Reviewer |
| 6. | *Respiratory Drug Delivery* | Conference Proceedings Reviewer |
| 7. | *Journal of Pharmacy and Nutrition Sciences* | Editorial Board |

## XIII.  <u>Publications</u>

1.  J.T. McConville, N. Patel, N. Ditchburn, P. Woodcock, M.J. Tobyn, J.N. Staniforth, Use of a Novel Modified TSI for the Evaluation of Controlled-Release Aerosol Formulations, *Drug Development and Industrial Pharmacy*, 26(2000) 1191-1198.

2.  J.T. McConville, A.C. Ross, A.R. Chambers, G. Smith, A.J. Florence, H.N.E. Stevens, The Effect of Wet Granulation on the Erosion Behavior of an HPMC– Lactose Tablet, Used as a Rate-Controlling Component in a Pulsatile Drug Delivery Capsule Formulation, *European Journal of Pharmaceutics and Biopharmaceutics*, 57(2004) 541-549.

3.  J.T. McConville, A.C. Ross, A.J. Florence, H.N.E. Stevens, Erosion Characteristics of an Erodible Tablet Incorporated in a Time-Delayed Capsule Device, *Drug Development and Industrial Pharmacy*, 31(2005) 79-89.

4.  J.T. McConville, Recent Trends in Oral Drug Delivery, *The Drug Delivery Companies Report*, PharmaVentures, Oxford, UK, Autumn/Winter (2005) 24-27. ***Invited Article.***

5.  J.T. McConville, T.C. Carvalho, A.N. Iberg, R.L. Talbert, D.S. Burgess, J.I. Peters, K.P. Johnston, R.O. Williams III, Design and Evaluation of a Restraint-Free Small Animal Inhalation Dosing Chamber, *Drug Development and Industrial Pharmacy*, 31(2005) 35-42.

6.  B.J. Hoeben, D.S. Burgess, J.T. McConville, L.K. Najvar, R.L. Talbert, J.I. Peters, N.P. Wiederhold, B.L. Frei, J.R. Graybill, R. Bocanegra, K.A. Overhoff, P. Sinswat, K.P. Johnston and R.O. Williams III, *In Vivo* Efficacy of Aerosolized Nanostructured Itraconazole Formulations for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 50(2006) 1552-1554.

7.  J.M. Vaughn, J.T. McConville, X. Gao, M.T. Crisp, K.P. Johnston, R.O. Williams III, Supersaturation Produces High Bioavailability of Amorphous Danazol Particles Formed by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid Technologies, *Drug Development and Industrial Pharmacy*, 32(2006) 559-567.

8.  J.T. McConville, K.A. Overhoff, P. Sinswat, J.M. Vaughn, B.L. Frei, D.S. Burgess, R.L. Talbert, J.I. Peters, K.P. Johnston, R.O. Williams III, Targeted High Lung

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 12

Concentrations of Itraconazole Using Nebulized Dispersions in a Murine Model, *Pharmaceutical Research*, 23(2006) 901-911.

9.  J.M. Vaughn, J.T. McConville, D.S. Burgess, J.I. Peters, K.P. Johnston, R.L. Talbert, R.O. Williams III, Single Dose and Multiple Dose Studies of Aerosolized Itraconazole Nanoparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 63(2006) 95-102.

10. T. Purvis, J.M. Vaughn, T.L. Rogers, X. Chen, K.A. Overhoff, P. Sinswat, J. Hu, J.T. McConville, K.P. Johnston, R.O. Williams III, Cryogenic liquids, Nanoparticles, and Microencapsulation, *International Journal of Pharmaceutics*, 324(2006) 43-50.

11. J.T. McConville, N.P. Wiederhold, Antifungal Prophylaxis to the Lung Using Itraconazole, *Inhalation*, 1(2007) 6-9. ***Invited Article.***

12. J.T. McConville, Targeted Lung Delivery of Antifungals: Preclinical Studies Using Itraconazole Nanoparticles, *RDD Europe 2007*, 1(2007) 43-50. ***Invited Article.***

13. D.A. Miller, J.T. McConville, W. Yang, R.O. Williams III, J.W. McGinity, Hot-Melt Extrusion for Enhanced Delivery of Drug Particles, *Journal of Pharmaceutical Sciences*, 96(2007) 361-76. ***Invited Article.***

14. J.M. Vaughn, N.P. Wiederhold, Jason T. McConville, J.J. Coalson, R.L. Talbert, D.S. Burgess, K.P. Johnston, R.O. Williams III, Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole, *International Journal of Pharmaceutics*, 338(2007) 219-224.

15. C.A. Alvarez, N.P. Wiederhold, J.T. McConville, J.I. Peters, L.K. Najvar, J.R. Graybill, J.J. Coalson, R.L. Talbert, D.S. Burgess, R. Bocanegra, K.P. Johnston, R.O. Williams III, Aerosolized Nanostructured Itraconazole as Prophylaxis Against Invasive Pulmonary Aspergillosis, *Journal of Infection*, 55(2007) 68-74.

16. M. T. Carvajal, D. Cipolla, M. Copley, J.T. McConville, Highlights from RDD 2008: *Inhalation* Reports on Some of the Most Interesting Research Presented at the Most Recent Respiratory Drug Delivery Meeting, *Inhalation*, 2:3(2008) 18-20. ***Invited Article.***

17. K.A. Overhoff, J.T. McConville, W. Yang, K.P. Johnston, J.I. Peters, R.O. Williams, Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Made by Ultra-Rapid Freezing, *Pharmaceutical Research*, 25(2008) 167-175.

18. W. Yang, J. Tam, D.A. Miller, J. Zhou, J.T. McConville, K.P. Johnston, R.O.Williams III, High Bioavailability from Nebulized Itraconazole Nanoparticle Dispersions with Biocompatible Stabilizers, Special Edition: Pharmaceutical

Nanotechnology, *International Journal of Pharmaceutics*, 361(2008) 177–188. ***Invited Article.***

19.  J. Tam, J.T. McConville, R.O. Williams III, K.P. Johnston, Amorphous Cyclosporin-A Nanodispersions for Enhanced Pulmonary Deposition and Dissolution, *Journal of Pharmaceutical Sciences*, 97(2008) 4915-4933.

20.  P. Sinswat, K.A. Overhoff, J.T. McConville, K.P. Johnston, Robert O. Williams III, Nebulization of Nanoparticulate Amorphous or Crystalline Tacrolimus – Single-Dose Pharmacokinetics Study in Mice, *European Journal of Pharmaceutics and Biopharmaceutics*, 69(2008) 1057-1066.

21.  J.T. McConville, F.J. McInnes, A.C. Ross, Preface for Innovative Inhalation Technologies: Special Edition, *Drug Development and Industrial Pharmacy*, 34(2008) 1-2. ***Invited Article***

22.  Y-J. Son, J.T. McConville, Advancements in Dry Powder Delivery to the Lung, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 948-959. ***Invited Article***.

23.  A.B. Watts, J.T. McConville, R.O. Williams III, Current Therapies and Technological Advances in Aqueous Aerosol Drug Delivery, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 913-922. ***Invited Article***.

24.  S. Thitinan, J.T. McConville, Interferon Alpha Delivery Systems for the Treatment of Hepatitis C, International *Journal of Pharmaceutics*. 369(2009) 121-135. ***Invited Article.***

25.  J.T. McConville, S.A. Kucera, T.C. Carvalho, E.M. Hurley, Ethyl Lactate as a Pharmaceutical-Grade Excipient and Development of a Sensitive Peroxide Assay, *Pharmaceutical Technology*, 33(2009) 74-84. ***Invited Article***.

26.  Y-J Son, J.T. McConville, Dissolution Testing for Inhalation Formulations, *Inhalation*, 2:6(2009) 8-11. ***Invited Article***.

27.  J.T. McConville, L. Hodges, T. Jones, J.P. Band, B. O'Mahony, B. Lindsay, A.C. Ross, A.J. Florence, A.J. Stanley, M.J. Humphrey, C.G. Wilson, H.N.E. Stevens, A Pharmacoscintigraphic Study of Three Time-Delayed Capsule Formulations in Healthy Male Volunteers, *Journal of Pharmaceutical Sciences*, 98(2009) 4251-4263.

28.  J.A. Tolman, N.A. Nelson, Y-Ju Son, S.Bosselmann, N.P. Wiederhold, J.I. Peters, J.T. McConville, R.O. Williams III, Characterization and Pharmacokinetic Analysis of Aerosolized Aqueous Voriconazole Solution, *European Journal of Pharmaceutics and Biopharmaceutics* 72(2009) 199-205.

DTX0866-0013

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 14

29. J.A. Tolman, N.P. Wiederhold, J.T. McConville, L.K. Najvar, R. Bocanegra, J.I. Peters, J.J. Coalson, J.R. Graybill, T.F. Patterson, R.O. Williams III, Inhaled Voriconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 53(2009) 2613-2615.

30. Y-J. Son, J.T. McConville, A Standardized Dissolution Test Method for Inhaled Pharmaceutical Formulations, *International Journal of Pharmaceutics*, 382(2009) 15-22.

31. J.O. Morales, M. Horng, A.M. Gregg, J.T. McConville, Development of Orally-Disintegrating Tablets using Starch and Fructose, *Pharmaceutical Technology*, 34(2010), 92-99.

32. Y-J. Son, M. Horng, M. Copley, J.T. McConville, Optimization of an *In Vitro* Dissolution Test Method for Inhalation Formulations, *Dissolution Technologies*, 17(2010), 6-13. ***Invited Article***.

33. M. Copley, Y-J. Son, J. McConville, Dissolution Testing for Inhaled Drugs, *Pharmaceutical Technology Europe*, 22(2010), 37-38, 40-43.

34. T.C. Carvalho, S.R. Carvalho, J.T. McConville, Formulations for Pulmonary Administration of Anticancer Agents to Treat Lung Malignancies, *Journal of Aerosol Medicine and Pulmonary Drug Delivery*, 24(2011), 61-80. ***Invited Article***.

35. J.O. Morales, J.T. McConville, Manufacture and Characterization of Mucoadhesive Buccal Films, *European Journal of Pharmaceutics and Biopharmaceutics*, 77(2011), 187-199.

36. Y-J. Son, J.T. McConville, A New Respirable Form of Rifampicin, *European Journal of Pharmaceutics and Biopharmaceutics*, 78 (2011), 366-376.

37. T. Carvalho, M. Horng, J.T. McConville, Application of a Pull on a Disk Method to Measure Surface Tension of Liquids, *AAPSPharmSciTech*, 13 (2012), 305-312.

38. Y-J. Son, J.T. McConville, A Prospective Dissolution Test Design: Controlling the Important Variables, *Respiratory Drug Delivery 2012*, 1(2012) 177-184.

39. S. Thitinan, J.T. McConville, Development of a Gastroretentive Pulsatile Drug Delivery Platform, *Journal of Pharmacy and Pharmacology*, 64 (2012), 505-516. ***Invited Article***.

40. Y-J. Son, J.T. McConville, Preparation of Sustained Release Rifampicin Microparticles for Inhalation, Special Edition: *Journal of Pharmacy and Pharmacology*, 64 (2012), 1291-1302. ***Invited Article***.

DTX0866-0014

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 15

41. A.K. Yazdi, J.O. Morales, S.R. Marek, F. Thielmann, D. Burnett, J. Heng, J.T. McConville, Dissolution Rate Comparison of Micronized and Spray-Dried Budesonide, *Respiratory Drug Delivery 2012*, 3 (2012), 855-858.

42. S-F Jang, B.A. Goins, W.T. Phillips, C. Santoyo, A.R-Ficht, J.T. McConville, Size Discrimination in Rodent Gastric Emptying, *Biopharmaceutics & Drug Disposition*, 34 (2013), 107–124.

43. J.O. Morales, R. Su, J.T. McConville, The Influence of Recrystallized Caffeine on Water-Swellable Polymethacrylate Mucoadhesive Buccal Films, *AAPS PharmSciTech*, 14 (2013) 475-484.

44. J.O. Morales, G.R. Joks, A. Lamprecht, J.T. McConville A design of experiments to optimize a new manufacturing process for high activity protein-containing submicron particles, *Drug Development and Industrial Pharmacy*, 39 (2013), 1793-1801.

45. J.O. Morales, A.C. Ross, R. Su, J.T. McConville. Protein-coated nanoparticles embedded in films for buccal delivery. *Journal of Pharmacy and Pharmacology*, 65 (2013), 827–838.

46. T.C. Carvalho, J.P. McCook, N.R. Narain, J.T. McConville, Development and Characterization of Phospholipid-Stabilized Submicron Aqueous Dispersions of Coenzyme $Q_{10}$ Presenting Continuous Vibrating-Mesh Nebulization Performance, *Journal of Liposome Research*, 23 (2013), 276-290.

47. J.O. Morales, J.T. McConville, Preface for Buccal Drug Delivery Theme Issue, *Drug Development and Industrial Pharmacy*, 40 (2014), 577–578. **Invited Article**.

48. J.O. Morales, J.T. McConville, Novel Strategies for the Buccal Delivery of Macromolecules, *Drug Development and Industrial Pharmacy*, 40 (2014), 579–590. **Invited Article**.

49. J.O. Morales, S. Huang, R.O. Williams III, J.T. McConville, Films loaded with Insulin-coated nanoparticles (ICNP) as potential platforms for peptide buccal delivery, *Colloids and Surfaces B: Biointerfaces*, 122 (2014), 38–45.

50. K. Berkenfeld, A. Lamprecht, J.T. McConville, Devices for Dry Powder Drug Delivery to the Lung, Special Edition: Advances in Formulation and Device Technologies for Pulmonary Drug Delivery, *AAPSPharmSci Tech*, **Invited Article**, Under Review.

51. T.C. Carvalho, J.P. McCook, N.R. Narain, J.T. McConville, Understanding the Dynamics of Active Vibrating-Mesh Aerosolization in the Development of Aqueous Dispersions of Coenzyme $Q_{10}$ for Pulmonary Delivery, *Journal of Pharmaceutical Sciences*, Under Review.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 16

52. M.E. Ali, J.T. McConville, A. Lamprecht, Pulmonary Delivery of Anti-Inflammatory Agents, *Expert Opinion on Drug Delivery*, In Press. 1-17.

## XIV.  Published Abstracts

1. An *In Vitro* Method for Evaluation of Dry Powder Inhaler Formulations using a Novel Modified Twin Stage Impinger, Annual Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.
2. A Novel *Ex Vivo* Method for Determining Diffusion Rates of Dry Powder Inhaler Formulations using an Isolated Perfused Guinea Pig Lung Model, Annual Meeting of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.
3. The Comparison of Two Delivery Techniques for Dosing an Isolated Perfused Guinea Pig Lung (IPGPL), Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998
4. An *In Vitro* Method for Evaluation of Lung Deposition and Drug Diffusion from Dry Powder Formulations using a Modified Twin Stage Impinger, Annual Meeting of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.
5. Preclinical Evaluation of an Isotretinoin (iso) Powder Formulation for Aerosol Administration in Lung Cancer Chemoprevention, 90th American Association of Cancer Research, Philadelphia, PA, April, 1999.
6. Effect of Process Variables on the Time-delayed Release from a Capsule Based Delivery Device, 23rd Joint Research Seminar, Dublin, Ireland, June, 2000.
7. Effect of Process Variables on Drug Release from a Time-Delayed Capsule Delivery System, 137th British Pharmaceutical Conference, Birmingham, United Kingdom, September, 2000.
8. Processing Induced Variability of Time-delayed Delivery from a Pulsatile Capsule Device, Annual Meeting of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.
9. Microwave Dielectric Analysis of Wet Granulations for Erodible HPMC Tablets, 138th British Pharmaceutical Conference, Glasgow, United Kingdom, September, 2001.
10. The use of Microwave Analysis to Describe the Effect of a Wet Granulation Processing Technique, Annual Meeting of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.
11. Gamma Scintigraphic Visualisation of Drug Release from a Time-Delayed Capsule, 6th US-Japan Drug Delivery Symposium, Honolulu, HI, November, 2001.
12. Gamma Scintigraphic Investigation of Drug Release from a Time-Delayed Capsule, 29th International Symposium on Controlled Release of Bioactive Materials, Seoul, Korea, June, 2002.
13. Preparation of Water-impermeable Capsule Bodies for a Pulsatile Drug Delivery System, 139th British Pharmaceutical Conference, Manchester, United Kingdom, September, 2002.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 17

14. Time Delayed Delivery of Theophylline, 139th British Pharmaceutical Conference, Manchester, United Kingdom, September, 2002.

15. The Suitability of a Capsule Component for use with a Pulsed Release Drug Delivery Device, Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November, 2002.

16. Gastrointestinal Transit and Release of Time-Delayed Delivery Capsules, Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November, 2002.

17. A Study to Investigate the effects of Food Administration Post-gastric Emptying on a Time-delayed Formulation in Healthy Volunteers using Gamma Scintigraphy, 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, United Kingdom, June, 2003.

18. Physiochemical Properties of Itraconazole Produced by Spray-Freezing into Liquid Process, 1st European Federation for Pharmaceutical Sciences Conference on Optimizing Drug Delivery and Formulation: New Challenges in Drug Delivery, Versailles, France, September, 2003.

19. Controlling Particle Characteristics of Itraconazole Powders Produced by Spray-freezing into Liquid - Organic Solution Versus Emulsion Liquid Feed Solutions, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

20. Nebulization of a Suspension Containing Itraconazole Prepared by Evaporative Precipitation into Aqueous Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

21. Spray Freezing into Liquid of Itraconazole for Pulmonary Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

22. Enhanced Solubility and Dissolution of Itraconazole Prepared by the Spray Freezing into Liquid Technique, 31st International Symposium on Controlled Release of Bioactive Materials, Honolulu, HI, June, 2004.

23. The Use of Antioxidants to Stabilize Ethyl Lactate, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

24. Design of a Restraint-Free Small Animal Dosing Chamber for Inhalation and Investigation of Drug Distribution Within the Chamber, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

25. Miscibility of Hydrophilic Polymers and Surfactants with Polyethylene Oxide in Hot-melt Extruded Tablets Containing Poorly Water Soluble Drug, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

26. Delivery of Poorly Water Soluble Drugs using Nebulization, 15th Drug Delivery to the Lungs Conference, London, United Kingdom, December, 2004.

27. Improved Dissolution Rate and Bioavailability through the Formation of a Highly Miscible Binary Mixture, 32nd International Symposium on Controlled Release of Bioactive Materials, Miami, FL, June, 2004.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 18

28. Delivery of Nebulized Itraconazole Nanoparticles in the Murine Model, Respiratory Drug Delivery Europe 2005, Paris, France, May, 2005.

29. Particle Engineering for Rapid Dissolution Rates of Poorly Water Soluble Drugs, American Institute of Chemical Engineers (AIChE) Annual Meeting, Cincinnati, OH, October, 2005

30. Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2005.

31. Characterization of Nebulized Itraconazole Nanoparticles and Delivery to the Murine Lung, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

32. Treatment of Acute Pulmonary Aspergillosis with Nebulized Itraconazole in the Murine Model, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

33. Improved Danazol Supersaturation and Oral Bioavailability via Formulation into an Amorphous Solid Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

34. Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

35. Treatment of Pulmonary Aspergillosis using Nebulized Itraconazole Nanoparticles prepared using Particle Engineering Technologies, 16th Drug Delivery to the Lung Conference, London, United Kingdom, December, 2005.

36. *In Vivo* Efficacy of Aerosolized Nano-structured Itraconazole (ITZ) Formulations for the Prevention of Invasive Pulmonary Aspergillosis (IPA), 45th Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC, December 2005 (originally scheduled for New Orleans, September, 2005).

37. Single Dose Variability and Multi-Dose Studies of Nebulized Itraconazole in a Murine Model, Respiratory Drug Delivery (RDD X) Conference, Boca Raton, FL, April, 2006.

38. Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole (Itra), American Thoracic Society International Conference, San Diego, CA, May, 2006.

39. Particle Engineering and Formulation for Enhanced Bioavailability of Poorly Water Soluble Drugs, Particles 2006 Conference, Orlando, FL, May, 2006.

40. Sustained Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model, 32nd International Symposium on Controlled Release of Bioactive Materials, Vienna, Austria, July, 2006.

41. Aerosolized Itraconazole (ITZ) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, American College of Clinical Pharmacy Annual Meeting, St. Louis, MS, October, 2006.

42. *In-vitro* and *In-vivo* Comparison of Melt Extruded Particulate Dispersions of PVP and HPMC-Stabilized Nano-Structured Amorphous Itraconazole Particles, Annual

DTX0866-0018

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 19

       Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

43.    Antisolvent Precipitation of Cyclosporin A Nanoparticles for Enhanced Pulmonary Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

44.    Immunological Response and Alveolar Macrophage Uptake of Inhaled Amorphous ITZ, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

45.    *In Vitro* and *In Vivo* Validation of a High-Concentration Pre-Clinical Rodent Dosing Apparatus for Inhalation, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

46.    A Novel *In Vitro* Pulmonary Dissolution Testing Method for Controlled Release Inhalation Formulations, 34th International Symposium on Controlled Release of Bioactive Materials, Long Beach, CA, July, 2007.

47.    The Swelling Properties of Walocel-HM (Hypromellose) in 100% Ethanol, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

48.    A Novel *In Vitro* Dissolution Testing Method for Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

49.    *In Vitro* Determination of Gastric Mucoadhesion for Hypromellose Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

50.    Development of a Standardized *In Vitro* Pulmonary Dissolution Testing Method, 6th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Barcelona, Spain, April 2008.

51.    Development of a Standardized Dissolution Test for Inhalable Formulations, Respiratory Drug Delivery (RDD XI) Conference, Scottsdale, AZ, May, 2008.

52.    *In Vitro* Determination of Gastrointestinal Mucoadhesion Formulations, 35th International Symposium on Controlled Release of Bioactive Materials, New York, NY, July, 2008.

53.    Aerosolized Voriconazole (VRC) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, 48th Interscience Conference on Antimicrobial Agents and Chemotherapy/Infectious Diseases Society of America 46th Annual Meeting, Washington, DC, October, 2008.

54.    Preliminary Studies for Rapidly Disintegrating Mini-Tablets for Enteric Coated Oral Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

55.    Gender and Race-Based Disparities in the Proportion of Hepatitis C Patients that are Co-Infected with HIV/AIDS in The 1996-2005 US National Hospital Discharge Survey, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

56.    Low Concentration Range Determination of API 31510 using High Performance Liquid Chromatography (HPLC), Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

57. Major Sites of Pulmonary Malignancy and Associated Health Outcomes for Lung Cancer Patients in the 1996-2005 National Hospital Discharge Survey (NHDS), Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

58. Improvements of an *In Vitro* Dissolution Test Method For Dry Powder Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

59. Aerosol Characterization and Single-Dose Pharmacokinetic Analysis of Nebulized Voriconazole Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

60. Investigation of Nebulized Dose and Inhaled Dose of Itraconazole Dispersions in a Nose-Only Rodent Dosing Chamber, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

61. Characterization of Saccharide Derived Fast Disintegrating Tablets, ExcipientFest 2009, San Juan, PR, May, 2009.

62. Manufacture and Characterization of Natural Polymer Based Films as Buccal Delivery Systems, ExcipientFest 2009, San Juan, PR, May, 2009.

63. Development of Fast Disintegrating Tablets using Starch and Starch Derivatives, 36th International Symposium on Controlled Release of Bioactive Materials, Copenhagen, Denmark, July, 2009.

64. An Investigation of Natural Based Films Suitable for Buccal Delivery, 36th International Symposium on Controlled Release of Bioactive Materials, Copenhagen, Denmark, July, 2009.

65. Effect of Oral Candidiasis Co-Infection in HIV/AIDS and Hepatitis C Patients Admitted to Hospitals in The United States, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

66. Effect of Cooling Rate on the Particle Size of API31510 Emulsions, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

67. Investigation of nebulized itraconazole dispersions: *in-vitro-in-vivo* comparison of dose administered to mice in a nose-only dosing apparatus, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

68. Nanostructured Tacrolimus Produced by Ultra-Rapid Freezing for Dry Powder Inhalation, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

69. Development and Evaluation of a Manufacturing Process for Xanthan Gum-Based Films, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

70. Optimization of an In Vitro Dissolution Test Method for Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

71. Low Density Chitosan-Based Particles Prepared by Spray Drying as a Pulmonary Drug Delivery Vehicle, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

DTX0866-0020

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 21

72. Particle Manufacture for Targeted Oral Delivery in a Rodent Model, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

73. Development of Submicron Aqueous Formulations of API31510, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

74. Manufacture and characterization of Fast Disintegrating Tablets, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

75. Optimization of an In Vitro Dissolution Test Method for Inhalation Formulations, Proceeding of the Drug Delivery to the Lungs Conference (DDL20), Edinburgh, UK, December 2010.

76. The Use of Silicified Microcrystalline Cellulose and Fructose in the Development of Orally Disintegrating Tablets, 37th International Symposium on Controlled Release of Bioactive Materials, Portland, OR, July, 2010.

77. Rapidly Disintegrating Tablets for Targeted Oral Delivery, 37th International Symposium on Controlled Release of Bioactive Materials, Portland, OR, July, 2010.

78. Assessment of Student Performance in Biopharmaceutics using the TurningPoint Audience Response System, Proceedings of AACP Annual Meeting and Seminars, Seattle, WA, 2010.

79. Development and Characterization of Films for Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

80. Time Dependent Aerosolization Stability of Vibrating-Mesh Nebulizers with Submicron Lecithin Aqueous Dispersions of API31510, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

81. Nebulization Performance of Submicron Aqueous Dispersions of API 31510 prepared using High Pressure Homogenization, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

82. Measurement of Surface Tension of Liquids using Texture Analyzer, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

83. Manufacture of BSA Microcrystals by a Co-Precipitation Method, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

84. Stabilized Buoyancy and Optimal Loading Capacity of a Floating Gastric Device, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

85. Size Exclusion and Gastric Emptying in Rodent Models, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

86. Fighting Dysphagia with Orally Disintegrating Tablets, 8th International Conference on Functional Foods for Chronic Diseases: Science and Practice, Las Vegas, NV, March 2011.

DTX0866-0021

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 22

87. Time Dependent Aerosolization Stability of a Vibrating-Mesh Nebulizer using API31510, Respiratory Drug Delivery Europe 2011, Berlin, Germany, May, 2011.

88. The Influence of Physicochemical Properties of Aqueous Dispersions on Active Vibrating-Mesh Nebulization, 18th Congress of International Society for Aerosols in Medicine, Rotterdam, Netherlands, June, 2011.

89. Orally Disintegrating Dietary Supplement Tablets, Institute of Food Technology Annual Meeting, New Orleans, LA, June, 2011.

90. A Gastric Retention Modeling Study of Floating Devices, 38th International Symposium on Controlled Release of Bioactive Materials, National Harbor, MD, July, 2011.

91. Impact of Drying Conditions on the Physicochemical and Aerodynamic Properties of Rifampicin Dihydrate (RFDH) Microcrystals, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

92. BSA Microcrystals by a Co-Precipitation Method: The Effect of Solvent Type and Presence of Surfactant, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

93. The Influence of Particles on Physical Properties of Films, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

94. *In Vitro* Evaluation of Adhesion Properties of Mucoadhesive Pellets Using Artificial Agar/Mucin Gel, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

95. The Influence of Physicochemical Properties of Aqueous Dispersions on Active Vibrating-Mesh Nebulization, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

96. Dissolution Rate Comparison of Micronized and Spray-Dried Budesonide, Respiratory Drug Delivery 2012, Phoenix, AZ, May, 2012.

97. A Novel Method for the Manufacture of Protein-Coated Nanoparticles, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012.

98. Dissolvable Strip for Treatment of Oral Thermal Burns, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

99. The Effect of pH on Protein-coated Submicron Particles Obtained by Antisolvent Co-precipitation, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

100. Manufacture and Characterization of Films for Buccal Delivery of Protein-coated Submicron Particles, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

101. Influence of Particulate API in Eudragit® RS and RL Films for Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

102. Controlled Release Properties of Cellulose Processed by Rapid Freezing Technology, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 23

103. Prediction of *In Vitro* Aerosolization Profiles Based on Rheological Behaviors for Aqueous Dispersions of API 31510, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

104. Acoustic Levitation to Simulate Rifampicin Spray Drying Kinetics, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

105. Multiple Dose Platforms for Once-Daily Administration of Ciprofloxacin or Verapamil, 3rd International Conference and Exhibition on Pharmaceutics & Novel Drug Delivery Systems, Northbrook, IL, April, 2013

106. Controlled Release Mucoadhesive Films Containing Nanoparticles of Lysozyme, 40th International Symposium on Controlled Release of Bioactive Materials, Honolulu, HI, July, 2013.

107. Determination of Thermodynamic Characteristics of A Rifampicin Solvate Recrystallized from Ethanol, 31st Annual Meeting of the Mountain West Society of the Society of Toxicology, Albuquerque, NM, September, 2013.

108. Bioadhesive Films Containing Nanoparticles of Lysozyme, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

109. Development of Films of Insulin-coated Nanoparticles for Use in Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

110. Gastroretentive Capsules for Once-daily Administration of Ciprofloxacin or Verapamil, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

111. Preformulation Development Studies of Respirable Rifampicin Particles through Crystal Modification, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

112. Inhaled Therapeutics for Lung Cancer, Drug Delivery to the Lungs Conference (DDL24), Edinburgh, UK, December, 2013.

113. Antisolvent Co-precipitation Synthesis of D,L-Valine/Lysozyme, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2014.

114. Core Forming Antisolvent Co-precipitation of Protein Loaded Crystals, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2014.


## XV.   Book Contributions

1.     J.T. McConville, Preface for *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*, (Eds.) Robert O. Williams III, David R. Taft, J.T. McConville, Informa Healthcare, New York, NY, September, 2007. ***Invited Article.***

2.     J.T. McConville, N.P. Wiederhold, Invasive Pulmonary Aspergillosis: Therapeutic and Prophylactic Strategies, In *Advanced Drug Formulation Design to Optimize*

DTX0866-0023

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 24

*Therapeutic Outcomes*, (Eds.) Robert O. Williams III, David R. Taft, J.T. McConville, Informa Healthcare, New York, NY, September 2007. ***Invited Article.***

3.   S. Thitinan, J.T. McConville, , Pulsatile Drug Delivery, In *Controlled Release: Oral Dosage Forms*, Eds. Patrick Crowley, Clive Wilson, Controlled Release Society Books, St. Paul, MN, 2011.

4.   Y-Ju Son, J.T. McConville, In Vitro Performance Testing for Pulmonary Drug Delivery, In *Controlled Release Science and Technology: Pulmonary Delivery*, (Eds.) Hugh Smyth, Anthony Hickey, Controlled Release Society Books, St. Paul, MN, 2011.

5.   J.O. Morales, A.B. Watts, J.T. McConville, Mechanical Particle Size Reduction Techniques, In *Formulating Poorly Water Soluble Drugs*, (Eds.) Dave Miller, Alan Watts, Robert O. Williams III, Springer Publishing Company, New York, NY, 2011.

6.   J.O. Morales, J.T. McConville, Polymer Drug Delivery Systems for Sustained Mucoadhesion in the Respiratory Tract. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.

7.   P. Du, J.T. McConville, Regulatory Aspects of Pulmonary Delivery of Polymers. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.

8.   J.T. McConville, Polymer Drug Delivery Systems Targeting the Alveolar Macrophages. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.


## XVI.   Invited Talks, Sessions, and Workshop Presentations

1.   *Microwave Dielectric Analysis of Wet Granulations for Erodible HPMC Tablets*, Proceedings of the 138th British Pharmaceutical Conference, Glasgow, United Kingdom, September, 2001.

2.   *Chronopharmaceutical Drug Delivery*, University of Texas at Austin, Austin, TX, October, 2001.

3.   *Particle Engineering Technologies:  Theory and Practice*, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004. ***Workshop Presenter.***

4.   *Capsule Filling and Topical Formulations*, Science Camp Presentation, Priscilla Pond Flawn Child and Family Laboratory, University of Texas at Austin, Austin, TX, June, 2005.

DTX0866-0024

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 25

5.    *Pre-Clinical Development Studies with Poorly Water-Soluble Drugs*, Universidade Federal de Minas Gerais, Belo Horizonte, Brasil, June, 2005.

6.    *Targeted High Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model*, 1st Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2005.

7.    *Pre-Clinical Development Studies with Poorly Water-Soluble Drugs*, University of Louisiana at Monroe, Monroe, LA, January, 2006.

8.    *The Effective Delivery of Itraconazole for the Treatment of Acute Fungal Infections*, University of Mississippi, Oxford, MS, January, 2006.

9.    *Targeted High Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model*, University of Texas at Austin, Austin, TX, February, 2006.

10.   *Enhanced Therapeutic Outcomes using Targeted Itraconazole Delivery in a Murine Model*, Long Island University, Brooklyn, NY, February, 2006.

11.   *Targeted Treatment of Infectious Diseases to the Lung*, Virginia Commonwealth University, February, 2007.

12.   *Targeted Lung Delivery of Antifungals:  Preclinical Studies using Itraconazole Nanoparticles*, Respiratory Drug Delivery Europe 2007, Paris, France, April, 2007.

13.   *Preclinical Studies with Poorly Water Soluble Drugs*, University of Strathclyde, Glasgow, UK, July, 2007.

14.   *Antifungal Prophylaxis to Treat Pulmonary Aspergillosis*, GEA-NUS 10th Anniversary Celebration & Pharmaceutical Technology Seminar, Singapore, December, 2007.

15.   *Novel In Vitro Dissolution Testing Methods for Inhalation Formulations*, Dissolution Testing, Bioequivalence & Bioavailability Strategies Meeting, London, United Kingdom, June 2008.

16.   *Dissolution Testing of Inhalation Products*, Copley Scientific Ltd, London, United Kingdom, June 2008.

17.   *Modification of the USP Type II Dissolution Testing Apparatus for Powder Formulations*, Novartis, Basel, Switzerland, July 2008.

18.   *The Use of Renewable Ingredients for Pharmaceutical Formulations*, Tate & Lyle, Decatur, September 2008.

DTX0866-0025

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 26

19. *Improved Therapy by Direct Lung Targeting for the Treatment of Pulmonary Aspergillosis*, Purdue University, September, 2008.

20. Attendee/Observer at the Aerosol Advisory Board Meeting, United States Pharmacopeia Headquarters, Rockville, MD, January, 2009.

21. *Formulation and Characterization of Prosolv® Fast Disintegrating Tablets*, Prosolv® Advisory Board Meeting, San Juan, Puerto Rico, April, 2009.

22. Advances in the Development of Oral Controlled Release Pharmaceutical Forms and/or Site Specific Gastrointestinal Tract Delivery and Pulmonary Delivery Systems: *An Introduction to Pulmonary Drug Delivery*, Santiago, Chile, October, 2009. ***Workshop Presenter.***

23. *Formulation and Characterization of Fast Disintegrating Tablets Containing Renewable Ingredients*, 2nd Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2009.

24. *Dissolution Testing of Aerosol Powder Formulations*, Novartis, Horsham, UK, December 2009.

25. *An Introduction to Buccal Drug Delivery*, Advances in Pharmaceutical Technology and Pharmaceutical Engineering, Santiago, Chile, October, 2010. ***Workshop Presenter.***

26. *Fighting Dysphagia with Orally Disintegrating Tablets*, Functional Foods for Chronic Diseases: Science and Practice, Las Vegas, March, 2010.

27. *Formulation of Rapidly Disintegrating Tablets to Combat Dysphagia*, Prosolv® Advisory Board Meeting, Miami, FL, April, 2011.

28. *Developing Pharmaceutical Products for Controlled Pulmonary Delivery*, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, October, 2011. ***Workshop Moderator and Presenter.***

29. *Dissolution Testing to Meet Formulation Challenges*, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012. ***Workshop Presenter and Panel Discussion Member.***

30. *A Prospective Dissolution Test Design: Controlling the Important Variables*, Respiratory Drug Delivery 2012, Phoenix, AZ, 2012. ***Speaker and Panel Discussion Member.***

DTX0866-0026

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 27

31. Setting Release Specifications for *in vitro* Testing of Controlled Release Dosage Forms: *Dissolution Testing to meet Formulation Challenges*, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012. ***Workshop Presenter and Panel Discussion Member.***

32. *An Introduction to Pulmonary Drug Delivery*, Advances in Pharmaceutical Technology and Pharmaceutical Engineering, Santiago, Chile, April, 2013. ***Visiting Professor and Workshop Presenter.***

33. *Trans-Mucosal Buccal Drug Delivery,* New Mexico Society of Health-System Pharmacists (NMSHSP) Balloon Fiesta Symposium, Albuquerque, NM, October, 2013.

34. *Inhaled Therapeutics for Lung Cancer*, Drug Delivery to the Lungs Conference (DDL24), Edinburgh, UK, December, 2013.

35. *Development of a Single Capsule Multiple Dose Regimen*, (New Mexico Pharmacist Association (NMPhA) Mid-Winter Meeting, January, 2014.

36. *Macromolecule Drug Delivery: Challenges and Triumphs*, AAPS National Biotechnology Conference, San Diego, CA, May, 2014. ***Session Chair and Moderator.***

## XVII. <u>Intellectual Property</u>

1. Enhanced delivery of drug compositions to treat life threatening infections, Non-Provisional Patent Application (PCT/US2005/030543), filed: August 26, 2005.

2. Stabilized Hot Melt Extrusion Composition with Small Drug Particles, Non-Provisional Application (PCT/US2005/040535), filed: September 11, 2005.

3. Enhanced Delivery of Immunosuppressive Drug Compositions for Pulmonary Delivery, Non-Provisional Patent Application (PCT/US2008/050795), filed: October 1, 2008.

4. Immediate Release of Tacrolimus Composition for Increased Bioavailability, Provisional Patent Application (US60/912,733), abandoned: April, 2008.

5. Treatment of Pulmonary Fungal Infection with Voriconazole via Inhalation, Non-Provisional Patent Application (PCT/US2009/043027), filed: June 5, 2009.

6. A Multiple Dosing Regimen Oral Drug Delivery Platform, Non-Provisional Patent Application (PCT/US2012/038690), filed: May 18, 2012.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 28

7. Inhalable Pharmaceutical Compositions: Provisional Application (WO US2012/042999), filed: June 18, 2012.

8. Polymer Strip for Treatment of Oral Thermal Burns: Provisional Application (61/717,082), abandoned: May, 2012.

9. Medicated Polymer Film Strip: Provisional Application (61/719,922), abandoned: May, 2012.

10. Mucoadhesive Films for Local and/or Systemic Delivery: Non-Provisional Patent Application (PCT/US13/32490), filed: March 15, 2013.

11. Wireless Medication Monitor: Non-Provisional Application (PCT/US14/555,086), filed: November 26, 2014.