# *CURRICULUM VITAE*
## MANSOOR M. AMIJI, *PhD, RPh*

### CONTACT INFORMATION

*Office:*
Department of Pharmaceutical Sciences
School of Pharmacy
Bouve College of Health Sciences
Northeastern University
140 The Fenway Building, R156
360 Huntington Avenue
Boston, MA 02115
Voice #: (617) 373-3137
Fax #: (617) 373-8886
E-mail: m.amiji@neu.edu
Website: http://www.northeastern.edu/amijilab

*Residence:*
195 Richie Road
Attleboro, MA 02703
Phone #: (508) 222-3034
Mobile #: (617) 839-9679



DEFENDANTS'
EXHIBIT

DTX-0804

### EXECUTIVE SUMMARY

I received my Bachelor of Science degree in Pharmacy, graduating magna cum laude, from the College of Pharmacy and Allied Health Professions at Northeastern University in 1988, and received my Ph.D. in Pharmaceutics/Biomaterial Science from the School of Pharmacy and Pharmaceutical Sciences at Purdue University in 1992.

I currently serve as a Bouvé College Distinguished Professor and as the Chairman of the Department of Pharmaceutical Sciences in the School of Pharmacy, Bouvé College of Health Sciences, at Northeastern University. In my 20-plus year professional career, I have had extensive experience working with oral drug formulations in both my research and teaching capacities, including use of polymeric drug delivery systems. Specifically, I have worked with polyethylene glycol ("PEG") and polyethylene oxide ("PEO") for use in biomaterials and delivery systems, including the use of PEO blends in films and hydrogel formulations for drug delivery.

I am the author or co-author of over 200 peer-reviewed articles, review articles, book chapters, and conference proceedings. Several of my publications relate directly to oral formulations of polymeric compositions, including the use of polyethylene oxide blends.

### EDUCATION AND TRAINING

September, 1984 - June, 1988: Undergraduate Student in the College of Pharmacy and Allied Health Professions, Northeastern University, Boston, MA.

September, 1986 - May, 1988: Undergraduate Honors Student Research Project Entitled *"Preparation and Characterization of Doxorubicin-Dextran Conjugates"* – Major Advisor: Professor Mehdi Boroujerdi.

June, 1988: Bachelor of Science in Pharmacy (*magna cum laude*).

August, 1988 - July, 1992: Doctoral Student in the Department of Industrial and Physical Pharmacy, School of Pharmacy and Pharmacal Sciences, Purdue University, West Lafayette, Indiana.

August, 1988 - June, 1989: Teaching Assistant in the Department of Industrial and Physical Pharmacy.

July, 1989 - June, 1992: Research Assistant in the Department of Industrial and Physical Pharmacy.

July, 1989 - June, 1992: Doctoral Dissertation Research Entitled *"Surface Modification of Biomaterials with Water-Soluble Polymers: A Steric Repulsion Approach"* - Major Advisor: Professor Kinam Park.

July, 1992: Doctor of Philosophy in Pharmaceutical Science/Pharmaceutics.

## PROFESSIONAL AND ACADEMIC POSITIONS

August, 1992 - December, 1992: Senior Research Scientist, Columbia Research Laboratories, Madison, WI.

January, 1993 - June, 1999: Assistant Professor, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, MA.

July, 1999 - April, 2006: Associate Professor (with tenure), Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, MA.

June, 2000 - December, 2000: Visiting Research Scholar. Department of Chemical Engineering, MA Institute of Technology, Cambridge, MA. (Sabbatical leave appointment in Institute Professor Robert Langer's group).

May, 2006 – January, 2010: Full Professor, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, MA.

February, 2010 – Present: Bouve College Distinguished Professor, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, MA.

September, 2012 – Present: Affiliate Faculty Member, Department of Chemical Engineering, College of Engineering, Northeastern University, Boston, MA.

September, 2013 – Present: Affiliate Faculty Member, Department of Biomedical Engineering, College of Engineering, Northeastern University, Boston, MA.

January, 2014 – Present: Distinguished Adjunct Professor, Faculty of Pharmacy, King Abdulaziz University, Jeddah, Saudi Arabia.

## ADMINISTRATIVE POSITIONS

July, 1995 – June 2000: Pharmaceutics Group Leader, Department of Pharmaceutical Sciences, School of Pharmacy at Northeastern University, Boston, MA.

September, 2002 – June, 2004: Education and Outreach Coordinator, Molecular Biotechnology Initiative at Northeastern University, Boston, MA.

July 2003 – Present: Co-Director, Nanomedicine Education and Research Consortium (NERC) at Northeastern University, Boston, MA.

July, 2005 – December, 2008: Associate Chairman, Department of Pharmaceutical Sciences, School of Pharmacy at Northeastern University, Boston, MA.

January, 2009 – January, 2010: Interim Chairman, Department of Pharmaceutical Sciences, School of Pharmacy at Northeastern University, Boston, MA.

February, 2010 – Present: Chairman, Department of Pharmaceutical Sciences, School of Pharmacy, Northeastern University, Boston, MA.

RESEARCH INTERESTS

The primary focus of research in my laboratory is on the development of biocompatible materials from natural and synthetic polymers, target-specific drug and gene delivery systems for cancer and infectious diseases, and nanotechnology applications for medical diagnosis, imaging, and therapy. Specific projects that we are currently pursuing include:

- Synthesis of novel polymeric materials for medical and pharmaceutical applications.
- Preparation and characterization of polymeric membranes and microcapsules with controlled permeability properties for medical and pharmaceutical applications.
- Target-specific drug, gene, and vaccine delivery systems for diseases of the gastro-intestinal tract.
- Delivery of DNA and siRNA to mucosal surfaces for gene therapy and vaccination.
- Localized delivery of cytotoxic and anti-angiogenic drugs, siRNA, and genes for solid tumors in novel biodegradable polymeric nanoparticles.
- Intracellular and sub-cellular delivery systems for drugs and genes using target-specific, long-circulating, biodegradable polymeric nanoparticles.
- Role of hypoxia and tumor microenvironment in development of tumor drug resistance, angiogenesis, and metastasis.
- Local administration of drugs and nucleic acid-containing nanovectors immobilized on stents for the treatment of arterial diseases (e.g., coronary restenosis).
- Novel oil-in-water nanoemulsion formulations for drug delivery through the gastrointestinal tract and across the blood-brain barrier.
- Systemic and mucosal vaccination using novel immune-modulatory strategies and delivery systems.
- Intranasal administration of liposomes and nanoemulsions to enhance brain delivery of peptides, proteins, siRNA, and genes.
- Functionalized inorganic nanoparticles - including gold, iron oxide, alloys, and core-shell nanostructures - for biosensing, imaging, and targeted therapeutic applications.

PUBLICATIONS [Google Scholar Hirsch "h" index = 63 and Thompson-Reuters Highly Cited (top 1%) in Pharmacology and Toxicology)]

*Book Editorship*

**Amiji, M.M.** and Sandmann, B.J. (eds.). *Applied Physical Pharmacy.* Published by McGraw-Hill Medical Publishing Division. New York, NY. 2002.

**Amiji, M.M.** (ed.) *Polymeric Gene Delivery: Principles and Applications.* Published by CRC Press, LLC (a subsidiary of Taylor and Francis). Boca Raton, FL. 2004.

**Amiji, M.M.** (ed.). *Nanotechnology for Cancer Therapy.* Published by CRC Press, LLC (a subsidiary of Taylor and Francis). Boca Raton, FL. 2007.

Torchilin, V.P. and **Amiji, M.M.** (eds.). *Handbook of Materials for Nanomedicine.* Publication of the *Biomedical Nanotechnology Series,* (10 Volumes Book Series edited by Torchilin, V.P. and **Amiji, M.M.).** Volume 1, Pan Published by Stanford Publishing, Singapore, 2010.

**Amiji, M.M.,** Cook, T., and Mobley, W.C. (eds.). *Applied Physical Pharmacy – Second Edition.* Published by McGraw-Hill Medical Publishing Division. New York, NY, 2014.

Merkel, O.M. and **Amiji, M.M.** (eds). *Advances and Challenges in the Delivery of Nucleic Acid Therapeutics.* E-Book Published by Future Science, LTD, London, UK (In press).

Milane, L. and **Amiji, M.M. (eds).** *Nanotechnology in Inflammatory Diseases.* To be Published by CRC Press, LLC (a subsidiary of Taylor and Francis). Boca Raton, FL. (In preparation).

## *Book Chapters*

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide): a steric repulsion approach. In Shalaby, S.W., Ikada, Y., Langer, R., and Williams, J. (eds.) *Polymers of Biological and Biomedical Significance.* American Chemical Society Symposium Series Publication, Volume 540. Published by the American Chemical Society, Washington, DC. 1994, pp 135-146.

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide), albumin, and heparin for reduced thrombogenicity. In Cooper, S.L., Bamford, C.H., and Tsuruta, T. (eds.) *Polymer Biomaterials: In Solution, as Interfaces, and as Solids.* Published by VSP, The Netherlands. 1995, pp 535-552.

**Amiji, M.,** Kamath, K., and Park, K. Albumin-modified biomaterial surfaces for reduced thrombogenicity. In Wise, D.L., Altobelli, D.E., Grasser, J.D., Shwartz, E.R., Trantolo, D.J., and Yaszemski, M. (eds.) *Encyclopedic Handbook of Biomaterials and Bioengineering - Part B Applications. Volume II.* Published by Marcel Dekker, Inc., New York, NY. 1995, pp 1057-1070.

**Amiji, M.M.** Surface modification of chitosan to improve blood compatibility. In Pandalai, S.G. (eds.). *Recent Research Developments in Polymer Science, Volume III.* Published by Transworld Research Network, Trivandrum, India. 1999, pp 31-39.

Hejazi, R. and **Amiji, M.** Chitosan-based delivery systems: physicochemical properties and pharmaceutical applications. In Dumitriu, S. (eds.). *Polymeric Biomaterials. Second Edition, Revised and Expanded.* Published by Marcel Dekker, Inc., New York, NY. 2001, Chapter 10, pp 213-238.

Kaul, G. and **Amiji, M.** Polymeric gene delivery systems. In. Wise, D.L., Hasirci, V., Lewandrowski, K.-U., Yaszemski, M.J., Altobelli, D.W., and Trantolo, D.J. (eds.) *Tissue Engineering and Novel Delivery Systems.* Published by Marcel Dekker, Inc., New York, NY. 2004, Chapter 16, pp 333-367.

Kommareddy, S. and **Amiji, M**. Targeted drug delivery to tumor cells using colloidal carriers. In Lu, D.R. and Oie, S. (eds.). *Cellular Drug Delivery: Principles and Practice.* Published by Humana Press, Inc., Totowa, NJ. 2004, Chapter 10, pp 181-215.

Kaul, G. and **Amiji, M.M.** Protein nanospheres for gene delivery. In Amiji, M.M. (ed.) *Polymeric Gene Delivery: Principles and Applications.* Published by CRC Press, LLC. Boca Raton, FL. 2004, Chapter 27, pp. 429-447.

Kommareddy, S., Shenoy, D.B., and **Amiji, M.M.** Gelatin nanoparticles and their biofunctionalization. In Kumar, C. (ed.). *Nanotechnologies for the Life Sciences, Volume 2: Biological and Pharmaceutical Nanomaterials.* Published by Wiley-VCH, Berlin, Germany. 2005, Chapter 11, pp. 330-353.

Bhavsar, M.D., Shenoy, D.B., and **Amiji, M.M.** Nanoparticles for delivery in the gastrointestinal tract. In Torchilin, V.P. (ed.). *Nanoparticulates as Drug Carriers.* Published by Imperial College Press, London, United Kingdom, 2006, Chapter 26, pp 609-648.

Shenoy, D.B. and **Amiji, M.M.** An overview of condensing and non-condensing polymeric systems for gene delivery. In Friedmann, T. and Rossi, J (eds.). *Gene Transfer: Delivery and Expression of DNA and RNA – A Laboratory Manual.* Published by Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. 2007, Chapter 34, pp 395-403.

Kommareddy, S. and **Amiji, M.M.** Protein nanospheres for gene delivery: preparation and *in vitro* transfection studies with gelatin nanoparticles. In Friedmann, T. and Rossi, J. (ed.). *Gene Transfer: Delivery and Expression of DNA and RNA – A Laboratory Manual.* Published by Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. 2007, Chapter 52, pp 527-540.

Kommareddy, S., Shenoy, D.B., and **Amiji, M.M.** Long-circulating polymeric nanocarriers for drug and gene delivery in cancer. In Amiji, M.M. (ed.). *Nanotechnology for Cancer Therapy.* Published by CRC Press, Boca Raton, FL. 2007, Chapter 13, pp 231-242.

Tiwari, S.B. and **Amiji, M.M.** Nanoemulsions for tumor targeted drug delivery. In Amiji, M.M. (ed.). *Nanotechnology for Cancer Therapy.* Published by CRC Press, Boca Raton, FL. 2007, Chapter 35, pp 723-739.

Iftemia, N., **Amiji, M.M.,** and Iftemia, I. Nanotechnology applications in cancer diagnosis and therapy. In Yih, T.C. and Talpasanu, I. (ed.) *Micro and Nano Manipulations for Biomedical Applications.* Published by Springer Publishing, New York, NY, 2008, Chapter 2, pp 13-41.

Magadala, P., van Vlerken, L.E. Shahiwala, A., and **Amiji, M.M.** Multifunctional polymeric nanosystems for tumor-targeted delivery. In Torchilin, V.P. (ed.). *Multifunctional Pharmaceutical Nanocarriers.* Published by Springer Publishing, New York, NY 2008, Chapter 2, pp 33-64.

Nagesha, D., Devalapally H.K., Sridhar, S., and **Amiji, M.** Multifunctional magnetic nanosystems for tumor imaging, targeted delivery, and thermal therapy. In Torchilin, V.P. (ed.). *Multifunctional Pharmaceutical Nanocarriers.* Published by Springer Publishing, New York, NY 2008, Chapter 14, pp 381-408.

Bhavsar, M.B., Jain, S., and **Amiji, M.M.** Nanotechnology in oral drug delivery. In Xu, J. J. and Ekins, S. (eds.). *Drug Efficacy, Safety, and Biologics Discovery: Emerging Technologies and Tools.* Published by Wiley Publishing, New York, NY 2009, Chapter 10, pp. 231-275.

Brito, L., Chadwick, S., and **Amiji, M.M.** Gelatin-based gene delivery systems. In Morishita, M. and Park, K. (eds.). *Biodrug Delivery Systems: Fundamentals, Applications, and Clinical Developments".* Published by Informa Healthcare Group, New York, NY 2009, Chapter 20, pp 323-341.

Ganta, S., Iyer, A.K., and **Amiji, M.M.** Multifunctional stimuli-responsive nanoparticles for delivery of small and macromolecular therapeutics. In Mahato, R.I. and Narang, A.S. (eds.). *Targeted Delivery of Small and Macromolecular Drugs.* Published by CRC Press, Inc., Boca Raton, FL, 2010 Chapter 20, pp 555-586.

Iyer, A.K., Ganta, S., and **Amiji, M.M.** Polymeric nanoparticles as target-specific delivery systems. In Torchilin, V.P. and **Amiji, M.M.** (eds.). *Handbook of Materials for Nanomedicine: Volume 1.* Published by Pan Stanford Publishing, Singapore, 2010, Chapter 2, pp 81-130.

Matthäus, C., Chernenko, T., Miljković, M., Quintero, L., Miljkovic, M., Milane, L., Kale, A., **Amiji, M.,** Torchilin, V., and Diem, M. Raman microspectral imaging of cells and intracellular drug delivery using nanocarrier systems.  In Dieing, T., and Hollricher, O., and Toporski, J. (eds.). *Confocal Raman Microscopy,* Springer Series in Optical Science, Volume 158. Published by Springer Verlag, Heidelberg, Germany. 2010, pp. 137-163.

Iftimia, N., **Amiji, M.,** Milane, L., and Oldenburg, A. Nanotechnology approaches for contrast enhancement in optical imaging and disease targeted therapy. In Iftimia, N., Brugge, W., and Hammer, D.X (eds.). *Advances in Optical Imaging for Clinical Medicine*, Chapter 16. Published by Wiley Publishing, New York, NY. 2011. Chapter 16, pp 455-504.

Shahiwala, A., Vyas, T.K., and **Amiji, M.M.** Nanotechnology for targeted delivery of drugs and genes. In Nalwa, H.S. (Ed.). *Encyclopedia of Nanoscience and Nanotechnology, 2nd Edition,* Published by American Scientific Publishers, New York, NY. 2011. Volume 19, pp 265-295.

Kalariya, M., Ganta, S., Attarwala, H., and **Amiji, M.** Multifunctional lipid nano-systems for cancer prevention and therapy. In Souto, E. (ed.). *Advanced Anticancer Approaches with Multifunctional Lipid Nanocarriers.* Published by iSmithers Rapra Publishing, Inc., Billingham, UK. 2011. Chapter 3, pp 29-54.

**Amiji, M.M.** Hornicek, F., and Duan, Z.-F. Gene silencing with nanoparticle-encapsulated siRNA to overcome tumor multidrug resistance. In Srirajaskanthan, R. and Preedy, V.R. (eds.). Published by *Nanomedicine and Cancer.* Science Publishers-CRC Press, Enfield, NH. 2012. Chapter 15, pp 290-306.

Jain, S. and **Amiji, M.** Macrophage-targeted nanoparticle delivery systems. In Pru'dhomme, R.K. and Svenson, S. (eds.). *Multifunctional Nanoparticles for Drug Delivery Applications: Imaging, Targeting, and Delivery.* Published by Springer Publishing, New York, NY. 2012 Chapter 4, pp 47-84.

Jain, S. and **Amiji, M.** Target-specific chitosan-based nanoparticle systems for nucleic acid delivery. In Sarmento, B. and das Neves, J. (eds.) *Chitosan-Based Systems for Biopharmaceuticals: Delivery, Targeting, and Polymer Therapeutics.* Published by John Wiley & Sons Publishing, Chichester, West Sussex, UK. 2012 Chapter 15, pp 277-300.

Singh, A., Chernenko, T., and **Amiji. M.** Theranostic applications of plasmonic nanosystems. In Hepel, M. and Zhong, C.J. (eds.). *Functional Nanoparticles for Bioanalysis, Nanomedicine and Bioelectronic Devices. Volume 2.* Published by American Chemical Society Publications, Washington, DC. 2012 Chapter 15, pp 383-413.

Iyer, A., Ganesh, S., Zhou, Q.L., and **Amiji, M.** Multifunctional polymeric nano-systems for RNA interference therapy. In Wang., W. and Singh, M. (eds.) *Biological Drug Products: Development and Strategies.* Published by John Wiley Publishers, Nutley, NJ. 2013 Chapter 18, pp 569-600.

Singh, A., Iyer, A., Ganta, S., and **Amiji, M.** Multifunctional nanosystems for cancer therapy. In Park, K. (ed.). *Biomaterials for Cancer Therapeutics: Diagnosis, Prevention and Therapy.* Published by Woodhead Publishing, Inc., Cambridge, UK. 2013 Chapter 14, pp 387-414.

Chernenko, T., Milane, L., Matthäus, C., Diem, M., and **Amiji, M.** Raman microspectral imaging for label-free detection of nanoparticle-mediated cellular and sub-cellular drug delivery. In Li, C. and Tian, M. (eds.). *Drug Delivery Applications of Non-Invasive Imaging: Validation from Biodistribution to Sites of Action.* Published by John Wiley & Sons Publishing, Hoboken, NJ. 2013 Chapter 4, pp 70-90.

Jain, S., and **Amiji, M.** Nanoparticles-in-microsphere oral systems (NiMOS) for nucleic acid therapy in the gastrointestinal tract. In Sarmento, B. and das Neves, J. (eds.) *Mucosal Delivery of Biopharmaceuticals: Biology, Challenges and Strategies.* Published by Springer Science Publishing, New York, NY. 2014 Chapter 11, pp 283-312.

Deshpande, D., Jamal-Allial, A., Sankhe, K., and **Amiji, M.**  Nanotechnology applications in local arterial drug delivery. In Domb, A. and Khan, W. (eds.) *Advances in Delivery Science and Technology - Focal Controlled Drug Therapy.* Published by the Controlled Release Society - Springer Science Publishing, New York, NY. 2014 Chapter 17, pp 359-385.

Ganesh, S., Iyer, A.K., and **Amiji, M.M.** Combinatorial-designed hyaluronic acid nanoparticles for tumor targeted drug and small interfering RNA delivery. In Collins, M. (ed.). *Hyaluronic Acid for Biomedical and Pharmaceutical Applications.* Published by Simthers Rapra, Shrewsbury, The United Kingdom. 2014 Chapter 3, pp 57-88.

Iyer, A.K., Ganesh, S., and **Amiji, M.M.** Nano-platforms for tumor-targeted delivery of nucleic acid therapies. In Alonso, M.J. and Fuentes, M.G. (eds.) *Nano-Oncologicals: New Targeting and Delivery Approaches.* Published by the Controlled Release Society - Springer Publishing, New York, NY. 2014 Chapter 10, pp 269-291.

Singh, A., Oka, A.J., Pandya, P., and **Amiji, M.M.** Multimodal nano-systems for cancer diagnosis, imaging, and therapy. In Alonso, M.J. and Fuentes, M.G. (eds) *Nano-Oncologicals: New Targeting and Delivery Approaches.* Published by the Controlled Release Society - Springer Publishing, New York, NY. 2014 Chapter 13, pp 351-388.

Singh, A., Iyer, A., and **Amiji, M.** Polymeric nano-systems for integrated image-guided cancer therapy. In V.P. Torchilin (ed.). *Handbook of Nano-Biomedical Research: Fundamentals, Applications, and Recent Developments. Volume 1: Materials for Nanomedicine.* Published by World Scientific Publishing, Singapore. 2014 Chapter 6, pp 199-233.

Ganta, S., Singh, A., Coleman, T.P., Williams, D., and **Amiji, M.** Pharmaceutical nanotechnology: overcoming drug delivery challenges in contemporary medicine. In Ge, Y., Li, S., Wang, S., and Moore, R. (eds.). *Nanomedicine: Principles and Perspectives - Volumes 1 & 2.* Published by Springer Publishing, New York, NY. 2014 Chapter 10, pp 191-236.

Shah, R., Brito, L., Singh, M., O'Hagan, D., and, **Amiji, M.** Emulsions as vaccine adjuvants. In Foged, C., Rades, T., Perrie, Y., and Hook, S. (eds) *Subunit Vaccine Delivery.* Published by the Controlled Release Society - Springer Publishing, New York, NY 2014 Chapter 4, pp 59-76.

Shah, L., Iyer, A., Talekar, M., and **Amiji, M.** Image-guided delivery of therapeutics to the brain. In Devarajan, P. and Jain, S. (eds). *Targeted Drug Delivery – Concepts and Design.* Published by the Controlled Release Society - Springer Publishing, New York, NY 2015, Chapter 4, pp 151-178.

Attarwala, H. and **Amiji, M.** Multi-compartmental oral delivery systems for oligonucleotide therapeutics. In Merkel, O.M. and **Amiji, M.M.** (eds). *Advances and Challenges in the Delivery of Nucleic Acid Therapeutics.* E-Book Published by Future Science, LTD, London, UK (In press).

Attarwala, H. and **Amiji, M.** Biodegradable polyester-based multi-compartmental delivery systems for oral nucleic acid therapy. In Majeti, R. (ed.). *Handbook of Polyester Drug Delivery Systems.* Pan Stanford Publishing, Singapore. (In press).

## *Peer-Reviewed Articles*

**Amiji, M.,** Park, H., and Park, K. Study on the prevention of surface-induced platelet activation by albumin coating. *Journal of Biomaterials  Science, Polymer Edition,* **3**: 375-388 (1992).

**Amiji, M.** and Park, K. Prevention of protein adsorption and platelet adhesion on surfaces by PEO/PPO/PEO triblock copolymers. *Biomaterials*  **13**: 682-692 (1992).

**Amiji, M.** and Park, K. Surface modification by radiation-induced grafting of PEO/PPO/PEO triblock copolymers. *Journal of Colloid and Interface Science,* **155**: 251-255 (1993).

**Amiji, M.** and Park, K. Surface modification of polymeric biomaterials with poly(ethylene oxide), albumin, and heparin for reduced thrombogenicity. *Journal of Biomaterials Science, Polymer Edition,* **4**: 217-234 (1993).

Knuth, K., **Amiji, M.,** and Robinson, J.R. Hydrogel delivery system for vaginal and oral applications: formulation and biological considerations. *Advances in Drug Delivery Reviews,* **11**: 137-167 (1993).

**Amiji, M.** and K. Park. Analysis on the surface adsorption of PEO/PPO/PEO triblock copolymers by radiolabelling and fluorescence techniques. *Journal of Applied Polymer Science,* **52**: 539-544 (1994).

**Amiji, M.M.** Permeability and blood compatibility properties of chitosan-poly(ethylene oxide) blend membranes for hemodialysis. *Biomaterials,* **16**: 593-599 (1995).

**Amiji, M.M.** Pyrene fluorescence study of chitosan self-association in aqueous solution. *Carbohydrate Polymers* **26**: 211-213 (1995).

**Amiji, M.,** Shah, E., and Boroujerdi, M. Photophysical characterization of insulin denaturation and aggregation at hydrophobic interfaces. *Drug Development and Industrial Pharmacy,* **21**: 1661-1669 (1995).

Patel, V.R. and **Amiji, M.M.** pH-sensitive swelling and drug release properties of chitosan-poly(ethylene oxide) semi-interpenetrating polymer network. In R. Ottenbrite, S. Huang, and K. Park (eds.) *Hydrogels and Biodegradable Polymers for Bioapplications.* American Chemical Society Symposium Series Publication. Volume 627. American Chemical Society, Washington, DC. 1996, pp 209-220.

Patel, V.R. and **Amiji, M.M.** Preparation and characterization of freeze-dried chitosan-poly(ethylene oxide) hydrogels for site-specific antibiotic delivery in the stomach. *Pharmaceutical Research* **13**: 588-593 (1996).

**Amiji, M.M.** Surface modification of chitosan membranes by complexation-interpenetration of anionic polysaccharides for improved blood compatibility in hemodialysis. *Journal of Biomaterials Science, Polymer Edition,* **8**: 281-298 (1996).

**Amiji, M.,** Tailor, R., Ly, M., and Goreham, J. Gelatin-poly(ethylene oxide) semi-interpenetrating polymer network with pH-sensitive swelling and enzyme-degradable properties for oral drug delivery. *Drug Development and Industrial Pharmacy,* **23**: 575-582 (1997).

**Amiji, M.M.** Synthesis of anionic poly(ethylene glycol) derivative for chitosan surface modification in blood-contacting applications. *Carbohydrate Polymers,* **32**: 193-199 (1997).

**Amiji, M.M.** Platelet adhesion and activation on an amphoteric chitosan derivative bearing sulfonate groups. *Colloids and Surfaces. Part B: Biointerfaces,* **10**: 263-271 (1998).

Qaqish, R.B. and **Amiji, M.M.** Synthesis of fluorescent chitosan derivative and its application for the study of chitosan-mucin interactions. *Carbohydrate Polymers* **38**: 99-107 (1999).

Shah, S., Qaqish, R., Patel, V., and **Amiji. M.** Evaluation of the factors influencing stomach-specific delivery of antibacterial agents for *Helicobacter pylori* infection. *Journal of Pharmacy and Pharmacology,* **51**: 667-672 (1999).

Anderson, D., Nguyen, T., and **Amiji, M.** Chitosan-Pluronic® physical interpenetrating network: membrane fabrication and protein permeability studies. In M. El-Nokaly and H. Soini (eds.). *Polysaccharides in Pharmaceutical and Cosmetic Applications.* American Chemical Society Symposium Series Publication, Volume 737. American Chemical Society, Washington, DC 1999, pp 178-186.

McQueen, C., Silvia, A., Lai, P.K., and **Amiji, M.** Surface and blood interaction properties of poly(ethylene oxide)-modified chitosan microspheres. *S.T.P Pharma Sciences.* **10**: 95-100 (2000). [Year 2000 **thematic issue** on *"Chitosan in Drug Delivery Systems"*].

Anderson, D., Nguyen, T., Lai, P.K., and **Amiji, M.** Evaluation of the permeability and blood-compatibility properties of membranes formed by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Journal of Applied Polymer Science,* **80**: 1274-1284 (2001).

Anderson, D. and **Amiji, M.** Preparation and evaluation of sustained drug release from Pluronic® polyol rectal suppositories. *International Journal of Pharmaceutical Compounding,* **5**: 234-237 (2001).

Lynn, D.M., **Amiji, M.M.,** and Langer, R. pH-responsive biodegradable polymer microspheres: rapid release of encapsulated material within the range of intracellular pH. *Angewandte Chemie, International Edition,* **40(9)**: 1707-1710 (2001).

**Amiji, M.M.,** Lai, P.-K., Shenoy, D.B., and Rao, M. Intratumoral administration of paclitaxel in an *in situ* gelling poloxamer 407 formulation. *Pharmaceutical Development and Technology,* **7(2)**: 195-202 (2002).

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. I: Preparation and characterization of tetracycline-loaded chitosan microspheres. *International Journal of Pharmaceutics,* **235(1-2)**: 87-94 (2002).

Nsereko, S. and **Amiji, M.** Localized delivery of paclitaxel in solid tumors from biodegradable chitin microparticle formulations. *Biomaterials,* **23(13)**: 2723-2731 (2002).

Kaul, G. and **Amiji, M.** Long-circulating poly(ethylene glycol)-modified gelatin nanoparticles for intracellular delivery. *Pharmaceutical Research,* **19 (7):** 1062-1068 (2002).

Kaul, G., Potineni, A., Lynn, D.M., Langer, R., and **Amiji, M.M.** Surface-modified polymeric nanoparticles for tumor-targeted delivery. *surFACTS – Official Newsletter of Surfaces in Biomaterials Foundation.* **7(2):** 1-6 (2002).

Chawla, J.S. and **Amiji, M.M.** Biodegradable poly(epsilon-caprolactone) nanoparticles for tumor-targeted delivery of tamoxifen. *International Journal of Pharmaceutics,* **249 (1-2):** 127-138 (2002).

Taqieddin, E., Lee, C., and **Amiji, M.** Perm-selective chitosan-alginate hybrid microcapsules for enzyme immobilization technology. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* **22 (6):** 112-114 (2002).

Potineni, A., Lynn, D.M., Langer, R., and **Amiji, M.M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as pH-sensitive biodegradable system for paclitaxel delivery. *Journal of Controlled Release,* **86:** 223-234 (2003).

Chawla, J.S. and **Amiji, M.M.** Cellular uptake and concentrations of tamoxifen upon administration in poly(epsilon-caprolactone) nanoparticles. *The AAPS PharmSci,* **5 (1):** Article E3 (2003).

Hejazi, R. and **Amiji, M.** Chitosan-based gastrointestinal delivery systems *Journal of Controlled Release,* **89:** 151-165 (2003). – **Invited review.**

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. II: Gastric residence studies of tetracycline-loaded chitosan microspheres in gerbils. *Pharmaceutical Development and Technology,* **8:** 253-262 (2003).

Kaul, G., Lee-Parsons, C., and **Amiji, M.** Poly(ethylene glycol)-modified gelatin nanoparticles for intracellular delivery. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* **23 (5):** 108-114 (2003).

Taqieddin, E. and **Amiji, M.** Enzyme immobilization in novel alginate-chitosan core-shell microcapsules. *Biomaterials,* **25 (10):** 1937-1945 (2004).

Hejazi, R. and **Amiji, M.** Stomach-specific anti-*H. pylori* therapy. III: Effect of chitosan microsphere crosslinking on the gastric residence and local tetracycline concentrations in fasted gerbils. *International Journal of Pharmaceutics,* **272 (1-2):** 99-108 (2004).

Thatte, H.S., Zagarins, S.E., **Amiji, M.M.,** and Khuri, S.F. Poly(N-acetyl-glucosamine)-mediated red blood cell interactions. *Journal of Trauma – Injury Infection and Critical Care,* **57(1):** Supplement: S7-S12 (2004).

Kaul, G. and **Amiji, M.** Biodistribution and targeting potential of poly(ethylene glycol) modified gelatin nanoparticles in subcutaneous murine tumor model. *Journal of Drug Targeting,* **12(9-10):** 585-591 (2004).

Kaul, G. and **Amiji, M.** Cellular interactions and *in vitro* DNA transfection studies with poly(ethylene glycol)-modified gelatin nanoparticles. *Journal of Pharmaceutical Sciences* **94 (1):** 184-198 (2005).

Shenoy, D.B. and **Amiji, M.M.** Poly(ethylene oxide)-modified poly(epsilon-caprolactone) nanoparticles for targeted tamoxifen delivery in breast cancer. *International Journal of Pharmaceutics,* **293:** 261-270 (2005). [This publication was recognized with a **Certificate of Most Cited Publication** by the International Journal of Pharmaceutics, Elsevier publishing team].

Kaul, G. and **Amiji, M.** Tumor-targeted delivery of plasmid DNA using poly(ethylene glycol)-modified gelatin nanoparticles: *In vitro* and *in vivo* studies. *Pharmaceutical Research,* **22(6):** 951-961 (2005). [This publication was recognized for the **2007 Meritorious Manuscript Award** from the American Association of Pharmaceutical Scientists].

Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part I. *In vitro* evaluations. *Molecular Pharmaceutics,* **2(5):** 357-366 (2005).

Kommareddy, S. and **Amiji. M.** Preparation and evaluation of thiol-modified gelatin nanoparticles for intracellular DNA delivery in response to glutathione. *Bioconjugate Chemistry,* **16 (6):**1423-1432 (2005).

Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part II. *In vivo* biodistribution and tumor localization studies. *Pharmaceutical Research,* **22(12):** 2107-2114 (2005).

Kommareddy, S., Tiwari, S., and **Amiji, M.M.** Long-circulating nanovectors for tumor-specific gene delivery. *Technology in Cancer Research and Treatment,* **4(6):** 615-625 (2005). [**Invited review** in the special issue on *"Nanotechnology in Cancer Detection and Treatment"*].

Li, J., Crasto, C.F., Weinberg, J.S., **Amiji, M.,** Shenoy, D., Sridhar, S., Bubbley, G.J., and Jones, G.B. An approach to heterobifunctional poly(ethylene glycol) bioconjugates. *Bioorganic and Medicinal Chemistry Letters,* **15:** 5558-5561 (2005).

Bhavsar, M.D., Tiwari, S.B., and **Amiji, M.M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery system using factorial design. *Journal of Controlled Release,* **110(2):** 422-430 (2006). [This publication was **One of 25 Most Cited Publications** in the Journal of Controlled Release website, http://top25.sciencedirect.com/index.php?cat_id=7&subject_area_id=20&journal_id=01683659].

Shenoy, D., Fu, W., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Surface functionalization of gold nanoparticles using hetero-bifunctional poly(ethylene glycol) spacer for intracellular tracking and delivery. *International Journal of Nanomedicine,* **1(1):** 51-57 (2006).

van Vlerken, L.E. and **Amiji, M.M.** Multifunctional polymeric nanoparticles for tumor-targeted drug delivery. *Expert Opinion on Drug Delivery,* **3(2):** 205-216 (2006).

Tiwari, S.B. and **Amiji, M.M.** A review of nanocarrier-based CNS delivery systems. *Current Drug Delivery,* **3:** 219-232 (2006). [**Invited review**].

Tiwari, S.B. and **Amiji, M.M.** Improved oral delivery of paclitaxel following administration in nanoemulsion formulations. *Journal of Nanoscience and Nanotechnology,* **6(9-10):** 3215-3221 (2006). [**Invited publication** for the special thematic issue on *"Nanotechnology in Advanced Drug Delivery"* edited by Ravi Kumar, M.N.V.].

**Amiji, M.M.** Engineered nanosystems for targeted delivery of drugs and genes – *Future Drug Delivery 2006,* Touch Briefings (2006). [**Invited review** available online at http://www.touchbriefings.com/cdps/cditem.cfm?cid=5&nid=1859].

Vyas, T., Shah, L., and **Amiji, M.** Nanoparticulate drug carriers for delivery of HIV/AIDS therapy to viral reservoir sites. *Expert Opinion on Drug Delivery,* **3(5)**: 613-628 (2006).

Shah, L.K. and **Amiji, M.M.** Intracellular delivery of saquinavir in biodegradable polymeric nanoparticles for HIV/AIDS. *Pharmaceutical Research,* **23(11)**: 2638-2645 (2006).

Tiwari, S.B., Tan, Y.-M., and **Amiji, M.M.** Preparation and *in vitro* characterization of multifunctional nanoemulsions for simultaneous MR imaging and targeted drug delivery. *Journal of Biomedical Nanotechnology,* **2(3-4)**: 217–224 (2006).

Vyas, T., Tiwari, S, and **Amiji, M.** Formulation and physiological factors influencing CNS delivery upon intranasal administration. *Critical Reviews in Therapeutic Drug Carrier Systems,* **23(4)**: 319-347 (2006).

**Amiji, M.,** Vyas, T., and Shah, L. Role of nanotechnology in the treatment of HIV/AIDS: potential to overcome viral reservoir challenge. *Discovery Medicine,* **6(34)**: 157-162 (2006). **[Invited review]**.

Devalapally, H., Shenoy, D., Little, S., Langer, R., and **Amiji, M.** Poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles as a pH-sensitive system for tumor-targeted delivery of hydrophobic drugs: Part III. Therapeutic efficacy and safety studies in ovarian cancer xenograft model. *Cancer Chemotherapy and Pharmacology,* **59 (4)**: 477-484 (2007).

**Amiji, M.M.** Tetracycline-containing chitosan microspheres for localized treatment of *Helicobacter pylori* infection. *Cellulose,* **14**: 3-14 (2007). **[Invited review** for *"Special Issue on Polysaccharides in Drug Delivery"* edited by Edgar, K.J].

Kommareddy, S. and **Amiji, M.** Biodistribution and pharmacokinetic analysis of long-circulating thiolated gelatin nanoparticles following systemic administration in breast cancer-bearing mice. *Journal of Pharmaceutical Sciences,* **96(2)**: 397-407 (2007).

Shahiwala, A., Vyas, T.K., and **Amiji, M.M.** Nanocarriers for systemic and mucosal vaccine delivery. *Recent Patents on Drug Delivery and Formulation,* **1(1)**: 1-9 (2007*).* **[Invited review]**.

Kommareddy, S. and **Amiji, M.** Poly(ethylene glycol)-modified thiolated gelatin nanoparticles for glutathione-responsive intracellular DNA delivery. *Nanomedicine: Nanotechnology, Biology and Medicine,* **3(1)**: 32-42 (2007).

Kommareddy, S. and **Amiji, M.** Anti-angiogenic gene therapy with systemically-administered *sFlt-1* plasmid DNA in engineered gelatin-based nanovectors. *Cancer Gene Therapy,* **14(5)**: 488-498 (2007).

Shahiwala, A. and **Amiji, M.M.** Nanotechnology-based delivery systems in HIV/AIDS therapy. *Future Medicine – Future HIV Therapy,* **1(1)**: 49-59 (2007). **[Invited review]**.

Bhavsar, M.D. and **Amiji, M.M.** Polymeric nano- and microparticle technologies for oral gene therapy. *Expert Opinion on Drug Delivery,* **4(3)**: 197-213 (2007).

van Vlerken, L., Duan, Z., Seiden, M.,  and **Amiji, M.** Modulation of intracellular ceramide with polymeric nanoparticles to overcome multi-drug resistance in cancer. *Cancer Research,* **67(10)**: 4843-4850 (2007).

Bhavsar, M.D. and **Amiji, M.M.** Gastrointestinal distribution and *in vivo* gene transfection studies with nanoparticles-in-microsphere oral system (NiMOS). *Journal of Controlled Release,* **119(3)**: 339-348 (2007).

van Vlerken, L.E. and **Amiji, M.M.** A multifunctional polymeric nanoparticle strategy for modulation of drug resistance in cancer. *Pharmaceutical Engineers – Journal of the International Society of Pharmaceutical Engineers.* **27(3)**: 1-7 (2007).

van Vlerken, L., Vyas, T., and **Amiji, M.M.** Poly(ethylene glycol)-modified polymeric nanocarriers for tumor-targeted and intracellular delivery. *Pharmaceutical Research,* **24(8)**: 1407-1414 (2007). [**Invited expert review**].

Ye, G., Nam, N-H., Kumar, A., Saleh, A., Shenoy, D.B., **Amiji, M.M.,** Lin, X., Sun, G., and Parang, K. Synthesis and evaluations of tripodal peptide analogues for cellular delivery of phosphopeptides. *Journal of Medicinal Chemistry*, **50**: 3604-3617 (2007).

Brito, L. and Amiji, M. A review of nanoparticulate carriers for the treatment of coronary restenosis. *International Journal of Nanomedicine,* **2(2)**: 1-19 (2007).

Devalapally, H., Chakilam, A., and Amiji, M. The role of nanotechnology in pharmaceutical product development. *Journal of Pharmaceutical Sciences,* **96(10)**: 2547 – 2565 (2007). [This **invited submission** publication was **One of Most Cited in 2008** according to the journal publisher].

Devalapally, H., Duan, Z., Seiden, M., and Amiji, M. Paclitaxel and ceramide co-administration in biodegradable polymeric nanoparticulate delivery system to overcome multidrug resistance in ovarian cancer. *International Journal of Cancer,* **121(8)**: 1830-1838 (2007).

**Amiji, M.M.** Nanotechnology: Improving targeted delivery – *Touch Briefing's Future Drug Delivery 2007.* [**Invited review** available online at http://www.touchbriefings.com/cdps/cditem.cfm?cid=5&nid=2514].

Vyas, T.K., Shahiwala, A., and **Amiji, M.M.,** Improved oral bioavailability and brain transport of saquinavir upon administration in nanoemulsion formulations. *International Journal of Pharmaceutics,* **347**: 93–101 (2008).

Ganta, S., Devalapally, H.K., Shahiwala, A., and **Amiji, M.** A review of stimuli-responsive nanocarriers for drug and gene delivery. *Journal of Controlled Release,* **126(3)**: 187-204 (2008). [This publication was recognized with a **Certificate of Top Cited Article** by the *Journal of Controlled Release/Elsevier* publishing team].

Bhavsar, M.D. and **Amiji, M.M.** Development of novel biodegradable polymeric nanoparticles-in-microsphere formulation for local plasmid DNA delivery in the gastrointestinal tract. *AAPS PharmSciTech,* **9(1)**: 288-294 (2008).

Shahiwala, A. and **Amiji, M.M.** Enhanced mucosal and systemic immune responses with squalane oil-containing multiple emulsions upon intranasal and oral administration in mice. *Journal of Drug Targeting,* **16(4)**: 302-310 (2008).

Devalapally, H., Duan, Z., Seiden, M., and **Amiji, M.** Modulation of drug resistance in ovarian adenocarcinoma by enhancing intracellular ceramide using tamoxifen-loaded biodegradable polymeric nanoparticles. *Clinical Cancer Research* **14(10)**: 3193-3203 (2008).

**Amiji, M.,** van Vlerken, L., Devalapally, H., Shenoy, D., Kommareddy, S., and Bhavsar, M. Polymeric nanosystems for site-specific drug and gene delivery. *European Journal of Nanomedicine,* **1(1)**: 6-14 (2008). [**Invited submission** for the inaugural journal issue based on *"2008 European Conference on Clinical Nanomedicine, Basel Switzerland"*].

Ganta, S., Devalapally, H.K., Baguley, B.C., Garg, S., and **Amiji, M**. Microfluidic preparation of chlorambucil nanoemulsion formulations and evaluation of cytotoxicity and pro-apoptotic activity in cancer cells. *Journal of Biomedical Nanotechnology,* **4**: 165–173 (2008).

Desai, A., Vyas, T., and **Amiji, M**. Cytotoxicity and apoptosis enhancement in brain tumor cells upon co-administration of paclitaxel and ceramide in nanoemulsion formulations. *Journal of Pharmaceutical Sciences.* **97(7)**: 2745-2756 (2008).

Brito, L, Little, S., Langer, R., and **Amiji, M**. Poly(beta-amino ester) and cationic phospholipid-based lipopolyplexes for gene delivery and transfection in human aortic endothelial and smooth muscle cells. *Biomacromolecules,* **9(4)**: 1179-1187 (2008).

Deshpande, D., Devalapally, H., and **Amiji, M**. Enhancement in anti-proliferative effects of paclitaxel in aortic smooth muscle cells upon co-administration with ceramide using biodegradable polymeric nanoparticles. *Pharmaceutical Research,* **25(8)**: 1936-1947 (2008).

Bhavsar, M.D. and **Amiji, M.M**. Oral IL-10 gene delivery in a microsphere-based formulation for local transfection and therapeutic efficacy in inflammatory bowel disease. *Gene Therapy,* **15(17)**: 1200-1209 (2008).

van Vlerken, L.E., Duan, Z., Little, S.R., Seiden, M., and **Amiji, M.M**. Biodistribution and pharmacokinetic analysis of paclitaxel and ceramide administered in multi-functional polymer blend nanoparticles in drug resistant breast cancer model. *Molecular Pharmaceutics,* **5(4)**: 516-526 (2008). [**Invited research** publication in the special thematic issue on *"Biodistribution of Nanomedicines"* edited by Patri, A. and Simanek, E.E.].

Jabr-Milane, L., van Vlerken, L., Devalapally, H., Shenoy, D., Kommareddy, S., Bhavsar, M., and **Amiji, M**. Multi-functional nanocarriers for targeted delivery of drugs and genes. *Journal of Controlled Release,* **130(2)**: 121-128 (2008). [**Invited submission** publication in the special issue on *"2007 Nano-Drug Delivery Systems Conference"*].

Gamsiz, D.E., Shah, L., Devalapally, H., **Amiji, M.,** and Carrier, R.L. A model predicting delivery of saquinavir in nanoparticles to human monocytes/macrophage (Mo/Mac) cells. *Biotechnology and Bioengineering,* **101(5)**: 1072-1082 (2008).

Jabr-Milane, L., van Vlerken, L., Yadav, S., and **Amiji, M**. Multi-functional nanocarriers to overcome tumor drug resistance. *Cancer Treatment Reviews,* **34(7)**: 592-602 (2008).

Magadala, P. and **Amiji, M.M**. Epidermal growth factor receptor-targeted gelatin-based engineered nanocarrier systems for DNA delivery and transfection in human pancreatic cancer cells. *The AAPS Journal,* **10(4)**: 565-576 (2008).

Yadav, S., van Vlerken, L.E., Little, S.R., and **Amiji, M.M**. Evaluations of combination *mdr-1* gene silencing and paclitaxel administration in biodegradable polymeric nanoparticle formulations to overcome multidrug resistance in cancer cells. *Cancer Chemotherapy and Pharmacology,* **63(4)**: 711-722 (2009). [This publication was recognized with a **Certificate of Most Cited Publication** by the *Cancer Chemotherapy and Pharmacology,* Springer publishing team].

Barchet, T.B. and **Amiji, M.M**. Challenges and opportunities in CNS delivery of therapeutics for neurodegenerative diseases. *Expert Opinion on Drug Delivery,* **6(3)**: 211-225 (2009).

Chadwick, S., Kriegel, C., and **Amiji, M**. Delivery strategies to enhance mucosal vaccination. *Expert Opinion on Biological Therapy,* **9(4)**: 427-440 (2009).

Ganta S. and **Amiji, M.M.** Co-administration of paclitaxel and curcumin in nanoemulsion formulations to overcome multidrug resistance in tumor cells. *Molecular Pharmaceutics*, **6(3)**: 928-939 (2009).

Ganta, S., Chadwick, S., Deshpande, D., and **Amiji, M.** Role of eco-friendly strategies in the development of biomedical nanotechnology. *International Journal of Green Nanotechnology: Biomedicine,* **1(1)**: B9-B23 (2009). [**Invited submission** for inaugural issue of the journal].

Chernenko, T., Matthäus, M., Milane, L., Quintero, L., **Amiji, M.,** and Diem, M. Label-free Raman spectral imaging of intracellular delivery and degradation of polymeric nanoparticle systems. *ACS Nano*, **3(11)**: 3552-3559 (2009). DOI: 10.1021/nn9010973.

Susa, M., Iyer, A.K., Ryu, K., Hornicek, F.J., Mankin, H., **Amiji, M.M.,** and Duan, Z. Doxorubicin loaded polymeric nanoparticulate delivery system to overcome drug resistance in osteosarcoma. *BMC Cancer,* **9**: 399 (2009). DOI: 10.1186/1471-2407-9-399.

Gultepe, E., Nagesha, D., Sridhar, S., and **Amiji, M.** Nanoporous inorganic membranes or coatings for sustained drug delivery from implantable devices. *Advanced Drug Delivery Reviews,* **62(3)**: 305-315 (2010). DOI: 10.1002/jps.21939. [**Invited submission** for the special thematic issue on *"Targeted Delivery Using Inorganic Nanosystems"* edited by Mukherjee, P.].

Sosnik, A. and **Amiji, M.** Nanotechnology solutions for infectious diseases in developing nations: preface. *Advanced Drug Delivery Reviews,* **62(4-5)**: 375-357 (2010). DOI: 10.1016/j.addr.2009.11.010. [Special thematic issue on *"Nanotechnology Solutions for Infectious Diseases in Developing Nations"* edited by Sosnick, A. and **Amiji, M.**].

Chadwick, S., Kriegel, C., and **Amiji, M.** Nanotechnology solutions for mucosal immunization. *Advanced Drug Delivery Reviews,* **62(4-5)**: 394-407 (2010). DOI: 10.1016/j.addr.2009.11.012. [Special thematic issue on *"Nanotechnology Solutions for Infectious Diseases in Developing Nations"* edited by Sosnick, A. and **Amiji, M.**].

das Neves, J., **Amiji, M.M.,** Bahia, M.F., and Sarmento, B. Nanotechnology-based systems for the treatment and prevention of HIV/AIDS. *Advanced Drug Delivery Reviews,* **62(4-5)**: 458-477 (2010). DOI: 10.1016/j.addr.2009.11.017. [Special thematic issue on *"Nanotechnology Solutions for Infectious Diseases in Developing Nations"* edited by Sosnick, A. and **Amiji, M.**].

Brito, L., Chadrasekhar, S., Little, S.R., and **Amiji, M.M.** *In vitro* and *in vivo* studies of local arterial gene delivery and transfection using lipopolyplexes-embedded stents. *Journal of Biomedical Materials Research, Part A.,* **93(1)**: 325-336 (2010). DOI: 10.1002/jbm.a.32488.

Migliore, M.M., Vyas, T.K., Campbell, R.C., **Amiji, M.M.,** and Waszczak, B.L. Brain delivery of proteins by the intranasal route of administration: A comparison of cationic liposomes versus aqueous solution formulations. *Journal of Pharmaceutical Sciences,* **99(4)**: 1745-1761 (2010). DOI: 10.1002/jps.21939.

Gultepe, E., Nagesha, N., Casse, B.D.F., Banyal, R., Menon, L., Karma, A., **Amiji, M.,** and Sridhar, S. Sustained drug release from non-eroding nanoporous templates. *Small,* **6(2)**: 213-216 (2010). DOI: 10.1002/smll.200901736.

Pagonis, T.C., Chen, J., Fontana, C.R., Devalapally, H., Ruggiero, K., Song, X. Foschi, F., Dunham, J., Skobe, Z., Yamazake, H., Tanner, A.C.R., Kent, R., **Amiji, M.M.,** and Soukos, N.S. Nanoparticle-based endodontic antimicrobial photodynamic therapy. *Journal of Endodontics,* **36(2)**: 322-328 (2010). DOI: 10.1016/j.joen.2009.10.011.

das Neves, J., Sarmento, B., **Amiji, M.M.**, and Bahia, M.F. Development and validation of a rapid reversed-phase HPLC method for the determination of the non-nucleoside reverse transcriptase inhibitor dapivirine from polymeric nanoparticles. *Journal of Pharmaceutical and Biomedical Analysis,* **52(2):** 167-172. (2010). DOI: 10.1002/smll.200901736.

van Vlerken, L.E., Duan, Z., Little, S.R., Seiden, M., and **Amiji, M.M.** Augmentation of therapeutic efficacy in drug resistant tumor models using ceramide co-administration in temporal-controlled polymer-blend nanoparticle delivery systems. *The AAPS Journal,* **12(2):** 171-180 (2010). DOI: 10.1208/s12248-010-9174-4.

Chorny, M., Fishbein, I., Yellen, B.B., Alferiev, I.S., Bakay, M., Ganta, S., **Amiji, M.,** Friedman, G., and Levy, R.J. Targeting stents with local delivery of paclitaxel-loaded magnetic nanoparticles using uniform fields. *Proceedings of the National Academy of Sciences, USA.* **107(18):** 8346-8351 (2010). DOI: 10.1073/pnas.0909506107.

Susa, M., Iyer, A.K., Ryu, K., Choy, E., Hornicek, F.J., Mankin, H., Milane, L., **Amiji, M.M.,** and Duan, Z. Inhibition of ABCB1 (MDR-1) expression by siRNA nanoparticulate delivery system to overcome drug resistance in osteosarcoma. *PLoS ONE* **5(5):** e10764 (2010). DOI:10.1371/journal.pone.0010764.

Ganta, S., Devalapally, H., and **Amiji, M.** Curcumin enhances oral bioavailability and anti-tumor therapeutic efficacy of paclitaxel upon administration in nanoemulsion formulations. *Journal of Pharmaceutical Sciences,* **99(11):**4630-4641 (2010). DOI: 10.1002/jps.22157.

Brito, L., Chadrasekhar, S., Little, S.R., and **Amiji, M.M.** Non-viral eNOS gene delivery and transfection with stents for the treatment of coronary restenosis. *BioMedical Engineering OnLine,* **9:**56 (2010). DOI: 10.1186/1475-925X-9-56.

**Amiji, M.M.** Nanomedicine for cancer therapy. *Pharmaceutical Research,* **28(2):** 181-186. (2011). [Introduction in the special thematic issue on *"Nanomedicine for Cancer"* edited by **Amiji, M.M.**]. DOI: 10.1007/S11095-010-0261-0.

Susa, M., Milane, L., **Amiji, M.M.,** Hornicek, F.J., and Duan, Z. Nanomedicine: A promising modality for the treatment of sarcomas. *Pharmaceutical Research.* **28(2):** 260-272 (2011). DOI: 10.1007/s11095-010-0173-z (2010). [**Invited submission** in the special thematic issue on *"Nanomedicine for Cancer"* edited by **Amiji, M.M.**].

Ganta, S., Deshpande, D., Korde, A., and **Amiji, M.** A review of multifunctional nanoemulsion systems to overcome oral and CNS drug delivery barriers. *Molecular Membrane Biology,* **27(7):** 260-273 (2010). DOI: 10.3109/09687688.2010.497971. [**Invited submission** in the special thematic issue on *"Nanoparticles: Crossing Barriers and Membrane Interactions"* edited by Puri, A.].

Lue, N., Ganta, S., Hammer, D.X., Mujat, M., Stevens, A.E., Ferguson, R.D., Rosen, D., **Amiji, M.,** and Iftemia, N. Preliminary evaluations of a nanotechnology-based approach for the more effective diagnosis of colon cancers. *Nanomedicine (Lond).,* **5(9):** 1467-1479 (2010).

Milane, L., Duan, Z., and **Amiji, M.M.** Development of EGFR-targeted polymer blend nanocarriers for paclitaxel/lonidamine delivery to treat multi-drug resistance in human breast and ovarian tumor cells. *Molecular Pharmaceutics,* **8(1):** 185-203 (2011). DOI: 10.1021/mp1002653.

Kriegel, C. and **Amiji, M.** Oral TNF-$\alpha$ gene silencing using a polymeric microsphere-based delivery system for the treatment of inflammatory bowel disease. *Journal of Controlled Release,* **150(1):** 77-86 (2011). DOI: 10.1016/j.jconrel.2010.10.002.

Dehelean, C.A., Feflea, S., Ganta, S., and **Amiji, M.M.** Anti-angiogenic effects of betulinic acid administered in nanoemulsion formulations using chorioallantoic membrane assay. *Journal of Biomedical Nanotechnology,* **7(2):** 317-324 (2011).

Milane, L., Duan, Z., and **Amiji, M.M.** Role of hypoxia and glycolysis in the development of multi-drug resistance in human tumor cells and the establishment of an orthotopic multi-drug resistant tumor model in nude mice using hypoxic pre-conditioning *Cancer Cell International,* 11:3 (2011). DOI: 10.1186/1475-2867-11-3.

Milane, L., Duan, Z., and **Amiji, M.M.** Pharmacokinetic and biodistribution analysis of combination paclitaxel and lonidamine delivery in an orthotopic animal model of multi-drug resistant breast cancer using EGFR-targeted polymeric nanoparticles. *Nanomedicine: Nanotechnology, Biology and Medicine,* **7(4):** 435-444 (2011). DOI: 10.1016/j.nano.2010.12.009.

Kriegel, C. and **Amiji, M.** Dual *TNF-α/Cyclin D1* gene silencing using an oral microparticle system as a novel strategy for the treatment of inflammatory bowel disease. *Clinical and Translational Gastroenterology,* **2:** e2 (2011). DOI:10.1038/ctg.2011.1.

Milane, L., Ganesh, S., Shah, S., Duan, Z., and **Amiji, M.** Multi-modal strategies for overcoming tumor drug resistance: hypoxia, Warburg's effect, stem cells, and multifunctional nanotechnology. *Journal of Controlled Release,* **155(2):** 237-247 (2011). DOI:10.1016/j.jconrel.2011.03.032.

das Neves, J., **Amiji, M.,** and Sarmento, B. Mucoadhesive nanosystems for vaginal microbicide development: friend or foe? *Wiley Interdisciplinary Reviews in Nanomedicine and Nanobiotechnology,* **3(4):** 389-399 (2011). DOI:10.1002/wnan.144.

das Neves, J., Bahia, M.F., **Amiji, M.,** and Sarmento, B. Mucoadhesive nanomedicines: measurement and modulation of mucoadhesion at the nanoscale. *Expert Opinion on Drug Delivery,* **8(8):** 1085-1104 (2011). DOI: 10.1517/17425247.2011.586334.

Abeylath, S.C., Ganta, S., Iyer, A., and **Amiji, M.** Combinatorial-designed multifunctional polymeric nanosystems for tumor-targeted therapeutic delivery. *Accounts of Chemical Research,* **44(10):** 1009-1017 (2011). DOI: 10.1021/ar2000106.

Milane, L., Duan, Z., and Amiji, M.M. Therapeutic efficacy and safety of combination paclitaxel/ lonidamine loaded EGFR-targeted nanoparticles for the treatment of multi-drug resistant breast cancer. *PLoS ONE,* **6(9):** e24075 (2011). DOI:10.1371/journal.pone.0024075.

Klepac-Ceraj, V., Patel, N., Song, X., Holewa, C., Patel, C., Kent, R., **Amiji, M.M.,** and Soukos, N.S. Photodynamic effects of methylene blue-loaded polymeric nanoparticles on dental plaque bacteria. *Lasers in Surgery and Medicine,* **43(7):** 600–606 (2011). DOI: 10.1002/LSM.21069.

Deshpande, D.D., Janero, D.R., and **Amiji, M.M.** Therapeutic strategies for endothelial dysfunction. *Expert Opinion on Biological Therapy,* **11(12):** 1637-1654 (2011). DOI: 10.1517/14712598.2011.625007.

Abeylath, S.C. and **Amiji, M.M.** *"Click"* synthesis of dextran macrostructures for combinatorial-designed self-assembled nanoparticles encapsulating diverse anticancer therapeutics. *Bioorganic and Medicinal Chemistry,* **19(21):** 6167-6173 (2011). DOI: doi:10.1016/j.bmc.2011.09.024.

Xu, J., Ganesh, S., and **Amiji, M.** Non-condensing polymeric nanoparticles for targeted gene and siRNA delivery. *International Journal of Pharmaceutics, 427(1):* 21-34 (2012). DOI: 10.1016/j.ijpharm.2011.05.036. [**Invited submission** in the special thematic issue on *"Non-Viral Gene Delivey"* edited by Salem, A. and Burgess D.].

das Neves, J., Michiels, J., Ariën, K.K., Vanham, G., **Amiji, M.M.**, Bahia, M.F., and Sarmento, B. Polymeric nanoparticles improve the intracellular delivery, antiretroviral activity and safety of the microbicide drug candidate dapivirine. *Pharmaceutical Research, 29(6):* 1468-1484 (2012). DOI: 10.1007/s11095-011-0622-3.

Xu, J. and **Amiji, M.** Gene delivery and transfection in human pancreatic cancer cells using epidermal growth factor receptor-targeted gelatin-based engineered nano-vectors. *Journal of Visualized Experiments.* **(59):** e3612, (2012) DOI : 10.3791/3612.

Iftemia, N., Iyer, A., Hammer, D.X., Lue, N., Mujat, M., Pitman, M., and **Amiji, M.** Fluorescence-guided optical coherence tomography for colon cancer screening:  a preliminary mouse study. *Biomedical Optics Express,* **3(1):** 178-191 (2012). DOI: 10.1364/BOE.3.000178.

Attarwala, H. and **Amiji, M.M.** Multi-compartmental nanoparticles-in-emulsion formulation for macrophage-specific anti-inflammatory gene delivery. *Pharmaceutical Research,* **29(6):** 1637-1649 (2012). DOI: 10.1007/s11095-012-0677-9.

Jain, S., Attarwala, H., and **Amiji, M.** Non-condensing polymeric gene delivery systems: principles and application. *Nano LIFE,* **1(3-4):** 219-237 (2012). DOI: 10.1142/S1793984410000249 [**Invited submission** in the special thematic issue on *"Nanomedicine: Therapeutics, Diagnostics, and Imaging"* edited by Sofou, S. and Rege, K.].

Jain, S. and **Amiji, M.** Tuftsin-modified alginate nanoparticles as a non-condensing macrophage-targeted DNA delivery system. *Biomacromolecules,* **13(4):** 1074-1085 (2012). DOI: 10.1021/bm2017993.

Iyer, A., He, J., and **Amiji, M.** Image-guided nanosystems for targeted delivery in cancer therapy. *Current Medicinal Chemistry,* **19(19):** 3230-3240 (2012). DOI: 10.1007/s10103-012-1091-6. [**Invited review** for a special theme edition on *"Chemical Engineering of Nanocarrier Surfaces for Efficient Drug Delivery to Severe Diseases"* edited by Arias, J.L.].

Talekar, M., Ganta, S., Singh, A., **Amiji, M.,** Kendall, J., Denny, W., and Garg, S. Phosphatidylinositol 3-kinase inhibitor (PIK75) containing surface functionalized nanoemulsion for enhanced drug delivery, cytotoxicity and pro-apoptotic activity in ovarian cancer cells. *Pharmaceutical Research,* **29(10):** 2874-2886 (2012). DOI: 10.1007/s11095-012-0793-6.

Min, C., Ohta K., Kajiya, M., Zhu, T., Shawama, K., Mawardi, H., Howait, M., Hirschfeld, J., Bahammam, L., Ichimonji, I., Ganta, S., **Amiji, M.,** and Kawai, T., The appetite peptide hormone ghrelin mediates antimicrobial activities. *Peptides,* **36(2):** 151-156 (2012). DOI: 10.1016/j.peptides.2012.05.006.

Borcan, F., Soica, C.M., Ganta, S., **Amiji, M.M.,** and Dehelean, C.A. Synthesis and preliminary *in vivo* evaluations of polyurethane nanostructures for transdermal drug delivery. *Chemistry Central Journal,* **6(1):** 87 (2012). DOI: 10.1186/1752-153X-6-87

Kalariya, M., Ganta, S., and **Amiji, M.** Multi-compartmental vaccine delivery system for enhanced immune response to gp-100 peptide antigen in melanoma immunotherapy. *Pharmaceutical Research.* **29(12):** 3393-3403 (2012). DOI: 10.1007/s11095-012-0834-1.

das Neves, J., Rocha, C., Gonçalves, M.P., Carrier, R.L., **Amiji, M.,** Bahia, M.F., Sarmento, B. Interactions of microbicide nanoparticles with a simulated vaginal fluid. *Molecular Pharmaceutics,* **9(11):** 3347-3356 (2012). DOI: 10.1021/mp300408m.

Jain, S. and **Amiji, M.** Calcium alginate microparticles as a non-condensing DNA delivery and transfection system for macrophages. *Pharmaceutical Engineering – Journal of the International Society of Pharmaceutical Engineers,* **32(5):** 42-49, (2012).

das Neves, J., Bahia, M.F., **Amiji, M.,** Sarmento, B, and Bahia, F. Development and validation of an HPLC method for the assay of dapivirine in cell-based and tissue permeability experiments. *Journal of Chromatography, B.* **911:** 76-83 (2012). 10.1016/j.jchromb.2012.10.034.

Elangovan, S., Jain, S., Tsai, P.C., Margolis, H., and **Amiji, M.** Nano-sized calcium phosphate particles for periodontal gene therapy. *Journal of Periodontology,* **84(1):** 117-125 (2013). DOI: 1902/jop.2012.120012.

Fontana, C.R., Lerman, M.A., Patel, N., Grecco, C., Costa, C.A., **Amiji, M.M.,** Bagnato, V.S., and Soukos, N.S. Safety assessment of oral photodynamic therapy in rats. *Lasers in Medicine and Surgery,* **(2):** 479-486 (2013). DOI: 10.1007/s10103-012-1091-6.

Kobayashi, E., Iyer, A.K., Hornicek, F.J., **Amiji, M.M.,** and Duan, Z. Lipid-functionalized dextran nanosystems to overcome multidrug resistance in cancer: a pilot study. *Clinical Orthopaedics and Related Research,* **471(3):** 915-925 (2013). DOI: 10.1007/s11999-012-2610-2.

Kriegel, C., Attarwala, H., and **Amiji, M.** Multi-compartmental oral delivery systems for nucleic acid therapy in the gastrointestinal tract. *Advanced Drug Delivery Reviews,* **65:** 891–901 (2013). DOI: 10.1016/j.addr.2012.11.003. [**Invited review** for a special theme edition on *"Nanoparticles- and Biomaterials-Mediated Oral Delivery of Drug, Gene, and Immunotherapy"* edited by Leong, K. and Sung, H.W.].

Ganesh, S., Iyer, A., Morrissey, D., and **Amiji, M.** Hyaluronic acid-based self-assembling nanosystems for CD44 target mediated siRNA delivery to solid tumors. *Biomaterials,* **34(13):** 3489-3502 (2013). DOI: 10.1016/j.biomaterials.2013.01.077.

Dehelean, C.A., Feflea, S, Gheorgheosu, D., Ganta, S., Cimpean, A.M. Muntean, D., and **Amiji, M.M.** Anti-angiogenic and anti-cancer evaluation of betulin nanoemulsion in chicken chorioallantoic membrane and skin carcinoma in Balb/c mice. *Journal of Biomedical Nanotechnology,* **9(4):** 577-589 (2013). DOI: 10.1166/jbn.2013.1563.

Xu, J., Gattacceca, F., and **Amiji, M.** Biodistribution and pharmacokinetics of EGFR-targeted thiolated gelatin nanoparticles following systemic administration in pancreatic tumor-bearing mice. *Molecular Pharmaceutics,* **10(5):** 2031-2044 (2013). DOI: 10.1021/mp400054e.

Shah, L., Yadav, S., and **Amiji, M.** Nanotechnology for CNS delivery of bio-therapeutic agents. *Drug Delivery and Translational Research,* **3:** 336–351 (2013). DOI: 10.1007/s13346-013-0133-3. [**Invited submission** for a special thematic edition on *"NanoBio Interface: From Lab to Clinic"* edited by Mohapatra, S. and Mohapatra, S.].

Deshpande, D., Janero, D.R., and **Amiji. M.** Engineering of an ω-3 polyunsaturated fatty acid-containing nanoemulsion system for combination C6-ceramide and 17β-estradiol delivery and bioactivity in human vascular endothelial and smooth muscle cells. *Nanomedicine: Nanotechnology, Biology, and Medicine,* **9(7):** 885-894 (2013). DOI: 10.1016/j.nano.2013.02.007.

Talekar, M., Ganta, S., Singh, A., **Amiji, M.,** and Garg, S. Development of PIK-75 nano-suspension formulation with enhanced delivery efficiency and cytotoxicity for targeted anti-cancer therapy. *International Journal of Pharmaceutics,* **450(1-2):** 278-89 (2013). DOI: 10.1016/j.ijpharm.2013.04.057.

Kalariya, M. and **Amiji, M.** Systemic administration of gp-100 encoding DNA vaccine for melanoma using squalane oil-containing water-in-oil-in-water multiple emulsion system. *International Journal of Pharmaceutics,* **453(2):** 400-407 (2013). DOI: 10.1016/j.ijpharm.2013.05.028.

das Neves, J., Araújo, F., Andrade, F., Michiels, J., Ariën, K.K., Vanham, G., **Amiji, M.,** Bahia, M.F., and Sarmento, B. *In vitro* and *ex vivo* evaluation of polymeric nanoparticles for vaginal and rectal delivery of the anti-HIV drug dapivirine. *Molecular Pharmaceutics,* **10(7):** 2793–2807 (2013). DOI: 10.1021/mp4002365.

Ganesh, S., Iyer, A., Weiler, J., Morrissey, D., and **Amiji, M.** Combination of siRNA directed gene silencing with cisplatin reverses drug resistance in human non-small cell lung cancer. *Molecular Therapy – Nucleic Acids,* **30 (2):** e110 (2013). DOI: 10.1038/mtna.2013.29.

das Neves, J., **Amiji, M.,** Bahia, M.F., and Sarmento, B. Assessing the physical-chemical properties and stability of dapivirine-loaded polymeric nanoparticles. *International Journal of Pharmaceutics,* **456(2):** 307-314 (2013). DOI: 10.1016/j.ijpharm.2013.08.049.

Chernenko, T., Buyukozturk, F., Miljkovic, M., R. Carrier, Diem, M., and **Amiji, M.** Label-free Raman microspectral analysis for comparison of cellular uptake and distribution between non-targeted and EGFR-targeted biodegradable polymeric nanoparticles. *Drug Delivery and Translational Research,* **3:** 575–586 (2013). DOI: 10.1007/s13346-013-0178-3.

Ganesh, S., Iyer, A., Gattacceca, F., Morrissey, D., and **Amiji, M.** *In vivo* biodistribution of siRNA and cisplatin administered using CD44-targeted hyaluronic acid nanoparticles. *Journal of Controlled Release,* **172(3):** 699-706 (2013). DOI: 10.1016/j.jconrel.2013.10.016.

Iyer, A.K., Singh, A., Ganta, S., and **Amiji, M.M.** Role of integrated cancer nanomedicine in overcoming drug resistance. *Advanced Drug Delivery Reviews,* **65(13-14):** 1784-802. (2013). DOI: 10.1016/j.addr.2013.07.012. [**Invited submission** for a special theme edition on *"Nanotechnology and Drug Resistance"* edited by Minko, T.].

Jain, S., Doshi, A.S., Iyer, A.K., and **Amiji, M.M.** Multifunctional nanoparticles for targeting cancer and inflammatory diseases. *Journal of Drug Targeting,* **21(10):** 888-903. (2013). DOI: 10.3109/1061186X.2013.832769. [**Invited publication** for special thematic issue in honor of Professor Vladimir P. Torchilin – Recipient of the journal's 2013 Lifetime Achievement Award edited by **Amiji, M.M.**].

Cuccarese, M.F., Singh, A., **Amiji, M.,** and O'Doherty, G.A. A novel use of gentamicin in the ROS-mediated sensitization of NCI-H460 lung cancer cells to various anticancer agents. *ACS Chemical Biology,* **8(12):** 2771-2777 (2013). DOI: 10.1021/cb4007024.

Shah, L., Gattacceca, F., and **Amiji, M.M.** CNS delivery and pharmacokinetics evaluations of DALDA analgesic peptide analog administered systemically in nano-sized oil-in-water emulsion formulation. *Pharmaceutical Research,* **31(5):** 1315-1324 (2014). DOI: 10.1007/s11095-013-1252-8.

Xu, J., Singh, A., and **Amiji, M.** Redox-responsive EGFR targeted gelatin nanoparticles for delivery of combination wt-p53 expressing plasmid DNA and gemcitabine in the treatment of pancreatic cancer. *BMC Cancer,* **14:** 75 (2014). DOI:10.1186/1471-2407-14-75.

Kosovrasti, V.Y., Lukashev, D., Nechev, L.V., and **Amiji, M.M.** Novel RNA interference-based therapies for sepsis. *Expert Opinion on Biological Therapy,* **14(4):** 419-435. (2014). DOI: 10.1517/14712598.2014.875524.

Talekar, M., Boreddy, S., Singh, A., and **Amiji, M.** Tumor aerobic glycolysis: new insight into therapeutic strategies with targeted delivery. *Expert Opinion on Biological Therapy,* **14(8):** 1-15 (2014). DOI: 10.1517/14712598.2014.912270.

das Neves, J., Araújo, F., Andrade, F., **Amiji, M.,** Bahia, M.F., and Sarmento, B. Biodistribution and pharmacokinetics of dapivirine-loaded nanoparticles after vaginal delivery in mice. *Pharmaceutical Research,* **31(7):** 1834-1845 (2014). DOI: 10.1007/s11095-013-1287-x.

Deshpande, D., Kethireddy, S., Gattacceca, F., and **Amiji, M.** Comparative pharmacokinetics and tissue distribution analysis of systemically administered 17-β-estradiol and its metabolites *in vivo* delivered using a cationic nanoemulsion or a peptide-modified nanoemulsion system for targeting atherosclerosis. *Journal of Controlled Release,* **180:** 117-24 (2014). DOI: 10.1016/j.jconrel.2014.02.009.

Ganta, S., Talekar, M., Singh, A., Coleman, T.P., and **Amiji, M.M.** Nanoemulsions in translational research – Opportunities and challenges in targeted cancer therapy. *AAPS PharmSciTech,* **15(3):** 694-708 (2014). DOI: 10.1208/s12249-014-0088-9. **[Invited submission** for a special thematic issue of the journal entitled *"Translational Application of Nano Delivery Systems: Emerging Cancer Therapy"* edited by Chougule, M.].

Migliore, M., Ortiz, R., Dye, S., Campbell, R.C., **Amiji, M.,** and Waszczak, B. Neurotrophic and neuroprotective efficacy of intranasal GDNF in a rat model of Parkinson's disease. *Neuroscience,* **274C:** 11-23 (2014).    DOI: http://dx.doi.org/10.1016/j.neuroscience.2014.05.019.

Ganta, S., Singh, A., Rawal, Y.H., Cacaccio, J., Patel, N.R., **Amiji, M.M.,** and Coleman, T.P. Development of a novel targeted theranostic nanoemulsion of docetaxel to overcome multidrug resistance in ovarian cancer. *Drug Delivery,* **5:** 1-13 (2014). DOI: 10.3109/10717544.2014.923068.

Ganta, S., Singh, A., Patel, N.R., Cacaccio, J., Rawal, Y.H., Davis, B.J., **Amiji, M.M.,** and Coleman, T.P. Development of EGFR targeted nanoemulsion for imaging and novel platinum therapy of ovarian cancer. *Pharmaceutical Research,* **31(9):** 2490-2502 (2014). DOI: DOI 10.1007/s11095-014-1345-z.

Iyer, A.K., Duan, Z., and **Amiji, M.M.** Nano-delivery systems for nucleic acid therapeutics in drug resistant tumors. *Molecular Pharmaceutics,* **11(8):** 2511-2526. (2014). DOI 10.1021/mp500024p. **[Invited submission** for a special thematic issue of the journal entitled *"Delivery Systems for Reversal of MDR"* edited by Li, Y. and Huang, Y.].

Singh, A., Talekar, M., Raikar, A., and **Amiji, M.** Macrophage-targeted delivery systems for nucleic acid therapy in inflammatory diseases. *Journal of Controlled Release,* **190:** 515–530 (2014). DOI: 10.1016/j.jconrel.2014.04.021. **[Invited submission** for the *Journal of Controlled Release* – 30th Anniversary special thematic issue edited by Mitragotri, S.].

Shah, L., Kulkarni, P., Ferris, C., and **Amiji, M.** Analgesic efficacy and safety of DALDA peptide analog delivery to the brain using nano-sized oil-in-water emulsion formulation. *Pharmaceutical Research,* **31(5):** 1315-1324 (2014). DOI: 10.1007/s11095-013-1252-8.

Singh. A., Talekar, M., Tran, T.H., Samantha, A., Sundaram, R., and **Amiji, M.M.** Combinatorial approach in the design of multifunctional polymeric nano-delivery systems for cancer therapy. *Journal of Material Chemistry B,* **2:** 8069-8084

(2014). DOI: 10.1039/c4tb01083c. **[Invited review article** for a special thematic issue of the journal entitled *"Nanoscale Biomaterials"* edited by Green, J. and J Burdick, J.].

Tran, T.H. and **Amiji, M**. Targeted delivery systems for biological therapies of inflammatory diseases. *Expert Opinion on Drug Delivery,* **12(3):** 1-22 (2014). DOI: 10.1517/17425247.2015.972931.

Nascimento, A.V, Singh, A., Bousbaa, H., Ferreira, D., Sarmento, B., and **Amiji, M.M.** *Mad2* checkpoint gene silencing using epidermal growth factor receptor-targeted chitosan nanoparticles in non-small cell lung cancer model. *Molecular Pharmaceutics,* **11(10):** 3515-3527 (2014). DOI: 10.1021/mp5002894.

Shah, R.R., O'Hagan D.T., **Amiji, M.M.,** and Brito, L.A. The impact of particle size on vaccine adjuvants. *Nanomedicine (UK),* **9(17):** 2671-2681 (2014). DOI: 10.2217/nnm.14.193.

Yang, X., Iyer, A.K., Singh, A., Choy, E., Hornicek, F.J., **Amiji, M.M.,** and Duan, Z. Cluster of differentiation (CD)-44 targeted hyaluronic acid-based nanoparticles for *MDR1* siRNA delivery to overcome drug resistance in ovarian cancer. *Pharmaceutical Research,* **32(6):** 2097-2109. (2015). DOI: 10.1007/s11095-014-1602-1.

Shah, R.R., Dodd, S., Schaefer, M., Ugozzoli, M., Singh, M., Gillis Otten, **Amiji, M.M.,** O'Hagan D.T., and Brito, L.A. The development of self-emulsifying oil-in-water emulsion adjuvant and an evaluation of the impact of droplet size on performance. *Journal of Pharmaceutical Sciences,* **104(4):** 1352-1361 (2015). DOI: 10.1002/jps.24337.

Gao, Y., Shen, J.K., Milane, L., Hornicek, F.J., **Amiji, M.,** and Duan, Z. Targeted cancer therapy; nanotechnology approaches for overcoming drug resistance. *Current Medicinal Chemistry,* **22(11):** 1335-47 (2015).

Yang, X., Iyer, A.K., Singh, A., Choy, E., Hornicek, F.J., **Amiji, M.M.,** and Duan, Z. *MDR-1* siRNA loaded hyaluronic acid-based CD44 targeted nanoparticle systems circumvent paclitaxel resistance in ovarian cancer. *Scientific Reports,* **5(8509):** 1-9 (2015). DOI: 10.1038/srep08509.

Ganta, S., Singh, A., Kulkarni, P., Keeler, A., Piroyan, A., Sawant, R., Patel, N., Davis, B., Ferris, C., Metzger, G., Zamboni, W., **Amiji, M.M.,** and Coleman, T.P. EGFR targeted theranostic nanoemulsion for image-guided ovarian cancer therapy. *Pharmaceutical Research,* Published Online, (2015). DOI: 10.1007/s11095-015-1660-z.

Yadav, S., Gattacceca, F., Panicucci, R., and **Amiji, M.M.** Comparative biodistribution and pharmacokinetic analysis of cyclosporine-A in the brain upon intranasal and intravenous administration in an oil-in-water nanoemulsion formulation. *Molecular Pharmaceutics,* **12(5):** 1523-1533 (2015). DOI: 10.1021/mp5008376.

Gao, Y., Foster, R., Yang, X.,, Feng, Y., Shen, J.K., Mankin, H.J., Hornicek, F.J., **Amiji, M.M.,** and Duan, Z. Up-regulation of CD44 in the development of metastasis, recurrence and drug resistance of ovarian cancer. *Oncotarget,* **6(11):** 9313-9326 (2015).

Tran, T.H., Mathiolabakis, G., Aldawsari, H.M., and **Amiji, M.M.** Exosomes as nano-carriers for immunotherapy of cancer and inflammatory diseases. *Clinical Immunology,* **160(1):** 46–58 (2015). DOI: 10.1016/j.clim.2015.03.021. **[Invited review article** for a special thematic issue of the journal entitled *"Nanotherapeutics in Autoimmunity and Transplantation"* edited by Meng, W. and Giannoukakis, N.].

Milane, L., Trivedi, M., Singh, A., Talekar, M., and **Amiji, M.M.** Mitochondrial biology, targets, and drug delivery. *Journal of Controlled Release,* **207:** 40–58, (2015), DOI: 10.1016/j.jconrel.2015.03.036.

Zhang, L., Iyer, A., Yang, X., Kobayashi, E., Mankin, H., Hornicek, F., **Amiji, M.,** and Duan, Z. Polymeric nanoparticle-based delivery of micro RNA-199a-3p inhibits proliferation and growth of osteosarcoma cells. *International Journal of Nanomedicine,* **10:** 2913–2924 (2015). DOI: http://dx.doi.org/10.2147/IJN.S79143.

Talekar, M., Tran, T.H., and **Amiji, M.** Translational nano-medicines: opportunities for targeted delivery in cancer and inflammatory diseases. *The AAPS Journal,* **17(4):** 813-827 (2015). [**Invited submission** for the special thematic issue of the journal entitled *"Clinical and Commercial Translation of Drug Delivery Systems"* in honor of the 12th Annual Garnet E. Peck Symposium edited by Yeo, Y., and Svensson, C.]. DOI: 10.1208/s12248-015-9772-2.

Talekar, M., Ouyang, Q., Goldberg, M., and **Amiji, M.** Co-Silencing of *PKM-2* and *MDR-1* sensitizes multidrug resistant ovarian cancer cells to paclitaxel in a murine model of ovarian cancer. *Molecular Cancer Therapeutics,* **14(7):** 1521-1531 (2015). DOI:10.1158/1535-7163.MCT-15-0100.

Oka, A., Talekar, M., Ouyang, O., Luther, E., and **Amiji, M.** Macrophage polarization and the effect of microRNA-155 administered in water-in-oil-in-water multiple emulsion formulations. *Journal of Clinical and Cellular Immunology* **6(326):** 2-7 (2015). [**Invited research article** for a special thematic issue of the journal entitled *"Macrophage Polarization"* edited by Vigerust, D.J.]. DOI: 10.4172/2155-9899.1000326.

Jain, S., Tran, T.H., and **Amiji, M.M.** Macrophage repolarization with targeted alginate nanoparticles containing IL-10 plasmid DNA for the treatment of experimental arthritis. *Biomaterials,* **61:** 162-177 (2015). DOI: 10.1016/j.biomaterials.2015.05.028.

Gandham, S.K., Talekar, M., Singh, A., and **Amiji, M.M.** Inhibition of hexokinase-2 with targeted liposomal 3-bromopyruvate in an ovarian tumor spheroid model of aerobic glycolysis. *International Journal of Nanomedicine,* **10:** 4405–4423 (2015). DOI: org/10.2147/IJN.S82818.

Milane, L., Singh, A., Matthiolabakis, G., Suresh, M. and **Amiji, M.M.** Exosome mediated communication in the tumor microenvironment. *Journal of Controlled Release*, Published Online. DOI: 2015 10.1016/j.jconrel.2015.06.029. (2015). [**Invited publication** for the *Journal of Controlled Release* "Americas" Special Issue edited by Hanes, J., Ensign, L., Kannan, R., and Suk, J.S.].

Nguyen, C.T., Tran, T.H., **Amiji, M.,** Lu, X., and Kasi, R.M. Bio-responsive nanoparticles from amphiphilic cholesterol-based block copolymers for enhanced tumor intracellular release of doxorubicin. *Nanomedicine: Nanotechnology, Biology, and Medicine,* Published Online. DOI: 10.1016/j.nano.2015.06.011. (2015).

Mattheolabakis, G., Milane, L., Singh, A., and Amiji, M. Hyaluronic acid targeting of CD44 for cancer therapy: from receptor biology to nanomedicine. *Journal of Drug Targeting.* [**Invited publication** for a special thematic issue of the journal in honor of MIT Institute Professor Robert Langer - Recipient of the journal's 2015 Lifetime Achievement Award edited by Mitragotri, S.]. (In press).

Lu, X., Tran, H., Jia, F., Tan, X., Davis, S., Krishnan, S., **Amiji, M.** and Zhang, K. Providing oligonucleotides with steric selectivity by brush polymer-assisted compaction. *Journal of the American Chemical Society,* (In press).

Tran, T.H., Rastogi, R., Shelke, J., and **Amiji, M.M.** Modulation of macrophage functional polarity towards anti-inflammatory phenotype with plasmid DNA delivery in CD44 targeted hyaluronic acid nanoparticles. *Scientific Reports,* (Submitted).

DTX0804-0023

Yadav, S., Gandham, S.K., Panicucci, R., and **Amiji, M.M.** Intranasal brain delivery of cationic nanoemulsion-encapsulated TNFα siRNA for prevention of experimental neuroinflammation. *Nanomedicine: Nanotechnology, Biology, and Medicine,* (Submitted).

Lin, M., Gao, Y., Hornicek, F., Xu, F., Lu, T.J., Amiji, M., and Duan, Z. Upconversion nanoparticles as photoactive delivery platform for cancer therapy. *Advances in Colloid and Interface Science,* (Submitted).

Deshpande, D., Kethireddy, S., Janero, D.R., and **Amiji, M.M.** Therapeutic efficacy of an ω-3-fatty acid-containing estradiol nano-delivery system against experimental atherosclerosis. *PLoS One,* (Submitted).

Nascimento, A.V., Singh, A., Bousbaa, H., Ferreira, D., Sarmento, B., and **Amiji. M.M.** Combinatorial-designed EGFR-targeted chitosan nanoparticles for encapsulation and delivery of lipid-modified platinum derivatives in wild-type and resistant non-small cell lung cancer cells. *Molecular Pharmaceutics,* (Submitted).

Talekar, M., Trivedi, M., Shah, P., Ouyang, Q., Oka, A., Gandham, S.K., and **Amiji, M.M.** Combination wt-p53 and microRNA-125b transfection in a genetically engineered lung cancer model using dual EGFR/CD44 targeted nanoparticles. *Molecular Therapy,* (Submitted).

Singh, A., Xu, J., Mattheolabakis, G., and **Amiji, M.** Redox-responsive EGFR-targeted gelatin nanoparticles for systemic administration of gemcitabine in an orthotopic pancreatic cancer model. *Nanomedicine: Nanotechnology, Biology, and Medicine,* (Submitted).

## Conference Proceedings

Bapat, N., **Amiji, M.,** and Boroujerdi, M. Adsorption isotherms of doxorubicin on oxidized dextran. *Pharmaceutical Research* **5:** S-143 (1988).

Park, H., **Amiji, M.,** and Park, K. Mucoadhesive hydrogels effective at neutral pH. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **16:** 217-218 (1989).

Park, K., Mao, F.W., **Amiji, M.,** and Park, H.  The minimum amount of biologically active fibrinogen necessary for surface-induced platelet activation. *Transactions of the Society for Biomaterials* **13:** 137 (1990).

Park, K. and **Amiji, M.** Mechanism of surface passivation by albumin. *Proceedings of the Cardiovascular Science and Technology Conference: Basic and Applied* **5:** 245-247 (1990).

**Amiji, M.** and Park, K. Mechanism study on the prevention of surface-induced platelet activation by adsorbed albumin. *Transactions of the Surfaces in Biomaterials '91 Symposium* **1:** 1-5 (1991).

**Amiji, M.,** Park, H., and Park, K. Prevention of protein adsorption and platelet adhesion by steric repulsion. *Transactions of the Society for Biomaterials* **14:** 41 (1991).

**Amiji, M.** and Park, K. Surface passivating effect of PEO/PPO/PEO triblock copolymers. *Polymer Preprints* **33:** 501-502 (1992).

**Amiji, M.** and Park. K. Analysis on the surface adsorption of PEO/PPO/PEO triblock copolymers. *Proceedings of the American Chemical Society: Division of Polymeric Materials, Science, and Engineering* **67:** 211 (1992).

**Amiji, M.** and Park, K. Prevention of protein adsorption on surfaces by PEO/PPO/PEO triblock copolymers. *Pharmaceutical Research* **9**: S-115 (1992).

**Amiji, M.** and Park, K. Adsorption behavior of PEO/PPO/PEO triblock copolymers on DDS-glass. *Transactions of the Society for Biomaterials* **17**: 137 (1994).

**Amiji, M.M.** and Patel, V.R. Development of poly(ethylene oxide)-chitosan blend membranes for hemodialysis. *Transactions of the Society for Biomaterials* **17**: 108 (1994).

**Amiji, M.M.** and Patel, V.R. Chitosan-poly(ethylene oxide) semi-IPN as a pH-sensitive drug delivery system. *Polymer Preprints* **35**: 403-404 (1994).

**Amiji, M.** Shah, E. and Boroujerdi, M. Pyrene fluorescence study of insulin denaturation and aggregation at hydrophobic interfaces. *Pharmaceutical Research* **11**: S-81(1994).

**Amiji, M.M.** and Patel, V.R. Chitosan-poly(ethylene oxide) hydrogels for pH-sensitive oral drug delivery. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials.* **22**: 330-331 (1995).

**Amiji, M.M.** and Patel, V.R. Site-specific oral delivery of antibiotics using pH-sensitive hydrogels. *Proceedings of the American Chemical Society's Conference on Formulations and Drug Delivery* **1**: 38 (1995).

**Amiji, M.M.** Surface modification of chitosan hemodialysis membranes with anionic polysaccharides. *Transactions of the Fifth World Biomaterials Congress.* **1**: 879 (1996).

**Amiji, M.M.** Modification of chitosan membrane surfaces by the complexation-interpenetration of anionic polysaccharides. *Transactions of the Surfaces in Biomaterials '96 Symposium* **6**: 108-112 (1996).

**Amiji, M.M.** Chitosan surface modification with anionic poly(ethylene glycol) derivative for improved blood compatibility. *Proceedings of the First International Symposium on Advanced Biomaterials* **1**: 73 (1997).

Qaqish, R.B., Patel, V.R., and **Amiji, M.M.** The role of gastric pH and mucin permeability on localized antibiotic delivery for *H. pylori* infection. *Pharmaceutical Research* **14**: S-707 (1997).

Shah, S., Qaqish, R., and **Amiji, M.** Mucoadhesive chitosan microspheres for stomach-specific antibiotic delivery. *Pharmaceutical Research* **14**: S-711 (1997).

**Amiji, M.M.** Surface modification of chitosan by polyelectrolyte complexation-interpenetration to improve biocompatibility. *Pharmaceutical Research* **14**: S-151 (1997).

McQueen, C., Silvia, A., Lai, P.K., and **Amiji, M.** Surface modification of chitosan microspheres to improve biocompatibility. *Transactions of the Society for Biomaterials.* **22**: 239 (1999).

Lai, P.K., Nguyen, T., and **Amiji, M.** Novel thermogelling paclitaxel formulation for localized delivery. *Transactions of the Society for Biomaterials.* **22**: 321 (1999).

Nguyen, T., Lai, P.K., Anderson, D., and **Amiji, M.** Membranes formed by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **26**: 320 (1999).

Hejazi, R. and **Amiji, M.** Preparation and characterization of cross-linked chitosan microspheres for delivery of tetracycline locally in the stomach. *AAPS PharmSci Supplement* **2**: (2000).

Mak, K.D., Nip, C.S., and **Amiji, M.** Permselective membranes prepared by physical interpenetration of chitosan with PEO/PPO/PEO triblock copolymers. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 114 (2001).

**Amiji, M.,** Lai, P.K., Shenoy, D., and Rao, M. Intratumoral administration of paclitaxel in a thermogelling Pluronic® F-127 formulation. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 129 (2001).

Nsereko, S., and **Amiji, M.M.** Biodegradable chitin-paclitaxel microparticle formulations for localized drug delivery. *Proceedings of the American Association of Pharmaceutical Scientists – Pharmaceutical Congress of the Americas.* **1**: 129 (2001).

Chawla, J.S. and **Amiji, M.M.** Poly(epsilon-caprolactone) nanoparticles for intracellular delivery of tamoxifen. *AAPS PharmSci Supplement* **3**: (2001).

Taqieddin, E. and **Amiji, M.** Perm-selective alginate-chitosan hybrid microcapsules for enzyme immobilization. *AAPS PharmSci Supplement* **3**: (2001).

Gupta, M., Williams, D.A., Jambhekar, S.S., **Amiji, M.M.,** and Bhargava, H.N. Design and *in vitro* evaluation of colon specific delivery system for budesonide, a novel glucocorticoid. *AAPS PharmSci Supplement* **3**: (2001).

Kaul, G. and **Amiji, M.** Cellular uptake, trafficking, and DNA transfection studies with poly(ethylene glycol)-modified gelatin nanoparticles. *AAPS PharmSci Supplement* **4**: (2002).

Shenoy, D.B., Chawla, J.S., and **Amiji, M.M.** Polymeric nanoparticles for targeted and controlled tamoxifen delivery in breast cancer: *in-vitro* and *in-vivo* investigations. *AAPS PharmSci Supplement* **6**: (2004).

Kommareddy, S. and **Amiji, M.M.** Preparation of thiolated gelatin nanoparticles for rapid intracellular delivery in response to glutathione. *AAPS PharmSci Supplement* **6**: (2004).

Kaul, G. and **Amiji, M.M.** Biodistribution and targeting potential of poly(ethylene glycol)-modified gelatin nanoparticles in tumor-bearing mice. *AAPS PharmSci Supplement* **6**: (2004).

Bhavsar. M. and **Amiji, M.M.** Nanoparticles-in-microsphere hybrid systems for oral DNA vaccine delivery. *AAPS PharmSci Supplement* **6**: (2004).

Fu, W., Shenoy, D., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Biomedical applications of gold nanoparticles functionalized using hetero-bifunctional poly(ethylene glycol) spacer. *Materials Research Society Symposium Proceedings (Nanoscale Materials Science in Biology and Medicine),* **845**: 223-228 (2005).

Kaul, G. and **Amiji, M.** Biodistribution and tumor-targeting potential of poly(ethylene glycol)-modified gelatin nanoparticles. *Materials Research Society Symposium Proceedings, (Nanoscale Materials Science in Biology and Medicine),* **845**: 229-235 (2005).

Shenoy, D.B., Chawla, J.S., and **Amiji, M.M.** Biodegradable polymeric nanoparticles for tumor-selective tamoxifen delivery: *In vitro* and *In vivo* studies. *Materials Research Society Symposium Proceedings (Nanoscale Materials Science in Biology and Medicine),* **845**: 369-373 (2005).

Fu, W., Saini, G., Shenoy, D., Nagesha, D., **Amiji, M.,** and Sridhar, S. Gold and iron-gold nanoparticles for intracellular tracking and *in vivo* medical applications. *Proceedings of the American Physical Society Meeting* (2005).

Fu, W., Shenoy, D., Li, J., Crasto, C., Jones, G., Dimarzio, C., Sridhar, S., and **Amiji, M.** Hetero-bifunctional poly(ethylene glycol) modified gold nanoparticles as an intracellular tracking and delivery agent. *Proceedings of the NSTI Nanotech 2005, NSTI Nanotechnology Conference and Trade Show*, Anaheim, CA, May 8-12, (2005).

Saini, G., Shenoy, D., Nagesha, D. K., Kautz, R., Sridhar, S., **Amiji, M.** Superparamagnetic iron oxide-gold core-shell nanoparticles for biomedical applications. *Proceedings of the NSTI Nanotech 2005, NSTI Nanotechnology Conference and Trade Show*, Anaheim, CA, May 8-12, (2005).

Bhavsar, M., Tiwari, S., and **Amiji, M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery system using factorial design. *The AAPS Journal,* **7**: **S2,** Abstract W4128 (2005).

Kommareddy, S. and **Amiji, M.** Formulation development and *in vivo* biodistribution studies of poly(ethylene glycol)-modified thiolated gelatin nanoparticles. *The AAPS Journal,* **7**: **S2,** Abstract W5088 (2005).

Tiwari, S., Shenoy, D., and **Amiji, M.** Novel nanoemulsions for improved oral delivery of hydrophobic drugs. *The AAPS Journal,* **7**: **S2,** Abstract M1184 (2005).

Tiwari, S., Song, Y.-H., Kamath, K., Barry, J., and Amiji, M. Application of statistical factorial design for the preparation of poly(styrene-b-isobutylene-b-styrene) triblock copolymer microspheres. *The AAPS Journal,* **7**: **S2,** Abstract R6151 (2005).

Sridhar, S., **Amiji, M.,** Shenoy, D., Nagesha, D., Weissig, V., Fu, W. Nanomedicine: a new paradigm in diagnosis and therapy. *Proceedings of SPIE-The International Society for Optical Engineering* **6008**: 247-254 (2005).

van Vlerken, L.E., Shenoy, D., Duan, Z., Seiden, M., Mehta, S., and **Amiji, M.M.** Modulation of intracellular ceramide using polymeric nanoparticles to overcome multidrug resistance in tumor cells. *Transactions of the Society for Biomaterials,* (2006).

Bhavsar, M.D., Tiwari, S.B, and **Amiji, M.M.** Development of the nanoparticles-in-microsphere hybrid formulations for oral delivery of plasmid DNA. *Transactions of the Society for Biomaterials,* (2006).

Tiwari, S.B. and **Amiji, M.M.** Novel nanoemulsions for improved oral delivery of hydrophobic drugs. *Transactions of the Society for Biomaterials,* (2006).

van Vlerken, L.E., Shenoy, D., Duan, Z., Seiden, M., Mehta, S., and **Amiji, M.M.** Modulation of intracellular ceramide using polymeric nanoparticles to overcome multidrug resistance in tumor cells. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Bhavsar, M.D., Tiwari, S.B, and **Amiji, M.M.** Formulation optimization for the nanoparticles-in-microsphere hybrid oral delivery systems using factorial design. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Tiwari, S.B., Shenoy, D.B., and **Amiji, M.M.** Novel nanoemulsions for improved oral delivery of poorly soluble drugs. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Kommareddy, S. and **Amiji, M.M.** Characterization and in vivo biodistribution studies with poly(ethylene glycol)-modified thiolated gelatin nanoparticles. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

**Amiji, M.M.** Nanotechnology for drug delivery: an overview. *Proceedings of the NSTI Nanotech 2006, NSTI Nanotechnology Conference and Trade Show*, Boston, MA May 8-12, (2006).

Tiwari, S.B., Song, Y.-H., Kamath, K., Barry, J., and **Amiji, M.** Poly(styrene-*b*-isobutylene-*b*-styrene) triblock copolymer microspheres for sustained release drug delivery. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* **33**: (2006).

**Amiji, M.** Devalapally, H.K., van Vlerken, L., Duan, Z., Seiden, M. Multifunctional nanosystems to overcome drug resistance in cancer. *Proceedings of the First National Cancer Institute's Alliance in Nanotechnology Meeting.* San Diego, CA October 24-26, pp 17 (2006).

van Vlerken, L.E., Little, S., Duan, Z., Seiden, M., Langer, R., and **Amiji, M.** Modulation of multidrug resistance in cancer with polymer blend nanoparticles. *Proceedings of the First National Cancer Institute's Alliance in Nanotechnology Meeting.* San Diego, CA October 24-26, pp 30 (2006).

Migliore, M., Vyas, T.K., Campbell, R.C., **Amiji, M.M.,** and Waszczak, B.L. Brain delivery of proteins by the intranasal route of administration using cationic liposomes. *Proceedings of the Society of Neuroscience Meeting,* Atlanta, GA (2006).

Devalapally, H.K., Shenoy, D.B., Little, S., Langer, R., and **Amiji, M.M.** Tumor-targeted delivery of hydrophobic drugs in pH-sensitive poly(ethylene oxide)-modified poly(beta-amino ester) nanoparticles. *The AAPS Journal,* **8**: S2, (2006).

Desai, A., Vyas, T.K., and **Amiji, M.M.** Development and characterization of nanoemulsion formulations containing multimodal therapeutics for brain tumor. *The AAPS Journal,* **8**: S2, (2006).

Shah, L.K., Gamsiz, E.D., Carrier, R.L., and **Amiji. M.M.** Biodegradable polymeric nanoparticles for intracellular saquinavir delivery in HIV/AIDS. *The AAPS Journal,* **8**: S2, (2006).

Bhavsar, M.D. and **Amiji, M.M.** Oral plasmid DNA administration and transfection using nanoparticles-in-microsphere formulations. *The AAPS Journal,* **8**: S2, (2006).

van Vlerken, L.E., Little, S., Duan, Z., Seiden, M., Langer, R., and **Amiji, M.** Modulation of multidrug resistance in cancer with polymer blend nanoparticles. *The AAPS Journal,* **8**: S2, (2006).

Kommareddy, S. and **Amiji, M.M.** Tumor-targeted *sFlt-1* gene delivery using long-circulating thiolated gelatin nanoparticles. *The AAPS Journal,* **8**: S2, (2006).

Vyas, T.K. and **Amiji, M.M.** Improved oral delivery of saquinavir in nanoemulsion formulations for HIV/AIDS. *The AAPS Journal,* **8**: S2, (2006).

**Amiji, M.M.** Nanotechnology for targeted drug and gene delivery. *Nanomedicine: Nanotechnology, Biology and Medicine,* **2(4):** 299-300 (2006).

**Amiji, M.M.** Nanotechnology in cancer diagnosis, imaging, and therapy. *Proceedings of the American College of Veterinary Pathologists 57th Annual Meeting and the American Society for Veterinary Clinical Pathology 41st Annual Meeting,* pp 4-7 (2006).

Bhavsar, M.B. and **Amiji, M.M.** Gastrointestinal gene delivery in mice using polymeric nanoparticles-in-microsphere oral system. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* (2007).

van Vlerken, L.E., Duan, Z., Little, S., Seiden, M.V., Langer, R., and **Amiji, M.M.** Design and development of a polymer-blend nanoparticle drug delivery system to overcome multidrug resistance in cancer. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* (2007).

Devalapally, H.K., Duan, Z., Seiden, M.V., and **Amiji, M.M.** Paclitaxel and ceramide combination therapy in biodegradable polymeric nanoparticles to overcome multidrug resistance in cancer. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* (2007).

Devalapally, H.K., Duan, Z., Seiden, M.V., and **Amiji, M.M.** Modulation of intracellular ceramide metabolism with biodegradable polymeric nanoparticle-encapsulated tamoxifen to overcome multidrug resistance in cancer. *The AAPS Journal,* **9:** S2, (2007).

van Vlerken, L.E., Duan, Z., Little, S., Seiden, M.V., Langer, R., and **Amiji, M.M.** Multifunctional polymer blend nanoparticles for temporal-controlled release of combination therapeutics to overcome multidrug resistance of cancer. *The AAPS Journal,* **9:** S2, (2007).

Bhavsar, M.D., Brito, L., and **Amiji, M.M.** Development of novel biodegradable polymeric nanoparticles-in-microsphere formulation for local plasmid DNA delivery in the gastrointestinal tract. *The AAPS Journal,* **9:** S2, (2007).

Magadala, P. and **Amiji, M.M.** HER2/neu receptor-targeted engineered gelatin nanovectors for gene delivery and transfection in pancreatic cancer cells. *The AAPS Journal,* **9:** S2, (2007).

Brito, L., Little, S., Langer, R., and **Amiji, M.M.** Gene delivery and transfection studies with lipopolyplexes in human endothelial and smooth muscle cells. *Proceedings of the American Chemical Society: Division of Polymeric Materials, Science, and Engineering* **78:** (2008).

Brito, L., Chandrasekhar, S., Little, S., and **Amiji, M.** Gene delivery and transfection studies with lipopolyplexes in human endothelial and smooth muscle cells. *Proceedings of the NSTI Nanotech 2008, NSTI Nanotechnology Conference and Trade Show*, Boston, MA June 1-5, (2008).

Magadala, P. and **Amiji, M.** Epidermal growth factor receptor-targeted engineered gelatin nanovectors for gene delivery and transfection in pancreatic cancer cells. *Proceedings of the NSTI Nanotech 2008, NSTI Nanotechnology Conference and Trade Show*, Boston, MA June 1-5, (2008).

Jain, S. and **Amiji, M.** Non-condensing calcium alginate microspheres for macrophage-selective gene delivery and transfection. *Proceedings of the NSTI Nanotech 2008, NSTI Nanotechnology Conference and Trade Show*, Boston, MA June 1-5, (2008).

Pai, S. and **Amiji, M.** Multifunctional nanoparticulate system for simultaneous *EGFR* gene silencing and enhancement of apoptosis in pancreatic cancer cells. *Proceedings of the NSTI Nanotech 2008, NSTI Nanotechnology Conference and Trade Show*, Boston, MA June 1-5, (2008).

Brito, L., Chandrasekhar, C., Little, S.R., and **Amiji, M.M.** Gene delivery and transfection studies in smooth muscle cells with lipopolyplexes immobilized in gelatin-coated stainless steel substrates. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* (2008).

Milane, L., Matthäus, C., Chernenko T., Diem, M., and **Amiji, M.** Cellular trafficking studies of ceramide-loaded poly(ethylene oxide)-modified poly(epsilon-caprolactone) nanoparticles with Raman spectroscopy. *Proceedings of the International Symposium on the Controlled Release of Bioactive Materials* (2008).

Magadala, P. and **Amiji, M.M.** Epidermal growth factor receptor-targeted gelatin-based nanoparticles for reporter and therapeutic gene delivery in human pancreatic cancer cells. *The AAPS Journal,* **10**: S2, (2008).

Deshpande, D. and **Amiji, M.** *In vitro* studies with estradiol-loaded omega-3 fatty acid-containing oil-in-water nanoemulsion formulations for the treatment of coronary restenosis. *The AAPS Journal,* **11**: S2, (2009).

Ganta, S., Devalapally, H., and **Amiji, M.** The effect of curcumin in enhancing oral absorption and anti-tumor therapeutic efficacy of paclitaxel administered in nanoemulsion formulations. *The AAPS Journal,* **11**: S2, (2009).

Kriegel, C. and **Amiji, M.** TNF-$\alpha$ gene silencing using nanoparticles-in-microsphere oral delivery system in an inflammatory bowel disease model. *The AAPS Journal,* **11**: S2, (2009).

Jain, S. and **Amiji, M.M.** Tuftsin-modified alginate nanoparticles as a non-condensing macrophage-targeted gene delivery system for anti-inflammatory therapy. *Proceeding of the International Symposium on the Controlled Release of Bioactive Materials* (2010).

Deshpande, D. and **Amiji, M.M.** Preliminary evaluations of combination ceramide/estradiol therapy in coronary restenosis with omega-3 fatty acid-containing nanoemulsion formulations. *Proceeding of the International Symposium on the Controlled Release of Bioactive Materials* (2010).

Attarwala, H. and **Amiji, M.M.** *In vitro* evaluations of nanoparticle-in-emulsion formulations for gene delivery and transfection in macrophages. *Proceeding of the International Symposium on the Controlled Release of Bioactive Materials* (2010).

Deshpande, D. and **Amiji, M.M.** Preliminary evaluations of combination ceramide/estradiol therapy in atherosclerosis with omega-3 fatty acid-containing nanoemulsion formulations. *The AAPS Journal,* **12**: S2, (2010).

Jain, S. and **Amiji, M.M.** Tuftsin-modified alginate nanoparticles as a non-condensing macrophage-targeted gene delivery system for anti-inflammatory therapy. *The AAPS Journal,* **12**: S2, (2010).

Barchet, T. and **Amiji, M.M.** Advances in siRNA delivery: preliminary work in the development of an siRNA nanoemulsion delivery system. *The AAPS Journal,* **12**: S2, (2010).

Xu, J. and **Amiji, M.M.** Gene delivery and transfection in human pancreatic cancer cells using epidermal growth factor receptor-targeted gelatin nanoparticles. *The AAPS Journal,* **12**: S2, (2010).

## INTRAMURAL AND EXTRAMURAL RESEARCH SUPPORT (Total = $38M, as PI = $18M)

### *Current Funding*

*Source:* National Cancer Institute of the National Institutes of Health proposal in response to NCI's Alliance for Nanotechnology in Cancer RFA CA-09-012 *"Center of Cancer Nanotechnology Excellence (CCNE) U54 Grant"* program (1U54-CA151881. Project #3).
*Title:* Multi-Modal Therapy for Pancreatic Cancer with Targeted Nanovectors
*Amount:* $1,420,972 (total project funding); $13.9 million (total CCNE funding)
*Duration:* September, 2010 – December 2015 (with NCE)
*Role:* Principle Investigator of Project #3 (CCNE PI: Prof. Vladimir Torchilin, Department of Pharmaceutical Sciences, Northeastern University)

*Source:* National Cancer Institute of the National Institutes of Health proposal in response to the NCI's Alliance for Nanotechnology in Cancer RFA CA-09-013 *"Cancer Nanotechnology Platform Partnership U01 Grant"* program (1U01-CA151452)
*Title:* Combinatorial-Designed Nano-Platforms to Overcome Tumor Drug Resistance
*Amount:* $2,317,537 (total)
*Duration:* September, 2010 – August, 2016 (with NCE)
*Role:* Principle Investigator

*Source:* National Science Foundation, Interdisciplinary Graduate Education and Training (IGERT) Grant (DGE-0965843)
*Title:* IGERT-Nanomedical Science and Technology
*Amount:* $3,178,512 (total)
*Duration:* September, 2010 – August, 2016 (with NCE)
*Role:* Co-Principal Investigator (PI: Prof. Srinivas Sridhar, The Nanomedicine Education and Research Consortium (NERC), Northeastern University)

*Source:* Nemucore Medical Innovations, Inc., Sub-Contract of NCI proposal in response to Request for Application *"Academic-Industrial Partnerships for Translation of In Vivo Imaging Systems for Cancer Investigations (R01)"* PAR-10-169 (1R01-CA158881)
*Title:* Integrated Image-Guided Targeted Therapy for Refractory Ovarian Cancer
*Amount:* $3,138,368 (total), NU share: $823,893
*Duration:* April, 2011 – March, 2016
*Role:* Principal Investigator

*Source:* Novartis Vaccine and Diagnostics, 350 MA Avenue, Cambridge, MA 02139
*Title:* Pharm Sci Industrial Graduate Fellowship Program (designated to Ms. Ruchi Shah)
*Amount:* $159,300 (total)
*Duration:* May, 2012 – December, 2015
*Role:* Principal Investigator

*Source:* National Institute of General Medical Sciences, National Institutes of Health R01 grant in response to RFA *"PAR-10-142 Interface of the Life and Physical Sciences"* (1R01-GM098117)
*Title:* Impact of Lipids on Compound Absorption: Mechanistic Studies and Modeling
*Amount:* $2,315,953 (total); Co-PI Share: $238,330
*Duration:* July, 2012 – June, 2017
*Role:* Co-Investigator (PI: Rebecca Carrier, Department of Chemical Engineering, Northeastern University)

*Source:* National Institute of Diabetes, and Digestive Diseases, and Kidney Diseases (NIDDK) of the National Institutes of Health. (1 R01 DK098655)
*Title:* Hepatic Insulin Resistance and Metabolic Disease
*Amount:* $2,427,993 (total), NU share: $212,447
*Duration:* April 1, 2013 – March 31, 2018
*Role:* PI of NU Sub-Contract (PI: Morris F. White, Children's Hospital/Harvard Medical School, Boston, MA)

*Source:* National Cancer Institute of the National Institutes of Health, R21 Proposal in response to PAR13-146 *"NCI Exploratory/Developmental Research Grant Program (NCI Omnibus R21)". (R21 proposal CA-179652-A1).*
*Title:* Targeted Platinates/siRNA Combination Therapy for Resistant Lung Cancer
*Amount:* $427,625 (total)
*Duration:* April 1, 2014 – March 31, 2016
*Role:* Principal Investigator

*Source:* Northeastern University Tier-1 Grant
*Title:* A Cyber-Physical Platform for Rapid Development of Nano-Delivery Systems
*Amount:* $50,000 (total)
*Duration:* July 1, 2014 – December, 2015
*Role:* Principal Investigator (in Collaboration with Dr. Ravi Sundaram, College of Computer and Information Science, Northeastern University)

*Source:* National Institute of Diabetes, and Digestive Diseases, and Kidney Diseases (NIDDK) of the National Institutes of Health.
*Title:* Heat Shock Protein 90 in Alcoholic Liver Disease: Targeting Macrophage Function
*Amount:* $1,570,350 (total), NU Share: $75,000
*Duration:* August 1, 2015 – July 31, 20120
*Role:* PI of NU Sub-Contract (PI: Pranoti Mandrekar, University of Massachusetts Medical School, Worcester, MA)

*Source:* Northeastern University-Houston Methodist Research Institute Collaboration Grant
*Title:* Non-Viral Telomerase Gene Therapy in Progeria
*Amount:* $75,000 (total)
*Duration:* August 1, 2015 – July 31, 2016
*Role:* Principal Investigator (in Collaboration with Dr. John P. Cooke, Houston Methodist Research Institute, Houston, TX)

*Past Funding*

*Source:* National Institutes of Health, Biomedical Research Support Grant
*Title:* Prevention of Protein Adsorption on Poly(Ethylene Oxide)-Modified Surfaces
*Amount:* $2,000 (total).
*Duration:* June, 1993 - May, 1994
*Role:* Principal Investigator

*Source:* Northeastern University, 1995 Research and Scholarship Development Fund
*Title:* Development of Blood-Compatible Hemodialysis Membranes from Chitosan
*Amount:* $10,000 (total)
*Duration:* July, 1995 - December, 1996 (with 6-months no-cost extension)
*Role:* Principal Investigator

DTX0804-0032

*Source:* Bristol-Myers Squibb Pharmaceutical Research Institute, Kenilworth, NJ.
*Title:* Development of Novel Thermogelling System for Localized Delivery of Taxol®
*Amout:* $8,000 (total)
*Duration:* July, 1996 - June, 1997
*Role:* Principal Investigator.


*Source:* Roche Laboratories, Inc., Nutley, NJ.
*Title:* HPLC Assay Development for Mycophenolic Acid and Mycophenolic Acid Glucuronide
*Amount:* $10,000 (total)
*Duration:* July 1996 - December, 1996
*Role:* Co-Principal Investigator (PI: Prof. Rafaat Seifeldin, Department of Pharmacy Practice, Northeastern University)


*Source:* Northeastern University, Honors Program Research Funds
*Title:* Undergraduate Honors Students Research Initiatives
*Amount:* $5,000.
*Duration:* July 1997 - June 1999.
*Role:* Principal Investigator.


*Source:* Pharmaceutical Research and Manufacturers of America Foundation, Undergraduate Pharmaceutics Research Fellowship. (On behalf of Ms. Phung-Kim Lai, B.S. student in the class of 1999).
*Title:* Novel Thermogelling Paclitaxel Formulation for Intra-Tumoral Delivery
*Amount:* $5,000 (total)
*Duration:* January, 1999 - December, 1999
*Role:* Principal Investigator.


*Source:* Northeastern University, 1999 Research and Scholarship Development Fund
*Title:* Stomach-Specific Antibiotic Delivery for *H. pylori* Infection
*Amount:* $10,000 (total)
*Duration:* July, 1999 - June, 2000
*Role:* Principal Investigator


*Source:* EOS Pharmaceuticals Corporation, Woburn, MA (through National Institutes of Health, Small Business Innovation Research Program, Phase I Grant)
*Title:* Stomach-Specific Anti-*H. pylori* Therapy
*Amount:* $50,000 (total, ~ 45% of the total SBIR funding)
*Duration:* July, 2000 – June, 2001
*Role:* Principal Investigator


*Source:* American Association of Pharmaceutical Scientists and American Foundation for Pharmaceutical Education, 2000-2001 "Gateway" Research Scholar Program. (On behalf of Mr. Chi-Sing Nip, Pharm.D. student, Class of 2001)
*Title:* Perm-selective Membranes from Chitosan for Extracorporeal Removal of $\beta-2$-Microglobulin
*Amount:* $5,000 (total)
*Duration:* July, 2000 – June, 2001
*Role:* Principal Investigator


*Source:* Braintree Laboratories, Inc., Braintree, MA
*Title:* Analysis of Phosphate Binding to Cationic Polymers
*Amount:* $31,000 (total)
*Duration:* December, 2000 - June, 2001

DTX0804-0033

*Role:* Principal Investigator

*Source:* Pharmaceutical Research and Manufacturers of America Foundation, Undergraduate Pharmaceutics Research Fellowship. (On behalf of Ms. Erica J. Waugh, Pharm.D. student in the class of 2002)
*Title:* Novel Biodegradable Long-Circulating Nanoparticles for Tumor-Selective Drug Delivery
*Amount:* $5,000 (total)
*Duration:* January, 2001 – December, 2001
*Role:* Principal Investigator

*Source:* Braintree Laboratories, Inc., Braintree, MA
*Title:* Chitosan-Iron Complexes as Polymeric Phosphate Binders
*Amount:* $15,000 (total)
*Duration:* January, 2002 – June, 2002
*Role:* Principal Investigator

*Source:* Northeastern University, Undergraduate Research Fund. (On behalf of Ms. Nikita Mody, Pharm.D. student in the class of 2004)
*Title:* Tumor-Selective Gene Delivery Systems
*Amount:* $3,000 (total)
*Duration:* January, 2002 – June, 2002
*Role:* Principal Investigator

Source: Northeastern University, 2002 Research and Scholarship Development Fund
*Title:* Immobilized Enzyme System for Detection and Detoxification of Chemical Warfare Agents
*Amount:* $5,006 (total)
*Duration:* July, 2002 - June, 2003
*Role:* Principal Investigator

*Source:* Alfred P. Sloan Foundation, New York, NY
*Title:* Multi-Track Professional Masters Degree Program in Biotechnology
*Amount:* $75,000 (total)
*Duration:* July, 2002 – June 2004 (with one year no-cost extension)
*Role:* Co-Investigator (PI: Prof. William Detrich, Department of Biology, Northeastern University).

*Source:* Boston Scientific Corporation. Watertown, MA
*Title:* Drug Interactions with Poly(vinyl alcohol) Embolic Microspheres: Part I
*Amount:*  $33,256 (total)
*Duration:* February, 2003 – December, 2003
*Role:* Principal Investigator

*Source:* National Cancer Institute, National Institutes of Health (R01-CA95522-01A2)
*Title:* Long-Circulating Tumor-Selective DNA Delivery Systems
*Amount:* $744,100 (total)
*Duration:* July, 2003 – June, 2007* (with one-year no-cost extension)
*Role:* Principal Investigator

Source: National Science Foundation, Major Research Instrumentation Grant (MRI-0320638)
*Title:* Acquisition of Scanning Electron Microscope for Nanoscience and Biotechnology
*Amount:* $477,846 (total)

DTX0804-0034

*Duration:* July, 2003 – June, 2004
*Role:* Co-Investigator (PI: Prof. Donald Heiman, Department of Physics, Northeastern University)

*Source:* Roger Williams Medical Center, Providence, RI. Subcontract of the Department of Defense Grant DAMD17-03-0716
*Title:* Drug Encapsulation in Poly(Epsilon-Caprolactone) Nanoparticles
*Amount:* $20,119 (total)
*Duration:* October, 2003 – September, 2005 (with one year no-cost extension)
*Role:* Principal Investigator

*Source:* Boston Scientific Corporation. Watertown, MA
*Title:* Drug Interactions with Poly(vinyl alcohol) Embolic Microspheres: Part II
*Amount:* $44,865 (total)
*Duration:* February, 2004 – December, 2004
*Role:* Principal Investigator

*Source:* American Foundation for Pharmaceutical Education, Undergraduate Gateway Research Scholarship. (On Behalf of Ms. Stephanie Whalen, PharmD Class of 2006)
*Title:* Novel Gold Nanoparticle Sensor for Non-invasive Glucose Measurements
*Amount:* $5,000 (total)
*Duration:* June, 2004 – December, 2004
*Role:* Principal Investigator

*Source:* Boston Scientific Corporation, Natick, MA
*Title:* Preparation and Characterization of Drug-Loaded SIBS Copolymer Microsphere Formulations
*Amount:* $100,019 (total)
*Duration:* October, 2004 – December, 2005 (with no-cost extension)
*Role:* Principal Investigator

*Source:* Novavax, Inc., Malvern, PA.
*Title:* Nanocarrier Formulation Optimization Studies
*Amount:* $60,543 (total)
*Duration:* May, 2005 – December, 2005
*Role:* Principal Investigator

*Source:* American Foundation for Pharmaceutical Education, Undergraduate Gateway Research Scholarship. (On Behalf of Mr. Zeu Hong Tzeng, PharmD Class of 2007)
Title: Thiolated Gelatin Nanoparticles for Intracellular siRNA Delivery
*Amount:* $5,000 (total)
Duration: July, 2005 – June, 2006
Role: Principal Investigator

Source: Northeastern University, 2005 Research and Scholarship Fund
*Title:* Functionalized Gold Nanoparticles as Novel Mitochondria-Targeted Vectors
*Amount:* $15,000 (total)
*Duration:* July, 2005 – June, 2006
*Role:* Co-Investigator (PI: Prof. Volkmar Weissig, Department of Pharmaceutical Sciences, Northeastern University)

*Source:* Transport Pharmaceuticals, Inc., Framingham, MA

*Title:* Evaluation of Formulation Properties Used in Iontophoretic Drug Delivery Device
*Amount:* $58,875 (total)
*Duration:* August, 2005 – July, 2006
*Role:* Principal Investigator

*Source:* Boston Scientific Corporation. Malborough, MA
*Title:* Drug Interactions with Poly(vinyl alcohol) Embolic Microspheres: Part III
*Amount:* $125,208 (total)
*Duration:* March, 2006 – February, 2007
*Role:* Principal Investigator

*Source:* Transport Pharmaceuticals, Inc., Framingham, MA
*Title:* Evaluation of Formulation Properties Used in Iontophoretic Drug Delivery Device: Part II
*Amount:* $72,952 (total)
*Duration:* August, 2006 – July, 2007
*Role:* Principal Investigator

*Source:* Parsalus Pharmaceuticals, Inc., Boston, MA
*Title:* Preliminary Micellar Characterization Studies of Lipopeptide Molecules
*Amount:* $12,372 (total)
*Duration:* October, 2007 – January, 2008
*Role:* Principal Investigator

*Source:* The Michael J. Fox Foundation for Parkinson's Research
*Title:* Feasibility of Intranasal Delivery of GDNF for Parkinson's Disease
*Amount:* $74,800 (total)
*Duration:* November, 2007 – December, 2008
*Role:* Co-Investigator (PI: Prof. Barbara Waszczak, Department of Pharmaceutical Sciences, Northeastern University)

*Source:* Microfluidics, Inc., Newton, MA
*Title:* HPLC Studies of Drug Encapsulation in Polymeric Nanoparticle Formulations
*Amount:* $13,549 (total)
*Duration:* May, 2008 – July, 2008
*Role:* Principal Investigator

*Source:* BioCure, Inc., Norcross, GA
*Title:* Cellular Uptake and Trafficking Properties of siRNA-Loaded Polymeric Nano-Vesicles
*Amount:* $28,414 (total)
*Duration:* July, 2008 – June, 2009
*Role:* Principal Investigator

*Source:* National Cancer Institute of the National Institutes of Health, Nanotechnology Characterization Laboratory, Frederick, MD.
*Title:* Multifunctional Nanoemulsions for Brain Tumor Imaging and Therapy
*Amount:* Undisclosed (complete preclinical characterization studies)
*Duration:* July, 2006 – December, 2009
*Role:* Principal Investigator

*Source:* National Cancer Institute of the National Institutes of Health, Nanotechnology Characterization Laboratory, Frederick, MD.
*Title:* Engineered Gelatin-Based Nanovectors for Pancreatic Cancer Gene Therapy
*Amount:* Undisclosed (complete preclinical characterization studies)
*Duration:* July, 2007 – December, 2009
*Role:* Principal Investigator

*Source:* Physical Sciences, Inc., Andover, MA. Sub-Contract of the National Cancer Institute STTR Phase I Application in response to RFA *"Image Guided Cancer Interventions"* (STTR R41/R42) (1R41-CA132256-01).
*Title:* Endoscopically-Guided OCT Imaging for Early Cancer Screening
*Amount:* 87,933 (total)
*Duration:* May, 2008 – December, 2009
*Role:* Principal Investigator of NU Sub-contract (PI: Dr. Nick Iftemia, Physical Sciences, Inc., Andover, MA)

*Source:* BioCure, Inc., Norcross, GA. Sub-contract funding from the National Cancer Institute Phase I SBIR contract.
*Title:* Targeted Multifunctional Polymersomes for Cancer Therapy
*Amount:* $66,958 (total)
*Duration:* September, 2009 – June, 2010
*Role:* Principal Investigator

*Source:* Physical Sciences, Inc., Andover, MA. Sub-Contract of the National Cancer Institute STTR Phase I Application in response to RFA *"Image Guided Cancer Interventions"* (STTR R41/R42) (1R41-CA135911-01).
*Title:* Enhanced Contrast Optical Imaging for Screening of Early Stage Pancreatic Cancer
*Amount:* $115,071 (total)
*Duration:* August, 2008 – July, 2010
*Role:* Principal Investigator of NU Sub-contract (PI: Dr. Nick Iftemia, Physical Sciences, Inc., Andover, MA)

*Source:* National Cancer Institute/National Science Foundation, Interdisciplinary Graduate Education and Training (IGERT) Grant (DGE-0504331)
*Title:* IGERT-Nanomedical Science and Technology
*Amount:* $3,320,168 (total)
*Duration:* October, 2005 – September, 2010
*Role:* Co-Investigator (PI: Prof. Srinivas Sridhar, The Nanomedicine Education and Research Consortium (NERC), Northeastern University)

*Source:* National Cancer Institute of the National Institutes of Health. R01 proposal in response to NCI's Alliance for Nanotechnology in Cancer RFA *"Cancer Nanotechnology Platform Partnership Grant"* program (1R01-CA119617-01)
*Title:* Nanotherapeutic Strategy for Multidrug Resistant Tumors
*Amount:* $1,329,399 (total)
*Duration:* October, 2005 – July, 2011 (with no-cost extension)
*Role:* Principle Investigator

*Source:* National Cancer Institute of the National Institutes of Health. ARRA Administrative Supplement for *"Cancer Nanotechnology Platform Partnership Grant"* (1R01-CA119617-S1)
*Title:* Nanotherapeutic Strategy for Multidrug Resistant Tumors
*Amount:* $200,000 (total)
*Duration:* August, 2009 – July, 2011 (with no-cost extension)
*Role:* Principle Investigator

*Source:* Forsyth Institute, Boston, MA. Sub-Contract of the National Institute of Dental and Craniofacial Research's R21 Proposal in Response to Program Announcement PA-03-107 *"NIH Exploratory/Developmental Research Grant Program"* (1R21-DE018782-01A2).
*Title:* Nanoparticle-Based Antimicrobial Photochemotherapy in Biofilms
*Amount:* $140,092 (Sub-contract total)
*Duration:* August, 2009 – July, 2011
*Role:* Principal Investigator on NU Subcontract (PI: Dr. Nikos Soukos, Forsyth Institute, Boston, MA)

*Source:* Medix Corporation, Mexico City, Mexico
*Title:* Stomach-Specific Non-Antibiotic *H. pylori* Therapy
*Amount:* $399,759 (total)
*Duration:* October, 2008 – May, 2012 (with NCE)
*Role:* Principal Investigator

*Source:* Nemucore Medical Innovations, Inc., Sub-Contract of NCI Phase 1 SBIR grant.
*Title:* EGFR-Targeted Nanoemulsions for Imaging and Therapy of Ovarian Cancer
*Amount:* $ 79,310
*Duration:* September, 2010 – August, 2012
*Role:* Principle Investigator on NU Sub-Contract

*Source:* National Cancer Institute of the National Institutes of Health, R21 Proposal in response to RFA PAR-07-034 *"Nanoscience and Nanotechnology in Biology and Medicine".* (1R21-CA135594)
*Title:* Nano-Delivery of Mitochondria-Targeted Ceramide to Overcome Tumor Drug Resistance
*Amount:* $355,232 (total)
*Duration:* January, 2010 – December, 2012 (with NCE)
*Role:* Principal Investigator

*Source:* National Institute of Diabetes, and Digestive Diseases, and Kidney Diseases (NIDDK) of the National Institutes of Health. R01 proposal in response to RFA *"Nanoscience and Nanotechnology in Biology and Medicine"* program (1R01-DK080477).
*Title:* Oral Gene Therapy with NiMOS for Inflammatory Bowel Disease
*Amount:* $1,334,500 (total)
*Duration:* March, 2008 – February, 2013 (with NCE)
*Role:* Principle Investigator

*Source:* National Institute of Neurological Disorders and Stroke of the National Institutes of Health, R21 Proposal in response to RFA PAR-08-232 *"NINDS Exploratory/Developmental Projects in Translational Research (R21)".* (1R21-NS066984)
*Title:* Multifunctional Nanoemulsions for Modulation of BBB Transport
*Amount:* $429,000 (total)
*Duration:* February, 2010 – April, 2013 (with NCE)
*Role:* Principal Investigator

*Source:* Northeastern University-Dana Farber Cancer Institute Joint Research Program
*Title:* Evaluating Synergy between Inhibition of Replication and Promotion of Apoptosis in the Treatment of Ovarian Cancer
*Amount:* $100,000 (total)
*Duration:* July 1, 2012 – June 31, 2014
*Role:* Principal Investigator (in Collaboration with Dr. Michael Goldberg, Dana-Farber Cancer Institute)

*Source:* Merrimack Pharmaceuticals, Inc., Cambridge, MA
*Title: In Vivo* Imaging Study
*Amount:* $35,000 (total)
*Duration:* August 1, 2014 – June, 2015
*Role:* Principal Investigator

## PATENTS AND INVENTION DISCLOSURES

**Amiji, M.M.** *"Biocompatible Articles and Method of Making Same".* United States Patent Number 5,885,609. Issued: March 1999.

**Amiji, M.M.** *"Drug Delivery Using pH-Sensitive Semi-Interpenetrating Network Hydrogels".* United States Patent Number 5,904,927. Issued: May 1999.

Langer, R.S., Lynn, D.M., Putnam, D., **Amiji, M.M.,** and Anderson, D.G. *"Biodegradable Poly(Beta-Amino Esters) and Uses Thereof".* United States Patent Number 6,998,115. Issued: February, 2006.

Langer, R.S., Lynn, D.M., Putnam, D., **Amiji, M.M.,** and Anderson, D.G. *"Biodegradable Poly(Beta-Amino Esters) and Uses Thereof".* European Patent Application. (Serial number 019775410-2115-US0131270, Filed: October, 2001).

**Amiji, M.M.** and Taqieddin, E.S. *"Hybrid Immobilized Catalytic System with Controlled Permeability"* United States Patent Application US2004/0266026, Pending (Filed: January, 2003).

**Amiji, M.M.,** Shenoy, D.B., and van Vlerken, L.E. *"Nanoparticulate Delivery Systems for Treating Multi-drug Resistance".* United States Patent Application, US2006/0257493, Pending (Filed: April, 2006).

**Amiji, M.M.** and Tiwari, S.K. *"Novel Nanoemulsion Formulations"* United States Patent Application US2007/0148194, Pending (Filed: November, 2006).

Hirt, T., Lu, Z., Meir, W., and **Amiji, M.** *"Mucoadhesive Vesicles for Drug Delivery".* PCT and United States Patent Application PCT/US2008/12/157,144. Pending (Filed: August, 2008).

Hanson, R., **Amiji, M..,** and Weissig, V. *"Precision-Guided Nanoparticle System for Drug Delivery"* PCT and United States Patent Application PCT/US2008/01766, Pending (Filed: February, 2008).

**Amiji, M.** and Iyer, A.K. *"Multi-Functional Self-Assembling Polymeric Nanosystems".* PCT and United States Patent Application US200961/246,355 and WO 2010042823-A1 Pending (Filed: September, 2009).

**Amiji, M.,** Kalariya, M., Jain, S., and Attarwala, A. *"Multi-Compartmental Macrophage Delivery".* PCT and United States Patent Application US 20130243689-A1 and WO 2011119881-A1, Pending (Filed: March, 2011).

Amiji, M., Ganta, S., and Tsai, P.-C. *"Multimodal Diagnostic Technology for Early Stage Cancer Lesions".* PCT and United States Patent Application US 20130224120-A1  and WO 2011119822-A1, Pending (Filed March, 2011).

**Amiji, M.** and Iyer, A.K. *"Biodegradable Polymeric Buffers".* PCT and United States Patent Application WO 2014008283-A3, Pending (Filed: July, 2013).

**Amiji, M.** and Singh, A. *"Releasable Magnetic Cell Capture Technology"*. PCT and United States Patent Application WO 2014110578-A1, Pending (Filed: January, 2014).

**Amiji, M.,** Trivedi, M., and Singh, A. *"Mitochondrial Reprogramming by Non-Viral Nucleic Acid Delivery"*. Provisional United States Patent Application (Filed: September, 2014).

**Amiji, M.,** Singh, A., Nascimento, A.V., and Su, M.J. *"Cellular Reprogramming by Modulation of Extracellular Vesicle (Exosome) Composition"*. Provisional United States Patent Application (Filed: September, 2014).

## PRESENTATIONS

American Association of Pharmaceutical Scientists Annual Meeting, Orlando, FL. Poster presentation entitled *"Adsorption Isotherms of Doxorubicin on Oxidized Dextran"*. November, 1988.

Controlled Release Society Annual Meeting, San Francisco, CA. Podium presentation entitled *"Mucoadhesive Hydrogels Effective at Neutral pH"*. March, 1989.

Society for Biomaterials Annual Meeting, Santa Fe, NM. Podium presentation entitled *"The Minimum Amount of Biologically Active Fibrinogen Necessary for Surface-Induced Platelet Activation"*. April, 1989.

NIH Conference on Cardiovascular Science and Technology, Bethesda, MD. Podium presentation entitled *"Mechanism of Surface Passivation by Albumin"*. May 1990.

Surfaces in Biomaterials Foundation First Annual Meeting, Minneapolis, MN. Podium presentation entitled *"Mechanism Study on the Prevention of Surface-Induced Platelet Activation by Adsorbed Albumin"*. March, 1991.

Society for Biomaterials Annual Meeting, Scottsdale, AZ. Podium presentation entitled *"Prevention of Protein Adsorption and Platelet Adhesion by Steric Repulsion.* May, 1991.

American Chemical Society National Meeting, Washington, DC. Podium presentation entitled *"Surface Passivating Effect of PEO/PPO/PEO Triblock Copolymers"*. August, 1992.

American Chemical Society National Meeting, Washington, DC. Podium presentation entitled *"Analysis on the Surface Adsorption of PEO/PPO/PEO Triblock Copolymers"*. August, 1992.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Podium presentation entitled *"Prevention of Protein Adsorption on Surfaces by PEO/PPO/PEO Triblock Copolymers"*. November, 1992.

Society for Biomaterials Annual Meeting, Boston, MA. *"Adsorption Behavior of PEO/PPO/PEO Triblock Copolymers on DDS-Glass"*. April, 1994.

Society for Biomaterials Annual Meeting, Boston, MA. Podium presentation entitled *"Development of Poly(ethylene oxide)-Chitosan Blend Membranes for Hemodialysis"*. April, 1994.

American Chemical Society Annual Meeting, Washington, DC, Podium presentation entitled *"Chitosan-Poly(ethylene oxide) Semi-IPN as a pH-Sensitive Drug Delivery System"*. August, 1994.

American Association of Pharmaceutical Scientists Annual Meeting, Orlando, FL. Podium presentation entitled *"Pyrene Fluorescence Study of Insulin Denaturation and Aggregation at Hydrophobic Interfaces"*. November, 1994.

Controlled Release Society Annual Meeting, Seattle, WA. Poster presentation entitled *"Chitosan-Poly(Ethylene Oxide) Hydrogels for pH-Sensitive Oral Drug Delivery"*. August, 1995.

American Chemical Society's Conference on Formulations and Drug Delivery, Boston, MA. Podium presentation entitled *"Site-specific Oral Delivery of Antibiotics using pH-Sensitive Hydrogels"*. October, 1995.

American Association of Pharmaceutical Scientists, Eastern Regional Meeting, New Brunswick, NJ. Poster presentation entitled *"Site-Specific Delivery of Antibiotics for the Treatment of Helicobacter pylori Infection in Peptic Ulcer Disease"*. June, 1995.

Fifth World Biomaterials Congress, Toronto, Ontario, Canada. Podium presentation entitled *"Surface Modification of Chitosan Hemodialysis Membranes with Anionic Polysaccharides"*. June, 1996.

Surfaces in Biomaterials '96 Symposium, Chandler, AZ. Poster presentation entitled *"Modification of Chitosan Membrane Surfaces by Complexation-Interpenetration of Anionic Polysaccharides"* September, 1996.

Nineteenth Annual Undergraduate Research Seminar, Morgantown, WV. Poster presentation entitled *"Factors Influencing Stomach-Specific Antibiotic Delivery for H. pylori Infection"*. October, 1997.

First International Symposium on Advanced Biomaterials, Montréal, Quebec, Canada. Podium presentation entitled *"Chitosan Surface Modification with Anionic Poly(Ethylene Glycol) Derivative for Improved Blood Compatibility."* October, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"The Role of Gastric pH and Mucin Permeability on Localized Antibiotic Delivery for H. pylori Infection"*. November, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"Mucoadhesive Chitosan Microspheres for Stomach-Specific Antibiotic Delivery"*. November, 1997.

American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA. Poster presentation entitled *"Surface Modification of Chitosan by Polyelectrolyte Complexation-Interpenetration to Improve Biocompatibility"*. November, 1997.

Society for Biomaterials Annual Meeting, Providence, RI. Podium presentation entitled *"Novel Thermogelling Paclitaxel Formulation for Localized Delivery"*. May, 1999.

Society for Biomaterials Annual Meeting, Providence, RI. Podium presentation entitled *"Surface Modification of Chitosan Microspheres to Improve Biocompatibility"*. May, 1999.

Controlled Release Society Annual Meeting, Boston, MA. Poster presentation entitled *"Membranes Formed by Physical Interpenetration of Chitosan with PEO/PPO/PEO Triblock Copolymers"*. June, 1999.

American Association of Pharmaceutical Sciences Annual Meeting. Indianapolis, IN. Poster presentation entitled *"Preparation and Characterization of Cross-linked Chitosan Microspheres for Delivery of Tetracycline Locally in the Stomach"*. November, 2000.

American Association of Pharmaceutical Sciences, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Intratumoral Administration of Paclitaxel in a Thermogelling Pluronic® F-127 Formulation".* March, 2001.

American Association of Pharmaceutical Sciences, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Biodegradable Chitin-Paclitaxel Microparticle Formulations for Localized Drug Delivery".* March, 2001.

American Association of Pharmaceutical Scientists, Pharmaceutical Congress of the Americas, Orlando, FL. Poster presentation entitled *"Permselective Membranes Prepared by Physical Interpenetration of Chitosan with PEO/PPO/PEO Triblock Copolymers".* March, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Poly(epsilon-caprolactone) Nanoparticles for Intracellular Delivery of Tamoxifen".* April, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Poly(ethylene glycol)-Modified Gelatin Nanoparticles as Long-Circulating Intracellular Delivery Vehicle".* April, 2001.

American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO. Poster presentation entitled *"Poly(epsilon-caprolactone) Nanoparticles for Intracellular Delivery of Tamoxifen".* October, 2001.

American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO. Poster presentation entitled *"Perm-Selective Alginate-Chitosan Hybrid Microcapsules for Enzyme Immobilization".* October, 2001.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Long-Circulating, pH-Sensitive Poly(beta-amino ester) Nanoparticles for Tumor-Selective Paclitaxel Delivery".* April, 2002.

American Association of Pharmaceutical Scientists Annual Meeting, Toronto, Ontario, Canada. Poster presentation entitled *"Cellular Uptake, Trafficking, and DNA Transfection Studies with Poly(ethylene glycol)-Modified Gelatin Nanoparticles".* November, 2002.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"In Vitro Evaluation of DNA Delivery to Tumor Cells Using Poly(ethylene glycol)-Modified Gelatin Nanoparticles".* April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Effect of Chemical Cross-linking of Chitosan Microspheres on Gastric Residence and Local Tetracycline Concentrations in Fasted Gerbils for Local Treatment of H. pylori Infection".* April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Chitosan Stabilized Colloidal Gold Complexes: Cationic Probes for Intracellular DNA Trafficking and Delivery".* April, 2003.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Plasmid DNA Encapsulation in a Hybrid Nanoparticles-in-Microsphere System for Oral Delivery".* April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Preparation of Thiolated Gelatin Nanoparticles for Rapid Intracellular Delivery in Response to Glutathione"*. April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In Vitro and In Vivo Investigations"*. April, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Biodistribution and Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles in Tumor-Bearing Mice"*. April, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In-vitro and In-vivo Investigations"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Preparation of Thiolated Gelatin Nanoparticles for Rapid Intracellular Delivery in Response to Glutathione"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Biodistribution and Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles in Tumor-Bearing Mice"*. November, 2004.

American Association of Pharmaceutical Scientists Annual Meeting, Baltimore, MD. Poster presentation entitled *"Nanoparticles-in-Microsphere Hybrid Systems for Oral DNA Vaccine Delivery"*. November, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biomedical Applications of Gold Nanoparticles Functionalized Using Hetero-Bifunctional Poly(ethylene glycol) Spacer"*. December, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biodegradable Polymeric Nanoparticles for Tumor-Selective Tamoxifen Delivery: In Vitro and In Vivo Studies"*. December, 2004.

Materials Research Society Fall National Meeting, Boston, MA. *"Biodistribution and Tumor-Targeting Potential of Poly(ethylene glycol)-Modified Gelatin Nanoparticles"*. December, 2004.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Polymeric Nanoparticles for Targeted and Controlled Tamoxifen Delivery in Breast Cancer: In-Vitro and In-Vivo Investigations"*. April, 2005.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Plasmid DNA Encapsulation in a Hybrid Nanoparticles-in-Microsphere System for Oral Delivery"*. April, 2005.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Improved Oral Delivery of Hydrophobic Drugs with Novel Nanoemulsion Formulations"* April, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Biomedical Applications of Gold Nanoparticles Functionalized Using Hetero-bifunctional Poly(ethylene glycol) Spacer"*. May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Super-paramagnetic Iron Oxide-Gold Core-Shell Nanoparticles for Biomedical Applications"*. May, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Formulation Optimization for the Nanoparticles-In-Microsphere Hybrid Oral Delivery System Using Factorial Design"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Formulation Development and In Vivo Biodistribution Studies of Poly(ethylene glycol)-Modified Thiolated Gelatin Nanoparticles"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Hydrophobic Drugs"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Nanoemulsion Formulations for Improved CNS Drug Delivery"*. November, 2005.

American Association of Pharmaceutical Scientists Annual Meeting, Nashville, TN. Poster presentation entitled *"Application of Statistical Factorial Design for the Preparation of Poly(styrene-b-isobutylene-b-styrene) Triblock Copolymer Microspheres"*. November, 2005

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Intracellular Delivery of Saquinavir in Biodegradable Polymeric Nanoparticles for HIV/AIDS"* April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Improved Oral Delivery of Saquinavir in Nanoemulsion Formulations for HIV/AIDS"*. April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Development, Characterization and Transfection of the Plasmid DNA Encapsulated in Nanoparticles-in-Microsphere Formulations for Oral Delivery"*. April, 2006.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. Poster presentation entitled *"Tumor-Targeted Delivery of Hydrophobic Drugs in pH-Sensitive Poly(ethylene oxide)-Modified Poly(beta-amino ester) Nanoparticles"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Podium presentation entitled *"Modulation of Intracellular Ceramide Using Polymeric Nanoparticles to Overcome Multidrug Resistance in Tumor Cells"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Poster presentation entitled *"Development of the Nanoparticles-in-Microsphere Hybrid Formulations for Oral Delivery of Plasmid DNA"*. April, 2006.

Society for Biomaterials Annual Meeting, Pittsburgh, PA. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Hydrophobic Drugs"*. April, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Modulation of Intracellular Ceramide Using Polymeric Nanoparticles to Overcome Multidrug Resistance in Tumor Cells"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Formulation Optimization for the Nanoparticles-in-Microsphere Hybrid Oral Delivery Systems Using Factorial Design"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Novel Nanoemulsions for Improved Oral Delivery of Poorly Soluble Drugs"*. May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Characterization and In Vivo Biodistribution Studies with Poly(ethylene glycol)-Modified Thiolated Gelatin Nanoparticles"*. May, 2006.

Controlled Release Society Annual Meeting, Vienna, Austria. Poster presentation entitled *"Poly(Styrene-b-Isobutylene-b-Styrene) Triblock Copolymer Microspheres for Sustained Release Drug Delivery"*. July, 2006.

Society of Neuroscience 2006 Annual Meeting, Atlanta, GA. Poster presentation entitled *"Brain Delivery of Proteins by the Intranasal Route of Administration Using Cationic Liposomes"*. October, 2006

The First National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. San Diego, CA. Poster presentation entitled *"Multifunctional Nanosystems to Overcome Drug Resistance in Cancer"*. October, 2006.

The First National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. San Diego, CA. Poster presentation entitled *"Modulation of Multidrug Resistance in Cancer with Polymer Blend Nanoparticles"*. October, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Tumor-Targeted Delivery of Hydrophobic Drugs in pH-Sensitive Poly(ethylene oxide)-Modified Poly(beta-amino ester) Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Development and Characterization of Nanoemulsion Formulations Containing Multimodal Therapeutics for Brain Tumor"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Biodegradable Polymeric Nanoparticles for Intracellular Saquinavir Delivery in HIV/AIDS"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Oral Plasmid DNA Administration and Transfection Using Nanoparticles-in-Microsphere Formulations"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Modulation of Multidrug Resistance in Cancer with Polymer Blend Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Tumor-Targeted sFlt-1 Gene Delivery Using Long-Circulating Thiolated Gelatin Nanoparticles"*. November, 2006.

American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX. Poster presentation entitled *"Improved Oral Delivery of Saquinavir in Nanoemulsion Formulations for HIV/AIDS"*. November, 2006.

Controlled Release Society Annual Meeting, Long Beach, CA. Poster presentation entitled *"Gastrointestinal Gene Delivery in Mice using Polymeric Nanoparticles-in-Microsphere Oral System"*. July, 2007.

Controlled Release Society Annual Meeting, Long Beach, CA. Poster presentation entitled *"Design and Development of a Polymer-Blend Nanoparticle Drug Delivery System to Overcome Multidrug Resistance in Cancer"*. July, 2007.

Controlled Release Society Annual Meeting, Long Beach, CA. Poster presentation entitled *"Paclitaxel and Ceramide Combination Therapy in Biodegradable Polymeric Nanoparticles to Overcome Multidrug Resistance in Cancer"*. July, 2007.

The Second National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. Chapel Hill, NC. Poster presentation entitled *"Nanoparticulate Therapeutic Strategy for Intracellular Ceramide Modulation to Lower Apoptotic Threshold and Overcome Multidrug Resistance in Cancer"*. October, 2007.

American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA. Poster presentation entitled *"Modulation of Intracellular Ceramide Metabolism with Biodegradable Polymeric Nanoparticle-Encapsulated Tamoxifen to Overcome Multidrug Resistance in Cancer."* November, 2007.

American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA. Poster presentation entitled *"Multifunctional Polymer Blend Nanoparticles for Temporal-Controlled Release of Combination Therapeutics to Overcome Multidrug Resistance of Cancer"*. November, 2007.

American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA. Poster presentation entitled *"Development of Novel Biodegradable Polymeric Nanoparticles-in-Microsphere Formulation for Local Plasmid DNA Delivery in the Gastrointestinal Tract"*. November, 2007.

American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA. Poster presentation entitled *"HER2/neu Receptor-Targeted Engineered Gelatin Nanovectors for Gene Delivery and Transfection in Pancreatic Cancer Cells"*. November, 2007.

American Chemical Society Annual Meeting, New Orleans, LA. Podium presentation entitled *"Gene Delivery and Transfection Studies with Lipopolyplexes in Human Endothelial and Smooth Muscle Cells"*. April, 2008.

Nano Science and Technology Institute's Nano2008 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Gene Delivery and Transfection Studies with Lipopolyplexes in Human Endothelial and Smooth Muscle Cells"*. June, 2008.

Nano Science and Technology Institute's Nano2008 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Epidermal Growth Factor Receptor-Targeted Engineered Gelatin Nanovectors for Gene Delivery and Transfection in Pancreatic Cancer Cells"*. June, 2008.

Nano Science and Technology Institute's Nano2008 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Non-condensing Calcium Alginate Microspheres for Macrophage-Selective Gene Delivery and Transfection"*. June, 2008.

Nano Science and Technology Institute's Nano2008 Conference and Trade Show, Boston, MA. Poster presentation entitled *"Multifunctional Nanoparticulate System for Simultaneous EGFR Gene Silencing and Enhancement of Apoptosis in Pancreatic Cancer Cells"*. June, 2008.

Controlled Release Society Annual Meeting, New York, NY. Podium presentation entitled *"Gene Delivery and Transfection Studies in Smooth Muscle Cells with Lipopolyplexes Immobilized in Gelatin-Coated Stainless Steel Substrates."* July, 2008.

Controlled Release Society Annual Meeting, New York, NY. Poster presentation entitled *"Cellular Trafficking Studies of Ceramide-Loaded Poly(ethylene Oxide)-Modified Poly(epsilon-caprolactone) Nanoparticles with Raman Spectroscopy."* July, 2008.

American Association of Pharmaceutical Scientists Annual Meeting, Atlanta, GA. Poster presentation entitled *"Epidermal Growth Factor Receptor-Targeted Gelatin-Based Nanoparticles for Reporter and Therapeutic Gene Delivery in Human Pancreatic Cancer Cells"*. November, 2008.

The Fourth National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. Manhattan Beach, CA. Poster presentation entitled *"Polymer Blend Nanoparticulate System for Combination Paclitaxe/Lonidamine Co-Therapy in Overcoming Multidrug Resistance in Breast and Ovarian Cancer via Exploitation of the Warburg's Effect"*. October, 2009.

The Fourth National Cancer Institute's Alliance in Nanotechnology Principal Investigator Meeting. Manhattan Beach, CA. Poster presentation entitled *"Inhibition of ABCD1 (MDR-1) Expression by siRNA Nanoparticulate Delivery System to Overcome Drug Resistance in Osteosarcoma"*. October, 2009.

American Association of Pharmaceutical Scientists Annual Meeting, Los Angeles, CA. Poster presentation entitled *"In Vitro Studies with Estradiol-Loaded Omega-3 Fatty Acid-Containing Oil-in-Water Nanoemulsion Formulations for the Treatment of Coronary Restenosis"*. November, 2009.

American Association of Pharmaceutical Scientists Annual Meeting, Los Angeles, CA. Poster presentation entitled *"The Effect of Curcumin in Enhancing Oral Absorption and Anti-Tumor Therapeutic Efficacy of Paclitaxel Administered in Nanoemulsion Formulations"*. November, 2009.

American Association of Pharmaceutical Scientists Annual Meeting, Los Angeles, CA. Poster presentation entitled *"TNF-α Gene Silencing Using Nanoparticles-in-Microsphere Oral Delivery System in an Inflammatory Bowel Disease Model"*. November, 2009.

Controlled Release Society Annual Meeting, Portland, OR. Poster presentation entitled *"Tuftsin-Modified Alginate Nanoparticles as a Non-Condensing Macrophage-Targeted Gene Delivery System for Anti-Inflammatory Therapy."* July, 2010.

Controlled Release Society Annual Meeting, Portland, OR. Poster presentation entitled *"Preliminary Evaluations of Combination Ceramide/Estradiol Therapy in Coronary Restenosis with Omega-3 Fatty Acid-Containing Nanoemulsion Formulations"*. July, 2010.

Controlled Release Society Annual Meeting, Portland, OR. Poster presentation entitled *"In Vitro Evaluations of Nanoparticle-in-Emulsion Formulations for Gene Delivery and Transfection in Macrophages"*. July, 2010.

DTX0804-0047

American Association of Pharmaceutical Scientists Annual Meeting, New Orleans, LA. Poster presentation entitled *"Preliminary Evaluations of Combination Ceramide/Estradiol Therapy in Atherosclerosis with Omega-3 Fatty Acid-Containing Nanoemulsion Formulations"*. November, 2010.

American Association of Pharmaceutical Scientists Annual Meeting, New Orleans, LA. Podium and poster presentations entitled *"Tuftsin-Modified Alginate Nanoparticles as a Non-Condensing Macrophage-Targeted Gene Delivery System for Anti-Inflammatory Therapy"*. November, 2010.

American Association of Pharmaceutical Scientists Annual Meeting, New Orleans, LA. Poster presentation entitled *"Advances in siRNA Delivery: Preliminary Work in the Development of an siRNA Nanoemulsion Delivery System"*. November, 2010.

American Association of Pharmaceutical Scientists Annual Meeting, New Orleans, LA. Poster presentation entitled *"Advances in siRNA Delivery: Preliminary Work in the Development of an siRNA Nanoemulsion Delivery System"*. November, 2010.

American Association of Pharmaceutical Scientists Annual Meeting, New Orleans, LA. Poster presentation entitled *"Gene Delivery and Transfection in Human Pancreatic Cancer Cells using Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. November, 2010.

American Association of Pharmaceutical Scientists, National Biotechnology Conference. San Francisco, CA. Poster presentation entitled *"Therapeutic Gene Delivery and Transfection in Human Pancreatic Cancer Cells Using Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. May, 2011.

Nano Science and Technology Institute's Nano2011 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Label-Free Raman Micro-Spectral Imaging of the Micro-Environment of Panc-1 Spheroids"*. June, 2011.

Nano Science and Technology Institute's Nano2011 Conference and Trade Show, Boston, MA. Podium presentation entitled *"Therapeutic Gene Delivery and Transfection in Human Pancreatic Cancer Cells Using Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. June, 2011.

Controlled Release Society Annual Meeting, National Harbor, MD. Poster presentation entitled *"Label-Free Imaging of Panc-1 Human Pancreatic Tumor Spheroids by Raman Microspectroscopy"*. July, 2011.

Controlled Release Society Annual Meeting, National Harbor, MD. Poster presentation entitled *"Therapeutic Gene Delivery and Transfection in Human Pancreatic Cancer Cells Using Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. July, 2011.

17th International Workshop on Single Molecule Spectroscopy and Ultrasensitive Analysis in the Life Sciences, Berlin, Germany. Poster presentation entitled *"Label-Free and Sub-Micron Imaging of Tumor Micro-Environment In Vitro"*. September, 2011.

The Fifth National Cancer Institute's Alliance in Nanotechnology for Cancer Annual Principal Investigators Meeting, Boston, MA. Poster presentation entitled *"Combinatorial Library Approach Using Functionally Variant Hyaluronic Acid-Based Self-Assembling Nanosystems for Tumor-Targeted Drug and Oligonucleotide Delivery"*. September, 2011.

The Fifth National Cancer Institute's Alliance in Nanotechnology for Cancer Annual Principal Investigators Meeting, Boston, MA. Poster presentation entitled *"Evaluations of Dextran-Based Nanoparticle-Mediated Drug and siRNA Delivery"*. September, 2011.

The Fifth National Cancer Institute's Alliance in Nanotechnology for Cancer Annual Principal Investigators Meeting, Boston, MA. Poster presentation entitled *""Multimodal Therapeutic Approach for Pancreatic Cancer: Delivery of Combination wt-p53 Gene and Gemcitabine in Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. September, 2011.

Federation of Analytical Chemistry and Spectroscopy Societies (FACSS) 38th Annual Meeting. Reno, NV. Posium presentation entitled *"Label-Free Sub-Micron Imaging of Biological Systems"*. October, 2011.

American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC. Poster presentation entitled *"Combinatorial Library Approach Using Functionally Variant Hyaluronic Acid-Based Self-Assembling Nanosystems for Tumor-Targeted Drug and Oligonucleotide Delivery"*. October, 2011.

American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC. Poster presentation entitled *"Squalane oil Multiple Emulsion Formulations for Enhanced Immune Response to Peptide-Based Melanoma Vaccine"*. October, 2011.

American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC. Poster presentation entitled *"Macrophage-Targeted Tuftsin-Modified Alginate Nanoparticles for Anti-Inflammatory Gene Therapy in the Treatment of Rheumatoid Arthritis"*. October, 2011.

American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC. Poster presentation entitled *"Multimodal Therapeutic Approach for Pancreatic Cancer: Delivery of Combination wt-p53 Gene and Gemcitabine in Epidermal Growth Factor Receptor-Targeted Gelatin Nanoparticles"*. October, 2011.

Connective Tissue Oncology Society (CTOS) Annual Meeting, Chicago, IL. Podium presentation entitled *"Dextran-Based Nanoparticulate Delivery System to Overcome Multidrug Resistance in Osteosarcoma"*. October, 2011.

Eight Annual Workshop on FT-IR Spectroscopy in Microbiological and Medical Diagnostics. Berlin, Germany. Poster presentation entitled *"Raman-Active Gold Nanoparticles as Beacons in Cervical Cancer Cells"*. October, 2011.

International Society of Pharmaceutical Engineers Annual Meeting. Dallas, TX. Podium presentation entitled *"Macrophage-Targeted Tuftsin-Modified Alginate Nanoparticles for Anti-Inflammatory Gene Therapy in the Treatment of Rheumatoid Arthritis"*. November, 2011.

American Association of Pharmaceutical Scientists, National Biotechnology Conference. San Diego, CA. Poster presentation entitled *"Macrophage-Targeted Tuftsin-Modified Alginate Nanoparticles for Anti-Inflammatory Gene Therapy in the Treatment of Experimental Arthritis"*. May, 2012.

## INVITED PRESENTATIONS AND TUTORIALS

Massachusetts College of Pharmacy and Allied Health. Division of Pharmaceutical Sciences. Boston, MA. *"Formulation of Controlled Release Dosage Forms"*. May, 1996.

Advanced Magnetics, Inc., Cambridge, MA. *"Poly(Ethylene Glycol)-Modified Biomaterial Surfaces"*. January, 1998.

Innovative Imaging Systems, Inc., North Billerica, MA. *"Polymers for Controlled Drug Delivery Systems".* August, 1998.

Kuwait University, Faculty of Pharmacy, Safat, Kuwait. *"Medical and Pharmaceutical Applications of Chitosan".* February, 1999.

Tufts University, Department of Chemical Engineering and Bioengineering and Center for Biotechnology Engineering. Medford, MA. *"Chitosan-Based Biomaterials and Drug Delivery Systems".* March, 2000.

MA Institute of Technology, Department of Chemical Engineering, Cambridge, MA. *"Polymeric Site-Specific Drug Delivery Systems".* September, 2000.

Zycos, Inc., Lexington, MA. *"Cationic Interpenetrating Network Hydrogels for DNA Delivery".* December, 2000.

Northeastern University, Department of Pharmaceutical Sciences, Boston, MA. *"Novel Biodegradable pH-Responsive Polymers for Intracellular Delivery".* March, 2001.

Northeastern University, School of Pharmacy, Boston, MA. *"Polymeric Delivery Systems for Drugs and Genes".* March, 2002.

Cambridge Scientific, Inc., Cambridge, MA. *"Polymeric Drug and Gene Delivery Systems".* March, 2002.

Marine Polymer Technologies, Inc., Topsfield, MA. *"Chitosan-Based Biomaterials and Drug Delivery Systems".* April, 2002.

Northeastern University, Biotechnology Academic Steering Committee, Boston, MA. *"Polymeric Biomaterials and Drug Delivery Systems".* January, 2003.

Northeastern University, Department of Biology, Boston, MA. *"Polymeric Biomaterials and Delivery Systems".* April, 2003.

Northeastern University, Technology Transfer and Biotechnology Symposium, Boston, MA. *"Polymeric Biomaterials and Drug Delivery Systems".* April, 2003.

Catalyst Oncology, Inc., Providence, RI. *"Tumor-Targeted Polymeric Nanoparticle Delivery Systems"* December, 2003.

Archemix, Inc., Cambridge, MA. *"Nanotechnology for Drug Delivery".* May, 2004.

Novartis Institute for Biomedical Research, Cambridge, MA. *"Polymeric Technologies for Delivery of Drugs and Genes".* August, 2004.

University of MA at Lowell, Lowell, MA. *"Polymer-Based Technologies for Targeted Delivery of Drugs and Genes".* February, 2005.

Spherics, Inc., Lincoln, RI. *"Polymeric Delivery Systems for Drugs and Genes".* April, 2005.

Northeastern University, Department of 2005 Pharmaceutical Sciences Research Showcase, Boston, MA. *"Nanotechnology for Tumor-Targeted Delivery of Drugs and Genes".* May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Nanotechnology for Medical Diagnosis, Imaging, and Therapy – a Tutorial".* May, 2005.

Nano Science and Technology Institute's Nano2005 Conference and Trade Show, Anaheim, CA. *"Tumor Targeted Nanocarriers for Drug and Gene Delivery".* May, 2005.

Pfizer Central Research, Groton, CT. *"Polymeric Biomaterials and Targeted Delivery Systems".* September, 2005.

Universidad Metropolitana (UMET), Department of Science and Technology, National Science Foundation Sponsored XIV Undergraduate Research Symposium. San Juan, PR. *"Nanotechnology for Medical Imaging and Therapy".* September, 2005.

Strategic Research Institute, Inc., Cambridge, MA. Nanomedicine: Commercialization of Drug Discovery, Delivery, and Diagnostics Conference. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* October, 2005.

Nano Science and Technology Institute's Tutorial, Washington, DC *"Nanotechnology for Cancer Therapeutics – A Tutorial"* October, 2005.

National Institute of Standards and Technology, Gaithersburg, MD. *"Nanotechnology for Cancer Imaging and Therapy"* December, 2005.

Alkermes, Inc., Cambridge, MA. *"Multi-Functional Nanotechnology for Imaging and Therapy".* April, 2006.

Nano Science and Technology Institute's Tutorial, Washington, DC *"Nanotechnology for Cancer Therapeutics – A Tutorial"* May, 2006.

Nano Science and Technology Institute's Nano2006 Conference and Trade Show, Boston, MA. *"Nanotechnology in Drug Delivery: An Overview".* May, 2006.

2006 Cancer Nanotechnology Conference, Paris, France. *"Nanotechnology for Tumor-Targeted Drug and Gene Delivery".* May, 2006.

Northeastern University, Department of 2006 Pharmaceutical Sciences Research Showcase, Boston, MA. *"Multi-functional Nanosystems for Drug Delivery and Imaging".* May, 2006.

National Cancer Institute, Center for Cancer Research, Nanobiology "Think Tank" Meeting, Frederick, MD. *"Multi-functional Nanosystems to Overcome Drug Resistance in Cancer".* June, 2006.

Microfluidics, Inc., Newton, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* June, 2006.

Wyeth Pharmaceuticals, Inc., Andover, MA. *"Nanotechnology and the Promise of Molecular Medicine".* July, 2006.

Emory University, School of Medicine, Department of Ophthamology, Atlanta, GA. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* July, 2006.

New Jersey Center for Biomaterials, Rutgers – the States University of New Jersey, Piscataway, NJ. *"Polymers for Tumor-Targeted Delivery and Modulation of Multidrug Resistance".* August, 2006.

Accelrys Nanobiotechnology Seminar Series, Cambridge, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* August, 2006.

Swiss House of Advanced Research and Education (SHARE), Consulate of Switzerland, Boston, MA. *"Nanotechnology for Medical Diagnosis and Treatment".* September, 2006.

American Academy of Nanomedicine 2nd Annual Meeting, Washington, DC. *"Nanotechnology for Targeted Drug and Gene Delivery".* September, 2006.

Epic Therapeutics, Inc., Norwood, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* September, 2006.

12th Samsung International Symposium on Molecular Medicine, Seoul, Korea. *"Multi-functional Nanosystems for Tumor-Targeted Drug and Gene Delivery".* September, 2006.

Nanotechnology 2006 Conference, Rensselaer Polytechnic Institute, Troy, NY. *Multi-functional Nanosystems for Targeted Drug and Gene Delivery".* September, 2006.

Missouri Nanotechnology Alliance – 3rd Annual Meeting, Columbia, MO. *"Multi-functional Nanosystems for Tumor-Targeted Drug and Gene Delivery".* October, 2006.

Cambridge Healthtech Institute's Targeted Nanodelivery Conference, Baltimore, MD. *"Multi-functional Nanosystems to Overcome Drug Resistance in Cancer".* October, 2006.

Oncogene Science – A Bayer Healthcare Company, Cambridge, MA *"Nanomedicine: Realizing the Potential for Early Cancer Diagnosis and Molecular Therapy".* October, 2006.

Northeastern University, Department of Chemistry and Chemical Biology, Boston, MA. *"Multi-functional Nanosystems for Imaging and Drug Delivery".* November, 2006.

New Jersey Center for Biomaterials – 2nd Annual , Rutger's - The State University of New Jersey, New Brunswick, NJ. *"Multi-functional Nanosystems for Drug and Gene Delivery".* November, 2006.

American College of Veterinary Pathologists and American Society for Veterinary Clinical Pathology Annual Meeting, Tucson, AZ. *"Nanotechnology for Medical Imaging and Therapy".* December, 2006.

National Institutes of Health, National Cancer Institute's, Drug Development and Therapeutics Committee, Bethesda, MD. *"Multifunctional Nanosystems to Overcome Drug Resistance in Cancer".* January, 2007.

Millennium Pharmaceuticals, Inc., Cambridge, MA. *"Nanotechnology Applications in Translational Oncology".* January, 2007.

Harvard-MIT Health Science and Technology Program, MIT, Cambridge, MA. *"Nanotechnology Applications in Cancer Therapy".* February, 2007.

New Jersey Center for Biomaterials, Rutger's - The State University of New Jersey, New Brunswick, NJ. *"Polymer Libraries for Tumor-Targeted Delivery and Modulation of Multidrug Resistance".* March, 2007.

Strategic Research Institute's 2nd Annual Nanomedicine Conference, Washington, DC. *"Nanotechnology for Tumor-Targeted Delivery of Drugs and Genes".* March, 2007.

Materials Research Society, 2007 Spring Meeting, San Francisco, CA. *"Pre-Clinical In Vivo Efficacy and Safety Studies – a Tutorial".* April, 2007.

Materials Research Society, 2007 Spring Meeting, San Francisco, CA. *"Multifunctional Nanosystems for Targeted Drug and Gene Delivery".* April, 2007.

American Association of Pharmaceutical Scientists, Northeast Regional Discussion Group Annual Meeting, Rocky Hill, CT. *"Micro- and Nanotechnology for Oral Drug and Gene Delivery".* April, 2007.

Genzyme Pharmaceuticals, Inc. – Drug and Biomaterials R&D, Waltham, MA. *"Nanotechnology Applications in Translational Oncology".* April, 2007.

Vertex Pharmaceuticals, Inc., Cambridge, MA. *"Nanotechnology Applications in Translational Oncology".* April, 2007.

Dartmouth College, Thayer School of Engineering, Hanover, NH. *"Cancer Nanomedicine: Potential for Targeted Delivery and Molecular Medicine".* May, 2007.

2007 Association for Research in Vision and Ophthalmology Annual Meeting, Fort Lauderdale, FL. *"Nanotechnology in Advanced Drug Delivery: An Overview".* May, 2007.

2007 Biotechnology Industry Organization Annual Conference, Cancer Nanotechnology for Early Diagnosis and Therapy Symposium, Boston, MA. *"Multifunctional Nanosystems for Tumor-Targeted Drug and Gene Delivery".* May, 2007.

Northeastern University, Department of Pharmaceutical Sciences 2007 Research Showcase, Boston, MA. *"Systemic and Oral Therapeutic Gene Delivery with Non-Viral Vectors".* May, 2007.

2007 Cancer Nanotechnology Conference, Paris, France. *"Multifunctional Nanosystems for Tumor-Targeted Drug and Gene Delivery".*  June, 2007.

Wellman's Photomedicine Center, MA General Hospital, Boston, MA. *"Nanotechnology for Cancer Imaging and Therapy".* July 2007.

National Cancer Institute, National Institutes of Health. Frederick, MD. *"Multifunctional Nanosystems to Overcome Drug Resistance in Cancer".* July 2007.

Cerulean (Tempo) Pharmaceuticals, Inc., Cambridge, MA. *"Nanotechnology Applications in Translational Oncology".* September 2007.

Tufts University – New England Medical Center, Molecular Oncology Research Institute, Boston, MA. *"Nanotechnology Applications in Translational Oncology".* September 2007.

Merck Research Laboratories, Boston, MA. *"Nanotechnology Applications in Translational Oncology".* September 2007.

2007 Boston Society for Advanced Therapeutics, Annual Meeting, Harvard Medical School, Boston, MA. *"Nanotechnology for Targeted Delivery of Drugs and Genes".* September 2007.

Second Annual National Cancer Insitute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Chapel Hill, NC. *"Multifunctional Nanoparticles to Overcome Tumor Drug Resistance".* October 2007.

Northeastern University, University's Board of Trustee's Annual Meeting, Boston, MA. *"Nanomedicine: Opportunity for Targeted Imaging and Drug Delivery".* October, 2007.

Dartmouth College, Thayer School of Engineering, 8th Annual Nanomaterials Conference, Hanover, NH. *"Nanotechnology for Cancer Specific Drug and Gene Delivery".* October, 2007.

The Fifth Annual Nanomedicine and Drug Delivery Symposium (NanoDDS), Boston, MA *"Multifunctional Nanotherapeutic Strategies for Drug and Gene Delivery".* November, 2007.

University of Central Florida, Nano Science and Technology Center, Orlando, FL. *"Nanotechnology Applications in Translational Oncology".* November, 2007.

Dartmouth Medical School, Hanover, NH. *"Nanotechnology Applications in Translational Oncology".* December, 2007.

University of South Carolina, Department of Pharmaceutical Sciences, College of Pharmacy, Columbia, SC. *"Nanomedicine: Opportunity for Translation of Molecular Therapies".* February, 2008.

Medical University of South Carolina, School of Pharmacy, Charleston, SC. *"Nanomedicine: Opportunity for Translation of Molecular Therapies".* February, 2008.

IQPC, The Future of Nanotechnology for Targeted Drug Delivery Conference, Boston, MA. *"Nanotechnology Applications in Translational Oncology".* February, 2008.

Novartis Institutes for Biomedical Research, Cambridge, MA. *"Advances in Oral Drug and Gene Delivery Systems".* April, 2008.

Museum of Science, Boston, MA. *"Nanomedicine: Realizing the Potential for Targeted Cancer Therapy".* April, 2008.

Boston University, College of Engineering, 2008 Emerging Technology and Best Practices Seminar Series Nanotechnology in Medicine: From Diagnostics to Therapeutics Program, Boston, MA. *"Advances in Nanotechnology for Drug and Gene Delivery".* April, 2008.

Microfluidics Corporation, Newton, MA. *"Nanotechnology for Targeted Imaging and Drug Delivery".* April, 2008.

Atrium Medical Corporation, Hudson, NH. *"Advances in Nanotechnology for Drug and Gene Delivery".* April, 2008.

First European Conference for Clinical Nanomedicine, Basel, Switzerland. *"Polymeric Nanosystems for Targeted Delivery of Drugs and Genes".* May, 2008.

Mayo Clinic, Department of Biomedical Engineering, Rochester, MN. *"Nanotechnology Applications in Translational Oncology".* September, 2008.

Pfizer – Research Technology Center, Cambridge, MA. *"Nanomedicine: Opportunity for Translation of Molecular Therapies".* September, 2008.

Bio-Rad, Inc., Hercules, CA. *"Advances in Nanotechnology for Non-Viral Gene Delivery".* October, 2008.

Purdue University, School of Pharmacy, West Lafayette, IN. *"Multifunctional Nanosystems for Targeted Drug and Gene Delivery",* November, 2008.

American Association of Pharmaceutical Scientists 2008 National Meeting, Atlanta, GA. *"Advances in Nanotechnology for Drug and Gene Delivery",* November, 2008.

Materials Research Society, 2008 Fall Meeting, Boston, MA. *"Multifunctional Nanosystems for Cancer-Targeted Imaging and Drug Delivery".* December, 2008.

Xavier University of Louisiana, College of Pharmacy, New Orleans, LA. *"Multifunctional Nanosystems for Targeted Drug and Gene Delivery".* December, 2008.

Arqule, Inc., Waltham, MA. *"Nanotechnology Applications in Translational Oncology".* January, 2009.

Indo-US Science and Technology Forum-Sponsored Cancer Nanotechnology Symposium, New Delhi, India. *"Multifunctional Nanosystems to Overcome Tumor Drug Resistance".* February, 2009.

Panacea Biopharmaceuticals, Inc. New Delhi, India. *"Advances in Nanotechnology for Non-Viral Gene Delivery".* February, 2009.

Institute of Genomics and Integrative Biology, New Delhi, India. *"Multi-functional Nanosystems for Targeted Drug and Gene Delivery".* February, 2009.

Cadila Pharmaceuticals, LTD, Ahmedabad, India. *"Multi-functional Nanosystems for Targeted Drug and Gene Delivery".* February, 2009.

Microfluidics Corporation, Newton, MA. *"Multifunctional Nanosystems for Targeted Imaging and Drug Delivery".* February, 2009.

Strem Chemicals, Inc., Newburyport, MA. *"Nanotechnology Applications in Translational Oncology".* February, 2009.

Microfluidics Corporation, Newton, MA. Webinar on *"Multifunctional Nanomedicine: Opportunity for Targeted Drug and Gene Delivery".* May, 2009.

MA General Hospital, Department of Orthopedic Surgery and Orthopedic Oncology, Boston, MA. *"Multifunctional Nanosystems to Overcome Tumor Drug Resistance".* July, 2009.

Microfluidics Corporation, Newton, MA. Roundtable Discussions with Scientific Board and Directors. *"Nanomedical Technologies in Early Disease Diagnosis, Imaging and Therapy".* July, 2009.

2009 American Association of Colleges of Pharmacy Annual Meeting, Boston, MA. *"Nanomedical Technologies in Early Diagnosis, Imaging and Therapy".* July, 2009.

Novartis Institute of Biomedical Research, Vaccine and Diagnostics Division, Cambridge, MA. *"Advances in Oral Non-Viral Gene Delivery Systems".* July, 2009.

2009 Nano Business Alliance Conference, Chicago, IL. *"Nanotechnology in Early Diagnosis and Targeted Therapy".* September, 2009.

Roche Pharmaceuticals Partnering Event, Cambridge, MA. *"Nanotechnology in Early Diagnosis and Targeted Therapy".* September, 2009.

DTX0804-0055

Fifth Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Manhattan Beach, CA. *"Multifunctional Nanoparticles to Overcome Tumor Drug Resistance".* October 2009.

First Annual Conference of the American Society for Nanomedicine, Bolger Center, Potomac, MD. *"Multifunctional Nanosystems for Cancer Diagnosis and Therapy".* October, 2009.

University of Wisconsin at Madison, School of Pharmacy, Madison, WI. "*Nanotechnology in Early Diagnosis and Targeted Therapy".* November, 2009.

University of Illinois at Chicago, College of Pharmacy, Chicago, IL. "*Nanomedicine: Opportunity for Early Diagnosis and Targeted Therapy".* January, 2010.

Langer Lab Seminar Series, MA Institute of Technology, Cambridge, MA. "*Nanotechnology in Early Diagnosis and Targeted Therapy".* February, 2010.

University of Nebraska Medical Center, College of Pharmacy, Omaha, NE. "*Nanotechnology in Early Diagnosis and Targeted Therapy".* March, 2010.

Canadian Society for Pharmaceutical Sciences 2010 Annual Meeting, Vancouver, British Columbia, Canada. *"Nanotechnology Applications in Cancer Diagnosis and Therapy"* June, 2010.

National Cancer Institute, Center for Cancer Research, Nano-Biology Program, Frederick, MD. *""Nanotechnology Applications in Cancer Diagnosis and Therapy"* June, 2010.

Stanford University, School of Medicine, Nano-Biotechnology Program Seminar Series, Stanford, CA. *"Multifunctional Nanosystems for Early Diagnosis and Targeted Therapy".* June 2010.

American Chemical Society's National Meeting, Boston, MA. *"Multifunctional Nanosystems for Tumor Imaging and Therapy".* August, 2010.

Second Annual Conference of the American Society for Nanomedicine, NIAID-Sponsored Symposium on Nanotechnology for HIV/AIDS. Bolger Center, Potomac, MD. *"Nanotechnology Advances in the Prevention and Treatment of HIV/AIDS".* October, 2010.

Avila Therapeutics, Inc., Waltham, MA. "*Nanotechnology for Disease Diagnosis and Targeted Therapy".* November, 2010.

2010 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Bethesda, MD. *"Combinatorial-Designed Nano-Platforms to Overcome Tumor Drug Resistance".* November, 2010.

Center for Medicine and Innovative Technologies (CIMIT)-Wellcome Trust Joint Workshop on PTSD and TBI. Boston, MA. *"Strategies for Overcoming the Blood-Brain Barrier in CNS Therapies".* January, 2011.

15th International Symposium on Recent Advances in Drug Delivery Systems, University of Utah, Salt Lake City, UT. *"Multifunctional Nanosystems for Targeted Delivery of Molecular Therapies".* February, 2011.

Keynote Presentation at the 2011 GRASP Annual Meeting, MA College of Pharmacy and Health Sciences, Boston, MA. *"Multifunctional Nanosystems for Molecular Medicine".* June, 2011.

Fox Chase Cancer Center, Philadelphia, PA. *"Multifunctional Nanosystems to Overcome Tumor Drug Resistance".* July, 2011.

2011 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Tutorial Presentation, Boston, MA. *"Nucleic Acid Therapeutics: Using DNA and Small Interfering RNA for Cancer".* September 2011.

2011 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Boston, MA. *"Taming the Beast: Nanotechnology Solutions for Tumor Aggression"* September, 2011.

Eight Lohmann Therapie Systems (LTS) Academy Meeting, Bonn, Germany. *"Multi-functional Nanomedicines: From Diagnostics to Targeted Delivery".* September, 2011.

Indiana University, Department of Biochemistry and Molecular Biology, Indianapolis, IN. *"Multi-functional Nanomedicines: From Cancer Diagnostics to Targeted Delivery".* October, 2011.

University of Missouri at Columbia, Oncology Grand Rounds, Columbia, MO. *"Multi-functional Nanomedicines: From Cancer Diagnostics to Targeted Delivery".* October, 2011.

American Association of Pharmaceutical Scientists (AAPS) 2012 annual meeting. Special symposium on *"Nano-Delivery Systems for Vaccines".* Washington, DC. *"Multi-Compartmental Delivery Systems for Cancer Vaccination".* October, 2011.

Carolina Center for Cancer Nanotechnology Excellence Symposium, University of North Carolina. Chapel Hill, NC. *"Multifunctional Nanosystems: From Diagnostic Imaging to Targeted Therapies".* January, 2012.

2nd International Conference on Nanotechnology at Bio-Medical Interface. Amrita Centre for Nanosciences and Molecular Medicine, Kochi, Kerala State, India. *"Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies".* February, 2012.

Wayne State University, Department of Pharmaceutical Sciences, Applebaum College of Pharmacy and Allied Health. Detroit, MI. *"Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies".* March, 2012.

2012 Nano-Bio International Collaborative Conference, University of South Florida, Tampa, FL. *""Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies".* March, 2012.

Tufts University, Center for Translational Science Institute (CTSI) Roundtable Discussions, Boston, MA. *"Delivery Strategies for CNS Therapies".* March, 2012.

Tufts University School of Medicine, Cancer Center Seminar Program. Boston, MA. *"Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies".* April, 2012.

Canadian Society for Pharmaceutical Sciences 2012 Annual Meeting, Toronto, Ontario, Canada. *"Multi-Compartmental Lipid Delivery Systems for Cancer Vaccination".* June, 2012.

2012 Nano Science and Technology Institute's Cancer Nanotechnology Symposium. Santa Clara, CA. *"Translational Cancer Nanomedicine: Multimodal Strategies to Overcome Tumor Drug Resistance".* June, 2012.

University of Illinois at Urbana-Champaign 2012 BioSensing, BioActuation, and BioNanotechnology Summer Institute. Urbana-Champaign, IL. ""*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". August, 2012.

2012 American Association of Pharmaceutical Scientists Annual Meeting "*Tumor-Targeting Symposium*". Chicago, IL. *Translational Cancer Nano-Medicine: Multimodal Strategies to Overcome Tumor Drug Resistance*" October, 2012.

2012 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Houston, TX. "*Combinatorial-Designed Self-Assembled Nano-Systems for Tumor-Targeted RNAi/Drug Therapy*" November, 2012.

University of Toronto, Leslie Dan School of Pharmacy, Toronto, Ontario, Canada. "*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". November, 2012.

Merck Research Laboratories, Rahway, NJ. "*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". November, 2012.

American Society of Health-Systems Pharmacists (ASHP) Midyear Meeting, *Spotlight on Science* Plenary Talk, Las Vegas, NV. "*Nanotechnology in Medicine: Very Tiny Solutions for Big Challenges*". December, 2012.

National Cancer Institute, National Institutes of Health, Special symposium on "Dysregulated Endocytosis in Cancer". Bethesda, MD. "*Nanotechnology for Tumor-Targeted Drug and Nucleic Acid Delivery*". January, 2013.

Harvard University, School of Engineering and Applied Sciences, Cambridge, MA. "*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". January, 2013.

University of Connecticut, School of Pharmacy, Department of Pharmaceutical Sciences. Storrs, CT. "*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". April, 2013.

Ferris State University, College of Pharmacy's 60th Annual Spring Pharmacy Seminar Series Keynote Presentation, Big Rapids, MI. "*Nanotechnology in Medicine: Very Tiny Solutions for Bio-Medical Challenges*". May, 2013.

University of Missouri Kansas City, School of Pharmacy, Department of Pharmaceutical Sciences. Kansas City, MO. "*Translational Cancer Nano-Medicine: From Diagnostic Imaging to Targeted Therapies*". May, 2013.

First International Translational Nanomedicine Conference. Plenary Presentation. Northeastern University, Boston, MA. "*Translational Nano-Medicine: Diagnostics and Therapeutics for Cancer and Inflammatory Diseases*". July, 2013.

University of Massachusetts Medical School, Program in Molecular Medicine, Worcester, MA. "*Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases*". September, 2013.

2013 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Bethesda, MD. "*Combinatorial-Designed Nano-Platforms: Opportunity for Targeted Delivery of Drugs and siRNA*" September, 2013.

Tufts University, Department of Biomedical Engineering, College of Engineering, Medford, MA. "*Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases*". March, 2014.

Johnson & Johnson Innovation Center, Cambridge, MA. *"Translational Nano-Medicine: Targeted Therapeutics for Cancer, Pain, and Inflammatory Diseases".* April, 2014.

2014 Cambridge Healthtech Institute (CHI) Biologics Formulation and Delivery Summit, Keynote Presentation, Cambridge, MA. *"Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases".* May, 2014.

2014 Oligonucleotide and Peptide Therapeutics Symposium – TIDES, Providence, RI. *"CNS Delivery of Peptide Therapeutics".* May, 2014.

Second International Translational Nanomedicine Conference. Plenary Presentation. Northeastern University, Boston, MA. *"Nanotechnology for CNS Delivery of Biological Therapeutics".* July, 2014.

Workshop on Micro- and Nano-Technologies for Medicine: Emerging Frontiers and Applications. MIT-Harvard Science and Technology Program and the Wyss Institute. Cambridge, MA. *"Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases".* July, 2014.

2014 Annual National Cancer Institute's Nanotechnology in Cancer Alliance's Principal Investigators Meeting, Bethesda, MD. *"Combinatorial-Designed Nano-Platforms: RNAi and Drug Co-Therapy in Resistant Tumors"* October, 2014.

Houston Methodist Research Institute's  George and Angelina Kostas Research Center for Cardiovascular Nanomedicine Inaugural Symposium.  Houston, TX. *"Targeted Therapeutic Delivery for Endothelial Dysfunction in Cardiovascular Diseases".* October, 2014.

University of Michigan, College of Pharmacy, Department of Pharmaceutical Sciences, Ann Arbor, MI. *"Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases".* November, 2014.

Purdue University, School of Pharmacy and Pharmacal Sciences, 12th Annual Garnet E. Peck Symposium, West Lafayette, IN. *"Translational Nano-Medicine: Targeted Therapeutics for Cancer and Inflammatory Diseases".* February, 2015.

Henry Stuart Talks, London, UK. *"Nanotechnology for CNS Delivery of Biological Therapeutics".* March, 2015.

Takeda Pharmaceuticals, New Frontier Science, Cambridge, MA. *"Nanotechnology for Systemic and Local GI Delivery".* March, 2015.

Microfluidics, Inc., Westwood, MA. A webinar presentation on *"Nano-Emulsions for CNS Delivery of Biological Therapeutics".* April, 2015.

New England Structural Biology Association (NESBA) Annual Symposium, Bentley University, Waltham, MA. Keynote presentation entitled *""Translational Nano-Medicine: Targeted Therapeutics for Pain, Cancer, and Inflammatory Diseases".* May, 2015.

King Abdulaziz University, Faculty of Pharmacy, Jeddah, Saudi Arabia. Presentation to the graduating class of Doctor of Pharmacy students on *Pharmacy Career Day* 2015 entitled *"Translational Nano-Medicine: Opportunities in Graduate Education and Research".* May, 2015.

King Abdulaziz University, Faculty of Pharmacy, Jeddah, Saudi Arabia. Research presentation to the faculty and students entitled *"Translational Nano-Medicine: Tiny Solutions for Big Biomedical Challenges".* May, 2015.

Tufts University Cancer Center 2015 Research Retreat, Cummings School of Veterinary Medicine at Tufts, Grafton, MA. *"Multimodal Nanotechnology Solutions for Drug Resistant Tumors".* June, 2015.

Eight European Summit for Clinical Nanomedicine and Targeted Medicine, Basel, Switzerland. *"Macrophage-Targeted Nano-Delivery Systems for Anti-Inflammatory Therapy"*. June, 2015.

Third Annual Workshop on Micro- and Nano-Technologies for Medicine: Emerging Frontiers and Applications. MIT-Harvard Science and Technology Program and the Wyss Institute. Cambridge, MA. *"Advances in the Delivery of Cancer Vaccines and Therapeutics".* July, 2015.

Northeastern University and Houston Methodist Research Institute Collaborative Meeting, Boston, MA. *"Targeted Nucleic Acid Delivery in Inflammatory Diseases".* August, 2015.

Bioscience Seminar Program, Morsani College of Medicine, USF Health, University of South Florida, Tampa, FL. *Translational Nano-Medicine: Targeted Therapeutics for Pain, Cancer, and Inflammatory Disease.* September, 2015.

## INTELLECTUAL CONSULTANCY

***GelTex Pharmaceuticals, Inc., Waltham, MA.*** A medium sized pharmaceutical company that is marketing non-absorbable polymeric materials as therapeutic agents. I have consulted on pharmaceutical product development with GelTex's polymeric materials from May 1997 to June 2000.

***FzioMed, Inc., San Luis Obispo, CA.*** A start-up medical device company intending to market polymeric materials to prevent post-surgical adhesions and thrombus formation. I have consulted on improving blood compatibility of the polymeric materials developed by FzioMed from October 1996 to April 1999.

***EOS Pharmaceutical Corporation, Natick, MA*.** A start-up contract formulation company with domestic and international clients. I have consulted EOS Pharmaceuticals on novel bioadhesive polymeric materials for drug delivery from June 1997 to September 2001.

***Biopolymer Technologies International, Inc., Westborough, MA.*** A start-up biotechnology company specializing in the development of polymer-based therapeutics and nutraceuticals. I have consulted for Biopolymer Technologies International from December 1997 to July 1999.

***Braintree Laboratories, Inc., Braintree, MA.*** A medium sized pharmaceutical company developing various products, including phosphate binders, poly(ethylene glycol)-based laxatives, and gastric lavage agents. I have consulted for Braintree Laboratories from September 1999 to June 2003.

***Catalyst Oncology, Inc., Providence, RI.*** A biotechnology start-up company, supported by the Slater Foundation, to develop novel target-specific anticancer drugs. I have consulted Catalyst Oncology on anticancer drug delivery issues from December 2003 to December 2004.

***Cytogel, Inc., Stonington, CT.*** Cytogel is a small pharmaceutical company focusing on hydrogel drug delivery technologies. I have consulted Cytogel on their hydrogel delivery platforms from September, 2004 to April 2005.

***LifeScan, Inc., Milpitas, CA.*** LifeScan is a Johnson and Johnson subsidiary developing diagnostic systems for diabetes. I have been consulting LifeScan on their diabetes monitories technologies from August, 2005 to May 2006.

DTX0804-0060

*Boston Scientific Corporation, Malborough, MA.* A large-cap medical device company that manufacturers drug-coated stents, catheters, and embolic microspheres. I have consulted Boston Scientific on drug delivery technologies from October, 2003 to September, 2006.

*Novavax, Inc., Columbia, MD.* A medium-sized pharmaceutical company that focuses on women's healthcare market. I have consulted Novavax on their micellar nanoparticle and other delivery platforms from February, 2004 to December, 2006.

*Scientia Advisors, LLC, Cambridge, MA.* Scientia Advisors is an international management and strategy consulting firm with a concentration in biotechnology and life sciences. I provide intellectual consulting on polymeric drug delivery technologies. I have consulted Scientia Advisors from July, 2008 to May, 2009.

*Cequent Pharmaceuticals, Inc., Cambridge, MA.* Cequent Pharmaceutical is small company interested in development of proprietary Transkingdom RNA interference technology. I provide consulting service in formulation development and oral delivery. I have consulted Cequent Pharmaceuticals from May, 2007 to December, 2008.

*Marine Polymer Technologies, Inc., Burlington, MA.* A medium sized biotechnology/medical device company developing poly(acetyl-D-glucosamine)-based products. I have been consulting Marine Polymer on drug formulation and delivery technologies from September 2002 to June, 2007.

*Genzyme Pharmaceuticals – Biomaterials and Drug Development Group, Waltham, MA.* Genzyme is a medium sized pharmaceutical company with interest in polymeric drug development. I provide intellectual consultation on polymeric biomaterials and drug delivery systems. I provided consultation on drug delivery and nanotechnology from August, 2007-July, 2008.

*Grayhead Associates, Wellesley, MA.* Grayhead Associates is an international management consulting firm that assists its clients to capitalize on their technological resources and entrepreneurial spirit. I have been consulting Greyhead Associates on biomedical nanotechnology and drug development technologies from October, 2005 to May, 2009.

*Vertex Pharmaceuticals, Inc., Cambridge, MA.* Vertex is a medium sized pharmaceutical company developing a number of proprietary therapeutics in cancer, inflammation, and infectious diseases. I provide intellectual consultation on drug delivery and nanotechnology. I have been consulting Vertex from January, 2008 to April, 2010.

*BioCure, Inc., Norcross, GA.* BioCure is a medium-sized biomedical device company developing polymer nanotechnology for imaging and drug delivery applications. I have been consulting BioCure on their nanotechnology research portfolio from August 2006 to June, 2010.

*Thompson-Reuters Group (RTG), Washington, DC.* RTG provides expert witness, intellectual consulting, and professional presentation services to many diverse groups of clients. I serve as a consultant in the area of pharmaceutical product development, biomaterial science and applications, and nano-medical technologies from February, 2004 to present.

*Cerulean Pharmaceuticals, Inc., (previously Tempo Pharmaceuticals Inc.), Cambridge, MA.* Cerulean Pharmaceutical is a startup company interested in development of proprietary multi-modal polymeric nanoparticle technology. I provide consulting service in nanoparticle formulations and preclinical studies. I have been consulting Cerulean Pharmaceuticals from September, 2008 to present.

DTX0804-0061

***IMS Expert Services, Pensacola, FL.*** IMS provides expert witness and intellectual consulting services to many diverse groups of clients. I serve as a consultant in the area of pharmaceutical product development, biomaterial science and applications, and nano-medical technologies from June, 2011 to present.

***Rubin-Anders Consulting, Boston, MA.*** Rubin-Anders provides expert witness and intellectual consulting services to many diverse groups of clients. I serve as a consultant in the area of pharmaceutical product development, biomaterial science and applications, and nano-medical technologies from March, 2013 to present.

***Takeda Pharmaceuticals, Inc.***, ***Cambridge, MA.*** Takeda is a large multi-national pharmaceutical industry interested in development of nucleic acid therapeutics. I serve as a consultant in the area of nucleic acid formulations for both oral and systemic delivery for variety of disease targets from May, 2015 to present.

## TEACHING EXPERIENCES

### Courses Currently Teaching (2003 – Present)

#### Doctor of Pharmacy Program

*Pharmaceutics 2 (PHSC 3412, 4 SH):* Theoretical course on the physicochemical properties of the drug product and their influence on development of pharmaceutical formulations and delivery offered under the semester calendar (for 16 weeks). I coordinate and teach 100% of this course to 4th year students. Approximate class size is about 150 students each year.

*Directed Study (PSC U921, 4 SH):* An elective course for professional pharmacy students interested in performing research under a faculty advisor.

#### Graduate Program in Pharmaceutical Sciences:

*Advanced Drug Delivery Systems (PSC G254, 3 SH):* A graduate course for MS and PhD students in Pharmaceutical Sciences and other departments across campus focusing on novel drug delivery systems such as polymeric and lipid nano-formulations for drug, gene, vaccine, and siRNA delivery. The course is taught to 50-60 students each Fall and I coordinate and teach 40% of the lectures.

*Drug Design, Evaluation, and Development (PSC G210, 2 SH):* A graduate level comprehensive course on drug discovery, development, and evaluation from an industrial perspective. I teach about 20% of the course to approximately 50-60 MS and PhD students in the Fall semester each year.

*Pharmaceutical Science Seminar (PSC G200, 1 SH):* A course on graduate seminar and journal club presentations for development of scientific skills for MS and PhD students in the department. I coordinate and teach 100% of the course for approximately 20-30 MS and PhD students in the Fall semester each year.

*Pharmaceutical Science Internship (PSC G401, 1 SH):* Coordinator of industrial internship opportunities for graduate students in Pharmaceutical Science. Each year in the Summer, I assist 3-5 MS and PhD students in securing an internship position and evaluating their progress.

#### Interdisciplinary Graduate Programs:

*Introduction to Biotechnology (INT G120, 2 SH):* An interdisciplinary graduate course offered to students in the Professional MS program in Biotechnology in the Fall semester each year. I provide 10% effort to this course.

*Introduction to Nanomedicine Science and Technology (INT G270, 2 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Fall semester of each year. I provide 20% effort to this course.

*Nanosystems Design for Biomedical Applications (INT G370, 2 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Spring semester of each year. I provide 20% effort to this course.

*Seminars in Nanomedicine (INT G371, 1 SH):* An interdisciplinary graduate course offered under the Nanomedicine Science and Technology IGERT program in the Fall semester of each year. I coordinate this seminar course and provide 100% effort.

## Courses Previously Taught (1993 – 2003)

### Pharm.D. Program:

*Pharmaceutical Calculations (PCT 1240, 4 QH):* Basic prescription interpretation and calculations for second year pharmacy students.

*Dosage Forms (PMD 1323, 4 QH):* Theoretical course on pharmaceutical product development, characterization, and quality control issues taught to the third year pharmacy students.

*Dosage Forms Laboratory (PCT 1300, 2 QH):* A complementary laboratory course for Dosage Forms on prescription compounding skills.

*Physical Pharmacy (PMD 1400, 4 QH):* Theoretical course on the physicochemical properties of the drug product and their influence on development of pharmaceutical formulations and delivery.

*Physical Pharmacy Laboratory (PCT 1320, 2 QH):* A complementary laboratory course to Physical Pharmacy on analytical and experimental methods for testing of pharmaceutical products for quality control.

*Biopharmaceutics and Pharmacokinetics (PMD 1410, 4 QH):* Introduction to biopharmaceutics and pharmacokinetic principles, application of compartmental and non-compartmental modeling for analysis of data, and interpretation of pharmacokinetic data in clinical pharmacy practice.

### Graduate Program:

*Advanced Physical Pharmacy (PCT 3200, 2 QH):* A graduate level physical pharmacy course that with emphasis on physicochemical characterization of drug products.

*Advanced Drug Delivery Systems (PCT 3300, 3 QH):* A graduate level course on formulation and evaluation of advanced drug delivery systems including polymeric systems, liposomes, micelles, protein and peptide delivery, and DNA delivery systems.

## TEACHING-RELATED ACCOMPLISHMENTS

***Professional Science Masters (PSM) Degree Program in Biomedical Nanotechnology:*** Working with Pharmaceutical Sciences, School of Law, and College of Business faculty, I have developed a new Professional Science Masters program in Biomedical Nanotechnology. The program will offer terminal MS degree with didactic scientific, patent law, and entrepreneurship courses along with practical internship experience. The first class was admitted in Fall, 2013.

*"Non-Traditional" (Industrial) PhD Program in Pharmaceutical Sciences:* For students who have completed an MS degree in Pharmaceutical Sciences or related field and are currently working in industry, we have implemented a new 'non-traditional" PhD program that waives their didactic course-work. With permission from the corporate sponsors, students enroll in the PhD program and start thesis project under a faculty mentor, while still keeping their "day job" with the industry. The program was started in 2009 and graduated the first cohort of PhD students in 2012.

*IGERT Training Grants for Doctoral Training in Nanomedicine - Phase 1 and 2:* With funding from the National Cancer Institute and the National Science Foundation (NSF), we have established an Interdisciplinary Graduate Education, Research and Training (IGERT) program. I am involved in the development and implementation of the Nanomedicine Science and Technology doctoral program. The program will admit interdisciplinary fellows who will take didactic courses, participate in internship opportunity, and carry out dissertation project in nanomedicine-related project. The program started in Fall, 2005. Phase 2 program started in Fall 2010 with funding from the NSF.

*Multi-Track Professional Science Masters (PSM) Degree Program in Biotechnology:* With the support of the Alfred P. Sloan Foundation, I have worked with faculty members from the Biology and Chemical Engineering Departments at Northeastern University to develop and implement an interdisciplinary Professional MS degree program in Biotechnology with tracks in Molecular Biotechnology, Pharmaceutical Biotechnology, and Engineering Biotechnology. The program started in the Fall of 2003.

*Applied Physical Pharmacy Textbook:* In collaboration with Professor Beverly Sandmann of Butler University, I have authored *"Applied Physical Pharmacy"* textbook specifically geared to pharmacy students and practitioners. The book contains physical chemical concepts in drug product design with examples that are relevant to practice. The textbook was published in November 2002. In collaborations with Professors Thomas Cook from Tauro College of Pharmacy and W. Cary Mobley from University of Florida College of Pharmacy, a second edition of the textbook is in development for anticipated publication in early 2014.

*Problem-Based Undergraduate Pharmaceutics Textbook:* In collaboration with other pharmaceutics faculty members across the U.S. and Canada, I have authored cases for a textbook entitled "*Cases in Pharmaceutics for Problem-Based Learning and Problem Solving*" edited by Wendy C. Duncan-Hewitt and David L. Mount of the University of Toronto, Canada.

*Pharmaceutics Laboratory Exercises Database and CD-ROM:* I have contributed eight pharmaceutics laboratory exercises to the database and CD-ROM initative of David L. Mount and others.

*Pharmaceutics Instructional Materials on World-Wide Web:* With funding from the Dean's "Excellence in Teaching" initiative, I have developed pharmaceutics instructional materials on the Internet. These pages can be accessed through the World-Wide Web at "http://www.pharmsci.neu.edu/Courses/courses.html".

*Computer-Aided Pharmaceutics Instruction:* I am involved in various aspects of promoting and developing computer aids and tutorial programs for undergraduate pharmaceutics courses. In addition, I strongly advocate the use of pharmacy resources that are available on the Internet.

*NABPLEX Review:* In the Spring quarter of every year, I provide an extensive review of Calculations, Physical Pharmacy, and Dosage Forms to the senior students who are planning to take the National Board of Pharmacy Licensing Examination (NABPLEX). In addition, I also provide a review of compounding skills to those students taking their NABPLEX exam in states that have a wet-lab section (e.g., New York, Maryland, Wisconsin, etc.).

RESEARCH ADVISING

### *Visiting Scientists/Research Fellows*

| Mr. Srinivas Ganta | Doctoral Candidate | University of Auckland<br>Auckland, New Zealand<br>July, 2007 – October, 2007 |
|---|---|---|
| Dr. Pauline Pei Li | Associate Professor | Hong Kong Polytechnic University,<br>Hong Kong, August, 2007 |
| Dr. Wei Duan | Associate Professor | Daikin University, School of Medicine<br>Melbourne, Victoria, Australia, May, 2008 |
| Dr. Cristina Dehelean | Professor | Victor Babes University of Medicine<br>and Pharmacy, Timisoara, Romania,<br>November, 2008 |
| Ms. Jose das Neves | Doctoral Candidate | University of Porto, College of Pharmacy,<br>Porto, Portugal<br>September, 2009 – March, 2010 |
| Ms. Sharareh Adeli | Doctoral Candidate | Tehran University of Medical Sciences, Tehran,<br>Iran. November, 2009 – March, 2010 |
| Dr. Satheesh Elangovan | Research Fellow | The Forsyth Dental Institute, Boston, MA<br>November, 2009 – May, 2010 |
| Ms. Meghna Talekar | Doctoral Candidate | University of Auckland<br>Auckland, New Zealand<br>July, 2011 – December, 2011 |
| Dr. Florence Gattacceca | Assistant Professor | Montpellier University, Faculty of Pharmacy<br>Montpellier, Cedex, France<br>August, 2012 – August, 2013 |
| Ms. Ana Vanessa Nascimento | Doctoral Candidate | University of Porto, College of Pharmacy,<br>Porto, Portugal<br>August, 2012 – October, 2014 |
| Ms. Minah Iqbal | MS in Biotechnology | Columbia University<br>New York, NY<br>January, 2015 – May, 2015 |

### *Research Faculty/Post-Doctoral Associates*

| Dr. Curtis F. Crasto | Post-Doctoral Associate | July, 2002 – May, 2004,<br>under the Nanomedicine<br>Consortium |
|---|---|---|
| Dr. Dinesh B. Shenoy | Associate Research Scientist | June, 2003 – December, 2005 |

| | | |
|---|---|---|
| Dr. Sandip K. Tiwari | Post-Doctoral Associate | August, 2004 – June, 2006 |
| Dr. Tushar K. Vyas | Post-Doctoral Associate | December, 2005 – December, 2006 |
| Dr. Aliasgar Shahiwala | Post-Doctoral Associate | August, 2006 – August, 2007 |
| Dr. Harikrishna Devalapally | Post-Doctoral Associate | November, 2005 – February, 2008 |
| Dr. Christina Kriegel | Post-Doctoral Associate | September, 2008 – June, 2010 |
| Dr. Srinivas Ganta | Post-Doctoral Associate Associate Research Scientist | April, 2008 – February, 2010 March, 2010 – November, 2010 |
| Dr. Sampath Abeylath | Post-Doctoral Associate | March, 2010 – May, 2011 |
| Dr. Tatyana Chernenko | Post-Doctoral Associate | May, 2010 – March, 2012 |
| Dr. Ming Chen | Associate Research Scientist | July, 2011 – March, 2012 |
| Dr. Qiong-Lin Zhou | Research Assistant Professor | December, 2010 – August, 2012 |
| Dr. Srinivas Reddy Boreddy | Associate Research Scientist | August, 2012 – January, 2013 |
| Dr. Dattatri Nagesha | Post-Doctoral Associate Coordinator of the IGERT   Nanomedicine Program | July, 2004 – May, 2013 |
| Dr. Arun K. Iyer | Post-Doctoral Associate Associate Research Scientist Research Assistant Professor | May, 2008 – December, 2008 December, 2010 – June, 2012 July, 2012 – January, 2014 |
| Dr. Sanjib Bhattacharya | Post-Doctoral Associate | April, 2014 – June, 2014 |
| Dr. Malav Trivedi | Post-Doctoral Associate | July, 2014 – December, 2014 |
| Dr. Amit Singh | Associate Research Scientist | May, 2011 – January, 2015 |
| Dr. Meghna Talekar | Post-Doctoral Associate | April, 2013 – April, 2015 |
| Dr. Than-Huyen Tran | Post-Doctoral Associate | December, 2013 – Present |
| Dr. George Matthiolampakis | Post-Doctoral Associate | August, 2014 – Present |

**Doctoral Students**

| | |
|---|---|
| Mr. Radi Hejazi | Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery (Graduated, May 2003) |

Thesis Title: *Stomach-Specific Delivery of Tetracycline-Chitosan Microspheres for the Treatment of Helicobacter pylori Infection.*

Ms. Goldie Kaul                          Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, August 2004)

Thesis Title: *Long-Circulating Poly(Ethylene Glycol)-Modified Gelatin Nanoparticles for Tumor-Targeted Gene Delivery.*

Ms. Sushma Kommareddy                    Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, May 2006)

Thesis Title: *Gelatin-Based Nanoparticulate Vectors for Tumor-Targeted Therapeutic Gene Delivery*

Mr. Mayank Bhavsar                       Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, August 2007)

Thesis Title: *Oral Gene Therapy for Inflammatory Bowel Disease Using Nanoparticles-in-Microsphere Hybrid Delivery System*

Ms. Lilian van Vlerken                   Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         IGERT Nanomedicine Fellow
                                         (Graduated, February 2008)

Thesis Title: *Modulation of Multidrug Resistance in Cancer Using Polymer-Blend Nanoparticles*

Mr. Luis Brito                           Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         IGERT Nanomedicine Fellow
                                         (Graduated, December 2008)

Thesis Title: *Local Endothelial Nitric Oxide Synthase Gene Delivery and Transfection with Lipopolyplexes for the Treatment of Coronary Restenosis*

Ms. Lara Jabr-Milane                     Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         IGERT Nanomedicine Fellow
                                         (Graduated, June 2010)

Thesis Title: *Tumor Hypoxia, Warburg's Effect, and Drug Resistance: Modulation of Aerobic Glycolysis Using Combination Paclitaxel/Lonidamine Therapy Delivered in Targeted Polymeric Nanoparticles*

Mr. Mayur Kalariya                       Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, July 2012)

Thesis Title: *Multi-Compartmental Delivery Systems for Peptide and DNA Vaccines for Melanoma Immunotherapy*

Ms. Shanthi Ganesh                       Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, August 2012)

Thesis Title: *Hyaluronic Acid-Based Self-Assembled Multifunctional Nanosystems to Overcome Drug Resistance in Lung Cancer*

Ms. Lipa Shah                            Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                         (Graduated, May 2013)

Thesis Title: *Multifunctional Nanoemulsions for Systemic Delivery of Analgesic Peptides to the CNS*

Ms. Jing Xu                                   Ph.D. in Pharmaceutical Science - Interdisciplinary Option
                                              (Graduated, June 2013)

Thesis Title: *Multimodal Therapeutic Strategy for Pancreatic Cancer: EGFR-targeted Gelatin-Based Nanovectors for Combination Wild-Type p53 Gene and Cytotoxic Drug Delivery*

Ms. Dipti Deshpande                           Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                              (Graduated, July 2013)

Thesis Title: *Multimodal Omega-3 Fatty Acid Oil-Containing Nanoemulsion-Based Therapeutic Strategy for the Treatment of Endothelial Dysfunction in Coronary Artery Disease*

Ms. Aziza Jamal-Alial                         Ph.D. in Pharmaceutical Science - Interdisciplinary Option
                                              (Graduated, August 2013)

Thesis Title: *Serum 25(OH)-Vitamin D Concentrations and Cardiovascular Disease Risk Associations among Older Puerto Ricans*

Mr. Shardool Jain                             Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                              (Graduated, December 2013)

Thesis Title: *Macrophage-Targeted Tuftsin-Modified Non-Condensing Alginate Nanoparticles for Anti-Inflammatory Gene Therapy in Rheumatoid Arthritis*

Ms. Sunita Yadav                              Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                              (Graduated, November 2014)

Thesis Title: *Intranasal Delivery of Peptide and siRNA Therapeutics Encapsulated in Lipid Nanocarriers to the Brain for the Treatment of Neuro-Inflammation*

Ms. Verbena Kosvorasti                        Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                              (Graduated, April, 2015)

Thesis Title: *Hyaluronic Acid Nanoparticles for Systemic RNA Interference Therapy of Advanced Sepsis*

Ms. Ruchi Shah                                Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery
                                              Novartis Industrial Graduate Fellow

Thesis Title: *Evaluation and Optimization of Novel Self-Emulsifying Squalene Oil Emulsion Adjuvant Formulations for Potent Immune Response with Model Antigens*

Mr. Husain Attarwala                          Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery

Thesis Title: *Multi-Compartmental Delivery Systems for Oral Gene Silencing in the Treatment of Celiac Disease*

Ms. Melissa Berman                            Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery

Thesis Title: *Nanoparticle Delivery of MicroRNA  to Tumor Associated Macrophages in a Genetically-Engineered Lung  Cancer Model*

Ms. Ekta Kadakia                              Ph.D. in Pharmaceutical Science – Pharmaceutics and Drug Delivery

Thesis Title: *Simulation and Modeling for Optimization of Nano-Therapeutic Delivery in the Treatment of Brain Tumors*

| Ms. Megha Kamath | PhD in Pharmaceutical Sciences – Pharmaceutics and Drug Delivery (Co-Advising with Professor Rebecca Carrier, Department of Chemical Engineering) |

Thesis Title: *Development of Bioengineered Intestinal Tissue for Assessment of Permeability and Drug Delivery*

| Ms. Grishma Pawar | PhD in Pharmaceutical Sciences – Pharmaceutics and Drug Delivery |

Project Title: *Nasal Mucosal Graft Depot for CNS Delivery and Sustained Release of Neurotrophic Factors in Parkinson 's Disease Models*

## Master's Students

| Mr. Vijaykumar R. Patel | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, September 1995). |

Thesis Title: *Chitosan-Poly(Ethylene Oxide) Semi-Interpenetrating Polymer Network as a pH-Sensitive Drug Delivery System.*

| Ms. Amira Ahmed | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, September 1997). |

Project Title: *Novel Drug Delivery Systems for the Treatment of H. pylori Infection.*

| Ms. Sweta Shah | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, September 1999). |

Project Title: *Stomach-Specific Antibiotic Therapy for H. pylori Infection.*

| Ms. Sarah Nsereko | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, June 2001). |

Thesis Title: *Chitin Microparticles for Localized Delivery of Paclitaxel: In Vitro and In Vivo Studies.*

| Mr. Jugminder S. Chawla | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, April 2002). |

Thesis Title:  *Poly(epsilon-caprolactone) Nanoparticles for Tumor-Targeted Delivery of Tamoxifen: In Vitro Studies.*

| Mr. Ehab Taqieddin | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, April 2002). |

Thesis Title: *Enzyme Immobilization in Perm-selective Chitosan-Alginate Hybrid Microcapsules.*

| Ms. Anupama Potineni | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, April 2002). |

Project Title:  *Poly(Ethylene Oxide)-Modified Poly(Beta-Amino Ester) Nanoparticles: Long-Circulating pH Sensitive Biodegradable System for Paclitaxel Delivery.*

| Mr. Srinivasan Namala | M.S. in Biomedical Sciences – Pharmaceutics Specialization (Graduated, June 2003). |

Project Title: *Iontophoresis: A Tool to Enhance Transdermal Drug Delivery*

| Ms. Pallavi Devurkar | M.S. in Biomedical Sciences – Pharmaceutics Specialization |

(Graduated, June 2003).

Project Title: *In Vitro Evaluation of Chitosan Microspheres for Stomach-Specific Drug Delivery*

Ms. Lilian van Vlerken      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, April 2005; Matriculated into the PhD program)

Project Title: *Combination Therapy of Ceramide and Paclitaxel Delivered in Poly(Ethylene Oxide)-Modified Poly(Epsilon-Caprolactone) Nanoparticles as a Potential Strategy for Overcoming Tumor Multidrug Resistance*

Mr. Gurinder S. Saini      M.S. in Interdisciplinary Studies – Materials Science Specialization
(Co-Advisor, under the Nanomedicine Consortium)
(Graduated, January 2006)

Thesis Title: *Preparation and Characterization of Superparamagnetic Iron Oxide-Gold Core-Shell Nanoparticles for Biomedical Applications*

Ms. Lipa Shah      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, December 2006, Matriculated into the PhD program)

Thesis Title: *Biodegradable Polymeric Nanoparticles for Intracellular Saquinavir Delivery in HIV/AIDS*

Ms. Ankita Desai      M.S. in Biotechnology – Pharmaceutical Science Track
(Graduated, December 2006)

Project Title: *In Vitro Evaluations of Multi-functional Nanoemulsion Formulations for Brain Tumor Therapy*

Ms. Jasneet Oberai      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, May 2007)

Project Title: *Novel Nanoemulsions with Temperature-Responsive Drug Delivery*

Ms. Shraddha Babaria      M.S. in Biotechnology – Pharmaceutical Science Track
(Graduated, August 2007)

Project Title: *Cationic Liposomes for Intranasal Gene Delivery to the Brain*

Ms. Sunita Yadav      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, December 2007, Matriculated into the PhD program)

Thesis Title: *Multifunctional Nanotherapeutic Strategy for MDR-1 Gene Silencing and Chemotherapy Administration to Overcome Multidrug Resistance in Cancer*

Ms. Dipti Deshpande      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, December 2007, Matriculated into the PhD program)

Thesis Title: *Biodegradable Nanoparticle System for Intracellular Administration of Paclitaxel and Ceramide in Coronary Restenosis*

Ms. Aparna Chavali      M.S. in Biotechnology – Pharmaceutical Science Track
(Graduated, May 2008)

Project Title: *p53 Gene Therapy for Cancer*

Ms. Sunaina Pai      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, August 2008)

Thesis Title: *In Vitro Evaluations of Multifunctional Nanoparticles for Simultaneous EGFR Gene Silencing and Drug Delivery in Pancreatic Cancer*

Ms. Sindhura Ganga                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, August 2008)

Thesis Title: *Multifunctional Nanoemulsion System for Combination Paclitaxel and Curcumin Delivery for Enhancement in Therapeutic Efficacy in Human Glioblastoma Cells*

Mr. Shardool Jain                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, August 2008; Matriculated into the PhD program)

Thesis Title: *Non-Condensing Calcium Alginate Microspheres for Gene Delivery and Transfection in Macrophages*

Ms. Padmaja Magadala                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, October 2008)

Project Title: *Epidermal Growth Factor Receptor-Targeted Gelatin-Based Nanovectors for Gene Therapy in Pancreatic Cancer Cells*

Ms. Pooja Sane                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, May 2009)

Project Title: *Down-Regulation of MDR-1 and MRP-1 by Curcumin Using Nanoemulsion Formulations in Drug Resistant Tumor Cells*

Ms. Saradha Chandrasekhar                    M.S. in Biotechnology – Pharmaceutical Science Track
(Graduated, May 2009)

Project Title: *DNA Delivery in Aortic Smooth Muscle and Endothelial Cells using Cationic Lipopolyplexes from Gelatin-Coated Stainless Steel Meshes*

Mr. Niraj Patel                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, July 2009)

Thesis Title: *Targeted Methylene Blue-Containing Polymeric Nanoparticle Formulations for Oral Antimicrobial Photodynamic Therapy*

Mr. Chinmay Bakshi                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, July 2009)

Thesis Title: *Temperature-Sensitive Nanoemulsions made with Oils Rich in Polyunstaturated Fatty Acid in Enhancing Cytotoxicity and Apoptosis in Multidrug Resistant Tumor Cells*

Ms. Sandra Chadwick                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, August 2009)

Project Title: *Mucosal Delivery of Tuberculosis DNA Vaccination using Ovalbumin Nanoparticle-Containing W/O/W Multiple Emulsion-Based Hybrid Delivery System*

Ms. Anisha Korde                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
(Graduated, August 2010, Matriculated into the PhD program)

Project Title: *Stomach-Specific Chitosan-PEO Hydrogel Delivery Systems for H. pylori Infection*

Ms. Pei-Chin Tsai                    M.S. in Biotechnology – Pharmaceutical Science Track
                                     (Graduated, December, 2010)

   Project Title: *In Vitro Evaluations of EGFR-Targeted Gold-Coated Microspheres and Gold Nano-Rods for Imaging Oral Pre-cancerous Lesions*

Ms. Shruti Shah                      M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, December, 2010)

   Thesis Title: *Hypoxia in Tumor Angiogenesis and Metastasis: Evaluation of VEGF and MMP Over-expression and Down-Regulation of HIF-1$\alpha$ with RNAi in Hypoxic Tumor Cells*

Mr. Husain Attarwala                 M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, December, 2010, Matriculated into the PhD program)

   Thesis Title: *In Vitro Evaluations of Macrophage-Targeted Anti-Inflammatory Gene Delivery and Transfection using Nanoparticle-in-Emulsion Formulations*

Mr. Milind Chalishazar               M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May, 2011)

   Project Title: *Isolation and Evaluation of Human Melanoma Exosomes in Multiple Emulsion Formulation for Prophylactic and Therapeutic Vaccination*

Ms. Ruchi Shah                       M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2011, Matriculated into the PhD program)

   Project Title: *Inhibition of Hypoxia-Inducible Factor-1 Activation in Pancreatic Tumor Spheroids with 2-Methoxyestradiol-Containing Polymeric Nanoparticles*

Mr. Hardip Gopani                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2011)

   Thesis Title: *Combination Chemo- and Hyperoxia Therapy using Nanoemulsion Delivery Systems*

Mr. Deep Shah                        M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May, 2012)

   Project Title: *Establishment and Characterization of an Adjuvant Arthritis Model in Lewis Rats*

Ms. Kinjal Sankhe                    M.S. in Pharmaceutical Sciences– Pharmaceutics Specialization
                                     (Graduated, May, 2012)

   Project Title: *In Vivo Evaluations of Endothelial Regenerative Effects of Estradiol-Encapsulated Nanoemulsions in Wild-type C57BL/6J and ApoE$^{-/-}$ Knockout Mice*

Ms. Lavanya Thapa                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May, 2012)

   Project Title: *Evaluation of Melanoma Exosomes-Containing W/O/W Multiple Emulsion Vaccine Formulation in B16F10-Tumor Bearing C57BL6/J Mice*

Mr. Kamaljeet Singh Sandhu           M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2012)

Project Title: *TNF-$\alpha$ Gene Silencing using Hyaluronic Acid-Based Self-Assembled Nanoparticles in Macrophages for the Treatment of Inflammatory Conditions Associated with Type 1 Diabetes*

Ms. Darshna Patel                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2012)

Thesis Title: *In Vitro Evaluations of Ceramide Co-Therapy in Non-Targeted and EGFR-Targeted Biodegradable Polymeric Nanoparticles for Enhancing Therapeutic Efficacy in Ovarian Cancer*

Ms. Sravani Kathireddy               M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May, 2013)

Project Title: *Multi-functional Nanoemulsions for Targeted Estradiol Delivery in the Treatment of Endothelial Dysfunction in Atherosclerosis*

Mr. Ganesan Venkatesan              M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May, 2013)

Project Title: *"Click" Synthesis and Characterization of Functionalized Hyaluronic Acid-Based Macrostructures for Self-Assembled Nanoparticles*

Ms. Ankita Raikar                    M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2013)

Thesis Title: *HIF-1$\alpha$ Activation in 3D Tumor Spheroids and Evaluation of 2-Methoxyestradiol Therapy using Targeted Nanoparticle Formulations*

Mr. Aatman Doshi                     M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, August, 2013)

Thesis Title: *In Vitro Evaluations of Control and Lyp-1 Peptide-Modified Nano-Particulate Bisphosphonate Delivery for Ablation of Tumor-Associated Macrophages (TAMs)*

Mr. Srujan Gandham                   M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, December 2014)

Thesis Title: *In Vitro Evaluations of Hexokinase-2 Inhibition with 2-Bromopyruvate Encapsulated in Targeted Nanocarrier Formulations using 3D Spheroid Models of Aerobic Glycolysis*

Mr. Adwait Oka                       M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, December 2014)

Thesis Title: *Targeted siRNA Delivery Strategy with Water-in-Oil-in-Water Multiple Emulsion for Modulation of Tumor-Associated Macrophage Polarity in Immunotherapy of Cancer*

Mr. Qijun (Oscar) Ouyang             M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization
                                     (Graduated, May 2015)

Project Title: *Re-Polarization of Tumor Associated Macrophages with MicroRNA Nanovectors*

Ms. Grishma Pawar                    M.S. in Pharmaceutical Sciences – Pharmacology Specialization
                                     (Graduated, May 2015 – Matriculated into the PhD program)

Project Title: *CNS Delivery of BDNF in Thermogelling Polymer Depot in Sprague-Dawley Rats*

Mr. Parin Shah                       M.S. in Pharmaceutical Sciences – Pharmacology Specialization

(Graduated, May 2015)

Project Title: *MicroRNA-Based Transfection and Epigenetic Changes in Lung Tumor Model*

Ms. Megha Suresh                              M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

Thesis Title: *Hetero-Cellular 3-D Spheroids of Pancreatic Tumor Cells for MicroRNA-34 Delivery using Hyaluronic Acid-Based Nanoparticles*

Ms. Mei-Ju Su                                M.S. in Pharmaceutical Sciences – Pharmaceutics Specialization

Thesis Title: *Tumor Exosome-Mediated Macrophage Reprogramming in a Co-Culture Model and Evaluation of MicroRNA Delivery with Hyaluronic Acid-Based Nanoparticles*

## Membership in Graduate Students Thesis Advisory Committees

Mr. Mukur Gupta                              M.S. in Industrial Pharmacy, MA College of Pharmacy and Health Sciences (Graduated, June 2001).
                                             Ph.D. in Industrial Pharmacy, MA College of Pharmacy and Health Sciences (Graduated, February, 2004)
Mr. Anurag Singhal                           M.S. in Pharmaceutics (Graduated, June 2002)
Ms. Prachi Parulkar                          M.S. in Pharmaceutics (Graduated, August 2004)
Ms. Solani Bhardwaj                          M.S. in Chemical Engineering (Graduated, December 2007)
Ms.  Shweta Raini                            M.S. in Pharmaceutics (Graduated, May 2009)
Ms. Aditi Jhaveri                            M.S. in Pharmaceutics (Graduated, May 2009)
Mr. Kelton Barnsley                          M.S. in Chemistry (Graduated, November 2014)

Mr. Jayesh Vora                              Ph.D. in Pharmaceutics (Graduated, June 1994)
Ms. Kamelia Behnia                           Ph.D. in Pharmaceutics (Graduated, September 1996)
Mr. Daniel J. Magiera, III                   Ph.D. in Biomedical Sciences (Graduated, June 1997)
Ms. Sandhya Ramanathan                       Ph.D. in Pharmaceutics (Graduated, September 1997)
Ms. Imran Vural                              Ph.D. in Biomedical Sciences (Graduated, June 1998)
Ms. Sujata Vaidyanathan                      Ph.D. in Pharmaceutics (Graduated, September 1998)
Mr. Ramin Darvari                            Ph.D. in Pharmaceutics (Graduated, December 2001)
Mr. Ram Rammohan                             Ph.D. in Biomedical Sciences (Graduated, June 2002)
Mr. Jose DaSilva                             Ph.D. in Biomedical Sciences (Graduated, June 2002)
Mr. Ananth Srinivas Chakilam                 Ph.D. in Pharmaceutics (Graduated, December 2004)
Mr. Sarathi Vijay Bodapatti                  Ph.D. in Pharmaceutics (Graduated, August 2007)
Ms. Suman Dandamudi                          Ph.D. in Pharmaceutics (Graduated, January 2008)
Ms. Mattia Migliore                          Ph.D. in Pharmacology/Nanomedicine (Graduated, May 2008)
Ms. Paula Lampton                            Ph.D. in Biology/Nanomedicine (Graduated, December 2008)
Ms. Heather Brodkin                          Ph.D. in Chemistry/Nanomedicine (Graduated, May 2009)
Ms. D. Ece Gamsiz                            Ph.D. in Chemical Engineering (Graduated, December 2009)
Mr. J. Adam Hendricks                        Ph.D. in Chemistry/Nanomedicine (Graduated, December 2009)
Ms. Shifalika Tangutoori                     Ph.D. in Pharmaceutics (Graduated, April 2010)
Ms. Tatyana Chernenko                        Ph.D. in Chemistry/Nanomedicine (Graduated, April 2010)
Ms. Agnes Rafalko                            Ph.D. in Chemistry/Nanomedicine (Graduated, May 2011)
Ms. Tao Wang                                 Ph.D. in Pharmaceutics (Graduated, December 2011)
Mr. Claudio Falcao                           Ph.D. in Pharmaceutics (Graduated, December 2011)

| | |
|---|---|
| Ms. Fulden Buyukozturk | Ph.D. in Chemical Engineering (Graduated, August 2012) |
| Mr. Robert Riehle | Ph.D. in Pharmaceutics/Nanomedicine (Graduated, May 2013) |
| Mr. Sean Essex | Ph.D. in Pharmaceutics (Graduated, August 2013) |
| Ms. Mary Katharine Balaconis | Ph.D. in Biomedical Engineering (Graduated, December 2013) |
| Ms. Jennifer Monahan-Fore | Ph.D. in Chemistry/Nanomedicine (Graduated, December 2013) |
| Mr. Michael Cuccarese | Ph.D. in Chemistry/Nanomedicine (Graduated, March 2014) |
| Ms. Jennifer Woodring | Ph.D. in Chemistry/Nanomedicine (Graduated, December 2014) |

*Research Advising to Undergraduate Honors Students*

Mr. Man-Hon (Johny) Lam (B.S., Class of 1994)
Mr. Joseph M. Goreham (B.S., Class of 1995)
Mr. Peter B. Ng (B.S., Class of 1995)
Ms. Rakhee H. Tailor (B.S., Class of 1995)
Ms. Mai-Ki Ly (B.S., Class of 1995)
Mr. Ketankumar Patel (B.S., Class of 1996)
Ms. Susanne Verrico (B.S., Class of 1996)
Ms. Laurie Galvin (B.S., Class of 1996)
Ms. Fiona Duncan (B.S., Class of 1997)
Ms. Ekata V. Shah (Pharm.D., Class of 1997)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 1995

Ms. Rina Qaqish (Pharm.D., Class of 1997)
Ms. Gity Roostai-Mills (B.S., Class of 1998)
Ms. Roula Qaqish (Pharm.D., Class of 1998)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 1996
    - Currently Clinical Science Manager, Abbott Laboratories Eastern Division, Baltimore, MD

Ms. Phung-Kim Lai (B.S., Class of 1999)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 1996
    - Recipient of the PhRMA Foundation's Undergraduate Research Fellowship, January 1999

Ms. Tragiang Nguyen (B.S., Class of 1999)
Ms. Trinh Tran (B.S., Class of 1999)
Ms. Bich-Thuy Tran (B.S., Class of 1999)
Mr. Chad McQueen (Pharm.D., Class of 2000)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 1999

Ms. Angela L. Silvia (Pharm.D., Class of 2000)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 1999

Mr. Kristian Jackson (B.S., Class of 2000)
    - Recipient of the University of Connecticut Research Fellowship, June 1998

Mr. Pulin Patel (B.S., Class of 2000)
    - Pursued graduate studies in Pharmaceutical Chemistry at the University of Kansas, Lawrence, KS

Mr. Derick Anderson (Pharm.D., Class of 2001)
    - Recipient of Dean's Undergraduate Research Achievement Award, April 2000

Ms. Kwai-Dzy Mak (Pharm.D., Class of 2001)

Mr. Chi-Sing Nip (Pharm.D., Class of 2001)
    - Recipient of the AAPS-AFPE "Gateway" Research Scholarship, June 2000

Ms. Erica J. Waugh (Pharm.D., Class of 2002)
    - Recipient of the PhRMA Foundation's Undergraduate Research Fellowship, January 2001

DTX0804-0075

- Recipient of Dean's Undergraduate Research Achievement Award, April 2002

Ms. Nikita Mody (Pharm.D., Class of 2004)
- Recipient of Northeastern University Provost's Undergraduate Research Award, January 2002
- Recipient of Dean's Undergraduate Research Achievement Award, April 2003

Ms. Stephanie Whalen (Pharm.D., Class of 2006)
- Recipient of the AFPE "Gateway" Research Scholarship, June 2004
- Recipient of Northeastern University Provost's Undergraduate Research Award, November 2004

Ms. Sarah Rogers (Pharm.D., Class of 2008)
- Recipient of Northeastern University Provost's Undergraduate Research Award, November 2004

Mr. Zeu Hong Tzeng (Pharm.D., Class of 2007)
- Recipient of the AFPE "Gateway" Research Scholarship, July 2005
- Recipient of Northeastern University Provost's Undergraduate Research Award, January 2007

Ms. Michelle Drown (Pharm.D., Class of 2009)
- Recipient of Northeastern University's Undergraduate Research Award, August 2005

Ms. Erin Curran (Pharm.D., Class of 2007)
Ms. Christina Guerra (Pharm.D., Class of 2012)
- Recipient of Northeastern University Provost's Undergraduate Research Award, September 2007

Ms. Shubha Bhat (Pharm.D., Class of 2012)
Mr. Ravi Patel (BS/Chemistry, Class of 2014)
Ms. Erica Diamantides (Pharm.D., Class of 2015)
Ms. Kristin Hong (Pharm.D., Class of 2015)
Ms. Faryal Mir (BS, Biology/Pre-Med Program, Class of 2014)
Ms. Kendall Donohoe (Pharm.D., Class of 2018)
Ms. Rachael Heiss (Pharm.D., Class of 2019)
Ms. Sneha Hingorany (BS, Biology/Pre-Med Program, Class of 2019)
Ms. Reema Patel (Pharm.D., Class of 2020)
Ms. Mina Nayeri (Pharm.D., Class of 2019)

*High School Summer Research Scholars*

Ms. Phung-Kim Lai (Summer, 1994)
Ms. Luoisy Raymond (Summer, 1995)
Mr. Bao-Tuan  Nguyen (Summer, 1995)
Mr. Kong-Jie Kah (Summer, 1997)
- Through Research Science Institute, Center for Excellence in Education, McLean, VA

Mr. Jeremy L. England (Summer, 1998)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in 1999 Intel High School Talent Search Competition

Ms. Iris Wei (Summer, 1999)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in the 2000 Intel High School Talent Search Competition

Mr. Brad M. Rosen (Summer, 2000)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in the 2001 Intel High School Talent Search Competition

Ms. Natalie Karabel (Summer, 2001)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Ms. Feng Tu (Summer, 2002)

- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in the 2002 Siemens-Westinghouse High School Talent Search Competition

## Ms. Maria Elena DeObaldia (Summer, 2003)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Winner of 2004 USA TODAY's All-USA High School Academic First Team

## Ms. Joline Fan (Summer, 2004)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Finalist in the 2004 Siemens-Westinghouse High School Talent Search Competition

## Mr. Harold Au (Summer, 2004)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Gold Award Winner at the 2005 Singapore Science and Engineering Fair.
- Award Winner at the 2005 Shanghai Science Expo, Shanghai, China.

## Ms. Yi-Meng (Sally) Tan (Summer, 2005)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi-Finalist in the 2005 Siemens-Westinghouse High School Talent Search Competition

## Ms. Thilini Ariyawansa (Summer, 2006)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Winner of 2007 USA TODAY's All-USA High School Academic First Team

## Ms. Elizabeth Lawler (Summer, 2006)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Lili Ge (Summer, 2006)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Ana Lyons (Summer, 2007)
- Research Science Institute, Center for Excellence in Education, McLean, VA

## Mr. Zhi-Guang Ng (Summer, 2007)
- Research Science Institute, Center for Excellence in Education, McLean, VA

## Ms. Jamie Kang (Summer, 2007)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Marissa Dickson (Summer, 2007)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Mr. Jia-Wei Lim (Summer, 2008)
- Research Science Institute, Center for Excellence in Education, McLean, VA

## Mr. Mark-Alex Espanol (Summer, 2008)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Rachael Le (Summer, 2008)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Xiaojun Chen (Summer, 2009)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Tien An (Summer, 2009)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Mr. Gary Lee Lim (Summer, 2010)
- Research Science Institute, Center for Excellence in Education, McLean, VA

## Ms. Manasi Malik (Summer, 2010)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

## Ms. Fay Khudairi (Summer, 2010)

- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Debra Van Egeren (Summer, 2011)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Mr. Rahul Shankar (Summer, 2011)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Ms. Kruti Vora (Summer, 2011)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Jennifer Makovkina (Summer, 2011)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Ruiyi Gao (Summer, 2012)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Jennifer Flaherty (Summer, 2012)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Mr. Nathan Kondamuri (Summer, 2012)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Ms. Minerva Tili (Summer, 2013)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Mr. Juan Paniagua (Summer, 2013)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Sejal Batra (Summer, 2013)

Mr. Rachit Singh (Summer, 2013)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi Finalist in the 2014 Intel Talent Search Competition

Ms. Batelhem Gemechu (Summer, 2014)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Mr. Nathan Pan-Doh (Summer, 2014)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Michelle Campeau (Summer, 2014)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Mr. Ruchir Rastogi (Summer, 2014)
- Research Science Institute, Center for Excellence in Education, McLean, VA
- Semi Finalist in the 2014 Intel Talent Search Competition

Ms. Michelle Gee (Summer, 2015)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Ms. Yasmeen Elaywan (Summer, 2015)
- Young Scholars Program, Center for STEM Education, Northeastern University, Boston, MA

Mr. Anirudh Jain (Summer, 2015)
- Research Science Institute, Center for Excellence in Education, McLean, VA

Mr. Yue (Jerry) Zhang (Summer, 2015)
- Research Science Institute, Center for Excellence in Education, McLean, VA

# SERVICE

## *Professional*

- Membership in Professional and Scientific Societies:

- American Association of Pharmaceutical Scientists (1987-Present).
  Member of the Polymers in Drug Delivery Special Interest Group.
  Member of the Nanotechnology Special Interest Group.

- American Association of Colleges of Pharmacy (1993-Present).
  Member of the Council of Faculties.
  Member of the Laboratory Instructors Discussion Group.

- Controlled Release Society (1993-Present).
  Scientific Advisory Board Member (2012-2014)
  Member of Polymeric Biomaterial Discussion Group

- Society for Biomaterials (1989-Present).
  Member of the Task Force on the Impact of Biomaterials on Graduate Education.
  Member of the Polymeric Materials Special Interest Group.

- Grant Reviewer:

- National Institutes of Health
  National Heart, Lung, and Blood Diseases Institute (NHLBI) 2004 Program of Excellence in Nanotechnology – Special Emphasis Panel [ZHL1-CSR-K (F1)(R)].
  Center for Scientific Review (CSR) November 2004 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1-BST-Z (10)].
  National Institute of Allergy and Infectious Diseases (NIAID) 2005 Challenge Grants: Biodefense Product Development – Special Emphasis Panel [ZA11-TS-M (M5)(R)].
  Center for Scientific Review (CSR) July 2005 Gene and Drug Delivery (GDD) Study Section Meeting – Temporary Member.
  National Heart, Lung, and Blood Diseases Institute (NHLBI) October 2005 – Special Review Committee for P01 Program Proposals.
  Center for Scientific Review (CSR), November 2005 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1 BST-Z 10(B)].
  National Cancer Institute (NCI), March 2006 - Ruth L. Kirschstein NRSA Fellowships (F32/F33) in Cancer Nanotechnology Research (RFA-CA-06-010) Special Emphasis Panel [ZCA1 RTRB-Z(M1)(R)].
  Center for Scientific Review (CSR), April, 2006 Gene and Drug Delivery (GDD) Study Section – SBIR/STTR Programs Special Emphasis Panel [ZRG1 BST-Z (10) (B)].
  National Heart, Lung, and Blood Diseases Institute (NHLBI) May, 2006 – Special Review Committee for P01 Program Proposals.
  Center for Scientific Review (CSR), June, 2006 – Special Emphasis Panel on Proposals in Response to RFA "Biology of RNA Interference" [2006/10 ZRG1 BST-Z (52) (R)].
  Center for Scientific Review (CSR), March, 2007 – Special Emphasis Panel on Proposals in Response to RFA "Small Business: Orthopedics" [ZRG1 MOSS (10)].
  Center for Scientific Review (CSR), July, 2007 – Cancer Drug Development and Therapeutics SBIR/STTR ONC-V (13) [2007/10 ZRG1 ONC-V (13) B].
  Center for Scientific Review (CSR), October 2007 – ZRG1 NANO-M (01) "Nanotechnology" Study Section – Temporary Member.
  National Institute of Biomedical Engineering and Bioimaging (NIBIB), July 2008 - ZEB1 OSR-E (O1) S "Special Emphasis Panel/Scientific Review Group 2008/10 on T32/K99/K01 Training Grants".
  National Institute of General Medical Sciences (NIGMS), August 2008 2008/10 ZGM1 MBRS-0 (NP) "Support of Competitive Research (SCORE) Minority Biomedical Research Support in Neurophysics" Special Emphasis Panel.
  National Cancer Institute (NCI), October, 2008, 2009/01 ZRG1 ONC-X (14) B "Experimental Cancer Therapeutics SBIR/STTR" Special Emphasis Panel.
  National Institute of Biomedical Imaging and Bioengineering (NIBIB) Special Emphasis Panel. 2009/01 ZEB1 OSR-B (J1) S. November 2008 Support for Scientific Conference (R13) Grant Application Review Panel.
  Center for Scientific Review (CSR), January, 2009 – Cancer Immunopathology and Immunotherapy Study Section (CII), *Ad Hoc* Reviewer.
  Center for Scientific Review (CSR), April, 2009 – 2009/05 ZRG1 BST-G (10) B - Assays, Detectors, and Devices SBIR/STTR Panel, *Ad Hoc* Reviewer.
  Center for Scientific Review (CSR), June 2009 - 2009/10 ZRG1 BST-M (58) R, RFA OD-09-003 Challenge Grants Panel 4, *Ad Hoc* Reviewer.
  National Cancer Institute (NCI), July 2009, 2009/01 ZRG1 OTC-X 14 B, Experimental Cancer Therapeutics, SBIR Special Emphasis Panel.

DTX0804-0079

Center for Scientific Review (CSR), October, 2009, 2010/01 BTSS Bioengineering Technology and Surgical Sciences Study Section. *Ad Hoc* Reviewer.

Center for Scientific Review (CSR), February, 2010, 2010/05 BTSS Bioengineering Technology and Surgical Sciences Study Section. *Ad Hoc* Reviewer.

National Cancer Institute (NCI), June 2010 ZCA1 SRLB-Q C1 B, Multifunctional Therapeutics Phase II Special Emphasis Panel, Reviewer.

National Institute of Drugs of Abuse (NIDA), July, 2010 ZDA1 JXR-D (10) Special Emphasis Panel, Reviewer.

Center for Scientific Review (CSR), September 2010, 2011/01 ZRG1 BST-N (03) Member Conflicts: Bioengineering Sciences and Technologies, *Ad Hoc* Reviewer.

Center for Scientific Review (CSR), September, 2010, 2011/01 ZRG1 IMST-K (03) Member Conflict: Enabling Bioanalytical and Imaging Technologies, *Ad Hoc* Reviewer.

Center for Scientific Review (CSR), February, 2011, 2011/01 BTSS Bioengineering Technology and Surgical Sciences Study Section. *Ad Hoc* Reviewer.

Center for Scientific Review (CSR), September, 2011, 2011/01 BTSS Bioengineering Technology and Surgical Sciences Study Section. *Permanent Member.*

Center for Scientific Review (CSR), May, 2012, 2012/10 PAR11-301-303: Pediatric Drug Formulations and Drug Delivery (ZRG1 ETTN-S (50) R) Special Emphasis Panel, *Co-Chair.*

National Institute of Biomedical Imaging and Bioengineering (NIBIB), July 2013, 2013/10 ZEB1 OSR-E (O1) S. NIBIB K Training Meeting (Teleconference) Special Emphasis Panel, *Member.*

- **Department of Defense, United States Army Medical Research and Material Command, Congressionally-Directed Medical Research Program**
  Breast Cancer Research Program Review Panel (2006-Present)
  Breast Cancer Concept Award Review Panel (2010-Present)
  Breast Cancer Training Program Review Panel (2010-2012)
  Peer Reviewed Medical Research Program – Pre-applications for Inflammatory Bowel Disease-1 (2013)

- **United States Department of Agriculture.**
  Investigator initiated proposals.
  SBIR/STTR proposals.

- **American Chemical Society, Washington, DC**
  Petroleum Research Funds

- **Susan G. Komen Foundation for Breast Cancer Grant Program, Dallas, TX**

- **American Association for Advancement of Science, Life Sciences Discovery Fund, Washington, DC**

- **Georgia Cancer Coalition Grant Program, Atlanta, GA**

- **University of Missouri Intramural Grant Program, Columbia, MO**

- **University of Kansas Intramural Grant Program, Lawrence, KS**

- **Medical Research Council of United Kingdom, London, UK**

- **The Wellcome Trust of United Kingdom, London, UK**

- **The Leenaards Foundation Prize, Lausanne, Switzerland**

- **The Netherlands Organisation for Scientific Research – The Netherlands**

- **National Medical Research Council, Ministry of Health, Singapore**

- **Singapore Science and Engineering Research Council (SERC) – an Agency of Science, Technology and Research Singapore (A*STAR), Singapore City**

- **Israel Science Foundation, Tel Aviv, Israel**

- **Hong Kong Innovation and Technology Support Programme, Wanchai, Hong Kong**

- Hong Kong Research Grants Council, Wanchai, Hong Kong

- Skolkovo Foundation, Moscow, Russia

- Danish Research Council, Copenhagen, Denmark

- Kuwait Foundation for the Advancement of Science, Kuwait City, Kuwait

- Omani Research Council, Muscat, Oman

- South African Medical Research Council, Durban, South Africa

- Membership in Industrial and Academic Scientific Advisory Boards:
    - Nemucore Medical Innovations, Wellesley, MA (Founder and Scientific Advisory Board member)
    - Blue Ocean Biomanufacturing, Inc., Worcester, MA (Founder and Scientific Advisory Board member)
    - OnSite Therapeutics, Inc., Lowell, MA (Scientific Advisory Board member)
    - Cerulean Pharmaceuticals, Inc., Cambridge, MA (Scientific Advisory Board member)
    - Controlled Release Society (Scientific Advisory Board member)
    - Center for Nanomedicine and Drug Delivery, Xavier University of Louisiana, New Orleans, LA (Scientific Advisor)
    - International Symposium on Recent Advances in Drug Delivery Systems, University of Utah, Salt Lake City, UT (Scientific Advisor)

- Journal Editorships:
    - Associate Editor, *Nanomedicine: Nanotechnology, Biology, and Medicine*
    - Associate Editor, *Open Nano*
    - Associate Editor, *International Journal of Green Nanotechnology: Biomedicine*

- Membership in Journal Editorial Boards:
    - Drug Design, Development and Therapy
    - Expert Opinion on Drug Delivery
    - Journal of Biopharmaceutics and Biotechnology
    - Journal of Nano Education
    - Nanotechnology, Science and Applications
    - Pharmaceutical Formulations and Quality
    - Recent Patents on Drug Delivery and Formulations
    - Synthesis and Reactivity in Inorganic, Metal-Organic, and Nano-Metal Chemistry
    - Tissue Barriers
    - The Open Drug Delivery Journal

- Reviewer for Scientific Journals (partial list):
    - ACS Nano
    - Advanced Drug Delivery Reviews
    - Angewandte Chemie, International Edition
    - Bioconjugate Chemistry
    - Biomacromolecules
    - Biomaterials
    - Cancer Chemotherapy and Pharmacology
    - Cancer Letters

- Cancer Research
- Carbohydrate Polymers
- European Polymer Journal
- European Journal of Pharmaceutics and Biopharmaceutics
- European Journal of Pharmaceutical Sciences
- Expert Opinion on Drug Delivery
- Expert Opinion on Biological Therapy
- Gene Therapy
- International Journal of Cancer
- International Journal of Pharmaceutics
- Journal of Applied Polymer Sciences
- Journal of the American Chemical Society
- Journal of Biomaterial Science, Polymer Edition
- Journal of Biomedical Materials Research
- Journal of Controlled Release
- Journal of Liposome Research
- Journal of Pharmacy and Pharmacology
- Journal of Pharmaceutical Sciences
- Journal of Pharmacology and Experimental Therapeutics
- Life Sciences
- Macromolecular Biosciences
- Molecular Cancer Therapeutics
- Molecular Pharmaceutics
- Nature Communications
- Nature Nanotechnology
- Nature Reviews Drug Discovery
- Pharmaceutical Research
- Polymer International
- Science
- Small
- STP Pharma Sciences

- Participation in Short Courses:

- Scanning Probe Microscopy Seminar and Workshop. Woburn, MA.
- Particle Technology Seminar and Workshop. Natick, MA.
- Application of HTML for Developing Instructional Materials. Boston, MA.
- Absolute Macromolecular Characterization with Light Scattering. Boston, MA.
- Scientific and Engineering Applications of Macintosh® Computers. Boston, MA.
- Surface Characterization of Biomedical Materials. Phoenix, AZ.
- Hydrogels in Medicine and Pharmacy. Indianapolis, IN.

- American Association of Pharmaceutical Scientists (AAPS), Northeast Regional Discussion Group Planning Committee Member (2001-2005).

- Organizer of the National Cancer Institute/Nano Science and Technology Institute Special Symposium on *"Nanotechnology for Cancer Prevention, Diagnosis, and Treatment"* (2005-Present).

- Instructor for Nano Science and Technology Institute's Tutorial Session on *"Nanotechnology for Medical*

*Imaging and Therapy*" (2005 – Present).

- Scientific Organizing Committee Member and Session Chair of the *"Cancer Nanotech Conference: Detecting and Treating Cancer*". Paris, France. (2005-2007).

- Organizer of the "*2009 Indo-US Cancer Nanotechnology Symposium*", sponsored by the Indo-US Science and Technology Forum, New Delhi, India. February 2009.

-  Organizer of the Materials Research Society, Spring 2012 Meeting, San Francisco, CA. Symposium on *"Nanomedicine for Molecular Imaging and Therapy"* March, 2012.

- Registered Pharmacist in MA since 1988 (license #: 20415).

### University, College, School, & Department

- Faculty Delegate to the United States Pharmacopeia (USP) Convention (2003-Present).

- Faculty Advisor – American Association of Pharmaceutical Scientist – Northeastern University Student Chapter (2009-Present)

 - Faculty Advisor - Beta Tau Chapter, Rho Chi Pharmaceutical Honor Society (1993-1999).

- Coordinator of the American Association of Pharmaceutical Scientists, Visiting Scientist Program (1993-1999).

- Presentations for Pharmacy Continuing Education Programs.
    - *Helicobacter pylori* and Peptic Ulcer Disease
    - Advances in Drug Delivery Systems: A Primer for Pharmacists
    - Nanomedicine: Realizing the Potential of Targeted and Molecular Therapies
    - Pharmaceutical Calculations: A Primer for Pharmacists and Pharmacy Technicians

- Participation in Pharmacy Open Houses and Student Orientations.

- Participation in Pharmacy Alumni Activities.

- Pharmacy Student's Academic Advising/Portfolio Reviewer.

- Committee Assignments:

    *University:*

        - University Patent Committee (2002-2009, 2012-Present).
        - Biotechnology Academic Steering Committee (2002-Present).
        - Senate Search Committee for Bouve College Dean (2011-2012).
        - Provost's Tenure Advisory Committee (2008-2010).
        - Academic Computing Advisory Committee (2004-2006).
        - Senate Library Advisory Committee (2001-2007).
        - Education Technology Faculty Advisory Committee (2004-2006)
        - Senate Committee for Evaluation of Dean of Nursing (2004-2006).
        - Senate Committee for Evaluation of Dean of Libraries (2003-2004).

DTX0804-0083

  - Executive Committee of the Biotechnology Initiative (2002-2004).
  - Senate Committee for Department of Pharm. Practice Chair Search (2001-2002).
  - University Instructional Technology Task Force (2000-2001).
  - Senate Committee for Department of Pharm. Sciences Chair Search (1996-1997).

*Bouvé College:*

  - Bouve Dean's Leadership Team (2011-Present).
  - Bouve Administrative Committee (2005 – 2011).
  - Associate Dean for Research Search Committee (2010-2011).
  - George D. Behrakis Endowed Professor Search Committee (2002-2004).
  - College Technology Committee (1998-2000).
  - College Diversity Committee, (1994-1995).
  - College Computer Advisory Committee, (1995-1998).
  - Graduate Education and Research Task Force (1998-1999).
  - Graduate Committee for Biomedical Sciences Program (1998-2000).

*School of Pharmacy:*

  - Pharmacy Executive Committee (2008-Present).
  - Pharmacy Steering Committee (2001-2004, 2005-Present).
  - Pharmacy Curriculum Committee (1998-2002, 2007-Present).
  - Pharmacy Re-Accreditation/Self-Study Committee, (1995-1996, 2008-2010).
  - Pharmacy Professional Affairs Committee (2006-2009)
  - Pharmacy Transfer Students Admission Committee, (1994-2001, 2003-2007).
  - Graduate Committee of the School of Pharmacy (2002-2006).
  - Pharmacy Honors and Awards Committee, (1994-2001).
  - Pharmacy Progression Requirements Committee, (1996-2000).
  - Pharmacy Laboratory Renovation Committee (1997-1999).
  - Doctor of Pharmacy Tracking Admission Committee (1998-2000).
  - Doctor of Pharmacy Curriculum Working Group (1996-1999)*.

*Departmental of Pharmaceutical Sciences:*

  - Merit Review Committee, (1994-1996, 1997-2000, 2002-2003, 2007-2008).
  - Faculty Search Committees, (1994-1996, 1998-1999, 2002-2003*, 2007-2008).
  - Pharmaceutical Sciences Workload Policy Committee (2005-2007*)
  - BS in Pharm. Sciences Program Evaluation Committee (2001-2003, 2009-2010).
  * Committee Chair

### Community

  - Discuss Pharmacy as a Career Choice to Middle and High School Students and Parents.
  - Provide Math and Science Tutoring to Middle and High School Students.
  - Participate in Fund Raising Activities for Local Schools and Charitable Community Organizations

### AWARDS AND HONORS

  - Controlled Release Society – Induction into the College of Fellows – 2014.
  - Phi Lambda Sigma, Pharmacy Leadership Society, Honorary Member – 2014.

- Controlled Release Society - Tsuneji Nagai Award – 2012.
- American Association of Pharmaceutical Scientists (AAPS) Fellowship, 2007.
- American Association of Pharmaceutical Scientists (AAPS) - Meritorious Manuscript Award, 2007.
- Nano Science and Technology Institute (NSTI) Fellowship Award for Outstanding Contributions towards the Advancement, in Nanotechnology, Microtechnology, and Biotechnology, 2006.
- Cited in Academic Pharmaceutical Scientists Who's Who, 2004.
- Eurand Award for Outstanding Research in Oral Drug Delivery, Third Prize, 2003.
- Special Faculty Recognition Award from the Doctor of Pharmacy Students, Class of 1999.
- Recipient of Rho Chi Advisor Appreciation Award, 1997, 1998, & 1999.
- Recipient of Dean's Excellence in Teaching Award, 1996.
- Cited in Who's Who in Science and Engineering, 1996.
- Member of Sigma Xi - The Scientific Research Society, 1996.
- Member of Rho Chi - Pharmaceutical Honor Society, 1987.
- Recipient of Dean's Undergraduate Research Achievement Award, 1987.
- Recipient of Burroughs Wellcome Academic Scholarship, 1987.
- Recipient of Dean Leroy Keagle Memorial Scholarship, 1986.

**Last Updated:** September 2015

DTX0804-0085