# S. Craig Dyar, Ph.D., R.Ph.

SCD Pharma Consulting
14012 Coffee Bluff Road
Savannah, GA
Telephone: 734.834.7099
E-mail: craigdyar@scdpharmaconsulting.com

DEFENDANTS' EXHIBIT
DTX-1316

## SUMMARY

Over twenty years of hands-on experience in drug development, including formulation of suspensions, solutions, tablets, and capsules.  Spent ten years working for Parke-Davis and Pfizer evaluating and developing drug delivery systems, and has served as a consultant in drug delivery assessment and problem solving for the past seven years.  Assistant Professor at South University, teaching graduate courses in pharmaceutics and pharmacokinetics, including numerous laboratory courses.

## CAREER HIGHLIGHTS

- Provide expert opinion relating to formulations and drug delivery technology
- Teach graduate level courses in Pharmacokinetics and Pharmaceutics covering topics such as formulation development of solutions, tablets, emulsions, and topicals including release profiles
- Consultant to the pharmaceutical industry on drug development from discovery to post-launch, life-cycle planning, intellectual property, project management, compound licensing and business development
- Supervised 6 and trained 9 scientists, 5 at Ph.D. level, in unit processes including milling, hot-melt extrusion, fluid-bed granulation, blending, tableting and coating
- Directed Drug Delivery Assessment group to enable compound development and product enhancement for early and late stage compounds
  - Served on global drug delivery group to define strategy for external collaborations based upon a careful review of the current portfolio
  - Invited presenter at 4 national drug delivery conferences
  - Fostered business relationships with 50 drug delivery companies including execution of 30 confidential disclosure agreements which led to 5 partnerships
  - Designed, developed and maintained a global database of 300 drug delivery technology companies by directly contacting each company
- Led Pharmaceutical Sciences Teams on ophthalmology and dermatology projects
  - Serve as the single point of accountability and technical expert for projects from Preclinical to Phase III stages of development. Responsible for managing the timelines and resources including a multimillion dollar budget
  - Led multi-disciplinary global teams composed of 8 – 12 colleagues in analytical, formulation, regulatory, quality assurance and supply chain areas
  - Led team in the resolution of several manufacturing issues and developed guidelines to improve the manufacture practices
- Authored numerous Good Manufacturing Practice/Good Laboratory Practice guidelines (GMP/GLP) and standard operating procedures (SOP)
- Utilized Quality by Design principles to develop novel conventional and controlled-release solid dose for tablet and capsule drug delivery systems using solubility and bioavailability enhancement techniques such as hot-melt solid dispersions, supercritical fluids and lipids
  - Adapted technology from the food, plastics and other industries for use in the pharmaceutical industry to solve issues related to polymer mixing
  - Directed scale-up of a hot-melt solid dispersion formulation for a launched product, troglitazone
- Wrote book chapter on an internally developed novel solubility enhancement technology
- Chaired local Pharmaceutical Science Technology Board and was an inaugural member
- Defined procedures and led compound licensing activities for pharmaceutical science in Michigan and served on global licensing team. Responsible for the due diligence activities for 8 licensing opportunities, which led to 3 Phase III licensing deals
- Managed 2 scientists responsible for analytical support and technology development

- Managed the COX-2 franchise for Worldwide Pharmaceutical Science
    - Served as the pharmaceutical science member of COX-2 lifecycle team composed of members from Marketing, Regulatory, Clinical PK, Medical, Legal
    - Chaired celecoxib reformulation team composed of members from above groups
    - Developed proposal and obtained endorsement for multimillion dollar proof of concept studies leading to a program in late stage development
    - Defined pharmaceutical science strategy for COX-2 programs and obtained endorsement from senior leaders in marketing, medical, regulatory and legal
    - Provided guidance to pharmaceutical science COX-2 teams regarding above strategy
    - Pioneered endorsed idea, which used an alternate formulation approach reducing cost ($8 M) and time (2 years), required to reach the market
    - Chaired two cross-functional product enhancement management teams

## EXPERIENCE

SCD Pharma Consulting, Savannah, Georgia
- **President** — 2008-Present

South University – School of Pharmacy, Savannah, Georgia
- **Assistant Professor** — 2008-Present

Lachman Consultants, Westbury, New York
- **Senior Associate** — 2010-Present

IntraTab Labs, Miami, FL
- **Chief Operating Officer** — 2012-2015

Pfizer, Ann Arbor, Michigan
- **Associate Research Fellow** — 2004-2008
- **Senior Principle Scientist** — 2001-2004
- **Senior Scientist** — 2000-2001
- **Scientist** — 1998-2000

Registered Pharmacist, Pharmacist in Charge — 1987-1994

## EDUCATION AND PROFESSIONAL DEVELOPMENT

**Doctor of Philosophy in Pharmaceutical Science,** Medical University of South Carolina, Charleston

Bachelor of Science in Pharmacy, Medical University of South Carolina, Charleston

Bachelor of Science in Biology, University of South Carolina, Spartanburg

Level II and III Management Training, University of Michigan, Executive Education Center

Kepner-Tregoe Certification in Problem Solving and Decision Making

## ACHIEVEMENTS AND AWARDS

Member of Rho Chi Honor Society and American Association of Pharmaceutical Sciences
Fellow of the American Foundation for Pharmaceutical Education (AFPE)
Delegate to the United States Pharmacopeia

## PATENTS, PUBLICATIONS, PRESENTATIONS and POSTERS

**S. Craig Dyar**, Numerous lectures (25-30 per year) in Pharmaceutics and Pharmacokinetics at South University School of Pharmacy on topics such as Chemical Kinetics, Solutions, Suspensions, Topicals, Transdermals, Solid Oral Dosage Forms, Novel Drug Delivery Systems, Protein and Peptide Delivery Systems, and numerous other physical pharmacy topics. (2008 to Current).

**S. Craig Dyar**, Invited panelist and moderator on "How to Pursue and Assess Potential Technologies as Synergistic Fits for your Program" at the Institute for International Research's 12th Annual Drug Delivery Partnerships Conference. San Diego, CA (2008).

**S. Craig Dyar**, Invited presentation on "Navigating the Challenges of Early Phase Development in Ophthalmology" at Financial Research Associates' 2nd Annual Drug Delivery Conference. San Diego, CA (2007).

**S. Craig Dyar**, Patent entitled "Pharmaceutical Compositions of Amorphous Atorvastatin and Process for Preparing Same" (WO06059224 A1 2006, CA2589537 AA 2006, EP1819319 A1 2007).

**S. Craig Dyar**, Keynote Panelist on "The Next Wave of Partnerships and Investment in Drug Delivery and Specialty Pharmaceuticals" at Strategic Research Institute's 11th Annual Forum on Drug Delivery Technologies & Deal-Making. New Brunswick, NJ (2006).

**S. Craig Dyar**, Patent entitled "Process and System for Controlled-Release Drug Delivery" (AT293439 E 2005, BRPI0105909 A 2002, CA2363902 AA 2002, C 2006, DE60110192 D1 2005, DE60110192 T2 2006, EP1213014 A2 2002, A3 2002, B1 2005, ES2240313 T3 2005, JP2002212061 A2 2002, MXPA01012456 A1 2005, US2002119197 AA 2002).

**S. Craig Dyar**, Invited presentation on "Language of Marketing – A Scientist's Interpretation" at Strategic Research Institute's 11th Annual Forum on Drug Delivery Technologies & Deal-Making. New Brunswick, NJ (2006).

**S. Craig Dyar** and Michael Wider, Workshop on "Constructing Mutually Beneficial Drug Delivery Licensing Agreements" at CBI's 7th Forum on Drug Delivery Systems. Philadelphia, Pa (2004).

**S. Craig Dyar**, Panelist on "Technology Differentiation: How are Similar Technologies Effectively Evaluated?" at the 8th Annual Drug Delivery Partnerships meeting. Beverly Hills, CA (2004).

**S. Craig Dyar**, Melt-Extruded Particulate Dispersions in <u>Pharmaceutical Extrusion Technology</u> (I. Ghebre-Sellassie, ed.), Marcel Dekker, Inc, New York, (2003), pp. 261-276.

**S. Craig Dyar**, M. Mollan, S. Khan, L. Tang, J. Cook and I. Ghebre-Sellassie, Evaluation of three dissolution enhancement methods on bioavailability, AAPS Poster in New Orleans (1999).

**S. Craig Dyar** and Robert E. Notari, A nomogram to evaluate intrinsic absorption rate constants of potential oral prolonged-release candidates, <u>Pharmaceutical Development and Technology</u>, 4(3): 305-312 (1999); AAPS Poster in San Francisco (1998).

**S. Craig Dyar** and Robert E. Notari, Hydrolysis kinetics and stability predictions for a mixture of R and S temocillin isomers, <u>International Journal of Pharmaceutics</u>, 173(1,2): 225-236 (1998).

**S. Craig Dyar** and Robert E. Notari, Defining the rate-controlling step for absorption following oral administration of zero-order prolonged-release formulations, <u>Pharmaceutical Research</u>, 14(11): 243 (1997); AAPS Poster in Boston (1997).