**Keith R. Bley, Ph.D.**
1230 University Drive
Menlo Park, CA 94025
650-861-0388
keithbley@gmail.com

*BACKGROUND SUMMARY*

Over 24 years of experience in the pharmaceutical industry, which includes leadership of formulation development for topical and transdermal patches, films, oral dosage forms, gels, and liquids. These products have targeted diverse diseases or conditions, including pain, skin infections and pre-cancerous lesions. A key focus of most of these formulations has been to deliver a drug either into or through the skin or mucous membranes. Pharmaceutical company employment includes Antiva Biosciences (present), NovaBay Pharmaceuticals, Solimar Therapeutics, NeurogesX, Roche and Syntex. Named inventor on 17 patents and 10 pending patent applications relating to pharmaceuticals. Author on over 35 publications.

*EMPLOYMENT*

8/1 – Present  **Senior Vice President of Development**, Antiva Biosciences, Inc. Menlo Park, CA 94025

Lead all aspects of development of a novel compound for cervical dysplasia. Conceive of topical formulation and manage the contract research organization optimizing the excipients and solvent system through *in vitro* testing. Explore additional indications, such as direct injection of the same compound into other types of lesions. Manage non-clinical evaluation of the molecule and formulations. Lead interactions with regulatory agencies (FDA and EMA). Support clinical planning and study design. Contribute to patent applications on novel compounds and formulations. Interact extensively with investors and the Board of Directors.

1/15 – Present **Advisor and Mentor**.

Advise and mentor start-up biopharmaceutical companies focused on indications that have included pain, cancer, chronic gastrointestinal inflammatory diseases, and sickle cell disease. Advisor, California Life Sciences Association Fellows All-Star Team program.

1/15 – 7/15  **Consultant and Entrepreneur**.

Provided scientific evaluations for portfolio prioritizations and valuations, and licensing deal analyses, performed for biopharmaceutical companies. Developed proposals for matching technologies and products available for out-licensing. Explored starting own company.

3/13 – 12/14 **Senior Vice President of Product Development**. NovaBay Pharmaceuticals, Inc. (NYSE-MKT: NBY). Emeryville, CA 94608.

Led all aspects of drug development related to dermatological, urological and undisclosed rare disease indications. Led and managed discovery research, formulation research, nonclinical, and CMC. Eventually, led clinical and regulatory affairs. Maintained close relationships with corporate partners and participated in developing new partners for dermatology, urology and undisclosed product candidates. Led research into new targets and indications for proprietary



1

compounds and topical formulations. Managed those responsible for relationships with API and product manufacturers. Engaged in high-level negotiations with manufacturers and CROs. Key determiner of regulatory strategy and lead face-to-face meetings and teleconferences with multiple FDA divisions. Drafted and prosecuted Orphan Drug and Fast Track designation applications. Drafted, reviewed and edited 510(k) and CE Mark submissions. Managed regulatory affairs attorneys and consultants. Participated in investor briefings both at corporate offices and at investor hubs. Provided scientific interface and credibility with investors. Drafted and reviewed press releases. Supervised managers insuring compliance with GMP, GLP and ISO standards for drug candidates and medical devices. Participated in training of clinical investigators. Liaised with KOLs and researchers in a variety of indications.

1/12 – 2/13     **Founder, Solimar Therapeutics, Inc.**

Solimar Therapeutics aspired to develop several different products, the most advanced of which were novel injectable or oral medicines for the acute management of congenital bleeding disorders and pain. The lead series of compounds were prodrugs of FDA-approved drugs indicated for either bleeding or pain management. Other opportunities explored included a photodynamic therapy for the management of chronic pain and itch, and attempts to license languishing drug candidates (e.g., for chronic kidney disease). Conceived of and led all aspects of the various technologies, from conception and intellectual property filings to supervision of medicinal chemistry and formulation development.

1/12 – 2/13     **Consultant**. Clients included NeurogesX, Coyote Pharmaceuticals, Quadriga Biosciences, Spinal Modulation and A2M Pharma.

Continued to advise and assist NeurogesX with a range of activities, including patent prosecution and sale of corporate assets to Acorda Therapeutics. Assisted emerging biopharmaceutical companies with a wide range of drug development activities, ranging from discovery research and nonclinical study management to corporate presentations and documents for investors. Advised on the design and placement of nonclinical and clinical studies at CROs. Supervised development of bioanalytical assays. Worked with API suppliers and CROs to manufacture and purify drug substances. Wrote, reviewed and edited study reports and publications. Interacted with thought and key opinion leaders in CNS fields ranging from pain to amyotrophic lateral sclerosis.

8/01 – 12/11    **Senior Vice President, Nonclinical Research & Development**. NeurogesX, Inc., San Mateo, CA 94404.
7/00 – 7/01     **Vice President, Nonclinical Research & Development**. NeurogesX, Inc.

*Product Development & Support*
Instrumental role in transformation of treatment concept into the topical medicine Qutenza® (www.qutenza.com) marketed in over 31 countries by Acorda Therapeutics and Astellas Pharma. Supervised or participated in design and implementation of all NDA- and MAA-supporting pharmacology, toxicology, safety pharmacology and ADME studies. Supervised bioanalytical method development and both clinical and non-clinical plasma sample analyses at CROs. Directly responsible for all aspects of product profile and prototype formulation development. Selected CROs to develop topical patch and liquid formulations, and proprietary adjuncts. Identified and selected API manufacturer. Supervised or participated in later-stage CMC

2

activities. Drafted Qutenza Development Report for regulatory filings. Reviewed and participated in the writing of all regulatory submissions. Developed a thorough knowledge of FDA regulations and international regulatory requirements. Represented nonclinical functions in presentations and discussions with US FDA and EU (UK, Sweden, Germany, Portugal & Hungary) regulatory agencies. Provided input to preparation for Advisory Committee meeting on Qutenza Supplemental NDA. Played key role in strategy concerning product collaborations, launch, commercialization and life cycle management. Drafted and maintained functional area budgets and timelines. Led design of first Phase 1 clinical study of Qutenza and active control, and published resulting data. Participated in training of NGSX Medical Science Liaisons and sales force. Wrote and edited key documents for corporate and product web sites or supplied to sales force and MSLs. Identified thought leaders for conference presentations. Assisted with compilation of materials to be used for Continuing Medical Education. Initiated and maintained relationships with key opinion leaders.

*Science & Research*
Scientific leader for NGSX. Served as spokesperson regarding mechanism and site of action of Qutenza (NGX-4010) and capsaicin. Authored or contribute to publications on capsaicin, TRPV1 receptors and Qutenza. Conceived of next-generation TRPV1 agonist-based product and lead development of NGX-1998 (now designated NP-1998 by Acorda) into successful Phase 2 proof-of-concept clinical study. Supervised or participated in design and implementation of pharmacology and toxicology studies to support Qutenza and second-generation TRPV1 agonist products. Led exploratory research into novel analgesics and developed pipeline strategy. Conceived of and initiated exploratory research into multiple projects, including those for acetaminophen and opioid prodrugs. Led nonclinical evaluation of novel analgesics. Led and supervised research activities at international CROs. In conjunction with Morrison & Foerster, participated in drafting and prosecution of patent applications for novel capsaicin formulations, capsaicin prodrugs and prodrugs of other analgesics. Identified and evaluated in-licensing candidates. Generated product ideas. Maintained close ties to the neurology and pain research communities. Invited speaker and chairperson at pain meetings.

*Corporate*
One of 3 founding employees. Co-wrote and delivered investor presentations which raised Series A funding. Contributed to raising Series B, C1 and C2 venture capital financings (~$86 MM). Participated in all aspects of biopharmaceutical company management. Contributed to IPO process (May 2007; NGSX) through editing and writing sections of S-1 and underwriter and analyst briefings. Participated in reviewing major SEC filings. Delivered numerous presentations to Board, investors, research analysts and potential corporate partners. Contributed significantly to Ex-US partnership with Astellas. Served as scientific expert at Qutenza booths at scientific meets for both NGSX and Astellas. Planned strategy for NGSX patent estate. Traveled to US PTO for face-to-face prosecution of patent applications.

1/99 – 7/00   **Research Manager**. Departments of CNS Research & Analgesia, Roche Pharmaceuticals, Palo Alto, CA.

7/95 – 12/98  **Research Scientist II**. Department of Analgesia, Roche Pharmaceuticals. Palo Alto, CA. (Syntex was acquired by Roche in 1995.)

10/91 – 6/95  **Research Scientist I**. Department of Neuroscience, Institute of Pharmacology, Syntex Research, Palo Alto, CA.

DTX0601-0003

1/91 – 9/91   **Associate Research Scientist**. Department of Neuroscience, Institute of Pharmacology, Syntex Research.

*Project Leadership*
Led Palo Alto-based Project Team responsible for preclinical, Phase 1 and Phase 2a development of a novel pain therapeutic; Project Team activities included design and implementation of clinical studies, preparation of cGMP drug formulation, toxicology and pharmacokinetic studies to support regulatory filings and continued pharmacological characterization of the compound. After transfer of project to Roche Global Development, served as the pharmacologist on International Project Team, thus responsible for composition and review of many global presentations and documents. Participated in meetings with FDA and EU regulatory authorities.

*Supervisory*
Managed and mentored a large group of physiologists and cell biologists responsible for *in vitro* assays that supported drug discovery programs in analgesia, CNS and GI disorders and urology. Established research priorities and coordinated all activities. Communicated assay results throughout the organization. Monitored compliance with internal SOPs, intellectual property requirements and FDA regulatory guidelines.

*Science & Research*
Participated in research in Alzheimer's disease, depression, anxiety, schizophrenia, stroke, pain, inflammation, GI and urogenital therapy areas. Generated many ideas for novel drug targets in neurology, pain and urology therapeutic areas. Received Roche Bioscience Innovator's Award for proposal of mechanism of action underlying RO1138452. Liaised with business development organization regarding scientific evaluation of product concepts and in-licensing opportunities. Educated chemists regarding molecular targets and bioassays for many projects.

## EDUCATION & TRAINING

**Ph.D., M.Phil., M.S.**, Department of Cellular and Molecular Physiology, Yale University, New Haven, CT. Dissertation title: Modulation of Calcium and Potassium Channels in Sympathetic Neurons by Neuropeptides and Other Ganglionic Transmitters.

**M.Phil., M.A.**, Department of Philosophy, Columbia University, New York, NY.

**B.A.** in Philosophy (with Honors), Catholic University of America, Washington, DC.

**Wharton/Windhover Program** for Pharmaceutical and Biotech Executives. Philadelphia, PA.

**Neurobiology Summer Course**, Marine Biological Laboratory, Woods Hole, MA.

## PATENTS

Bley K, Jandeleit B. Acetaminophen conjugates, composition and methods of use thereof. US 9,024,055.

Muhammad N, Bley KR. Carbonate prodrugs and methods of using the same. US 8,993,545.

Angel AJ, Litle L, Bley KR, Wilcox AL, Jamieson GC, Muhammad N. Compositions and kits for the removal of irritating compounds from bodily surfaces. US 8,889,113.

Muhammad N, Bley KR. Carbonate prodrugs and methods of using the same. US 8,735,376.

Muhammad N, Jamieson GC, Bley KR, Chanda S. Methods and compositions for administration of TRPV1 agonists. US 8,734,770.

Muhammad N, Jamieson GC, Bley KR, Chanda S. Methods and compositions for administration of TRPV1 agonists. US 8,273,390.

Angel AJ, Litle LW, Bley KR, Wilcox AL, Jamieson GC, Muhammad N. Compositions and kits for the removal of irritating compounds from bodily surfaces. US 8,263,059.

Muhammad N, Jamieson GC, Bley KR, Chanda S. Methods and compositions for administration of TRPV1 agonists. US 8,263,093.

Muhammad N, Jamieson GC, Bley KR, Chanda S. Methods and compositions for administration of TRPV1 agonists. US 7,953,166.

Jamieson GC, Muhammad N, Bley KR. Oils of capsaicinoids and methods of making and using the same. US 7,771,760.

Jamieson GC, Muhammad N, Bley KR. TRPV1 agonist compounds, formulations, prodrugs, methods for using the same. US 7,632,519.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapia FJ, Muehldorf AV, O'Yang C, Sun TW. 2-(substituted-phenyl)amino-imidazoline derivatives. US 7,141,584.

Bley KR, Clark RD, Jahangir A. Thiophenylaminoimidazolines as IP antagonists. US 7,078,401.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapaia FJ, Mueldorf AV, O'Yang C, Sun TW, Weitao T. 2-(Substituted-phenyl)amino-imidazoline derivatives. US 6,693,200.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapaia FJ, Mueldorf AV, O'Yang C, Sun TW, Weitao T. 2-(Substituted-phenyl)amino-imidazoline derivatives. US 6,596,876.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapia FJ, Muehldorf AV, O'Yang C, Sun TW. 2-(Substituted-phenyl)amino-imidazoline derivatives. US 6,472,536.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapia FJ, Muehldorf AV, O'Yang C, Sun TW. 2-(Substituted-phenyl)amino-imidazoline derivatives. US 6,184,242.

*SELECTED PATENT APPLICATIONS*

Bley KR, Jandeleit B. Tranexamic acid conjugates, compositions and methods of use therefore. Filed with PTO on March 28, 2015.

Bley KR, Jandeleit B. Acetaminophen conjugates, compositions and methods of use therefore. Filed with PTO on October 19, 2012.

Bley KB. Method of treating pain with photosensitive compounds. Filed with PTO on April 17, 2012.

5

Bley KR, Jandeleit B. Acetaminophen conjugates and methods of use therefore. Filed with PTO September 22, 2011.

Muhammad N, Bley KR. Water-soluble acetaminophen analogs. WO 2009/143295; US 20110212926.

Muhammad N, Bley KR, Tobias J. Hepatoprotective acetaminophen mutual prodrugs. WO 2009/143299; US 2011263545

Muhammad N, Bley KR. Opioid prodrugs and methods of making and using the same. US 20080318905.

Bley KR. Low-concentration capsaicin patch and methods for treating neuropathic pain. US 20060222690.

Bley KR, Clark RD, Jahangir A. Thiophenylaminoimidazolines as IP antagonists. US 20050020648.

Bley KR, Clark RD, Jahangir A, Kowalczyk BA, Lopez-Tapaia FJ, Mueldorf AV, O'Yang C, Sun TW, Weitao T. 2-(Substituted-phenyl)amino-imidazoline derivatives. US 20040122053.

## PUBLICATIONS

Bley KR, Gennevois D, Mehlisch DR. The prostacyclin (IP) receptor antagonist RO1138452 displays analgesic efficacy comparable to ibuprofen following oral surgery. *In preparation.*

Todd Linsenmeyer, Lance Goetz, Michael Kennelly, Naomi Ocampo, Kenneth Krantz, Susan M. Iovino, Ramin (Ron) Najafi, Dmitri Debabov, Suriani Abdul Rani and Keith Bley. Auriclosene Irrigation Solution Reduces Encrustation and Clinical Blockage of Long-Term Indwelling Urinary Catheters: Results of a Phase 2 Clinical Study. *Submitted.*

Crew JR, Thibodeaux KT, Speyrer MS, Gauto AR, Shiau T, Pang L, Bley KR, Debabov D. Flow-through instillation of hypochlorous acid in treatment of necrotizing fasciitis. *Submitted.*

Suriani Abdul Rani, Chris Celeri, Ron Najafi, Keith Bley and Dmitri Debabov. Irrigation with *N,N*-Dichloro-2,2-Dimethyltaurine (NVC-422) in a Citrate Buffer Maintains Urinary Catheter Patency *In Vitro* and Prevents Encrustation by *Proteus mirabilis*. Urolithiasis. 2015 Aug 18. [Epub ahead of print]

Bley KR. Effects of Topical Capsaicin on Cutaneous Innervation: Implications for Pain Management. *Open Pain Journal.* 2013; 6 (Supple 1:M9):81-94.

Bley KR, Boorman G, Mohammad B, McKenzie D, Babbar S. The carcinogenic and anti-carcinogenic potential of capsaicin: a comprehensive review. *Toxicologic Pathology.* 2012; 40(6):847-873.

Anand P, Bley K. Topical capsaicin for pain management: therapeutic potential and mechanisms of action of the new high-concentration capsaicin 8% patch. *Brit J Anaesthesia.* 2011; 107(4):490-502.

Babbar S, Chanda S, Bley KR. Inhibition and induction of human cytochrome P450 enzymes *in vitro* by capsaicin. *Xenobiotica.* 2010; 40(12):807-16.

Kennedy WR, Vanhove GF, Tobias J, Bley KR, Walk D, Wendelschafer-Crabb G, Simone DA, M.M. Selim MM, NGX-4010 C115 Study Group. A randomized controlled open-label study of the long-term effects of NGX-4010, a high-concentration capsaicin patch, on epidermal nerve fiber density and sensory function in healthy volunteers. *J Pain.* 2010; 11(6):579-87.

Bley KR. TRPV1 agonist approaches for pain management. 2010. In: *Vanilloid Receptor TRPV1 in Drug Discovery: Medicinal Chemistry, Biology, and Therapeutic Potential for Chronic Pain and Pathological Disorders.* Eds. Gomtsyan A and Faltynek CR. John Wiley & Sons (New York). pp. 325-347.

Babbar S, Marier JF, Mouksassi MS, Beliveau M, Vanhove GF, Chanda S, Bley K. Pharmacokinetic analysis of capsaicin after topical administration of a high-concentration capsaicin patch to patients with peripheral neuropathic pain. *Ther Drug Monit.* 2009; 31(4):502-10.

Chanda S, Bashir M, Babbar S, A. Koganti and K. Bley (2008). *In vitro* hepatic and skin metabolism of capsaicin. *Drug Metab Dispos.* 2008; 36(4):670-75.

Chanda S, Erexson G, Babbar S, Burlew JA, Frost D, Bley K. 26-Week dermal oncogenicity study with pure *trans*-capsaicin and lidocaine in Tg.AC hemizygous mice (FBV/N). *Intern J Tox.* 2007; 26(2):123-33.

Jones RL, Wise H, Clark R, Whiting RL, Bley KR. Investigation of the prostacyclin (IP) receptor antagonist RO1138452 on isolated blood vessel and platelet preparations. *Brit J Pharmacol.* 2006; 149(1):110-20.

Chanda S, Sharper V, Hoberman A, Bley K. Developmental toxicity study of dermally applied pure *trans*-capsaicin in rats and rabbits. *Intern J Tox.* 2006; 25(3):205-17.

Bley KR, Bhattacharya A, Daniels DV, Gever J, Jahangir A, O'Yang C, Smith S, Srinivasan D, Ford APDW, Jett MF. RO1138452 and RO3244794: Characterization of structurally distinct, potent and selective IP (prostacylin) receptor antagonists. *Brit J Pharm.* 2006; 147(3):335-45.

Malmberg AB, Bley KR, eds. *TRPV1 Receptors: Turning Up the Heat on Pain and Inflammation.* 2005. Birkhäuser Verlag (Basel). ISBN: 3764370807.

Bley KR, Malmberg AB. TRPV1 agonist-based therapies: mechanism of action and clinical prospects. In: *TRPV1 Receptors: Turning Up the Heat on Pain and Inflammation.* Birkhäuser Verlag (Basel). pp 191-209.

Chanda S, Mould A, Esmail A, Bley K. Toxicity studies with pure *trans*-capsaicin delivered to dogs *via* intravenous administration. *Regul Tox Pharm.* 2005; 43(1):66-75.

Bley KR. Recent developments in transient receptor potential vanilloid receptor 1 agonist-based therapies. *Expert Opin Investig Drugs.* 2004; 13(11):1445-56.

DTX0601-0007

Malmberg AB, Mizisin AP, Calcutt NA, von Stein T, Robbins WR, Bley KR. Reduced heat sensitivity and epidermal nerve fiber immunostaining following single applications of a high-concentration capsaicin patch. *Pain*. 2004; 111(3):360-67.

Clark RD, Jahangir A, Severance D, Salazar R, Chang T, Chang D, Jett MF, Smith S, Bley KR. Discovery and SAR development of 2-(phenylamino) imidazolines as prostacyclin receptor antagonists. *Bioorg Med Chem Let*. 2004; 14(4):1053-56.

Chanda S, Erexson G, Riach C, Innes D, Stevenson F, Murli H, Bley K. Genotoxicity studies with pure *trans*-capsaicin. *Mutat Res*. 2004; 557(1):85-97.

Katritzky AR, Xu YJ, Vakulenko AV, Wilcox AL, Bley KR. Model compounds of caged capsaicin: design, synthesis and photoreactivity. *J Organ Chem*. 2003; 68(23):9100-04.

Omana-Zapata I, Bley KR. A stable prostacyclin analog enhances ectopic activity in rat sensory neurons following neuropathic injury. *Brain Res*. 2001; 904(1):85-92.

Smith JAM, Amagasu SM, Eglen RM, Hunter JC, Bley KR. Characterization of prostanoid receptor-evoked responses in rat sensory neurones. *Br J Pharm*. 1998; 124(3):513-23.

Bley KR, Hunter JC, Eglen RM, Smith JAM. The role of IP prostanoid receptors in inflammatory pain. *Trends Pharmacol*. 1998; 19(4):141-47.

Omana-Zapata I, Khabbaz MA, Hunter JC, Bley KR. QX-314 inhibits ectopic nerve activity associated with neuropathic pain. *Brain Res*. 1997; 771(2):228-37.

Omana-Zapata I, Khabbaz MA, Clarke DE, Hunter JC, Bley KR. Tetrodotoxin inhibits neuropathic ectopic activity in neuroma, dorsal root ganglia and dorsal horn neurons. *Pain* 1997; 72(1-2):41-49.

Bonhaus DW, Bley KR, Broka CA, Fontana DJ, Leung E, Lewis R, Shieh A, Wong EH. Characterization of the electrophysiological, biochemical and behavioral actions of epibatidine. *J Pharm Exper Therap*. 1995; 272(3):1199-1203.

Clark RD, Muchowski JM, Weinhard KK, Bley K, Bonhaus DW, Wong EH, Eglen RM. N-(quinuclidin-3-yl)-2-(1-methyl-1h-indol-3yl)-2-oxo-acetamide: a high affinity 5-$HT_3$ receptor partial agonist. *Bioorganic & Med Chem Lett*. 1995; 5(16):1853-56.

Tsien RW, Lipscombe D, Madison D, Bley K, Fox A. Reflections on $Ca^{2+}$ channel diversity, 1988-1994. *Trends Neurosci*. 1995; 18(2):52-54.

Bley KR, Eglen RM, Wong EH. Characterization of 5-hydroxytrypamine-induced depolarizations in rat isolated vagus nerve. *Eur J Pharm*. 1994; 260(2-3):139-47.

Eglen RM, Bley K, Bonhaus DW, Clark RD, Hegde SS, Johnson LG, Leung E, Wong EH. RS-23597-190: a potent and selective 5-$HT_4$ receptor antagonist. *Br J Pharm*. 1993; 110(1):119-26.

Bley KR, Tsien RW. Inhibition of $Ca^{2+}$ and $K^+$ channels in sympathetic neurons by neuropeptides and other ganglionic transmitters. *Neuron* 1990; 4(3):379-91.

DTX0601-0008

Tsien RW, Lipscombe D, Madison DV, Bley KR, Fox AP. Multiple types of neuronal calcium channels and their selective modulation. *Trends Neurosci.* 1998; 11(10):431-38.

## *AWARDS AND MEMBERSHIPS*

Innovator's Award for RO1138452, Roche Pharmaceuticals
Selected memberships: Drug Information Association, American Urology Association, Society for Neuroscience, International Society for the Study of Pain, American Pain Society
Chairman, Yale Neuroscience Retreat Committee
Brookdale Institute Fellow
Columbia University Presidential Fellow
Magne Cum Laude, Phi Beta Kappa
Mullen Foundation Fellow

## *PERSONAL*

Citizenship: U.S.A.