# CV

**Catharine M. Lawton**
**Managing Director**

181 W. Madison St.
Suite 2950
Chicago, Illinois   60602
Tel.:  312.429.7910
Fax:  312.629.5299

Email:  clawton@thinkbrg.com

**Service Lines**
Intellectual Property
Valuation
Claims & Disputes

**Education**
Bachelor of Science,
Finance and Economics
High Honors
University of Illinois
1980 – 1984

Catharine M. Lawton is a Managing Director at Berkeley Research Group.  Ms. Lawton has over 30 years of experience assisting clients and counsel involved in business problems, disputes and litigation.  Her experience includes participation in a broad range of commercial, government and regulated industry consulting engagements involving business problems and disputes, litigation and arbitration in a wide range of industries.  She has assisted clients in negotiations and settlement discussions, and provided deposition and trial testimony.

Her experience includes consultation with counsel and management on a wide variety of financial and economic issues.  These include lost profits and damage analysis, the financial analysis of companies, divisions and product lines, and has involved incremental cost analysis, profitability studies, pricing studies, financial forecasting, damage exposure analysis, fraud investigations, specialized accounting issues, technology valuation, and more.  These issues have arisen in matters involving antitrust actions, breach of contract claims, construction claims, dealer/distributor termination actions, fraud investigations, intellectual property disputes, lender liability actions, and workout situations, among others.

Ms. Lawton has consulted to both large and small clients in many different industries including banking, biotechnology, computer hardware and software, construction, consumer products, electronics, entertainment, fast food, health care, insurance, manufacturing, medical devices, oil and gas, pharmaceuticals, pulp and paper, printing and publishing, semiconductors, telecommunications, title insurance, warehouse and manufacturing automation, and waste hauling and disposal.

Ms. Lawton has particularly extensive experience in intellectual property disputes and litigation.  In 2015, she was named to Intellectual Asset Management's *IAM Patent 1000 2015: The World's Leading Patent Practitioners*, as a leading patent litigation expert witness.

DEFENDANTS' EXIBIT
DTX-0948

DTX0948-0001

# Catharine M. Lawton

### Employment History

| | |
|---|---|
| March 2011 – present | **Berkeley Research Group, LLC**<br>Managing Director, 2015 – present<br>Director, 2011 – 2014 |
| May 2004 – February 2011 | **LECG, LLC**<br>Director |
| July 1998 – April 2004 | **InteCap, Inc.**<br>(f/k/a Technology & Dispute Resolution Consulting, Inc.)<br>Founder, Managing Director |
| January 1985 – July 1998 | **Peterson Consulting LLC**<br>(f/k/a Peterson & Co.)<br>Vice President, 1992 – 1998<br>Executive Consultant, 1989 – 1991<br>Senior Consultant, 1986 – 1988<br>Staff Consultant, 1985 – 1986 |

### Presentations & Publications

Insight Information Co. - "Willfulness in Patent Infringement Actions – A Quantitative Analysis"

Corporate Practice Institute – "What is Your Intellectual Property Worth?"

American Corporate Counsel Association, Greater New York Chapter – "Valuing Intellectual Property for Licensing and Litigation"

Denver Licensing Executives Society (LES) – "The Economics of Patent Infringement: Cheaters Never Prosper, or Do They?"

The Metropolitan Corporate Counsel – "*The Value of Patents in Protecting Research Investments, Stockholder Equity, and Jobs*"

Continuing Legal Education Conference – "Effective Use of Experts to Prove Commercial Damages"

Project Management Institute – "Lessons Learned on Troubled Construction Projects"