## UNIVERSITY OF PENNSYLVANIA SCHOOL OF MEDICINE
## CURRICULUM VITAE

**Date: June 2015**
Charles O'Brien

### CHARLES PHILLIP O'BRIEN

| | |
|---|---|
| **Home Address:** | 232 Beech Hill Road<br>Wynnewood, Pennsylvania 19096-1110 |
| **Office Address:** | University of Pennsylvania<br>Department of Psychiatry<br>3900 Chestnut Street<br>Philadelphia, Pennsylvania 19104-6178 |
| **Phone:** | (215) 222-3200, Ext. 132 |
| **Internet:** | obrien@upenn.edu |
| **Place of Birth:** | New Orleans, Louisiana |
| **Marital Status:** | Married, 1960 - Barbara Earnest<br>Children:  Charles, Evan, and Clinton |

**Education:**

| | | |
|---|---|---|
| B.S. | 1960 | Tulane University |
| M.D. | 1964 | Tulane Medical School |
| M.S. | 1964 | Physiology (Neurophysiology)<br>The Graduate School, Tulane University |
| Ph. D. | 1966 | Physiology (Neurophysiology)<br>The Graduate School, Tulane University |

**Residency Training:**

| | |
|---|---|
| 1964-65 | Internal Medicine<br>Massachusetts General Hospital<br>Harvard Medical School<br>Boston, Massachusetts |
| 1965-67 | Neurology and Psychiatry<br>Tulane University, New Orleans |

DEFENDANTS'
EXIBIT
DTX-0952
exhibitsticker.com

|             | 1967-68      | National Hospital for Nervous Diseases<br>Queen Square,<br>London, England |
|             | 1968-69      | Psychiatry<br>University of Pennsylvania |

**Specialty Certification**:

American Board of Psychiatry and Neurology
   Certificate in Neurology - 1972, No. 12052
   Certificate in Psychiatry - 1973, No. 12796
   Certificate in Addiction Psychiatry 1993, # 314, re-certified 2003

**Military Service**:   1969-71       Lieutenant Commander, US Navy
                                         Philadelphia Naval Hospital
                                         Chief, Long Term Neuropsychiatric Unit

**Faculty Appointments:**

|             | 1965-66 | Teaching Assistant in Neurophysiology<br>Department of Physiology<br>Tulane Medical School |
|             | 1966-67 | Instructor in Physiology (Neurophysiology)<br>Tulane Medical School |
|             | 1969-71 | Instructor in Psychiatry<br>University of Pennsylvania |
|             | 1971-74 | Assistant Professor of Psychiatry<br>University of Pennsylvania |
|             | 1974-78 | Associate Professor of Psychiatry<br>University of Pennsylvania |
|             | 1978-Present | Professor of Psychiatry<br>University of Pennsylvania |
|             | 1980-95 | Visiting Professor, School of Medicine<br>Hahnemann University |
|             | 1986-Present | Vice-Chairman, Department of Psychiatry<br>University of Pennsylvania |

2

DTX0952-0002

| | |
|---|---|
| 1998- | Kenneth E. Appel Professorship<br>University of Pennsylvania |
| 2003-2010 | Vice-Director, Institute of Neurological Science<br>University of Pennsylvania |

**Hospital and Administrative Appointments:**

| | |
|---|---|
| 1969-71 | Staff Psychiatrist, Chief, Long Term Therapy Unit,<br>Neuropsychiatry Service<br>Philadelphia Naval Hospital |
| 1970-73 | Research Psychiatrist<br>Einstein Hospital, Northern Division<br>Philadelphia, PA |
| 1971-77 | Attending Physician<br>Philadelphia General Hospital |
| 1971-81 | Chief, Drug Dependence Treatment<br>  and Research Service<br>VA Medical Center, Philadelphia, PA |
| 1981-2002 | Chief, Psychiatry Service<br>VA Medical Center<br>Philadelphia, PA |
| 2002-2008 | Director of Research, MIRECC<br>VA Medical Center<br>Philadelphia, PA |

**Licensure**:           Pennsylvania, New Jersey (inactive) and Louisiana

**Awards, Honors and Membership in Honorary Societies:**

| | |
|---|---|
| 1960-64 | Honor scholarship to medical school, Phi Beta Kappa, Alpha Omega<br>Alpha, Sigma Xi, Roche Award, Medical School Honor Council |
| 1962-64 | Student Editor of the scientific journal, *Tulane Medical Faculty<br>Bulletin* |
| 1963-65 | Medical Scientist Fellow(MD, PhD) of the Life Insurance Medical<br>Research Fund |

DTX0952-0003

| | |
|---|---|
| 1964 | Borden Undergraduate Research Award |
| 1964 | Gralnick Award (Student research in neurology) |
| 1964 | Gold Stethoscope Award (Medicine/Cardiology) |
| 1974 | M.A. (Honoris Causa), University of Pennsylvania |
| 1974 | Selected as a delegate from US Veterans Administration to tour mental health treatment and research facilities in the USSR |
| 1976 | Fellow of the American Psychiatric Association |
| 1977-82 | Member, Committee on Substance Abuse and Habitual Behavior, National Academy of Science/National Research Council (also member of Executive Sub-committee) |
| 1980-82 | Member, Committee on Health Effects of Marijuana, Institute of Medicine, National Academy of Sciences (Co-Chair, Panel on Behavioral, Psychosocial and Epidemiological Issues) |
| 1983 | Fellow of the American College Neuropsychopharmacology |
| 1985-88 | National Advisory Council on Drug Abuse |
| 1985 | First Aaron Stein Memorial Lecture in Psychotherapy Research, Mount Sinai School of Medicine |
| 1986 | Nelson Davis Award, Philadelphia County Medical Society, for research on the treatment of impaired physicians |
| 1987 | Herman S. Belmont, Outstanding Teacher Award, Hahnemann University, Dept. Mental Health and Behavioral Science (visiting professor) |
| 1988 | First Annual Wikler Prize, National Institute on Drug Abuse, for excellence in drug abuse research |
| 1989 | President, Association for Research in Nervous and Mental Disease |
| 1990 | First Gold Visiting Professor, University of Florida, Gainesville |
| 1990 | Pfizer Visiting Professor, Department of Psychiatry, Albert Einstein College of Medicine, New York City |
| 1991 | Elected Member, Institute of Medicine of the National Academy of Sciences |

4

DTX0952-0004

| | |
|---|---|
| 1992 | MERIT Award, National Institute on Drug Abuse |
| 1993 | Pacesetter Research Award, National Institutes of Health and National Institute on Drug Abuse |
| 1993 | Fellow, College on Problems of Drug Dependence |
| 1994 | Honorary Doctorate  (Doctorate Honoris Causa), University of Bordeaux, France |
| 1993-98 | Institute of Medicine of the National Academy of Science Committees<br>　　Committee on Substance Abuse in the Workplace (Chair)<br>　　Board on Neuroscience and Mental Health<br>　　Committee to Study Medication Development for Substance Abuse<br>　　Committee on Substance Abuse Policy |
| 1994 | Sterling Lecture, Medical College of Virginia |
| 1995 | Inaugural Victor Cohn Lecture, Dept. of Pharmacology, George Washington University |
| 1996 | C. Charles Burlingame Award for career contributions to the field of Psychiatry, The Institute of Living, Hartford, Conn. |
| 1997 | First annual Sir William Osler, Patient Oriented Research Award, University of Pennsylvania |
| 1997 | Lindback Teaching Award, University of Pennsylvania |
| 1997 - 99 | Council, American College of Neuropsychopharmacology |
| 1997 | Robert Heath Lectureship, Dept. of Psychiatry and Neurology, Tulane University |
| 1997 | Lifetime Achievement Award, Philadelphia Psychiatric Society |
| 1998 | Distinguished Psychiatrist Lecture, American Psychiatric Association, Annual Meeting, Toronto, Canada |
| 1998 | Marsh Visiting Professor, Texas Tech University |
| 1998 | Pfizer Visiting Professor, University of Medicine and Dentistry of New Jersey, Robert Wood Johnson Medical School |
| 1998 | Keynote address, National Addiction Policy Conference, Paris France |

5

DTX0952-0005

| | |
|---|---|
| 1998 | Founders Award, American Academy of Addiction Psychiatry |
| 1998 | Appel Professorship, University of Pennsylvania |
| 1999 | Salmon Lecturer, New York Academy of Medicine |
| 1999 | Keynote address, National Addictions Conference, Canberra, Australia |
| 2000 | American Psychiatric Association Award for Research in Psychiatry |
| 2001 | Keynote address, Royal Australia-New Zealand College of Psychiatry |
| 2001 | American Society of Addiction Medicine, Smithers Distinguished Scientist Award |
| 2002 | President, American College of Neuropsychopharmacology |
| 2003 | Edward A. Strecker, M.D. Award for outstanding contributions to the field of Clinical Psychiatry, Pennsylvania Hospital and the Hospital of the University of Pennsylvania. |
| 2004 | Nathan B. Eddy Award, College on Problems of Drug Dependence |
| 2004 | The Anatomy Lesson lecture, Amsterdam, Holland |
| 2004 | Krantz Lecture, University of the Sciences in Philadelphia |
| 2004 | Marian Fischman Award, Columbia University |
| 2004 | Plenary Lecture, Canadian College of Neuropsychopharmacology, Montreal |
| 2004 | Plenary Lecture, International Society of Addiction Medicine, Amsterdam |
| 2004 | Distinguished Life Fellow, American Psychiatric Association |
| 2005 | Sacher Award in Biological Psychiatry, Columbia University College of Physicians and Surgeons |
| 2007 | Phoenix Institute Keynote Lecture, University of Geneva, Switzerland |
| 2007 | Cutting Memorial Lecture Award, University of Hawaii |
| 2007 | Keynote speaker, Australia/New Zealand Cutting Edge Addiction Conference |
| 2007 | Plenary Lecture, International Conference on AIDS, Addiction, Hepatitis, Biarritz, France |

DTX0952-0006

| | |
|---|---|
| 2009 | The Norman E. Zinberg Memorial Lecture - Harvard Medical School |
| 2009 | Paul Hoch Distinguished Service Award – American College of Neuro-psychopharmacology |
| 2009 | Arthur K. Asbury Outstanding Faculty Mentor Award – University of Pennsylvania |
| 2010 | John P. McGovern Award for Excellence in Research and Medical Education in Substance Abuse – AMERSA |
| 2010 | Mentorship Award – College on Problems of Drug Dependence |
| 2010 | Gold Medal Award – Society of Biological Psychiatry |
| 2010 | Rhoda and Bernard Sarnat International Prize in Mental Health – Institute of Medicine of the National Academy of Science |
| 2011-12 | Chair, Institute of Medicine Committee on substance abuse in US Military |
| 2012 | Special Dean's Award for outstanding achievements in medical education – University of Pennsylvania |
| 2012 | Jellinek Award for outstanding research on alcoholism |
| 2012 | James B. Isaacson Award – International Society for Biomedical Research on Alcoholism |
| 2013 | Chevalier (Knight) of the Legion of Honor, Government of France |
| 2014 | Tulane University Medical School, Outstanding Alumnus Award |
| 2015 | National Institute on Drug Abuse/National Institutes of Health, Lifetime Science Award |

**Professional and Scientific Societies:**

**National Societies**:
American Psychiatric Association
Psychiatric Research Society
American College of Neuropsychopharmacology (President, 2001)
American Academy of Neurology
College on Problems of Drug Dependence
American Academy of Addiction Psychiatry
Society of Biological Psychiatry
Society for Psychotherapy Research, (1974-1997)
American Psychosomatic Society
Group for the Advancement of Psychiatry (1976-87)
Society of Behavioral Medicine
Society for Neuroscience

DTX0952-0007

Association for Research in Nervous and Mental Disease (President, 1989-90)
American Society of Clinical Psychopharmacology

**International:**
Collegium International Neuro-Psychopharmacologicum (CINP)
International Narcotics Research Conference (INRC)
European College of Neuropsychopharmacology (ENCP)

**Local Societies**:
College of Physicians of Philadelphia
Pennsylvania Psychiatric Society
John Morgan Society
Institute of Neurological Sciences, University of Pennsylvania

**Editorial Positions and Committees**:

Consultant on Addictive Diseases, Veterans Administration Central Office,
    Washington, D.C.  1972 - 2008
Consultant National Institute on Drug Abuse, 1974 - present
Member, Alcoholism and Drug Abuse Sub-Committee, Philadelphia County
    Medical Society, 1974 - 80
Member, NIDA Research Review Committee, 1975-79.  Chairman,
    Clinical/Behavioral study section, 1976-79.
Member, Medical Review Committee, Pennsylvania Governor's Council on Drug and
    Alcohol Abuse, 1975.
Member, Research Committee, Group for the Advancement of Psychiatry, 1976-
    1984.
Member, Presidential Cabinet Sub-committee on Drug Abuse Research  and
    Evaluation, 1976-77.
Consultant and ad-hoc reviewer, NIMH Center for Studies of Schizophrenia and
    Psychopharmacology Study Sections
Medical Consultant, Pennsylvania Governor's Council on Drug and Alcohol
    Abuse 1977-80
Examiner, American Board of Psychiatry and Neurology (occasional)
Assistant Editor, *Addiction,* 1999-
Reviewer or referee for *Science, J. Pharmacology & Experimental Therapeutics,
Amer J of Psychiat, J. Nerv & Mental Disease, Proceedings of Nat'l Academy of
Science, Gastroenterology, J. of Behavioral Therapy and Exp. Psych., Arch. Gen.
Psychiatry., New England Journal of Medicine,  Psychopharmacology, Drug and
Alcohol Dependence, Neuropsychopharmacology, Neuroscience, Life Science,
American J. of the Addictions, Biol. Psychiatry* and others.
Member, Editorial Board, *British Journal of Addiction* (1987-present)
Member, Editorial Board, *Substance and Alcohol Misuse,* 1979-1985.
Member, Scientific Advisory Board, Addiction Research Foundation, Palo Alto,
    California (1979-82).
Consultant to Alcohol Drug Abuse and Mental Health Administration (ADAMHA)
and APA for International Program of Diagnosis and Classification, (DSM  III R

DTX0952-0008

and International Classification of Diseases [ICD-X]) l979 - present.

Member, Executive Committee, Committee on Problems of Drug Dependence, l980-84

Member, World Health Organization (WHO) Committee on Classification of Alcoholism and Drug-related Problems, l980-82.

Member, VA Merit Review Board, Alcoholism and Drug Dependence (Clinical Pharmacology), l980-83.

Member, Advisory Committee on the Future of LAAM as Maintenance Treatment, National Institute on Drug Abuse, l980.

Delegate to WHO Expert Committee, Review of Psychoactive Drugs, Geneva, Switzerland, 1981-83.

Consultant to Institute of Medicine Committee on Stress and Human Illness, 1980.

Consultant to Institute of Medicine, Board on Health Promotion and Disease Prevention, 1982.

Member, Committee on Substance Abuse, Mayor's Commission on Health in the Eighties, Philadelphia, PA., 1982 - 83.

Veterans Administration Liaison Representative to Committee on Problems of Drug Dependence, 1985-86.

Member, National Institute on Drug Abuse, Board of Scientific Councilors for Intramural Programs, 1980-82.

Member, Veterans Administration, Cooperative Studies Evaluation Committee, Washington, D.C. 1984-87.

Liaison Member, ADAMHA Advisory Board, 1986-87.

Member, American Psychiatric Association, Task Force on Benzodiazepine Dependency, 1987-89.

Member, Veterans Administration Research Advisory Council, 1988-91.

Member, Scientific Advisory Board, Yale Addiction Research Center, 1990-93.

Member, Scientific Advisory Board,  Harvard Addiction Research Center, 1990-93.

Member, Scientific Advisory Board,  UCLA Addiction Research Center, 1990-93.

Member, NIDA Extramural Science Advisory Board, 1990-94.

Chairman, NIDA/VA Cooperative Studies, National Program for Medication Development, 1990-

Member, Advisory Board on Substance Abuse and AIDS, Diamond Foundation, NY, 1991-96.

Member, Board of Directors, College on Problems of Drug Dependence, 1991-95.

Member, Publications Board, National Institute on Drug Abuse, 1995-

Member, Advisory Council, Office of AIDS Research, National Institutes of Health, 1995-98.

Member, Editorial Board, *Archives of General Psychiatry*   1995-present

Member, Editorial Board, *Neuropsychopharmacology*  1996-1999

Member, Scientific Advisory Board, Univ. of South Carolina Addiction Research Center, 1996-present

Council, American College of Neuropsychopharmacology, 1997-99

Member, Scientific Advisory Board, Yale Alcohol Research Center  1997- present

Member, Scientific Advisory Board, Maryland Psychiatric Research Center 1999-

President, American College of Neuropsychopharmacology, 2001

Member, Scientific Advisory Board, West Haven VA, Mental Illness Research Center, 2001- present

9

Member Science Advisory Board, Gallo Alcohol Research Center, San Francisco
   2006-2007
Member, Editorial Board, *Current Psychiatry,* 2007 – present
Chair, Substance Use Disorders Committee, DSM-V, 2007-2012
Chair, Committee to Review and Provide Advice for Substance Abuse Problems of the
   United State Military, Institute of Medicine, 2011-2013

**Publications**:

1. O'Brien, C.P.: Mechanisms of growth control by the central nervous system, Doctoral
   Dissertation available through Tulane University and published in *Dissertation Abstracts,*
   October, 1966.

2. Bach, L.M.N., O'Brien, C.P. and Cooper, G.P.: Some observations concerning the
   hypothalamic regulation  of growth and of food intake. *Progress in Brain Research* 5:114-
   216. Edited by W. Bargmann and J.P. Schade. *Lectures on the Diencephalon*, Amsterdam:
   Elsevier, 1964.

3. Swano, S., Arimura, A., Schally, A.V., O'Brien, C.P., Saito, T., Bowers, C.Y.,
   Bach, L.M.N.: Growth hormone releasing activity in the hypothalami of kittens with lesions
   of the region of the paraventricular nuclei. *Acta Endocrinologica* 59:3l7-324, 1968.

4. O'Brien, C.P., Leher, H. and Harkin, J.C.: Oligodendrogliomas of the spinal cord with
   extensive bone changes. *Neurology* 18:887-893, 1968.

5. O'Brien, C.P. and Bach, L.M.N.: Observations concerning hypothalamic control of growth.
   *American Journal of Physiology* 2l8:226-230,1970.

6. O'Brien, C.P., DiGiacomo, J., Fahn, S., and Schwarz, G.: Mental effects of high dosage L-
   DOPA. *Archives of General Psychiatry*, 24:6l-64, 1971.

7. Swiller, H.I., O'Brien, C.P., Forester B.M. and Strange R.E. : Drug Abuse patterns among
   military patients. *Drug Addiction: Clinical and Social Legal Aspects*. J. B. Singh, Editor
   New York: Futura Publ. 1972. pp 229-232.

8. O'Brien, C.P., Hamm, K.B., Ray, B A, Pierce, J F., Luborsky, L. and Mintz, J.: Group vs
   individual psychotherapy with schizophrenics. *Archives of General Psychiatry* 27: 474-
   478, 1972.

9. O'Brien, C.P.: The use of butyrophenones in the acutely agitated or manic patient.
   *Butyrophenones in Psychiatry*, A. DiMascio, Editor, New York: Raven Press, 1972.
   pp 4l-55.

10. O'Brien, C.P., DiGiacomo, J.N. and Webb, W.L.: The pharmacological management of
    hostile, paranoid patients: trifluoperazine vs haloperidol. *Diseases of the Nervous System*
    25: 75-79, 1974.

DTX0952-0010

11. O'Brien, C.P., Chaddock, B., Woody, G., and Greenstein, R.: Systematic extinction of narcotic drug use using narcotic antagonists. *Proceedings of the NAS/NRC Committee on Problems of Drug Dependence,* Washington, D.C.: National Academy of Sciences, 1974. pp 216-222.

12. Woody, G., O'Brien, C.P., and Rickels, K.: Depression and anxiety in heroin addicts: A placebo-controlled study of doxepin in combination with methadone. *Proceedings of the NAS/NRC Committee on Problems of Drug Dependence,* 1974, Washington, D.C.: National Academy of Sciences, 1974. pp 1160-1167.

13. Woody, G., and O'Brien, C.P.: Toxic psychosis occurring in drug abusers taking benztropine. *Comprehensive Psychiatry.* 15:439-442, 1974.

14. Mintz, J., O'Brien, C.P., and Goldschmidt, J.: Sexual problems of heroin addicts when drug free, on heroin, and on methadone. *Archives of General Psychiatry* 31:700-703, 1974.

15. DiGregorio, S.J. and O'Brien, C.P.: Chromatographic detection of narcotic antagonists in human urine. *Journal of Chromatography* 101:424-427, 1974.

16. O'Brien, C.P.: "Needle Freaks" psychological dependence on shooting up. *Medical World News Review*, Psychiatry Issue, vol. 1, no.2, 1974. pp. 35-36.

17. Woody, G., O'Brien, C.P. and Greenstein, R.: Misuse and abuse of diazepam: An increasingly common medical problem. *International Journal of Addictions* 10:843-856, 1975.

18. Mintz, J., Goldschmidt, J., O'Hare, K., and O'Brien, C.P.: Double-blind detoxification of methadone maintenance patients. *International Journal of Addiction* 10(5):815-824, 1975.

19. Woody, G., O'Hare, K., Mintz, J., and O'Brien, C.P.: Rapid intake: A method for retaining heroin addicts in treatment. *Comprehensive Psychiatry* 16:165-169, 1975.

20. O'Brien, C.P.: Role of conditioning in narcotic addiction. International Symposium on Behavior Modification, Edited by E.Chirinos, Caracas, Venezuela, 1975. (Spanish)

21. O'Brien, C.P., O'Brien, T. J., Mintz, J. and Brady, J.P.: Conditioning of narcotic abstinence symptoms in human subjects. *Drug and Alcohol Dependence, 1:115-123, 1975.*

22. Woody, G. O'Brien, C.P., Rickels, K.: Depression and anxiety in heroin addicts. *American Journal of Psychiatry* 132:447-450, 1975.

23. Woody, G.E., Mintz, J., O'Hare, K., O'Brien, C.P., and Greenstein, R.: Diazepam use by patients in a methadone program. *Proceedings of the NAS/NRC Committee on Problems of Drug Dependence*, pp. 1144-1156,Washington, D.C.: National Academy of Sciences, 1975.

24. O'Brien, C.P.: Group therapy for schizophrenia - A practical approach. *Schizophrenia Bulletin,* 2:119-130, 1975.

DTX0952-0011

25. O'Brien, C.P., Greenstein, R., Mintz, J. and Woody, G.E.:  Clinical Experience with Naltrexone. *American Journal of Drug and Alcohol Abuse,* 2:365-377, 1975.

26. O'Brien, C.P.:  Experimental analysis of conditioning factors in human narcotic addiction. *Pharmacological Reviews* 27:535-543, 1975.

27. O'Brien, C.P., O'Brien, T.J., Mintz, J. and Brady, J.P.:  Conditioning of narcotic abstinence symptoms in human subjects. *Drug and Alcohol Dependence* l:ll5-123, 1975.

28. Woody, G.E., Mintz, J., O'Hare, K., O'Brien, C.P.:  Diazepam abuse. *J. of Psychedelic Drugs* 7:373-380, l975.

29. O'Brien, C.P. and Greenstein, R.:  Naltrexone:  A behavioral treatment program. *Naltrexone - NIDA Research Monograph Series,* Rockville, Maryland. 9: l36-l40, l976.

30. Greenstein, R., O'Brien, C.P., Mintz J., Woody, G. and Hanna, N.:  Naltrexone:  Clinical aspects of a behavioral research study. *Naltrexone - NIDA Research Monograph Series,* Rockville, Md. 9: l4l-l49, l976.

31. O'Brien, C.P., Testa, T., O'Brien, T.J., and Greenstein, R.:  Conditioning in human opiate addicts. *Pavlovian J. of Biol. Psych.* ll:195-202, l976.

32. Mintz, J., O'Brien, C.P. and Luborsky, L.:  Predicting the outcome of psychotherapy for schizophrenics. *Archives of General Psychiatry* 33:ll83-ll86, l976.

33. O'Brien, C.P.:  Psychobiology of addiction. in *Psychiatry:  Areas of Promise and Advancement,* edited by J.P. Brady, Spectrum Publications:  New York. l977. pp l03-ll4.

34. O'Brien, C.P.:  Conditioning factors in human addiction. *Proceedings of the NAS/NRC Committee on Substance Abuse and Habitual Behavior.*  National Academy of Science, Washington, D.C., l977, pp 398-4l0.

35. Persky, H., O'Brien, C.P. and Fine, E.:  Effect of alcohol and smoking on testosterone function and aggression in chronic alcoholics. *American J. of Psychiatry* 134:62l-625, l977.

36. Nace, E.P., Meyers, A.L., O'Brien, C.P., Ream, N. and Mintz, J.:  Depression in veterans two years after Vietnam. *American J. of Psychiatry* l34:l67-l70, l977.

37. Persky, H., Lief, H.I., O'Brien, C.P. and Strauss, D.:  Reproductive hormone levels and sexual behavior of young couples during the menstrual cycle, in *Progress in Sexology,* edited by R. Gemme and C. Wheeler, Plenum Publ. l977. pp 293-309.

38. Nace, E.P., O'Brien, C.P., Mintz, J.:  Drinking problems among Vietnam veterans, in *Currents in Alcoholism,* F.A. Seixas, editor, New York: Grune and Stratton, l977. pp 3l5-324.

12

DTX0952-0012

39. O'Brien, C.P., Testa, T., O'Brien, T.J., Brady, J.P. and Wells, B.:  Conditioned narcotic withdrawal in humans. *Science* l95:l000-l002, l977.

40. O'Brien, C.P.:  Behavioral tolerance:  conditioning mechanisms in human narcotic addicts.  In *Behavioral Tolerance, NIDA Research Monograph* USGPO, Rockville, Md.18:67-71, l978.

41. O'Brien, C.P.:  Clinical pharmacology of narcotic antagonists. *Annals of N. Y. Academy of Sciences* 311:232-240, 1978.

42. O'Brien, C.P., Greenstein, R.A. and Woody, G.E.:  Update on naltrexone treatment, in the *International Challenge of Drug Abuse.*  Ed by R.C. Peterson, *NIDA Research Monograph* 19: 3l5-320, 1978.

43. Woody, G.E., O'Brien, C.P. and Greenstein, R.:  Multimodality treatment of narcotic addiction:  An overview, in the *International Challenge of Drug Abuse.*  Ed by R.C. Peterson, *NIDA Research Monograph* 19: 226-24l, 1978.

44. O'Brien, C.P.:  Group therapy for schizophrenia, in *Current Psychiatric Therapies* volume XVI, ed. by Jules Masserman, New York:  Grune & Stratton, 1977, pp 149-154.

45. Persky, H., Lief, H., Strauss, D. and O'Brien, C.:  Plasma testosterone levels and sexual behavior of couples. *Archives of Sexual Behavior* 7:l57-l73, 1978.

46. Nace, E.P., O'Brien, C.P., Mintz, J., Ream, N., and Meyers, A.L.:  Adjustment among Vietnam veteran drug users:  Two years post service, in *Stress Disorders Among Vietnam Veterans,* edited by Charles P. Figley, Ph.D. Brunner/Mazel:  New York, 1978. pp. 71-128.

47. Khatami, M., Mintz, J., O'Brien, C.P.:  Biofeedback mediated relaxation in narcotic addicts. *Behavior Therapy* 9:968-969, 1978.

48. O'Brien, C.P. and Ternes, J.  Conditioning as a cause of relapse in narcotic addiction in *Addiction Research and Treatment:  Converging Trends*, edited by E. Gottheil and A.T. McLellan.  Pergamon Press, 1978. pp. 124-132.

49. O'Brien, C.P., Testa, T., Ternes, J. and Greenstein, R.:  Conditioning effects of narcotics in humans.  In: *Behavioral Tolerance,* NIDA Research Monograph, 18:67-71: 1978.

50. Marcovici, M., O'Brien, C.P., Woody, G. and Mintz, J.:  A comparative study of levo-alpha acetylmethadol and methadone in the treatment of narcotic addiction in *Addiction Research and Treatment, Converging Trends* edited by E. Gottheil and A. T. McLellan.  Pergamon Press,  1978. pp. 91-l0l.

51. Persky, H., Charney, N., Lief, H., O'Brien, C.P., Miller, W. and Strauss, D.  The relationship of plasma estradiol level to sexual behavior in young women. *Psychosomatic Medicine* 40:523-535, 1978.

DTX0952-0013

52. Mintz, J. and O'Brien, C.P.: The impact of Vietnam service on heroin addicted veterans. *American J. of Drug and Alcohol Abuse*, 6:39-52, 1979.

53. O'Brien, C.P. and Ng, L.K.Y.: Innovative treatments for drug addiction, in *Handbook on Drug Abuse* edited by R. L. Dupont, A. Goldstein, and J. O'Donnell. US Gov. Printing Office, Washington, D. C., 1979. pp 193-20l.

54. Grabowski, J., O'Brien, C.P. and Mintz, J.: Increasing the likelihood that consent is informed. *J. of Exp. Analysis of Behav* 24:283-284, 1979.

55. McLellan, A.T., Woody, G. E., O'Brien, C.P. Development of psychiatric illness in drug abusers. *New England Journal of Medicine* 30l:1310-1314, 1979.

56. Grabowski, J., O'Brien, C.P., Greenstein, R.A.: Effects of contingent payment on compliance with a naltrexone regimen. *Amer. J. of Drug and Alcohol Abuse* 6:355-365, l979.

57. O'Brien, C., Greenstein, R., Ternes, J., McLellan, T. and Grabowski, J.: Unreinforced self-injections: effects on rituals and outcome in heroin addicts. *Problems of Drug Dependence, NIDA Research Monograph,* 27:275-281, 1980.

58. Khatami, M., Woody, G., O'Brien, C.: Chronic pain and narcotic addiction: A multi-therapeutic approach. *Comprehensive Psychiatry* 20:55-60, 1979.

59. Mintz, J., Beck, A.T., Woody, G.E. and O'Brien, C.P.: Depression in treated narcotic addicts, ex-addicts, non-addicts and suicide attempters: validation of a very Brief Depression Scale. *American J. of Drug and Alcohol Abuse* 6(4):385-396, l979.

60. Woody, G.E., O'Brien, C.P., McLellan, A.T. Depression in narcotic addicts: Possible causes and treatment, in *Psychiatric Aspects of Drug Dependence*, Heston, L. and Pickins, R. (eds.) Grune & Stratton: New York, 1979. pp. 105-124.

61. Ternes, J., O'Brien, C., Grabowski, J., Wellerstein, H. and Jordan-Hayes, J.: Conditioned drug responses to naturalistic stimuli. *Problems of Drug Dependence, NIDA Research Monograph* 27:282-288, 1980.

62. Grabowksi, J., O'Brien, C., Greenstein, R., Long, M., Steinberg-Donato, S., & Ternes, J.: Modification of treatment compliance as a function of contingent payment manipulations. *Problems of Drug Dependence, NIDA Research Monograph* 27:402-408, 1979.

63. Luborsky, L., Mintz, J., Auerbach, A., Christoph, P., Bachrach, H., Todd, T., Johnson, M., Cohen, M. and O'Brien, C.: Predicting the outcomes of psychotherapy - Findings of the Penn psychotherapy project. *Archives Gen. Psychiatry* 37:471-484, 1980.

64. O'Brien, C.P., Woody, G.E.: The use of psychotropic drugs in the treatment of drug abuse, in *Substance Abuse and Psychiatric Illness*, edited by Gottheil, E. and McLellan, T., Pergamon Press: New York, N.Y. 1980. pp 181-190.

DTX0952-0014

65. McLellan, A., Luborsky, L., O'Brien, C., Woody, G.:  An improved evaluation for substance abuse patients:  The Addiction Severity Index. *Problems of Drug Dependence, NIDA Research Monograph*  27:142-155, 1980.

66. McLellan, A., Woody, G., O'Brien, C.:  Development of psychiatric disorders in drug abusers:  Relation between primary drug and type of disorder.  *Problems of Drug Dependence, NIDA Research Mongraph*  27:149-155,1980.

67. Woody, G., Mintz, J., Tennant, F., O'Brien, C., McLellan, A.T.:  Usefulness of propoxyphene napsylate for maintenance treatment of narcotic addiction.  *Problems of Drug Dependence, NIDA Research Monograph*  27:240-246, 1980.

68. Ciccone, P.E., O'Brien, C.P. and Khatami, M.:  Psychotropic agents in opiate addiction:  A brief review.  *Int. J. of Addictions*  15:449-513, l980.

69. Fonaroff, A., Falk, J., Kaplan, J. and O'Brien, C.:  Redemption of the overuser:  An appraisal of plausible goals and methods for changing substance use practices. in *Issues in Controlled Substance Use*,  National Academy of Sciences: Washington, DC. 1980. pp 96-l26.

70. O'Brien, C.P. and Woody, G.E.:  The treatment of drug abuse patients, in *Modern Legal Medicine and Forensic Science,* edited by W.J. Curran, C.S. Petty and A. Louis McGarry.  F. A. Davis: Philadelphia, 1980. pp 879-896.

71. McLellan, A.T., Druley, K.A., O'Brien, C.P., Kron, R.:  Matching substance abuse patients to appropriate treatments.  *Drug and Alcohol Dependence*  5:189-195, 1980.

72. O'Brien, C.P., Nace, E.P., Mintz, J. Meyers, A.L., and Ream, N.:  Follow-up of Vietnam veterans I:  Relapse to drug use after Vietnam service.  *Drug and Alcohol Dependence*  5:333-340, 1980.

73. Nace, E.P., O'Brien C.P., Mintz, J., Meyers, A.L., Ream, N.  Follow-up of VietnamVeterans II.  Social Adjustment.  *Drug and Alcohol Dependence*  6:209-14, 1980.

74. McLellan, A.T., Luborsky, L., O'Brien, C.P., Woody, G.E.:  An improved diagnostic evaluation instrument for substance abuse patients: The Addiction Severity Index.  *J. of Nervous and Mental Disease* 168: 26-33, 1980.

75. Mintz, J., Christoph, P., O'Brien, C.P., Snedecker, M.:  Impact of interview methods on reported symptoms.  *Int. J. of Addiction* 15:605-613, 1980.

76. Woody, G., Tennant, F., McLellan, A., O'Brien, C., Mintz, J.:  Lack of toxicity of high dose propoxyphene napsylate when used for maintenance treatment of addiction.  *Clinical Toxicology*  16:473-478, 1980.

77. O'Brien, C.P. and Minn, F. L.:  Absence of withdrawal symptoms following chronic zomepirac administration.  *J. Clinical Pharmacology*, 20:397-400, 1980.

DTX0952-0015

78.  Marcovici, M., McLellan, A.T., O'Brien, C.P. and Rosenzweig, J.:  Risk for alcoholism and methadone treatment:  a longitudinal study.  *Journal of Nervous and Mental Disease* 168:556-558, 1980.

79.  Greenstein, R. A., Grabowski, J., O'Brien, C.P., Long, M., Woody, G.: Naltrexone:  Factors contributing to retention in treatment, in *Drug Dependence and Alcoholism* edited by A. Schecter, New York: Plenum. 1981. pp 1043-1049.

80.  Grabowski, J.G. and O'Brien, C.P.:  Conditioning factors in opiate use.  in *Advances in Substance Abuse,* Vol. II, edited by N.K. Mello, JAI Press, 2:69-121, 1981.

81.  McLellan, A.T., Ball, J.C., Rosen, L., O'Brien, C.P.:  Pre-treatment income and response to treatment on methadone maintenance.  *American. J. of Psychiatry* 138:785-789, 1981.

82.  Woody, G.E., O'Brien, C.P., McLellan, A.T. and Mintz, J.:  Psychotherapy for opiate addiction: some preliminary results. *Annals of New York Academy of Sciences,* 362:91-100, 1981.

83.  McLellan, A.T., Woody, G.E. and O'Brien, C.P.:  Drug Abuse and psychiatric disorders: Examination of some specific relationships, in *Drug Abuse and the Modern World*, edited by G. Nahas and H.C. Frick, Pergamon Press: New York, 1981.  pp. 27-46.

84.  O'Brien, C.P., Woody, G.E. and McLellan, A.T.:  Long-term consequences of opiate dependence (editorial). *New England Journal of Medicine* 304:1098-1099, 1981.

85.  Marcovici, M., O'Brien, C.P., McLellan, A.T. and Kacian, J.:  Effectiveness of levo-alpha-acetylmethadol in the treatment of narcotic addiction:  A clinical controlled study. *American J. of Psychiatry* 138:234-236, 1981.

86.  Persky, H., O'Brien, C.P., Lief, H.I., Miller, W., Strauss, D.:  Effect of research procedures on behavior of subjects. *J. of Psychiatric Research* 16:41-52, 1981.

87.  Mitra, J., O'Brien, C.P., and Sloviter, H.:  The effects of methadone on cortical and sub-cortical  EEG in the rat. *EEG and Clin. Neurophys.* 52:345-352, l98l.

88.  LaPorte, D., McLellan, A.T., O'Brien, C.P., Marshall, J.:  Treatment response in psychiatrically impaired drug abusers. *J. Comprehensive Psychiatry* 22(4):411-419, l981.

89.  Greenstein, R.A., O'Brien, C.P., McLellan, A.T., Woody, G.E. and Long, M:  Naltrexone:  A five year appraisal. *Amer. J. of Drug and Alcohol Abuse* 8:291-300, l98l.

90. Stanton, M.D. and O'Brien, C.P.:  Context:  Programatic and research setting, in *The Family Therapy of Drug Addiction,* edited by M.D. Stanton and T.C. Todd, Guilford Press: New York, 1982.  pp. 31-38.

DTX0952-0016

91. O'Brien, C.P. and Greenstein, R.A.: Treatment approaches: Opiate antagonists. In *Substance Abuse in the United States*, Lowinson, J. and Pedro Ruiz, R. (eds.). Williams and Wilkins: Baltimore, 1981. Chapter 31, pp. 403-408.

92. McLellan, A.T., Ball, J.C., Rosen, L. and O'Brien, C.P.: Pretreatment source of income and response to methadone maintenance: a follow-up study. *American Journal of Psychiatry,* 138(6):785-789, 1981.

93. McLellan, A.T., Luborsky, L., Woody, G.E., O'Brien, C.P. and Kron, R.: Are the "addiction-related" problems of substance abusers really related? *Journal of Nervous and Mental Disease* 169:232-239, 1981.

94. McLellan, A.T., Ball, J.C., Rosen, L. and O'Brien, C.P.: Income and response to treatment. *Problems of Drug Dependence, 1980, NIDA Research Monograph,* 34:116-122, 1981.

95. Woody, G.E., McLellan, A.T., O'Brien C.P. and Luborsky, L.: Personality factors in methadone self-administration by heroin addicts. *NIDA Research Monograph Series*, Rockville, MD. 37:63-74, 1981

96. McLellan, A.T., Luborsky, L., Woody, G.E., O'Brien, C.P.: The generality of benefits from alcohol and drug abuse patients. *Problems of Drug Dependence, 1980 NIDA Research Monograph,* USGPO, 34:373-379, 1981.

97. McLellan, A.T., O'Brien, C.P., Luborsky, L., Woody, G.E.: Certain types of substance abuse patients do better in certain kinds of treatments. *Problems of Drug Dependence 1980, NIDA Research Monograph,* USGPO, 34:123-130, 1981.

98. McLellan, A.T., Erdlen, F.R., Erdlen, D.L., O'Brien, C.P.: Psychological severity and response to alcoholism rehabilitation. *Drug and Alcohol Dependence* 8(1):23-25, 1981.

99. Greenstein, R., O'Brien, C.P., McLellan, A.T., Woody, G.E.: Naltrexone: a short-term treatment alternative for opiate dependence. *Am. J. of Alcohol and Drug Abuse* 8:29l-300, 1981.

100. Woody, G.E., Mintz, J., Tennant, F., O'Brien, C.P. and McLellan, A.T. Usefulness of propoxyphene napsylate for maintenance treatment of narcotic addiction. *Arch. Gen. Psychiatry* 38:898-900, 1981.

101. Schull, J., Kaplan, H. and O'Brien, C.P.: Naloxone can alter experimental pain and mood in humans. *Physiological Psychology* 9:245-250, 1981.

102. O'Brien, C.P., Ternes, J.W., Grabowski, J., Ehrman, R.: Classically conditioned phenomena in human opiate addiction. *NIDA Research Monograph Series* 37:107-115, 1981.

103. Luborsky, L., Woody, G., McLellan, A.T., O'Brien, C.P. and Rosenzweig, J. Can independent judges recognize different psychotherapies? An experience with manual guided therapies. *Journal of Consulting and Clinical Psychology* 50:49-62, 1981.

DTX0952-0017

104. McLellan, A.T., Ball, J.C., Rosen, L., O'Brien, C.P.: Pre-treatment income and response to treatment. *Problems of Drug Dependence,* 1980, *NIDA Research Monograph,* 34:116-122, 1981.

105. Inturrisi, C.E., Colburn, W.A., Verebey, K., Dayton, H.E., Woody, G.E.and O'Brien, C.P.: Propoxyphene and norpropoxyphene kinetics after single and repeated doses of propoxyphene. *Clinical Pharmacology and Therapeutics* 31:157-167, 1982.

106. McLellan, A.T., O'Brien, C.P., Woody, G.E., Luborsky, L., and Druley, K.: Efficacy of substance abuse treatment. *NIDA Research Monograph Series* 41:223-229, 1982.

107. McLellan, A.T., Woody, G.E., Evans, B.D., and O'Brien, C.P.: Methadone maintenance in mixed substance abuse: Role of psychiatric factors. *Annals New York Academy of Sciences,* 398:65-78, 1982.

108. Khatami, M., Woody, G., O'Brien, C.P., Mintz, J. Biofeedback treatment of narcotic addiction: A double-blind study. *Drug and Alcohol Dependence* 9:111-117, 1982.

109. Persky, H., Charney, N., Strauss, D., Miller, W. R., O'Brien, C. P. and Lief, Harold, I.: The r relationship of sexual adjustment and related sexual behaviors and attitudes to marital adjustment. *The American J. of Family Therapy* 1:38-49, 1982.

110. Ternes, J.W., Ehrman, R., and O'Brien, C.P. A software system for real-time control of psychological experiments. *Behavior Research Methods and Instrumentation* 14(2):160-164, 1982.

111. Ternes, J.W., O'Brien, C.P., Testa, T.T: Rapid acquisition of conditioned responses to hydromorphone in detoxified heroin addicts. *Psychopharmacology Bulletin,* 18:215-219, 1982.

112. Woody, G.E., O'Brien, C.P., McLellan, A.T. and Evans, B.D.: Use of antidepressants along with methadone in maintenance patients. *Annals New York Academy of Sciences,* 398:120-127, 1982.

113. McLellan, A.T., Woody, G.E., Luborsky, L., O'Brien, C.P.: Is treatment for substance abuse effective: Three different perspectives. *J. American Med. A*ssoc. 247:1423-1427, 1982.

114. Ternes, J.W., and O'Brien, C.P.: Psychological and physiological response to hydromorphone: an opponent process view of addiction. *NIDA Research Monograph,* 41:497-503, 1982.

115. O'Brien, C.P., Stunkard, A.J. and Ternes, J.: Absence of naloxone sensitivity in obese humans. *J. of Psychosomatic Medicine* 44:215-218, 1982.

DTX0952-0018

116. O'Brien, C.P., Terenius, L., Wahlstrom, A., McLellan, A.T. and Krivoy, W.: Endorphin levels in opioid dependent human subjects: A longitudinal study. *Annals New York Academy of Sciences*, 38:377-387, 1982.

117. O'Brien, C.P. Group therapy for schizophrenia and affective disorders, in *Comprehensive Group Psychotherapy*, edited by H.I. Kaplan and B.J. Saddock, second edition, Williams and Wilkins: Baltimore, MD, 1983. pp. 242-249.

118. McLellan, A.T., Luborsky, L., Woody, G.E., O'Brien, C.P.: Increased effectiveness of substance abuse treatment: A prospective study of patient-program "matching." *J. Nervous and Mental Disease,* 171:597-605, 1983.

119. McLellan, A.T., Luborsky, L., Woody, G.E., Druley, K.A., O'Brien, C.P.: Predicting response to alcohol and drug abuse treatments: Role of psychiatric severity. *Arch. Gen. Psychiatry*, 40:620-625, 1983.

120. Ling, W., Weiss, D.G., Charuvastra, C.V., O'Brien, C.P. The use of disulfiram for alcoholics on methadone maintenance. *Archives of General Psychiatry*, 40:851-854, 1983.

121. Woody, G.E., Persky, H., McLellan, A.T., O'Brien, C.P.: Hostility and anxiety in opiate addicts: Endocrinological Correlates. In *Alcohol, Drug Abuse and Violent Behavior,* Gottheil, E. (ed.), C.C. Thomas: Chicago, 1983. pp. 227-244.

122. O'Brien, C.P., Greenstein, R., Evans, B., Woody, G. and Arndt, I.O.: Opioid antagonists: Do they have a role in treatment programs? *Problems of Drug Dependence, NIDA Research Monograph*, 43:71-78, 1983.

123. Woody, G.E., Luborsky, L., McLellan, A.T., O'Brien, C.P. Psychotherapy for opiate addicts. *Problems of Drug Dependence, NIDA Research Monograph,* 43:59-70, 1983.

124. Greenstein, R., Evans, B., McLellan, A.T. and O'Brien, C.P.: Predictors of favorable outcome following naltrexone treatment. *Drug and Alcohol Dependence*, 12:173-180, 1983 (condensed version in NIDA Research Monograph, 43:294-300, 1983.)

125. McLellan, A.T., Woody, G.E., Luborsky, L., O'Brien, C.P. and Druley, K.A.: Increasing efficacy of drug abuse treatment. *NIDA Research Monograph*, 43:335-341, 1983.

126. Donnegan, N.H., Rodin, J ., O'Brien, C.P., Solomon, R.L.: A Learning Theoretical Analysis of Commonalities in *Commonalities in Substance Abuse and Habitual Behavior*. Ed. D.R. Gerstein, Lexington Books: Lexington, MA, 1983. pp. 216-297.

127. O'Brien, C.P. and Weisbrot, M.M.: Behavioral and psychological components of pain management. *NIDA Research Monograph Series*, 45:36-45, 1983.

128. Ternes, J.W., Ehrman, R., and O'Brien, C.P.: Cynomolgous monkeys do not develop tolerance to opioids. *Behavioral Neuroscience*, 97:107-110, 1983.

DTX0952-0019

129. O'Brien, C.P., Woody, G.E. and McLellan, A.T.: Modern treatment of substance abuse. *Drug and Alcohol Dependence*, 11:95-99, 1983.

130. Woody, G.E., Luborsky, L., McLellan, A.T., O'Brien, C.P., Beck, A.T: Psychotherapy for opiate addicts: Does it help? *Archives Gen. Psychiat.*, 40:639-648, 1983.

131. O'Brien, C.P., Woody, G.E. and McLellan, A.T.: Psychotherapeutic approaches in the treatment of drug abuse. *Drug Abuse Treatment Evaluation, NIDA Research Monograph,* 52:129-138, 1983.

132. Childress, A.R., McLellan, A.T. and O'Brien: Measurement and extinction of conditioned withdrawal-like responses in opiate-dependent Patients. *Problems of Drug Dependence*, NIDA Research Monographs, 49:212-219, 1984.

133. O'Brien, C.P., Ternes, J.W., Greenstein, R. and Woody, G.: Applications of human behavioral pharmacology to the problems of drug addicts: A brief review. In Serban, G. (Ed) *Social and Medical Aspects of Drug Abuse,* Chapter 3, Spectrum: New York, 1984.

134. O'Brien, C.P., Ehrman, R.N., Ternes, J.W.: Classical conditioning in opiate dependence. *Problems of Drug Dependence, NIDA Research Monograph*, 49:35-46, 1984.

135. Woody, G.E., McLellan, A.T., O'Brien, C.P.: Treatment of behavioral and psychiatric problems associated with opiate dependence. In *Behavioral Strategies in Drug Dependence Treatment,* Grabowski, J. (Ed), NIDA Research Monograph, 1984, pp. 23-55.

136. Arndt, I.O., McLellan, A.T., O'Brien, C.P: Abstinence treatment for opiate addicts: Therapeutic Community or Naltrexone. *Problems of Drug Dependence*, NIDA Research Monograph, 49:275-281, 1984.

137. Woody, G.E., O'Brien, C.P., McLellan, A.T.: Treatments for opiate dependence. *Psychiatric Annals,* 14:257-263, 1984.

138. Greenstein, R., Arndt, I., McLellan, A.T., O'Brien, C.P. and Evans, B.: Naltrexone: A Clinical Perspective. *J. of Clinical Psychiatry,* Vol. 45 (no. 8, Sec 2), 25-28, 1984.

139. O'Brien, C.P., Childress, A.R., McLellan, A.T., Ternes, J. and Ehrman, R.: Use of naltrexone to extinguish opioid conditioned responses. *J. of Clinical Psychiatry,* Vol. 45(no. 8, Sec 2): 53-56, 1984.

140. O'Brien, C.P.: Summary of Naltrexone Conference. *J. of Clinical Psychiatry,* 45 : 57-58, 1984.

141. Ternes, J.W., Ehrman, R. and O'Brien, C.P.: Nondependent monkeys self-administer hydromorphone. *Behavioral Neuroscience*, 99:583-588, 1984.

DTX0952-0020

142. Ehrman, R.N., O'Brien, C.P. and Ternes, J.W.: APES: A digital-circuit simulation program for real-time control of behavioral and physiological data collection. *Bulletin of the Psychonomic Society,* 2l(6):473-475, l984.

143. Woody, G.E., McLellan, A.T., Luborsky, L., O'Brien, C.P.: Psychiatric severity as a predictor of benefits from psychotherapy. *American J. of Psychiatry*, 141: 1171-1177, 1984.

144. O'Brien,C.P., Woody, G. and McLellan, A.T.: Psychiatric Disorders in Opioid Dependent Patients. *J. Clinical Psychiatry*, 45:9-13, 1984.

145. O'Brien, C.P.: Psychopharmacology of drug abuse, in *Psychopharmacology in Clinical Practice.* L.R. Derogatis (Ed), Menlo Park, CA: Addison-Wesley, 1985. pp. 122-141.

146. Woody, G.E., McLellan, A.T., O'Brien, C.P.: Drug Abuse. In *Health and Medical Horizons-1984,* Travis, A. (Ed.), New York: McMillan. pp. 235-239, 1984.

147. Woody, G.E., Luborsky, L., McLellan, A.T., O'Brien, C.P.: Psychotherapy for opiate addicts. *Psychopharmacology Bulletin*, 19:766-772, 1984.

148. Woody, G.E., McLellan, A.T., Luborsky, L., O'Brien, C.P., Blaine, J., Fox, S., Herman, I. and Beck, A.T.: Severity of psychiatric symptoms as a predictor of benefits from psychotherapy: The Veterans Administration-Penn Study. *Am J. Psychiatry*, 141(10):1172-1177, 1984.

149. Luborsky, L., McLellan, A.T., Woody, G.E., O'Brien, C.P., Auerbach, A.: Therapist success and its determinants. *Archives Gen. Psychiat.*, 42:602-611, 1985.

150. Childress, A.R., McLellan, A.T., O'Brien, C.P.: Behavioral therapies for substance abuse. *International J. of the Addictions,* 20:947-968, 1985.

151. Woody, G.E., McLellan, A.T., Luborsky, L., O'Brien, C.P. Sociopathy and psychotherapy outcome. *Archives Gen. Psychiat* 42:1081-1086, 1985.

152. Childress, A.R., McLellan, A.T. and O'Brien, C.P. Assessment and extinction of opiate withdrawal-like responses in an integrated treatment for opiate dependence. in *Problems of Drug Dependence, NIDA Research Monograph,* 55:202-210, 1985.

153. McLellan, A.T., Luborsky, L., Cacciola, J., Griffith, J., Evans, F., Barr, H., O'Brien, C.P.: New data from the Addiction Severity Index: Reliability and validity in three centers. *Journ.of Nervous and Mental Disease,* 173:412-423, 1985.

154. O'Brien, C.P. and Woody, G.E.: Sedative hypnotics and anti-anxiety agents. *American Psychiatric Association Annual Review*), Eds.. A.J. Frances and R. Hales, APA Press: Washington, DC., 5:186-199, 1986.

DTX0952-0021

155. O'Brien, C.P. and Woody, G.E.: Role of antagonists in the treatment of opioid dependence. in *Research Advances in Alcohol and Drug Problems.* (Ed) H. Cappell. Plenum Press: New York, 1986. pp 245-260.

156. O'Brien, C.P., Ehrman, R. and Ternes, J.: Classical conditioning in human opioid dependence. In *Behavioral Analysis of Drug Dependence*. S. Goldberg and I. Stolerman, (Eds.), Academic Press: San Diego, 1986. pp. 329-356.

157. McLellan, A.T., Luborsky, L., O'Brien, C.P.: Alcohol and drug abuse in three different populations: Is there improvement and is it predictable? *Amer. J. of Drug and Alcohol Abuse* 12:101-120, 1986.

158. McLellan, A.T., Childress, A.R., O'Brien, C.P., Ehrman, R.: Extinguishing conditioned responses during treatment for opiate dependence: Turning laboratory findings into clinical procedures. *J. Substance Abuse Treatment*, 3:33-40, 1986.

159. Woody, G.E. and O'Brien, C.P.: Update on methadone maintenance. in *Research Advances in Alcohol and Drug Problems,* H. Cappel (Ed.) Plenum Press:New York, 1986. pp 261-277. reprinted in *Comprehensive Handbook of Drug and Alcohol Addiction,* N.S. Miller (Ed) Marcel Dekker: New York, 1991. pp 1113-1125.

160. Neil, A., Terenius, L., Ternes, J., Ehrman, R. and O'Brien, C.P.: Opiate receptors, neuropeptides in CNS and CSF of two Maccaca species with different responsiveness to opiates. *European J. of Pharmacol.* 122:143-147, 1986.

161. O'Brien, C.P., Terenius, L., Nyberg, F. and McLellan, A.T.: CSF endorphins in chronic opioid dependent humans. *Problems of Drug Dependence, NIDA Research Monograph* 67:373-380, 1986.

162. O'Brien, C. P., Woody, G. E., McLellan, A.T.: A new tool in the treatment of impaired physicians. *Philadelphia Medicine* 82:442-446, 1986.

163. Ternes, J.W., Norton, W., Leak, D., Silverman, D., Ehrman, R.N., and O'Brien, C.P. Catheterization of the lumbar subarachnoid space for long term CSF collection in unanesthetized non-human primates. *Behavior Research Methods and Instrumentation* 18:377-381, 1986.

164. Corty, E., O'Brien, C. and Mann, S.: The role of temptation in reactivity to alcohol. *Problems of Drug Dependence* 76:102-108, 1987.

165. Childress, A.R., McLellan, A.T. and O'Brien, C.P. Nature and incidence of conditioned responses in a methadone population: A comparison of laboratory, clinic and naturalistic setting. in *Problems of Drug Dependence, NIDA Research Monograph ,* 67: 366-372, 1986.

DTX0952-0022

166. Childress, A.R., McLellan, A.T. and O'Brien, C.P.  Abstinent opiate abusers exhibit conditioned craving, conditioned withdrawal and reductions in both through extinction. *British J. of Addictions,* 81:655-660, 1986.

167. Levin, R., Strong, G., Berman, H., Hayes, L., Menberg, W., O'Brien, C.P., Ternes, J., Wein, A.: Effect of opiate dependence on erectile function in non-human primates.  *Journal of Neurourology and Urodynamics,* 5:397-402, 1986.

168. Woody, G.E., O'Brien, C.P., McLellan, A.T., Luborsky, L.:  Psychotherapy as an adjunct to methadone treatment.  In R.E. Meyer (Ed.) *Psychopathology and Addictive Disorders,* New York: Guilford Press, 1986. pp 169-195.

169. Childress, A.R., McLellan, A.T. and O'Brien, C.P.  Conditioned responses in a methadone population:  A comparison of laboratory, clinic and natural setting. *Journal of Substance Abuse Treatment*  3:173-179, 1986.

170. Childress, A.R., McLellan, A.T., O'Brien, C.P.:  Role of conditioning factors in the development of drug dependence. *Psychiatric Clinics of North America* 9:413-426, 1986.

171. Ternes, J.W., Norton, W., Silverman, D., Leak, D., Ehrman, R.N., and O'Brien, C.P.  Intra-arterial monitoring of blood pressure in nonhuman primates. *Behavior Research Methods and Instrumentation* 18:377-381, 1986.

172. Woody, G.E., McLellan, A.T., Luborsky, L. and O'Brien, C.P.:  Psychotherapy for substance abuse. *Psychiatric Clinics of North America*  9:547-562, 1986.

173. Childress, A.R., McLellan, A.T., Ehrman, R., and O'Brien, C.P.:  Extinction of conditioned responses in abstinent cocaine or opioid users. *Problems of Drug Dependence*  76:189-195, 1987.

174. O'Brien, C.P.:  Drug Abuse and Dependence. *Cecil:  Textbook of Medicine,* 18th edition Edited by J.B. Wyngaarden and L.H. Smith.  Philadelphia: Saunders, 1987. pp 52-61.

175. Wang, R., Mallon, J., McLellan, A.T., Alterman, A., and O'Brien, C.P.:  Alcohol and dilated cardiomyopathy:  Incidence and correlation with clinical outcome. *J. of Substance Abuse Treatment*  4:209-213, 1987.

176. Spiegel, T., Stunkard, A.J., Shrager, E., O'Brien, C.P., Morrison, M., and Stellar, E.:  Effect of naltrexone on food intake, hunger, and satiety in obese men. *Physiology and Behavior* 40:135-141, 1987.

177. Childress, A.R., McLellan, A.T., Natale, M. and O'Brien, C.P.:  Mood states can elicit conditioned withdrawal and craving in opiate abuse patients.  in *Problems of Drug Dependence, NIDA Research Monograph* 76:137-144, 1987.

178. Woody, G.E., McLellan, A.T., Luborsky, L., and O'Brien, C.P.:  Psychotherapy for Opiate Dependence:  A Twelve-Month Follow-up. *Amer. J. of Psychiat.* 144:590-596, 1987.

DTX0952-0023

179. Alterman, A.I., Hayashida, M. and O'Brien, C.P.:  Treatment response and safety of ambulatory medical detoxification. *Journal of Studies on Alcohol*  49:160-166, 1988.

180. Childress, A.R., Ehrman, R., McLellan, A.T., O'Brien, C.P.:  Conditioned craving and arousal in cocaine addiction. *Problems of Drug Dependence, NIDA Monograph Series* DHHS pub no. (ADM) 88-1564, 1988.  pp 74-80.

181. Childress, A.R., Ehrman, R., McLellan, A.T. and O'Brien, C.P.:  Update on behavioral treatments for substance abuse.  Problems of Drug Dependence, *NIDA Research Monograph Series*  DHHS  pub. no. (ADM)89-1605, 1988, pp 183-192.

182. Childress, A. R., Mc Lellan, A. T. and O'Brien, C. P.:  Classically conditioned responses in cocaine and opioid dependence: role in relapse?.  *Learning Factors in Drug Dependence NIDA Research Monograph Series*, ed. by  B. Ray. DHHS publication number (ADM)88-1576, 1988.  pp 25-43.

183. Corty, E., O'Brien, C.P., and Mann, S.:  Reactivity to alcohol stimuli in alcoholics. *Drug and Alcohol Dependence*  21:29-36, 1988.

184. Ehrman, R., Ternes, J., Holahan, J. and O'Brien, C.P.:  Conditioned tolerance in opiate addicts.  Problems of Drug Dependence, *NIDA Research Monograph Series,* DHHS pub no. (ADM) 89-1605, 1988, p 320.

185. Hayashida, M., Alterman, A., McLellan, A.T., O'Brien, C.P.:  Is inpatient medical alcohol detoxification justified? *Problems of Drug Dependence, NIDA Research Monograph  No. 81*  DHHS pub no. (ADM) 88-1564, 1988. pp 19-25.

186. McLellan, A.T., Woody, G.E., Luborsky. L., and O'Brien, C.P.:  Is the counselor an "active ingredient" in substance abuse treatment? *J. of Nervous and Mental Disease* 176(7):423-430, 1988.

187. O'Brien, C.P.:  The role of research in the education of physicians in the field of substance abuse. *Substance Abuse*  9(3):129-132 Spring 1988.

188. O'Brien, C.P., Childress, A.E., Arndt, I.O., McLellan, A.T., Woody, G.E., and Maany, I.:  Pharmacological and behavioral treatments of cocaine dependence: controlled studies. *J Clin Psychiatry* 49(2):17-22, 1988.

189. O'Brien, C. P., Childress, A.R. and McLellan, A.T.:  Types of conditioning found in drug-dependent humans. *Learning Factors in Drug Dependence NIDA Research Monograph Series*, ed. by  B. Ray. DHHS publication number (ADM)88-1576, 1988.  pp 44-61.

190. O'Brien, C.P., Childress, A.R., McLellan, A.T., Ehrman, R., Ternes, J.:  Progress in understanding the conditioning aspects of drug dependence. *Problems of Drug Dependence, NIDA Monograph Series*  DHHS pub no. (ADM) 88-1564, 1988.  pp 395-404.

24

DTX0952-0024

191. O'Brien, C.P., McLellan, A.T., and Woody, G.E.: The University of Pennsylvania Addiction Research Center. *British Journal of Addiction* 83:1261-1270, 1988.

192. O'Brien, C.P., Terenius, L.Y., Nyberg, F., McLellan, A.T., Eriksson, I.: Endogenous opioids in cerebrospinal fluid of opioid-dependent humans. *Biological Psychiatry* 24:649-652, 1988.

193. Woody, G.E., O'Brien, C.P., and Luborsky, L.: Psychotherapy for substance abuse *Problems of Drug Dependence, NIDA Research Monograph 90* DHHS(ADM) 89-1605, USGPO, 1988. p 162-167.

194. Woody, G.E., O'Brien, C.P., McLellan, A.T., Persky, H.: Hormonal response to methadone treatment. *Problems of Drug Dependence, NIDA Research Monograph* DHHS pub no. (ADM) 88-1564, 1988. pp 216-223.

195. Arndt, I.O., Dorozynski, L., McLellan, A.T., Woody, G.E., and O'Brien, C.P.: Desipramine treatment for cocaine abuse in methadone-maintained patients. *Problems of Drug Dependence, NIDA Research Monograph 90* DHHS(ADM) 89-1605, USGPO, 1989. p 347.

196. Childress, A.R., Ehrman, R., McLellan, A.T., and O'Brien, C.P.: Update on behavioral treatments for substance abuse. *Problems of Drug Dependence, NIDA Research Monograph 90* DHHS (ADM) 89-1605, USGPO, 1989. pp. 183-192.

197. Hayashida, M., Alterman, A., McLellan, A.T., O'Brien, C.P., Purtil, J., and Volpicelli, J.: Comparative effectiveness of inpatient and outpatient detoxification of patients with mild to moderate alcohol withdrawal syndrome. *New England Journal of Medicine* 320:358-365, 1989.

198. Maany, I., Dhopesh, V., Burke, W., Woody, G., and O'Brien, C.P.: Methadone doubles serum level of desipramine. *American J. of Psychiatry* 146:1611-1613, 1989.

199. O'Brien, C.P.: The use of antagonists in the treatment of opioid dependence. in *Treatments of Psychiatric Disorders.* (Karasu TB, ed) A Task Force Report of the American Psychiatric Association, Washington, DC, APPI, 1989. pp 1332-1341.

200. O'Brien, C., and Tignol, J.: Le traitement neuroleptique au long cours des schizophrenies. *Revue Pratique* 35(3):26-29, 1989.

201. O'Brien, C. P., and Woody, G. E.: Psychotherapy research. in *Comprehensive Textbook of Psychiatry Fifth Edition* edited by H. I. Kaplan and B. J. Saddock. Baltimore: Williams and Wilkins pp 1568-1573, 1989.

202. O'Brien, C.P., and Woody, G.E.: Research literature: a key resource for students and faculty. *Alcohol Health and Research World* published by NIAAA, Washington, D.C. pp 16-19, 1989.

25

DTX0952-0025

203. Woody, G.E., Luborsky, L., McLellan, A.T., and O'Brien, C.P.: Individual psychotherapy for substance abuse. *Treatments of Psychiatric Disorders,* American Psychiatric Association, 1989, pp 1417-1429.

204. Metzger D., and O'Brien CP: Substance abuse: The challenge of assessment in *Quality of Life Assessments in Clinical Trials.* Ed. B. Spiker, Raven Press:New York, 1990. pp 237-246.

205. O'Brien, C.P.: Cocaine Dependence. in *Evaluation of Different Programmes for Treatment of Drug Addicts,* Adamsson, C., Jansson, B., Rydberg, U., Westrin, C. (Eds.), Swedish Medical Research Council: Stockholm, 1990. pp 51-60.

206. O'Brien, C.: Drug dependence. In *Basic Pharmacology in Medicine,* DiPalma, J. and DiGregorio, G.J. (Eds.), New York: McGraw Hill, 1990. pp 334-344.

207. O'Brien, C.P.: Research on the Effectiveness of Substance Abuse Treatment. In *Evaluation of Different Programmes for Treatment of Drug Addicts,* Adamsson, C., Jansson, B., Rydberg, U., Westrin, C. (Eds.), Swedish Medical Research Council: Stockholm, 1990. pp 87-96.

208. O'Brien, C.P., Alterman, A., Walter, D., Childress, A.R., and McLellan, A.T.: Evaluation of treatment for cocaine dependence. *Problems of Drug Dependence NIDA Research Monograph Series 95* DHHS (ADM) 90-1663, USGPO, 1990. pp 78-94.

209. O'Brien, C.P., Childress, A.R., McLellan, A.T., and Ehrman, R.: Integrating systematic cue exposure with standard treatment in recovering drug dependent patients. *Addictive Behaviours* 15(4):355-365, 1990.

210. Ternes, J.W., and O'Brien, C.P.: Opioid drugs: Abuse liability and treatments for dependence. In *Advances in Alcohol and Substance Abuse,* Erickson, C (ed.), JAI Press, 9:27-46, 1990.

211 Volpicelli, J., Alterman, A., Hayashida, M., Muentz, L,. and O'Brien, C.: Naltrexone and the treatment of Alcohol Dependence. in *Opioids, Bulimia and Alcoholism,* L.D. Reid, Ed., Springer-Verlag:New York, 1990. pp 195-214.

212. Woody, G.E., McLellan, A.T., Luborsky, L., and O'Brien, C.P.: Psychotherapy and counseling for methadone-maintained opiate addicts: Results of research studies. *Psychotherapy and Counseling in the Treatment of Drug Abuse, NIDA Research Monograph Series No. 104,* DHHS pub. no. (ADM)90-1722, 1990. pp 9-23.

213. Woody, G.E., McLellan, A.T., and O'Brien, C.P.: Clinical-behavioral observations of the long-term effects of drug abuse. *Residual Effects of Abused Drugs on Behavior, NIDA Research Monograph 101* DHHS (ADM) 90-1719, USGPO, 1990. pp 71-86.

DTX0952-0026

214.  Woody, G.E., McLellan, A.T., and O'Brien, C.P.:  Research on psychopathology and addiction: Treatment implications. *Drug and Alcohol Dependence*, 25:121-123, 1990.

215.  Woody, G.E., Metzger, D.S., McLellan, A.T., O'Brien, C.P., and DePhilippis, D.: Psychiatric symptoms in HIV test consenters and refusers. *NIDA Research Monograph 95*, 1990. pp 415-516.

216.  Alterman, A., O'Brien, C.P., and McLellan, A.T.:  Differential therapeutics for substance abusers.  In Francis, R.J., and Miller, S.I. (Eds.). *The Clinical Textbook of Addictive Disorders*. New York:  Guilford Publications, 1991. pp. 369-391.

217.  Berg, B.J., Volpicelli, J.R., Alterman, A., and O'Brien, C.P.:  The relationship between endogenous opioids and alcohol drinking: the opioid compensation hypothesis. *Novel Pharmacological Interventions*,  pp 137-147, 1991.

218.  Childress, A.R., McLellan, A.T., Woody, G.E., and O'Brien, C.P.:  Are there minimum conditions necessary for methadone maintenance to reduce intravenous drug use and AIDS risk behaviors? *Substance Abuse Treatment, NIDA Research Monograph Series 106* DHHS (ADM)91-1754, 1991. pp 167-177.

219.  Hayashida, M., Alterman, A., McLellan, A.T., O'Brien, C.P., Purtil, J.J., and Volpicelli, J.: Comparative effectiveness and costs of inpatient and outpatient detoxification of patients with mild-to-moderate alcohol withdrawal syndrome. *Annual Rev of Addiction Res. & Treatment,* 1:316-322, 1991.

220.  McLellan, A.T., O'Brien, C.P., Metzger, D., Alterman, A.I., Cornish, J., and Urschel, H.: How effective is substance abuse treatment compared to what? in *Advances in Understanding the Addictive States*. Eds. C.P. O'Brien and J. Jaffe, 70:231-252, 1991.

221.  Metzger, D., Woody, G., DePhilippis, D., McLellan, A.T., O'Brien, C.P., and Platt, J.J.: Risk factors for needle sharing among methadone patients. *American J. of Psychiat.* 148:636-640, 1991.

222.  O'Brien, C.P., and Childress, A.R.:  Behavior therapy of drug dependence. in *International Handbook of Addictive Behaviour. Ed: I. Glass, London; Routledge Press*, 1991. pp 230-235.

223.  O'Brien, C.P., Childress, A.R., and Ehrman, R.:  A learning model of addiction. in *Advances in Understanding the Addictive States*. Eds. C.P. O'Brien and J. Jaffe, 70:157-177, 1991.

224.  O'Brien, C.P., Childress, A.R., and McLellan, A.T.:  Conditioning factors may help to understand and prevent relapse in patients who are recovering from drug dependence. *Substance Abuse Treatment, NIDA Research Monograph Series 106* DHHS (ADM)91-1754, 1991. pp 293-312.

DTX0952-0027

225. O'Brien, C.P., and Tignol J.:  Continuity in biological treatment.  *Int. J. Mental Health*, 20(2): 23-30, 1991.

226. O'Brien, C.P., and Woody G.:  Psychiatric syndromes caused by cocaine.  in *Physiopathology of Illicit Drugs, Advances in Biosciences, Vol 80*, Ed. G. Nahas and C. Latour, Pergamon: New York, 1991.  pp. 219-232.

227. Terenius, L., and O'Brien, C.P.:  Receptors and endogenous ligands:  Implications for addiction. in *Advances in Understanding the Addictive States*.  Eds. C.P. O'Brien and J. Jaffe, 70:123-130, 1991.

228. Woody, G.E., McLellan, A.T., Alterman, A.A. and O'Brien, C.P.:  Encouraging collaboration between research and clinical practice in alcohol and other drug abuse treatment.  *Alcohol Health and Research World*, 15(3):221-227, 1991.

229. Woody, G.E., McLellan, A.T., O'Brien, C.P., and Luborsky, L.:  Addressing psychiatric comorbidity.  *Substance Abuse Treatment, NIDA Research Monograph Series 106* DHHS (ADM)91-1754, 1991. pp 152-166.

230. Alterman, A. I., Droba, M., Antelo, R.E., Cornish, J.W., Sweeney, K.K., Parikh, G.A. and O'Brien, C.P.:  Amantadine may facilitate detoxification of cocaine addicts.  *Drug and Alcohol Dependence*, 31:19-29, 1992.

231. Arndt, I.O., Dorozynsky, L., Woody, G.E., McLellan, A.T. and O'Brien, C.P.:  Desipramine treatment of cocaine dependence in methadone-maintained patients.  *Arch. Gen. Psychiatry*, 49:888-893,1992.

232. Childress, A.R., Ehrman, R., Rohsenow, D.J., Robbins, S.J. and O'Brien, C.P.:  Classically conditioned factors in drug dependence.  in *Substance Abuse a Comprehensive Textbook, Second Edition*, Eds. JH Lowinson, P Ruiz, RB Millman, Williams & Wilkins: Baltimore, 1992.  pp. 56-69.

233. Ehrman, R., Robbins, S., Childress, A.R., and O'Brien, C.P.:  Conditioned responses to cocaine-related stimuli in cocaine abuse patients.  *Psychopharmacology*, 107:523-529, 1992.

234. Ehrman, R., Ternes, J., O'Brien, C.P. and McLellan, A.T.:  Conditioned tolerance in human opiate addicts.  *Psychopharmacology,* 108:218-224, 1992.

235. Ehrman, R.N., Robbins, S.J., Childress, A.R., McLellan, A.T., and O'Brien, C.P.:  Responding to drug-related stimuli in humans as a function of drug-use history.  *Applications to Drug Abuse Research, NIDA Research Monograph 116,*  DHHS (ADM) 91-1878, USGPO, 1992. pp 231-244.

236. Gariti, P., Auriacombe, M., Incmikoski, R., McLellan, A.T., Patterson, L., Dhopesh, V., Mezochow, J., Patterson, M., O'Brien, C.:  A randomized double-blind study of

DTX0952-0028

neuroelectric therapy in opiate and cocaine detoxification. *Journal of Substance Abuse* , 4:299-308, 1992.

237. Greenstein R.A., Fudala P.J. and O'Brien, C.P.:  Alternative pharmacotherapies for opiate addiction. In *Substance Abuse a Comprehensive Textbook, Second Edition,* Eds. J.H. Lowinson, P. Ruiz, R.B. Millman, Williams & Wilkins: Baltimore, 1992.  pp. 562-573.

238. Mackler, S.A., and O'Brien, C.P.:  Cocaine abuse. *Advances in Internal Medicine*, Ed. G. Stollerman, Mosby Year Book, Inc., St. Louis, Missouri, 1992. pp 21-35.

239. Mann, J.J., Goodwin, F.K., O'Brien, C.P. and Robinson, D.S.:  Suicidal behavior and psychotropic medication.  Accepted as a consensus statement by the ACNP Council, March 2, 1993.  *Neuropsychopharmacology*, 8: 177-183, 1993.

240. McLellan, A.T., Alterman, A.I., Cacciola, J., Metzger, D., and O'Brien, C.P.:  A new measure of substance abuse treatment:  Initial studies of the treatment services review.  *Journal of Nervous and Mental Diesease,* 180(2):101-110, 1992.

241. McLellan, A.T., O'Brien, C.P., Metzger, D., Alterman, A.I., Cornish, J. and Urschel, H.: How effective is substance abuse treatment - compared to what?  In *Addictive States*, Eds. C.P. O'Brien and J. Jaffe, Raven: New York, 14:231-252, 1992.

242. O'Brien, C.P., Alterman, A., Childress, A.R., and McLellan, A.T.:  Developing and Evaluating New Treatments for Alcoholism and Cocaine Dependence. *Recent Developments in Alcoholism,* Ed. M. Galanter, New York: Plenum, 1992. 10:303-325.

243. O'Brien, C.P., Childress, A.R., McLellan, A.T., and Ehrman, R.:  Classical conditioning in drug dependent humans.  The Neurobiology of Drug and Alcohol Addiction. *Annals of the New York Academy of Sciences,* 654:400-415, 1992.

244. O'Brien, C.P., McLellan, A.T., Alterman, A., and Childress, A.R.:  Psychotherapy for cocaine dependence.  1992 Cocaine: Scientific and Social Dimensions, Wiley, Chichester (Ciba Foundations Symposium 166) 1992. pp 207-223.

245. O'Brien, C.P., and Urschel, H.C.:  Neurological consequences of drug abuse.  In *Diseases of the Nervous System, Second Edition*, Eds. A.K. Asbury, G.W. McKhann, W.I . McDonald, Saunders:Philadelphia, 1992, 1274-1287.

246. Robbins, S., Ehrman, R., Childress, A.R., and O'Brien, C.P.:  Using cue reactivity to screen medications for cocaine abuse: Amantadine hydrochloride. *Addictive Behaviors* , 17:491-499, 1992.

247. Tilly, J., O'Brien, C.P., McLellan, A.T., Woody, G.E., Metzger, D.S. and Cornish, J.: Naltrexone in the treatment of federal probationers. Problems of Drug Dependence 1991, Proceeding of the 53rd Annual Scientific Meetings, The Committee on Problems of Drug Dependence, Inc. NIDA Research Monograph 119, Publication ADM 92-1888 Edited L. Harris, Washington, DC, US Government Printing Office, 1992. p 458.

DTX0952-0029

248. Volpicelli, J.R., Alterman, A.I., Hayashida, M. and O'Brien, C.P.: Naltrexone in the treatment of alcohol dependence. *Arch. Gen Psychiatry*, 49:876-880, 1992.

249. Childress, A.R., Hole, A.V., Ehrman, R.N., Robbins, S.J., McLellan, A.T. and O'Brien, C.P.: Cue reactivity and cue reactivity interventions in drug dependence. *NIDA Research Monograph Series 137,* NIH Publication No. 93-3684, 1993. pp. 73-95.

250. Cornish, J.W., Henson, D., Levine, S., Volpicelli, J., Inturrisi, C., Yoburn, B., and O'Brien, C.P.: Naltrexone maintenance: effect on morphine sensitivity in normal volunteers. *Am. J. Addictions,* 2:34-38, 1993.

251. Grabot, D., Auriacombe, M., Martin, C., Landry, M., McLellan, A.T., Bergeron, J., O'Brien, C.P. and Tignol, J.: L´Addiction Severity Index: un outil de´évaluation fiable et valide des comportements de dépendance. In *Comptes Rendus de Congrés de Psychiatrie et Neurologie de Langue Francaise,* Ed. Leger, J.M., 1993, 213-219.

252. McLellan, A.T., Arndt, I.O., Metzger, D.S., Woody, G.E. and O'Brien, C.P.: The effects of psychosocial services in substance abuse treatment. *JAMA,* 269(15):1953-1959, 1993.

253. McLellan, A.T., Grissom, G.R., Brill, P., Durrell, J., Metzger, D.S. and O'Brien, C.P.: Private substance abuse treatments: are some programs more effective than others? *J. of Substance Abuse Treatment,* 10:243-253, 1993.

254. McLellan, A.T., Randall, M., Metzger, D., Alterman, A.I., and Woody, G.E. and O'Brien, C.P.: Appropriate expectations for substance abuse treatments: can they be met? *Drugs, alcohol, and tobacco: making the science and policy connections,* Eds. G. Edwards, J. Strang and J.H. Jaffe, Oxford University Press: New York, 1993, 487-510.

255. Metzger, D.S., Woody, G.E., McLellan, A.T., O'Brien, C.P., Druley, P., Navaline, H. DePhilippis, D., Stolley, P. and Abrutyn, E.: Human immunodeficiency virus seroconversion among intravenous drug users in- and out-of-treatment: an 18-month prospective follow-up. *J. of Acquired Immune Deficiency Syndromes,* 6:1049-1056, 1993.

256. O'Brien, C.P.: Opioid Addiction *Handbook of Experimental Pharmacology, Vol. 104/II Opioids II,* Ed. A. Herz, Berlin Heidelberg: Springer-Verlag, 1993. 63:803-823.

257. O'Brien, C.P.: Pharmacology: the use of medication in treating drug addiction. In *Biomedical Approaches to Illicit Drug Demand Reduction,* Ed. C. R. Hartel, NIH Publication No. 93-3698, 1993. pp 157-168.

258. O'Brien, C.P., Childress, A.R., McLellan, A.T. and Ehrman, R.: Developing treatments that address classical conditioning. In *Cocaine Treatment: Research and Clinical Perspectives,* NIDA Research Monograph Series 135, Publication No. ADM 93-3639, Edited Frank L. Tims and Carl G. Leukefeld, Washington, DC, US Government Printing Office, 1993. pp. 71-91.

DTX0952-0030

259. O'Brien, C., McLellan, A.T., Alterman, A.: Effectiveness of treatment for substance abuse. In *Biological Basis of Substance Abuse*, Eds. S.G. Korenman and J.D. Barchas, Oxford University Press: New York, 1993. 30:487-510.

260. Weinrieb, R. M. and O'Brien, C.P.: Persistent cognitive deficits attributed to substance abuse. *Neurologic Complications of Drug and Alcohol Abuse*, 11(3):663-691, 1993.

261. Alterman, A.I., O'Brien, C.P., McLellan, A.T., August, D.S., Snider, E.C., Droba, M., Cornish, J. W., Hall, C.P., Raphaelson, A.H., Schrade, F.X.: Effectiveness and costs of inpatient versus day hospital cocaine rehabilitation. *J. of Nervous and Mental Disease*, 182(3):157-163, 1994.

262. Arndt, I.O., McLellan, A.T., Dorozynsky, L., Woody, G.E. and O'Brien, C.P.: Desipramine treatment for cocaine dependence. *J. of Nervous and Mental Disease*, 182(3): 151-156, 1994.

263. Auriacombe, M., Cornish, J. W., Skoble, L., and O'Brien, C.P.: The naloxone conjunctival test: an underused tool? a review of the available data. Proceedings of the 55th Annual Meeting of the College on Problems of Drug Dependence, *NIDA Research Monograph Series 141*, 1994. p 471.

264. Auriacombe, M., Grabot, D., Daulouede, J., Vergnolle, J., O'Brien, C.P. and Tignol, J.: A naturalistic follow-up study of French-speaking opiate-maintained heroin-addicted patients: effect on biopsychosocial status. *J of Substance Abuse Treatment*, 11(6):565-568, 1994.

265. Blaine, J.D., Ling, W., Kosten, T.R., O'Brien, C.P. and Chiarello, R.J.: Establishing the efficacy and safety of medications for the treatment of drug dependence and abuse: methodologic issues. In *Clinical Evaluation of Psychotropic Drugs: Principles and Guidelines*, Eds. Prien, R.F. and Robinson, D.S., Raven Press, New York, 1994, 593-621.

266. Childress, A.R., Ehrman, R., McLellan, A.T., MacRae, J., Natale, M. and O'Brien, C.P.: Can induced moods trigger drug related responses in opiate abuse patients? *J of Substance Abuse Treatment*, 11(1):17-23, 1994.

267. Droungas A., Ehrman, R., Childress, A.R. Semans, M. and O'Brien, C.P.: Smoking cues trigger more craving than affectively negative stimuli. Proceedinigs of the 55th Annual Meeting of the College on Problems of Drug Dependence. *NIDA Research Monograph Series* 141, 1994. p 407.

268. Groves, G., DiGregorio, J., Cornish, J., Ruch, E., Ferko, A., Barbieri, E., McCarter, T., and O'Brien, C.P.: The eliminatiton of cocaine from hair in recently abstinent, chronic, adult, cocaine smokers. Proceedings of the 55th Aannual Meeting of the College on Problems of Drug Dependence, *NIDA Research Monograph Series 141*, 1994. p 153.

269. Kumor, K.M. and O'Brien, C.P.: Substance abuse. In: *Biological Bases of Brain Function and Disease*, Eds. Frazer, A., Molinoff, P., and Winokur, A., Raven Press, New York, 1994. pp 357-384.

DTX0952-0031

270.  McLellan, A.T., Alterman, A.I., Metzger, D.S., Grissom, G.R., Woody, G.E., Luborsky, L., and O'Brien, C.P.:  Similarity of outcome predictors across opiate, cocaine, and alcohol treatments: role of treatment services.  *J of Consulting and Clinical Psychology,*  62(6): 1141-1158, 1994.

271.  O'Brien, C.:  Drug dependence.  In *Basic Pharmacology in Medicine (Fourth Edition),*  Eds. J.R. DiPalma, G.J. DiGregorio, E.J. Barbieri, A.P. Ferko, 1994. pp. 375-384.

272.  O'Brien, C.P.:  La méthadone aux états-unis.  *Toxicomanies, SIDA - Droits de L'homme et Déviances,*  Borello, J-M (Directeur de la Publication), Spinnaker, France, 1994. pp 41-44.

273.  O'Brien, C.P.:  Opiate antagonists and partial agonists: the use of naltrexone and related medications. *The Treatment of Substance Abuse,*  Eds. M. Galanter and J.D. Kleber, American Psychiatric Press: Washington, DC. 1994. pp 223-251.

274.  O'Brien, C.P.:  Treatment of alcoholism as a chronic disorder.  *Toward a Molecular Basis of Alcohol Use and Abuse.*  Eds. B. Jansson, H. Jörnvall, U. Rydberg, L. Terenius and B.L. Vallee, Birkhäuser Verlag: Basel, Switzerland, 1994. pp 349-370,  and *Alcohol,* 11(6):433-437, 1994.

275.  O'Brien, C.P. and Jones, R.T.:  Methodological issues in the evaluation of a medication for its potential benefit in the enhancement of psychotherapy. *50 Years of LSD,*  Eds. A. Pletscher and D. Ladewig, The Parthenon Publishing Group: New York. 1994. pp 213-221.

276.  Robbins, S.J., Ehrman, R.N., Childress, A.R., and O'Brien, C.P.:  Independence of craving self-reports and physiological reactivity to cocaine cues in cocaine abuse patients. Proceedings of the 55th Annual Meeting of the College on Problems of Drug Dependence, *NIDA Research Monograph Series 141,*  1994. p 25.

277.  Barber, W.S. and O'Brien, C.P.:  Early identification and intervention in an office setting. *Primary Psychiatry,*  2(10):49-55, 1995.

278.  Cornish, J.W., Maany, I., Fudala, P.J., Neal, S., Poole, S.A., Volpicelli, P., and O'Brien, C.P.: Carbamazepine treatment for cocaine dependence. *Drug and Alcohol Dependence,* 38:221-227, 1995.

279.  Cornish, J.W., McNicholas, L.F. and O'Brien, C.P.:  Treatment of substance-related disorders.  In *Textbook of Psychopharmacology,* Schatzberg AF, Nemeroff CB (eds), APA Press, Washington DC.  1995. pp 707-724.

280.  Droungas, A., Ehrman, R.N., Childress, A.R. and O'Brien, C.P.:  Effect of smoking cues and cigarette availability on craving and smoking behavior. *Addictive Behaviors,*  20(5):657-673, 1995.

DTX0952-0032

281. Frey, F.W., Abrutyn, E., Metzger, D.S., Woody, G.E., O'Brien, C.P. and Trusiani, P.:  Focal networks and HIV risk among African-American male intravenous drug users. Social Networks, Drug Abuse and HIV Transmission, *NIDA Research Monograph Series 151*. 1995. p 89-108.

282. Gariti, P., Alterman, A.I., Holub-Beyer, E., Volpicelli, J.R., Prentice, N. and O'Brien, C.P.: Effects of an appointment reminder call on patient show rates. *J. Substance Abuse Treatment*, 12(3):207-212, 1995.

283. McKay, J.R., Alterman, A.I., McLellan, A.T., Snider, E.C. and O'Brien, C.P.:  Effect of random versus non-random assignment in a comparison on inpatient and day hospital rehabilitation for male alcoholics. *J. Consulting and Clinical Psychology*, 63(1):70-78, 1995.

284. McNicholas, L.F. and O'Brien, C.P.:  Substance Abuse  In *Current  Pediatric Therapy*, Burg FD, Ingelfinger JR, Wald ER, Polin RA (eds), W.B. Saunders Company, Philadelphia, PA. 1995. pp 851-853.

285. O'Brien, C.P.:  Antagonist treatment: use of naltrexone and related medications.  In *Treatments of Psychiatric Disorders (Second Edition)*,  Gabbard GO (ed), American Psychiatric Press, Inc.:Washington, DC.  1995.  pp 766-781.

286. O'Brien, C.P.:  Overview: the treatment of drug dependence. *Addiction*, 89:1565-1569, 1995.

287. O'Brien, C.P.:  Treatment of cocaine abuse and dependence.  In *The Encyclopedia of Drugs and Alcohol*,  Jaffe, J. (ed), Macmillan Publishing Company: New York, 1995.  pp 1088-1092.

288. O'Brien, C.P.:  Drug addiction and drug abuse.  In Goodman and Gilman's *The Pharmacological Basis of Therapeutics (9th Edition)*, Hardman JG and Limbird LE (eds), McGraw Hill: New York, 1995. pp 557-577.

289. O'Brien, C.P., Eckardt, M, Linnoila, M.:  Pharmacotherapy of alcoholism.  In *Neuropsychopharmacology: Fourth Generation of Progress*,  Bloom, F. and Kupfer, D. (eds.), Raven Press: New York. 1995. 149:1745-1755.

290. O'Brien, C.P., Woody, G.E. and McLellan, A.T.:  Enhancing the effectiveness of methadone using psychotherapeutic interventions.  *Integrating Behavioral Therapies with Medications in the Treatment of Drug Dependence NIDA Research Monograph Series 150,*  ed. by L. Onken, J.D. Blaine, and J.J. Boren, NIH Publication number 95-3899. 1995. p 5-17.

291. Volpicelli, J.R., Clay, K.L., Watson, N.T. and O'Brien, C.P.:  Naltrexone in the treatment of alcoholism: predicting response to naltrexone. *Journal of Clinical Psychiatry*,  56(7):39-44, 1995.

292. Volpicelli, JR. and O'Brien, C.P.:  Opioid involvement in alcohol dependence. *Journal of Clinical Psychiatry*, 56(7):3-4, 1995.

DTX0952-0033

293.  Volpicelli, J.R., Volpicelli, L.A. and O'Brien, C.P.:  Medical management of alcohol dependence: clinical use and limitations of naltrexone treatment.  *Alcohol & Alcoholism*, 30(6):789-798, 1995.

294.  Volpicelli, J R., Watson, M T., King, A C., Sherman, C E. and O'Brien, C P.:  Effect of naltrexone on alcohol "high" in alcoholics.  *Am J Psychiat*, 152(4):613-615, 1995.

295.  Woody, G.E., McLellan, A.T., Luborsky, L. and O'Brien, C.P.:  Psychotherapy in community methadone programs: a validation study.  *Am. J. Psychiatry*, 152(9):1302-1308, 1995.

296.  Barber, W.S. and O'Brien, C.P.:  Toward a full quiver.  *Primary Psychiatry,* 3(9):33-39, 1996.

297.  Cornish, J.W. and O'Brien C.P.:  Crack cocaine abuse: an epidemic with many public health consequences.  *Annual Review of Public Health*,  17:259-273, 1996.

298.  Ehrman, R.N., Robbins, S.J., Cornish, J.W., Childress, A.R. and O'Brien, C.P.:  Failure of ritanserin to block cocaine cue reactivity in humans.  *Drug and Alcohol Dependence*, 42: 167-174, 1996.

299.  Lawenthal, E, McLellan, A.T., Grissom, G.R., Brill, P and O'Brien CP:  Coerced treatment for substance abuse problems detected through workplace urine surveillance: Is it effective?  *Journal of Substance Abuse*, 8(1):115-128, 1996.

300.  Metzger, D.S., Davis, R.F. and O'Brien, C.P.:  Substance abuse disorders.  In *Quality of Life and Pharmacoeconomics in Clinical Trials (Second Edition),*  Spiker, B. (ed.), Lippincott-Raven Publishers, Philadelphia, 1996. pp 831-837.

301.  O'Brien, C.P.:  Antagonist treatment: use of naltrexone and related medications.  In *Synopsis of Treatments of Psychiatric Disorders (Second Edition),* Gabbard, G.O. and Atkinson, S.D. (eds.), America Psychiatric Press: Washington, DC, 1996.  pp 341-345.

302.  O'Brien, C.P.:  Drug abuse and dependence.  In *Cecil Textbook of Medicine (Twentieth Edition),* Bennett, J.C. and Plum, F. (eds.), W. B. Saunders Company, Philadelphia, 1996. pp 49-56.

303.  O'Brien, C.P.:  Is there an abuse potential for caffeine-containing analgesic combinations?  In *Advances in the Management of Acute Pain,* Holtz, A. (ed.), International Congress and Symposium Series No. 218, Royal Society of Medicine Press Limited, London, UK, 1996. pp 11-19.

304.  O'Brien, C.P.:  Recent developments in the pharmacotherapy of substance abuse.  *Journal of Consulting and Clinical Psychology,* 64(4):677-686, 1996.

305.  O'Brien, C.P. and McLellan, A.T.:  Myths about the treatment of addiction.  *Lancet,* 347:237-240, 1996.

DTX0952-0034

306. O'Brien, C.P. and Van Ree, J.M.:  Meeting Report - Endogenous opioids in the treatment of alcohol dependence (XIX Collegium Internationale Neuro-Psychopharmacologicum). *Alcohol*, 13(1):3-4, 1996.

307. O'Brien, C.P., Volpicelli, L.A. and Volpicelli, J.R.:  Naltrexone in the treatment of alcoholism: a clinical review.  *Alcohol*,  31(1), 35-39, 1996.

308. Woody, G.E., McLellan, A.T. and O'Brien, C.P.:  Issues in substance abuse treatment: lessons learned and future directions.  In *Proceedings of the Fourth Lingard Symposium, Substance Use and Mental Illness*, Hunter Institute of Mental Health, Newcastle, Australia 1996. pp 43-55.

309. Arndt, I.O., McLellan, A.T., Metzger, D., Woody, G. and O'Brien, C.P.:  Substitution treatment psychological services.  In *The Medical Prescription of Narcotics*, Lewis, D., Gear, C., Läubli Loud, M., Langenick-Cartwright, D. (eds), Hogrefe & Huber Publishers, Seattle, 1997. pp 264-280

310. Auriacombe, M., Cornish, J.W., Skoble, L. and O'Brien, C.P.:  The naloxone conjunctival test: an underused tool? a review of the available data. *Eur Psychiatry*, 12:255-258, 1997.

311. Cacciola, J.S., Alterman, A. I., O'Brien, C. P. and McLellan, A. T.:  The Addiction Severity Index in clinical efficacy trials of medications for cocaine dependence. *Medication Development for the Treatment of Cocaine Dependence: Issues in Clinical Efficacy Trials NIDA Research Monograph Series 175*,  ed. by B. Tai, N. Chiang and P. Bridge, NIH Publication number ADM 98-4125, Washington, DC, US Government Printing Office, 1997. p 182-191.

312. Cornish, J.W., Metzger, D., Woody, G.E., Wilson, D., McLellan, A.T., Vandergrift, B. and O'Brien, C.P.:  Naltrexone pharmacotherapy for opioid dependent federal probationers. *Journal of Substance Abuse Treatment*, 14(6):529-534, 1997.

313. Greenstein, R.A., Fudala, P.J. and O'Brien, C.P.:  Alternative pharmacotherapies for opiate addiction.  In *Substance Abuse A Comprehensive Textbook (Third Edition)*, Lowinson, J.H., Ruiz, P, Millman, R.B., and Langrod, J.G. (eds), Williams & Wilkins, Philadelphia, 1997. pp 415-425.

314. Herman, B.H. and O'Brien, C.P.:  Clinical medications development for opiate addiction: focus on nonopioids and opioid antagonists for the amelioration of opiate withdrawal symptoms and relapse prevention. *Seminars in Neuroscience*, 9:158-172, 1997.

315. Ilivicky, H.J. and O'Brien, C.P.:  Recent advances in the pharmacotherapy of alcoholism. *Psychiatric Clinics of North America: Annual of Drug Therapy*, 4:209-236, 1997.

316. King, A.C., Volpicelli, J.R., Frazer, A. and O'Brien, C.P.:  Effect of naltrexone on subjective alcohol response in subjects at high and low risk for future alcohol dependence. *Psychopharmacology*, 129:15-22, 1997.

DTX0952-0035

317. King, A.C., Volpicelli, J.R., Gunduz, M., O'Brien, C.P. and Kreek, M.J.: Naltrexone biotransformation and incidence of subjective side effects: a preliminary study. *Alcoholism: Clinical and Experimental Research* , 21(5):906-909, 1997,

318. Lifrak, P., Gariti, P, Alterman, A. I., McKay, J, Volpicelli, J, Sparkman, T., and O'Brien, C.P.: Results of two levels of adjunctive treatment used with the nicotine patch. *The American Journal on Addictions,* 6(2):93-98, 1997.

319. Lifrak, P.D., Rostain, A., McKay, J.R., Alterman, A.I. and O'Brien, C.P.: Relationship of perceived competencies, perceived social support, and gender to substance use in young adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry* , 36(7):933-940, 1997.

320. McKay, J.R., Alterman, A.I., Cacciola, J.S., Rutherford, M.J., O'Brien, C.P., and Koppenhaver, J.: Group counseling versus individualized relapse prevention aftercare following intensive outpatient treatment for cocaine dependence: initial results. *Journal of Consulting and Clinical Psychology,* 65(5):778-788, 1997.

321. McLellan, A.T., Alterman, A.I., Metzger, D.S., Grisson, G.R., Woody, G.E., Luborsky, L. and O'Brien, C.P.: Similarity of outcome, predictors across opiate, cocaine, and alcohol treatments: role of treatment services. In *Addictive Behaviors,* Marlatt, G.A. and Vanden Bos, G.R. (eds), American Psychological Association, Washington, DC, 1997. pp 718-758.

322. McLellan, A.T., Grissom, G.R., Zanis, D., Randall, M., Brill, P. and O'Brien, C.P.: Problem-service 'matching' in addiction treatment. *Archives of General Psychiatry,* 54:730-735, 1997.

323. O'Brien, C.P.: A physician's approach to treating addiction. *Hospital Practice - A Special Report*, April:29-33, 1997.

324. O'Brien, C.P.: A range of research-based pharmacotherapies for addiction. *Science,* 278:66-70, 1997.

325. O'Brien, C.P.: Approach to the Problem of Substance Abuse. In *Textbook of Internal Medicine, (Third Edition)*, Kelley, W.N. (ed), Lippincott-Raven Publishers, Philadelphia, 1997. pp 171-175.

326. O'Brien, C.P.: Progress in the science of addiction (editorial). *The American Journal of Psychiatry,* 154(9):1195-1197, 1997.

327. O'Brien, C.P., Cornish, J.W. and Auriacombe, M.: Apport de la naltrexone dans le traitement de l'alcoolisme. *Alcoologie,* 19(3):341-346, 1997.

328. O'Brien, C.P. and McLellan, A.T.: Addiction Medicine. *JAMA,* 277(23):1840-1843, 1997.

DTX0952-0036

329. O'Brien, C.P. and McLellan, A.T.: Why bother to treat alcoholism? *The Brown University Digest of Addiction Theory and Application,* 16(7):12, 1997.

330. Pettinati, H.M., Pierce, J.D., Wolf, A.L., Rukstalis, M.R. and O'Brien, C.P.: Gender differences in comorbidly depressed alcohol-dependent outpatients. *Alcoholism: Clinical and Experimental Research,* 21(9):1742-1746, 1997.

331. Robbins, S.J., Ehrman, R.N., Childress, A.R. and O'Brien, C.P.: Relationships among physiological and self-report responses produced by cocaine-related cues. *Addictive Behaviors,* 22(2):157-167, 1997.

332. Saini, R.S., Pettinati, H.M., Semwanga, A.E. and O'Brien, C.P.: Carbohydrate-deficient transferrin: an investigative biochemical marker of heavy alcohol consumption. *Psychopharmacology Bulletin,* 33(1):171-175, 1997.

333. Volpicelli, J.R., Rhines, K.C., Rhines, J.S., Volpicelli, L.A., Alterman, A.I. and O'Brien, C.P.: Naltrexone and alcohol dependence: role of subject compliance. *Archives of General Psychiatry,* 54:737-742, 1997.

334. Weinrieb, R.M. and O'Brien, C.P.: Current research in the treatment of alcoholism in liver transplant recipients. *Liver Transplantation and Surgery,* 3(3):328-336, 1997.

335. Weinrieb, R. and O'Brien, C.P.: Diagnosis and treatment of alcoholism. In *Current Psychiatric Therapy II,* Dunner, D.L. (ed), W. B. Saunders Company, Philadelphia, 1997. pp 130-139.

336. Weinrieb, R. and O'Brien, C.P.: Naltrexone in the treatment of alcoholism. *Annu. Rev. Med.,* 48:477-487, 1997.

337. Woody, G.E., Luborsky, L., McLellan, A.T., O'Brien, C.P., Beck, A.T. and Mercer, D. Variables in the psychotherapy of drug addicts. *Originalarbeit,* S 31-36, 1997.

338. Woody, G. E., Metzger, D, Navaline, H, McLellan, A. T. and O'Brien, C.P.: Psychiatric symptoms, risky behavior, and HIV infection. *Treatment of Drug-Dependent Individuals with Comorbid Mental Disorders NIDA Research Monograph Series 172,* ed. by L. Onken, J.D. Blaine, S. Genser and A.M. Horton, Jr., NIH Publication number ADM 97-4172, Washington, DC, US Government Printing Office, 1997. p 156-170.

339. Alterman, A.I., McLellan, A.T., O'Brien, C.P. and McKay, J.R.: Differential therapies and options. In *Clinical Textbook of Addictive Disorders (Second Edition),* Frances, R.J. and Miller, S.I. (eds.), Guilford Press, New York, 1998, pp 447-478.

340. Cornish, J.W., Auriacombe, M., Tignol, J. and O'Brien, C.P.: De la cocaïne au crack. *Le Presse Médicale,* 27(7):312-317, 1998.

341. Cornish, J.W., McNicholas, L.F. and O'Brien, C.P.: Treatment of substance-related disorders. In *Textbook of Psychopharmacology (Second Edition),* Schatzberg, A.F. and

DTX0952-0037

Nemeroff, C.B. (eds.), American Psychiatric Press, Inc., Washington, DC, 1998, pp 851-867.

342. Cornish, J.W. and O'Brien, C.P.: Developing medications to treat cocaine dependence: a New direction. Rapid Science, 11:249-251, 1998.

343. Ehrman, R.N., Robbins, S.J., Childress, A.R., Goehl, L. Hole, A.V. and O'Brien, C.P.: Laboratory exposure to cocaine cues does not increase cocaine use by outpatient subjects. *Journal of Substance Abuse Treatment,* 15(5):431-435, 1998.

344. McKay, J.R., Alterman, A.I., McLellan, A.T., Boardman, C.R., Mulvaney, F.D. and O'Brien, C.P.: Random versus nonrandom assignment in the evaluation of treatment for cocaine abusers. *Journal of Consulting and Clinical Psychology,* 66(4):697-701, 1998.

345. McKay, J.R., McLellan, A.T., Alterman, A.I., Cacciola, J.S., Rutherford, M.J., and O'Brien, C.P.: Predictors of participation in aftercare sessions and self-help groups following competition of intensive outpatient treatment for substance abuse. *Journal of Studies on Alcohol,* 59(2):152-162, 1998.

346. O'Brien, C.P.: Addiction and substance abuse. In *Pharmacological Management of Neurological and Psychiatric Disorders,* Enna, S.J. and Coyle, J.T. (eds.), McGraw-Hill, New York, 1998. pp 237-266.

347. O'Brien, C.P., Childress, A.R., Ehrman, R. and Robbins, S.J.: Conditioning factors in drug abuse: can they explain compulsion? *Journal of Psychopharmacology,* 12(1):15-22, 1998.

348. O'Brien, C.P. and McKay, J.: Psychopharmacological treatments of substance use disorders. In *Treatments That Work,* Nathan, P.E. and Gorman, J.M. (eds.), Oxford University Press, New York, 1998. pp 127-155.

349. O'Brien, C.P. and McLellan, A.T.: Myths about the treatment of addiction. In *Principles of Addiction Medicine (Second Edition),* Graham, A.W. and Schultz, T.K. (eds.), American Society of Addiction Medicine, Inc., Chevy Chase, 1998, pp 309-314.

350. Oslin, D.W., Pettinati, H.M., Luck, G., Semwanga, A., Cnaan, A. and O'Brien, C.P.: Clinical correlations with carbohydrate-deficient transferrin levels in women with alcoholism. *Alcoholism: Clinical and Experimental Research,* 22(9):1981-1985, 1998.

351. Stromberg, M.F., Casale, M., Volpicelli, L, Volpicelli, J.R. and O'Brien, C.P.: A comparison of the effects of the opioid antagonists naltrexone, naltrindole, and β-funaltrexamine on ethanol consumption in the rat. *Alcohol,* 15(4):281-289, 1998.

352. Stromberg, M.F., Volpicelli, J.R. and O'Brien, C.P.: Effects of naltrexone administered repeatedly across 30 or 60 days on ethanol consumption using a limited access procedure in the rat. *Alcoholism: Clinical and Experimental Research,* 22:2188-2191, 1998.

DTX0952-0038

353. Barber, W.S. and O'Brien, C.P.: Pharmacotherpies. In *Addictions: A Comprehensive Guidebook for Practitioners,* McCrady, B.S. and Epstein, E.E. (eds), Oxford University Press, New York, 1999, pp 347-369.

354. Childress, A.R., Mozley, P.D., McElgin, W., Fitzgerald, J., Reivich, M. and O'Brien, C.P.: Limbic activation during cue-induced cocaine craving. *American Journal of Psychiatry*, 156:11-18, 1999.

355. Cornish, J.W. and O'Brien, C.P.: Opioids: Antagonists and partial agonists. In *Textbook of Substance Abuse Treatment (Second Edition),* Galanter, M. and Kleber, H.D. (eds.), American Psychiatric Press, Washington, DC, 1999. pp 281-294.

356. Cornish, J.W. and O'Brien, C.P.: Pharmacotherapies to prevent relapse: disulfiram, naltrexone and Acamprosate (Management of Alcoholism). *Medicine,* 27(2):26-28, 1999.

357. Dews, P.B., Curtis, G.L., Hanford, K.J. and O'Brien, C.P.: The frequency of caffeine withdrawal in a population-based survey and in a controlled, blinded experiment. *Journal of Clinical Pharmacology ,* 39:1-12, 1999.

358. Kampman, K.M., Rukstalis, M., Ehrman, R., McGinnis, D.E., Gariti, P., Volpicelli, J.R., Pettinati, H. and O'Brien, C.P.: Open trials as a method or prioritizing medications of inclusion in controlled trials for cocaine dependence. *Addictive Behaviors,* 24(2):287-291, 1999.

359. McKay, J.R., Alterman, A. I., Cacciola, J. S., O'Brien, C.P., Koppenhaver, J.M. and Shepard, D. S.: Continuing care of cocaine dependence: comprehensive 2-year outcomes. *Journal of Consulting and Clinical Psychology*, 67(3):420-427, 1999.

360. O'Brien, C.P.: Le but du traitement: la réalité. *Alcoologie,* 21:396, 1999.

361. O'Brien, C.P.: Principles of the pharmacotherapy of substance abuse disorders. In *Neurobiology of Mental Illness,* Charney, D.S. (ed), Oxford University Press, New York, 1999, pp 627-638.

362. O'Brien, C.P. and Cornish, J.W.: Opiate antagonists and partial agonists: the use of naltrexone and related medications. In *The Treatment of Substance Abuse,* Galanter, M. and Kleber, H.D. (eds.), American Psychiatric Press, Washington, DC, 1999 pp 281-294.

363. O'Brien, C.P., Rukstalis, M.R. and Stromberg, M.F.: Pharmacotherapy of alcoholism. In *Fourth Generation of Progress,* ACNP, Raven Press, New York. CD ROM edition, 1999.

364. Oslin, D.W., Pettinati, H.M., Volpicelli, J.R., Wolf, A.L., Kampman, K.M., and O'Brien, C.P.: The effects of naltrexone on alcohol and cocaine use in dually addicted patients. *Journal of Substance Abuse Treatment,* 16(2):163-167, 1999.

DTX0952-0039

365. Oslin, D.W., O'Brien, C.P. and Katz, I.R.: The disabling nature of comorbid depression among older DUI recipients. *The American Journal on Addictions*, 8:128-135, 1999.

366. Romach, M.K., Glue, P., Kampman, K., Kaplan, H.L., Somer, G.R., Poole, S., Clarke, L., Coffin, V., Cornish, J., O'Brien, C.P. and Sellers, E.M.: Attenuation of the euphoric effects of cocaine by the dopamine D1/D5 antagonist ecopipam (SCH39166). *Arch Gen Psychiatry*, 56:1101-1106, 1999

367. Stromberg, M.F., Volpicelli, J.R., O'Brien, C.P. and Mackler, S.A.: The NMDA receptor partial agonist, 1-aminocyclopropanecarboxylic acid (ACPC), reduces ethanol consumption in the rat. *Pharmacology Biochemistry and Behavior*, 64(3):585-590, 1999.

368. Dackis, C.A. and O'Brien, C.P.: Traitement de la dépendance à la cocaine: une maladie du circuit de récompense encéphalique. *Le Cène*, December, 34-40, 2000.

369. Feinstein, A.R., Heinemann, L.A.J., Dalessio, D., Fox, J.M., Goldstein, J., Haag, G., Ladewig, D. and O'Brien, C.P.: Do caffeine-containing analgesics promote dependence: A review and evaluation. *Clinical Pharmacology and Therapeutics*, 68(5):457-467, 2000.

370. Kampman, K.M., Rukstalis, M., Pettinati, H., Muller, E., Acosta, T., Gariti, P., Ehrman, R. and O'Brien, C.P.: The combination of phentermine and fenfluramine reduced cocaine withdrawal symptoms in an open trial. *Journal of Substance Abuse Treatment*, 19:77-79, 2000.

371. Kampman, K.M., Volpicelli, J.R., Mulvaney, F., Rukstalis, M. Alterman, A I., Pettinati, H., Weinreib, R.M. and O'Brien, C.P.: Amantadine in the treatment of cocaine-dependence patients with severe withdrawal symptoms. *American Journal of Psychiatry*, 157:2052-2054, 2000.

372. McKay, J.R., Alterman, A.I., Cacciola, J., Mulvaney, F.D. and O'Brien, C.P.: Prognostic significance of antisocial personality disorder in cocaine dependent patients entering continuing care. *The Journal of Nervous and Mental Disease*, 188(5):287-296, 2000.

373. McLellan, A.T., Lewis, D.C., O'Brien, C.P. and Kleber, H.D.: Drug dependence, a chronic medical illness. *JAMA*, 284(13):1689-1695, 2000.

374. Pettinati, H.M., Rukstalis, M.R., Luck, G.J., Volpicelli, J.R. and O'Brien, C.P.: Gender and psychiatric comorbidity: impact on clinical presentation of alcohol dependence. *The American Journal on Addictions*, 9:242-252, 2000.

375. Pettinati, H.M., Volpicelli, J.R., Pierce, J.D. and O'Brien, C.P.: Improving naltrexone response: an intervention for medical practitioners to enhance medication in alcohol dependent patients. *Journal of Addictive Diseases*, 19(1):71-83, 2000.

376. Robbins, S.J., Ehrman, R.N., Childress, A.R., Cornish, J.W. and O'Brien, C.P.: Mood state and recent cocaine use are not associated with levels of cocaine cue reactivity. *Drug*

DTX0952-0040

*and Alcohol Dependence,* 59:33-42, 2000.

377. Rukstalis, M.R., Stromberg, M.F., O'Brien, C.P. and Volpicelli, J.R.: 6-beta-naltrexol reduces alcohol consumption in rats. *Alcoholism: Clinical and Experimental Research,* 24:1593-1596, 2000.

378. Volpicelli, J.R., Markman, I., Monterosso, J., Filing, J. and O'Brien, C.P.: Psychosocially enhanced treatment for cocaine-dependent mothers. Evidence of efficacy. *J Sub Abuse Treatment,* 18:41-49, 2000.

379. Alterman, A. I., O'Brien, C. P., McLellan, A.T. and McKay, J.R.: Cocaine and opioid abuse/dependence disorders. In *Comprehensive Handbook of Psychopathology* (Third Edition), Sutker, P.B. and Adams, H.E., (eds.), Kluwer Academic/Plenum Publishers, New York, 2001 pp. 623- 640.

380. Cornish, J.W., Maany, I, Fudala, P.J., Ehrman, R.N., Robbins, S.J. and O'Brien, C.P.: A randomized, double-blind, placebo-controlled study of ritanserin pharmacotherapy for cocaine dependence. *Drug and Alcohol Dependence,* 61:183-189, 2001.

381. Cornish, J.W., McNicholas, L.F. and O'Brien, C.P.: Treatment of substance-related disorders. In *Essentials of Clinical Psychopharmacology,* Schatzberg, A.F. and Nemeroff, C.B. (eds.), American Psychiatric Publishing, Inc., Washington, DC, 2001, pp 519-538.

382. Dackis, C.A. and O'Brien, C.P.: Cocaine dependence: a disease of the brain's reward system. *Journal of Substance Abuse Treatment,* 21:111-117, 2001.

383. Dackis, C.A. and O'Brien, C.P.: Treatment of cocaine, an overview (Volume 3). In *Encyclopedia of Drugs, Alcohol, and Addictive Behavior, Revised Edition,* DeWitt, R. (ed), Macmillan Publishing, New York, 2001, pp 1157-62.

384. Kampman, K.M., Alterman, A.I., Volpicelli, J.R., Maany, I, Muller, E.S., Luce, D.D., Mulholland, E.M., Parikh, G.A., Mulvaney, F.D., Weinrieb, R.M., O'Brien, C.P. and Jawad, A.F.: Cocaine withdrawal symptoms and initial urine toxicology results predict treatment attrition in outpatient cocaine dependence treatment. *Psychology of Addictive Behaviors,* 151:52-59, 2001.

385. Kampman, K.M., Volpicelli, J.R., Mulvaney, F., Alterman, A.I., Cornish, J., Gariti. P., Cnaan, A., Poole, S., Muller, E., Acosta T., Luce, D. and O'Brien, C.P.: Effectiveness of Propranolol for cocaine dependence treatment may depend on cocaine withdrawal symptom severity. *Drug and Alcohol Dependence,* 63(1): 69-78, 2001.

386. Monterosso, J., Ehrman, R., Napier, K.L., O'Brien, C.P. and Childress, A.R.: Three decision-making tasks in cocaine-dependence patients: do they measure the same construct? *Addiction,* 96:1825-1837, 2001.

387. Monterosso, J.R., Flannery, B.A., Pettinati, H.M., Oslin, D.W., Rukstalis, M., O'Brien, C.P.,

DTX0952-0041

and Volpicelli, J.R.: Predicting treatment response to naltrexone: The influence of craving and family history. *The American Journal on Addictions*, 10:258-268, 2001.

388. O'Brien, C.P.: Drug addiction and abuse. In *The Pharmacological Basis of Therapeutics (10th Edition)*, Hardman JG and Limbird LE (eds), Goodman and Gilman, New York, 2001, pp 621- 642.

389. Stromberg, M.F., Mackler, S.A., Volpicelli, J.R. and O'Brien, C.P.: Effect of acamprosate and naltrexone, alone or in combination, on ethanol consumption. *Alcohol*, 23(2):109-116, 2001.

390. Stromberg, M F., Mackler, S A., Volpicelli, J.R., O'Brien, C.P. and Dewey, S.L.: The effect of gamma-vinyl-GABA on the consumption of concurrently available oral cocaine and ethanol in the rat. *Pharmacology, Biochemistry and Behavior,* 68:291-299, 2001.

391. Weinrieb, R.M., Van Horn, D.H.A., McLellan, A.T., Alterman, A.I., Calarco, J.S., O'Brien, C.P. and Lucey, M.R.: Alcoholism treatment after liver transplantation: lessons learned from a clinical trial that failed. *Psychosomatics,* 42(2):110-116, 2001.

392. Cornish, J.W., Herman, B.H., Ehrman, R.N., Robbins, S. J., Childress, A.R., Bead, V., Esmonde, C .A., Martz, K., Poole, S., Crauso, F.S. and O'Brien, C.P.: A randomized, double-blind, placebo-controlled safety study of high-dose dextromethorphan in methadone-maintained male inpatients. *Drug and Alcohol Dependence,* 67:177-183, 2002.

393. Dackis, C.A., Lynch, K.G., Yu, E., Samaha, F.F., Kampman, K.M., Cornish, J.W., Rowan, A., Poole, S., White, L., and O'Brien, C.P.: Modafinil and cocaine: a double-blind, placebo-controlled drug interaction study. *Drug and Alcohol Dependence,* 70:29-37, 2002.

394. Dackis, C.A. and O'Brien, C.P.: The neurobiology of addiction. In *Diseases of the Nervous System (Third Edition),* Asbury, A.K., McKhann, G.M., McDonald, W.I., Goadsby, P.J. and McArthur, J.C. (eds), Cambridge University Press, Cambridge, 2002, pp. 431-444.

395. Dews, P.B., O'Brien, C.P. and Bergman, J.: Caffeine behavioral effects of withdrawal and related issues. *Food and Chemical Toxicology,* 40: 1257-1261, 2002.

396. Franklin, T.R., Acton, P.D., Maldjian, J.A., Gray, J.D., Croft, J.R., Dackis, C.A. O'Brien, C.P. and Childress, A.R.: Decreased gray matter concentration in the insular orbitofrontal, cingulated, and temporal cortices of cocaine patients. *Society of Biological Psychiatry,* 51(2):134-142, 2002.

397. Gariti, P., Alterman, A.I., Ehrman, R., Mulvaney, F.D. and O'Brien, C.P.: Detecting smoking following smoking cessation treatment. *Drug and Alcohol Dependence*, 65:191-196, 2002.

398. Kampman, K.M., Volpicelli, J.R., Mulvaney, F.D., Rukstalis, M., Alterman, A.I., Pettinati, H,

42

DTX0952-0042

Weinrieb, R.M., Maany, I., Muller, E S., Luce, D.D. and O'Brien, C.P.: Cocaine withdrawal severity and urine toxicology results from treatment entry predict outcome in medication trials for cocaine dependence. *Addictive Behaviors*, 15(1):251-260, 2002.

399. Langleben, D.D., Schroeder, L., Maldjian, J.A., Gur, R.C., McDonald, S., Ragland, J.D., O'Brien, C.P. and Childress, A.R.: Brain activity during simulated deception: an event-related functional magnetic resonance study. *NeuroImage,*15:727-732, 2002.

400. McLellan, A.T., Kleber, H.D., Lewis, D.L. and O'Brien, C.P.: In *Manual for Primary Care Providers: Effectively Caring for Active Substance Users*, Finkelstein, R. and Ramos, D. (eds), New York Academy of Medicine Press, New York, 2002, pp. 310-31.

401. O'Brien, C.P. and Fishman, M.W. Substance use disorders. In *Neuropsychopharmacology The Fifth Generation of Progress*, Davis, K.L., Charney, D. and Coyle, J.T. (eds), Lippincott Williams & Wilkins, Philadelphia, 2002, p 1344.

402. O'Brien, C. P. and McKay, J.: Pharmacological treatments for substance use disorders. In *Guide to Treatments That Work (Second Edition),* Nathan, R.D. and Gorman, J.M. (eds), Oxford University Press, New York, 2002. p 125-156.

403. Wang, X, Douglas, S.D., Metzger, D. S, ,Guo, C-J., Li, Y., O'Brien, C.P., Song, L, Davis-Vogal, A. and Ho, W-Z.: Alcohol potentiates HIV-1 infection of human blood mononuclear phagocytes. Alcoholism: Clinical and Experimental Research, 26(12):1880-1886, 2002.

404. Crowley, J.J., Olsin, D.W., Patkar, A. A., Gottheil, E., DeMaria, P.A., O'Brien, C.P., Berrettini, W.H. and Grice, D.E.: A genetic association study of the mu opioid receptor and severe opioid dependence. *Psychiatric Genetics,* 13:169-173, 2003.

405. Dackis, C.A., Lynch, K.G., Yu, E., Samaha, F.F., Kampman, K.M. Cornish, J.W., Rowan, A., Poole, S., White, L., and O'Brien, C.P.: Modafinil and cocaine: a double-blind, placebo-controlled drug interaction study. *Drug and Alcohol Dependence,* 70:29-37, 2003.

406. Dackis, C., and O'Brien, C.P.: Glutamatergic agents for cocaine dependence. *Ann. N.Y. Acad. Sci.,* 1003:1-18, 2003.

407. Dackis, C.A. and O'Brien, C.P.: Neurobiology of Alcoholism. In *Handbook of Medical Psychiatry.* Soares, J.C. and Gershon, S. (eds), Marcel Dekker, Inc., New York, 2003, p 563-580.

408. Dackis, C.A. and O'Brien, C.P.: Neurobiology of cocaine dependence limits development of pharmacologic treatments. *Psychiatric Annals,* 33(9):565-570, 2003.

409. Kampman, K., Majewska, M.D., Tourian, K., Dackis, C., Cornish, J., Poole, S. and O'Brien, C.P.: A pilot trial of piracetam and ginkgo biloba for the treatment of cocaine dependence. *Addictive Behaviors,* 28:437-448, 2003.

410. O'Brien, C. P.: Research advances in the understanding and treatment of addiction. *The*

DTX0952-0043

*American Journal on Addictions,* 12:S36-S47, 2003.

411. O'Brien, C,P. and Lynch, K.G.: Can we design and replicate clinical trials with a multiple drug focus. *Drug and Alcohol Dependence,* 70:135-137, 2003.

412. Oslin, D.W., Berrettini, W., Kranzler, H., Pettinati, H., Gelernter, J., Volpicelli, J. and O'Brien, C.P.: A functional polymorphism of the mu opioid receptor gene is associated with naltrexone response in alcohol dependent patients. *Neuropsychopharmacology,* 28:1546-1552, 2003.

413. Zhang, T, Li, Y., Lai, J-P, Douglas, S.D., Metzger, D.S., O'Brien, C.P., and Ho, W-Z.: Alcohol potentiates Hepatitis C virus (HCV) replicon expression. *Hepatology,* 26(12):1880-1886, 2003.

414. Franklin, T.R., Napier, K., Ehrman, R., Gariti, P., O'Brien, C.P. and Childress, A.R.: Retrospective study: Influence of menstrual cycle on cue-induced cigarette craving. *Nicotine and Tobacco Research,* 6(1):171-175, 2004.

415. Fudala, P.J., Greenstein, R. and O'Brien, C.P.: Alternative pharmacotherapies for opioid addiction. In *Substance Abuse: A Comprehensive Textbook (Fourth Edition).* Lowinson, J.H., Ruiz, P., Millman, R.B. and Lavgrod, J.G. (eds.), Lippincott Williams and Wilkins, Baltimore, 2004, p 641-653.

416. Fudala, P.J. and O'Brien, C.P.: Buprenorphine for the treatment of opioid addiction. In *Substance Abuse: A Comprehensive Textbook (Fourth Edition).* Lowinson, J.H., Ruiz, P., Millman, R.B. and Lavgrod, J.G. (eds.), Lippincott Williams and Wilkins, Baltimore, 2004, p 634-640.

417. Kampman, K.M., Pettinati, H.M., Volpicelli, J.R., Oslin, D.M., Lipkin, C., Sparkman, T. and O'Brien, C.P.: Cocaine dependence severity predicts outcome in outpatient Detoxification from cocaine and alcohol. *American Journal on Addictions,* 13(1):74-82, 2004.

418. Kampman, K.K., Pettinati, H., Lynch, K.G., Dackis, C., Sparkman, T., Weigley, C and O'Brien, C.P.: A pilot trial of topiramate for the treatment of cocaine dependence. *Drug and Alcohol Dependence,* 75:233-240, 2004.

419. Krupitsky, E.M., Zvartau, E.E. Masalov, D.V., Tsoy, M.V., Burakov, A.M., Egorova, V.Y., Didenko, T.Y., Romanova, T.N., Ivanova, E.B., Bespalov, A.Y., Verbitskaya, E.V., Neznanov, N.G., Grinenkno, A.Y., O'Brien C.P. and Woody, G.E.: Naltrexone for heroin dependence treatment in St. Petersburg, Russia. *Journal of Substance Abuse Treatment,* 26(4):285-294, 2004.

420. O'Brien, C.P.: *Advances in Understanding Addiction Lead to Improved Treatment* – Eddy Lecture (June 15, 2003, CPDD 2003). National Institute on Drug Abuse Monograph 184, (NIH Publication No. 04-5492) USG PO, 2004 p 4-9.

DTX0952-0044

421. O'Brien, C.P.: The mosaic of addiction (editorial). *American Journal of Psychiatry*, 161(10):1741-1742, 2004.

422. O'Brien, C.P., Charney, D.S., Lewis, L., Cornish, J.W., Post, R.M., Woody, G.E., Zubieta J-K, Blaine, J.D., Bowden, C.L., Calabrese, J.R., Carroll, K., Childress, A.R., Davis, M.A., DeMartino, R, Drake, R.E., Fleming, M.F., Fricks, L., Glassman, A.H., Johnson, R.L., Jordan, C., Kessler, R.C. Kosten, T., Laden, S.K., Levin, F.R. Nunes, E.V., Oslin, D.W., Pettinati, H., Regier, D.A., Renner, J.A., Ries, R.K., Rounsaville, B., Sklar-Blake, T., Weisner, C.: Priority actions to improve the care of persons with co-occurring substance abuse and other mental disorders: a call to action. *Biological Psychiatry*, 56(10):703-713, 2004.

423. O'Brien, C.P, and Cornish, J.W.: Principles of the pharmacotherapy of substance abuse disorders. In *Neurobiology of Mental Illness (Second Edition)*, Charney, D.S. and Nestler, E.J. (eds.), Oxford University Press, New York, 2004, p 753-765.

424. O'Brien, C.P. and Kampman, K.M. Opioids: Antagonists and partial agonists. In *Textbook of Substance Abuse Treatment (Third Edition)*, Galanter, M. and Kleber, H.D. (eds), American Psychiatric Publishing, Inc., Washington, DC, 2004, p. 305-320.

425. Dackis, C.A., Kampman, K.M., Lynch, K.G., Pettinati, H.M., and O'Brien, C.P.: A double-blind, placebo-controlled trial of modafinil for cocaine dependence. *Neuropsycho-pharmacology*, 30:205-211, 2005.

426. Dackis, C.A., Kampman, K.M., Lynch, K.G., Pettinati, H.M., Whittingham, T. and O'Brien, C.P.: Reply: do self-reports reliably assess abstinence in cocaine-dependence patients? *Neuropsychopharmacology*, 30:2299-2300, 2005.

427. Dackis, C. and O'Brien, C.P.: Clinical implications of cocaine-induced cortical depression (Letter to the Editor). *Neuropsychopharmacology*, 30:1033, 2005.

428. Dackis, C. and O'Brien, C.P.: Neurobiology of addiction: treatment and public policy ramifications (commentary). *Neuroscience*, 8(11): 1431-1436, 2005.

429. Dahl, J.P., Kampman, K.M., Oslin, D.W., Weller, A.E., Lohoff, F.W., Ferraro, T.N., O'Brien, C.P. and Berettini, W.H.: Association of a polymorphism in the Homer1 gene with cocaine dependence in an African American population. *Psychiatric Genetics*, 15(4):277-283, 2005.

430. Dahl, J.P., Weller, A., Kampman, K.M., Oslin, D.W., Lohoff, F.W., Ferraro, T.N., O'Brien, C.P., Berrettini, W.H.: Association between a polymorphism in the promoter region of the prodynorphin gene and cocaine dependence. *Am J Med Genet*, 139:106-8, 2005.

431. O'Brien, C.P.: Addiction and the medical profession (editorial). *Current Psychiatry Reports*, 7:321, 2005.

DTX0952-0045

432. O'Brien, C.P.:  Adolescent Opioid Abuse (Commentary). *Arch Gen Psychiatry,* 62:1165, 2005.

433. O'Brien, C.P.:  Anti-craving medications for relapse prevention: A possibly new class of psychoactive medications. *American Journal of Psychiatry,* 162:1423-1431, 2005.

434. O'Brien, C.P.:  Benzodiazepine use, abuse, and dependence. *J Clin Psychiatry,* 66(2): 28-33, 2005.

435. O'Brien, C.P.:  Clinical Trials Report (Editor's comments). *Current PsychiatryReports,* 7(5):327-328, 2005.

436. O'Brien, C.P.:  Drug addiction and drug abuse.  In *Goodman & Gilman's The Pharmacological Basis of Therapeutics (Eleventh Edition),* Bruton, L.L., Lazo, J.S., and Parker, K.L. (eds), McGraw-Hill, New York, 2005, p 607-627.

437. O'Brien, C.P.:  New approaches to the understanding and treatment of addiction. *Clinical Neuroscience Research,* 5:53-54, 2005.

438. O'Brien, C.P.:  Opiate detoxification: what are the goals? (Editorial) *Addiction,* 100:1035, 2005.

439. O'Brien C.P., Anthony, J.C., Carroll, K., Childress, A.R., Dackis, C., Diamond, G, Hornik, R., Johnston, L.D., Jones, R., Koob, G.F., Kosten, T., Lerman, C., McLellan, A.T., Moss, H., Pettinati, H. and Spoth, R.:  Defining substance use disorders.  In *Treating and Preventing Adolescent Mental Health Disorders,* Evans, D.L., Foa, E.B., Gur, R.E., Hendin, H, O'Brien, C.P., Seligman, M.E.P. and Walsh, B.T. (eds.), Oxford University Press, New York, 2005, p 336-389.

440. O'Brien C.P., Anthony, J.C., Carroll, K., Childress, A.R., Dackis, C., Diamond, G, Hornik, R., Johnston, L.D., Jones, R., Koob, G.F., Kosten, T., Lerman, C., McLellan, A.T., Moss, H., Pettinati, H. and Spoth, R.:  Treatment of substance use disorders.  In *Treating and Preventing Adolescent Mental Health Disorders,* Evans, D.L., Foa, E.B., Gur, R.E., Hendin, H, O'Brien, C.P., Seligman, M.E.P. and Walsh, B.T. (eds.), Oxford University Press, New York, 2005, p 392-410.

441. O'Brien C.P., Anthony, J.C., Carroll, K., Childress, A.R., Dackis, C., Diamond, G, Hornik, R., Johnston, L.D., Jones, R., Koob, G.F., Kosten, T., Lerman, C., McLellan, A.T., Moss, H., Pettinati, H. and Spoth, R.:  Prevention of substance use disorders.  In *Treating and Preventing Adolescent Mental Health Disorders,* Evans, D.L., Foa, E.B., Gur, R.E., Hendin, H, O'Brien, C.P., Seligman, M.E.P. and Walsh, B.T. (eds.), Oxford University Press, New York, 2005, p 412-429.

442. O'Brien, C.P. and Gardner, E.L.:  Critical assessment of how to study addiction and its treatment: Human and non-human animal models. *Pharmacology & Therapeutics,* 108:18-58, 2005.

DTX0952-0046

443. O'Brien, C.P., Pettinati, H.M., and Oslin, D.W.: Naltrexone: clinical data. In *Drugs for Relapse Prevention of Alcoholism,* Spanagel, R. and Mann, K. (eds.), Birkhäuser Verlag, Basel, 2005, p 59-72.

444. Ray, R., Doyle, G.A., Crowley, J.J., Buono, R.J., Oslin, D.W., Patkar, A., Manelli, P., DeMaria, P., O'Brien, C.P. and Berrettini, W.H.: A functional prodynorphin promoter polymorphism and opioid dependence. *Psychiatric Genetics,* 15:295-8, 2005.

445. Sayers, S.L., Campbell, C.E., Kondrich, J., Mann, S.C., Cornish, J., O'Brien, C. and Caroff, S.: Cocaine abuse in schizophrenic patients treatment with olanzapine versus haloperidol. *Journal of Nervous & Mental Disease,* 193(6):379-386, 2005.

446. Smith, R.J., Doyle, G.A., Han, A.M., Crowley, J.J., Oslin, D.W., Patkar, A.A., Mannelli, P., Demaria, P.A., Jr., O'Brien, C.P., and Berrettini, W.H.: Novel exonic mu-opioid receptor gene (OPRM1) polymorphisms not associated with opioid dependence. *American Journal of Medical Genetics Part B (Neuropsychiatric Genetics),* 133B:105-109, 2005.

447. Zhang, T., Chang-Jiang, G., Douglas, S.D., Metzger, D.S., O'Brien, C.P., Li, Y., Yan-Jian, W., Wang, X. and Wen-Zhe, H.: Alcohol suppresses IL-2-induced CC chemokine production by natural killer cells. *Alcoholism: Clinical and Experiment Research,* 29(9):1559-67, 2005.

448. Comer, S.D., Sullivan, M.A., Yu, E., Rothenberg, J.L., Kleber, H.D., Kampman, K., Dackis, C. and O'Brien, C.P.: Injectable, sustained-release naltrexone for the treatment of opioid dependence. *Arch Gen Psychiatry,* 63:210-218, 2006.

449. Dahl, J.P., Cubells, J.F., Ray, R., Weller, A., Lohoff, F.W., Ferraro, T.N., Oslin, D., Kampman, K., Tang, Y. Gelernter, J.G., Kranzler, H. O'Brien, C.P. Berrettini, W.H.: Analysis of variations in the tryptophan hydroxylase-2 (TPH2) gene in cocaine dependence. *Addiction Biology,* 11(1):76-83, 2006.

450. Ho, W-Z., Wang, X., Douglas, S., Peng, J-S., Metzger, D.S., O'Brien, C.P., Zhang, T.: Naltrexone inhibits alcohol-mediated enhancement of HIV infection of T lymphocytes. *Journal of Leukocyte Biology,* 79:1166-1172, 2006.

451. Kampman, K.M., Dackis, C., Lynch, K.G., Pettinati, H., Tirado, C, Gariti, P, Sparkman, T., Atzram, M. and O'Brien C.P.: A double-blind, placebo-controlled trial of amatadine, propranolol, and their combination for the treatment of cocaine dependence in patients with severe cocaine withdrawal symptoms. *Drug and Alcohol Dependence,* 85:129-137, 2006.

452. Krupitsky, E.M., Zvartau, E.E., Egorova, V.Y., Tsoi, M.V., Burakov, A.M., Masalov, D.V., Verbitskaya, E.V., Didenko, T.Y., Romanova, T.N., Neznanov, N.G., Grinenko, A.Y., O'Brien, C.P. and Woody, E.G.: HIV risk behavior and psychiatric symptoms among heroin addicts in St. Petersburg, Russia. *Russian Journal AIDS, Cancer and Public*

DTX0952-0047

*Health,* 10(1);53-59, 2006.

453. Krupitsky, E.M., Zvartau, E.E., Masalov, D.V., Tsoi, M.V., Burakov, A.M., Egorova, V.Y., Didenko, T.Y., Romanova, T.N., Ivanova, E.B., Bespalov, A.Y., Verbitskaya, E.V., Neznanov, E.G., Grinenko, A.Y., O'Brien, C.P. and Woody, G.E.: Naltrexone with or without fluoxetine for preventing relapse to heroin dependence treatment in St. Petersburg, Russia. *Journal of Substance Abuse Treatment,* 31:319-28, 2006.

454. O'Brien, C.P.: Adolescent opioid abuse (commentary). *Arch Gen Psychiatry,* 62:1165, 2006.

455. O'Brien, C.P.: Comorbidity of mood disorders and substance abuse. In *The Physician's Guide to Depression and Bipolar Disorders,* Evans, D.L., Charney, D.S. and Lewis, L. (Eds), McGraw-Hill, New York, 2006, p 483-491.

456. O'Brien, C.P. and Cornish, J.W.: Naltrexone for probationers and parolees. *Journal of Substance Abuse Treatment,* 31:107-11, 2006.

457. O'Brien, C.P., Dackis, C.A. and Kampman, K.: Does modafinil produce euphoria (Letter to the Editor)? *American Journal of Psychiatry,* 163(6):1109, 2006.

458. O'Brien, C.P., Volkow, N. and Li, T-K.: Addiction versus dependence for DSM-V. *American Journal of Psychiatry,* 163(5):764-5, 2006

459. O'Brien,C.P.: Drug Addiction and Drug Abuse. In *Goodman & Gilman's The Pharmaco-logical Basis of Therapeutics (Eleventh Edition),* Brunton, L.L., Lazo, J.S. and Parker, K.L., McGraw-Hill, New York, 2006, p 607-627.

460. Pettinati, H.M., O'Brien, C.P., Rabinowitz, A.R., Wortman, S.M., Oslin, D.W., Kampman, K.M. and Dackis, C.A.: The status of naltrexone in the treatment of alcohol dependence. *Journal of Clinical Psychopharmacology,* 26(6):610-25, 2006.

461. Suh, J.J., Petinati, H.M., Kampman, K.M. and O'Brien, C.P.: Disulfiram: past, present, and future cues. *Journal of Clinical Psychopharmacology,* 26(3), 290-302, 2006.

462. Weller, A.E., Dahl, J.P., Lohoff, F.W., Kampman, K.M., Dackis, C., Ferraro, T.N., O'Brien, C.P. and Berrettini, W.H.: No association between polymorphisms in the Par-4 gene and cocaine dependence. *Psychiatric Genetics,* 16(5):193-6, 2006.

463. Franklin, T.R., Wang, Z., Wang, J., Sciortino, N., Harper, D., Li, Y., Ehrman, R., Kampman, K., O'Brien, C.P., Detre, J.A. and Childress, A.R.: Limbic activation to cigarette smoking cues independent of nicotine withdrawal: A perfusion fMRI study. *Neuropsychopharmacology,* 32:2301-09, 2007.

464. Klein, D.F. and O'Brien, C.P.: Improving detection of adverse effects of marketed drugs (commentary). *JAMA,* 298(3):222-223, 2007

DTX0952-0048

465. Klein, D., Strom, B.L., Wang, P., Cunningham, F, Herings, R.M.C. and O'Brien, CP: The future of postmarketing surveillance of psychotropic medications (Expert Roundtable Supplement). *CNS Spectr* 12:9 (Suppl. 16):1-20, 2007.

466. O'Brien, C.P.: Brain Development as a Vulnerability Factor in the Etiology of Substance Abuse and Addiction. In *Adolescent Psychopathology and the Developing Brain,* Romer, R. and Walker, E.F. (eds), Oxford University Press, New York, 2007, p 388-398.

467. O'Brien, C.P.: Toward a rational selection of treatment for addiction (commentary). *Current Psychiatry Reports, 9(6):441-442, 2007.*

468. O'Brien, C.P., Koob, G.F., Mee-Lee, D and Rosenthal, R.N.: New Developments in addiction treatment: neurobiology of addiction and its impact on the development of future treatments. *Journal of Clinical Psychiatry,* 67:1801-12, 2007.

469. O'Brien, C.P. and McKay, J.: Psychopharmacological Treatment for Substance Use Disorders. In *A Guide to Treatments That Work (Third Edition),* Nathan, P.E. and Gorman, J.M. (eds), Oxford University Press, New York, pp. 145-177, 2007.

470. Bonnie, R.J., Chen, D.T. and O'Brien, C.P.: The Impact of Modern Neuroscience on Treatment of Parolees – Ethical Considerations in Using Pharmacology to Prevent Addiction Relapse. *Cerebrum,* November 25, 2008.

471. Childress, A.R., Ehrman, R.N., Wang, Z., Li, Y., Sciotino, N., Hakun, J., Jens, W., Suh, J., Listerud, J., Marquez, K., Franklin, R., Langleben, D., Detre, J. and O'Brien, C.P.: Prelude to passion: Limbic activation by "unseen" drug and sexual cues. *PLoS ONE,* 3(1), p. e150, 2008. PMCID: PMC22040052.

472. Franklin, T.R., Ehrman, R, Lynch, K, Harper, D., Sciortino, N, O'Brien, C.P. and Childress, A.R.: Menstrual cycle phase at quit date predicts smoking status in an NRT treatment trial: a retrospective analysis. *Journal of Women's Health,* 17(2):287-293, 2008. PMCID: PMC2846509.

473. Langleben, D.D., Ruparel, K., Elman, I., Busch-Winokur, S., Pratiwadi, R., Loughead, J., O'Brien, C.P., and Childress, A.R.: Acute effect of methadone maintenance dose on brain fMRI response to heroin-related cues. *Am J Psychiatry,* March 165(3):390-94, 2008.

474. Lohoff, F.W., Weller, A.E., Bloch, P.J., Nall, A.H., Ferraro, T.N., Kampman, K.M., Pettinati, H.M., Oslin, D.W., Dackis, C.A., O'Brien, C.P. and Berrettini, W. H.: Association between the catechol-O-methyltransferase Val158Met polymorphism and cocaine dependence. *Neuropsychopharmacology,* 33(13):3078-84, 2008. PMCID: PMC2583214.

475. Lohoff, F.W., Bloch, P.J., Weller, A.E., Nall, A. H., Doyle, G.A., Buono, R.J., Ferraro, T.N., Kampman, K.M., Pettinati, H.M., Dackis, C.A., Oslin, D.W., O'Brien, C.P., and

DTX0952-0049

Berrettini, W.H.: Genetic variants in the cocaine- and amphetamine-regulated transcript gene (CARTPT) and cocaine dependence. Neurosci Lett, 440(3):20-3, 2008. PMCID: PMC250865

476. Lucey, M.R., Silverman, B.L., Illeperuma, A. and O'Brien, C.P.: Hepatic safety of once-monthly injectable extended-release naltrexone administered to actively drinking alcoholics. *Alcohol Clin Exp Res* March 32(3):498-504, 2008.

477. O'Brien, C.P.: Prospects for the Genomic Approach to the Treatment of Alcoholism (commentary). *Archives of General Psychiatry,* 65(2):132-33, 2008.

478. O'Brien, C.P.: The CAGE Questionnaire for Detection of Alcoholism: A Remarkably Useful but Simple Tool. *JAMA,* 300(17):2054-56, 2008.

479. O'Brien, C.P.: Clinical Crossroad: a 50-year-old woman addicted to heroin. *JAMA,* 300(3):314-21, 2008.

480. O'Brien, C.P.: Evidence-based treatments of addiction. *Philosophical Transactions of the Royal Society B,* 363:3277-86, 2008. PMCID: PMC2607333.

481. O'Brien, C.P. and Dackis, C.: Principles of the Pharmacotherapy of Addictive Disorders. In Neurobioloty of Mental Illness (*Third Edition*), Charney, D.S. and Nestler, E.J. (eds.), Oxford University Press, New York, 2008, p 867-880.

482. O'Brien, C.P. and Kampman, K.M.: Antagonists in Opioids. In *Textbook of Substance Abuse Treatment (Fourth Edition),*Glanter, M. and Kleber, H.D., (eds), American Psychiatric Publishing, Arlington, 2008, p 325-29.

483. Oslin, D.W., Lynch, K.G., Pettinati, H.M., Kampman, K.M., Gariti, P., Gelfand, L., Ten Have, T., Wortman, S., Dundon, W., Dackis, C. Volpicelli, J.R. and O'Brien, C.P.: A placebo-controlled randomized clinical trial of naltrexone in the context of different levels of psychosocial intervention. *Alcoholism: Clinical and Experimental Research* 32(7):1299-1308, 2008.

484. Pettinati, H.M., Kampman, K.M., Lynch, K.G., Hu, X, Dackis, C., Rabinowitz, A.R. and O'Brien, C.P.: A double-blind, placebo-controlled trial that combines disulfiram and naltrexone for treating co-occurring cocaine and alcohol dependence. *Addictive Behaviors,* 33(5):651-67, 2008. PMCID: PMC2374760.

485. Pettinati, H.M., Kampman, K.M., Lynch, K.G., Suh, J.J., Dackis, C.A., Oslin, D.W. and O'Brien, C.P.: Gender differences with high-dose naltrexone in patients with co-occurring cocaine and alcohol dependence. J Subst Abuse Treat, 34(4):378-90, 2008. PMCID: PMC2600888.

486. Suh, J.J., Pettinati, H.M., Kampman, K.M., and O'Brien, C.P.: Gender differences in predictors of treatment attrition with high dose naltrexone in cocaine and alcohol dependence. *American Journal of Addictions*, 17(6): 463-468, 2008. PMCID: PMC

DTX0952-0050

2657877.

487. Tirado, C.F., Goldman, M., Lynch, K., Kampman, K.M. and O'Brien, C.P.: Atomoxetine for treatment of marijuana dependence: A report on the efficacy and high incidence of gastrointestinal adverse events in a pilot study. *Drug and Alcohol Dependence*, April 1;94(1-3):254-7, 2008.

488. Yu, E., Miotto, K., Akerele, E., O'Brien, C.P., Ling, W., Kleber, H., Fischman, M.W., Elkashef, A., Herman, B.H. and Al-Ghananeem, A.B.: Clinical pharmacokinetics of lofexidine, the α2-adrenergic receptor agonist, in opiate addicts plasma using a highly sensitive liquid chromatography tandem mass spectrometric analysis. *The American Journal of Drug and Alcohol Abuse*, 34(5):611-6, 2008.

489. Yu, E., Miotta, K., Akerele, E., Montgomery, A., Ekashef, A., Walsh, R., Montoya, I., Fischman, M.W., Collins, J., McSherry, F., Boardman, K., Davies, D.K., O'Brien, C.P., Ling, W., Kleber, H. and Herman, B.H.: A Phase 3 placebo-controlled, double-blind, multi-site trial of the alpha-2-adrenergic agonist, lofexidine, for opioid withdrawal. *Drug and Alcohol Dependence*, 97:158-68, 2008. PMCID: PMC2613766.

490. Bloch, P.J., Nall, A.H., Weller, A.E., Ferraro, T.N., Berrettini, W.H., Kampman, K.M., Pettinati, H.M., Dackis, C.A., O'Brien, C.P., Oslin, D.W. and Lohoff, F.W.: Association analysis between polymorphisms in the dopamine D3 receptor (DRD3) gene and cocaine dependence. *Psychiatr Genet,* 19(5):275-6, 2009. PMCID: PMC 2909877.

491. Bonnie, R.J., Chen, D.T. and O'Brien, C.P.: The Impact of Modern Neuroscience on Treatment of Parolees. In *Cerebrum – Emerging Ideas in Brain Science,* Gordon, D. (Ed.), Dana Press, New York, p. 89-102, 2009.

492. Franklin, T.R., Harper, D., Kampman, K., Kildea-McCrea, S., Jens, W., Lynch, K.G., O'Brien, C.P. and Childress, A.R.: The GABA B agonist baclofen reduces cigarette consumption in a preliminary double-blind placebo-controlled smoking reduction study. *Drug Alcohol Depend*, 103(1):30-6, 2009. PMCID: PMC2846510.

493. Franklin, T.R., Lohoff, F.W., Wang, Z., Sciortino, N., Harper, D., Li, Y., Jens, W., Cruz, J., Kampman, K., Ehrman, R., Berrettini, W., Detre, J.A., O'Brien, C.P. and Childress, A.R.: DAT Genotype Modulates Brain and Behavioral Responses Elicited by Cigarette Cues. *Neuropsychopharmacology,* 34(3):717-28, 2009.

494. Ghananeem, A.L., Herman, B.H., Abbassi, M., Yu, E., Miotto, K., O'Brien, C.P., Ling, W., Montgomery, A., Walsh, R.: Urine and plasma pharmacokinetics of lofexidine after oral delivery in opiate-dependent patients. *Am J Drug Alcohol Abuse,* 35(5):311-5, 2009.

495. Kampman, K.M., Pettinati, H.M., Lynch, K.G., Zie, H., Dackis, C., Oslin, D.W., Sparkman, T., Sharkoski, T. and O'Brien, C.P.: Initiating acamprosate within-

DTX0952-0051

detoxification versus post-detoxification in the treatment of alcohol dependence. *Addict Behav*, 34(6-7):581-6, 2009.  PMCID: PMC2729436.

496. Lohoff, F.W., Block, P.J., Ferraro, T.N., Berrettini, W.H., Pettinati, H.M., Dackis, C.A., O'Brien, C.P., Kampman, K.M. and Oslin, D.W.:  Association analysis between polymorphisms in the conserved dopamine neurotrophic factor (CDNF) gene and cocaine dependence. *Neurosci Lett*, 453:199-203, 2009. PMCID: PMC2680755.

497. O'Brien, C.P.:  Neuroplasticity in addictive disorders. *Dialogues Clin Neurosci*, 11:350-53, 2009.

498. O'Brien, C.P.: Opiate Receptors and Antagonists.  In *Opiate Receptors and Antagonists – From Bench to Clinic*, Dean, R., Bilsky, E.J. and Negus, S.S. (Eds.) Humana Press, New York, vii-x, 2009.

499. O'Brien, C.P., McLellan, A.T., Childress, A.R. and Woody, G.E.:  Penn/VA Center for Studies of Addiction. *Neuropharmacology*, 56:44-47, 2009.

500. Suh, J.J., Langleben, D.D., Ehrman, R.N., Hakun, J.G., Wang, Z., Lin, Y., Busch, S.I., O'Brien, C.P. and Childress, A.R.:  Low prefrontal perfusion linked to depression symptoms in methadone-maintained opiate-dependent patients. *Drug and Alcohol Dependence*, 99:11-17, 2009.  PMCID: PMC2673981.

501. Brooks, A.C., Comer, S.D., Sullivan, M.A., Bisaga, A. Carpenter K.M., Raby, W.M., Yu, E., O'Brien, C.P., and Nunes, E.V.: Long-acting injectable versus oral naltrexone maintenance therapy with psychosocial intervention for heroin dependence: a quasi-experiment. *J Clin Psychiatry*, 2010 July 13 (epub ahead of print)

502. Chakravorty, S., Kuna, S.T., Zaharakis, M., O'Brien, C.P., Kampman, K.M. and Oslin, D.: Covariates of craving in actively drinking alcoholics. *Am J Addict*, 19(5):450-7, 2010. PMCID: PMC2925315.

503. Coviello, D.M., Cornish, J.W., Lynch K.G., Alterman, A.I. and O'Brien, C.P.:  A randomized trial of oral naltrexone for treating opioid-dependent offenders. *Am J Addict*, 19(5):450-7, 2010. PMCID: PMC3040635

504. Dackis, C., O'Brien, C.P.: Normalizing effects of modafinil on cocaine-induced sleep abnormalities.  *Am J Psychiatry*, Mar;167(3):248-9, 2010. (commentary)

505. Krupitsky, E., Woody, G.E., Zvartau, E., O'Brien, C.P.:  Addiction treatment in Russia. *Lancet*, Oct 2;376(9747):1145, 2010. (commentary)

506. Lohoff, F.W., Bloch, P.J., Hodge, R., Nall, A.H., Ferraro, T.N., Kampman, K.M., Dackis, C.A., O'Brien, C.P., Pettinati, H.M., Oslin, D.W.:  Association analysis between polymorphisms in the dopamine D2 receptor (DRD2) and dopamine transporter (DAT1) genes with cocaine dependence. *Neurosci Lett*, Apr 5;473(2):87-91, 2010.

52

507. Metzger, D.S., Woody, G.E., O'Brien, C.P.: Drug treatment as HIV prevention: a research update. *J Acquir Immune Defic Syndr*, Dec 1;55 Suppl 1:S32-6, 2010.

508. O'Brien, C.P.: A patient-supported clinical trial. *Annals of Neurology*, 68(2):124-25, 2010. (editorial)

509. Pettinati, H.M., Oslin, D.W., Kampman, K.M., Dundon, W.D., Xie, H., Gallis, T.L., Dackis, C.A., O'Brien, C.P.: A double-blind, placebo-controlled trial combining sertraline and naltrexone for treating co-occurring depression and alcohol dependence. *Am J Psychiatry*, Jun;167(6):668-75, 2010. PMCID: PMC3121313

510. Cheatle, M.D. and O'Brien, C.P.: Opioid therapy in patients with chronic non-cancer pain: Diagnostic and clinical challenges. *Adv Psychoso Med*, 30:61-91, 2011.

511. Clarke, T.K., Bloch, P.J., Ambrose-Lanci, L.M., Ferraro, T.N., Berrettini, W.H., Kampman, K.M., Dackis, C.A., Pettinati, H.M., O'Brien, C.P., Oslin, D.W., Lohoff, F.W.: Further evidence for association of polymorphisms in the CNR1 genet with cocaine addiction: confirmation in an independent sample and met-analysis. *Addict Biol.* 2011 Jul 25. doi: 10.1111/j.1369-1600.2011.00346.x. [Epub ahead of print]. PMCID: PMC3223560

512. Cramer, S., Sur, M., Dobkin, B., O'Brien, C.P., Sanger, T., Trojanowski, J., Rumsey, J., Hicks, R., Cameron, J., Chen, D., Chen, W., Cohen, L., deCharms, C., Duffy, C., Eden, G., Fetz, U., Filart, R., Freund, M., Grant, S., Haber, S., Kalivas, P., Kolb, B., Kramer, A., Lynch, M., Mayberg, H., McQuillen, P., Nitkin, R., Pascual-Leone, A., Reuter-Lorenz, P., Schiff, N., Sharma, A., Shekim, L., Stryker, M., Sullivan, E., Vinogradov, S.: Harnessing Neuroplasticity for Clinical Appointments. *Brain* 134(6):1591-1609, 2011.

513. Franklin, F., Wang, Z., Sciortino, N., Harper, D., Li, Y, Hakun, J., Kildea, S., Kampman, K., Ehrman, R., Detre, J.A., O'Brien, C.P., Childress, A.R.: Modulation of resting brain cerebral blood flow by the GABA B agonist, baclofen: a longitudinal prefusion fMRI study. *Drug Alcohol Depend*, 117(2-3):176-83, 2011. PMCID: PMC3348615

514. Franklin, T., Wang, Z., Suh, J.J., Hazan, R., Cruz, J., Li, Y., Goldman, M., Detre, J.A., O'Brien, C.P., Childress, A.R.: Effects of Varenicline on Smoking Cue-Triggered Neural and Craving Responses. *Arch Gen Psychiatry*, 2011 Jan 3. [Epub ahead of print]

515. Heilig, M., Goldman, D., Berrettini, W., O'Brien, C.P.: Pharmacogenetic approached to the treatment of alcohol addiction. *Nat Rev Neurosci*, 12(11):670-84, 2011. PMCID: PMC3408029

516. Kampman, K.M., Dackis, C., Pettinati, H.M., Lynch, K.G., Sparkman, T., O'Brien, C.P.: A double-blind, placebo-controlled pilot trial of acamprosate for the

DTX0952-0053

treatment of cocaine dependence. *Addict Behav*, 36(3):217-21, 2011.  PMCID: PMC3018663

517. O'Brien, C.P.: Adapting treatment to patient problems. *Am J Psychiatry*, 168(7):670-1, 2011. (commentary)

518. O'Brien, C.P.: Addiction and Dependence in DSM-V. *Addiction,* 106(5):866-867, 2011. (for debate)

519. O'Brien, C.P.: Drug Addiction.  In *Goodman & Gilman's The Pharmacological Basis of Therapeutics (Twelfth Edition),* Brunton, L. (Ed.), McGraw-Hill, New York, pp. 649-668, 2011.

520. O'Brien, C.P., Gastfriend, D.R., Forman, R.F., Schweizer, E., and Pettinati, H.M.: Long-Term Opioid Blockade and Hedonic Response: Preliminary Data from Two Open-Label Extension Studies with Extended-Release Naltrexone. *The American Journal on Addictions* 20(2):106-112, 2011.

521. Anton, R.F., Litten, R.Z., Falk, D.E., Palumbo, J.M., Bartus, R.T., Robinson, R.L., Kranzler, H.R., Kosten, T.R., Meyer, R.E., O'Brien, C.P., Mann, K., Meulien, D.: The Alcohol Clinical Trials Initiative (ACTIVE): purpose and goals for assessing important and salient issues for medications development in alcohol use disorders. *Drug Alcohol Depend*, 37(2):402-11, 2012.  PMCID: PMC3242301

522. Dackis, C.A., Kampman, K.M., Lynch, K.G., Plebani, J.G., PEttinati, H.M., Sparkman, T., O'Brien, C.P.: A double-blind, placebo-controlled trial of modafinil for cocaine dependence. *J Subst Abuse Treat*, 43(3):303-23, 2012.  PMCID: PMC3378797

523. Clark, T.K., Ambrose-Lanci, L., Ferraro, T.N., Berrettini, W.H., Kampman, K.M., Dackis, C.A., Pettinati, H.M., O'Brien, C.P., Oslin, D.W., Lohoff, F.W.:  Genetic association analyses of PDYN polymorphisms with heroin and cocaine addiction.  *Genes Brain Behav*, 11(4):415-23, 2012.

524. Crist, R.C., Ambrose-Lanci, L.M., Vaswani, M., Clarke, T.K., Zeng, A. Yuan, C., Ferraro, T.N., Hakonarson, H., Kampman, K.M., Dackis, C.A., Pettinati, H.M., O'Brien, C.P., Oslin, D.W., Doyle, G.A., Lohoff, F.W., Berrettini, W.H.:  Case-control association analysis of polymorphisms in the delta-opioid receptor, OPRD1, with cocaine and opioid addicted populations. *Drug Alcohol Depend*, 2012 Jul 12. [Epub ahead of print]

525. Cornish, J.W., McNicholas, L.F. and O'Brien, C.P.: Treatment of Substance-Related Disorders.  In *Textbook of Psychopharmacology, Fifth Edition*, Hales, RE, Yudofsky, SC and Gabbard GO (eds), APA Press, Washington DC, 2012 (in press).

526. Coviello, D.M., Cornish, J.W., Lynch, K.G., Boney, T.Y., Clark, C.A., Lee, J.D., Friedmann, P.D., Nunes, E.V., Kinlock, T.W., Gordon, M.S., Schwartz, R.P., Nuwayser, E.S., O'Brien, C.P.: A multisite pilot study of extended-release injectable naltrexone treatment for

54

previously opioid-dependent parolees and probationers. *Subst Abuse*, 33(1):48-59, 2012. PMCID: PMC3365863

527. Franklin, T.R., Shin, J., Jagannathan, K., Suh, J.J., Detre, J.A., O'Brien, C.P., Childress, A.R.: Acute baclofen diminishes resting baseline blood flow to limbic structure: A perfusion fMRI study. *Drug Alcohol Depend*, 125(1-2):60-6, 2012.

528. Franklin, T.R., Wang, Z., Shin, J., Jagannathan, K., Suh, J.J., Detre, J.A., O'Brien, C.P., Childress, A.R.: A VBM study demonstrating 'apparent' effects of a single dose of mediation on T1-weighted MRIs. *Brain Struct Func*, 2012 Feb 3. [Epub ahead of print]

529. Heilig, M., Goldman, D., Berrettini, W., O'Brien, C.P.: Pharmacogenetic approaches to the treatment of alcohol addiction. *Nat Rev Neurosci*, 12(11):67-84, 2012. PMCID: PMC3408029

530. Langleben, D.D., Busch, E.L., O'Brien, C.P., Elman, I.: Depot naltrexone decreases rewarding properties of sugar in patients with opioid dependence. *Psychopharmacology*, 220(3):559-64, 2012. PMCID: PMC3302938

531. Langleben, D.D., Ruparel, K., Elman, I., Loughead, J.W., Busch, E.L., Cornish, J., Lynch, K.G., Nuwayser, E.S., Childress, A.R., O'Brien, C.P.: Extended-release naltrexone modulates brain response to drug cues in abstinent heroin-dependence patients. *Addict Biol*, 2012 Jul 2. doi: 10.1111/j.1369-1600.2012.00462.x. [Epub ahead of print]

532. Multani, P.K., Clarke, T.K., Narasimhan, S., Ambrose-Lanci, L., Kampman, K.M, Pettinati, H.M., Oslin, D.W., O'Brien, C.P., Berrettini, W.H., Lofhoff, F.W.: Neuronal calcium sensor-1 and cocaine addiction: A genetic association study in African-Americans and European Americans. *Neurosci Lett*, 2012 Sep 20. pii: S0304-3940(12)01230-X. doi: 10.1016/j.neulet.2012.09.014. [Epub ahead of print]

533. O'Brien, C.P.: Addiction disorders. In: *Translational Neuroscience*, Barrett, J.E., Coyle, J.T. and Williams, M. (eds), Cambridge University Press, Cambridge, UK, 2012 pp 107-117.

534. O'Brien, C.P,: Modafinil-cocaine interactions: clinical implications. *Biol Psychiatry*, 72(5):346, 2012.

535. O'Brien, C.P.: Rational for changes in DSM-5. *J Stud Alcohol Drugs*, 73(4):705, 2012.

536. Pierce, C.R., O'Brien, C.P., Kenny, P.J. Vanderschuren, L.J.: Rational development of addiction pharmacotherapies: successes, failures, and prospects. *Cold Spring Harb Perspect Med*, 2(6): a012880, 2012. PMCID: PMC3367540

537. Plebani, J.G., Lynch, K.G., Yu, Q., Pettinati, H.M., O'Brien, C.P., Kampman, K.M.: Results of an initial clinical trial of varenicline for the treatment of cocaine dependence. *Drug Alcohol Depend*, 121(1-2):163-6, 2012. PMCID: PMC3262950

DTX0952-0055

538. Cornish, J.W., McNicholas, L.F. and O'Brien, C.P.: Treatment of Substance-Related Disorders.  In *Essentials of Clinical Psychopharmacology, Third Edition*, Schatzberg, A.F. and Nemeroff, C.B. (eds), APA Press, Washington DC, 673-691, 2012

539.  Kampman KM  Dackis C  Pettinati HM  Lynch KG  Sparkman T  O'Brien CP
A double-blind, placebo-controlled pilot trial of acamprosate for the
treatment of cocaine dependence. Addict Behav (2011 Mar) 36(3):217-21

540.  Wetherill RR  Jagannathan K  Lohoff FW  Ehrman R  O'Brien CP
Childress AR  Franklin TR
Neural correlates of attentional bias for smoking cues: modulation by
variance in the dopamine transporter gene.
Addict Biol (2014 Mar) 19(2):294-304

541.  Langleben DD  Ruparel K  Elman I  Loughead JW  Busch EL  Cornish J
Lynch KG  Nuwayser ES  Childress AR  O'Brien CP
Extended-release naltrexone modulates brain response to drug cues in abstinent heroin-
dependent patients.  Addict Biol (2014 Mar) 19(2):262-71

542.  Clarke TK  Bloch PJ  Ambrose-Lanci LM  Ferraro TN  Berrettini WH
Kampman KM  Dackis CA  Pettinati HM  O'Brien CP  Oslin DW  Lohoff FW
Further evidence for association of polymorphisms in the CNR1 gene
with cocaine addiction: confirmation in an independent sample and meta-analysis.
Addict Biol (2013 Jul) 18(4):702-8

543.  Franklin TR  Wang Z  Li Y  Suh JJ  Goldman M  Lohoff FW  Cruz J
Hazan R  Jens W  Detre JA  Berrettini W  O'Brien CP  Childress AR
Dopamine transporter genotype modulation of neural responses to smoking cues:
confirmation in a new cohort.  Addict Biol (2011 Apr) 16(2):308-22

544.  Petry NM  Rehbein F  Gentile DA  Lemmens JS  Rumpf HJ  Mößle T
Bischof G  Tao R  Fung DS  Borges G  Auriacombe M
GonzálezIbáñez A  Tam P  O'Brien CP  Moving internet gaming disorder forward: A
reply. Addiction (2014 Sep) 109(9):1412-3

545.  Petry NM  Rehbein F  Gentile DA  Lemmens JS  Rumpf HJ  Mößle T  Bischof G
Tao R  Fung DS  Borges G  Auriacombe M  González Ibáñez A  Tam P  O'Brien CP  An
international consensus for assessing internet gaming disorder using the new DSM-5
approach.  Addiction (2014 Sep) 109(9):1399-406

546.  Cheatle MD  O'Brien CP  Opioid therapy in patients with chronic noncancer pain:
diagnostic and clinical challenges. Adv Psychosom Med (2011) 30:61-91

547.  Lee JD  Friedmann P  Wilson D  Nunes E  Kinlock T  O'Brien C
Or14-4effectiveness of extended-release naltrexone (xr-ntx) among criminal justice-
involved persons with opioid use disorders. Alcohol Alcohol (2014 Sep) 49 Suppl 1:i5-
1i52

DTX0952-0056

548.  O'Brien C  In treating alcohol use disorders, why not use evidence-based treatment?
Am J Psychiatry (2015 Apr) 172(4):305-6

**Books and Monographs**:

*Diagnosis and Evaluation of the Drug Abusing Patient:*  C.P. O'Brien, D. Wesson and S. H.
Schnoll, published by National Drug Abuse Center, 77, pages l977.

*The Addiction Severity Index:  Background, Administration and Field Test Results.*  McLellan,
A.T., Luborsky, L., O'Brien, C.P.   National Institute on Drug Abuse Monograph 30,  USGPO,
1985.

*Advances in Understanding the Addictive States.*  Eds. C.P. O'Brien and J. Jaffe.  *Association for
Research in Nervous and Mental Disease*, Raven Press, New York, 1991, pp. 291.

*Under the Influence?  Drugs and the American Work Force*   Eds. J. Normand, R.O. Lempert and
C. P. O'Brien.  National Academy Press, Washington, D.C., 1994.

Volpicelli, J.R., Pettinati, H.M., McLellan, A.T. and O'Brien, C.P.*: Combining Medication and
Psychosocial Treatments for Addiction – The Brenda Approach,* The Guilford Press, New York,
2001.

**Abstracts and Invited Lectures**

   Not listed

**University of Pennsylvania Committees (partial listing)**

   Dean's Council on Health Promotion and Disease Prevention
   Medical School Committee on Appointments and Promotions (2 terms)
   Committee to Review the Department of Physiology (Chair)
   Committee to Search for VA Associate Chief of Staff for Research (Chair)
   Committee to Search for VA Chief of Staff (Chair)
   Faculty Senate Committee on Academic Freedom and Responsibility
   Committee to Search for a Chair of Physiology
   Committee to develop a policy on substance abuse for the Medical Center (Chair)
   Committee to Review the Department of Neurology (Chair)
   Committee to Review the Department of Radiation Therapy
   Committee to Search for an Associate Dean for Education
   Patient Oriented Research Task Force
   Dean's Council for International Medical Education
   Department of Psychiatry, Committee on Appointments and Promotions (Chair)
   University President's committee to review alcohol policy (Chair)
   Search committee for Chair of Department of Medicine (1998 and 2001)

DTX0952-0057

**Deposition and Court Testimony (Previous Four Years):**

1.  Deposition testimony on behalf of Plaintiff in *Joyce Hardin, as Personal Representative of the Estate of Thomas B. Hardin (Deceased) v. R.J. Reynolds Co. Foreign Corp., et al.*, No. 2012-029000-CA-01, Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, State of Florida

    *a.*  Testimony in court, June 2015.

2.  Deposition testimony on behalf of Plaintiff in *Sherri Hubbird, as Personal Representative of the Estate of David R. Ellsworth (Deceased) v. R.J. Reynolds Co. Foreign Corp., et al.*, No. 2012-018904-CA-01, Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, State of Florida

    *a.*  Testimony in court, August 2014.

3.  Deposition testimony on behalf of Defendant in *McQueen v. Carrier Clinic*, No. L-006154-09, Superior Court (Civil), Essex County, State of New Jersey

DTX0952-0058