IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC.,<br><br>Defendants. | Civil Action No. 13-1674-RGA |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. and INTELGENX TECHNOLOGIES CORP.,<br><br>Defendants. | Civil Action No. 14-422-RGA |

ORDER AFTER PRETRIAL CONFERENCE

Now, this 30th day of October, 2015, after a pretrial conference, and upon consideration of the proposed pretrial order and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A non-jury trial will begin on November 3, 2015 at 8:30 a.m. and proceed according to the schedule described at the pretrial conference. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed 10.5 hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.

4. Trial counsel are to be present and ready to proceed at 8:30 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

6. Watson's Motion in Limine to preclude evidence or argument that Watson infringes the '150 patent under the doctrine of equivalents is **GRANTED** as stated at the pretrial conference. The parties' other motions in limine were resolved by the Court's Order of October 26, 2015 (D.I. 350).

7. Any trial logistics should be coordinated through the Courtroom Deputy.

/s/ Richard G. Andrews
United States District Judge