IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br><br>Defendant. | CA. No. 13-1674-RGA<br><br>Consolidated |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., and INTELGENX TECHNOLOGIES CORP.,<br><br>Defendants. | C.A. No. 14-0422-RGA |

[PROPOSED] ORDER

At Wilmington, this 2 day of November, 2015, the Court having considered the Joint Motion to Submit a Revised Version of Joint Pretrial Order Exhibit 1 to the Final Pretrial Order ("Joint Motion");

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and that the Revised Joint Pretrial Order Exhibit 1 attached to the Joint Motion shall replace the Joint Pretrial Order Exhibit 1 and be entered as a part of the Pretrial Order.

The Honorable Richard G. Andrews
United States District Judge