IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECKITT BENCKISER
PHARMACEUTICALS INC., et al.,  :
                                :
            Plaintiffs,         :
                                :
    v.                          :   Civil Action No. 13-1674-RGA
                                :   Consolidated
WATSON LABORATORIES INC., et al., :
                                :
            Defendants.         :

**MEMORANDUM ORDER**

Defendants want to show that the suboxone film has not achieved commercial success. Plaintiffs are not claiming commercial success, but are asserting other secondary factors of non-obviousness. "The absence of objective evidence is a neutral factor." Harmon, et al., Patents and the Federal Circuit, 11th ed., p. 250. I believe that marketplace failure could, under the right circumstances, be a "negative factor." It could rebut (in a roundabout way) "long-felt need." Based on the sketchy discussion at the pretrial conference, I am doubtful that Defendants can show marketplace failure, and, indeed, I am not sure that they even have a good shot at making commercial results a neutral factor. Defendants have to decide how to allocate their time. Thus, if Defendants believe the proffered Lawton evidence is a good use of their time, I will allow it.

It is true that Plaintiffs unilaterally withdrew their commercial success expert, and

Defendants' expert was to respond to that now foregone evidence, but I do not see Plaintiffs being unfairly prejudiced by allowing Defendants to put on their evidence.

IT IS SO ORDERED this 14 day of December 2015.

　　　　　　　　　　　　　　　　Richard G. Andrews
　　　　　　　　　　　　　　　　United States District Judge