

222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Telephone: (302) 252-4320
Fax: (302) 252-4330
www.wcsr.com

Mary W. Bourke
Partner
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: MBourke@wcsr.com

Public Version Filed December 21, 2015

December 15, 2015

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware          Public Version of D.I. 377
844 North King Street
Unit 9, Room 6325
Wilmington, DE 19801

Re:   *Reckitt Benckiser Pharms. Inc. et al. v. Watson Labs., Inc.*, No. 13-1674-RGA (Cons.)

Dear Judge Andrews:

Plaintiffs submit attached excerpts from the deposition of Dr. Bley, including their designations and Defendants' counterdesignations, in accordance with the Court's instructions at the pretrial conference. While Plaintiffs did not understand the Court to ask for new argument (as presented in Defendants' letter), Plaintiffs can provide a brief written response if the Court so desires.

Plaintiffs' designations and Defendants' counterdesignations are as follows:

| Plaintiffs' Designations | Defendants' Counter-Designations |
|---|---|
| 202:15-204:8 | 204:9-205:6 |
| 209:8-209:22 | 210:13-24 |
| 210:8-210:12 | 211:12-22 |
| 211:2-211:20 | 216:12-217:3 |
| 212:10-212:18 | 219:20-220:14 |
| 215:4-216:10 | |
| 216:12-216:20 | |
| 217:5-219:18 | |

Exhibit 1 to this letter provides the designated excerpts.

Respectfully,

*Mary W. Bourke*

Mary W. Bourke

cc:   All Counsel of Record (via CM/ECF)