

Steven J. Fineman
302-651-7592
Fineman@rlf.com

Attorneys at Law

December 15, 2015

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**REDACTED
PUBLIC VERSION**

Re: *Reckitt Benckiser Pharms., Inc. et. al v. Watson Laboratories Inc. et al.*,
C.A. No. 13-1674-RGA (Cons.)

Dear Judge Andrews:

As Plaintiffs' *motion in limine* did not identify the Reitman Declaration explicitly nor identify the specific Federal Rule of Evidence 703 objections discussed during yesterday's Pre-Trial Conference, Defendants respectfully request the Court consider the below discussion of the issue. As requested, the Reitman Declaration is attached hereto as Ex. 1 and the portion of Dr. Bley's report discussing the Reitman Declaration is attached hereto at Ex. 2.

In his opening report, Dr. Bley opined that "[t]he pH upon dissolution is an inherent property of the [Suboxone] tablet" and that a person of ordinary skill in the art would have dissolved the tablet in a solution and measured the pH in order to mimic the tablet's properties in making a bioequivalent film. (Ex. 2, Bley Report at ¶ 132.) He stated that "this is precisely what Dr. Reitman did in the BDSI IPR." (*Id.*) Dr. Bley therefore opined that the data in the Reitman declaration is "precisely" what a person of ordinary skill in the art would have done to determine the pH produced by the tablet when dissolved in solution.

Courts have held that experts may rely on evidence by non-testifying individuals not subject to cross examination. *See Ratliff v. Schiber Truck Co.*, 150 F.3d 949, 955 (8th Cir. 1998) (expert testimony regarding accident report prepared by non-testifying officer not subject to cross-examination was allowable). Experts may also rely on evidence specifically prepared for litigation. *Monsanto Co. v. David*, 516 F.3d 1009, 1015 (Fed. Cir. 2008) (allowing reliance on report prepared for litigation by non-testifying experts). The Federal Circuit has held that excluding expert testimony because the offered opinions rely on opinions of another expert is reversible error. *Apple Inc. v. Motorola, Inc.*, 757 F.3d 1286, 1321 (Fed. Cir. 2014), *overruled on other grounds by Williamson v. Citrix Online, LLC*, 792 F.3d 1339 (Fed. Cir. 2015). Rule 703 "does not predicate admissibility on the source of the facts or data, or in particular, on whether the source is employed by either of the parties." *Id.* Any concerns about the source of the facts or data should be "addressed by the weight given to the expert's testimony, not its admissibility," and can be explored upon cross-examination. *Id.*

For these reasons, Defendants respectfully request that the Court deny Plaintiffs' request that Defendants be prevented from presenting opinion testimony from Dr. Bley relying on the pH dissolution results in the Reitman Declaration.

■ ■ ■

The Honorable Richard G. Andrews
December 15, 2015
Page 2

Respectfully,

*/s/ Steven J. Fineman*

Steven J. Fineman (#4025)

cc: Counsel of Record (via CM/ECF)

# CERTIFICATE OF SERVICEE

I hereby certify that on December 15, 2015, true and correct copies of the foregoing document were caused to be served upon the following counsel of record as indicated.

**VIA ELECTRONIC MAIL**
Mary W. Bourke
Dana Kathryn Severance
Daniel Attaway
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
mbourke@wcsr.com
dseverance@wcsr.com
dattaway@wcsr.com

*Attorneys for Plaintiffs*

**VIA ELECTRONIC MAIL**
Daniel Sharpe
Daniel Ladow
James M. Bollinger
Timothy P. Heaton
J. Magnus Essunger
Bennet J. Moskowitz
Sujatha Vathyam
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022
(212) 704-6000
Daniel.sharpe@troutmansanders.com
Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com
Magnus.essunger@troutmansanders.com
Bennet.moskowitz@troutmansanders.com
Sujatha.vathyam@troutmansanders.com

**VIA ELECTRONIC MAIL**
Charanjit Brahma
Troutman Sanders LLP
401 9th Street N.W., Suite 1000
Washington, DC 20004
(415) 477-5700

**VIA ELECTRONIC MAIL**
James F. Hibey
Timothy C. Bickham
Harold Fox
Rachel M. Hofstatter
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
(202) 429-3000
jhibey@steptoe.com
tbickham@steptoe.com
hfox@steptoe.com
rhofstatter@steptoe.com
MonoSolLit@steptoe.com

**VIA ELECTRONIC MAIL**
David L. Hecht
Cassandra Adams
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
dhecht@steptoe.com
cadams@steptoe.com

*Attorneys for MonoSol Rx LLC*

**VIA ELECTRONIC MAIL**
Troy S. Kleckley
Puja R. Patel
Andrew D. Regan
Douglas D. Salyers
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
Troy.kleckley@troutmansanders.com
Puja.patel@troutmansanders.com
Andrew.regan@troutmansanders.com
Doug.salyers@troutmansanders.com

Charanjit.brahma@troutmansanders.com

**VIA ELECTRONIC MAIL**
Jeffrey B. Elikan
Erica Andersen
Jeffrey Lerner
Ashley Kwon
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-5873
jelikan@cov.com
eandersen@cov.com
jlerner@cov.com
akwon@cov.com

*Attorneys for Reckitt Benckiser
Pharmaceuticals Inc. and RB Pharmaceuticals
Limited*

**VIA ELECTRONIC MAIL**
Robert E. Browne, Jr.
Troutman Sanders LLP
55 West Monroe Street, Suite 300
Chicago, IL 60603
(312) 759-1923
Robert.browne@troutmansanders.com

*Attorneys for Reckitt Benckiser
Pharmaceuticals Inc. and RB Pharmaceuticals
Limited*

**VIA ELECTRONIC MAIL**
John C. Phillips, Jr.
Megan C. Haney
David A. Bilson
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19803
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com
dab@pgslaw.com

*Attorneys for Watson Laboratories, Inc.
and Actavis Laboratories UT, Inc.*

**VIA ELECTRONIC MAIL**
David P. Dalke
Ashlea Raymond Pflug
Stephen R. Smerek
Jason C. Hamilton
Winston & Strawn LLP
333 S. Grand Ave., Suite 3800
Los Angeles, CA 90071
(213) 615-1700
ddalke@winston.com
araymond@winston.com
ssmerek@winston.com
jhamilton@winston.com

**VIA ELECTRONIC MAIL**
Michael K. Nutter
Tyler Johannes
Sharick Naqi
George C. Lombardi
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
mnutter@winston.com

tjohannes@winston.com
snaqi@winston.com
glombardi@winston.com

**VIA ELECTRONIC MAIL**
Melinda K. Lackey
Donald Mahoney, III
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 651-2600
mlackey@winston.com
tmahoney@winston.com

*Attorneys for Watson Laboratories, Inc. and Actavis Laboratories UT, Inc.*


*/s/ Katharine Lester Mowery*
Katharine Lester Mowery (#5629)
mowery@rlf.com

# **EXHIBIT 1**

Declaration of Maureen Reitman, Sc.D.　　Attorney Docket No. 117744-00041
US Patent No. 8,475,832

Paper No._____

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

BIODELIVERY SCIENCES INTERNATIONAL, INC.
Petitioner

v.

RB PHARMACEUTICALS LIMITED
Patent Owner

US Patent No. 8,475,832
Issue Date: July 2, 2013

Title:  SUBLINGUAL AND BUCCAL FILM COMPOSITIONS
_____

*Inter Partes* Review No. <u>Unassigned</u>

_____

**DECLARATION BY MAUREEN REITMAN, SC.D.
UNDER 37 CFR § 1.132**

Sir/Madam:

-1-

ME1 16936709v.1

Declaration of Maureen Reitman, Sc.D.          Attorney Docket No. 117744-00041
US Patent No. 8,475,832

I, Maureen Reitman, do hereby make the following declaration:

**1.**     I am a Principal and the Director of the Polymer Science and Materials Chemistry Practice at Exponent.  I hold two academic degrees:  (1) a Bachelor of Science in Materials Science and Engineering from the Massachusetts Institute of Technology (MIT), and (2) a Doctor of Science in Materials Science and Engineering, with a thesis in the field of polymers, from MIT.  I have been practicing in the field of polymer science and engineering for more than 20 years as a researcher at MIT, in a variety of technical roles at the 3M Company, and as a consultant with Exponent.  I provide consulting engineering services in all aspects of polymer science and engineering including, but not limited to material selection, product design and development, mechanical and chemical testing, failure analysis, polymer chemistry, polymer physics, and polymer processing.  My specialties include formulation, processing and performance evaluation of polymeric materials, including films, coatings, adhesives and transdermal drug delivery systems.  I have been directly involved in product development, product line extensions, transfer of new products to manufacturing, qualification of

-2-

Declaration of Maureen Reitman, Sc.D.        Attorney Docket No. 117744-00041
US Patent No. 8,475,832

alternative materials and manufacturing equipment, evaluating field performance, and assessing intellectual property. I am a past chairman and continue to serve as a member of the board of directors of the Medical Plastics Division of the Society of Plastics Engineers. My *curriculum vitae* is provided in Appendix A.

2. While Exponent is being paid for my time, I am not an employee of, nor do I have any financial interest in, BioDelivery Sciences International, Inc.

3. I have been asked to measure the pH of Suboxone® tablets.

4. <u>Materials/Methods</u>. 8 mg Suboxone® tablets were used in this experiment. An EL20 pH meter from Mettler Toledo was used according to manufacturer instructions to measure the pH of the Suboxone ® tablets in deionized water.

5. <u>pH of Suboxone® tablets</u>. In order to measure the pH of the 8 mg Suboxone® tablets, the tablets were dissolved in both 1.5 mL and 3 mL of deionized water. The pH of the 8 mg tablets was measured to be 3.5 in both 1.5 mL and 3 mL of deionized water.

6. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and

-3-

Declaration of Maureen Reitman, Sc.D.     Attorney Docket No. 117744-00041
US Patent No. 8,475,832

belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine, or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful statements may jeopardize the validity of the application or any patents issued thereon.

Dated: January 6, 2014           _____
                                                  Maureen Reitman, Sc.D.

Appendix A



Exponent
17000 Science Drive
Suite 200
Bowie, Maryland 20715

telephone 301-291-2500
facsimile 301-291-2599
www.exponent.com

**Maureen T. F. Reitman, Sc.D.**
**Principal and Practice Director**

**Professional Profile**

Dr. Maureen Reitman is a Principal and the Director of Exponent's Polymer Science and Material Chemistry practice.  Her expertise includes polymer and composite technology, mechanics of materials, adhesion science, fiber mechanics, history and technology of plastics, and material failure analysis.  She is skilled in the development and use of testing tools and methods and has applied them to plastic, rubber, textile, metal, glass, ceramic, and composite materials and systems.  She is experienced in major aspects of product development, including materials selection, formulation, scale-up, end-use testing, failure analysis, certification procedures and issues related to intellectual property.

Dr. Reitman has conducted research in the areas of packaging and barrier materials; paints and coatings; plastic pipes; transdermal drug delivery; adhesives, sealants, and encapsulants; molding compounds; high temperature resins; nanoparticles; fibers and textiles; protective coatings and finishes; polymer chemical resistance; plastic insulation; connectors and splices; plastic packaging; medical devices; environmental effects on durability; and product aging.  She has used her expertise to solve a broad range of problems related to coatings, fibers, films, and extruded and molded products, and their use in the telecom, electronics, electrical, transportation, construction, fire protection, medical, and consumer products markets.

Dr. Reitman is a member of the Board of Directors of the Medical Plastics Division of the Society of Plastics Engineers and an active member of two Underwriters Laboratories Standard Technical Panels, addressing Polymeric Materials (UL 94, UL 746, UL 1694) and Appliance Wiring (UL758).

Prior to joining Exponent, Dr. Reitman worked for the 3M Company in both research and management roles.  Her activities included technology identification, materials selection and qualification, product development, customer support, program management, acquisition integration, intellectual property analysis, and patent litigation support.

**Academic Credentials and Professional Honors**

Sc.D., Materials Science and Engineering/ Program in Polymer Science and Technology, Massachusetts Institute of Technology, 1993
B.S., Materials Science and Engineering, Massachusetts Institute of Technology, 1990

National Academy of Engineering Frontiers of Engineering, 2009; Tau Beta Pi; Sigma Xi John Wulff Award; Carl Loeb Fellowship; NCAA Postgraduate Scholarship; Malcolm G. Kispert Award; GTE Academic All-American

02/13

**Patents**

Patent 6,311,524:  Accelerated Method for Increasing the Photosensitivity of a Glassy Material, issued November 6, 2001.

European Patent EP0830428:  Tackified Polydiorganosiloxane Polyurea Segmented Copolymers and a Process for Making Same, published March 25, 1998.

Patent 5,371,051:  Fiber Optic Fusion Splice Protector Sleeve, issued March 24, 1998.

**Publications**

Kurtz S, Siskey R, Reitman M.  Accelerated aging, natural aging, and small punch testing of gamma-air sterilized polycarbonate urethane acetabular components.  Journal of Biomedical Materials Research Part B: Applied Biomaterials 2010 May; 93B(2):422–447.

Hoffman JM, Reitman M, Donthu S, Ledwith P.  Complimentary failure analysis methods and their application to CPVC pipe.  Proceedings, ANTEC 2010, Society of Plastics Engineers, Orlando, FL, May 2010.

Hoffman JM, Reitman M, Donthu S, Ledwith P, Wills D.  Microscopic characterization of CPVC failure modes.  Proceedings, ANTEC 2009, Society of Plastics Engineers, Chicago, IL, June 2009.  Best Paper Award in Failure Analysis & Prevention.

Kurtz SM, Ebert M, Siskey R, Ciccarelli L, Reitman M, Harper ML, Chan FW.  Natural and accelerated aging of polyurethanes in the Bryan cervical disc.  Poster No. P158.  Transactions of Spineweek 2008, Geneva, Switzerland, May 26–31, 2008.

Reitman M, Ledwith P, Hoffman M, Moalli J, Xu T.  Environmentally driven changes in nylon.  Proceedings, ANTEC 2008, Milwaukee, WI, Society of Plastics Engineers, May 2008.

Hoffman JM, Reitman M, Ledwith P.  Characterization of manufacturing defects in medical balloons.  Proceedings, ANTEC 2008, Milwaukee, WI, Society of Plastics Engineers, May 2008.

Reitman, MTF, Moalli JE.  Polymeric coatings for medical device.  Medical Device and Manufacturing Technology, Touch Briefings, pp. 28–30, 2006.

Moalli JE, Moore CD, Robertson C, Reitman MTF.  Failure analysis of nitrile radiant heating tubing.  Proceedings, ANTEC 2006, Society of Plastic Engineers, Charlotte, NC, May 2006.

Reitman M, McPeak J.  Protective coatings for implantable medical devices.  Proceedings, ANTEC 2005, Society of Plastic Engineers, Boston MA, May 2005.

McPeak J, Reitman M, Moalli J.  Determination of in-service exposure temperature of thermoformed PVC via TMA.  Proceedings, 31st Annual North American Thermal Analysis Society Conference, Williamsburg, VA, 2004.

Reitman MTF, Moalli JE.  Product development and standards organizations:  Listings and certifications for plastic products.  8th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Las Vegas, NV, 2003.

Potdar YK, Reitman MTF.  The role of engineering consultants in failure analysis and product development.  8th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Las Vegas, NV, 2003.

Ezekoye OA, Lowman CD, Hulme-Lowe AG, Fahey MT.  Polymer weld strength predictions using a thermal and polymer chain diffusion analysis.  Polymer Engineering and Science 1998; 38(6):976–991, June.

Fahey MT.  Nonlinear and anisotropic properties of high performance fibers.  MIT Thesis, 1993.

Fahey MT.  Mechanical property characterization and enhancement of rigid rod polymer fibers.  MIT Thesis, 1990.

**Book Contributions**

Reitman M, Liu D, Rehkopf J.  Chapter 38.  Mechanical properties of polymers.  In:  Handbook of Measurement in Science and Engineering.  Volume 2.  Kutz, M (ed), John Wiley & Sons, Hoboken NJ, 2013. ISBN- 978-1-118-38464-0.

Reitman M, Jaekel D, Siskey R, Kurtz S. Morphology and crystalline architecture of polyarylketones, pp. 49-60. In:  PEEK Biomaterials Handbook.  Kurtz SM (ed), Elsevier William Andrews, Kidlington, Oxford, UK, 2012.   ISBN 13:978-1-4377-4463-7

Tsuji JS, Mowat FS, Donthu S, Reitman M.  Application of toxicology studies in assessing the health risks of nanomaterials in consumer products, pp. 543-580.  In:  Nanotoxicity: From In Vivo and In Vitro Models to Health Risks.  Sahu S, and Casciano D. (eds), John  Wiley & Sons, Chicester, West Sussex, UK, 2009. ISBN 978-0-470-74137-5.

Reitman MTF.  The Plastics Revolution.  In:  Research and Discovery: Landmarks and Pioneers in American Science.  Lawson RM (ed), Armonk NY: Sharpe Reference 2008.  ISBN 978-0-7656-8073-0.

Klein SM.  Mid-century plastic jewelry.  Schiffer Publishing, Atglen, PA, 2005.  (Technical advisor to author).

**Selected Invited Presentations**

Reitman MTF.  Failure analysis tools. Workshop on Future Needs for Service Life Prediction of Polymeric Materials.  NIST and Underwriters Laboratories, Gaithersburg, MD, October 2012.

Hoffman J, MacLean S, Ralston B, Reitman M, Ledwith P.  Fractography of unfilled thermoplastic materials experiencing common mechanical failure modes.  Materials Science & Technology 2012 Conference, Pittsburgh PA, October 2012.

Hoffman J, Reitman M, Ledwith P.  Microscopic characterization of CPVC failure.  Materials Science & Technology 2012 Conference, Pittsburgh PA, October 2012.

Reitman MTF.  Polymer material properties for next generation medical devices.  Invited Speaker: MedTech Polymers, UBM Canon, Chicago, IL, September 2012.

Reitman MTF.  Polymers for medical applications.  Fundamentals and Fellows Forum, ANTEC 2012, Orlando FL, April 2012.

Reitman MTF.  Plastic and composite product failures.  Invited lecture in Failure Analysis of Emerging Technologies.  Stanford University Department of Materials Science and Engineering, Menlo Park, CA October 2009.

Reitman MTF.  Factors for success:  Plastics in injection molded medical devices.  Part of *Injection Molding Works for Medical Design*, Design News Webcast, October 2008.

Reitman MTF.  Plastic and composite product failures.  Keynote Speaker: Third International Conference on Engineering Failure Analysis (ICEFA III), Elsevier, Sitges Spain, July 2008.

Reitman MTF.  Multiphase materials for medical device applications, an overview.  Medical Device and Manufacturing (MDM), Canon Communications, various locations, January- June 2008.

Reitman MTF.  Nanotechnology and plastics for medical devices.  Capitalizing on Nanoplastics, Intertek PIRA San Antonio TX, February 2008.

Reitman MTF.  Nano additives in composites and coatings for medical device applications.  Medical Device and Manufacturing Minneapolis, Canon Communications, Minneapolis MN, October 2007.

Reitman MTF, Swanger LA.  Practical tips on how to manage your technical expert in patent disputes.  Ropes & Gray IP Master Class, Live Teleconference, June 2007.

Reitman MTF, Kennedy E.  Root cause failure analysis and accident investigation.  Lorman Educational Services, Live Teleconference, November 2007.

Reitman MTF.  Plastics failure analysis:  Case studies.  Baltimore/ Washington Chapter of SAMPE, October 2006.

Reitman MTF.  Plastics failure analysis.  Baxter Global Plastics Processing Conference 2005, Schaumburg IL, 2005.

Fahey MT.  Fiber mechanics, corrosion, sealants:  Tales of a 3M materials scientist.  Class of 1960's Scholars Program, Williams College, 1999.

Fahey MT.  Adhesives and sealants for the telecommunications industry.  Riverwood V Conference, St. Paul MN, 1998.

**Current Professional Appointments**

- Underwriter's Laboratory Standards Technical Panel STP 746 (Polymeric Materials, includes UL94, UL 746 and UL1694)
- Underwriter's Laboratory Standards Technical Panel STP 758 (Appliance Wires/ UL758)
- Medical Plastics Division Board of Directors, Society of Plastics Engineers

**Committee and Review Activities**

- UL Forum on Initiatives to Improve the Long Term Aging Program, LTTA Tools Working Groups, Underwriters Laboratories
- Research and Engineering Technology Award Committee, Society of Plastics Engineers
- Reviewer, Medical Plastics Technical Program Committee, Society of Plastics Engineers
- Reviewer, Failure Analysis and Prevention Technical Program Committee, Society of Plastics Engineers
- Reviewer, various book proposals and submissions related to polymer science, ASM International, Elsevier, John Wiley

**Professional Affiliations**

- American Association for the Advancement of Science (member)
- American Association of Textile Chemists and Colorists—AATCC (senior member)
- American Chemical Society (member)
- ASTM International (member)
- Society for the Advancement of Material and Process Engineering (member)
- Society of Plastics Engineers (senior member)

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-1674-RGA Consolidated |
| v. | ) ) | |
| WATSON LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PAR PHARMACEUTICAL, INC., INTELGENX TECHNOLOGIES CORP., | ) ) ) ) | C.A. No. 14-422-RGA |
| Defendants. | ) | |

**EXPERT REPORT OF KEITH R. BLEY, Ph.D.**

**MAY CONTAIN HIGHLY CONFIDENTIAL INFORMATION**

130. The SBOA, EMEA and the 2002 Suboxone® Label were not the only references that taught that pH was important to absorption. For instance, McElnay taught that "[b]ecause the un-ionized form of a drug is the lipid-soluble diffusible form, the pKa of the drug plays an important role in its absorption across the lipid membranes of the oral mucosa."[178] Further, the "many studies illustrate the importance of ionization on drug absorption," but "the pH of saliva is relatively constant" "in the absence of a buffer."[179]

131. Along these lines, Stanley taught that "[b]uffering agents provide the ability to place the medication in the mouth in a favorable pH environment for passage across the mucosal tissues of the mouth, pharynx, and esophagus."[180] These buffers create "a pH change in the salival environment of the mouth in order to favor the existence of a unionized form of the active ingredient or drug which more readily moves through the mucosal tissues."[181]

132. Thus, the POSA would have known—without even considering Suboxone® tablets—that pH is generally important to the oral absorption of a drug in the mouth. LabTec discloses a film designed to mimic the Suboxone® tablets. The pH upon dissolution is an inherent property of the tablet. The POSA would easily have dissolved a Suboxone® tablet in water (or in a saliva substitute) and measured the pH to implement LabTec and mimic the tablet. In fact, this is precisely what Dr. Reitman did in the BDSI IPR.[182] Specifically, Dr. Reitman measured the pH of 8 mg Suboxone® tablets that had been dissolved in either 1.5 mL or 3 mL of

---

[178] Ex. 31, McElnay, at 803.

[179] Ex. 31, McElnay, at 803.

[180] Ex. 32, Stanley, at 12:5-8.

[181] Ex. 32, Stanley, at 12:10-13.

[182] Ex. 41, *Inter partes* Review (BDSI) of U.S. Pat. No. 8,475,832, Decl. by Maureen Reitman, SC.D., at 3 (hereinafter "Reitman Decl.").

deionized water, using a Mettler Toledo EL20 pH meter.[183] Dr. Reitman determined the pH produced by the Suboxone® tablet in those environments to be 3.5.[184] Further, I note that at a deposition, Dr. Thomas Johnston, an expert for the patent owner in the BDSI IPR, testified to his belief that Suboxone® tablets and film have the same pH.[185] This would not have been a surprise: both the tablet and film test formulation (as disclosed in the '832 patent) use precisely the same ratios of sodium citrate and citric acid to constitute their buffering systems.[186] ▌

▌

▌ Even without measuring the pH produced by the tablet, a POSA would have determined this information through routine testing. Given the guidance in the art, it would have been a simple matter for the POSA to adjust the pH produced by a film dosage form in order to achieve the absorption profile disclosed in LabTec and SBOA. In fact, as discussed below, a POSA would have been specifically motivated to look for a desirable pH range within the range from about 3 to about 6 because that is the range in which citric acid-based buffers operate.[188]

b.  **A POSA Would Have Known How to Prepare the Film Dosage Disclosed in LabTec**

133. As an initial matter, a POSA would have prepared a film dosage sample producing any desired pH. Based on Yang, the POSA would have prepared a film. The

---

[183] Ex. 41, Reitman Decl., at 3.

[184] Ex. 41, Reitman Decl., at 3.

[185] Ex. 42, 1/23/15 Johnston Dep., 146:8-13



[188] Ex. 28, Dawson, at 428.

Respectfully submitted,

Dated: March 3, 2015                    /s/ Keith R. Bley